UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

In re: Bair Hugger Forced Air Warming
Products Liability Litigation

MDL No. 2666
(JNE/DTS)

---

This Document Relates to All Actions

**PLAINTIFFS NOTICE OF HEARING
ON MOTION TO STRIKE
DEFENDANTS' SUPPLEMENTAL
EXPERT OPINIONS ON GENERAL
CAUSATION MATTERS PURSUANT
TO FRCP 37**

---

PLEASE TAKE NOTICE that the undersigned will bring Plaintiffs Motion to

Strike Defendants' Supplemental Expert Opinions on General Causation Matters

Pursuant to FRCP 37, for a hearing before the Honorable Judge David T. Schultz of the

above named court, on March 7, 2019, at 3:30 p.m. or as soon thereafter as counsel may

be heard.

Respectfully submitted,

Dated: February 26, 2019

Michael V. Ciresi (MN #0016949)
Jan M. Conlin (MN #0192697)
CIRESI CONLIN LLP
225 S. 6th St., Suite 4600
Minneapolis, MN 55402
Phone: 612.361.8202
Email: MVC@CiresiConlin.com
    JMC@CiresiConlin.com

Genevieve M. Zimmerman (MN #330292)
MESHBESHER & SPENCE, LTD.
1616 Park Avenue South
Minneapolis, MN 55404
Phone: (612) 339-9121
Fax: (612) 339-9188
Email: gzimmerman@meshbesher.com

Ben W. Gordon, Jr. (*Pro Hac Vice*)
LEVIN, PAPANTONIO, THOMAS,
MITCHELL, RAFFERTY &
PROCTOR, P.A.
316 South Baylen Street, Suite 600
Pensacola, FL 32502-5996
Phone: (850) 435-7091
Fax: (850) 435-7020
Email:  bgordon@levinlaw.com

Kyle Farrar
Mark D. Bankston
FARRAR & BALL, LLP
1010 Lamar, Suite 1600
Houston, Texas 77002
713.221.8300 Telephone
713.221.8301 Fax
Email: kyle@fbtrial.com
        mark@fbtrial.com

Gabriel Assaad – *Pro Hac Vice*
David W. Hodges – *Pro Hac Vice*
KENNEDY HODGES, LLP
711 W. Alabama Street
Houston, TX 77006
Phone: (713) 523-0001
Email: gassaad@kennedyhodges.com

**Counsel for Plaintiffs**