## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666-JNE-DTS |
| This Document Relates to: *Rhoton, et al. v. 3M Co., et al.* (15-cv-4360-JNE-DTS) | |

## L.R. 7.1 WORD COUNT COMPLIANCE CERTIFICATE REGARDING PLAINTIFFS' OPPOSITION TO DEFENDANTS' SIXTH MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRETRIAL ORDER NO. 23 AND/OR FED. R. CIV. P. 25(A) AND 41(B)

This brief complies with the word limitations of L.R. 7.1 because this brief contains 2,684 words, including all text, headings, footnotes, and quotations. This brief was prepared using Microsoft Office 365.

This brief complies with the type size requirements of L.R. 7.1 because this brief has been prepared using at least font size 13, is double-spaced (except for headings, footnotes, and quotations that exceed two lines) and is submitted on 81/2" by 11" paper with at least one inch of margins on all four sides.

Dated: February 28, 2019

Respectfully submitted,

*/s/ Jon Mann*
Jonathan S. Mann
**PITTMAN, DUTTON & HELLUMS, P.C.**
2001 Park Place North, Suite 1100
Birmingham, AL 35203
Tel: (205) 322-8880
Fax: (205) 328-2711
Email: jonm@pittmandutton.com

*Attorney for Plaintiffs*