UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>0:17-cv-00967 *(Hylas v. 3M Company, et al.)* | MDL DOCKET NO.<br>15-md-2666 (JNE/DTS) |

**L.R. 7.1(C) WORD COUNT COMPLIANCE CERTIFICATE REGARDING PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S SIXTH MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRETRIAL ORDER NO. 23 AND/OR FED. R. CIV. P. 25(a) AND 41(b)**

This response complies with the word limitation of L.R. 7.1(f) because this response contains 2320 words, including all text, headings, footnotes, and quotations, other than the parts of the brief exempted by LR 7.1(c). This response was prepared using Microsoft Office Word 2016.

This response complies with the type size requirements of LR 7.1(h) because this brief has been prepared using at least font size 13, is double-spaced (except for headings, footnotes, and quotations that exceed two lines) and is submitted on 8.5" by 11" paper with at least one inch of margins on all four sides.

Dated: February 28, 2019         Respectfully Submitted,

**BAILEY COWAN HECKAMAN PLLC**

*/s/ K. Camp Bailey*
K. Camp Bailey
cbailey@bchlaw.com

1

>Robert W. Cowan
>rcowan@bchlaw.com
>Laurence Tien
>ltien@bchlaw.com
>5555 San Felipe St., Suite 900
>Houston, Texas 77056
>Telephone: (713) 425-7100
>Facsimile: (713) 425-7101

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I, K. Camp Bailey, hereby certify that on February 28, 2019, I electronically filed the foregoing Document using the CM/ECF system which will serve notifications of such filing to the email of all counsel of record in this action.

Dated: February 28, 2019

>*/s/ K. Camp Bailey*
>K. Camp Bailey