# EXHIBIT B

## DECLARATION OF MARK ROGER HYLAS

Pursuant to 28 U.S.C. § 1746, Mark Roger Hylas declares as follows:

1. "My name is Mark Roger Hylas. I am over 18 years of age, of sound mind, and able to make this Declaration. The facts stated herein are true and based upon my personal knowledge.

2. My address is 323 N. 6th Street, Belen, New Mexico, 87002. My father was Mark Hylas, Plaintiff in the lawsuit *Hylas v. 3M Company, et al.*, 0:17-cv-00967. He passed away on January 15, 2018. I am the only surviving child of Mark and Maureen Hylas.

3. I was contacted by a representative of Bailey Cowan Heckaman PLLC law firm ("BCH") on February 6, 2019 concerning the above-referenced lawsuit brought by my father. Prior to this contact from BCH, I had no knowledge that my father had filed the lawsuit. Although I was aware of my father's death shortly after his passing, I had no reason to contact BCH about his death because I was unaware of the lawsuit.

4. Last year when my father passed away, he named me as executor in his Will, and I intend to complete the probate and/or other prerequisites to pursue my parents' case referenced above.

5. I declare under penalty of perjury that the foregoing is true and correct."

02/28/2019  
Date

_Mark Hylas_  
Mark R. Hylas

1