UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| **IN RE: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br>0:17-cv-00967 *(Hylas v. 3M Company, et al.)* | )<br>)<br>)<br>)  **MDL DOCKET NO.**<br>)  **15-md-2666 (JNE/FLN)**<br>)<br>)<br>) |

**[PROPOSED] ORDER**

CAME on this ____ day of _____, 2019 for consideration, Defendants' 3M Company's and Arizant Healthcare Inc.'s ("Defendants") Sixth Motion to Dismiss Cases for Failure to Comply with Pretrial Order No. 23 and/or Fed. R. Civ. P. 25(a) and 41(b), and Plaintiffs Response in Opposition thereto, and the Court having considered the same is of the opinion that Defendants' Motion should be DENIED. IT IS, THEREFORE,

ORDERED that Defendants' Sixth Motion to Dismiss Cases for Failure to Comply with Pretrial Order No. 23 and/or Fed. R. Civ. P. 25(a) and 41(b) is hereby DENIED, and Plaintiff's son, Mark R. Hylas, has until May 6, 2019 to file his motion to substitute party.

_____          _____
Date                                                       JUDGE, U.S. DISTRICT COURT