UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | MDL No. 15-2666 (JNE/DTS) |
| This Document Relates to:<br>Case Nos.:<br>17-cv-00088 *(Malinski v. 3M Co., et al.)*<br>18-cv-00220 *(Brasher v. 3M Co., et al.)*<br>18-cv-00575 *(Ballasso v. 3M Co., et al.)*<br>18-cv-00852 *(Villafranco v. 3M Co., et al.)*<br>18-cv-01009 *(Woelfel v. 3M Co., et al.)*<br>18-cv-01031 *(Rhock v. 3M Co., et al.)*<br>18-cv-01051 *(Johnson, Alvin v. 3M Co.)*<br>18-cv-01103 *(Tedford v. 3M Co.)*<br>18-cv-01167 *(Eans v. 3M Co.)*<br>18-cv-01169 *(Gregory v. 3M Co.)*<br>18-cv-01542 *(Davis v. 3M Co., et al.)*<br>18-cv-01654 *(Terrell v. 3M Co., et al.)*<br>18-cv-01722 *(Woodard v. 3M Co., et al.)*<br>18-cv-01724 *(Cooper v. 3M Co., et al.)*<br>18-cv-02014 *(Johnson, Sheri v. 3M Co., et al.)*<br>18-cv-02065 *(Sullivan v. 3M Co., et al.)*<br>18-cv-02067 *(Norton v. 3M Co., et al.)*<br>18-cv-02080 *(McGuire v. 3M Co., et al.)*<br>18-cv-02082 *(English v. 3M Co., et al.)*<br>18-cv-02087 *(Dimesa v. 3M Co., et al.)*<br>18-cv-02095 *(Jenkins v. 3M Co., et al.)*<br>18-cv-02117 *(Banks v. 3M Co., et al.)*<br>18-cv-02211 *(Rhodes v. 3M Co., et al.)*<br>18-cv-02220 *(Torrez v. 3M Co., et al.)*<br>18-cv-02394 *(Block v. 3M Co., et al.)*<br>18-cv-02509 *(Guillory v. 3M Co., et al.)* | **NOTICE OF HEARING ON DEFENDANTS' EIGHTEENTH MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRETRIAL ORDER NO. 14** |

PLEASE TAKE NOTICE that on March 21, 2019 at 9:30 a.m., before the Honorable Joan N. Ericksen, United States District Court, 12W U.S. Courthouse, 300 South Fourth Street, Minneapolis, MN 55415, Defendants 3M Company and Arizant

Healthcare Inc. will respectfully move the Court to enter an order dismissing the following Plaintiffs' cases for failure to comply with the Court's Pretrial Order No. 14, entered September 27, 2016:

| Case Number | Plaintiff | Firm Name |
|---|---|---|
| 0:17-cv-00088-JNE-DTS | Malinski | Gustafson Gluek PLLC |
| 0:18-cv-00220-JNE-DTS | Brasher | Bernstein Liebhard LLP |
| 0:18-cv-00575-JNE-DTS | Ballasso | Gustafson Gluek PLLC |
| 0:18-cv-00852-JNE-DTS | Villafranco | The Law Offices of Travis R. Walker, P.A. |
| 0:18-cv-01009-JNE-DTS | Woelfel | Brown Chiari LLP |
| 0:18-cv-01031-JNE-DTS | Rhock | The Miller Firm, LLC |
| 0:18-cv-01051-JNE-DTS | Johnson, Alvin | Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, P.A. |
| 0:18-cv-01103-JNE-DTS | Tedford | Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, P.A. |
| 0:18-cv-01167-JNE-DTS | Eans | Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, P.A. |
| 0:18-cv-01169-JNE-DTS | Gregory | Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, P.A. |
| 0:18-cv-01542-JNE-DTS | Davis | Schlichter, Bogard & Denton, LLP |
| 0:18-cv-01654-JNE-DTS | Terrell | Morris Law Firm |
| 0:18-cv-01722-JNE-DTS | Woodard | Pendley, Baudin & Coffin, L.L.P. |
| 0:18-cv-01724-JNE-DTS | Cooper | Pendley, Baudin & Coffin, L.L.P. |
| 0:18-cv-02014-JNE-DTS | Johnson, Sheri | Bernstein Liebhard LLP |
| 0:18-cv-02065-JNE-DTS | Sullivan | Kennedy Hodges, LLP |

| | | |
|---|---|---|
| 0:18-cv-02067-JNE-DTS | Norton | Meshbesher & Spence, Ltd. |
| 0:18-cv-02080-JNE-DTS | McGuire | Kennedy Hodges, LLP |
| 0:18-cv-02082-JNE-DTS | English | Kennedy Hodges, LLP |
| 0:18-cv-02087-JNE-DTS | Dimesa | Napoli Shkolnik PLLC |
| 0:18-cv-02095-JNE-DTS | Jenkins | Bachus & Schanker, LLC |
| 0:18-cv-02117-JNE-DTS | Banks | The Miller Firm, LLC |
| 0:18-cv-02211-JNE-DTS | Rhodes | Kennedy Hodges, LLP |
| 0:18-cv-02220-JNE-DTS | Torrez | Kennedy Hodges, LLP |
| 0:18-cv-02394-JNE-DTS | Block | The Law Offices of Travis R. Walker, P.A. |
| 0:18-cv-02509-JNE-DTS | Guillory | The Olinde Firm, LLC |

Dated: March 5, 2019                                              Respectfully submitted,

*s/Benjamin W. Hulse*
Benjamin W. Hulse (MN #0390952)
**Attorney for Defendants 3M Company and Arizant Healthcare Inc.**
BLACKWELL BURKE P.A.
431 South Seventh Street, Suite 2500
Minneapolis, MN 55415
Phone: (612) 343-3200
Fax: (612) 343-3205
Email: bhulse@blackwellburke.com