# EXHIBIT A


## BLACKWELL
### BURKE P.A.

Benjamin W. Hulse
Direct Dial: 612-343-3256
E-Mail: bhulse@blackwellburke.com

November 7, 2018

**VIA EMAIL AND U.S. MAIL**
Amanda M. Williams
Gustafson Gluek PLLC
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
awilliams@gustafsongluek.com

> Re:   *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
> MDL No. 2666 – Deficiencies in Amended Plaintiff Fact Sheet
> *Malinski, Michael v. 3M Company et al* Case No.: 0:17-cv-00088-JNE-DTS

Dear Counsel:

We are in receipt of the amended Plaintiff Fact Sheet (PFS) for the above-captioned matter. The PFS still has core deficiencies, as set forth in the enclosed report.

Paragraph 4 of Pretrial Order No. 14 defines core deficiencies as "a lack of response to all questions in Section I, Section II, and Section III; Section IV, questions 1, 3, 7, 8, 9, 10; Section V, questions 5, 6, and 7; Section VI, questions 1, 3, 6, 7, 8, and 9; Section VII, questions 1 and 2; Section 8, question 2; Section IX, questions 1, 3, and 4, or lack of signed medical authorizations." Paragraph 3 further requires a signed verification.

In addition, the instructions on the PFS form prohibit leaving spaces blank and provide as follows: "If a question is not applicable to you, please state 'Not Applicable' or 'N/A.'" In our review, many deficiencies resulted from a plaintiff leaving one or more spaces blank.

Pursuant to paragraph 6 of PTO 14, within 3 weeks of the date of this letter, you must respond in writing by either (1) curing the deficiencies (by serving a further revised, verified PFS through Plaintiffs' portal); (2) disputing the deficiencies and setting forth the reasons the PFS is not deficient; or (3) explaining why the deficiencies cannot be timely cured. When serving a revised, verified PFS through Plaintiff's portal, you do not need to resubmit documents that were previously served with the original PFS. This is the final deficiency notice for this matter.

Sincerely,

s/ Benjamin W. Hulse

Benjamin W. Hulse

cc: Plaintiffs' Co-Lead Counsel
Enclosure

| | |
|---|---|
| **Plaintiffs' Last Name** | Malinski |
| **Plaintiffs' First Name** | Michael |
| **Case No.** | 17-cv-0088 |
| **Section I (Case Information)** | |
| **Section I - Incomplete Questions** | |
| **Section II (Personal Information)** | Incomplete |
| **Section II - Incomplete Questions** | 10 |
| **Section III (Surgery Information)** | |
| **Section III - Incomplete Questions** | |
| **Section IV - 1 (Vital Statistics)** | |
| **Section IV - 3 (Healthcare Providers)** | |
| **Section IV - 7 (Pharmacies/Drugstores)** | |
| **Section IV - 8 (Dental Procedures)** | |
| **Section IV - 9 (Tobacco)** | |
| **Section IV - 10 (Drug/Alcohol)** | |
| **Section V - 4 (Disability Claims)** | |
| **Section V - 5 (Lawsuits)** | |
| **Section V - 6 (Bankruptcy)** | |
| **Section VI - 1 (Physical Injury)** | |
| **Section VI - 3 (Emotional Distress)** | Incomplete |
| **Section VI - 6 (Warnings)** | |
| **Section VI - 7 (3M/Arizant Communications)** | |
| **Section VI - 8 (3M/Arizant Warranty)** | |
| **Section VI - 9 (Augustine)** | |
| **Section VII - 1 (Lost Past Wages)** | |
| **Section VII - 2 (Lost Future Wages)** | |
| **Section VIII - 2 (Verbal/Written Statement)** | |
| **Section IX - 1 (Consortium Name etc.)** | |
| **Section IX - 3 (Residences)** | |
| **Section IX - 4 (Married)** | |
| **X.01 - Signed Authorization** | |
| **X.02.d - Documents - Signed Verification** | Incomplete |
| **I.03.b - Plaintiffs' Counsel's Firm** | Gustafson Gluek PLLC |
| **I.03.e - Plaintiffs' Counsel's Email** | awilliams@gustafsongluek.com |



**BLACKWELL BURKE** P.A.

Benjamin W. Hulse
Direct Dial: 612-343-3256
E-Mail: bhulse@blackwellburke.com

October 15, 2018

**VIA EMAIL AND U.S. MAIL**
Daniel C. Burke
Bernstein Liebhard LLP
10 E. 40th Street
New York, NY 10016
dburke@bernlieb.com

Re:   *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
      MDL No. 2666 – Deficiencies in Amended Plaintiff Fact Sheet
      *Brasher, Michael  v. 3M Company et al* Case No.: 0:18-cv-00220-JNE-FLN

Dear Counsel:

We are in receipt of the amended Plaintiff Fact Sheet (PFS) for the above-captioned matter.  The PFS still has core deficiencies, as set forth in the enclosed report.

Paragraph 4 of Pretrial Order No. 14 defines core deficiencies as "a lack of response to all questions in Section I, Section II, and Section III; Section IV, questions 1, 3, 7, 8, 9, 10; Section V, questions 5, 6, and 7; Section VI, questions 1, 3, 6, 7, 8, and 9; Section VII, questions 1 and 2; Section 8, question 2; Section IX, questions 1, 3, and 4, or lack of signed medical authorizations."  Paragraph 3 further requires a signed verification.

In addition, the instructions on the PFS form prohibit leaving spaces blank and provide as follows: "If a question is not applicable to you, please state 'Not Applicable' or 'N/A.'"  In our review, many deficiencies resulted from a plaintiff leaving one or more spaces blank.

Pursuant to paragraph 6 of PTO 14, within 3 weeks of the date of this letter, you must respond in writing by either (1) curing the deficiencies (by serving a further revised, verified PFS through Plaintiffs' portal); (2) disputing the deficiencies and setting forth the reasons the PFS is not deficient; or (3) explaining why the deficiencies cannot be timely cured.  When serving a revised, verified PFS through Plaintiff's portal, you do not need to resubmit documents that were previously served with the original PFS. This is the final deficiency notice for this matter.

Sincerely,

s/ Benjamin W. Hulse

Benjamin W. Hulse

cc: Plaintiffs' Co-Lead Counsel
Enclosure

431 South Seventh Street, Suite 2500     Minneapolis, MN 55415     Main 612.343.3200     Fax 612.343.3205
www.blackwellburke.com

| | |
|---|---|
| **Plaintiffs' Last Name** | Brasher |
| **Plaintiffs' First Name** | Michael |
| **Case No.** | 18-cv-00220-JNE-FLN |
| **Section I (Case Information)** | |
| **Section I - Incomplete Questions** | |
| **Section II (Personal Information)** | Incomplete |
| **Section II - Incomplete Questions** | 2, 14 |
| **Section III (Surgery Information)** | Incomplete |
| **Section III - Incomplete Questions** | 1 |
| **Section IV - 1 (Vital Statistics)** | |
| **Section IV - 3 (Healthcare Providers)** | |
| **Section IV - 7 (Pharmacies/Drugstores)** | |
| **Section IV - 8 (Dental Procedures)** | |
| **Section IV - 9 (Tobacco)** | |
| **Section IV - 10 (Drug/Alcohol)** | |
| **Section V - 4 (Disability Claims)** | |
| **Section V - 5 (Lawsuits)** | |
| **Section V - 6 (Bankruptcy)** | |
| **Section VI - 1 (Physical Injury)** | |
| **Section VI - 3 (Emotional Distress)** | |
| **Section VI - 6 (Warnings)** | |
| **Section VI - 7 (3M/Arizant Communications)** | |
| **Section VI - 8 (3M/Arizant Warranty)** | |
| **Section VI - 9 (Augustine)** | |
| **Section VII - 1 (Lost Past Wages)** | |
| **Section VII - 2 (Lost Future Wages)** | |
| **Section VIII - 2 (Verbal/Written Statement)** | |
| **Section IX - 1 (Consortium Name etc.)** | |
| **Section IX - 3 (Residences)** | |
| **Section IX - 4 (Married)** | |
| **X.01 - Signed Authorization** | |
| **X.02.d - Documents - Signed Verification** | |
| **I.03.b - Plaintiffs' Counsel's Firm** | Bernstein Liebhard LLP |
| **I.03.e - Plaintiffs' Counsel's Email** | dlee@bernlieb.com |



BLACKWELL
BURKE P.A.

Benjamin W. Hulse
Direct Dial: 612-343-3256
E-Mail: bhulse@blackwellburke.com

November 8, 2018

**VIA EMAIL AND U.S. MAIL**
Theresa M Walsh
Brown Chiari, LLP
5775 Broadway
Lancaster, NY 14086
twalsh@brownchiari.com

> Re:  *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
> MDL No. 2666 – Deficiencies in Plaintiff Fact Sheet for Individual Case
> *Woelfel, Rosemarie et al v. 3M Company et al* Case No.: 0:18-cv-01009-JNE-DTS

Dear Counsel:

We are in receipt of the Plaintiff Fact Sheet (PFS) for the above-captioned matter.  The PFS has core deficiencies, as set forth in the enclosed report.

Paragraph 4 of Pretrial Order No. 14 defines core deficiencies as "a lack of response to all questions in Section I, Section II, and Section III; Section IV, questions 1, 3, 7, 8, 9, 10; Section V, questions 5, 6, and 7; Section VI, questions 1, 3, 6, 7, 8, and 9; Section VII, questions 1 and 2; Section 8, question 2; Section IX, questions 1, 3, and 4, or lack of signed medical authorizations."  Paragraph 3 further requires a signed verification.

In addition, the instructions on the PFS form prohibit leaving spaces blank and provide as follows: "If a question is not applicable to you, please state 'Not Applicable' or 'N/A.'"  In our review, many deficiencies resulted from a plaintiff leaving one or more spaces blank.

Pursuant to paragraph 6 of PTO 14, within 3 weeks of the date of this letter, you must respond in writing by either (1) curing the deficiencies (by serving a revised, verified PFS through Plaintiffs' portal); (2) disputing the deficiencies and setting forth the reasons the PFS is not deficient; or (3) explaining why the deficiencies cannot be timely cured.  When serving a revised, verified PFS through Plaintiff's portal, you do not need to resubmit documents that were previously served with the original PFS. This is a final deficiency notice for this matter.

Sincerely,

s/ Benjamin W. Hulse

Benjamin W. Hulse

cc: Plaintiffs' Co-Lead Counsel

| | |
|---|---|
| **Plaintiffs' Last Name** | Woelfel |
| **Plaintiffs' First Name** | Rose Marie |
| **Case No.** | 0:18-cv-010009-JNE-DTS |
| **Section I (Case Information)** | |
| **Section I - Incomplete Questions** | |
| **Section II (Personal Information)** | Incomplete |
| **Section II - Incomplete Questions** | 2 |
| **Section III (Surgery Information)** | Incomplete |
| **Section III - Incomplete Questions** | 1 |
| **Section IV - 1 (Vital Statistics)** | |
| **Section IV - 3 (Healthcare Providers)** | |
| **Section IV - 7 (Pharmacies/Drugstores)** | |
| **Section IV - 8 (Dental Procedures)** | |
| **Section IV - 9 (Tobacco)** | |
| **Section IV - 10 (Drug/Alcohol)** | |
| **Section V - 4 (Disability Claims)** | |
| **Section V - 5 (Lawsuits)** | |
| **Section V - 6 (Bankruptcy)** | |
| **Section VI - 1 (Physical Injury)** | |
| **Section VI - 3 (Emotional Distress)** | |
| **Section VI - 6 (Warnings)** | |
| **Section VI - 7 (3M/Arizant Communications)** | |
| **Section VI - 8 (3M/Arizant Warranty)** | |
| **Section VI - 9 (Augustine)** | |
| **Section VII - 1 (Lost Past Wages)** | |
| **Section VII - 2 (Lost Future Wages)** | |
| **Section VIII - 2 (Verbal/Written Statement)** | |
| **Section IX - 1 (Consortium Name etc.)** | Incomplete |
| **Section IX - 3 (Residences)** | |
| **Section IX - 4 (Married)** | Incomplete |
| **X.01 - Signed Authorization** | |
| **X.02.d - Documents - Signed Verification** | |
| **I.03.b - Plaintiffs' Counsel's Firm** | Brown Chiari LLP |
| **I.03.e - Plaintiffs' Counsel's Email** | twalsh@brownchiari.com |



# BLACKWELL BURKE P.A.

Benjamin W. Hulse
Direct Dial: 612-343-3256
E-Mail: bhulse@blackwellburke.com

December 3, 2018

**VIA EMAIL AND U.S. MAIL**
Kristine Kraft
Schlichter Bogard & Denton, LLP
100 S. Fourth Street, Ste 1200
St. Louis, MO 63102
rharris@uselaws.com
hgrupe@uselaws.com.
kkraft@uselaws.com;

     Re:    *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
             MDL No. 2666 – Deficiencies in Plaintiff Fact Sheet for Individual Case
             *Davis, Harry v. 3M Company et al* Case No.: 0:18-cv-01542-JNE-DTS

Dear Counsel:

We are in receipt of the Plaintiff Fact Sheet (PFS) for the above-captioned matter. The PFS has core deficiencies, as set forth in the enclosed report.

Paragraph 4 of Pretrial Order No. 14 defines core deficiencies as "a lack of response to all questions in Section I, Section II, and Section III; Section IV, questions 1, 3, 7, 8, 9, 10; Section V, questions 5, 6, and 7; Section VI, questions 1, 3, 6, 7, 8, and 9; Section VII, questions 1 and 2; Section 8, question 2; Section IX, questions 1, 3, and 4, or lack of signed medical authorizations." Paragraph 3 further requires a signed verification.

In addition, the instructions on the PFS form prohibit leaving spaces blank and provide as follows: "If a question is not applicable to you, please state 'Not Applicable' or 'N/A.'" In our review, many deficiencies resulted from a plaintiff leaving one or more spaces blank.

Pursuant to paragraph 6 of PTO 14, within 3 weeks of the date of this letter, you must respond in writing by either (1) curing the deficiencies (by serving a revised, verified PFS through Plaintiffs' portal); (2) disputing the deficiencies and setting forth the reasons the PFS is not deficient; or (3) explaining why the deficiencies cannot be timely cured. When serving a revised, verified PFS through Plaintiff's portal, you do not need to resubmit documents that were previously served with the original PFS. This is a final deficiency notice for this matter.

Sincerely,

s/ Benjamin W. Hulse

Benjamin W. Hulse

| | |
|---|---|
| **Plaintiffs' Last Name** | Davis |
| **Plaintiffs' First Name** | Harry |
| **Case No.** | 18-cv-01542 |
| **Section I (Case Information)** | |
| **Section I - Incomplete Questions** | |
| **Section II (Personal Information)** | Incomplete |
| **Section II - Incomplete Questions** | 07 |
| | 08 |
| **Section III (Surgery Information)** | |
| **Section III - Incomplete Questions** | |
| **Section IV - 1 (Vital Statistics)** | |
| **Section IV - 3 (Healthcare Providers)** | |
| **Section IV - 7 (Pharmacies/Drugstores)** | |
| **Section IV - 8 (Dental Procedures)** | |
| **Section IV - 9 (Tobacco)** | |
| **Section IV - 10 (Drug/Alcohol)** | |
| **Section V - 4 (Disability Claims)** | |
| **Section V - 5 (Lawsuits)** | |
| **Section V - 6 (Bankruptcy)** | |
| **Section VI - 1 (Physical Injury)** | |
| **Section VI - 3 (Emotional Distress)** | |
| **Section VI - 6 (Warnings)** | |
| **Section VI - 7 (3M/Arizant Communications)** | |
| **Section VI - 8 (3M/Arizant Warranty)** | |
| **Section VI - 9 (Augustine)** | |
| **Section VII - 1 (Lost Past Wages)** | |
| **Section VII - 2 (Lost Future Wages)** | |
| **Section VIII - 2 (Verbal/Written Statement)** | |
| **Section IX - 1 (Consortium Name etc.)** | |
| **Section IX - 3 (Residences)** | |
| **Section IX - 4 (Married)** | |
| **X.01 - Signed Authorization** | Incomplete |
| **X.02.d - Documents - Signed Verification** | Incomplete |
| **I.03.b - Plaintiffs' Counsel's Firm** | Schlichter Bogard |
| **I.03.e - Plaintiffs' Counsel's Email** | hgrupe@uselaws.com |
| | kkraft@uselaws.com |



# BLACKWELL
# BURKE P.A.

Benjamin W. Hulse
Direct Dial: 612-343-3256
E-Mail: bhulse@blackwellburke.com

October 1, 2018

**VIA EMAIL AND U.S. MAIL**
Christopher Coffin
Pendley, Baudin & Coffin L.L.P.
24110 Eden St.P.O. Drawer 71
Plaquemine, LA 70765
ccoffin@pbclawfirm.com
nrockforte@pbclawfirm.com
jperez@pbclawfirm.com

    *Re:*    *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
        MDL No. 2666 – Deficiencies in Plaintiff Fact Sheet for Individual Case
        *Woodard, George v. 3M Company et al* Case No.: 0:18-cv-01722-JNE-FLN

Dear Counsel:

We are in receipt of the Plaintiff Fact Sheet (PFS) for the above-captioned matter. The PFS has core deficiencies, as set forth in the enclosed report.

Paragraph 4 of Pretrial Order No. 14 defines core deficiencies as "a lack of response to all questions in Section I, Section II, and Section III; Section IV, questions 1, 3, 7, 8, 9, 10; Section V, questions 5, 6, and 7; Section VI, questions 1, 3, 6, 7, 8, and 9; Section VII, questions 1 and 2; Section 8, question 2; Section IX, questions 1, 3, and 4, or lack of signed medical authorizations." Paragraph 3 further requires a signed verification.

In addition, the instructions on the PFS form prohibit leaving spaces blank and provide as follows: "If a question is not applicable to you, please state 'Not Applicable' or 'N/A.'" In our review, many deficiencies resulted from a plaintiff leaving one or more spaces blank.

Pursuant to paragraph 6 of PTO 14, within 3 weeks of the date of this letter, you must respond in writing by either (1) curing the deficiencies (by serving a revised, verified PFS through Plaintiffs' portal); (2) disputing the deficiencies and setting forth the reasons the PFS is not deficient; or (3) explaining why the deficiencies cannot be timely cured. When serving a revised, verified PFS through Plaintiff's portal, you do not need to resubmit documents that were previously served with the original PFS. This is a final deficiency notice for this matter.

Sincerely,

s/ Benjamin W. Hulse

Benjamin W. Hulse

| | |
|---|---|
| **Plaintiffs' Last Name** | Woodard |
| **Plaintiffs' First Name** | George |
| **Case No.** | 0:18-cv-01722 |
| **Section I (Case Information)** | |
| **Section I - Incomplete Questions** | |
| **Section II (Personal Information)** | |
| **Section II - Incomplete Questions** | |
| **Section III (Surgery Information)** | Incomplete |
| **Section III - Incomplete Questions** | 1 |
| **Section IV - 1 (Vital Statistics)** | |
| **Section IV - 3 (Healthcare Providers)** | |
| **Section IV - 7 (Pharmacies/Drugstores)** | |
| **Section IV - 8 (Dental Procedures)** | |
| **Section IV - 9 (Tobacco)** | |
| **Section IV - 10 (Drug/Alcohol)** | |
| **Section V - 4 (Disability Claims)** | |
| **Section V - 5 (Lawsuits)** | |
| **Section V - 6 (Bankruptcy)** | |
| **Section VI - 1 (Physical Injury)** | |
| **Section VI - 3 (Emotional Distress)** | Incomplete |
| **Section VI - 6 (Warnings)** | |
| **Section VI - 7 (3M/Arizant Communications)** | |
| **Section VI - 8 (3M/Arizant Warranty)** | |
| **Section VI - 9 (Augustine)** | |
| **Section VII - 1 (Lost Past Wages)** | |
| **Section VII - 2 (Lost Future Wages)** | |
| **Section VIII - 2 (Verbal/Written Statement)** | |
| **Section IX - 1 (Consortium Name etc.)** | |
| **Section IX - 3 (Residences)** | |
| **Section IX - 4 (Married)** | |
| **X.01 - Signed Authorization** | |
| **X.02.d - Documents - Signed Verification** | |
| **I.03.b - Plaintiffs' Counsel's Firm** | Pendley, Baudin & Coffin LLP |
| **I.03.e - Plaintiffs' Counsel's Email** | sshirey@pbclawfirm.com |



**BLACKWELL BURKE** P.A.

Benjamin W. Hulse
Direct Dial: 612-343-3256
E-Mail: bhulse@blackwellburke.com

October 15, 2018

**VIA EMAIL AND U.S. MAIL**
Christopher Coffin
Pendley, Baudin & Coffin L.L.P.
24110 Eden St.P.O. Drawer 71
Plaquemine, LA 70765
ccoffin@pbclawfirm.com
nrockforte@pbclawfirm.com
jperez@pbclawfirm.com

  Re: *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
    MDL No. 2666 – Deficiencies in Plaintiff Fact Sheet for Individual Case
    *Cooper, Roy et al v. 3M Company et al* Case No.: 0:18-cv-01724-JNE-FLN

Dear Counsel:

We are in receipt of the Plaintiff Fact Sheet (PFS) for the above-captioned matter.  The PFS has core deficiencies, as set forth in the enclosed report.

Paragraph 4 of Pretrial Order No. 14 defines core deficiencies as "a lack of response to all questions in Section I, Section II, and Section III; Section IV, questions 1, 3, 7, 8, 9, 10; Section V, questions 5, 6, and 7; Section VI, questions 1, 3, 6, 7, 8, and 9; Section VII, questions 1 and 2; Section 8, question 2; Section IX, questions 1, 3, and 4, or lack of signed medical authorizations."  Paragraph 3 further requires a signed verification.

In addition, the instructions on the PFS form prohibit leaving spaces blank and provide as follows: "If a question is not applicable to you, please state 'Not Applicable' or 'N/A.'"  In our review, many deficiencies resulted from a plaintiff leaving one or more spaces blank.

Pursuant to paragraph 6 of PTO 14, within 3 weeks of the date of this letter, you must respond in writing by either (1) curing the deficiencies (by serving a revised, verified PFS through Plaintiffs' portal); (2) disputing the deficiencies and setting forth the reasons the PFS is not deficient; or (3) explaining why the deficiencies cannot be timely cured.  When serving a revised, verified PFS through Plaintiff's portal, you do not need to resubmit documents that were previously served with the original PFS. This is a final deficiency notice for this matter.

Sincerely,

s/ Benjamin W. Hulse

Benjamin W. Hulse

| | |
|---|---|
| **Plaintiffs' Last Name** | Cooper |
| **Plaintiffs' First Name** | Roy & Valerie |
| **Case No.** | 0:18-cv-01724 |
| **Section I (Case Information)** | |
| **Section I - Incomplete Questions** | |
| **Section II (Personal Information)** | |
| **Section II - Incomplete Questions** | |
| **Section III (Surgery Information)** | |
| **Section III - Incomplete Questions** | |
| **Section IV - 1 (Vital Statistics)** | |
| **Section IV - 3 (Healthcare Providers)** | |
| **Section IV - 7 (Pharmacies/Drugstores)** | |
| **Section IV - 8 (Dental Procedures)** | |
| **Section IV - 9 (Tobacco)** | |
| **Section IV - 10 (Drug/Alcohol)** | |
| **Section V - 4 (Disability Claims)** | |
| **Section V - 5 (Lawsuits)** | |
| **Section V - 6 (Bankruptcy)** | |
| **Section VI - 1 (Physical Injury)** | |
| **Section VI - 3 (Emotional Distress)** | Incomplete |
| **Section VI - 6 (Warnings)** | |
| **Section VI - 7 (3M/Arizant Communications)** | |
| **Section VI - 8 (3M/Arizant Warranty)** | |
| **Section VI - 9 (Augustine)** | |
| **Section VII - 1 (Lost Past Wages)** | |
| **Section VII - 2 (Lost Future Wages)** | |
| **Section VIII - 2 (Verbal/Written Statement)** | |
| **Section IX - 1 (Consortium Name etc.)** | |
| **Section IX - 3 (Residences)** | |
| **Section IX - 4 (Married)** | |
| **X.01 - Signed Authorization** | |
| **X.02.d - Documents - Signed Verification** | |
| **I.03.b - Plaintiffs' Counsel's Firm** | Pendley, Baudin & Coffin LLP |
| **I.03.e - Plaintiffs' Counsel's Email** | sshirey@pbclawfirm.com |


# BLACKWELL
## BURKE P.A.

Benjamin W. Hulse
Direct Dial: 612-343-3256
E-Mail: bhulse@blackwellburke.com

December 3, 2018

**VIA EMAIL AND U.S. MAIL**
Daniel Christopher Burke
Bernstein Liebhard LLP
10 East 40th Street
New York, New York 10016
dburke@bernlieb.com

  Re: *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
    MDL No. 2666 – Deficiencies in Plaintiff Fact Sheet for Individual Case
    *Johnson, Sheri  v. 3M Company et al.* Case No.: 0:18-cv-02014-JNE-DTS

Dear Counsel:

We are in receipt of the Plaintiff Fact Sheet (PFS) for the above-captioned matter.  The PFS has core deficiencies, as set forth in the enclosed report.

Paragraph 4 of Pretrial Order No. 14 defines core deficiencies as "a lack of response to all questions in Section I, Section II, and Section III; Section IV, questions 1, 3, 7, 8, 9, 10; Section V, questions 5, 6, and 7; Section VI, questions 1, 3, 6, 7, 8, and 9; Section VII, questions 1 and 2; Section 8, question 2; Section IX, questions 1, 3, and 4, or lack of signed medical authorizations."  Paragraph 3 further requires a signed verification.

In addition, the instructions on the PFS form prohibit leaving spaces blank and provide as follows: "If a question is not applicable to you, please state 'Not Applicable' or 'N/A.'"  In our review, many deficiencies resulted from a plaintiff leaving one or more spaces blank.

Pursuant to paragraph 6 of PTO 14, within 3 weeks of the date of this letter, you must respond in writing by either (1) curing the deficiencies (by serving a revised, verified PFS through Plaintiffs' portal); (2) disputing the deficiencies and setting forth the reasons the PFS is not deficient; or (3) explaining why the deficiencies cannot be timely cured.  When serving a revised, verified PFS through Plaintiff's portal, you do not need to resubmit documents that were previously served with the original PFS. This is a final deficiency notice for this matter.

Sincerely,

s/ Benjamin W. Hulse

Benjamin W. Hulse

cc: Plaintiffs' Co-Lead Counsel
Enclosure

| | |
|---|---|
| **Plaintiffs' Last Name** | Johnson |
| **Plaintiffs' First Name** | Sheri |
| **Case No.** | 18-cv-02014 |
| **Section I (Case Information)** | Incomplete |
| **Section I - Incomplete Questions** | 1 |
| **Section II (Personal Information)** | Incomplete |
| **Section II - Incomplete Questions** | 1 |
| **Section III (Surgery Information)** | Incomplete |
| **Section III - Incomplete Questions** | 1 |
| **Section IV - 1 (Vital Statistics)** | |
| **Section IV - 3 (Healthcare Providers)** | |
| **Section IV - 7 (Pharmacies/Drugstores)** | |
| **Section IV - 8 (Dental Procedures)** | |
| **Section IV - 9 (Tobacco)** | |
| **Section IV - 10 (Drug/Alcohol)** | |
| **Section V - 4 (Disability Claims)** | |
| **Section V - 5 (Lawsuits)** | |
| **Section V - 6 (Bankruptcy)** | |
| **Section VI - 1 (Physical Injury)** | Incomplete |
| **Section VI - 3 (Emotional Distress)** | Incomplete |
| **Section VI - 6 (Warnings)** | |
| **Section VI - 7 (3M/Arizant Communications)** | |
| **Section VI - 8 (3M/Arizant Warranty)** | |
| **Section VI - 9 (Augustine)** | |
| **Section VII - 1 (Lost Past Wages)** | |
| **Section VII - 2 (Lost Future Wages)** | |
| **Section VIII - 2 (Verbal/Written Statement)** | |
| **Section IX - 1 (Consortium Name etc.)** | |
| **Section IX - 3 (Residences)** | |
| **Section IX - 4 (Married)** | |
| **X.01 - Signed Authorization** | |
| **X.02.d - Documents - Signed Verification** | |
| **I.03.b - Plaintiffs' Counsel's Firm** | Bernstein Liebhard |
| **I.03.e - Plaintiffs' Counsel's Email** | dburke@bernlieb.com dweck@bernlieb.com |


**BLACKWELL BURKE** P.A.

Benjamin W. Hulse
Direct Dial: 612-343-3256
E-Mail: bhulse@blackwellburke.com

November 20, 2018

**VIA EMAIL AND U.S. MAIL**
David W. Hodges
Kennedy Hodges, LLP
4409 Montrose Blvd. Suite 200
Houston, TX, 77006
mtg.kennedyhodges.com

    Re:    *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
           MDL No. 2666 – Deficiencies in Plaintiff Fact Sheet for Individual Case
           *Sullivan, Jeffrey  v. 3M Company et al* Case No.: 0:18-cv-02065-JNE-DTS

Dear Counsel:

We are in receipt of the Plaintiff Fact Sheet (PFS) for the above-captioned matter.  The PFS has core deficiencies, as set forth in the enclosed report.

Paragraph 4 of Pretrial Order No. 14 defines core deficiencies as "a lack of response to all questions in Section I, Section II, and Section III; Section IV, questions 1, 3, 7, 8, 9, 10; Section V, questions 5, 6, and 7; Section VI, questions 1, 3, 6, 7, 8, and 9; Section VII, questions 1 and 2; Section 8, question 2; Section IX, questions 1, 3, and 4, or lack of signed medical authorizations."  Paragraph 3 further requires a signed verification.

In addition, the instructions on the PFS form prohibit leaving spaces blank and provide as follows: "If a question is not applicable to you, please state 'Not Applicable' or 'N/A.'"  In our review, many deficiencies resulted from a plaintiff leaving one or more spaces blank.

Pursuant to paragraph 6 of PTO 14, within 3 weeks of the date of this letter, you must respond in writing by either (1) curing the deficiencies (by serving a revised, verified PFS through Plaintiffs' portal); (2) disputing the deficiencies and setting forth the reasons the PFS is not deficient; or (3) explaining why the deficiencies cannot be timely cured.  When serving a revised, verified PFS through Plaintiff's portal, you do not need to resubmit documents that were previously served with the original PFS. This is a final deficiency notice for this matter.

Sincerely,

s/ Benjamin W. Hulse

Benjamin W. Hulse

cc: Plaintiffs' Co-Lead Counsel
Enclosure

| | |
|---|---|
| **Plaintiffs' Last Name** | Sullivan |
| **Plaintiffs' First Name** | Jeff |
| **Case No.** | 18-cv-2065 |
| **Section I (Case Information)** | |
| **Section I - Incomplete Questions** | |
| **Section II (Personal Information)** | Incomplete |
| **Section II - Incomplete Questions** | 01, 02, 03, 04, 05, 06, 07, 08 09, 10, 11, 12, 13, 14, 15, 16 |
| **Section III (Surgery Information)** | Incomplete |
| **Section III - Incomplete Questions** | 3 |
| **Section IV - 1 (Vital Statistics)** | Incomplete |
| **Section IV - 3 (Healthcare Providers)** | |
| **Section IV - 7 (Pharmacies/Drugstores)** | Incomplete |
| **Section IV - 8 (Dental Procedures)** | Incomplete |
| **Section IV - 9 (Tobacco)** | Incomplete |
| **Section IV - 10 (Drug/Alcohol)** | Incomplete |
| **Section V - 4 (Disability Claims)** | Incomplete |
| **Section V - 5 (Lawsuits)** | Incomplete |
| **Section V - 6 (Bankruptcy)** | Incomplete |
| **Section VI - 1 (Physical Injury)** | Incomplete |
| **Section VI - 3 (Emotional Distress)** | Incomplete |
| **Section VI - 6 (Warnings)** | Incomplete |
| **Section VI - 7 (3M/Arizant Communications)** | Incomplete |
| **Section VI - 8 (3M/Arizant Warranty)** | Incomplete |
| **Section VI - 9 (Augustine)** | Incomplete |
| **Section VII - 1 (Lost Past Wages)** | Incomplete |
| **Section VII - 2 (Lost Future Wages)** | Incomplete |
| **Section VIII - 2 (Verbal/Written Statement)** | Incomplete |
| **Section IX - 1 (Consortium Name etc.)** | Incomplete |
| **Section IX - 3 (Residences)** | Incomplete |
| **Section IX - 4 (Married)** | Incomplete |
| **X.01 - Signed Authorization** | Incomplete |
| **X.02.d - Documents - Signed Verification** | Incomplete |
| **I.03.b - Plaintiffs' Counsel's Firm** | Kennedy Hodges, L.L.P. |
| **I.03.e - Plaintiffs' Counsel's Email** | mtg@kennedyhodges.com |



BLACKWELL
BURKE P.A.

Benjamin W. Hulse
Direct Dial: 612-343-3256
E-Mail: bhulse@blackwellburke.com

November 15, 2018

**VIA EMAIL AND U.S. MAIL**
David W. Hodges
Kennedy Hodges, LLP
4409 Montrose Blvd. Suite 200
Houston, TX, 77006
mtg.kennedyhodges.com

  *Re:* *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
    MDL No. 2666 – Deficiencies in Plaintiff Fact Sheet for Individual Case
    *McGuire, Maria v. 3M Company et al* Case No.: 0:18-cv-02080-JNE-DTS

Dear Counsel:

We are in receipt of the Plaintiff Fact Sheet (PFS) for the above-captioned matter. The PFS has core deficiencies, as set forth in the enclosed report.

Paragraph 4 of Pretrial Order No. 14 defines core deficiencies as "a lack of response to all questions in Section I, Section II, and Section III; Section IV, questions 1, 3, 7, 8, 9, 10; Section V, questions 5, 6, and 7; Section VI, questions 1, 3, 6, 7, 8, and 9; Section VII, questions 1 and 2; Section 8, question 2; Section IX, questions 1, 3, and 4, or lack of signed medical authorizations." Paragraph 3 further requires a signed verification.

In addition, the instructions on the PFS form prohibit leaving spaces blank and provide as follows: "If a question is not applicable to you, please state 'Not Applicable' or 'N/A.'" In our review, many deficiencies resulted from a plaintiff leaving one or more spaces blank.

Pursuant to paragraph 6 of PTO 14, within 3 weeks of the date of this letter, you must respond in writing by either (1) curing the deficiencies (by serving a revised, verified PFS through Plaintiffs' portal); (2) disputing the deficiencies and setting forth the reasons the PFS is not deficient; or (3) explaining why the deficiencies cannot be timely cured. When serving a revised, verified PFS through Plaintiff's portal, you do not need to resubmit documents that were previously served with the original PFS. This is a final deficiency notice for this matter.

Sincerely,

s/ Benjamin W. Hulse

Benjamin W. Hulse

cc: Plaintiffs' Co-Lead Counsel
Enclosure

| | |
|---|---|
| **Plaintiffs' Last Name** | McGuire |
| **Plaintiffs' First Name** | John |
| **Case No.** | 18-cv-2080 |
| **Section I (Case Information)** | Incomplete |
| **Section I - Incomplete Questions** | 4 |
| **Section II (Personal Information)** | Incomplete |
| **Section II - Incomplete Questions** | 7 |
| **Section III (Surgery Information)** | Incomplete |
| **Section III - Incomplete Questions** | 01 <br> 03 |
| **Section IV - 1 (Vital Statistics)** | |
| **Section IV - 3 (Healthcare Providers)** | |
| **Section IV - 7 (Pharmacies/Drugstores)** | |
| **Section IV - 8 (Dental Procedures)** | |
| **Section IV - 9 (Tobacco)** | |
| **Section IV - 10 (Drug/Alcohol)** | |
| **Section V - 4 (Disability Claims)** | |
| **Section V - 5 (Lawsuits)** | |
| **Section V - 6 (Bankruptcy)** | |
| **Section VI - 1 (Physical Injury)** | Incomplete |
| **Section VI - 3 (Emotional Distress)** | Incomplete |
| **Section VI - 6 (Warnings)** | |
| **Section VI - 7 (3M/Arizant Communications)** | |
| **Section VI - 8 (3M/Arizant Warranty)** | |
| **Section VI - 9 (Augustine)** | |
| **Section VII - 1 (Lost Past Wages)** | |
| **Section VII - 2 (Lost Future Wages)** | |
| **Section VIII - 2 (Verbal/Written Statement)** | |
| **Section IX - 1 (Consortium Name etc.)** | |
| **Section IX - 3 (Residences)** | |
| **Section IX - 4 (Married)** | |
| **X.01 - Signed Authorization** | |
| **X.02.d - Documents - Signed Verification** | |
| **I.03.b - Plaintiffs' Counsel's Firm** | Kennedy Hodges |
| **I.03.e - Plaintiffs' Counsel's Email** | mtg@kennedyhodges.com |



BLACKWELL
BURKE P.A.

Benjamin W. Hulse
Direct Dial: 612-343-3256
E-Mail: bhulse@blackwellburke.com

November 20, 2018

**VIA EMAIL AND U.S. MAIL**
David W. Hodges
Kennedy Hodges, LLP
4409 Montrose Blvd. Suite 200
Houston, TX, 77006
mtg.kennedyhodges.com

      Re:     *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
             MDL No. 2666 – Deficiencies in Plaintiff Fact Sheet for Individual Case
             *Rhodes, Sarah v. 3M Company et al* Case No.: 0:18-cv-02211-JNE-DTS

Dear Counsel:

We are in receipt of the Plaintiff Fact Sheet (PFS) for the above-captioned matter. The PFS has core deficiencies, as set forth in the enclosed report.

Paragraph 4 of Pretrial Order No. 14 defines core deficiencies as "a lack of response to all questions in Section I, Section II, and Section III; Section IV, questions 1, 3, 7, 8, 9, 10; Section V, questions 5, 6, and 7; Section VI, questions 1, 3, 6, 7, 8, and 9; Section VII, questions 1 and 2; Section 8, question 2; Section IX, questions 1, 3, and 4, or lack of signed medical authorizations." Paragraph 3 further requires a signed verification.

In addition, the instructions on the PFS form prohibit leaving spaces blank and provide as follows: "If a question is not applicable to you, please state 'Not Applicable' or 'N/A.'" In our review, many deficiencies resulted from a plaintiff leaving one or more spaces blank.

Pursuant to paragraph 6 of PTO 14, within 3 weeks of the date of this letter, you must respond in writing by either (1) curing the deficiencies (by serving a revised, verified PFS through Plaintiffs' portal); (2) disputing the deficiencies and setting forth the reasons the PFS is not deficient; or (3) explaining why the deficiencies cannot be timely cured. When serving a revised, verified PFS through Plaintiff's portal, you do not need to resubmit documents that were previously served with the original PFS. This is a final deficiency notice for this matter.

Sincerely,

s/ Benjamin W. Hulse

Benjamin W. Hulse

cc: Plaintiffs' Co-Lead Counsel
Enclosure

| | |
|---|---|
| **Plaintiffs' Last Name** | Rhodes |
| **Plaintiffs' First Name** | Sarah |
| **Case No.** | 18-cv-2211 |
| **Section I (Case Information)** | |
| **Section I -  Incomplete Questions** | |
| **Section II (Personal Information)** | Incomplete |
| **Section II -  Incomplete Questions** | 1 |
| **Section III (Surgery Information)** | Incomplete |
| **Section III -  Incomplete Questions** | 1 |
| **Section IV - 1 (Vital Statistics)** | |
| **Section IV - 3 (Healthcare Providers)** | |
| **Section IV - 7 (Pharmacies/Drugstores)** | |
| **Section IV - 8 (Dental Procedures)** | |
| **Section IV - 9 (Tobacco)** | |
| **Section IV - 10 (Drug/Alcohol)** | |
| **Section V - 4 (Disability Claims)** | |
| **Section V - 5 (Lawsuits)** | |
| **Section V - 6 (Bankruptcy)** | |
| **Section VI - 1 (Physical Injury)** | |
| **Section VI - 3 (Emotional Distress)** | |
| **Section VI - 6 (Warnings)** | |
| **Section VI - 7 (3M/Arizant Communications)** | |
| **Section VI - 8 (3M/Arizant Warranty)** | |
| **Section VI - 9 (Augustine)** | |
| **Section VII - 1 (Lost Past Wages)** | |
| **Section VII - 2 (Lost Future Wages)** | |
| **Section VIII - 2 (Verbal/Written Statement)** | |
| **Section IX - 1 (Consortium Name etc.)** | |
| **Section IX - 3 (Residences)** | |
| **Section IX - 4 (Married)** | |
| **X.01 - Signed Authorization** | |
| **X.02.d - Documents - Signed Verification** | Incomplete |
| **I.03.b - Plaintiffs' Counsel's Firm** | Kennedy Hodges, L.L.P. |
| **I.03.e - Plaintiffs' Counsel's Email** | mtg@kennedyhodges.com |



BLACKWELL
BURKE P.A.

Benjamin W. Hulse
Direct Dial: 612-343-3256
E-Mail: bhulse@blackwellburke.com

November 20, 2018

**VIA EMAIL AND U.S. MAIL**
David W. Hodges
Kennedy Hodges, LLP
4409 Montrose Blvd. Suite 200
Houston, TX, 77006
mtg.kennedyhodges.com

> Re:   *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
> MDL No. 2666 – Deficiencies in Plaintiff Fact Sheet for Individual Case
> *Torrez, Macario v. 3M Company et al* Case No.: 0:18-cv-02220-JNE-DTS

Dear Counsel:

We are in receipt of the Plaintiff Fact Sheet (PFS) for the above-captioned matter. The PFS has core deficiencies, as set forth in the enclosed report.

Paragraph 4 of Pretrial Order No. 14 defines core deficiencies as "a lack of response to all questions in Section I, Section II, and Section III; Section IV, questions 1, 3, 7, 8, 9, 10; Section V, questions 5, 6, and 7; Section VI, questions 1, 3, 6, 7, 8, and 9; Section VII, questions 1 and 2; Section 8, question 2; Section IX, questions 1, 3, and 4, or lack of signed medical authorizations." Paragraph 3 further requires a signed verification.

In addition, the instructions on the PFS form prohibit leaving spaces blank and provide as follows: "If a question is not applicable to you, please state 'Not Applicable' or 'N/A.'" In our review, many deficiencies resulted from a plaintiff leaving one or more spaces blank.

Pursuant to paragraph 6 of PTO 14, within 3 weeks of the date of this letter, you must respond in writing by either (1) curing the deficiencies (by serving a revised, verified PFS through Plaintiffs' portal); (2) disputing the deficiencies and setting forth the reasons the PFS is not deficient; or (3) explaining why the deficiencies cannot be timely cured. When serving a revised, verified PFS through Plaintiff's portal, you do not need to resubmit documents that were previously served with the original PFS. This is a final deficiency notice for this matter.

Sincerely,

s/ Benjamin W. Hulse

Benjamin W. Hulse

cc: Plaintiffs' Co-Lead Counsel
Enclosure

---

| | |
|---|---|
| **Plaintiffs' Last Name** | Torrez |
| **Plaintiffs' First Name** | Macario |
| **Case No.** | 18-cv-2220 |
| **Section I (Case Information)** | |
| **Section I - Incomplete Questions** | |
| **Section II (Personal Information)** | |
| **Section II - Incomplete Questions** | |
| **Section III (Surgery Information)** | Incomplete |
| **Section III - Incomplete Questions** | 1 |
| **Section IV - 1 (Vital Statistics)** | |
| **Section IV - 3 (Healthcare Providers)** | |
| **Section IV - 7 (Pharmacies/Drugstores)** | |
| **Section IV - 8 (Dental Procedures)** | |
| **Section IV - 9 (Tobacco)** | |
| **Section IV - 10 (Drug/Alcohol)** | |
| **Section V - 4 (Disability Claims)** | |
| **Section V - 5 (Lawsuits)** | |
| **Section V - 6 (Bankruptcy)** | |
| **Section VI - 1 (Physical Injury)** | |
| **Section VI - 3 (Emotional Distress)** | |
| **Section VI - 6 (Warnings)** | |
| **Section VI - 7 (3M/Arizant Communications)** | |
| **Section VI - 8 (3M/Arizant Warranty)** | |
| **Section VI - 9 (Augustine)** | |
| **Section VII - 1 (Lost Past Wages)** | |
| **Section VII - 2 (Lost Future Wages)** | |
| **Section VIII - 2 (Verbal/Written Statement)** | |
| **Section IX - 1 (Consortium Name etc.)** | |
| **Section IX - 3 (Residences)** | |
| **Section IX - 4 (Married)** | |
| **X.01 - Signed Authorization** | |
| **X.02.d - Documents - Signed Verification** | Incomplete |
| **I.03.b - Plaintiffs' Counsel's Firm** | Kennedy Hodges, L.L.P. |
| **I.03.e - Plaintiffs' Counsel's Email** | mtg@kennedyhodges.com |

# EXHIBIT B



**BLACKWELL
BURKE** P.A.

Benjamin W. Hulse
Direct Dial: 612-343-3256
E-Mail: bhulse@blackwellburke.com

June 27, 2018

**VIA EMAIL AND U.S. MAIL**
Amanda M. Williams
Gustafson Gluek PLLC
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
awilliams@gustafsongluek.com

> Re:   *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
> MDL No. 2666 – Deficiencies in Plaintiff Fact Sheet for Individual Case
> *Ballasso, Marilyn v. 3M Company et al* Case No.: 0:18-cv-00575-JNE-FLN

Dear Counsel:

We are in receipt of the Plaintiff Fact Sheet (PFS) for the above-captioned matter. The PFS has core deficiencies, as set forth in the enclosed report.

Paragraph 4 of Pretrial Order No. 14 defines core deficiencies as "a lack of response to all questions in Section I, Section II, and Section III; Section IV, questions 1, 3, 7, 8, 9, 10; Section V, questions 5, 6, and 7; Section VI, questions 1, 3, 6, 7, 8, and 9; Section VII, questions 1 and 2; Section 8, question 2; Section IX, questions 1, 3, and 4, or lack of signed medical authorizations." Paragraph 3 further requires a signed verification.

In addition, the instructions on the PFS form prohibit leaving spaces blank and provide as follows: "If a question is not applicable to you, please state 'Not Applicable' or 'N/A.'" In our review, many deficiencies resulted from a plaintiff leaving one or more spaces blank.

Pursuant to paragraph 6 of PTO 14, within 3 weeks of the date of this letter, you must respond in writing by either (1) curing the deficiencies (by serving a revised, verified PFS through Plaintiffs' portal); (2) disputing the deficiencies and setting forth the reasons the PFS is not deficient; or (3) explaining why the deficiencies cannot be timely cured. When serving a revised, verified PFS through Plaintiff's portal, you do not need to resubmit documents that were previously served with the original PFS. This is a final deficiency notice for this matter.

Sincerely,

s/ Benjamin W. Hulse

Benjamin W. Hulse

cc: Plaintiffs' Co-Lead Counsel
Enclosure

| | |
|---|---|
| **Plaintiffs' Last Name** | Ballasso |
| **Plaintiffs' First Name** | Marilyn |
| **Case No.** | 18-cv-00575 |
| **Section I (Case Information)** | |
| **Section I - Incomplete Questions** | |
| **Section II (Personal Information)** | Incomplete |
| **Section II - Incomplete Questions** | 01, 02, 03, 05, 06, 08, 09, 10, 11, 12, 13, 14, 15, 16 |
| **Section III (Surgery Information)** | |
| **Section III - Incomplete Questions** | 01 <br> 03 <br> 04 <br> 05 |
| **Section IV - 1 (Vital Statistics)** | |
| **Section IV - 3 (Healthcare Providers)** | Incomplete |
| **Section IV - 7 (Pharmacies/Drugstores)** | Incomplete |
| **Section IV - 8 (Dental Procedures)** | Incomplete |
| **Section IV - 9 (Tobacco)** | Incomplete |
| **Section IV - 10 (Drug/Alcohol)** | Incomplete |
| **Section V - 4 (Disability Claims)** | Incomplete |
| **Section V - 5 (Lawsuits)** | Incomplete |
| **Section V - 6 (Bankruptcy)** | Incomplete |
| **Section VI - 1 (Physical Injury)** | Incomplete |
| **Section VI - 3 (Emotional Distress)** | Incomplete |
| **Section VI - 6 (Warnings)** | Incomplete |
| **Section VI - 7 (3M/Arizant Communications)** | Incomplete |
| **Section VI - 8 (3M/Arizant Warranty)** | Incomplete |
| **Section VI - 9 (Augustine)** | Incomplete |
| **Section VII - 1 (Lost Past Wages)** | Incomplete |
| **Section VII - 2 (Lost Future Wages)** | Incomplete |
| **Section VIII - 2 (Verbal/Written Statement)** | Incomplete |
| **Section IX - 1 (Consortium Name etc.)** | |
| **Section IX - 3 (Residences)** | |
| **Section IX - 4 (Married)** | |
| **X.01 - Signed Authorization** | Incomplete |
| **X.02.d - Documents - Signed Verification** | |
| **I.03.b - Plaintiffs' Counsel's Firm** | Gustafson Gluek PLLC |
| **I.03.e - Plaintiffs' Counsel's Email** | awilliams@gustafsongluek.com |



BLACKWELL
BURKE P.A.

Benjamin W. Hulse
Direct Dial: 612-343-3256
E-Mail: bhulse@blackwellburke.com

August 7, 2018

**VIA EMAIL AND U.S. MAIL**
Travis R. Walker
The Law offices of Travis R. Walker, P.A.
1235 SE Indian Street, Suite 101
Stuart, Florida 34997
traviswalker@traviswalkerlaw.com

> Re:   *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
> MDL No. 2666 – Deficiencies in Plaintiff Fact Sheet for Individual Case
> *Villafranco, Leonard v. 3M Company et al* Case No.: 0:18-cv-00852-JNE-FLN

Dear Counsel:

We are in receipt of the Plaintiff Fact Sheet (PFS) for the above-captioned matter.  The PFS has core deficiencies, as set forth in the enclosed report.

Paragraph 4 of Pretrial Order No. 14 defines core deficiencies as "a lack of response to all questions in Section I, Section II, and Section III; Section IV, questions 1, 3, 7, 8, 9, 10; Section V, questions 5, 6, and 7; Section VI, questions 1, 3, 6, 7, 8, and 9; Section VII, questions 1 and 2; Section 8, question 2; Section IX, questions 1, 3, and 4, or lack of signed medical authorizations."  Paragraph 3 further requires a signed verification.

In addition, the instructions on the PFS form prohibit leaving spaces blank and provide as follows: "If a question is not applicable to you, please state 'Not Applicable' or 'N/A.'"  In our review, many deficiencies resulted from a plaintiff leaving one or more spaces blank.

Pursuant to paragraph 6 of PTO 14, within 3 weeks of the date of this letter, you must respond in writing by either (1) curing the deficiencies (by serving a revised, verified PFS through Plaintiffs' portal); (2) disputing the deficiencies and setting forth the reasons the PFS is not deficient; or (3) explaining why the deficiencies cannot be timely cured.  When serving a revised, verified PFS through Plaintiff's portal, you do not need to resubmit documents that were previously served with the original PFS. This is a final deficiency notice for this matter.

Sincerely,

s/ Benjamin W. Hulse

Benjamin W. Hulse

cc: Plaintiffs' Co-Lead Counsel
Enclosure

| | |
|---|---|
| **Plaintiffs' Last Name** | Villafranco |
| **Plaintiffs' First Name** | Leonard S. |
| **Case No.** | Villafranco_Leonard_018-cv-00852-JNE-FLN_1_Villafranco_Leonard_018-cv-00852-JNE-FLN_1 |
| **Section I (Case Information)** | |
| **Section I - Incomplete Questions** | |
| **Section II (Personal Information)** | Incomplete |
| **Section II - Incomplete Questions** | 10 16 |
| **Section III (Surgery Information)** | Incomplete |
| **Section III - Incomplete Questions** | 01 |
| **Section IV - 1 (Vital Statistics)** | |
| **Section IV - 3 (Healthcare Providers)** | |
| **Section IV - 7 (Pharmacies/Drugstores)** | Incomplete |
| **Section IV - 8 (Dental Procedures)** | |
| **Section IV - 9 (Tobacco)** | |
| **Section IV - 10 (Drug/Alcohol)** | |
| **Section V - 4 (Disability Claims)** | |
| **Section V - 5 (Lawsuits)** | |
| **Section V - 6 (Bankruptcy)** | |
| **Section VI - 1 (Physical Injury)** | |
| **Section VI - 3 (Emotional Distress)** | |
| **Section VI - 6 (Warnings)** | |
| **Section VI - 7 (3M/Arizant Communications)** | |
| **Section VI - 8 (3M/Arizant Warranty)** | |
| **Section VI - 9 (Augustine)** | |
| **Section VII - 1 (Lost Past Wages)** | Incomplete |
| **Section VII - 2 (Lost Future Wages)** | |
| **Section VIII - 2 (Verbal/Written Statement)** | |
| **Section IX - 1 (Consortium Name etc.)** | Incomplete |
| **Section IX - 3 (Residences)** | Incomplete |
| **Section IX - 4 (Married)** | Incomplete |
| **X.01 - Signed Authorization** | |
| **X.02.d - Documents - Signed Verification** | |
| **I.03.b - Plaintiffs' Counsel's Firm** | The Law Office of Travis R Walker |
| **I.03.e - Plaintiffs' Counsel's Email** | service@traviswalkerlaw.com |



| | BLACKWELL |
| | BURKE P.A. |

Benjamin W. Hulse
Direct Dial: 612-343-3256
E-Mail: bhulse@blackwellburke.com

November 15, 2018

**VIA EMAIL AND U.S. MAIL**
Jeffrey Alan Travers
The Miller Firm, LLC
108 Railroad Avenue
Orange, VA 22960
jtravers@millerfirmllc.com;
TShah@MillerFirmLLC.com
jtravers@millerfirmllc.com

Re:     *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
MDL No. 2666 – Deficiencies in Amended Plaintiff Fact Sheet
*Rhock, Leonard v. 3M Company et al* Case No.: 0:18-cv-01031-JNE-FLN

Dear Counsel:

We are in receipt of the amended Plaintiff Fact Sheet (PFS) for the above-captioned matter.  The PFS still has core deficiencies, as set forth in the enclosed report.

Paragraph 4 of Pretrial Order No. 14 defines core deficiencies as "a lack of response to all questions in Section I, Section II, and Section III; Section IV, questions 1, 3, 7, 8, 9, 10; Section V, questions 5, 6, and 7; Section VI, questions 1, 3, 6, 7, 8, and 9; Section VII, questions 1 and 2; Section 8, question 2; Section IX, questions 1, 3, and 4, or lack of signed medical authorizations."  Paragraph 3 further requires a signed verification.

In addition, the instructions on the PFS form prohibit leaving spaces blank and provide as follows: "If a question is not applicable to you, please state 'Not Applicable' or 'N/A.'"  In our review, many deficiencies resulted from a plaintiff leaving one or more spaces blank.

Pursuant to paragraph 6 of PTO 14, within 3 weeks of the date of this letter, you must respond in writing by either (1) curing the deficiencies (by serving a further revised, verified PFS through Plaintiffs' portal); (2) disputing the deficiencies and setting forth the reasons the PFS is not deficient; or (3) explaining why the deficiencies cannot be timely cured.  When serving a revised, verified PFS through Plaintiff's portal, you do not need to resubmit documents that were previously served with the original PFS. This is the final deficiency notice for this matter.

Sincerely,

s/ Benjamin W. Hulse

Benjamin W. Hulse

| | |
|---|---|
| **Plaintiffs' Last Name** | Rhock |
| **Plaintiffs' First Name** | Leonard J. |
| **Case No.** | 18-cv-01031 |
| **Section I (Case Information)** | |
| **Section I - Incomplete Questions** | |
| **Section II (Personal Information)** | |
| **Section II - Incomplete Questions** | |
| **Section III (Surgery Information)** | Incomplete |
| **Section III - Incomplete Questions** | 1 |
| **Section IV - 1 (Vital Statistics)** | |
| **Section IV - 3 (Healthcare Providers)** | |
| **Section IV - 7 (Pharmacies/Drugstores)** | |
| **Section IV - 8 (Dental Procedures)** | |
| **Section IV - 9 (Tobacco)** | |
| **Section IV - 10 (Drug/Alcohol)** | |
| **Section V - 4 (Disability Claims)** | |
| **Section V - 5 (Lawsuits)** | |
| **Section V - 6 (Bankruptcy)** | |
| **Section VI - 1 (Physical Injury)** | |
| **Section VI - 3 (Emotional Distress)** | |
| **Section VI - 6 (Warnings)** | |
| **Section VI - 7 (3M/Arizant Communications)** | |
| **Section VI - 8 (3M/Arizant Warranty)** | |
| **Section VI - 9 (Augustine)** | |
| **Section VII - 1 (Lost Past Wages)** | Incomplete |
| **Section VII - 2 (Lost Future Wages)** | |
| **Section VIII - 2 (Verbal/Written Statement)** | |
| **Section IX - 1 (Consortium Name etc.)** | |
| **Section IX - 3 (Residences)** | |
| **Section IX - 4 (Married)** | |
| **X.01 - Signed Authorization** | |
| **X.02.d - Documents - Signed Verification** | |
| **I.03.b - Plaintiffs' Counsel's Firm** | The Miller Firm LLC |
| **I.03.e - Plaintiffs' Counsel's Email** | tshah@millerfirmllc.com |



Benjamin W. Hulse
Direct Dial: 612-343-3256
E-Mail: bhulse@blackwellburke.com

November 15, 2018

**VIA EMAIL AND U.S. MAIL**
Daniel A. Nigh
Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A
316 South Baylen St. Suite 400
Pensacola, Florida 32502
dnigh@levinlaw.com

> Re:   *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
> MDL No. 2666 – Deficiencies in Amended Plaintiff Fact Sheet
> *Johnson, Alvin v. 3M Company* Case No.: 0:18-cv-01051-JNE-FLN

Dear Counsel:

We are in receipt of the amended Plaintiff Fact Sheet (PFS) for the above-captioned matter.  The PFS still has core deficiencies, as set forth in the enclosed report.

Paragraph 4 of Pretrial Order No. 14 defines core deficiencies as "a lack of response to all questions in Section I, Section II, and Section III; Section IV, questions 1, 3, 7, 8, 9, 10; Section V, questions 5, 6, and 7; Section VI, questions 1, 3, 6, 7, 8, and 9; Section VII, questions 1 and 2; Section 8, question 2; Section IX, questions 1, 3, and 4, or lack of signed medical authorizations."  Paragraph 3 further requires a signed verification.

In addition, the instructions on the PFS form prohibit leaving spaces blank and provide as follows: "If a question is not applicable to you, please state 'Not Applicable' or 'N/A.'"  In our review, many deficiencies resulted from a plaintiff leaving one or more spaces blank.

Pursuant to paragraph 6 of PTO 14, within 3 weeks of the date of this letter, you must respond in writing by either (1) curing the deficiencies (by serving a further revised, verified PFS through Plaintiffs' portal); (2) disputing the deficiencies and setting forth the reasons the PFS is not deficient; or (3) explaining why the deficiencies cannot be timely cured.  When serving a revised, verified PFS through Plaintiff's portal, you do not need to resubmit documents that were previously served with the original PFS. This is the final deficiency notice for this matter.

Sincerely,

s/ Benjamin W. Hulse

Benjamin W. Hulse

cc: Plaintiffs' Co-Lead Counsel
Enclosure

| | |
|---|---|
| **Plaintiffs' Last Name** | Johnson |
| **Plaintiffs' First Name** | Alvin |
| **Case No.** | 0:18-cv-01051 |
| **Section I (Case Information)** | |
| **Section I - Incomplete Questions** | |
| **Section II (Personal Information)** | Incomplete |
| **Section II - Incomplete Questions** | 01, 02, 03, 05, 06, 08, 09, 10, 11, 12, 13, 14, 15, 16 |
| **Section III (Surgery Information)** | Incomplete |
| **Section III - Incomplete Questions** | 01, 02, 03, 04, 05 |
| **Section IV - 1 (Vital Statistics)** | Incomplete |
| **Section IV - 3 (Healthcare Providers)** | Incomplete |
| **Section IV - 7 (Pharmacies/Drugstores)** | Incomplete |
| **Section IV - 8 (Dental Procedures)** | Incomplete |
| **Section IV - 9 (Tobacco)** | Incomplete |
| **Section IV - 10 (Drug/Alcohol)** | Incomplete |
| **Section V - 4 (Disability Claims)** | Incomplete |
| **Section V - 5 (Lawsuits)** | Incomplete |
| **Section V - 6 (Bankruptcy)** | Incomplete |
| **Section VI - 1 (Physical Injury)** | Incomplete |
| **Section VI - 3 (Emotional Distress)** | Incomplete |
| **Section VI - 6 (Warnings)** | Incomplete |
| **Section VI - 7 (3M/Arizant Communications)** | Incomplete |
| **Section VI - 8 (3M/Arizant Warranty)** | Incomplete |
| **Section VI - 9 (Augustine)** | Incomplete |
| **Section VII - 1 (Lost Past Wages)** | Incomplete |
| **Section VII - 2 (Lost Future Wages)** | Incomplete |
| **Section VIII - 2 (Verbal/Written Statement)** | Incomplete |
| **Section IX - 1 (Consortium Name etc.)** | Incomplete |
| **Section IX - 3 (Residences)** | Incomplete |
| **Section IX - 4 (Married)** | Incomplete |
| **X.01 - Signed Authorization** | Incomplete |
| **X.02.d - Documents - Signed Verification** | Incomplete |
| **I.03.b - Plaintiffs' Counsel's Firm** | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| **I.03.e - Plaintiffs' Counsel's Email** | dnigh@levinlaw.com |



**BLACKWELL BURKE** P.A.

Benjamin W. Hulse
Direct Dial: 612-343-3256
E-Mail: bhulse@blackwellburke.com

August 17, 2018

**VIA EMAIL AND U.S. MAIL**
Daniel A. Nigh
Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA
316 S Baylen St, Ste 600
Pensacola, FL 32502
dnigh@levinlaw.com

> Re:   *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
> MDL No. 2666 – Deficiencies in Plaintiff Fact Sheet for Individual Case
> *Tedford, Louise  v. 3M Company* Case No.: 0:18-cv-01103-JNE-FLN

Dear Counsel:

We are in receipt of the Plaintiff Fact Sheet (PFS) for the above-captioned matter.  The PFS has core deficiencies, as set forth in the enclosed report.

Paragraph 4 of Pretrial Order No. 14 defines core deficiencies as "a lack of response to all questions in Section I, Section II, and Section III; Section IV, questions 1, 3, 7, 8, 9, 10; Section V, questions 5, 6, and 7; Section VI, questions 1, 3, 6, 7, 8, and 9; Section VII, questions 1 and 2; Section 8, question 2; Section IX, questions 1, 3, and 4, or lack of signed medical authorizations."  Paragraph 3 further requires a signed verification.

In addition, the instructions on the PFS form prohibit leaving spaces blank and provide as follows: "If a question is not applicable to you, please state 'Not Applicable' or 'N/A.'"  In our review, many deficiencies resulted from a plaintiff leaving one or more spaces blank.

Pursuant to paragraph 6 of PTO 14, within 3 weeks of the date of this letter, you must respond in writing by either (1) curing the deficiencies (by serving a revised, verified PFS through Plaintiffs' portal); (2) disputing the deficiencies and setting forth the reasons the PFS is not deficient; or (3) explaining why the deficiencies cannot be timely cured.  When serving a revised, verified PFS through Plaintiff's portal, you do not need to resubmit documents that were previously served with the original PFS. This is a final deficiency notice for this matter.

Sincerely,

s/ Benjamin W. Hulse

Benjamin W. Hulse

cc: Plaintiffs' Co-Lead Counsel
Enclosure

---

431 South Seventh Street, Suite 2500    Minneapolis, MN 55415    Main 612.343.3200    Fax 612.343.3205
www.blackwellburke.com

| | |
|---|---|
| Plaintiffs' Last Name | Tedford |
| Plaintiffs' First Name | Louise |
| Case No. | 0:18-cv-01103 |
| Section I (Case Information) | Incomplete |
| Section I - Incomplete Questions | 1, 4 |
| Section II (Personal Information) | Incomplete |
| Section II - Incomplete Questions | 01, 02<br>03, 05<br>06, 08<br>09, 10<br>11, 12<br>13, 14<br>15, 16 |
| Section III (Surgery Information) | Incomplete |
| Section III - Incomplete Questions | 01, 02<br>03, 04<br>05 |
| Section IV - 1 (Vital Statistics) | Incomplete |
| Section IV - 3 (Healthcare Providers) | Incomplete |
| Section IV - 7 (Pharmacies/Drugstores) | Incomplete |
| Section IV - 8 (Dental Procedures) | Incomplete |
| Section IV - 9 (Tobacco) | Incomplete |
| Section IV - 10 (Drug/Alcohol) | Incomplete |
| Section V - 4 (Disability Claims) | Incomplete |
| Section V - 5 (Lawsuits) | Incomplete |
| Section V - 6 (Bankruptcy) | Incomplete |
| Section VI - 1 (Physical Injury) | Incomplete |
| Section VI - 3 (Emotional Distress) | Incomplete |
| Section VI - 6 (Warnings) | Incomplete |
| Section VI - 7 (3M/Arizant Communications) | Incomplete |
| Section VI - 8 (3M/Arizant Warranty) | Incomplete |
| Section VI - 9 (Augustine) | Incomplete |
| Section VII - 1 (Lost Past Wages) | Incomplete |
| Section VII - 2 (Lost Future Wages) | Incomplete |
| Section VIII - 2 (Verbal/Written Statement) | Incomplete |
| Section IX - 1 (Consortium Name etc.) | Incomplete |
| Section IX - 3 (Residences) | Incomplete |
| Section IX - 4 (Married) | Incomplete |
| X.01 - Signed Authorization | Incomplete |
| X.02.d - Documents - Signed Verification | Incomplete |
| I.03.b - Plaintiffs' Counsel's Firm | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| I.03.e - Plaintiffs' Counsel's Email | dnigh@levinlaw.com |



Benjamin W. Hulse
Direct Dial: 612-343-3256
E-Mail: bhulse@blackwellburke.com

August 24, 2018

**VIA EMAIL AND U.S. MAIL**
Daniel A. Nigh
Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA
316 S Baylen St, Ste 600
Pensacola, FL 32502
dnigh@levinlaw.com

> Re:  *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
> MDL No. 2666 – Deficiencies in Plaintiff Fact Sheet for Individual Case
> *Eans, James v. 3M Company* Case No.: 0:18-cv-01167-JNE-FLN

Dear Counsel:

We are in receipt of the Plaintiff Fact Sheet (PFS) for the above-captioned matter.  The PFS has core deficiencies, as set forth in the enclosed report.

Paragraph 4 of Pretrial Order No. 14 defines core deficiencies as "a lack of response to all questions in Section I, Section II, and Section III; Section IV, questions 1, 3, 7, 8, 9, 10; Section V, questions 5, 6, and 7; Section VI, questions 1, 3, 6, 7, 8, and 9; Section VII, questions 1 and 2; Section 8, question 2; Section IX, questions 1, 3, and 4, or lack of signed medical authorizations."  Paragraph 3 further requires a signed verification.

In addition, the instructions on the PFS form prohibit leaving spaces blank and provide as follows: "If a question is not applicable to you, please state 'Not Applicable' or 'N/A.'"  In our review, many deficiencies resulted from a plaintiff leaving one or more spaces blank.

Pursuant to paragraph 6 of PTO 14, within 3 weeks of the date of this letter, you must respond in writing by either (1) curing the deficiencies (by serving a revised, verified PFS through Plaintiffs' portal); (2) disputing the deficiencies and setting forth the reasons the PFS is not deficient; or (3) explaining why the deficiencies cannot be timely cured.  When serving a revised, verified PFS through Plaintiff's portal, you do not need to resubmit documents that were previously served with the original PFS. This is a final deficiency notice for this matter.

Sincerely,

s/ Benjamin W. Hulse

Benjamin W. Hulse

cc: Plaintiffs' Co-Lead Counsel
Enclosure

| | |
|---|---|
| **Plaintiffs' Last Name** | Eans |
| **Plaintiffs' First Name** | James |
| **Case No.** | 0:18-cv-01167 |
| **Section I (Case Information)** | |
| **Section I - Incomplete Questions** | |
| **Section II (Personal Information)** | Incomplete |
| **Section II - Incomplete Questions** | 01, 02, 03, 06, 07, 08, 09, 10, 11, 12, 13, 14, 15, 16 |
| **Section III (Surgery Information)** | Incomplete |
| **Section III - Incomplete Questions** | 01<br>03 |
| **Section IV - 1 (Vital Statistics)** | Incomplete |
| **Section IV - 3 (Healthcare Providers)** | Incomplete |
| **Section IV - 7 (Pharmacies/Drugstores)** | Incomplete |
| **Section IV - 8 (Dental Procedures)** | Incomplete |
| **Section IV - 9 (Tobacco)** | Incomplete |
| **Section IV - 10 (Drug/Alcohol)** | Incomplete |
| **Section V - 4 (Disability Claims)** | Incomplete |
| **Section V - 5 (Lawsuits)** | Incomplete |
| **Section V - 6 (Bankruptcy)** | Incomplete |
| **Section VI - 1 (Physical Injury)** | Incomplete |
| **Section VI - 3 (Emotional Distress)** | Incomplete |
| **Section VI - 6 (Warnings)** | Incomplete |
| **Section VI - 7 (3M/Arizant Communications)** | Incomplete |
| **Section VI - 8 (3M/Arizant Warranty)** | Incomplete |
| **Section VI - 9 (Augustine)** | Incomplete |
| **Section VII - 1 (Lost Past Wages)** | Incomplete |
| **Section VII - 2 (Lost Future Wages)** | Incomplete |
| **Section VIII - 2 (Verbal/Written Statement)** | Incomplete |
| **Section IX - 1 (Consortium Name etc.)** | Incomplete |
| **Section IX - 3 (Residences)** | Incomplete |
| **Section IX - 4 (Married)** | Incomplete |
| **X.01 - Signed Authorization** | Incomplete |
| **X.02.d - Documents - Signed Verification** | Incomplete |
| **I.03.b - Plaintiffs' Counsel's Firm** | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| **I.03.e - Plaintiffs' Counsel's Email** | dnigh@levinlaw.com |



**BLACKWELL**
**BURKE** P.A.

Benjamin W. Hulse
Direct Dial: 612-343-3256
E-Mail: bhulse@blackwellburke.com

December 3, 2018

**VIA EMAIL AND U.S. MAIL**
Daniel A. Nigh
Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA
316 S Baylen St, Ste 600
Pensacola, FL 32502
dnigh@levinlaw.com

     *Re:*    *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
               MDL No. 2666 – Deficiencies in Amended Plaintiff Fact Sheet
               *Gregory, Janice v. 3M Company* Case No.: 0:18-cv-01169-JNE-FLN

Dear Counsel:

We are in receipt of the amended Plaintiff Fact Sheet (PFS) for the above-captioned matter.  The PFS still has core deficiencies, as set forth in the enclosed report.

Paragraph 4 of Pretrial Order No. 14 defines core deficiencies as "a lack of response to all questions in Section I, Section II, and Section III; Section IV, questions 1, 3, 7, 8, 9, 10; Section V, questions 5, 6, and 7; Section VI, questions 1, 3, 6, 7, 8, and 9; Section VII, questions 1 and 2; Section 8, question 2; Section IX, questions 1, 3, and 4, or lack of signed medical authorizations." Paragraph 3 further requires a signed verification.

In addition, the instructions on the PFS form prohibit leaving spaces blank and provide as follows: "If a question is not applicable to you, please state 'Not Applicable' or 'N/A.'"  In our review, many deficiencies resulted from a plaintiff leaving one or more spaces blank.

Pursuant to paragraph 6 of PTO 14, within 3 weeks of the date of this letter, you must respond in writing by either (1) curing the deficiencies (by serving a further revised, verified PFS through Plaintiffs' portal); (2) disputing the deficiencies and setting forth the reasons the PFS is not deficient; or (3) explaining why the deficiencies cannot be timely cured.  When serving a revised, verified PFS through Plaintiff's portal, you do not need to resubmit documents that were previously served with the original PFS. This is the final deficiency notice for this matter.

Sincerely,

s/ Benjamin W. Hulse

Benjamin W. Hulse

cc: Plaintiffs' Co-Lead Counsel
Enclosure

| | |
|---|---|
| **Plaintiffs' Last Name** | Gregory |
| **Plaintiffs' First Name** | Janice |
| **Case No.** | 0:18-cv-01169 |
| **Section I (Case Information)** | |
| **Section I - Incomplete Questions** | |
| **Section II (Personal Information)** | Incomplete |
| **Section II - Incomplete Questions** | 01, 02, 03<br>08, 09, 10<br>11, 12, 13<br>14, 15, 16 |
| **Section III (Surgery Information)** | Incomplete |
| **Section III - Incomplete Questions** | 01<br>03 |
| **Section IV - 1 (Vital Statistics)** | Incomplete |
| **Section IV - 3 (Healthcare Providers)** | |
| **Section IV - 7 (Pharmacies/Drugstores)** | Incomplete |
| **Section IV - 8 (Dental Procedures)** | Incomplete |
| **Section IV - 9 (Tobacco)** | Incomplete |
| **Section IV - 10 (Drug/Alcohol)** | Incomplete |
| **Section V - 4 (Disability Claims)** | Incomplete |
| **Section V - 5 (Lawsuits)** | Incomplete |
| **Section V - 6 (Bankruptcy)** | Incomplete |
| **Section VI - 1 (Physical Injury)** | Incomplete |
| **Section VI - 3 (Emotional Distress)** | |
| **Section VI - 6 (Warnings)** | |
| **Section VI - 7 (3M/Arizant Communications)** | |
| **Section VI - 8 (3M/Arizant Warranty)** | |
| **Section VI - 9 (Augustine)** | |
| **Section VII - 1 (Lost Past Wages)** | Incomplete |
| **Section VII - 2 (Lost Future Wages)** | Incomplete |
| **Section VIII - 2 (Verbal/Written Statement)** | Incomplete |
| **Section IX - 1 (Consortium Name etc.)** | Incomplete |
| **Section IX - 3 (Residences)** | Incomplete |
| **Section IX - 4 (Married)** | Incomplete |
| **X.01 - Signed Authorization** | Incomplete |
| **X.02.d - Documents - Signed Verification** | Incomplete |
| **I.03.b - Plaintiffs' Counsel's Firm** | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. |
| **I.03.e - Plaintiffs' Counsel's Email** | dnigh@levinlaw.com |



**BLACKWELL**
**BURKE** P.A.

Benjamin W. Hulse
Direct Dial: 612-343-3256
E-Mail: bhulse@blackwellburke.com

October 11, 2018

**VIA EMAIL AND U.S. MAIL**
James Arthur Morris
Morris Law Firm
4111 W. Alameda Avenue, Suite 611
Burbank, CA 91505
jmorris@jamlawyers.com

> Re:  *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
> MDL No. 2666 – Deficiencies in Plaintiff Fact Sheet for Individual Case
> *Terrell, Elizabeth v. 3M Company et al* Case No.: 18-cv-01654-JNE-DTS

Dear Counsel:

We are in receipt of the Plaintiff Fact Sheet (PFS) for the above-captioned matter. The PFS has core deficiencies, as set forth in the enclosed report.

Paragraph 4 of Pretrial Order No. 14 defines core deficiencies as "a lack of response to all questions in Section I, Section II, and Section III; Section IV, questions 1, 3, 7, 8, 9, 10; Section V, questions 5, 6, and 7; Section VI, questions 1, 3, 6, 7, 8, and 9; Section VII, questions 1 and 2; Section 8, question 2; Section IX, questions 1, 3, and 4, or lack of signed medical authorizations." Paragraph 3 further requires a signed verification.

In addition, the instructions on the PFS form prohibit leaving spaces blank and provide as follows: "If a question is not applicable to you, please state 'Not Applicable' or 'N/A.'" In our review, many deficiencies resulted from a plaintiff leaving one or more spaces blank.

Pursuant to paragraph 6 of PTO 14, within 3 weeks of the date of this letter, you must respond in writing by either (1) curing the deficiencies (by serving a revised, verified PFS through Plaintiffs' portal); (2) disputing the deficiencies and setting forth the reasons the PFS is not deficient; or (3) explaining why the deficiencies cannot be timely cured. When serving a revised, verified PFS through Plaintiff's portal, you do not need to resubmit documents that were previously served with the original PFS. This is a final deficiency notice for this matter.

Sincerely,

s/ Benjamin W. Hulse

Benjamin W. Hulse

cc: Plaintiffs' Co-Lead Counsel
Enclosure

---

| | |
|---|---|
| **Plaintiffs' Last Name** | Terrell |
| **Plaintiffs' First Name** | Elizabeth |
| **Case No.** | 0:18-cv-01654 |
| **Section I (Case Information)** | |
| **Section I - Incomplete Questions** | |
| **Section II (Personal Information)** | Incomplete |
| **Section II - Incomplete Questions** | 02 |
| | 10 |
| **Section III (Surgery Information)** | Incomplete |
| **Section III - Incomplete Questions** | 1 |
| **Section IV - 1 (Vital Statistics)** | |
| **Section IV - 3 (Healthcare Providers)** | |
| **Section IV - 7 (Pharmacies/Drugstores)** | |
| **Section IV - 8 (Dental Procedures)** | |
| **Section IV - 9 (Tobacco)** | |
| **Section IV - 10 (Drug/Alcohol)** | |
| **Section V - 4 (Disability Claims)** | |
| **Section V - 5 (Lawsuits)** | |
| **Section V - 6 (Bankruptcy)** | |
| **Section VI - 1 (Physical Injury)** | |
| **Section VI - 3 (Emotional Distress)** | Incomplete |
| **Section VI - 6 (Warnings)** | |
| **Section VI - 7 (3M/Arizant Communications)** | |
| **Section VI - 8 (3M/Arizant Warranty)** | |
| **Section VI - 9 (Augustine)** | |
| **Section VII - 1 (Lost Past Wages)** | |
| **Section VII - 2 (Lost Future Wages)** | |
| **Section VIII - 2 (Verbal/Written Statement)** | |
| **Section IX - 1 (Consortium Name etc.)** | |
| **Section IX - 3 (Residences)** | |
| **Section IX - 4 (Married)** | |
| **X.01 - Signed Authorization** | |
| **X.02.d - Documents - Signed Verification** | |
| **I.03.b - Plaintiffs' Counsel's Firm** | Morris Law Firm |
| **I.03.e - Plaintiffs' Counsel's Email** | sgreenberg@jamlawyers.com |

# EXHIBIT C



**LEVIN • PAPANTONIO**
**THOMAS • MITCHELL**
**RAFFERTY & PROCTOR • P.A.**
PROFESSIONAL CORPORATION        ATTORNEYS AT LAW

| | | | |
|---|---|---|---|
| KIMBERLY LAMBERT ADAMS | RACHAEL R. GILMER | MIKE PAPANTONIO | OF COUNSEL: |
| BRIAN H. BARR | FREDRIC G. LEVIN | CHRISTOPHER G. PAULOS | LAURA S. DUNNING |
| MICHAEL C. BIXBY | MARTIN H. LEVIN | A. RENEE PRESTON | *(LICENSED ONLY IN ALABAMA)* |
| M. ROBERT BLANCHARD | ROBERT M. LOEHR | EMMIE J. PAULOS | BEN W. GORDON, JR. |
| BRANDON L. BOGLE | STEPHEN A. LUONGO | ROBERT E. PRICE | ARCHIE C. LAMB, JR. |
| W. TROY BOUK | M. JUSTIN LUSKO | MARK J. PROCTOR | PAGE A. POERSCHKE |
| WESLEY A. BOWDEN | NEIL E. McWILLIAMS, JR. | TROY A. RAFFERTY | *(LICENSED ONLY IN ALABAMA)* |
| VIRGINIA M. BUCHANAN | CLAY MITCHELL | MATTHEW D. SCHULTZ | CHRISTOPHER V. TISI |
| WILLIAM F. CASH III | PETER J. MOUGEY | W. CAMERON STEPHENSON | *(LICENSED IN WASHINGTON, D.C.* |
| JEFF GADDY | DANIEL A. NIGH | THOMAS A. TAYLOR | *AND MARYLAND)* |
| REBECCA D. GILLILAND | TIMOTHY M. O'BRIEN | LEO A. THOMAS | |
| *(LICENSED ONLY IN ALABAMA)* | | BRETT VIGODSKY | LEFFERTS L. MABIE, JR. (1925-1996) |
| | | | D.L. MIDDLEBROOKS (1926-1997) |
| | | | DAVID H. LEVIN (1928-2002) |
| | | | STANLEY B. LEVIN (1938-2009) |

September 7, 2018



RECEIVED
SEP 10 2018
BY: ....C.K.............

**<u>VIA REGULAR MAIL AND EMAIL</u>**

Benjamin W. Hulse
Blackwell Burke P.A
431 South Seventh Street
Suite 2500
Minneapolis, MN 55415
bhulse@blackwellburke.com

  Re:   *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
     MDL No. 2666 – Deficiencies in Plaintiff Fact Sheet for Individual Case
     *Louise Tedford v. 3M Company*, Case No. 0:18-cv-01103-JNE-DTS

Dear Counsel:

  Pursuant to paragraph 6 of PTO 14, please see attached documentation to cure deficiencies for the above captioned case.

        Sincerely,

        Daniel A. Nigh

DAN/dm
Enclosure

Response to Deficiencies

*Louise Tedford v. 3M Company,* Case No. 0:18-cv-01103-JNE-DTS

**Deficiencies cannot be cured at this time as we have not been able to contact client but will continue to make a diligent effort to do so.**



LEVIN • PAPANTONIO
THOMAS • MITCHELL
RAFFERTY & PROCTOR • P.A.
PROFESSIONAL CORPORATION        ATTORNEYS AT LAW

KIMBERLY LAMBERT ADAMS
BRIAN H. BARR
MICHAEL C. BIXBY
M. ROBERT BLANCHARD
BRANDON L. BOGLE
W. TROY BOUK
WESLEY A. BOWDEN
VIRGINIA M. BUCHANAN
WILLIAM F. CASH III
JEFF GADDY
RACHAEL R. GILMER
FREDRIC G. LEVIN
MARTIN H. LEVIN

STEPHEN A. LUONGO
M. JUSTIN LUSKO
ANDREW E. McGRAW
NEIL E. McWILLIAMS, JR.
CLAY MITCHELL
PETER J. MOUGEY
DANIEL A. NIGH
TIMOTHY M. O'BRIEN
MIKE PAPANTONIO
CHRISTOPHER G. PAULOS
EMMIE J. PAULOS
A. RENEE PRESTON
ROBERT E. PRICE

MARK J. PROCTOR
TROY A. RAFFERTY
MATTHEW D. SCHULTZ
W. CAMERON STEPHENSON
LEO A. THOMAS
BRETT VIGODSKY
MALLORY J. MANGOLD
  (LICENSED ONLY IN ALABAMA
  AND MISSISSIPPI)
OF COUNSEL:
LAURA S. DUNNING
  (LICENSED ONLY IN ALABAMA)

BEN W. GORDON, JR
ARCHIE C. LAMB, JR.
  (LICENSED IN ALABAMA AND FLORIDA)
ROBERT M. LOEHR
PAGE A. POERSCHKE
  (LICENSED ONLY IN ALABAMA)

LEFFERTS L. MABIE, JR. (1925-1996)
D.L. MIDDLEBROOKS (1926-1997)
DAVID H. LEVIN (1928-2002)
STANLEY B. LEVIN (1938-2009)

September 13, 2018



RECEIVED
SEP 1 7 2018
BY: .......CK.........

**VIA REGULAR MAIL AND EMAIL**

Benjamin W. Hulse
Blackwell Burke P.A
431 South Seventh Street
Suite 2500
Minneapolis, MN 55415
bhulse@blackwellburke.com

Re:     *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
        MDL No. 2666 – Deficiencies in Plaintiff Fact Sheet for Individual Case
        *James Eans v. 3M Company,* Case No. 0:18-cv-01167-JNE-DTS

Dear Counsel:

Pursuant to paragraph 6 of PTO 14, please see attached documentation to cure deficiencies for the above captioned case.

Sincerely,

Daniel A. Nigh

DAN/ec
Enclosure

Response to Deficiencies

*James Eans v. 3M Company,* Case No. 0:18-cv-01167-JNE-DTS

**Deficiencies cannot be cured at this time as we have not been able to contact client but will continue to make a diligent effort to do so.**

**We are currently waiting on an updated signed re-verification page from client and will submit once it is received.**

# EXHIBIT D

**From:** Ben Hulse
**Sent:** Friday, January 11, 2019 12:39 PM
**To:** 'JoanEricksen_Chambers@mnd.uscourts.gov' <JoanEricksen_Chambers@mnd.uscourts.gov>;
schultz_chambers@mnd.uscourts.gov
**Cc:** Jerry Blackwell <blackwell@blackwellburke.com>; Bridget Ahmann
<Bridget.Ahmann@FaegreBD.com>; 'gzimmerman@meshbesher.com'
<gzimmerman@meshbesher.com>; 'bgordon@levinlaw.com' <bgordon@levinlaw.com>;
'MVC@ciresiconlin.com' <MVC@ciresiconlin.com>; 'JMC@CiresiConlin.com' <JMC@CiresiConlin.com>;
'David J. Szerlag' <david@pritzkerlaw.com>; 'Wendy Thayer' <wendy@pritzkerlaw.com>
**Subject:** Bair Hugger, MDL 2666 -- Defendants' lists of PFS disputes for January 2019


Dear Judge Ericksen,


Although this month's status conference has been cancelled, Defendants would still like to list cases
with Plaintiff Fact Sheet disputes, as provided by PTO 14, paragraph 7, Dkt. No. 117, and the December
20, 2018 Amended Court Minutes, Dkt. No. 1651.


The spreadsheets with the lists of disputed cases are attached.


Best regards,

Ben Hulse

Counsel for Defendants


Benjamin W. Hulse
Blackwell Burke P.A.
431 South Seventh Street, Suite 2500
Minneapolis, MN  55415
Direct (612) 343-3256
Fax (612) 343-3205


This message and any attachments may contain information that is privileged, confidential, and exempt from disclosure under applicable
law. If you are not the intended recipient or are not authorized to receive for the recipient, you are hereby notified that dissemination,
distribution or copying of this message and any attachments is strictly prohibited. If you have received this message in error, please
immediately advise the sender by reply e-mail and delete the message and any attachments. Thank you.

Defendants' PFS List 1:  Overdue Plaintiff Fact Sheets
(Updated January 11, 2019)

| Case Number | Title | Date Filed | Due Date | Prior Listing | Firm Name |
|---|---|---|---|---|---|
| 0:18-cv-01977-JNE-DTS | Corriher, Kimberlie v. 3M Company et al | 7/13/2018 | 10/11/2018 | 11/9/2018 12/14/2018 | Kennedy Hodges, LLP |
| 0:18-cv-02052-JNE-DTS | Mackenzie, Bonnie v. 3M Company et al | 7/19/2018 | 10/17/2018 | 11/9/2018 12/14/2018 | Kennedy Hodges, LLP |
| 0:18-cv-02082-JNE-DTS | English, Alfred  v. 3M Company et al | 7/20/2018 | 10/18/2018 | 11/9/2018 12/14/2018 | Kennedy Hodges, LLP |
| 0:18-cv-02067-JNE-DTS | Norton, Lloyd  v. 3M Company et al | 7/20/2018 | 10/18/2018 | 11/9/2018 12/14/2018 | Meshbesher & Spence |
| 0:18-cv-02087-JNE-DTS | Bellach, (Dimesa, Maria) v. 3M Company | 7/23/2018 | 10/21/2018 | 11/9/2018 12/14/2018 | Napoli Bern Ripka Shkolnik LLP |
| 0:18-cv-02117-JNE-DTS | Banks, Annina  v. 3M Company et al | 7/24/2018 | 10/22/2018 | 11/9/2018 12/14/2018 | The Miller Firm, LLC |
| 0:18-cv-02394-JNE-DTS | Block, William v. 3M Company et al | 8/15/2018 | 11/13/2018 | 12/14/2018 | Law Offices of Travis Walker, PA |
| 0:18-cv-02439-JNE-DTS | Peck, Suzanne  v. 3M Company et al | 8/21/2018 | 11/19/2018 | 12/14/2018 | DeGaris & Rogers, LLC |
| 0:18-cv-02461-JNE-DTS | Galland-Corley, Rita v. 3M Company et al | 8/22/2018 | 11/20/2018 | 12/14/2018 | Bernstein Liebhard LLP |
| 0:18-cv-02488-JNE-DTS | Morin, Denise v. 3M Company et al | 8/24/2018 | 11/22/2018 | 12/14/2018 | Meshbesher & Spence, LTD. |
| 0:18-cv-02509-JNE-DTS | Guillory, Yvonne v. 3M Company et al | 8/28/2018 | 11/26/2018 | 12/14/2018 | The Olinde Firm, LLC |
| 0:16-cv-00521-JNE-DTS | Mary Ruth Eva Turner (Doyal Turner) v. 3M Company | 3/1/2016 | 9/24/2018 | | The Olinde Firm, LLC |
| 0:18-cv-02095-JNE-DTS | Jenkins, Carole  v. 3M Company et al | 7/23/2018 | 10/21/2018 | | Bachus & Schanker, LLC |
| 0:18-cv-02708-JNE-DTS | Ledford, Charles v. 3M Company et al | 9/19/2018 | 12/18/2018 | | Kirtland and Packard LLP |
| 0:18-cv-02723-JNE-DTS | Lott, Mark v. 3M Company et al | 9/21/2018 | 12/20/2018 | | Bernstein Liebhard LLP |
| 0:18-cv-02729-JNE-DTS | Palumbo, Paula  v. 3M Company et al | 9/21/2018 | 12/20/2018 | | Kirtland & Packard LLP |
| 0:18-cv-02788-JNE-DTS | Debose, Jacqueline v. 3M Company et al | 9/27/2018 | 12/26/2018 | | Kirtland and Packard LLP |

Yellow highlighting indicates that the case was previously listed per PTO 14 (Dkt. No. 270).

Defendants' PFS List 1:  Overdue Plaintiff Fact Sheets
(Updated January 11, 2019)

| Case Number | Title | Date Filed | Due Date | Prior Listing | Firm Name |
|---|---|---|---|---|---|
| 0:18-cv-02789-JNE-DTS | Light, Johnny  v. 3M Company et al | 9/27/2018 | 12/26/2018 | | Davis & Crump, P.C. |
| 0:18-cv-02823-JNE-DTS | Rudd, Carol v. 3M Company et al | 10/2/2018 | 12/31/2018 | | Gustafson Gluek PLLC |
| 0:18-cv-02836-JNE-DTS | Ford, Shirley v. 3M Company et al | 10/3/2018 | 1/1/2019 | | Davis & Crump, P.C. |

Yellow highlighting indicates that the case was previously listed per PTO 14 (Dkt. No. 270).

Defendants' PFS List 2:  Plaintiffs Who Have Not Responded to Defendants' Deficiency Notices
(Updated January 11, 2018)

| Case Number | Title | 1st Deficiency Notice Sent | Response Due Date | Prior Listing | Firm Name |
|---|---|---|---|---|---|
| 0:18-cv-00572-JNE-DTS | Gauthier, Kim v. 3M Company et al | 10/15/2018 | 11/5/2018 | 11/9/2018 12/14/2018 | Schlichter, Bogard & Denton, LLP |
| 0:18-cv-01009-JNE-DTS | Woelfel, Rosemarie et al v. 3M Company et al | 11/8/2018 | 11/29/2018 | 12/14/2018 | Brown Chiari, LLP |
| 0:18-cv-01722-JNE-DTS | Woodard, George v. 3M Company et al | 10/1/2018 | 10/22/2018 | 11/9/2018 12/14/2018 | Pendley, Baudin & Coffin L.L.P. |
| 0:18-cv-01724-JNE-DTS | Cooper, Roy et al v. 3M Company et al | 10/15/2018 | 11/5/2018 | 11/9/2018 12/14/2018 | Pendley, Baudin & Coffin L.L.P. |
| 0:18-cv-02042-JNE-DTS | Buddin, Glen et al v. 3M Company et al | 11/14/2018 | 12/5/2018 | 12/14/2018 | DeGaris & Rogers, LLC |
| 0:18-cv-02061-JNE-DTS | Oedekoven, Cindy v. 3M Company et al | 11/14/2018 | 12/5/2018 | 12/14/2018 | Kennedy Hodges, LLP |
| 0:18-cv-02080-JNE-DTS | McGuire, Maria v. 3M Company et al | 11/15/2018 | 12/6/2018 | 12/14/2018 | Kennedy Hodges, LLP |
| 0:18-cv-01542-JNE-DTS | Davis, Harry v. 3M Company et al | 12/3/2018 | 12/24/2018 | | Schlichter Bogard & Denton, LLP |
| 0:18-cv-02014-JNE-DTS | Johnson, Sheri v. 3M Company et al. | 12/3/2018 | 12/24/2018 | | Bernstein Liebhard LLP |
| 0:18-cv-02023-JNE-DTS | Bankosky, Frederick v 3M Company et al | 12/3/2018 | 12/24/2018 | | Bernstein Liebhard LLP |
| 0:18-cv-02065-JNE-DTS | Sullivan, Jeffrey v. 3M Company et al | 11/20/2018 | 12/11/2018 | | Kennedy Hodges, LLP |
| 0:18-cv-02210-JNE-DTS | Price, Steven v. 3M Company et al | 11/20/2018 | 12/11/2018 | | Kennedy Hodges, LLP |
| 0:18-cv-02211-JNE-DTS | Rhodes, Sarah v. 3M Company et al | 11/20/2018 | 12/11/2018 | | Kennedy Hodges, LLP |
| 0:18-cv-02220-JNE-DTS | Torrez, Macario v. 3M Company et al | 11/20/2018 | 12/11/2018 | | Kennedy Hodges, LLP |
| 0:18-cv-02225-JNE-DTS | Harris, Gloria v. 3M Company et al | 11/20/2018 | 12/11/2018 | | Brown & Crouppen, PC |
| 0:18-cv-02341-JNE-DTS | Hoff, Amber v. 3M Company et al | 12/11/2018 | 1/1/2019 | | Kennedy Hodges, LLP |
| 0:18-cv-02453-JNE-DTS | Hickman, Carolyn v. 3M Company et al | 12/6/2018 | 12/27/2018 | | The Miller Firm, LLC |

Yellow highlighting indicates that the case was previously listed per PTO 14 (Dkt. No. 270).

Defendants' PFS List 2:  Plaintiffs Who Have Not Responded to Defendants' Deficiency Notices
(Updated January 11, 2018)

| Case Number | Title | 2nd Deficiency Notice Sent | Response Due Date | Prior Listing | Firm Name |
|---|---|---|---|---|---|
| 0:17-cv-00088-JNE-DTS | Malinski, Michael v. 3M Company et al | 11/7/2018 | 11/28/2018 | 12/14/2018 | Gustafson Gluek PLLC |
| 0:18-cv-00220-JNE-DTS | Brasher, Michael v. 3M Company et al | 10/15/2018 | 11/5/2018 | 11/9/2018 12/14/2018 | Bernstein Liebhard LLP |
| 0:18-cv-01001-JNE-DTS | Leffelman, Harold v. 3M Company et al | 10/24/2018 | 11/14/2018 | 12/14/2018 | Meshbesher & Spence |
| 0:18-cv-01634-JNE-DTS | Otero, Brenda v. 3M Company et al | 12/4/2018 | 12/25/2018 |  | Kennedy Hodges, LLP |

| Case Number | Title | 3rd Deficiency Notice Sent | Response Due Date | Prior Listing | Firm Name |
|---|---|---|---|---|---|
| 0:18-cv-00445-JNE-DTS | Haskell, Sandra v. 3M Company et al | 11/6/2018 | 11/27/2018 | 12/14/2018 | Davis & Crump, P.C. |
| 0:17-cv-04512-JNE-DTS | Cunningham, Mary v. 3M Company et al | 12/6/2018 | 12/7/2018 |  | Bernstein Liebhard LLP |
| 0:17-cv-04889-JNE-DTS | Thornton, Mildred v. 3M Company et al | 12/4/2018 | 12/25/2018 |  | Bernstein Liebhard LLP |
| 0:17-cv-05261-JNE-DTS | Hardy, Alan v. 3M Company et al | 12/4/2018 | 12/25/2018 |  | Bernstein Liebhard LLP |
| 0:18-cv-00063-JNE-DTS | Morgan, Zachary v. 3M Company et al | 11/19/2018 | 12/10/2018 |  | Johnson Becker, PLLC |

Yellow highlighting indicates that the case was previously listed per PTO 14 (Dkt. No. 270).

**Defendants' PFS List 3:  Core Deficiencies Remained Following Notice and Response**
(Updated January 11, 2018)

| Case Number | Title | Final Deficiency Sent | Prior Listing | Firm Name |
|---|---|---|---|---|
| 0:15-cv-03950-JNE-DTS | LeBlanc, John (Shirley Thibodeaux) v. 3M Company et al | 10/8/2018 | 12/14/2018 | Law Offices of Travis Walker, PA |
| 0:17-cv-00712-JNE-DTS | Haladay, Jeffrey (OBO Harold Owens) v. 3M Company | 8/3/2018 | 11/9/2018 12/14/2018 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| 0:17-cv-04476-JNE-DTS | Holstine, Rachel  v. 3M Company et al | 9/12/2018 | 12/14/2018 | Bernstein Liebhard LLP |
| 0:17-cv-04777-JNE-DTS | Pine, Randy v. 3M Company et al. | 9/4/2018 | 11/9/2018 12/14/2018 | Bernstein Liebhard LLP |
| 0:17-cv-04877-JNE-DTS | McDonald, Ethel v 3M et al | 10/8/2018 | 12/14/2018 | Bernstein Liebhard LLP |
| 0:17-cv-04885-JNE-DTS | McEvoy, Mark v. 3M Company et al | 9/4/2018 | 12/14/2018 | Bernstein Liebhard LLP |
| 0:18-cv-00093-JNE-DTS | Ashley, Ruth  v. 3M Company et al | 7/16/2018 | 11/9/2018 12/14/2018 | Bernstein Liebhard LLP |
| 0:18-cv-00151-JNE-DTS | Russell, Janice  v. 3M Company et al | 7/16/2018 | 11/9/2018 12/14/2018 | Bernstein Liebhard LLP |
| 0:18-cv-00274-JNE-DTS | Malone, Brenda v. 3M Company et al | 7/16/2018 | 11/9/2018 12/14/2018 | Bernstein Liebhard LLP |
| 0:18-cv-00432-JNE-DTS | Falcetta, Edward v. 3M Company | 6/8/2018 | 8/10/2018 9/17/2018 10/12/2018 11/9/2018 12/14/2018 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A |
| 0:18-cv-00575-JNE-DTS | Ballasso, Marilyn v. 3M Company et al | 6/27/2018 | 12/14/2018 | Gustafson Gluek PLLC |
| 0:18-cv-00670-JNE-DTS | Darwick, Robert v. 3M Company | 7/18/2018 | 8/10/2018 9/17/2018 10/12/2018 11/9/2018 12/14/2018 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A |
| 0:18-cv-00691-JNE-DTS | Hauser, Michael v. 3M Company | 6/29/2018 | 8/10/2018 9/17/2018 10/12/2018 11/9/2018 12/14/2018 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A |
| 0:18-cv-00852-JNE-DTS | Villafranco, Leonard v. 3M Company et al | 8/7/2018 | 11/9/2018 12/14/2018 | The Law offices of Travis R. Walker, P.A. |
| 0:18-cv-00944-JNE-DTS | Kotowski, Joseph  et al v. 3M Company et al | 8/17/2018 | 12/14/2018 | Meshbesher & Spence |

Yellow highlighting indicates that the case was previously listed per PTO 14 (Dkt. No. 270).

**Defendants' PFS List 3:  Core Deficiencies Remained Following Notice and Response**
(Updated January 11, 2018)

| Case Number | Title | Final Deficiency Sent | Prior Listing | Firm Name |
|---|---|---|---|---|
| 0:18-cv-00963-JNE-DTS | Wolfe, Stanley v. 3M Company | 7/5/2018 | 8/10/2018 9/17/2018 10/12/2018 11/9/2018 12/14/2018 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A |
| 0:18-cv-00998-JNE-DTS | Caison, John et al v. 3M Company et al | 8/22/2018 | 12/14/2018 | Gustafson Gluek PLLC |
| 0:18-cv-01007-JNE-DTS | Sweezy, Richard v. 3M Company et al | 7/24/2018 | 10/12/2018 11/9/2018 12/14/2018 | Kennedy Hodges |
| 0:18-cv-01031-JNE-DTS | Rhock, Leonard v. 3M Company et al | 11/15/2018 | 12/14/2018 | The Miller Firm, LLC |
| 0:18-cv-01051-JNE-DTS | Johnson, Alvin v. 3M Company | 11/15/2018 | 12/14/2018 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A |
| 0:18-cv-01098-JNE-DTS | Rodliff, Peter v. 3M Company | 8/15/2018 | 10/12/2018 11/9/2018 12/14/2018 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| 0:18-cv-01103-JNE-DTS | Tedford, Louise  v. 3M Company | 8/17/2018 | 11/9/2018 12/14/2018 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| 0:18-cv-01121-JNE-DTS | Stapley, William v. 3M Company | 8/16/2018 | 11/9/2018 12/14/2018 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| 0:18-cv-01129-JNE-DTS | Parks, Sherry v. 3M Company et al | 8/30/2018 | 11/9/2018 12/14/2018 | The Miller Firm, LLC |
| 0:18-cv-01130-JNE-DTS | Deloach, Marsha v. 3M Company et al | 8/30/2018 | 11/9/2018 12/14/2018 | The Miller Firm, LLC |
| 0:18-cv-01167-JNE-DTS | Eans, James v. 3M Company | 8/24/2018 | 11/9/2018 12/14/2018 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| 0:18-cv-01191-JNE-DTS | McDonald, Janet v. 3M Company et al | 10/11/2018 | 12/14/2018 | GoldenbergLaw, PLLC |
| 0:18-cv-01505-JNE-DTS | Cerbins, Rosemary v. 3M Company | 7/24/2018 | 10/12/2018 11/9/2018 12/14/2018 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| 18-cv-01654-JNE-DTS | Terrell, Elizabeth v. 3M Company et al | 10/11/2018 | 12/14/2018 | Morris Law Firm |
| 0:18-cv-01771-JNE-DTS | Royal, Deborah v. 3M Company 3M Company et al | 10/8/2018 | 12/14/2018 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| 0:18-cv-01769-JNE-DTS | McCoy, Ethel  v. 3M Company | 8/14/2018 | 12/14/2018 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |

Yellow highlighting indicates that the case was previously listed per PTO 14 (Dkt. No. 270).

**Defendants' PFS List 3:  Core Deficiencies Remained Following Notice and Response**
(Updated January 11, 2018)

| Case Number | Title | Final Deficiency Sent | Prior Listing | Firm Name |
|---|---|---|---|---|
| 0:18-cv-02029-JNE-DTS | Frey, Marcia  v. 3M Company et al | 11/12/2018 | 12/14/2018 | Capretz & Associates |
| 0:17-cv-03573-JNE-DTS | Parker, Lloyd v. 3M Company et al | 10/11/2018 | | Bernstein Liebhard LLP |
| 0:18-cv-00757-JNE-DTS | Homsher, Larry v. 3M Company et al | 10/10/2018 | | Bernstein Liebhard LLP |
| 0:18-cv-01169-JNE-DTS | Gregory, Janice v. 3M Company | 12/3/2018 | | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| 0:18-cv-01222-JNE-DTS | Ellis, Wanda Kay et al v. 3M Company et al | 12/3/2018 | | Riley & Jackson, P.C |
| 0:18-cv-01524-JNE-DTS | Gleason, Kathryn  v. 3M Company | 12/13/2018 | | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| 0:18-cv-01567-JNE-DTS | Gillis, Stanley  v. 3M Company et al | 11/1/2018 | | Kennedy Hodges, LLP |
| 0:18-cv-01725-JNE-DTS | Heyward, Jacqueline v. 3M Company et al | 10/15/2018 | | Kennedy Hodges, LLP |
| 0:18-cv-01730-JNE-DTS | Oliver, Kimberly Gaston  et al v. 3M Company et al | 11/30/2018 | | Riley & Jackson, P.C. |
| 0:18-cv-01822-JNE-DTS | Jefferson, Frank  v. 3M Company et al | 10/24/2018 | | Kennedy Hodges, LLP |
| 0:18-cv-01980-JNE-DTS | Domiano, Joseph  Jr. v. 3M Company | 11/14/2018 | | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| 0:18-cv-02062-JNE-DTS | Pascucci, Michael  v. 3M Company et al | 11/15/2018 | | Kennedy Hodges, LLP |
| 0:18-cv-02099-JNE-DTS | O'Neal, John v. 3M Company et al | 11/15/2018 | | Kennedy Hodges, LLP |
| 0:18-cv-02102-JNE-DTS | Porter, Kathleen  v. 3M Company et al | 11/15/2018 | | Kennedy Hodges, LLP |
| 0:18-cv-02134-JNE-DTS | Knox, Kenneth  v. 3M Company et al | 11/19/2018 | | Kennedy Hodges, LLP |

Yellow highlighting indicates that the case was previously listed per PTO 14 (Dkt. No. 270).

# EXHIBIT E

**From:** Ben Hulse
**Sent:** Friday, February 15, 2019 2:09 PM
**To:** 'JoanEricksen_Chambers@mnd.uscourts.gov' <JoanEricksen_Chambers@mnd.uscourts.gov>;
'schultz_chambers@mnd.uscourts.gov' <schultz_chambers@mnd.uscourts.gov>
**Cc:** Jerry Blackwell <blackwell@blackwellburke.com>; Bridget Ahmann
<Bridget.Ahmann@FaegreBD.com>; 'gzimmerman@meshbesher.com'
<gzimmerman@meshbesher.com>; 'bgordon@levinlaw.com' <bgordon@levinlaw.com>;
'MVC@ciresiconlin.com' <MVC@ciresiconlin.com>; 'JMC@CiresiConlin.com' <JMC@CiresiConlin.com>;
'David J. Szerlag' <david@pritzkerlaw.com>; 'Wendy Thayer' <wendy@pritzkerlaw.com>
**Subject:** Bair Hugger, MDL 2666 -- Defendants' lists of PFS disputes for February 2019

Dear Judge Ericksen,

Although this month's status conference has been cancelled, Defendants would still like to list cases
with Plaintiff Fact Sheet disputes, as provided by PTO 14, paragraph 7, Dkt. No. 117, and the December
20, 2018 Amended Court Minutes, Dkt. No. 1651.

The spreadsheets with the lists of disputed cases are attached.

Best regards,
Ben Hulse
Counsel for Defendants

Benjamin W. Hulse
Blackwell Burke P.A.
431 South Seventh Street, Suite 2500
Minneapolis, MN  55415
Direct (612) 343-3256
Fax (612) 343-3205

This message and any attachments may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not the intended recipient or are not authorized to receive for the recipient, you are hereby notified that dissemination, distribution or copying of this message and any attachments is strictly prohibited. If you have received this message in error, please immediately advise the sender by reply e-mail and delete the message and any attachments. Thank you.

Defendants' PFS List 1:  Overdue Plaintiff Fact Sheets
(Updated February 15, 2019)

| Case Number | Title | Date Filed | Due Date | Prior Listing | Firm Name |
|---|---|---|---|---|---|
| 0:18-cv-02067-JNE-DTS | Norton, Lloyd  v. 3M Company et al | 7/20/2018 | 10/18/2018 | 11/9/2018 12/14/2018 1/11/2019 | Meshbesher & Spence |
| 0:18-cv-02082-JNE-DTS | English, Alfred  v. 3M Company et al | 7/20/2018 | 10/18/2018 | 11/9/2018 12/14/2018 1/11/2019 | Kennedy Hodges, LLP |
| 0:18-cv-02087-JNE-DTS | Bellach, (Dimesa, Maria) v. 3M Company | 7/23/2018 | 10/21/2018 | 11/9/2018 12/14/2018 1/11/2019 | Napoli Bern Ripka Shkolnik LLP |
| 0:18-cv-02095-JNE-DTS | Jenkins, Carole  v. 3M Company et al | 7/23/2018 | 10/21/2018 | 1/11/2019 | Bachus & Schanker, LLC |
| 0:18-cv-02117-JNE-DTS | Banks, Annina  v. 3M Company et al | 7/24/2018 | 10/22/2018 | 11/9/2018 12/14/2018 1/11/2019 | The Miller Firm, LLC |
| 0:18-cv-02394-JNE-DTS | Block, William v. 3M Company et al | 8/15/2018 | 11/13/2018 | 12/14/2018 1/11/2019 | Law Offices of Travis Walker, PA |
| 0:18-cv-02509-JNE-DTS | Guillory, Yvonne v. 3M Company et al | 8/28/2018 | 11/26/2018 | 12/14/2018 1/11/2019 | The Olinde Firm, LLC |
| 0:17-cv-01195-JNE-DTS | Arthur Jay Edmunds (McArthur) v. 3M Company et al | 4/17/2017 | 12/7/2018 | | The Olinde Firm, LLC |
| 0:17-cv-03448-JNE-DTS | Juliano, Sally (Harter, Gail) v. 3M Company et al | 7/31/2017 | 10/11/2018 | | Schlichter Bogard & Denton, LLP |
| 0:18-cv-02914-JNE-DTS | Chiavaroli, Ann v. 3M Company et al | 10/11/2018 | 1/9/2019 | | Fears Nachawati, PLLC |
| 0:18-cv-02939-JNE-DTS | Bennie, Salvatore et al v. 3M Company et al | 10/17/2018 | 1/16/2019 | | Meshbesher & Spence |
| 0:18-cv-02944-JNE-DTS | Woloszyk, Leroy et al v. 3M Company et al | 10/17/2018 | 1/16/2019 | | DeGaris & Rogers, LLC |
| 0:18-cv-02978-JNE-DTS | Forker, Christine  v. 3M Company et al | 10/19/2018 | 1/18/2019 | | Morris Law Firm |
| 0:18-cv-02982-JNE-DTS | Wilson, James v. 3M Company et al | 10/22/2018 | 1/20/2019 | | Kennedy Hodges, LLP |
| 0:18-cv-02995-JNE-DTS | Belisle, Todd et al v. 3M Company et al | 10/23/2018 | 1/21/2019 | | Meshbesher & Spence |

Yellow highlighting indicates that the case was previously listed per PTO 14 (Dkt. No. 117).

Defendants' PFS List 1:  Overdue Plaintiff Fact Sheets
(Updated February 15, 2019)

| Case Number | Title | Date Filed | Due Date | Prior Listing | Firm Name |
|---|---|---|---|---|---|
| 0:18-cv-03011-JNE-DTS | Jones, Tyrone  v. 3M Company et al | 10/25/2018 | 1/23/2019 | | The Miller Firm, LLC |
| 0:18-cv-03014-JNE-DTS | Sosebee, Sylvia et al v. 3M Company et al | 10/26/2018 | 1/24/2019 | | Meshbesher & Spence |
| 0:18-cv-03073-JNE-DTS | Shaw, James v. 3M Company et al | 11/1/2018 | 1/30/2019 | | Davis & Crump, P.C. |
| 0:18-cv-03076-JNE-DTS | Salter v. 3M Company et al | 11/1/2018 | 1/30/2019 | | Davis & Crump, P.C. |
| 0:18-cv-03082-JNE-DTS | Weatherford, Thomas  v. 3M Company et al | 11/1/2018 | 1/30/2019 | | Kennedy Hodges, LLP |
| 0:18-cv-03096-JNE-DTS | Pierce, James v. 3M Company et al | 11/4/2018 | 2/2/2019 | | DeGaris & Rogers, LLC |
| 0:18-cv-03101-JNE-DTS | Blades, Leanne v. 3M Company et al | 11/5/2018 | 2/3/2019 | | Davis & Crump, P.C. |

Yellow highlighting indicates that the case was previously listed per PTO 14 (Dkt. No. 117).

Defendants' PFS List 2:  Plaintiffs Who Have Not Responded to Defendants' Deficiency Notices
(Updated February 15, 2019)

| Case Number | Title | 1st Deficiency Notice Sent | Response Due Date | Prior Listing | Firm Name |
|---|---|---|---|---|---|
| 0:18-cv-00572-JNE-DTS | Gauthier, Kim v. 3M Company et al | 10/15/2018 | 11/5/2018 | 11/9/2018 12/14/2018 1/11/2019 | Schlichter, Bogard & Denton, LLP |
| 0:18-cv-01009-JNE-DTS | Woelfel, Rosemarie et al v. 3M Company et al | 11/8/2018 | 11/29/2018 | 12/14/2018 1/11/2019 | Brown Chiari, LLP |
| 0:18-cv-01542-JNE-DTS | Davis, Harry v. 3M Company et al | 12/3/2018 | 12/24/2018 | 1/11/2019 | Schlichter Bogard & Denton, LLP |
| 0:18-cv-01722-JNE-DTS | Woodard, George v. 3M Company et al | 10/1/2018 | 10/22/2018 | 11/9/2018 12/14/2018 1/11/2019 | Pendley, Baudin & Coffin L.L.P. |
| 0:18-cv-01724-JNE-DTS | Cooper, Roy et al v. 3M Company et al | 10/15/2018 | 11/5/2018 | 11/9/2018 12/14/2018 1/11/2019 | Pendley, Baudin & Coffin L.L.P. |
| 0:18-cv-02014-JNE-DTS | Johnson, Sheri v. 3M Company et al. | 12/3/2018 | 12/24/2018 | 1/11/2019 | Bernstein Liebhard LLP |
| 0:18-cv-02065-JNE-DTS | Sullivan, Jeffrey v. 3M Company et al | 11/20/2018 | 12/11/2018 | 1/11/2019 | Kennedy Hodges, LLP |
| 0:18-cv-02080-JNE-DTS | McGuire, Maria v. 3M Company et al | 11/15/2018 | 12/6/2018 | 12/14/2018 1/11/2019 | Kennedy Hodges, LLP |
| 0:18-cv-02211-JNE-DTS | Rhodes, Sarah v. 3M Company et al | 11/20/2018 | 12/11/2018 | 1/11/2019 | Kennedy Hodges, LLP |
| 0:18-cv-02220-JNE-DTS | Torrez, Macario v. 3M Company et al | 11/20/2018 | 12/11/2018 | 1/11/2019 | Kennedy Hodges, LLP |
| 0:18-cv-02225-JNE-DTS | Harris, Gloria v. 3M Company et al | 11/20/2018 | 12/11/2018 | 1/11/2019 | Brown & Crouppen, PC |
| 0:18-cv-02421-JNE-DTS | Miranda, Elsa v. 3M Company et al | 1/16/2019 | 2/6/2019 | | Bernstein Liebhard LLP |
| 0:18-cv-02727-JNE-DTS | Letcher, Alexander v. 3M Company et al | 1/16/2019 | 2/6/2019 | | Kennedy Hodges, LLP |
| 0:18-cv-02433-JNE-DTS | Latimer, Philomena v. 3M Company et al | 12/18/2018 | 1/8/2019 | | Kennedy Hodges, LLP |
| 0:18-cv-02467-JNE-DTS | McMillon, Anna v. 3M Company et al | 12/19/2018 | 1/9/2019 | | Kennedy Hodges, LLP |
| 0:18-cv-02471-JNE-DTS | Draggett, Beverly v. 3M Company et al | 12/19/2018 | 1/9/2019 | | Kennedy Hodges, LLP |

Yellow highlighting indicates that the case was previously listed per PTO 14 (Dkt. No. 117).

Defendants' PFS List 2:  Plaintiffs Who Have Not Responded to Defendants' Deficiency Notices
(Updated February 15, 2019)

| 0:18-cv-02505-JNE-DTS | Campbell, Joan v. 3M Company et al | 12/21/2018 | 1/11/2019 | | Kennedy Hodges, LLP |
| 0:18-cv-02525-JNE-DTS | Fratino, Bruce et al v. 3M Company et al | 12/21/2018 | 1/11/2019 | | Pendley, Baudin & Coffin L.L.P. |
| 0:18-cv-02645-JNE-DTS | Nolan, Harriet  v. 3M Company et al | 1/3/2019 | 1/24/2019 | | Kennedy Hodges, LLP |
| 0:18-cv-02740-JNE-DTS | Morgan, Daniel v. 3M Company et al | 1/16/2019 | 2/6/2019 | | Kennedy Hodges, LLP |

| Case Number | Title | 2nd Deficiency Notice Sent | Response Due Date | Prior Listing | Firm Name |
|---|---|---|---|---|---|
| 0:17-cv-00088-JNE-DTS | Malinski, Michael v. 3M Company et al | 11/7/2018 | 11/28/2018 | 12/14/2018 1/11/2019 | Gustafson Gluek PLLC |
| 0:18-cv-00220-JNE-DTS | Brasher, Michael  v. 3M Company et al | 10/15/2018 | 11/5/2018 | 11/9/2018 12/14/2018 | Bernstein Liebhard LLP |
| 0:18-cv-01634-JNE-DTS | Otero, Brenda v. 3M Company et al | 12/4/2018 | 12/25/2018 | 1/11/2019 | Kennedy Hodges, LLP |
| 0:18-cv-00758-JNE-DTS | Butler, Frances Eloise v. 3M Company et al | 12/21/2018 | 1/11/2019 | | Fears Nachawati, PLLC |
| 0:18-cv-01730-JNE-DTS | Oliver, Kimberly Gaston  et al v. 3M Company et al | 11/30/2018 | 12/21/2018 | | Riley & Jackson, P.C. |
| 0:18-cv-01753-JNE-DTS | McCloat, Kenneth v. 3M Company et al | 1/2/2019 | 1/23/2019 | | Kennedy Hodges, LLP |
| 0:18-cv-01819-JNE-DTS | Ryan, Eraron v. 3M Company et al | 12/18/2018 | 1/8/2019 | | Kennedy Hodges, LLP |
| 0:18-cv-02063-JNE-DTS | Hogue, Anthony  v. 3M Company et al | 1/14/2019 | 2/4/2019 | | Kennedy Hodges, LLP |
| 0:18-cv-02118-JNE-DTS | Yelverton, Annie  v. 3M Company et al | 1/14/2019 | 2/4/2019 | | The Miller Firm, LLC |
| 0:18-cv-02165-JNE-DTS | Noto-Agnello, Vivian  v. 3M Company et al | 1/9/2019 | 1/30/2019 | | Kennedy Hodges, LLP |

| Case Number | Title | 3rd Deficiency Notice Sent | Response Due Date | Prior Listing | Firm Name |
|---|---|---|---|---|---|

Yellow highlighting indicates that the case was previously listed per PTO 14 (Dkt. No. 117).

Defendants' PFS List 2:  Plaintiffs Who Have Not Responded to Defendants' Deficiency Notices
(Updated February 15, 2019)

| 0:17-cv-05261-JNE-DTS | Hardy, Alan  v. 3M Company et al | 12/4/2018 | 12/25/2018 | 1/11/2019 | Bernstein Liebhard LLP |
|---|---|---|---|---|---|

Defendants' PFS List 3: Core Deficiencies Remained Following Notice and Response
(Updated February 15, 2018)

| Case Number | Title | Final Deficiency Sent | Prior Listing | Firm Name |
|---|---|---|---|---|
| 0:15-cv-03950-JNE-DTS | LeBlanc, John (Shirley Thibodeaux) v. 3M Company et al | 10/8/2018 | 12/14/2018 1/11/2019 | Law Offices of Travis Walker, PA |
| 0:17-cv-00712-JNE-DTS | Haladay, Jeffrey (OBO Harold Owens) v. 3M Company | 8/3/2018 | 11/9/2018 12/14/2018 1/11/2019 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| 0:17-cv-03573-JNE-DTS | Parker, Lloyd v. 3M Company et al | 10/11/2018 | 1/11/2019 | Bernstein Liebhard LLP |
| 0:17-cv-04476-JNE-DTS | Holstine, Rachel v. 3M Company et al | 9/12/2018 | 12/14/2018 1/11/2019 | Bernstein Liebhard LLP |
| 0:17-cv-04777-JNE-DTS | Pine, Randy v. 3M Company et al. | 9/4/2018 | 11/9/2018 12/14/2018 1/11/2019 | Bernstein Liebhard LLP |
| 0:17-cv-04877-JNE-DTS | McDonald, Ethel v. 3M et al | 10/8/2018 | 12/14/2018 1/11/2019 | Bernstein Liebhard LLP |
| 0:18-cv-00151-JNE-DTS | Russell, Janice v. 3M Company et al | 7/16/2018 | 11/9/2018 12/14/2018 1/11/2019 | Bernstein Liebhard LLP |
| 0:18-cv-00432-JNE-DTS | Falcetta, Edward v. 3M Company | 6/8/2018 | 8/10/2018 9/17/2018 10/12/2018 11/9/2018 12/14/2018 1/11/2019 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A |
| 0:18-cv-00575-JNE-DTS | Ballasso, Marilyn v. 3M Company et al | 6/27/2018 | 12/14/2018 1/11/2019 | Gustafson Gluek PLLC |
| 0:18-cv-00670-JNE-DTS | Darwick, Robert v. 3M Company | 7/18/2018 | 8/10/2018 9/17/2018 10/12/2018 11/9/2018 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A |
| 0:18-cv-00691-JNE-DTS | Hauser, Michael v. 3M Company | 6/29/2018 | 8/10/2018 9/17/2018 10/12/2018 11/9/2018 12/14/2018 1/11/2019 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A |
| 0:18-cv-00757-JNE-DTS | Homsher, Larry v. 3M Company et al | 10/10/2018 | 1/11/2019 | Bernstein Liebhard LLP |

Yellow highlighting indicates that the case was previously listed per PTO 14 (Dkt. No. 117).

Defendants' PFS List 3:  Core Deficiencies Remained Following Notice and Response
(Updated February 15, 2018)

| Case Number | Title | Final Deficiency Sent | Prior Listing | Firm Name |
|---|---|---|---|---|
| 0:18-cv-00852-JNE-DTS | Villafranco, Leonard v. 3M Company et al | 8/7/2018 | 11/9/2018 12/14/2018 1/11/2019 | The Law offices of Travis R. Walker, P.A. |
| 0:18-cv-00998-JNE-DTS | Caison, John et al v. 3M Company et al | 8/22/2018 | 12/14/2018 1/11/2019 | Gustafson Gluek PLLC |
| 0:18-cv-01007-JNE-DTS | Sweezy, Richard v. 3M Company et al | 7/24/2018 | 10/12/2018 11/9/2018 12/14/2018 1/11/2019 | Kennedy Hodges |
| 0:18-cv-01031-JNE-DTS | Rhock, Leonard v. 3M Company et al | 11/15/2018 | 12/14/2018 1/11/2019 | The Miller Firm, LLC |
| 0:18-cv-01051-JNE-DTS | Johnson, Alvin v. 3M Company | 11/15/2018 | 12/14/2018 1/11/2019 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A |
| 0:18-cv-01098-JNE-DTS | Rodliff, Peter v. 3M Company | 8/15/2018 | 10/12/2018 11/9/2018 12/14/2018 1/11/2019 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| 0:18-cv-01103-JNE-DTS | Tedford, Louise v. 3M Company | 8/17/2018 | 11/9/2018 12/14/2018 1/11/2019 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| 0:18-cv-01121-JNE-DTS | Stapley, William v. 3M Company | 8/16/2018 | 11/9/2018 12/14/2018 1/11/2019 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| 0:18-cv-01130-JNE-DTS | Deloach, Marsha v. 3M Company et al | 8/30/2018 | 11/9/2018 12/14/2018 1/11/2019 | The Miller Firm, LLC |
| 0:18-cv-01167-JNE-DTS | Eans, James v. 3M Company | 8/24/2018 | 11/9/2018 12/14/2018 1/11/2019 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| 0:18-cv-01169-JNE-DTS | Gregory, Janice v. 3M Company | 12/3/2018 | 1/11/2019 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| 0:18-cv-01505-JNE-DTS | Cerbins, Rosemary v. 3M Company | 7/24/2018 | 10/12/2018 11/9/2018 12/14/2018 1/11/2019 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |

Yellow highlighting indicates that the case was previously listed per PTO 14 (Dkt. No. 117).

Defendants' PFS List 3:  Core Deficiencies Remained Following Notice and Response
(Updated February 15, 2018)

| Case Number | Title | Final Deficiency Sent | Prior Listing | Firm Name |
|---|---|---|---|---|
| 0:18-cv-01524-JNE-DTS | Gleason, Kathryn v. 3M Company | 12/13/2018 | 1/11/2019 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| 0:18-cv-01567-JNE-DTS | Gillis, Stanley v. 3M Company et al | 11/1/2018 | 1/11/2019 | Kennedy Hodges, LLP |
| 18-cv-01654-JNE-DTS | Terrell, Elizabeth v. 3M Company et al | 10/11/2018 | 12/14/2018 1/11/2019 | Morris Law Firm |
| 0:18-cv-01725-JNE-DTS | Heyward, Jacqueline v. 3M Company et al | 10/15/2018 | 1/11/2019 | Kennedy Hodges, LLP |
| 0:18-cv-01769-JNE-DTS | McCoy, Ethel v. 3M Company | 8/14/2018 | 12/14/2018 1/11/2019 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| 0:18-cv-01771-JNE-DTS | Royal, Deborah v. 3M Company 3M Company et al | 10/8/2018 | 12/14/2018 1/11/2019 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| 0:18-cv-01822-JNE-DTS | Jefferson, Frank v. 3M Company et al | 10/24/2018 | 1/11/2019 | Kennedy Hodges, LLP |
| 0:18-cv-02062-JNE-DTS | Pascucci, Michael v. 3M Company et al | 11/15/2018 | 1/11/2019 | Kennedy Hodges, LLP |
| 0:18-cv-02099-JNE-DTS | O'Neal, John v. 3M Company et al | 11/15/2018 | 1/11/2019 | Kennedy Hodges, LLP |
| 0:18-cv-02102-JNE-DTS | Porter, Kathleen v. 3M Company et al | 11/15/2018 | 1/11/2019 | Kennedy Hodges, LLP |
| 0:18-cv-02134-JNE-DTS | Knox, Kenneth v. 3M Company et al | 11/19/2018 | 1/11/2019 | Kennedy Hodges, LLP |
| 0:18-cv-00205-JNE-DTS | Shulz, Shelley v. 3M Company et al | 10/16/2018 | | Bernstein Liebhard LLP |
| 0:18-cv-00724-JNE-DTS | Burr, Cody v. 3M Company et al | 12/21/2018 | | Morris Law Firm |
| 0:18-cv-01571-JNE-DTS | Gohl, Brenda v. 3M Company et al | 11/30/2018 | | Jones Ward, PLC |

Yellow highlighting indicates that the case was previously listed per PTO 14 (Dkt. No. 117).

Defendants' PFS List 3:  Core Deficiencies Remained Following Notice and Response
(Updated February 15, 2018)

| Case Number | Title | Final Deficiency Sent | Prior Listing | Firm Name |
|---|---|---|---|---|
| 0:18-cv-01766-JNE-DTS | Schoolman, Dale v. 3M Company et al | 12/11/2018 | | GoldenbergLaw, PLLC |
| 0:18-cv-01768-JNE-DTS | Lamb, David v. 3M Company 3M Company et al | 12/12/2018 | | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| 0:18-cv-01831-JNE-DTS | Conerly, David et al v. 3M Company et al | 12/21/2018 | | Bachus & Schanker, LLC |
| 0:18-cv-01832-JNE-DTS | McCray, Abraham v. 3M Company | 12/13/2018 | | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| 0:18-cv-01833-JNE-DTS | Mussachia, Michael v. 3M Company | 12/13/2018 | | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| 0:18-cv-01875-JNE-DTS | Byrge, Gary v. 3M Company et al | 12/12/2018 | | Morris Law Firm |
| 0:18-cv-02100-JNE-DTS | Berger, Clayton v. 3M Company et al | 12/19/2018 | | Chaffin Luhana LLP |
| 0:18-cv-02223-JNE-DTS | Tucker, Frank v. 3M Company et al | 11/20/2018 | | Kennedy Hodges, LLP |
| 0:18-cv-02236-JNE-DTS | Popielarz,Troy v. 3M Company et al | 11/20/2018 | | Kennedy Hodges, LLP |
| 0:18-cv-02263-JNE-DTS | Wenzel, David v. 3M Company et al | 11/20/2018 | | Kennedy Hodges, LLP |
| 0:18-cv-02367-JNE-DTS | Bailey, Peter v. 3M Company et al | 12/17/2018 | | Kennedy Hodges, LLP |
| 0:18-cv-02487-JNE-DTS | Blakes, Jimmy  v. 3M Company et al | 12/18/2018 | | Riley & Jackson, P.C |
| 0:18-cv-02764-JNE-DTS | Walters, Carla v. 3M Company et al | 1/3/2019 | | Justinian & Associates PLLC |

Yellow highlighting indicates that the case was previously listed per PTO 14 (Dkt. No. 117).