UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | MDL No. 15-2666 (JNE/DTS) |
| | **(PROPOSED) ORDER GRANTING DEFENDANTS' EIGHTEENTH MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRETRIAL ORDER NO. 14** |

This came before the Court on Defendants 3M Company's and Arizant Healthcare Inc.'s (collectively, "Defendants") Eighteenth Motion to Dismiss for Failure to Comply with Pretrial Order No. 14. Based on the files, records, and proceedings herein,

IT IS HEREBY ORDERED that Defendants' motion is GRANTED. The following actions are dismissed with prejudice:

| Case Number | Plaintiff | Firm Name |
|---|---|---|
| 0:17-cv-00088-JNE-DTS | Malinski | Gustafson Gluek PLLC |
| 0:18-cv-00220-JNE-DTS | Brasher | Bernstein Liebhard LLP |
| 0:18-cv-00575-JNE-DTS | Ballasso | Gustafson Gluek PLLC |
| 0:18-cv-00852-JNE-DTS | Villafranco | The Law Offices of Travis R. Walker, P.A. |
| 0:18-cv-01009-JNE-DTS | Woelfel | Brown Chiari LLP |
| 0:18-cv-01031-JNE-DTS | Rhock | The Miller Firm, LLC |

| | | |
|---|---|---|
| 0:18-cv-01051-JNE-DTS | Johnson, Alvin | Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, P.A. |
| 0:18-cv-01103-JNE-DTS | Tedford | Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, P.A. |
| 0:18-cv-01167-JNE-DTS | Eans | Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, P.A. |
| 0:18-cv-01169-JNE-DTS | Gregory | Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, P.A. |
| 0:18-cv-01542-JNE-DTS | Davis | Schlichter, Bogard & Denton, LLP |
| 0:18-cv-01654-JNE-DTS | Terrell | Morris Law Firm |
| 0:18-cv-01722-JNE-DTS | Woodard | Pendley, Baudin & Coffin, L.L.P. |
| 0:18-cv-01724-JNE-DTS | Cooper | Pendley, Baudin & Coffin, L.L.P. |
| 0:18-cv-02014-JNE-DTS | Johnson, Sheri | Bernstein Liebhard LLP |
| 0:18-cv-02065-JNE-DTS | Sullivan | Kennedy Hodges, LLP |
| 0:18-cv-02067-JNE-DTS | Norton | Meshbesher & Spence, Ltd. |
| 0:18-cv-02080-JNE-DTS | McGuire | Kennedy Hodges, LLP |
| 0:18-cv-02082-JNE-DTS | English | Kennedy Hodges, LLP |
| 0:18-cv-02087-JNE-DTS | Dimesa | Napoli Shkolnik PLLC |
| 0:18-cv-02095-JNE-DTS | Jenkins | Bachus & Schanker, LLC |
| 0:18-cv-02117-JNE-DTS | Banks | The Miller Firm, LLC |
| 0:18-cv-02211-JNE-DTS | Rhodes | Kennedy Hodges, LLP |
| 0:18-cv-02220-JNE-DTS | Torrez | Kennedy Hodges, LLP |

| 0:18-cv-02394-JNE-DTS | Block | The Law Offices of Travis R. Walker, P.A. |
|---|---|---|
| 0:18-cv-02509-JNE-DTS | Guillory | The Olinde Firm, LLC |

LET JUDGMENT BE ENTERED ACCORDINGLY.

Date: _____                     BY THE COURT

 

                                                                        _____
                                                                        JUDGE, U.S. DISTRICT COURT