# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/DTS) |
| This Document Relates to:<br>*Trombley v. 3M Co.,* No. 16-cv-4159 | **DEFENDANTS' RULE 7.1(F) CERTIFICATE OF COMPLIANCE** |

    I, Peter J. Goss, certify that Defendant 3M Company's Memorandum in Opposition to Plaintiff's Motion to Strike Portions of 3M's Case-Specific Expert Reports. ("Memorandum") complies with the limits of Local Rule 7.1(f) and with the type-size limit of Local Rule 7.1(h).

    I further certify that, in preparation of the above document, I used Microsoft Word 2013, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

    I further certify that the Memorandum contains 4,045 words.

Dated: March 5, 2019

Respectfully submitted,

s/*Peter J. Goss*
Jerry W. Blackwell (MN #186867)
Peter J. Goss (MN #267910)
Benjamin W. Hulse (MN #0390952)
Mary S. Young (MN #0392781)
BLACKWELL BURKE P.A.
431 South Seventh Street
Suite 2500
Minneapolis, MN 55415
Phone: (612) 343-3248
Fax: (612) 343-3205
Email: blackwell@blackwellburke.com
pgoss@blackwellburke.com
bhulse@blackwellburke.com
myoung@blackwellburke.com

**Counsel for Defendant 3M Company**