# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

In re Bair Hugger Forced Air Warming Devices
Products Liability Litigation                MDL No. 15-2666 (JNE/DTS)


_____

This Document Relates to:
*Trombley v. 3M Co.,* No. 16-cv-4159

_____

### DECLARATION OF PETER J. GOSS IN SUPPORT OF DEFENDANT 3M COMPANY'S MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE PORTIONS OF 3M'S CASE-SPECIFIC EXPERT REPORTS

Peter J. Goss, being first duly sworn, deposes and declares:

I am an attorney at the law firm of Blackwell Burke P.A., and one of the attorneys representing 3M Company in this litigation. I submit this declaration in support of Defendants' Memorandum in Opposition to Plaintiff's Motion to Strike Portions of Defendants' Case-Specific Expert Reports. The facts set forth herein are based upon my personal knowledge, information, and belief.

1.       Attached as Exhibit 1 is a true and correct copy of William Jarvis, M.D.'s case-specific report in *Nancy Axline v. 3M Co., et al.*

2.       Attached as Exhibit 2 is a true and correct copy of William Jarvis, M.D.'s case-specific report in *Ada Trombley v. 3M Co., et al.*

3.       Attached as Exhibit 3 is a true and correct copy of the transcript from the September 8, 2016 MDL Status Conference in *In re Bair Hugger Forced Air Warming DevicesProducts Liability Litigation.*

4.     Attached as Exhibit 4 is a true and correct copy of William Jarvis, M.D.'s case-specific report in *Ada Trombley v. 3M Co., et al.*, which I personally highlighted according to the criteria applied by Plaintiffs in their motion to strike portions of Defendants' case-specific expert reports.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Minneapolis, Minnesota, this 5th day of March, 2019.

*s/Peter J. Goss*
Peter J. Goss