UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Bair Hugger Forced Air Warming Products Liability Litigation <br><br> This Document Relates To: <br><br> *Gates,* 16-cv-0400-JNE-DTS <br> *Dinkins,* 16-cv-1778-JNE-DTS <br> *Tate,* 16-cv-1846-JNE-DTS <br> *Lowe,* 16-cv-2304-JNE-DTS <br> *Strickland,* 16-cv-4355-JNE-DTS <br> *Beamon,* 17-cv-0141-JNE-DTS <br> *Gochanour,* 17-cv-2168-JNE-DTS <br> *McConnell,* 17-cv-3222-JNE-DTS <br> *Weeks,* 17-cv-4527-JNE-DTS <br> *Kazogles,* 19-cv-0017-JNE-DTS | MDL No. 15-2666 (JNE/DTS) <br><br> **DEFENDANTS' SEVENTH MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRETRIAL ORDER NO. 23 AND FED. R. CIV. P. 41(B) OR FOR LACK OF STANDING** |

Pursuant to Pretrial Order No. 23 and Federal Rules of Procedure, Defendants 3M Company ("3M") and Arizant Healthcare Inc. ("Arizant") (collectively, "Defendants") respectfully move the Court to dismiss the following actions—without prejudice Mr. Kazogles and with prejudice for the rest of the cases—for failure to comply with Pretrial Order No. 23 and Fed. R. Civ. P. 41(b), or for lack of standing:

| Case Number | Title | Firm Name |
|---|---|---|
| 16-cv-0400-JNE-DTS | Gates v. 3M Co., et al. | Farr, Farr, Emerich, Hackett, Carr & Holmes, P.A. |
| 16-cv-1778-JNE-DTS | Dinkins v. 3M Co., et al. | Kirtland and Packard LLP |
| 16-cv-1846-JNE-DTS | Tate v. 3M Co., et al. | Kennedy Hodges, LLP |

1

| | | |
|---|---|---|
| 16-cv-2304-JNE-DTS | Lowe v. 3M Co., et al. | Davis & Crump, PC |
| 16-cv-4355-JNE-DTS | Strickland v. 3M Co., et al. | McGlynn, Glisson & Mouton |
| 17-cv-0141-JNE-DTS | Beamon v. 3M Co., et al. | Goldenberg Law, PLLC |
| 17-cv-2168-JNE-DTS | Gochanour v. 3M Co., et al. | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| 17-cv-3222-JNE-DTS | McConnell v. 3M Co., et al. | Brown and Crouppen, P.C. |
| 17-cv-4527-JNE-DTS | Weeks v. 3M Co., et al. | Kennedy Hodges, LLP |
| 19-cv-0017-JNE-DTS | Kazogles et al. v. 3M Co., et al. | Schlichter, Bogard, Denton, LLP |

As set forth in the Memorandum in Support of Defendants' Seventh Motion to Dismiss Cases for Failure to Comply with Pretrial Order No. 23 and Fed. R. Civ. P. 41(b), or For Lack of Standing, the above-referenced 10 matters have failed to meet the requirements of this Court's Order and the federal rules, and dismissal is appropriate—without prejudice for Mr. Kazogles, and with prejudice for the remaining cases.

Dated: March 7, 2019                                    Respectfully submitted,

*s/Benjamin W. Hulse*
Jerry W. Blackwell (MN #186867)
Benjamin W. Hulse (MN #0390952)
Mary S. Young (MN #0392781)
BLACKWELL BURKE P.A.
431 South Seventh Street, Suite 2500
Minneapolis, MN 55415
Phone: (612) 343-3200
Fax: (612) 343-3205
Email: blackwell@blackwellburke.com
bhulse@blackwellburke.com
myoung@blackwellburke.com

2

*Counsel for Defendants 3M Company and Arizant Healthcare Inc.*