UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/DTS) |
| This Document Relates To:<br><br>*Gates*, 16-cv-0400-JNE-DTS<br>*Dinkins*, 16-cv-1778-JNE-DTS<br>*Tate*, 16-cv-1846-JNE-DTS<br>*Lowe*, 16-cv-2304-JNE-DTS<br>*Strickland*, 16-cv-4355-JNE-DTS<br>*Beamon*, 17-cv-0141-JNE-DTS<br>*Gochanour*, 17-cv-2168-JNE-DTS<br>*McConnell*, 17-cv-3222-JNE-DTS<br>*Weeks*, 17-cv-4527-JNE-DTS<br>*Kazogles*, 19-cv-0017-JNE-DTS | **NOTICE OF HEARING ON DEFENDANTS' SEVENTH MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRETRIAL ORDER NO. 23 AND FED. R. CIV. P. 41(B) OR FOR LACK OF STANDING** |

PLEASE TAKE NOTICE that the undersigned will bring Defendants' Seventh Motion to Dismiss Cases for Failure to Comply with Pretrial Order No. 23 and Fed. R. Civ. 41(b) or For Lack of Standing, for a hearing before the Honorable Judge Joan N. Ericksen, United States District Judge, in Courtroom 12W at the United States Courthouse, 300 South Fourth Street, Minneapolis, MN 55415 at the scheduled status conference at a date and time to be determined.

This motion, based on the Memorandum in Support of Defendants' Seventh Motion to Dismiss Cases for Failure to Comply with Pretrial Order No. 23 and Fed. R. Civ. P.

41(b) or for Lack of Standing, Declaration of Benjamin W. Hulse, and argument to be presented at the hearing of this matter, seeks an Order of the Court dismissing the above-listed cases with prejudice.

Dated: March 7, 2019                    Respectfully submitted,

/s/ Benjamin W. Hulse
Jerry W. Blackwell (MN #186867)
Benjamin W. Hulse (MN #0390952)
Mary S. Young (MN #0392781)
BLACKWELL BURKE P.A.
431 South Seventh Street, Suite 2500
Minneapolis, MN 55415
Phone: (612) 343-3248
Fax: (612) 343-3205
Email: blackwell@blackwellburke.com
       bhulse@blackwellburke.com
       myoung@blackwellburke.com

**Counsel for Defendants 3M Company and Arizant Healthcare Inc.**