UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Bair Hugger Forced Air Warming Products Liability Litigation<br><br>This Document Relates To:<br><br>*Gates*, 16-cv-0400-JNE-DTS<br>*Dinkins*, 16-cv-1778-JNE-DTS<br>*Tate*, 16-cv-1846-JNE-DTS<br>*Lowe*, 16-cv-2304-JNE-DTS<br>*Strickland*, 16-cv-4355-JNE-DTS<br>*Beamon*, 17-cv-0141-JNE-DTS<br>*Gochanour*, 17-cv-2168-JNE-DTS<br>*McConnell*, 17-cv-3222-JNE-DTS<br>*Weeks*, 17-cv-4527-JNE-DTS<br>*Kazogles*, 19-cv-0017-JNE-DTS | MDL No. 15-2666 (JNE/DTS)<br><br>**RULE 7.1(F) CERTIFICATE OF COMPLIANCE REGARDING DEFENDANTS' SEVENTTH MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRETRIAL ORDER NO. 23 AND FED. R. CIV. P. 41(B) OR FOR LACK OF STANDING** |

I, Benjamin W. Hulse, certify that Defendants' Memorandum in Support of Defendants' Seventh Motion to Dismiss Cases for Failure to Comply with Pretrial Order No. 23 and Fed. R. Civ. P. 41(b), or For Lack of Standing ("Memorandum") complies with Local Rule 7.1(f) and with the type-size limit of Local Rule 7.1(h).

I further certify that, in preparation of the Memorandum, I used Microsoft® Word 2016, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the Memorandum contains 1441 words.

Dated: March 7, 2019                              Respectfully submitted,

                                          *s/Benjamin W. Hulse*
Jerry W. Blackwell (MN #186867)
Benjamin W. Hulse (MN #0390952)
Mary S. Young (MN #0392781)
BLACKWELL BURKE P.A.
431 South Seventh Street, Suite 2500
Minneapolis, MN 55415
Phone: (612) 343-3200
Fax: (612) 343-3205
Email: blackwell@blackwellburke.com
        bhulse@blackwellburke.com
        myoung@blackwellburke.com

**Counsel for Defendants 3M Company and Arizant Healthcare Inc.**