UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/DTS) |
| This Document Relates To: | **DECLARATION OF BENJAMIN W. HULSE REGARDING DEFENDANTS' SEVENTH MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRETRIAL ORDER NO. 23 AND FED. R. CIV. P. 41(B) OR FOR LACK OF STANDING** |
| *Gates*, 16-cv-0400-JNE-DTS | |
| *Dinkins*, 16-cv-1778-JNE-DTS | |
| *Tate*, 16-cv-1846-JNE-DTS | |
| *Lowe*, 16-cv-2304-JNE-DTS | |
| *Strickland*, 16-cv-4355-JNE-DTS | |
| *Beamon*, 17-cv-0141-JNE-DTS | |
| *Gochanour*, 17-cv-2168-JNE-DTS | |
| *McConnell*, 17-cv-3222-JNE-DTS | |
| *Weeks*, 17-cv-4527-JNE-DTS | |
| *Kazogles*, 19-cv-0017-JNE-DTS | |

Under 28 U.S.C. § 1746, I, Benjamin W. Hulse, hereby declare as follows:

1. I am an attorney at the law firm of Blackwell Burke P.A., and one of the attorneys representing 3M Company ("3M") and Arizant Healthcare Inc. ("Arizant") (collectively "Defendants") in this litigation. I submit this declaration in support of Defendants' Seventh Motion to Dismiss Cases for Failure to Comply with Pretrial Order No. 23 and Fed. R. Civ. P. 41(b) or For Lack of Standing. Unless otherwise stated, the facts set forth herein are based upon my personal knowledge, information, and belief.

2. Attached as Exhibit A is a copy of the obituary of plaintiff Danny Gates, available online at https://www.legacy.com/obituaries/limaohio/obituary.aspx?page=lifestory&pid=184575869.

3. Attached as Exhibit B is a copy of the obituary of plaintiff Alice Dinkins, available online at https://bairdfuneralhomedundee.com/tribute/details/414/Alice-Dinkins/obituary.html.

4. Attached as Exhibit C is a copy of the obituary of plaintiff Evelyn Tate, available online at https://www.legacy.com/funeral-homes/obituaries/name/mrs-evelyn-tate-obituary?pid=186089275&v=batesville&view=guestbook.

5. Attached as Exhibit D is a copy of the obituary of plaintiff Carol Lowe, available online at https://www.newcomerdayton.com/Obituary/145072/Carol-Lowe/Dayton-Ohio.

6. Attached as Exhibit E is a copy of the obituary of plaintiff Cecelia Strickland, available online at https://www.viloniafuneralhome.com/notices/Cecelia-Strickland.

7. Attached as Exhibit F is a copy of the obituary of plaintiff Rene A. Beamon, available online at https://www.legacy.com/obituaries/houmatoday/obituary.aspx?n=rene-beamon&pid=190423123&fhid=14170.

8. Attached as Exhibit G is a copy of the obituary of plaintiff Anna Gochanour, available online at https://www.domoneyfuneralhome.com/anna-gochanour.

9. Attached as Exhibit H is a copy of the obituary of plaintiff Edna McConnell, available at http://www.legacy.com/obituaries/erietimesnews/obituary.aspx?n=edna-c-king-mcconnell&pi d=190821224&fhid=8454.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Minneapolis, Minnesota, this 7th day of March, 2019.

Dated: March 7, 2019                  Respectfully submitted,

                                         *s/Benjamin W. Hulse*
                                         Jerry W. Blackwell (MN #186867)
                                         Benjamin W. Hulse (MN #0390952)
                                         Mary S. Young (MN #0392781)
                                         BLACKWELL BURKE P.A.
                                         431 South Seventh Street, Suite 2500
                                         Minneapolis, MN 55415
                                         Phone: (612) 343-3200
                                         Fax: (612) 343-3205
                                         Email: bhulse@blackwellburke.com

                                         ***Counsel for Defendants 3M Company and Arizant Healthcare Inc.***