# Exhibit A

CASE 0:15-md-02666-JNE-DTS   Doc. 1839-1   Filed 03/07/19   Page 2 of 16

3/7/2019  Danny Gates Obituary: Danny Gates's Obituary by the The Lima News.

**Danny Gates**
GATES
CELINA — Danny Gates, 61, died March 16, 2017, at his residence.
Services will begin at 7 p.m. Tuesday at W.H. Dick & Sons-Hellwarth Funeral Home, Celina.
Friends may call from 5 to 7 p.m. Tuesday at the funeral home.

**Funeral Home**
**W H Dick & Sons-Hellwarth Funeral Home**
218 W Market St Celina, OH 45822
(419) 586-2301

**Published in The Lima News from Mar. 18 to Mar. 19, 2017**

# Exhibit B

# Alice Marie Dinkins



Alice Marie Wicker Dinkins

Rock Stream: Alice Marie Wicker Dinkins, age 79, of Rock Stream, NY passed away in the comfort of her home on Monday April 9, 2018.

Friends are invited to calling hours from 6:00 to 7:00 p.m. Thursday (Apr. 12) at the Baird Funeral Home, 36 Water Street, Dundee; where her funeral services will be held at the conclusion of visitation at 7:00 pm with Rev. Marilyn Wood officiating. Burial will be in Bath National Cemetery, Bath, NY.

Alice was born April 25, 1938 in Thurston, NY, the daughter of the late Ernest and Marguerite {Wood} Wicker. On January 17, 1959 in the Dundee United Methodist Church she married the late John E. Dinkins Sr. who passed away on August 17, 1999. Alice retired from Morris Chain Borg-Warner, of Ithaca, NY in 1994.

Mrs. Dinkins was a long time member of the Dundee United Methodist Church and choir; as well as the Montour Falls Order of the Eastern Star, and a former chaperone of the Squires & Pages Drum & Bugle Corp. In her spare time she enjoyed needle point and coloring.

She is survived by 2 sons, Michael J. (Liz) Dinkins with whom she made her home, Marshiel A. (Pamela) Dinkins of Montour Falls; 2 daughters Michele K. (Michael) Cole of Watkins Glen, Marjorie E. (Michael) Tweedale of Bedford, Indiana; 7 grandchildren; 8 great grandchildren; a brother Floyd (Helen) Wicker Sr. of Dundee; several nieces and nephews.

Besides her husband and parents, she was predeceased by a step son John E. "Jake" Dinkins Jr. on December 4, 2006.

Online condolences can be sent by visiting www.bairdfuneralhomedundee.com.

# Exhibit C

# Smith and Gaston Funeral Services

## Mrs. Evelyn Tate

( January 20, 1966 - July 12, 2017 )

Funeral services for Mrs. Evelyn Tate will be held on Friday July 21, 2017 at 25th Avenue Baptist Church with burial at Zion Memorial Gardens. A family hour will take place from 7-8pm on Thursday July 20, 2017 in the Smith & Gaston Southside Chapel.

# Exhibit D

3/7/2019 Newcomer Family Obituaries - Carol G. Lowe 1942 - 2017 - Newcomer Cremations, Funerals & Receptions.

CASE 0:15-md-02666-JNE-DTS   Doc. 1839-1   Filed 03/07/19   Page 8 of 16



## In Loving Memory of
## Carol G. Lowe
## 1942 - 2017



Services & Gatherings

**Visitation:**
Saturday, August 26, 2017 from 2:00pm to 3:00pm
Newcomer - South Chapel
3940 Kettering Blvd
Kettering, OH  45439
937-293-4141

**Service:**
Saturday, August 26, 2017 at 3:00pm
Newcomer - South Chapel
3940 Kettering Blvd
Kettering, OH  45439
937-293-4141

# Exhibit E

*Provided by Vilonia Funeral Home*

# Cecelia Jean (Cooley) Strickland

*March 28, 1952 ~ September 8, 2018 (age 66)*



## Services

**VISITATION**
Wednesday
September 12, 2018
6:00 PM to 7:00 PM
Lighthouse Pentecostal Church
Beebe, AR

**FUNERAL SERVICE**
Wednesday
September 12, 2018
7:00 PM
Lighthouse Pentecostal Church
Beebe, AR

**COMMITTAL**
Thursday
September 13, 2018
10:00 AM
Meadowbrook Memorial Gardens
Beebe, AR

Cecelia Jean Cooley Strickland, 66, of Jacksonville, died on Saturday, September 8, 2018, with her family by her side.

Cecelia was born on March 28, 1952, in Crossett, Arkansas to Cecil Cooley and Alma Jean (Langley) Pinkston. Cecelia married Victor B. Strickland Jr. October 10th, 1969. She was preceded in death by Victor March 14th, 2018. She formerly worked as an IT Securities Specialist before retirement and was a homemaker for many years.

Cecelia attended Lighthouse Pentecostal Church. She loved spending time with her family. She enjoyed computers, sewing, crocheting, and making food for her family and friends like her world-famous tacos.

Cecelia is survived by her three daughters Victoria Matos of Beebe; Christy Castile (Charles) of Beebe; Shawnda Jackson of North Little Rock; one sister, one brother, ten grandchildren, four great-grandchildren, as well as a host of extended family and friends.

A Home Going Celebration will be held on Wednesday, September 12th, at 7:00 PM at Lighthouse Pentecostal Church, 505 N. Apple Street, Beebe, Arkansas with Dr. John Scheel, and Pastor Jason Scheel officiating. Public Visitation will be held one hour prior to the service.

Interment will be Thursday, September 13th at 10:00 AM, at Meadowbrook Memorial Gardens 404 W. Dewitt Henry Beebe, AR. 72012.

Arrangements are under the care and direction of Vilonia Funeral Home 1134 Main Street Vilonia, AR 72173.

# Exhibit F

3/7/2019

CASE 0:15-md-02666-JNE-DTS Doc. 1839-1 Filed 03/07/19 Page 12 of 16

Rene Beamon Obituary: Rene Beamon's Obituary by the Houma Today.

**Rene Beamon**

Rene "Siggy" Beamon, age 55, a native and resident of Thibodaux, peacefully departed this life on Wednesday, Oct. 3, 2018, at Ochsner Medical Center in New Orleans.

Visiting will be held from 9 a.m. until the hour of service at 11 a.m. on Wednesday, Oct. 10, at Eagle Wright Baptist Church in Gray. Burial in Mt. Olive Baptist Church Cemetery.

He leaves to cherish his memories, his father, Oliver Beamon Sr.; son, Dominique Beamon Sr. ; bother, Oliver Beamon Jr. (Linda); an adopted brother, Donald Bradley Jr. (Lisa); grandson, Dominique Beamon Jr.; godchild, Courtney Adams; three aunts, Stella Dorsey, Betty Adams (Claude), and Doris Dudley; and a host of other relatives and friends.

He was preceded in death by his mother, Delores Woods Beamon; maternal grandparents, Albert and Rosie Woods; and paternal grandparents, Abraham and Stella R. Beamon.

Kennedy Funeral Home is in charge of arrangements.

**Funeral Home**
**Kennedy Funeral Home**
318 Greenville Street Raceland, LA 70394
(985) 537-3250

**Published in Houma Today & The Daily Comet from Oct. 8 to Oct. 9, 2018**

# Exhibit G

3/7/2019 Anna Gochanour



# Anna M. Gochanour

Cawker City—Anna M. Gochanour, 65, passed away April 10, 2018. She was born November 25, 1952 in Stockton, the daughter of Ray John Wingate and Ruth Wise.

She is preceded in death by her parents and first husband, David Gochanour in 1984.

She is survived by husband, Mike Shevchenko of Cawker City, children, Michael (Danetta) Gochanour of Cawker City and Ray (Heather) Gochanour of Cawker City, siblings, Ray (Nina) Wingate, Mary (Dale) Brooks, Barb (Roger) Eledge, and Larry Wingate and 7 grandchildren.

Services will be held at the Lighthouse Church in Downs on Saturday, April 21, 2018 at 10:00 a.m. No visitation. Memorials may be given to the Waconda Lake Association in care of Domoney Funeral Home, PO Box 127, Downs, KS 67437 in charge of arrangements.

Back to 2018 Obituaries

Home   About   Obituaries   Contact   Cremation   Monuments   Memorials   Pre-Planning

Copyright © All Rights Reserved yoursite.com

https://www.domoneyfuneralhome.com/anna-gochanour    2/2

# Exhibit H

3/7/2019 Edna McConnell Obituary: Edna McConnell's Obituary by the Erie Times-News.

CASE 0:15-md-02666-JNE-DTS Doc. 1839-1 Filed 03/07/19 Page 16 of 16

**Edna C. King McConnell(1923 - 2018)**



Edna C. King McConnell, of Erie and formerly Pittsburg, passed away peacefully at Westlake Woods Assisted Living in Erie on Tuesday, November 13, 2018.

She was born in Pittsburgh, PA on February 4, 1923, the daughter of the late William and Elizabeth Eisel King.

Edna was preceded in death by her adoring husband of 64 years, Randall J. McConnell, Jr. Also leaving this world prior to Edna were her seven brothers, Bill, Jim, John, Bud, Dick, Paul, and Tommy as well as one sister, Betty.

Edna was the loving mother of Kathy (Tom) Curry, Randy (Julie) McConnell, Peggy (Jim) Meadows and Jim (JoAnne Scalise) McConnell. Five grandchildren will miss their sweet grandmother, Melanie McConnell, Cristen Meadows, Megan Curry, Michael Curry and Caitlin (Meadows) Chambers. She also leaves behind two great-grandsons, Desmond Chambers and Jack McConnell Strate. Many nieces and nephews also survive their special aunt.

Edna loved gourmet cooking, decorating, sewing, and quilting, flower arranging and caring for her family, friends and pets. She volunteered for the Pittsburgh symphony Society and many of her children's school events.

A Mass of Christian burial will take place at St. Elizabeth Catholic Church, 1 Grove Place, Pittsburgh, PA 15236 on Saturday, December 15, 2018 at 10:00 a.m. Burial by her husband's side at National Cemetery of the Alleghenies will be private.

In lieu of flowers, memorial donations may be made to the National Kidney Foundation, 30 East 33rd St., New York, NY 10016 www.kidney.org/donate" target="_blank">(www.kidney.org/donate) or to the American Humane Society of NW Pennsylvania, 2407 Zimmerly Rd, Erie, PA 16506 www.humanesocietyofnwpa.com" target="_blank"> (www.humanesocietyofnwpa.com)

Arrangements were entrusted to the Burton Westlake Funeral Home, 3801 W 26th Street Erie, PA 16506.

Send condolences at www.Burtonfuneralhome.com

Sign the Guestbook at www.GoErie.com/obits.

**Funeral Home**
**Burton Funeral Homes and Crematory - West Lake**
3801 W. 26th St. Erie, PA 16506
(814) 838-0596

**Published in the Erie Times-News on Nov. 25, 2018**