UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Bair Hugger Forced Air Warming Products Liability Litigation<br><br>This Document Relates To:<br><br>*Gates*, 16-cv-0400-JNE-DTS<br>*Dinkins*, 16-cv-1778-JNE-DTS<br>*Tate*, 16-cv-1846-JNE-DTS<br>*Lowe*, 16-cv-2304-JNE-DTS<br>*Strickland*, 16-cv-4355-JNE-DTS<br>*Beamon*, 17-cv-0141-JNE-DTS<br>*Gochanour*, 17-cv-2168-JNE-DTS<br>*McConnell*, 17-cv-3222-JNE-DTS<br>*Weeks*, 17-cv-4527-JNE-DTS<br>*Kazogles*, 19-cv-0017-JNE-DTS | MDL No. 15-2666 (JNE/DTS)<br><br>**(PROPOSED) ORDER GRANTING DEFENDANTS' SEVENTH MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRETRIAL ORDER NO. 23 AND FED. R. CIV. P. 41(b) OR FOR LACK OF STANDING** |

This came before the Court on Defendants 3M Company and Arizant Healthcare Inc.'s (collectively "Defendants") Seventh Motion to Dismiss Cases for Failure to Comply with Pretrial Order No. 23 and Fed. R. Civ. P. 41(b) or For Lack of Standing.

Based on the files, records, and proceedings herein,

IT IS HEREBY ORDERED that Defendants' motion is GRANTED and the following actions are dismissed:

| Case Number | Title | Firm Name |
| --- | --- | --- |
| 16-cv-0400-JNE-DTS | *Gates v. 3M Co., et al.* | Farr, Farr, Emerich, Hackett, Carr & Holmes, P.A. |
| 16-cv-1778-JNE-DTS | *Dinkins v. 3M Co., et al.* | Kirtland and Packard LLP |
| 16-cv-1846-JNE-DTS | *Tate v. 3M Co., et al.* | Kennedy Hodges, LLP |
| 16-cv-2304-JNE-DTS | *Lowe v. 3M Co., et al.* | Davis & Crump, PC |
| 16-cv-4355-JNE-DTS | *Strickland v. 3M Co., et al.* | McGlynn, Glisson & Mouton |
| 17-cv-0141-JNE-DTS | *Beamon v. 3M Co., et al.* | Goldenberg Law, PLLC |
| 17-cv-2168-JNE-DTS | *Gochanour v. 3M Co., et al.* | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| 17-cv-3222-JNE-DTS | *McConnell v. 3M Co., et al.* | Brown and Crouppen, P.C. |
| 17-cv-4527-JNE-DTS | *Weeks v. 3M Co., et al.* | Kennedy Hodges, LLP |
| 19-cv-0017-JNE-DTS | *Kazogles et al. v. 3M Co., et al.* | Schlichter, Bogard, Denton, LLP |

Mr. Kazogles in *Kazogles et al.* is dismissed without prejudice and the remaining actions are dismissed with prejudice.

LET JUDGMENT BE ENTERED ACCORDINGLY.


Date:                                                             BY THE COURT



                                                                  _____
                                                                  JUDGE, U.S. DISTRICT COURT