UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CIVIL MOTION HEARING MINUTES

| | |
|---|---|
| IN RE: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | COURT MINUTES - CIVIL<br>BEFORE: DAVID T. SCHULTZ<br>U.S. Magistrate Judge |

| | |
|---|---|
| Case No.: | 15-md-2666 JRE/DTS |
| Date: | March 8, 2019 |
| Court Reporter: | Erin Drost |
| Location: | Mpls. 9E |
| Time Commenced: | 11:15 a.m. |
| Time Concluded: | 12:07 p.m. |
| Total Time: | 52 minutes |

APPEARANCES:   Genevieve Zimmerman, Esq., and Ben Gordon, Esq., for Plaintiffs

Peter Goss, Esq., and Charmaine K. Harris, Esq., for Defendants

PROCEEDINGS:   #1818: *Plaintiff's Motion to Strike Defendants' Supplemental Expert Opinions*

Motion taken under advisement.

Order to be issued.

A. Spillane
*Law Clerk*
