IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

IN RE: BAIR HUGGER FORCED AIR WARMING PRODUCT LIABILITY LITIGATION

MDL No.: 15-md-02666 (JNE/DTS)

This Document Relates To:

ALFRED ENGLISH,

    Plaintiff,

Civil Action No.: 18-cv-02082

---

**L.R. 7.1(f) WORD COUNT COMPLIANCE CERTIFICATE REGARDING PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

This brief complies with the word limitation of LR 7.1(f) because this brief contains 385 words, including all text, headings, footnotes, and quotations, other than the parts of the brief exempted by LR 7.1(f). This brief was prepared using Microsoft Office Word 2013.

This brief complies with the type size requirements of LR 7.1 (h) because this brief has been prepared using at least font size 13, is double-spaced (except for headings, footnotes and quotations that exceed two lines) and is submitted on $8^{1/2}$" by 11" paper with at least one inch of margins on all four sides.

Dated: March 12, 2019

                                 KENNEDY HODGES, LLP

                                 By: /s/ Gabriel A. Assaad
                                 David W. Hodges
                                 dhodges@kennedyhodges.com
                                 Gabriel A. Assaad
                                 gassaad@kennedyhodges.com
                                 4409 Montrose Blvd. Ste 200
                                 Houston, TX 77006
                                 Telephone: (713) 523-0001
                                 Facsimile: (713) 523-1116

                                 ATTORNEYS FOR PLAINTIFF