IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| IN RE: BAIR HUGGER FORCED AIR WARMING PRODUCT LIABILITY LITIGATION | MDL No.: 15-md-02666 (JNE/DTS) |
| This Document Relates To: ALFRED ENGLISH, Plaintiff, | Civil Action No.: 18-cv-02082 |

_____

### DECLARATION OF DONALD C. GREEN II IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS

I, Donald C. Green II, declare as follows:

1. I am an attorney at Kennedy Hodges, LLP and Counsel for Plaintiff Alfred English in the above-captioned matter.

2. I submit this affidavit in opposition to Defendants' Motion to Dismiss for Failure to Comply with Pretrial Order No. 14 [Dkt. 1828] filed on March 5, 2019.

3. Mr. English contacted Kennedy Hodges, LLP in July of 2015 regarding injuries that were allegedly caused by the Bair Hugger patient warming device.

4. Medical records and billing records pertaining to Mr. English's treatment were obtained by Kennedy Hodges through its third-party medical records retrieval company. Those records indicated that a Bair Hugger device was used during his initial orthopedic surgery.

CASE 0:15-md-02666-JNE-DTS   Doc. 1844   Filed 03/12/19   Page 2 of 2

5. This case was filed on July 20, 2018 to comply with a possible statute of limitations deadline identified by counsel.

6. Phone calls were placed and letters were sent to Mr. English by staff at Kennedy Hodges in an attempt to reach him and obtain information to complete the Plaintiff Fact Sheet. These communication attempts were made between July 2018 and February 2019, prior to and continuing after the original deadline for submission of the Plaintiff Fact Sheet.

7. To date, Kennedy Hodges has not received a response to these communication attempts and therefore has been unable to obtain the information necessary to complete the Plaintiff Fact Sheet.

8. Additionally, counsel was able to locate contact information for next of kin for Mr. English. However, there has not been any response to the contact letters sent to these individuals.

9. As we have been unable to reestablish contact with Mr. English and obtain the additional information necessary to complete the Plaintiff Fact Sheet, we have thus far been unable to submit a Plaintiff Fact Sheet for this case.

Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct.

March 12, 2019                               /s/Donald C. Green II
                                             Donald C. Green II

2