Exhibit A

# Samantha Rodriguez

| | |
|---|---|
| **From:** | Jeff Sullivan <j17.sullivan@gmail.com> |
| **Sent:** | Tuesday, March 12, 2019 5:17 AM |
| **To:** | Samantha Rodriguez |
| **Subject:** | Re: Attorney Contact Info |
| **Attachments:** | image001.jpg |

This email is to Court in Texas

Your honor my name is Jeffrey Sullivan
1414 127th place Northeast Bellevue Washington 98005

My lawyer is giving you this information because I've had a very hard time getting the paperwork filled out. I've disabled from what happened to me from the merca. I have help coming today any assistance program here in Bellevue to help me. I live in tremendous pain every day my legs feel like they're on fire it's the worst thing in the world. I take no pain pills I deal with the pain I believe the human body can deal with it even though I feel I'm tax to the very limit what I can handle. I requesting a short continuance in this case so I can get you the proper paperwork and I have more paperwork than I'm trying to put together for you so you can get a full scope of what's going on. I plead with you in the interest of justice that you will give me this opportunity to present my case to you. My dad John p Sullivan what's a senior partner and admiralty law for bogue on Gates law firm here in Seattle any King county Court arbitration judge he believed in the law in the old school way world war II are merchant Marine boats navigated the Atlantic ocean showtimes. I miss him greatly but you taught me well and the respect that a judge deserves to have. I am working very hard at getting these documents to you I apologize 100% for the delay and I would never disrespect the the bench because that is where my dad sat also.
I'm hoping to have them FedEx to you immediately upon the completion which I don't expect to be more than a day or so. If you have any questions I beg you to call me that 206 300-0454. I will answer any questions that you have. I went in for a simple knee replacement in my life was turned upside down. Lost the love of my life my career and everything I'm a very positive person temporarily disabled I'm sending you this message through voice activated software. If you see something goofy it's because of the autocorrect I'm trying to make sure it's correct. I beg the court for a brief continuance in this matter. In the interest of Justice. I was on an IV PICC line for multiple years it damaged me. Please Grant this. I will respect any decision that you make because I have full respect for the courts and your honor. Thank you for your consideration.

Jeffrey Stephen Sullivan
Birth date 7 1767
I do not know how to do an electronic signature but I'll have the real McCoy do you shortly and 51 years old the damage that's been done to me makes every year precious because I know that I'm going to not live very long.