UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Bair Hugger Forced Air Warming Products Liability Litigation _____ | MDL No. 15-2666 (JNE/DTS) |
| *Rhoton, et al.,* 15-cv-4360-JNE-DTS<br>*Heil*, 16-cv-1930-JNE-DTS<br>*Taylor*, 17-cv-0199-JNE-DTS<br>*Hylas*, 17-cv-0967-JNE-DTS<br>*Bucci*, 17-cv-1073-JNE-DTS<br>*Payton*, 17-cv-1222-JNE-DTS<br>*Prilo*, 17-cv-1249-JNE-DTS<br>*McKinney, et al.*, 17-cv-1503-JNE-DTS<br>*Caruso*, 17-cv-1985-JNE-DTS<br>*Hayes, et al.*, 17-cv-2572-JNE-DTS<br>*Luttrell*, 17-cv-2992-JNE-DTS<br>*Benson*, 17-cv-3304-JNE-DTS<br>*Barker*, 17-cv-3806-JNE-DTS<br>*Chapman*, 17-cv-3850-JNE-DTS<br>*Renfroe*, 17-cv-3914-JNE-DTS<br>*Ray*, 17-cv-4214-JNE-DTS<br>*Burch*, 17-cv-4288-JNE-DTS<br>*Capone*, 17-cv-5274-JNE-DTS<br>*Kappmeyer*, 18-cv-00515-JNE-DTS<br>*Syler*, 18-cv-0525-JNE-DTS<br>*Dollard*, 18-cv-0776-JNE-DTS<br>*Beard et al.*, 18-cv-0833-JNE-DTS<br>*Gohl*, 18-cv-1571-JNE-DTS<br>*Sahr*, 18-cv-1712-JNE-DTS<br>*Hiser*, 18-cv-2289-JNE-DTS | **RULE 7.1(F) CERTIFICATE OF COMLIANCE REGRDING DEFENDANTS' REPLY IN SUPPORT OF THEIR SIXTH MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PRETRIAL ORDER NO. 23 AND/OR FED. R. CIV. P. 25(a) AND 41(b)** |

I, Benjamin W. Hulse, certify that Defendants' Reply in Support of Their Sixth Motion to Dismiss Cases for Failure to Comply with Pretrial Order No. 23 and/or Fed. R. Civ. P. 25(a) and 41(b) ("Reply") complies with Local Rule 7.1(f) and with the type-size limit of Local Rule 7.1(h).

I further certify that, in preparation of the Reply, I used Microsoft® Word 2016, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the Memorandum contains 2,204 words.

Dated: March 14, 2019                   Respectfully submitted,

 /s/ Benjamin W. Hulse
Jerry W. Blackwell (MN #186867)
Benjamin W. Hulse (MN #0390952)
Mary S. Young (MN #0392781)
BLACKWELL BURKE P.A.
431 South Seventh Street, Suite 2500
Minneapolis, MN 55415
Phone: (612) 343-3248
Fax: (612) 343-3205
Email: blackwell@blackwellburke.com
          bhulse@blackwellburke.com
          myoung@blackwellburke.com

**Counsel for Defendants 3M Company and Arizant Healthcare Inc.**