# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE BAIR HUGGER FORCED AIR WARMING PRODUCTS LIABILITY LITIGATION | MDL No.: 15-md-02666 (JNE/FLN) |

This Document Relates to All Actions.

**Mary J. Weeks,**    Civil Action No.: 0:17-cv-04527

    **Plaintiff,**

v.

**3M Company and Arizant Healthcare, Inc.,**

    **Defendants.**

## DECLARATION OF KRISTINE KRAFT IN SUPPORT OF PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

I, Kristine Kraft, for my declaration pursuant to 28 U.S.C. §1746 in the above-captioned action, state the following on my own personal knowledge thereof:

1. I am an attorney at Schlichter, Bogard & Denton and Counsel for Plaintiff Mary Weeks in the above-captioned matter.

2. I submit this affidavit in opposition to Defendant's Motion to Dismiss for Failure to Comply with Pretrial Order No. 23 [ECF No. 1836] filed on March 7, 2019.

3. During the pendency of the above-captioned matter, my firm has sent regular letters to Mary Weeks providing updates on the litigation status. Such status letters were sent on the following dates:

1

- January 19, 2018
- April 20, 2018
- June 28, 2018
- November 30, 2018
- January 31, 2019

4. Attached to this declaration are true and correct copies of status update letters sent to Mary Weeks on January 19, 2018 (Ex. 1), June 28, 2018 (Ex. 2, redacted for attorney-client privilege), and November 30, 2018 (Ex. 3, redacted for attorney-client privilege).

5. At my direction, my office attempted to contact Mary Weeks on February 5, 2019 via telephone and spoke with her husband, Richard Weeks.  Richard Weeks confirmed that he had received our most recent communication on January 31, 2018, and informed us that Mary Weeks had died in September 2018.  We requested Richard Weeks to immediately provide us with a copy of Mary Weeks' death certificate.

6. I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

**SCHLICHTER, BOGARD & DENTON, LLP**

Dated: March 14, 2019         /s/ Kristine Kraft
                              Kristine K. Kraft, Esq.
                              100 South Fourth Street, Suite 1200
                              St. Louis, MO 63102
                              314-621-6115 (phone)
                              314-621-7151 (fax)
                              kkraft@uselaws.com

2