# SCHLICHTER BOGARD & DENTON, LLP

ATTORNEYS AT LAW

| | | |
|---|---|---|
| **KRISTINE K. KRAFT, ESQ.**<br>Hillary Grupe, Paralegal<br>Sierra Koelker, Paralegal | 100 SOUTH FOURTH STREET, SUITE 1200<br>ST. LOUIS, MISSOURI 63102<br>(800) 873-5297<br>FAX (314) 621-1365<br>www.uselaws.com | Belleville, Illinois |

## JUNE 2018
## BAIR HUGGER PRODUCTS LIABILITY LITIGATION STATUS UPDATE

This is an update regarding the Bair Hugger Products Liability Multi-District Litigation ("MDL"), which is pending against 3M Company and Arizant Healthcare, Inc. in the United States District Court of Minnesota before the Honorable Judge Joan Erickensen. There are currently over 4,400 cases on file in the MDL.

The court selected a small group of representative cases (*i.e.*, "bellwether" cases) to be tried. These cases were selected as being representative of the types of injuries suffered by other similarly-situated plaintiffs. While your case was not selected, these early trials are very instructive.



If you have any questions, you can reach us toll free at 1-800-873-5297. As always, please also keep us updated as to any significant changes in your medical condition or contact information, including secondary contact information. Because of the complex nature of this products liability case, there is still a long road ahead of us. We appreciate your patience.

Sincerely,

Kristine K. Kraft, Esq.

KK/hg