UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY KITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>0:17-CV-04288 (*Burch v. 3M Company, et al*) | )<br>)<br>)<br>)    MDL DOCKET NO.<br>)    15-md-2666 (JNE/FLN)<br>)<br>)<br>) |

**[PROPOSED] ORDER**

CAME on this the _____ day of _____, 2019 for consideration, Defendants' 3M Company's and Arizant Healthcare Inc.'s ("Defendants") Sixth Motion to Dismiss Cases for Failure to Comply with Pretrial Order No. 23 and/or Fed. R. Civ. P. 25(a) and 41(b), and Plaintiff's Response in Opposition thereto, and the Court, having considered the same is of the opinion that Defendants' Motion should be DENIED.

IT IS THEREFORE ORDERED that Defendants' Sixth Motion to Dismiss Cases for Failure to Comply with Pretrial Order No, 23 and/or Fed. R. Civ. P. 25(a) and 41(b) is hereby DENIED, and Plaintiff's son-in-law, Ricky Ward, has until May 6, 2019 to file his motion to substitute party.

_____                              _____
DATED                                               JUDGE, U.S DISTRICT COURT