UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE BAIR HUGGER FORCED AIR WARMING PRODUCTS LIABILITY LITIGATION | MDL NO. 15-2666 (JNE/DTS) |
| This Document Relates to: ALL CASES | **ORDER** |

IT IS HEREBY ORDERED THAT the status conference scheduled for Thursday, March 21, 2019, is CANCELLED.

Dated: March 18, 2019

                                              s/David T. Schultz
                                              DAVID T. SCHULTZ
                                              United States Magistrate Judge