

Benjamin W. Hulse  
Direct Dial: 612-343-3256  
E-Mail: bhulse@blackwellburke.com

March 19, 2019

<u>**VIA ECF**</u>

The Honorable Joan N. Ericksen
District Judge, District of Minnesota
United States District Court
12W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN  55415

RE:  *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
      MDL No. 15-2666-JNE-DTS

Dear Judge Ericksen:

I am writing to update the Court on Defendants' Eighteenth Motion to Dismiss for Failure to Comply with Pretrial Order No. 14 (Dkt. No. 1828).  This Motion concerns PFS deficiencies.

Plaintiffs in *Brasher v. 3M Co., et al.* (No. 18-cv-00220), *Woelfel v. 3M Co., et al.* (No. 18-cv-01009), *Rhock v. 3M Co., et al.* (No. 18-cv-01031), *Johnson, Sheri v. 3M Co., et al.* (No. 18-cv-02014), *Rhodes v. 3M Co., et al.* (No. 18-cv-02211), *Torrez v. 3M Co., et al.* (No. 18-cv-02220), *Guillory v. 3M Co., et al.* (No. 18-cv-02509) supplemented their PFS responses or served an original PFS after the Motion was filed.  Plaintiff has also filed a suggestion of death in *Ballasso v. 3M Co., et al.* (No. 18-cv-00575).  Following discussions between the parties' counsel, Defendants will no longer be seeking dismissal of these cases as part of this Motion. Defendants have also agreed to withdraw the Motion as to *Malinski v. 3M Co., et al.* (No. 17-cv-00088) at this time and anticipate raising this case again in a future motion.

Sincerely,

*s/Benjamin W. Hulse*

Benjamin W. Hulse

---