UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| **IN RE: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br>0:17-cv-00967 *(Hylas v. 3M Company, et al.)* | **MDL DOCKET NO. 15-md-2666 (JNE/FLN)**<br><br>**NOTICE OF SUGGESTION OF DEATH** |

### RULE 25(a) NOTICE

Pursuant to Fed. R. Civ. P. 25(a), and by and through undersigned counsel, hereby suggest upon the record that Plaintiff Mark K. Hylas died on January 1, 2018. Plaintiff's counsel was not notified of Plaintiff's death until February 5, 2019. A Motion for Substitution of Plaintiff will be filed by Mark R. Hylas, the only surviving son of Mark K. Hylas's estate.

Dated: March 20, 2019                Respectfully Submitted,

**BAILEY COWAN HECKAMAN PLLC**

*/s/ Robert W. Cowan*
K. Camp Bailey
Robert W. Cowan
Laurence Tien
5555 San Felipe St., Suite 900
Houston, Texas 77056
Telephone: (713) 425-7100
Facsimile: (713) 425-7101
cbailey@bchlaw.com
rcowan@bchlaw.com
ltien@bchlaw.com

**ATTORNEYS FOR PLAINTIFF**

1

## CERTIFICATE OF SERVICE

I, K. Camp Bailey, hereby certify that on March 20, 2019, I electronically filed the foregoing Document using the CM/ECF system which will serve notifications of such filing to the email of all counsel of record in this action.

*/s/ K. Camp Bailey*
K. Camp Bailey
