## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: BAIR HUGGER FORCED AIR WARMING PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>•Roy Cooper & Valerie Cooper<br>18-cv-01724 | Case No. 15-ml-02666 JNE-FLN<br>MDL NO. 2666 |

### L.R. 7.1 WORD COUNT COMPLIANCE CERTIFICATE

I, Christopher L. Coffin, certify that Plaintiff's Response in Opposition to Defendants' Motion to Dismiss complies with Local Rule 7.1(f) and 7.1(h).

I further certify that, in preparation of this Opposition, I used Microsoft Word and that this word processing program has been applied specifically to include all text, including headings, footnotes and quotations in the following word count.

I further certify that the above referenced Opposition contains 585 words, exclusive of the caption and signature block.

Dated: March 20, 2019

PENDLEY, BAUDIN & COFFIN, L.L.P.

By: /s/*Christopher L. Coffin*
    Christopher L. Coffin (LA Bar # 27902)
    Nicholas R. Rockforte (LA Bar # 31305)
    Jessica A. Perez (LA Bar # 34024)
    Pendley, Baudin & Coffin, L.L.P
    1515 Poydras Street, Suite 1400
    New Orleans, LA 70112
    Telephone: 504-355-0086
    Facsimile: 504-523-0699
    ccoffin@pbclawfirm.com
    nrockforte@pbclawfirm.com
    jperez@pbclawfirm.com
    *Attorneys for Plaintiff*