UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| In re: Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/DTS) |

This Document Relates To:

*Gates*, 16-cv-0400-JNE-DTS
*Dinkins*, 16-cv-1778-JNE-DTS
*Tate*, 16-cv-1846-JNE-DTS
*Lowe*, 16-cv-2304-JNE-DTS
*Strickland*, 16-cv-4355-JNE-DTS
*Beamon*, 17-cv-0141-JNE-DTS
*Gochanour*, 17-cv-2168-JNE-DTS
*McConnell*, 17-cv-3222-JNE-DTS
*Weeks*, 17-cv-4527-JNE-DTS
*Kazogles*, 19-cv-0017-JNE-DTS

**AMENDED NOTICE OF HEARING ON DEFENDANTS' SEVENTH MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRETRIAL ORDER NO. 23 AND FED. R. CIV. P. 41(B) OR FOR LACK OF STANDING**

---

PLEASE TAKE NOTICE that the undersigned will bring Defendants' Seventh Motion to Dismiss Cases for Failure to Comply with Pretrial Order No. 23 and Fed. R. Civ. 41(b) or For Lack of Standing, for a hearing before the Honorable Judge Joan N. Ericksen, United States District Judge, in Courtroom 12W at the United States Courthouse, 300 South Fourth Street, Minneapolis, MN 55415 at the scheduled status conference on May 16, 2019 at 9:30 a.m.

This motion, based on the Memorandum in Support of Defendants' Seventh Motion to Dismiss Cases for Failure to Comply with Pretrial Order No. 23 and Fed. R. Civ. P.

41(b) or for Lack of Standing, Declaration of Benjamin W. Hulse, and argument to be presented at the hearing of this matter, seeks an Order of the Court dismissing the above-listed cases with prejudice.


Dated: March 22, 2019                    Respectfully submitted,


                                         /s/ Benjamin W. Hulse
                                         Jerry W. Blackwell (MN #186867)
                                         Benjamin W. Hulse (MN #0390952)
                                         Mary S. Young (MN #0392781)
                                         BLACKWELL BURKE P.A.
                                         431 South Seventh Street, Suite 2500
                                         Minneapolis, MN 55415
                                         Phone: (612) 343-3248
                                         Fax: (612) 343-3205
                                         Email: blackwell@blackwellburke.com
                                                bhulse@blackwellburke.com
                                                myoung@blackwellburke.com

                                         **Counsel for Defendants 3M Company
                                         and Arizant Healthcare Inc.**