

Benjamin W. Hulse
Direct Dial: 612-343-3256
E-Mail: bhulse@blackwellburke.com

**VIA ECF**

March 28, 2019

The Honorable Joan N. Ericksen
United States District Court
District of Minnesota
12W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

RE:     In re: *Bair Hugger Forced Air Warming Devices Products Liability Litigation*
        MDL No. 15-2666

Dear Judge Ericksen:

On March 7, 2019, Defendants filed their Seventh Motion to Dismiss for Failure to Comply with Pretrial Order No. 23 ("PTO 23") and Fed. R. Civ. P. 41(b), or For Lack of Standing. The motion moved to dismiss 10 cases with prejudice. ECF No. 1836. Since the motion was filed, the parties have stipulated to the dismissal of *Lowe*, 16-cv-2304 (with prejudice) and *Kazogles*, 19-cv-0017 (Mr. Kazogles dismissed without prejudice).  All other plaintiffs' responses to the motion are due by the end of March 28, 2019.

To date, only two responses have been filed in opposition to Defendants' motion. However, due to the different dates of filing, Defendants' reply deadlines pursuant to L.R. 7.1(c)(3) will be scattered between March 28, 2019 to potentially April 11th.

Defendants therefore request permission to file a single reply brief on or before April 11, 2019. This would allow Defendants to avoid having to file multiple reply briefs. The motion is noticed to be heard at the May 16, 2019 Status Conference. Plaintiffs do not oppose this request. Thank you for your consideration of this request.

Sincerely,

s/ *Benjamin W. Hulse*

Benjamin W. Hulse

BWH:vb