# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | MDL No. 15-2666 (JNE/DTS) |
| This Document Relates To: | |
| **LONNIE DICKSON AND TRENA DICKSON** | **NOTICE OF APPEARANCE** |
| Plaintiff(s) | **Case No: 0:19-CV-00856-JNE-DTS** |
| v. | |
| **3M COMPANY AND ARIZANT HEALTHCARE, INC.** | |
| Defendant(s) | |

The undersigned attorney hereby notifies the Court and counsel that Roxell Richards Esq., shall appear as counsel of record for Plaintiffs Lonnie Dickson and Trena Dickson in this case.

Dated: March 28, 2019          /s/ Roxell Richards_____
                               Roxell Richards
                               Texas Bar No. 24049753
                               Roxell Richards Law Firm
                               6420 Richmond Avenue Ste. 135
                               Houston, Texas 77057
                               T: (713) 974-0388
                               F: (713) 974-0003
                               rr@roxellrichards.com
                               paralegal@roxellrichards.com

**CERTIFICATE OF SERVICE**

I certify that on this 28th day of March 2019, a true and correct copy of the foregoing Notice of Appearance was filed electronically by using the CM/ECF system which will deliver the document to all counsel of record.

/s/ Roxell Richards