**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

In re: BAIR HUGGER FORCED AIR
WARMING DEVICES PRODUCTS
LIABILITY LITIGATION

MDL No. 15-2666 (JNE/DTS)

This Document Relates to:

Rene Beamon,

Civil Action No.: 17-cv-00141

     Plaintiff.

---

## L.R. 7.1(f) WORD COUNT COMPLIANCE CERTIFICATE REGARDING PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT

This brief complies with the word limitation of LR 7.1(f), because this brief contains 1001 words, including all text, headings, footnotes, and quotations, other than the parts of the brief exempted by LR 7.1(f).  This brief was prepared using Microsoft Office Word 2013.

This brief complies with the type size requirements of LR 7.1(h), because this brief has been prepared using at least font size 13, is double-spaced (except for headings, footnotes, and quotations that exceed two lines), and is submitted on 8 ½" by 11" paper with at least one inch margins on all four sides.

Dated: March 28, 2019                        **GOLDENBERGLAW, PLLC**

                                     By: */s/ Noah C. Lauricella*

Noah C. Lauricella (0397896)
Stuart L. Goldenberg (158719)
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 55402
(612) 333-4662 (Phone)
(612) 367-8107 (Fax)
nlauricella@goldenberglaw.com
slgoldenberg@goldenberglaw.com

*ATTORNEYS FOR PLAINTIFF*