# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

In Re: Bair Hugger
Forced Air Warming Devices
Products Liability Litigation

Case No. 15-md-2666 (JNE/DTS)

**ORDER**

Following productive discussion with the parties, the Court has drafted a protocol, attached as Exhibit A, for categorizing cases in the MDL based upon (1) proof of product identification and (2) applicability of any relevant statute of limitations or statute of repose.

The parties are HEREBY ORDERED to follow the procedures outlined in the attached protocol.

Dated: March 29, 2019

s/David T. Schultz
DAVID T. SCHULTZ
United States Magistrate Judge