# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Bair Hugger Forced Air Warming Products Liability Litigation  _____  This Document Relates To:  *Gates*, 16-cv-4000-JNE-DTS  *Dinkins*, 16-cv-1778-JNE-DTS  *Tate*, 16-cv-1846-JNE-DTS  *Lowe*, 16-cv-2304-JNE-DTS  *Strickland*, 16-cv-4355-JNE-DTS  *Beamon*, 17-cv-0141-JNE-DTS  *Gochanour*, 17-cv-2168-JNE-DTS  *McConnell*, 17-cv-3222-JNE-DTS  *Weeks*, 17-cv-4527-JNE-DTS  *Kazogles*, 19-cv-0017-JNE-DTS | MDL No. 15-2666 (JNE/DTS)  **RULE 7.1(F) CERTIFICATE OF COMPLIANCE REGARDING DEFENDANTS' REPLY IN SUPPORT OF THEIR SEVENTH MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PRETRIAL ORDER NO. 23 AND/OR FED. R. CIV. P. 25(a) AND 41(b) OR FOR LACK OF STANDING** |

I, Benjamin W. Hulse, certify that Defendants' Reply in Support of Their Seventh Motion to Dismiss Cases for Failure to Comply with Pretrial Order No. 23 and/or Fed. R. Civ. P. 25(a) and 41(b) and For Lack of Standing ("Reply") complies with Local Rule 7.1(f) and with the type-size limit of Local Rule 7.1(h).

I further certify that, in preparation of the Reply, I used Microsoft® Word 2016, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the Reply contains 1,570 words.

Dated: April 11, 2019                    Respectfully submitted,

                                         s/ Benjamin W. Hulse
                                         Jerry W. Blackwell (MN #186867)
                                         Benjamin W. Hulse (MN #0390952)
                                         Mary S. Young (MN #0392781)
                                         BLACKWELL BURKE P.A.
                                         431 South Seventh Street, Suite 2500
                                         Minneapolis, MN 55415
                                         Phone: (612) 343-3248
                                         Fax: (612) 343-3205
                                         Email: blackwell@blackwellburke.com
                                                bhulse@blackwellburke.com
                                                myoung@blackwellburke.com

                                         **Counsel for Defendants 3M Company and Arizant Healthcare Inc.**