UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Bair Hugger Forced Air Warming Products Liability Litigation _____ | MDL No. 15-2666 (JNE/DTS) |
| This Document Relates To:<br><br>*Norton*, 16-cv-0026-JNE-DTS<br>*Brunner*, 16-cv-2880-JNE-DTS<br>*Wireman et al.*, 16-cv-3293-JNE-DTS<br>*Wollam*, 17-cv-0039-JNE-DTS<br>*Schilawski*, 17-cv-0352-JNE-DTS<br>*Miles et al.*, 17-cv-1235-JNE-DTS<br>*Martz*, 17-cv-1528-JNE-DTS<br>*Laws*, 17-cv-2518-JNE-DTS<br>*Trinder*, 17-cv-2874-JNE-DTS<br>*Fletcher*, 17-cv-3262-JNE-DTS<br>*Torbeck et al.*, 17-cv-4054-JNE-DTS<br>*Davis*, 18-cv-0166-JNE-DTS | **DEFENDANTS' EIGHTH MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRETRIAL ORDER NO. 23 AND FED. R. CIV. P. 41(b) AND/OR 25(a)** |

Pursuant to Pretrial Order No. 23 and Federal Rules of Procedure 25(a) and 41(b), Defendants 3M Company ("3M") and Arizant Healthcare Inc. ("Arizant") (collectively, "Defendants") respectfully move the Court to dismiss the following nine actions with prejudice for failure to comply with Pretrial Order No. 23 and Fed. R. Civ. P. 25(a) and 41(b):

| Case Number | Title | Firm Name |
|---|---|---|
| 16-cv-0026-JNE-DTS | *Norton v. 3M Co., et al.* | Meshbesher & Spence, Ltd. |
| 16-cv-2880-JNE-DTS | *Brunner v. 3M Co., et al.* | Bernstein Liebhard LLP |
| 17-cv-0039-JNE-DTS | *Wollam v. 3M Co., et al.* | Raizner Slania LLP |
| 17-cv-0352-JNE-DTS | *Schilawski v. 3M Co., et al.* | The Miller Firm, LLC |

| 17-cv-1528-JNE-DTS | *Martz v. 3M Co., et al.* | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| 17-cv-2518-JNE-DTS | *Laws v. 3M Co., et al.* | The Olinde Firm, LLC |
| 17-cv-2874-JNE-DTS | *Trinder v. 3M Co., et al.* | Brown & Crouppen, PC |
| 17-cv-3262-JNE-DTS | *Fletcher v. 3M Co., et al.* | Kennedy Hodges, LLP |
| 18-cv-0166-JNE-DTS | *Davis v. 3M Co., et al.* | Johnson Becker, PLLC |

In addition, Defendants move to dismiss the claims of plaintiffs Bonnie Wireman, Marvin Torbeck, and Joseph Miles with prejudice in *Wireman et al.*, 16-cv-3293-JNE-DTS, *Torbeck et al.*, 17-cv-4054-JNE-DTS, and *Miles et al.,* 17-cv-1235-JNE-DTS, respectively. Defendants do not move to dismiss their spouses' loss of consortium claims at this time.

As set forth in the Memorandum in Support of Defendants' Eighth Motion to Dismiss Cases for Failure to Comply with Pretrial Order No. 23 and Fed. R. Civ. P. 41(b) and/or 25(a), the above-referenced twelve (12) matters have failed to meet the requirements of this Court's Order and the federal rules, and dismissal is appropriate.

Dated: April 11, 2019

Respectfully submitted,

s/Benjamin W. Hulse
Jerry W. Blackwell (MN #186867)
Benjamin W. Hulse (MN #0390952)
Mary S. Young (MN #0392781)
BLACKWELL BURKE P.A.
431 South Seventh Street, Suite 2500
Minneapolis, MN 55415
Phone: (612) 343-3200
Fax: (612) 343-3205
Email: blackwell@blackwellburke.com
bhulse@blackwellburke.com
myoung@blackwellburke.com

*Counsel for Defendants 3M Company and Arizant Healthcare Inc.*