# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Bair Hugger Forced Air Warming Products Liability Litigation  _____  This Document Relates To:  *Norton*, 16-cv-0026-JNE-DTS  *Brunner*, 16-cv-2880-JNE-DTS  *Wireman et al.*, 16-cv-3293-JNE-DTS  *Wollam*, 17-cv-0039-JNE-DTS  *Schilawski*, 17-cv-0352-JNE-DTS  *Miles et al.*, 17-cv-1235-JNE-DTS  *Martz*, 17-cv-1528-JNE-DTS  *Laws*, 17-cv-2518-JNE-DTS  *Trinder*, 17-cv-2874-JNE-DTS  *Fletcher*, 17-cv-3262-JNE-DTS  *Torbeck et al.*, 17-cv-4054-JNE-DTS  *Davis*, 18-cv-0166-JNE-DTS | MDL No. 15-2666 (JNE/DTS)  **RULE 7.1(F) CERTIFICATE OF COMPLIANCE REGARDING DEFENDANTS' MEMORANDUM IN SUPPORT OF THEIR EIGHTH MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PRETRIAL ORDER NO. 23 AND/OR FED. R. CIV. P. 25(a) AND 41(b)** |

I, Benjamin W. Hulse, certify that Defendants' Memorandum in Support of Their Eighth Motion to Dismiss Cases for Failure to Comply with Pretrial Order No. 23 and/or Fed. R. Civ. P. 25(a) and 41(b) ("Memorandum") complies with Local Rule 7.1(f) and with the type-size limit of Local Rule 7.1(h).

I further certify that, in preparation of the Memorandum, I used Microsoft® Word 2016, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the Memorandum contains 1,430 words.

Dated: April 11, 2019                      Respectfully submitted,

s/ Benjamin W. Hulse
Jerry W. Blackwell (MN #186867)
Benjamin W. Hulse (MN #0390952)
Mary S. Young (MN #0392781)
BLACKWELL BURKE P.A.
431 South Seventh Street, Suite 2500
Minneapolis, MN 55415
Phone: (612) 343-3248
Fax: (612) 343-3205
Email: blackwell@blackwellburke.com
        bhulse@blackwellburke.com
        myoung@blackwellburke.com

**Counsel for Defendants 3M Company and Arizant Healthcare Inc.**