UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/DTS) |
| This Document Relates To:<br><br>*Norton*, 16-cv-0026-JNE-DTS<br>*Brunner*, 16-cv-2880-JNE-DTS<br>*Wireman et al.*, 16-cv-3293-JNE-DTS<br>*Wollam*, 17-cv-0039-JNE-DTS<br>*Schilawski*, 17-cv-0352-JNE-DTS<br>*Miles et al.*, 17-cv-1235-JNE-DTS<br>*Martz*, 17-cv-1528-JNE-DTS<br>*Laws*, 17-cv-2518-JNE-DTS<br>*Trinder*, 17-cv-2874-JNE-DTS<br>*Fletcher*, 17-cv-3262-JNE-DTS<br>*Torbeck et al.*, 17-cv-4054-JNE-DTS<br>*Davis*, 18-cv-0166-JNE-DTS | **DECLARATION OF BENJAMIN W. HULSE REGARDING DEFENDANTS' EIGHTH MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRETRIAL ORDER NO. 23, AND FED. R. CIV. P. 41(b), AND/OR 25(a)** |

Under 28 U.S.C. § 1746, I, Benjamin W. Hulse, hereby declare as follows:

1.  I am an attorney at the law firm of Blackwell Burke P.A., and one of the attorneys representing 3M Company ("3M") and Arizant Healthcare Inc. ("Arizant") (collectively "Defendants") in this litigation. I submit this declaration in support of Defendants' Eighth Motion to Dismiss Cases for Failure to Comply with Pretrial Order No. 23, and Fed. R. Civ. P. 41(b) and/or 25(a). Unless otherwise stated, the facts set forth herein are based upon my personal knowledge, information, and belief.

2.  Attached as Exhibit A is a copy of the obituary of plaintiff Danny J. Norton, available online at https://www.mylife.com/danny-norton/e636319336572.

3. Attached as Exhibit B is a copy of the obituary of plaintiff Elmer W. Brunner, available online at https://www.everhere.com/us/obituary-alleyton-wayne-brunner-5725594.

4. Attached as Exhibit C is a copy of the obituary of plaintiff Bonnie Wireman, available online at https://www.imesfuneralhome.com/obituaries/Bonnie-Wireman/.

5. Attached as Exhibit D is a copy of the obituary of plaintiff Kenneth Wollam, available online at https://www.legacy.com/obituaries/delgazette/obituary.aspx?pid=190201412.

6. Attached as Exhibit E is a copy of the obituary of plaintiff Stephen Schilawski, available online at http://www.tributes.com/obituary/show/Stephen-G.-Schilawski-105913564.

7. Attached as Exhibit F is a copy of the obituary of plaintiff Joseph Miles, available online at http://www.tributes.com/obituary/show/Joseph-O.-Miles-106685094.

8. Attached as Exhibit G is a copy of the obituary of plaintiff James D. Martz, available online at https://www.mchoulfuneralhome.com/book-of-memories/3451999/martz-james/obituary.php.

9. Attached as Exhibit H is a copy of the obituary of plaintiff Larry Laws, available at http://www.tributes.com/obituary/show/Larry-Laws-105106994.

10. Attached as Exhibit I is a copy of the obituary of plaintiff Howard Trinder, available at https://claytonstevensonmemorialchapel.com/obituaries/h-robert-bob-trinder-age-82-of-glasgow/.

11.    Attached as Exhibit J is a copy of the obituary of plaintiff Marvin Torbeck, available at https://www.legacy.com/obituaries/leaderunion/obituary.aspx?pid=186901752.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Minneapolis, Minnesota, this 11th day of April, 2019.


Dated: April 11, 2019                              Respectfully submitted,


                                                   *s/Benjamin W. Hulse*
                                                   Jerry W. Blackwell (MN #186867)
                                                   Benjamin W. Hulse (MN #0390952)
                                                   Mary S. Young (MN #0392781)
                                                   BLACKWELL BURKE P.A.
                                                   431 South Seventh Street, Suite 2500
                                                   Minneapolis, MN 55415
                                                   Phone: (612) 343-3200
                                                   Fax: (612) 343-3205
                                                   Email: bhulse@blackwellburke.com

                                                   **Counsel for Defendants 3M Company and Arizant Healthcare Inc.**