# Exhibit A

| Bio | Court Records | Contact Info | Family & Friends | Photos | Reviews | Work/School |
|---|---|---|---|---|---|---|

## Danny's Bio

Public    Private

### Summary

Danny Norton was born on 10/09/1955 and passed away at 62 years old. Danny's Reputation Score was 1.68. Before moving to Danny's last city of Candler, NC, Danny lived in Century FL and Saint Cloud FL. Danny had also answered to Danny J Norton, Danny Joe Norton and Danny Jo Norton, and perhaps a couple of other names. Danny had many family members and associates who included Megan Stewart (/megan-stewart/e36124330690860), Shawn Devore (/shawn-devore/e171300661500), Zaharias Papazahariou (/zaharias-papazahariou/e648828528330), Leonore Milroy (/leonore-milroy/e604233404196) and Erika Vecchio (/erika-vecchio/e102752196729420). View All Details (/site/ob/init/ps-bgc.pubview?adl=1854054690&pagesection=bio)

**Birthday:** 10/9/1955 - 3/2/2018
**Political Party:** Info Pending...
**Ethnicity:** Info Pending...
**Religion:** Info Pending...
**Income:** Info Pending...
**Net Worth:** Info Pending...
**Relationship:** Info Pending...
**Kids:** Info Pending...

### Properties

Check Full Background Report (/site/ob/init/ps-bgc.pubview?adl=1854054690&pagesection=work) to see personal property information. This may contain information such as current home value and purchase price.

### Automobile

**Year:** 1995
**Make:** Gmc
**Model:** Jimmy

### Licenses and Permits

Check Full Background Report (/site/ob/init/ps-bgc.pubview?adl=1854054690&pagesection=licenses) to see weapons permits, Federal Aviation Administration pilot licenses and Drug Enforcement Administration licenses for prescribing controlled pharmaceuticals.

# Exhibit B

Funeral arrangement under the care of
Henneke Funeral Home

Add a photo →

View condolence →

Events →

# Wayne "Mr. B" Brunner

📅 February 10, 1928 – March 7, 2017 (89 years old)

📍 Alleyton, Texas

## Obituary of Wayne Brunner

Here is Wayne Brunner's online obituary. Please accept Everhere's sincere condolences.

With heavy hearts, at the age of 89, we announce the death of **Wayne Brunner (Alleyton, Texas)**, who passed away on March 7, 2017. Family and friends are welcome to leave their condolences on this memorial page and share them with the family.

**Light a candle** → Light a commemorative candle

**Give a memorial tree** → Plant a tree

**Family tree** → Brought to you by ancestry

## 🖼 Memories

⚠ There are no additional memories for Wayne Brunner at this time. You can add a memory to pay tribute to Wayne Brunner at any time.

Add a memory →

## 📅 Events

⚠ Unfortunately, there are no events for Wayne Brunner at this time. If you know of an upcoming event for Wayne Brunner, please add one now.

Add an event →

What's your question?

# Exhibit C



# Mrs. Bonnie Wireman

March 5, 1944 - November 25, 2018

Mrs. Bonnie Wireman, 74, of Murray, passed away on November 25, 2018, at the Murray Calloway County Hospital.

Mrs. Wireman was born on March 5, 1944 in Detroit, Michigan to the late Ralph and Catherine Williams Lee. She was a homemaker.

In addition to her parents, a son, John Wireman, precedes her in death.

Those left to cherish her memory include her husband, Clayton Wireman of Murray; two sons, Todd Wireman (Kristy) of Water Valley, Scott Wireman of Paducah; a brother, Bill Lee (Judy) of Naples, FL; three grandchildren, Kelsey Wireman, Kaylee Wireman, Andrew Wireman; one great grandson, Kanoa Dale.

The funeral service is set for 1 PM on Wednesday, November 28, 2018 at Heritage Chapel of Imes Funeral Home, 1804 Highway 121 Bypass North, Murray. Sammy Cunningham will officiate and entombment will follow at Murray Memorial Gardens.

The family will receive visitors from 11 am-1pm on Wednesday, November 28, 2018 at the funeral home.

Imes Funeral Home & Crematory is in charge of arrangements.

Online condolences available at www.imesfh.com.

# Exhibit D

4/11/2019 Kenneth Wollam Obituary: Kenneth Wollam's Obituary by the The Delaware Gazette.

CASE 0:15-md-02666-JNE-DTS Doc. 1883-1 Filed 04/11/19 Page 8 of 20

## Kenneth Wollam



OAK HARBOR — Kenneth Ray Wollam, 87, a resident of Riverview Nursing Home in Oak Harbor, Ohio, went home to be with his Lord on Tuesday, September 11, 2018, following an extended illness.

He was born August 27, 1931, in Jerome, Ohio, to Ray and Frances (Riggs) Wollam. He was the first-born of three children, his siblings being, Barbara and Shirley. He graduated from Jerome High School in 1949. He married Carole Lee Sturgeon on July 6, 1951.

For the full obituary please visit our website, www.robinsonfuneralhomeinc.com.

Donations in Kenneth's memory may be given to: Gideons, International, PO Box 97251, Washington D.C 20090, or a Hospice organization of your choice.

A graveside service will be held at Oller Cemetery on Friday, September 14, 2018 at 11:30 a.m.

Condolences and memories may be shared online at www.robinsonfuneralhomeinc.com.

**Funeral Home**

**Robinson Funeral Home**
32 West Winter Street Delaware, OH 43015
740-369-6751

**Published in The Delaware Gazette from Sept. 12 to Sept. 13, 2018**

# Exhibit E

# Stephen G. Schilawski

Born: April 25, 1955
Died: March 12, 2018
Location: Decatur, Illinois

## Tribute & Message From The Family

Stephen was born on April 25, 1955 and passed away on Monday, March 12, 2018.

Stephen was a resident of Decatur, Illinois at the time of passing.


Powered By tributes

# Exhibit F

# Joseph O. Miles

Born: August 25, 1936
Died: December 21, 2018
Location: Kentucky

## Tribute & Message From The Family

Joseph was born on August 25, 1936 and passed away on Friday, December 21, 2018.

Joseph was a resident of Kentucky at the time of passing.

His celebration of life service will be held 11 a.m. Friday at Joseph E. Ratterman & Son, 7336 Southside Dr. with entombment in Evergreen Cemetery. Visitation 2-8 p.m. Thursday at Rattermans. DEC 27. 2:00 PM - 8:00 PM Joseph E. Ratterman & Son Funeral Home 7336 Southside Drive Louisville, KY, US, 40214 **joey@rattermans.com http://www.josepherattermanandsonfuneralhome.com/** DEC 28. 11:00 AM Joseph E. Ratterman & Son Funeral Home 7336 Southside Drive Louisville, KY, US, 40214 **joey@rattermans.com http://www.josepherattermanandsonfuneralhome.com/** Evergreen Cemetery 4623 Preston Hwy Louisville, KY, 40213.



Powered By tributes

# Exhibit G

In Memory of

# JAMES D. MARTZ

## Obituary for James D. Martz

Wappingers Falls – James D. Martz, 50, an area resident since 1996, died on March 16, 2018 at Vassar Brothers Medical Center.

James was born in the Bronx on September 22, 1967. He was employed as a Computer Programmer for Database Direct in Pearl River.

On October 15, 1994 at St. Augustine Church in Ossining, James married Lisa (Abreau) Martz who survives at home. He is also survived by his children, James D. Martz, Jr. of Wappingers Falls and Michelle Martz of Wappingers Falls; his father, John Martz; his mother, Noreen (Yorke) Martz; his siblings, John Martz, Margaret Goodyear, Laura Martz, and Elizabeth Cranston; and many nieces and nephews. James loved his family more than anything in the world. He enjoyed spending time with his nieces and nephews and would do anything for them.

Please meet the family on Friday at 1pm at St. Columba Church, 835 Route 82, Hopewell Junction for the Mass of Christian Burial. The funeral procession will pass by their home before going to the McHoul Funeral Home, Inc., 895 Route 82, Hopewell Junction for calling hours from 2:15-4:15 pm and 7-9 pm.

Please visit James' Book of Memories at www.mchoulfuneralhome.com.

This obituary is protected by copyright by McHoul Funeral Home, Inc.. Proudly Serving the Communities of Hopewell Junction, East Fishkill, Fishkill, Beacon, Holmes, Stormville, Poughquag, Beekman, LaGrangeville, Union Vale, Fishkill, Wappingers Falls, Wappinger, Poughkeepsie, Millbrook, Carmel, Kent, Cold Spring, and Newburgh. McHoul Funeral Home, Inc. is located in the state of New York, United States.
All rights reserved. This obituary is also archived at obittree.com

McHoul Funeral Home, Inc.

Print

# Exhibit H

# Larry Laws

Born: November 2, 1941
Died: August 16, 2017
Location: Greeley, Colorado

## Tribute & Message From The Family

Larry was born on November 2, 1941 and passed away on Wednesday, August 16, 2017.

Larry was a resident of Greeley, Colorado at the time of passing.

After graduating high school, Larry joined the U.S. Navy.

Memorial gifts may be made to the Weld County Humane Society in care of Moser Funeral Service, 3501 S. 11th Avenue, Evans, CO 80620.



# Exhibit I

# In Memory Of
# H. Robert (Bob) Trinder, age 82 of Glasgow

July 5, 1936 – August 13, 2018



H. Robert Trinder (Bob), was born on July 5, 1936, at Poplar, Montana, he died at Valley View Home in Glasgow on August 13, 2018. For those that knew Bob, you knew of his successes and/or his failures. Cremation has taken place and ashes disposed of, as requested, by the deceased.

## Service Schedule

**CREMATION HAS TAKEN PLACE,
NO FUTURE SERVICES PLANNED**

View map

# Exhibit J

**Marvin L. Torbeck(1963 - 2017)**

Marvin L. Torbeck, 54, of Odin, died on Wednesday, Oct. 4, 2017, at his home.

Services were held at 11 a.m. on Friday at Calvary Free Will Baptist Church in Salem, with the Rev. Harlen Johnson officiating. Burial was in Farmers Cemetery in Shobonier. Visitation was held from 5-8 p.m. last Thursday and one hour before services on Friday, both at the church. Memorials: The family. Hohlt and File Funeral Home in Vandalia, was in charge of arrangements. Online condolences can be expressed at www.hohltandfilefh.com.

Mr. Torbeck was born on Sept. 26, 1963, in Vandalia, son of Marvin and Jean (Pryor) Torbeck. He married Debbie Wilkins on April 18, 1992.

Survivors include his wife; son, Zach Torbeck; and parents.

**Funeral Home**
**Hohlt & File Funeral Home Ltd**
204 North Fourth Street Vandalia, IL 62471
(618) 283-3434

Published in The Leader-Union from Oct. 10 to Oct. 18, 2017