UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Bair Hugger Forced Air Warming Products Liability Litigation _____ This Document Relates To: *Norton*, 16-cv-0026-JNE-DTS <br> *Brunner*, 16-cv-2880-JNE-DTS <br> *Wireman et al.*, 16-cv-3293-JNE-DTS <br> *Wollam*, 17-cv-0039-JNE-DTS <br> *Schilawski*, 17-cv-0352-JNE-DTS <br> *Miles et al.*, 17-cv-1235-JNE-DTS <br> *Martz*, 17-cv-1528-JNE-DTS <br> *Laws*, 17-cv-2518-JNE-DTS <br> *Trinder*, 17-cv-2874-JNE-DTS <br> *Fletcher*, 17-cv-3262-JNE-DTS <br> *Torbeck et al.*, 17-cv-4054-JNE-DTS <br> *Davis*, 18-cv-0166-JNE-DTS | MDL No. 15-2666 (JNE/DTS) **(PROPOSED) ORDER GRANTING DEFENDANTS' EIGHTH MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRETRIAL ORDER NO. 23, AND FED. R. CIV. P. 41(b) AND/OR 25(a)** |

This came before the Court on Defendants 3M Company's and Arizant Healthcare Inc.'s (collectively "Defendants") Eighth Motion to Dismiss Cases for Failure to Comply with Pretrial Order No. 23, and Fed. R. Civ. P. 41(b) and/or 25(a).

Based on the files, records, and proceedings herein,

IT IS HEREBY ORDERED that Defendants' motion is GRANTED. The following nine actions are dismissed with prejudice in their entirety:

| Case Number | Title | Firm Name |
| --- | --- | --- |
| 16-cv-0026-JNE-DTS | *Norton v. 3M Co., et al.* | Meshbesher & Spence, Ltd. |
| 16-cv-2880-JNE-DTS | *Brunner v. 3M Co., et al.* | Bernstein Liebhard LLP |
| 17-cv-0039-JNE-DTS | *Wollam v. 3M Co., et al.* | Raizner Slania LLP |
| 17-cv-0352-JNE-DTS | *Schilawski v. 3M Co., et al.* | The Miller Firm, LLC |
| 17-cv-1528-JNE-DTS | *Martz v. 3M Co., et al.* | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| 17-cv-2518-JNE-DTS | *Laws v. 3M Co., et al.* | The Olinde Firm, LLC |
| 17-cv-2874-JNE-DTS | *Trinder v. 3M Co., et al.* | Brown & Crouppen, PC |
| 17-cv-3262-JNE-DTS | *Fletcher v. 3M Co., et al.* | Kennedy Hodges, LLP |
| 18-cv-0166-JNE-DTS | *Davis v. 3M Co., et al.* | Johnson Becker, PLLC |

In addition, the claims of plaintiffs Bonnie Wireman, Marvin Torbeck, and Joseph Miles are dismissed with prejudice in *Wireman et al.*, 16-cv-3293-JNE-DTS, *Torbeck et al.*, 17-cv-4054-JNE-DTS, and *Miles et al.,* 17-cv-1235-JNE-DTS, respectively. Their spouses' loss of consortium claims are not dismissed at this time.

LET JUDGMENT BE ENTERED ACCORDINGLY.


Date:	BY THE COURT


_____
JUDGE, U.S. DISTRICT COURT