

**Benjamin W. Hulse**
**Direct Dial:  612-343-3256**
**E-Mail:  bhulse@blackwellburke.com**

**VIA ECF**

April 16, 2019

The Honorable Joan N. Ericksen
United States District Court
District of Minnesota
12W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

RE:   In re: *Bair Hugger Forced Air Warming Devices Products Liability Litigation*
      MDL No. 15-2666

Dear Judge Ericksen:

On April 11, 2019, Defendants filed their Eighth Motion to Dismiss Cases for Failure to Comply with Pretrial Order No. 23, and Fed. R. Civ. P. 41(b) and/or 25(a). ECF No. 1880.

The motion should not have included *Fletcher*, 17-cv-3262. Defendants mistakenly noted that the plaintiff in that case died on December 1, 2018, when in fact he died on December 15, 2018. Hence, his suggestion of death was not late, and Defendants withdraw their motion as to that case.

Sincerely,

s/ *Benjamin W. Hulse*

Benjamin W. Hulse

BWH:vb