# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | MDL No. 15-2666 (JNE/DTS) |
| THIS DOCUMENT RELATES TO:<br>16-cv-02880 *(Brunner v. 3M Co., et al.)* | |

## L.R. 7.1(C) WORD COUNT COMPLIANCE CERTIFICATE REGARDING PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINTS

This response complies with the word limitation of L.R. 7.1(f) because this response contains 1,224 words, including all text, headings, footnotes, and quotations, other than the parts of the brief exempted by LR 7.1(c).  This response was prepared using Microsoft Office Word 2010.

This response complies with the type size requirements of LR 7.1(h) because this brief has been prepared using at least font size 13, is double-spaced (except for headings, footnotes, and quotations that exceed two lines) and is submitted on $8^{1/2}$" by 11" paper with at least one inch of margins on all four sides.

Dated:   April 24, 2019

Respectfully Submitted,

BERNSTEIN LIEBHARD LLP

By: /s/ Daniel C. Burke
Daniel C. Burke
10 East 40th Street
New York, New York 10016
Telephone: 212-779-1414
Facsimile: 212-779-3218
Email: dburke@bernlieb.com

*Counsel for Plaintiff*