UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

PRETRIAL CONFERENCE MINUTES

| | |
|---|---|
| IN RE: Bair Hugger Forced Air Warming Devices Products Liability Litigation | COURT MINUTES - CIVIL<br>BEFORE:   DAVID T. SCHULTZ<br>U.S. Magistrate Judge |

Case No:         15-md-2666 (JNE/DTS)
Location:        Mpls. Courtroom 9E
Date:            April 26, 2019
Time Commenced:  10:11 a.m.
Time Concluded:  10:57 a.m.
Total Time:      46 minutes

APPEARANCES:

　　On behalf of plaintiff(s): Genevieve Zimmerman, David J. Szerlag, Michael V. Ciresi, Michael A. Sacchet.

　　On behalf of defendant(s): Benjamin W. Hulse, Deborah E. Lewis, Ted Hartman

PROCEEDINGS:

　　Recorded pretrial status conference held.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　s/A. Spillane
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Law Clerk