UNITED STATES DISTRICT COURT
DISTRICT OF MINNESTOA

IN RE: BAIR HUGGER FORCED AIR :
WARMING DEVICE PRODUCTS :
LIABILITY LITIAGATION : MDL No. 15-md-2666(JNE/FLN)
:
:
: Civil Action No. 0:17-cv-00334
:
_____ :

**THIS DOCUMENT RELATES TO:**

AMY E. DAVIS vs. 3M COMPANY, a Delaware corporation, and ARIZANT HEALTHCARE, INC., a Delaware corporation

**INDIVIDUAL CIVIL ACTION NO: 0:17-cv-00334**

## SUGGESTION OF DEATH

Pursuant to Federal Rule of Civil Procedure 25(a)(1), undersigned counsel hereby informs this Court of the death of the Plaintiff, Amy E. Davis., which occurred on or about July 6, 2017. At this time counsel has been unable to locate an estate representative or heir who has expressed a desire to continue in the pursuit of this claim.

Date: April 30, 2019         Respectfully submitted By:

　　　　　　　　　　　　　　　　　　　　/s/Christopher L. Coffin
　　　　　　　　　　　　　　　　　　　Christopher L. Coffin, LA Bar No. 27902
　　　　　　　　　　　　　　　　　　　Nicholas R. Rockforte LA Bar No. 31305
　　　　　　　　　　　　　　　　　　　Pendley, Baudin & Coffin L.L.P.
　　　　　　　　　　　　　　　　　　　P.O. Box 71
　　　　　　　　　　　　　　　　　　　24110 Eden Street
　　　　　　　　　　　　　　　　　　　Plaquemine, Louisiana 70765
　　　　　　　　　　　　　　　　　　　Phone: 225/687-6396
　　　　　　　　　　　　　　　　　　　Fax: 225/687-3696
　　　　　　　　　　　　　　　　　　　nrockforte@pbclawfirm.com

　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hearby certifiy that on April 30, 2019, the forgoing Suggestion of death was filed electronically by using the CM/ECF system which will deliver the document to all counsel of record.

      /s/ Christopher L. Coffin