IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: BAIR HUGGER FORCED AIR WARMING PRODUCT LIABILITY LITIGATION | MDL No.: 15-md-02666 (JNE/DTS) |
| This Document Relates To: KENNETH WOLLAM,     Plaintiff | Civil Action No.: 17-cv-00039 |

_____

**PLAINTIFF'S RESPONSE TO DEFENDANTS' EIGHTH MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRETRIAL ORDER NO. 23 AND FED. R. CIV. P. 41(b) AND/OR 25(a)**

NOW COMES Plaintiff, Kenneth Wollam, identified in Defendants' Eighth Motion to Dismiss for Failure to Comply with Pretrial Order No. 23 [Dkt. 1880] and Fed. R. Civ. P. 41(b) and/or 25(a), by and through undersigned counsel, submits his Response to Defendants' Motion to Dismiss. For the reasons discussed in the supporting brief, Plaintiffs respectfully request the Court DENY Defendants' Eighth Motion to Dismiss.

Dated: May 1, 2019

                                                              Respectfully Submitted,
                                                              RAIZNER SLANIA, LLP

                                                              _____
                                                              Jeffrey L. Raizner (TX Bar No. 00784806)
                                                              Amy B. Hargis (TX Bar No. 24078630)
                                                             2402 Dunlavy Street
                                                              Houston, Texas 77006
                                                             Telephone (713) 554-9099
                                                            Facsimile (713) 554-9098
                                                           Email: efile@raiznerlaw.com