# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | MDL No. 15-2666 (JNE/DTS) |
| THIS DOCUMENT RELATES TO: 17-cv-00039 *(Wollam v. 3M Co., et al.)* | |

## L.R. 7.1(C) WORD COUNT COMPLIANCE CERTIFICATE REGARDING PLAINTIFFS' OPPOSITION TO DEFENDANTS' <u>MOTION TO DISMISS PLAINTIFFS' COMPLAINTS</u>

This response complies with the word limitation of L.R. 7.1(f) because this response contains 881 words, including all text, headings, footnotes, and quotations, other than the parts of the brief exempted by LR 7.1(c). This response was prepared using Microsoft Office Word 2016.

This response complies with the type size requirements of LR 7.1(h) because this brief has been prepared using at least font size 13, is double-spaced (except for headings, footnotes, and quotations that exceed two lines) and is submitted on 8 1/2" by 11" paper with at least one inch of margins on all four sides.

Dated: May 1, 2019

Respectfully Submitted,

RAIZNER SLANIA, LLP

*/s/ Jeffrey L. Raizner*

Jeffrey L. Raizner (TX Bar No. 00784806)
Amy B. Hargis (TX Bar No. 24078630)
2402 Dunlavy Street
Houston, Texas 77006
Telephone (713) 554-9099
Facsimile (713) 554-9098
Email:  efile@raiznerlaw.com