UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: Bair Hugger Forced Air Warming Products Liability Litigation | MDL Docket No. 15-2666 (JNE/DTS) Case No. 0:16-cv-03293-JNE-DTS |
| This Document Relates to:<br><br>**BONNIE WIREMAN**<br>**and**<br>**CLAYTON WIREMAN**<br><br>VS.<br><br>**3M COMPANY AND ARIZANT HEALTHCARE, INC.** | **CERTIFICATE OF WORD COUNT COMPLIANCE PURSUANT TO LR 7.1(F) FOR PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS** |

Pursuant to Local Rule 7.1(f), Plaintiffs hereby file this Certificate of Word Count Compliance and state this brief complies with the word limitations of LR 7.1(f) as it contains a total of 4,970 words, including all text, headings, footnotes, and quotations, other than those parts of the brief exempted by LR 7.1(f).

The brief was typed using Microsoft Office Word 2016 and the brief complies with all type size and font requirements of LR 7.1(h) as the brief uses size thirteen (13) font pursuant to LR 7.1(h), is double-spaced pursuant to LR 7.1(h)(1), and is submitted on the appropriate sized paper with appropriate margins pursuant to the rules.

Dated: May 2, 2019

/s/ *Jennifer A. Moore*
Jennifer A. Moore
Ashton Rose Smith
MOORE LAW GROUP, PLLC
1473 South 4th Street
Louisville, KY  40208
T: (502) 717-4080
F: (502) 717-4086
jennifer@moorelawgroup.com
ashton@moorelawgroup.com

*Counsel for Plaintiffs*