## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: Bair Hugger Forced Air Warming Products Liability Litigation | MDL Docket No. 15-2666 (JNE/DTS)<br>Case No. 0:16-cv-03293-JNE-DTS |
| This Document Relates to:<br><br>**BONNIE WIREMAN**<br>**and**<br>**CLAYTON WIREMAN**<br><br>**VS.**<br><br>**3M COMPANY AND ARIZANT**<br>**HEALTHCARE, INC.** | **AFFIDAVIT OF CLAYTON WIREMAN** |

I, Clayton Wireman, of legal age, being first duly sworn, states as follows:

1.     My name is Clayton Wireman and I reside in Murray, Kentucky.

2.     I was married to Bonnie Wireman on June 15, 1968.

3.     I am a Plaintiff in the above-captioned action and have asserted my own claim for loss of consortium.

4.     Bonnie Wireman died on November 25, 2018.

5.     Since the date of her death, I have been grieving her passing and have experienced a difficult time losing my wife of almost 51 years.

6.     Without waiving the attorney-client communication privilege, I state that prior to the death of Bonnie Wireman, my wife and I communicated consistently and routinely with our attorney, Jennifer A. Moore, and her law firm, Moore Law Group, PLLC.

7.    After the unexpected death of my wife, I did not immediately contact my attorneys, as my focus and attention was on the loss of my wife during that time.

8.    I plan to proceed with this lawsuit in my individual capacity and in a representative capacity on behalf of the Estate of Bonnie Wireman.

9.    I am currently in the process of setting up her Estate and being appointed administrator of the Estate of Bonnie Wireman in Calloway County, Kentucky.

Further, Affiant sayeth not.

_____
CLAYTON WIREMAN

COMMONWEALTH OF KENTUCKY )
                                                        )
COUNTY OF  Marshall                      )

SUBSCRIBED AND SWORN to before me by Clayton Wireman this  2  day of May 2019, to be his free act and will.

_____
NOTARY PUBLIC

My commission expires:  7-5-2021
                                        #582376