UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Bair Hugger Forced Air Warming Products Liability Litigation<br><br>This Document Relates To:<br><br>*Norton*, 16-cv-0026-JNE-DTS<br>*Brunner*, 16-cv-2880-JNE-DTS<br>*Wireman et al.*, 16-cv-3293-JNE-DTS<br>*Wollam*, 17-cv-0039-JNE-DTS<br>*Schilawski*, 17-cv-0352-JNE-DTS<br>*Miles et al.*, 17-cv-1235-JNE-DTS<br>*Martz*, 17-cv-1528-JNE-DTS<br>*Laws*, 17-cv-2518-JNE-DTS<br>*Trinder*, 17-cv-2874-JNE-DTS<br>*Torbeck et al.*, 17-cv-4054-JNE-DTS<br>*Davis*, 18-cv-0166-JNE-DTS | MDL No. 15-2666 (JNE/DTS)<br><br>**AMENDED NOTICE OF HEARING ON DEFENDANTS' EIGHTH MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PRETRIAL ORDER NO. 23, AND FED. R. CIV. P. 41(b), AND/OR 25(a)** |

PLEASE TAKE NOTICE that the undersigned will bring Defendants' Eighth Motion to Dismiss Cases for Failure to Comply with Pretrial Order No. 23 and Fed. R. Civ. P. 41(b) and/or 25(a) for a hearing before the Honorable Judge Joan N. Ericksen, United States District Judge, in Courtroom 12W at the United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota, 55415 at the scheduled status conference on June 20, 2019 at 9:30 a.m.

This motion, based on the Memorandum in Support of Defendants' Eighth Motion to Dismiss Cases for Failure to Comply with Pretrial Order No. 23 and Fed. R. Civ. P. 41(b) and/or 25(a), the Declaration of Benjamin W. Hulse, and argument to be presented at the hearing of this matter, seeks an Order of the Court dismissing the above-listed cases with prejudice.

Dated: May 3, 2019                                  Respectfully submitted,


                                              /s/ Benjamin W. Hulse
Jerry W. Blackwell (MN #186867)
Benjamin W. Hulse (MN #0390952)
Mary S. Young (MN #0392781)
BLACKWELL BURKE P.A.
431 South Seventh Street, Suite 2500
Minneapolis, MN 55415
Phone: (612) 343-3248
Fax: (612) 343-3205
Email: blackwell@blackwellburke.com
         bhulse@blackwellburke.com
         myoung@blackwellburke.com

**Counsel for Defendants 3M Company and Arizant Healthcare Inc.**