

**Benjamin W. Hulse**
**Direct Dial: 612-343-3256**
**E-Mail: bhulse@blackwellburke.com**

**VIA ECF**

May 7, 2019

The Honorable Joan N. Ericksen
United States District Court
District of Minnesota
12W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

RE:   In re *Bair Hugger Forced Air Warming Devices Products Liability Litigation*
        MDL No. 15-2666

Dear Judge Ericksen:

On April 11, 2019, Defendants filed their Eighth Motion to Dismiss for Failure to Comply with Pretrial Order No. 23 and Fed. R. Civ. P. 41(b), and/or 25(a). ECF No. 1880. Since the motion was filed, Defendants have withdrawn their motion as to *Fletcher*, 17-cv-03262. ECF No. 1887.

The remaining plaintiffs' responses were due on May 2, 2019. Three plaintiffs filed responses by the deadline: *Brunner*, ECF No. 1892, *Wollam*, ECF No. 1899, and *Wireman*, ECF No. 1902. Since these responses were scattered between April 25 and May 2, Defendants' reply deadlines are scattered between May 9 and May 16.

Defendants request permission to file a single, combined reply brief on or before May 16, 2019. This would allow Defendants to avoid having to file separate reply briefs for each plaintiff. Plaintiffs do not oppose this request, and the Court has previously granted similar requests. Thank you for your consideration of this request.

Sincerely,

s/ *Benjamin W. Hulse*

Benjamin W. Hulse

BWH:vb