

May 9, 2019

**VIA ECF**

The Honorable Joan N. Erickson
United States District Court
District of Minnesota
12W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

      Re:    Bonnie Wireman, *et al.* v. 3M Company, *et al*., 0:16-cv-03293-JNE-FLN
             *(In re Bair Hugger Forced Air Warming Devices Products Liability Litigation,* **MDL 15-2666**)

Dear Judge Ericksen:

      On May 7, 2019, Defendants filed a letter requesting the Court permit them to file a single, joint reply to Defendants' Motion to Dismiss (ECF No. 1880) on or before May 16, 2019 for Plaintiffs Brunner (ECF No. 1892), Wollam (ECF No. 1899), and Wireman (ECF No. 1902). This law firm represents Plaintiffs, Bonnie and Clayton Wireman. In their letter, Defendants state that Plaintiffs do not oppose this request. However, Defendants never contacted the undersigned to ask whether counsel for the Wiremans opposes a joint reply brief.

      Plaintiffs write to inform the Court of this misstatement. In the interest of judicial economy and cooperation, Plaintiffs will not oppose such a request.

                                   Very truly yours,

                                   Jennifer A. Moore