# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

In re: Bair Hugger Forced Air Warming Products Liability Litigation

_____

This Document Relates To:

*Norton*, 16-cv-0026-JNE-DTS
*Brunner*, 16-cv-2880-JNE-DTS
*Wireman et al.*, 16-cv-3293-JNE-DTS
*Wollam*, 17-cv-0039-JNE-DTS
*Schilawski*, 17-cv-0352-JNE-DTS
*Miles et al.*, 17-cv-1235-JNE-DTS
*Martz*, 17-cv-1528-JNE-DTS
*Laws*, 17-cv-2518-JNE-DTS
*Trinder*, 17-cv-2874-JNE-DTS
*Fletcher*, 17-cv-3262-JNE-DTS
*Torbeck et al.*, 17-cv-4054-JNE-DTS
*Davis*, 18-cv-0166-JNE-DTS

MDL No. 15-2666 (JNE/DTS)

**RULE 7.1(F) CERTIFICATE OF COMPLIANCE REGARDING DEFENDANTS' REPLY IN SUPPORT OF THEIR EIGHTH MOTION TO DISMISS CASES FOR FAILURE TO COMPLY WITH PRETRIAL ORDER NO. 23 AND/OR FED. R. CIV. P. 25(a) AND 41(b)**

I, Benjamin W. Hulse, certify that Defendants' Reply in Support of Their Eighth Motion to Dismiss Cases for Failure to Comply with Pretrial Order No. 23 and/or Fed. R. Civ. P. 25(a) and 41(b) ("Reply") complies with Local Rule 7.1(f) and with the type-size limit of Local Rule 7.1(h).

I further certify that, in preparation of the Reply, I used Microsoft® Word 2016, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the Reply contains 1,953 words.

Dated: May 15, 2019

Respectfully submitted,

s/ Benjamin W. Hulse
Jerry W. Blackwell (MN #186867)
Benjamin W. Hulse (MN #0390952)
Mary S. Young (MN #0392781)
BLACKWELL BURKE P.A.
431 South Seventh Street, Suite 2500
Minneapolis, MN 55415
Phone: (612) 343-3248
Fax: (612) 343-3205
Email: blackwell@blackwellburke.com
         bhulse@blackwellburke.com
         myoung@blackwellburke.com

**Counsel for Defendants 3M Company and Arizant Healthcare Inc.**