UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re Bair Hugger Forced Air Warming Products Liability Litigation<br><br>This Document Relates to All Actions | MDL No. 15-2666 (JNE/DTS) |

## **DECLARATION OF GENEVIEVE M. ZIMMERMAN**

1. My name is Genevieve M. Zimmerman and I am a partner with the Meshbesher & Spence Ltd. law firm. I am a member of the Court appointed Co-Lead Counsel in the above entitled matter.

2. To the best of my knowledge, approximately 1,700 hip cases and 3,100 knee cases have been filed in this MDL.

3. Attached hereto as PX74 is a true and correct copy of the Affidavit of Dr. Jonathan Samet, dated May 14, 2019.

4. Attached hereto as PX75 is a true and correct copy of the Affidavit of Dr. William R. Jarvis, dated May 14, 2019.

5. Attached hereto as PX76 is a true and correct copy of 3MBH01983525.

6. Attached hereto as PX77 is a true and correct copy of Tsai, et al., *Forced Air Warming Device Failure Resulting in Smoke and Soot on a Surgical Patient*, OPEN ACCESS J. SURG. 4(A) 2017.

7. Attached hereto as PX78 is a true and correct copy of 3MBH0025006-08.

Dated:  May 16, 2019                    */s/ Genevieve M. Zimmerman*

                                          Genevieve M. Zimmerman (MN#330292)
                                          MESHBESHER & SPENCE, LTD.
                                          1616 Park Avenue

1

Minneapolis, MN 55404
Phone: (612) 339-9121
Fax: (612) 339-9188
Email: gzimmerman@meshbesher.com

***Plaintiffs' Co-Lead Counsel***