UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MDL No. 15-2666 (JNE/DTS)

In re Bair Hugger Forced Air Warming Products
Liability Litigation

**STATEMENT INSTEAD OF REDACTED DOCUMENTS**

This Document Relates to All Actions

 

Plaintiffs' have filed a Response to the Court's May 6, 2019 Order Regarding Reconsideration of General Causation, together with Exhibits PX74-PX78.

The following Exhibits have been marked "Confidential" under the Protective Order and redaction is impracticable.

1. Attached hereto as PX78 is a true and correct copy of 3MBH00025006-08.

Dated: May 16, 2019

MESHBESHER & SPENCE LTD.

/s/ Genevieve M. Zimmerman
Genevieve M. Zimmerman (MN#330292)
1616 Park Avenue
Minneapolis, MN 55404
Phone: (612) 339-9121
Fax: (612) 339-9188
Email: gzimmerman@meshbesher.com

**Plaintiffs' Co-Lead Counsel**

1