# Meshbesher & Spence
## LAWYERS

1616 Park Avenue, Minneapolis, MN 55404 | P: 612-339-9121 | F: 612-339-9188 | meshbesher.com

MARK D. STREED
DANIEL C. GUERRERO
JEFFERY P. OISTAD
ANTHONY J. NEMO
KONSTANDINOS NICKLOW
PAMELA J. SPAULDING
ANDREW L. DAVICK
GENEVIEVE M. ZIMMERMAN
JOSHUA M. TUCHSCHERER
ERIC M. PALMER

ZACHARY C. BAUER
JAMES B. SHEEHY
LINDSEY A. CARPENTER
RACHEL N. SIMPSON
ASHLEIGH E. RASO
DEREK I. STEWART

OF COUNSEL
RALPH S. PALMER

May 28, 2019

The Honorable David T. Schultz
Magistrate Judge, United States District Court
District of Minnesota
9E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Re: *Bair Hugger Forced Air Warming Products Liability Litigation*
MDL No. 15-2666 (JNE/DTS)

Dear Judge Schultz:

Pursuant to the Court's request, the Plaintiffs hereby withdraw our Motion to Strike Defendants' Expert Witnesses (Dkt. 1818), without prejudice, retaining the right to re-file in its entirety or with modifications at a later date.

Respectfully submitted,

*Genevieve Zimmerman*

Genevieve M. Zimmerman for Plaintiffs'

GMZ/hms