UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

PRETRIAL CONFERENCE MINUTES

| | |
|---|---|
| IN RE: Bair Hugger Forced Air Warming Devices Products Liability Litigation | COURT MINUTES - CIVIL<br>BEFORE:   DAVID T. SCHULTZ<br>U.S. Magistrate Judge |
| | Case No:           15-MD-2666 (JNE/DTS)<br>Location:          Mpls. Courtroom 9E<br>Date:               May 28, 2019<br>Time Commenced: 11:30 a.m.<br>Time Concluded:  12:32 p.m.<br>Total Time:        1 hour, 2 minutes |

APPEARANCES:

    On behalf of plaintiff(s):    Genevieve M. Zimmerman

    On behalf of defendant(s): Benjamin W. Hulse; Deborah E. Lewis

PROCEEDINGS:

Status conference held on the record.


                                                              s/A. Spillane
                                                             Law Clerk