Defendants' PFS List 1: Overdue Plaintiff Fact Sheets
(Updated April 9, 2019)

| Case Number | Title | Date Filed | Due Date | Prior Listing | Firm Name |
|---|---|---|---|---|---|
| 0:18-cv-02394-JNE-DTS | Block, William v. 3M Company et al | 8/15/2018 | 11/13/2018 | 12/14/2018<br>1/11/2019<br>2/15/2019<br>3/15/2019 | Law Offices of Travis Walker, PA |



EXHIBIT A.

Yellow highlighting indicates that the case was previously listed per PTO 14 (Dkt. No. 117).
Pink highlightig Indicates that the case is subject to Defendants' Pending Motion to Dismiss (Dkt. No. 1828).

## Defendants' PFS List 3: Core Deficiencies Remained Following Notice and Response
(Updated April 9, 2019)

| Case Number | Title | Final Deficiency Sent | Prior Listing | Firm Name |
|---|---|---|---|---|
| 0:15-cv-03950-JNE-DTS | LeBlanc, John (Shirley Thibodeaux) v. 3M Company et | 10/8/2018 | 12/14/2018<br>1/11/2019<br>2/15/2019<br>3/15/2019 | Law Offices of Travis Walker, PA |
| 0:18-cv-00856-JNE-DTS | Negron, Angel v. 3M Company et al | 2/6/2019 | 3/15/2019 | The Law offices of Travis R. Walker, P.A. |

Yellow highlighting indicates that the case was previously listed per PTO 14 (Dkt. No. 117).
Pink highlightig Indicates that the case is subject to Defendants' Pending Motion to Dismiss (Dkt. No. 1828).



Valerie Marshall <valerietrwlaw@gmail.com>

## Bair Hugger PFS Issues
4 messages

**Wendy Thayer** <wendy@pritzkerlaw.com>  Tue, Mar 12, 2019 at 5:51 PM
To: Travis Walker <travisrwalker@gmail.com>, "Travis R. Walker (traviswalker@traviswalkerlaw.com)" <traviswalker@traviswalkerlaw.com>, Valerie Marshall <valerie@traviswalkerlaw.com>, Valerie Marshall <valerietrwlaw@gmail.com>, "rebeckastrum@traviswalkerlaw.com" <rebeckastrum@traviswalkerlaw.com>, "rebeckastrumtrwlaw@gmail.com" <rebeckastrumtrwlaw@gmail.com>

Counsel,

Your firm is listed on the attached spreadsheets for overdue PFS and persistent deficiencies. It is imperative that you cure the issues via the portal as soon as possible. Once you have served/cured the PFS via the portal, please send an email to defense counsel, Ben Hulse at bhulse@blackwellburke.com and Ted Hartman at thartman@blackwellburke.com, informing them that you have cured the issues and copy us on the email. If you believe any cases listed should not be included on the spreadsheet please email Mr. Hulse as soon as possible.

Please note that if your case is highlighted in yellow this means it was previously listed on the spreadsheet. If your case is highlighted in pink this means your case is listed on Defendants' Pending Motion to Dismiss.



Pritzker Hageman, P.A.
ATTORNEYS

*Wendy Thayer*

Paralegal

Pritzker Hageman, P.A.

PWC Plaza Building

Suite 2950

45 South Seventh Street

Minneapolis, MN 55402-1652

Direct: (612) 367-8339

Office: (612) 338-0202

Fax: (612) 338-0104



EXHIBIT B.

Toll-Free: (888) 377-8900

Email: wendy@pritzkerlaw.com

---

**2 attachments**

📎 **Copy of 1 Bair Hugger MDL 2666 -- Overdue Plaintiff Fact Sheets (3.12.19).xlsx**
12K

📎 **Copy of 3 Bair Hugger MDL 2666 -- Persistent Deficiencies (3.12.19).xlsx**
13K

---

**Valerie Marshall** <valerie@traviswalkerlaw.com>        Thu, Mar 21, 2019 at 5:32 PM
To: Wendy Thayer <wendy@pritzkerlaw.com>, thartman@blackwellburke.com, Travis Walker <travisrwalker@gmail.com>

Good Afternoon,
The reported deficiency for Peebles, Lawrence has been cured and refiled through the BH Portal.
Thank you
[Quoted text hidden]
--

**Valerie Marshall**
**Paralegal**



1235 SE Indian Street Ste. 101
Stuart, FL 34997
**P: 772-708-0952**
**F: 772-673-3738**

**valerie@traviswalkerlaw.com**
**www.traviswalkerlaw.com**

Visit us on social media by clicking on the images below.



This e-mail contains legally privileged and confidential information intended only for the individual or entity named within the message. Should the intended recipient forward this message to another person or party, that action could constitute a waiver of the attorney/client privilege. If the reader of this message is not the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is prohibited. If this communication was received in error, please notify me by reply e-mail and delete the original message.

---

**Wendy Thayer** <wendy@pritzkerlaw.com>        Thu, Mar 21, 2019 at 8:14 PM
To: Valerie Marshall <valerie@traviswalkerlaw.com>
Cc: "thartman@blackwellburke.com" <thartman@blackwellburke.com>, Travis Walker <travisrwalker@gmail.com>

Make sure to send defense counsel an email letting them know you cured it. Have a good evening.

Wendy

Sent from my iPhone

On Mar 21, 2019, at 4:34 PM, Valerie Marshall <valerie@traviswalkerlaw.com> wrote:

> Good Afternoon,
> The reported deficiency for Peebles, Lawrence has been cured and refiled through the BH Portal.
> Thank you
>
> On Tue, Mar 12, 2019 at 5:51 PM Wendy Thayer <wendy@pritzkerlaw.com> wrote:
>
>> Counsel,
>>
>> Your firm is listed on the attached spreadsheets for overdue PFS and persistent deficiencies. It is imperative that you cure the issues via the portal as soon as possible. Once you have served/cured the PFS via the portal, please send an email to defense counsel, Ben Hulse at bhulse@blackwellburke.com and Ted Hartman at thartman@blackwellburke.com, informing them that you have cured the issues and copy us on the email. If you believe any cases listed should not be included on the spreadsheet please email Mr. Hulse as soon as possible.
>>
>> Please note that if your case is highlighted in yellow this means it was previously listed on the spreadsheet. If your case is highlighted in pink this means your case is listed on Defendants' Pending Motion to Dismiss.
>>
>> <image001.png>
>>
>> [Quoted text hidden]
> [Quoted text hidden]



Pritzker Hageman, P.A.   image001.png
ATTORNEYS                11K

---

**Valerie Marshall** <valerie@traviswalkerlaw.com>                    Tue, May 28, 2019 at 3:11 PM
To: scott@traviswalkerlaw.com

[Quoted text hidden]
[Quoted text hidden]

**2 attachments**

📎 **Copy of 1 Bair Hugger MDL 2666 -- Overdue Plaintiff Fact Sheets (3.12.19).xlsx**
   12K

📎 **Copy of 3 Bair Hugger MDL 2666 -- Persistent Deficiencies (3.12.19).xlsx**
   13K



Valerie Marshall &lt;valerietrwlaw@gmail.com&gt;

## Bair Hugger PFS Issues

7 messages

**Wendy Thayer** &lt;wendy@pritzkerlaw.com&gt;      Mon, Apr 15, 2019 at 2:03 PM
To: "Travis R. Walker (traviswalker@traviswalkerlaw.com)" &lt;traviswalker@traviswalkerlaw.com&gt;, Travis Walker &lt;travisrwalker@gmail.com&gt;, Valerie Marshall &lt;valerie@traviswalkerlaw.com&gt;, Valerie Marshall &lt;valerietrwlaw@gmail.com&gt;, "rebeckastrum@traviswalkerlaw.com" &lt;rebeckastrum@traviswalkerlaw.com&gt;, "rebeckastrumtrwlaw@gmail.com" &lt;rebeckastrumtrwlaw@gmail.com&gt;

Counsel,

Your firm is listed on the attached spreadsheets for overdue PFS and persistent deficiencies. It is imperative that you cure the issues via the portal as soon as possible. Once you have served/cured the PFS via the portal, please send an email to defense counsel, Ben Hulse at bhulse@blackwellburke.com and Ted Hartman at thartman@blackwellburke.com, informing them that you have cured the issues and copy us on the email. If you believe any cases listed should not be included on the spreadsheet please email Mr. Hulse as soon as possible.

Please note that if your case is highlighted in yellow this means it was previously listed on the spreadsheet. If your case is highlighted in pink this means your case is listed on Defendants' Pending Motion to Dismiss.



Pritzker Hageman, P.A.
ATTORNEYS

*Wendy Thayer*

Paralegal

Pritzker Hageman, P.A.

PWC Plaza Building

Suite 2950

45 South Seventh Street

Minneapolis, MN 55402-1652

Direct: (612) 367-8339

Office: (612) 338-0202

Fax: (612) 338-0104

Toll-Free: (888) 377-8900

Email: wendy@pritzkerlaw.com

**2 attachments**

📎 **Copy of 1 Bair Hugger MDL 2666 -- Overdue Plaintiff Fact Sheets (4.9.19).xlsx**
12K

📎 **Copy of 3 Bair Hugger MDL 2666 -- Persistent Deficiencies (4.9.19).xlsx**
14K

---

**Travis Walker** <traviswalker@traviswalkerlaw.com>      Mon, Apr 15, 2019 at 2:29 PM
To: Valerie Marshall <valerie@traviswalkerlaw.com>, "masstorts@traviswalkerlaw.com" <masstorts@traviswalkerlaw.com>

Have we taken care of Leblanc and Negron?
[Quoted text hidden]

--
**Travis R. Walker, Esq.**
*Founder/Managing Attorney*



**1235 SE Indian Street Ste. 101
Stuart, FL 34997
P: 772-708-0952
F: 772-673-3738**

**traviswalker@traviswalkerlaw.com
www.traviswalkerlaw.com**

Visit us on social media by clicking on the images below.



This e-mail contains legally privileged and confidential information intended only for the individual or entity named within the message. Should the intended recipient forward this message to another person or party, that action could constitute a waiver of the attorney/client privilege. If the reader of this message is not the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is prohibited. If this communication was received in error, please notify me by reply e-mail and delete the original message.

---

**2 attachments**

 **Copy of 1 Bair Hugger MDL 2666 -- Overdue Plaintiff Fact Sheets (4.9.19).xlsx**
12K

 **Copy of 3 Bair Hugger MDL 2666 -- Persistent Deficiencies (4.9.19).xlsx**
14K

---

**Valerie Marshall** <valerie@traviswalkerlaw.com>      Tue, Apr 16, 2019 at 4:13 PM
To: Wendy Thayer <wendy@pritzkerlaw.com>, thartman@blackwellburke.com
Bcc: Travis Walker <traviswalker@traviswalkerlaw.com>

Wendy and Ted ,
Good Afternoon,
We cured Negron and Leblanc in February, and advised of such.
We do not show any deficiency notices issued to us for 03/15/2019.

Please advise if we are missing something.
[Quoted text hidden]

--

**Valerie Marshall**
**Paralegal**



1235 SE Indian Street Ste. 101
Stuart, FL 34997
**P: 772-708-0952**
**F: 772-673-3738**

valerie@traviswalkerlaw.com
[Quoted text hidden]

---

**Ted Hartman** <thartman@blackwellburke.com>　　　　　　　　　　　　　　Wed, Apr 17, 2019 at 3:58 PM
To: Valerie Marshall <valerie@traviswalkerlaw.com>, Wendy Thayer <wendy@pritzkerlaw.com>
Cc: Ben Hulse <BHulse@blackwellburke.com>

Hello, Valerie.

The following deficiencies remain for the referenced PFSs:

*Negron* (18-856): **III.1** – Did not identify the specific medical records that evidence Bair Hugger use. The PFS also says "see attached," but no medical records have ever been provided for this plaintiff. I have attached the letter previously sent to Plaintiffs' Liaison Counsel outlining a complete response to question III.1; **IV.7** – Pharmacy phone number is not provided; **Verification**: A newly-executed verification is required each time an amended PFS is submitted.

*LeBlanc* (15-3950) – **III.1** – "Proof of use" documents relate to the wrong surgical procedures (procedure allegedly causing the infection occurred on 1/3/11). **VII.2** – Decedent is making a claim for lost future wages.

Please also note that Defendants are no longer sending multiple deficiency notices for recurring deficiencies. I have also attached the letter previously sent to Plaintiffs' Liaison Counsel outlining this policy for your reference.

Thank you,

Ted

**Ted D. Hartman**

**Blackwell Burke P.A.**
431 South Seventh Street, Suite 2500
Minneapolis, MN 55415

Direct (612) 343-3234
Fax (612) 343-3205

*Licensed to practice in Minnesota, Illinois, and Nebraska.*

This message and any attachments may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not the intended recipient or are not authorized to receive for the recipient, you are hereby notified that dissemination, distribution or copying of this message and any attachments is strictly prohibited. If you have received this message in error, please immediately advise the sender by reply e-mail and delete the message and any attachments. Thank you.

[Quoted text hidden]

### 2 attachments

- **Bair Hugger -- Hulse ltr to Szerlag re Plaintiff Fact Sheets and Product ID Issues (2018.11.06).pdf**
  771K

- **2018.05.17 - BWH to Szerlag re change in PFS review procedure.pdf**
  667K

---

**Interpleaders Team** <Interpleaders@traviswalkerlaw.com>   Mon, Apr 22, 2019 at 9:54 AM
To: Valerie Marshall <valerie@traviswalkerlaw.com>

---------- Forwarded message ----------
From: **Wendy Thayer** <wendy@pritzkerlaw.com>
Date: Mon, Apr 15, 2019 at 2:03 PM
Subject: Bair Hugger PFS Issues
To: Travis R. Walker (traviswalker@traviswalkerlaw.com) <traviswalker@traviswalkerlaw.com>, Travis Walker <travisrwalker@gmail.com>, Valerie Marshall <valerie@traviswalkerlaw.com>, Valerie Marshall <valerietrwlaw@gmail.com>, rebeckastrum@traviswalkerlaw.com <rebeckastrum@traviswalkerlaw.com>, rebeckastrumtrwlaw@gmail.com <rebeckastrumtrwlaw@gmail.com>

[Quoted text hidden]

--

### Interpleader Team



1235 SE Indian Street Ste. 101
Stuart, FL 34997
**P:** 772-708-0952
**F:** 772-673-3738

**interpleaders@traviswalkerlaw.com**
[Quoted text hidden]

---

### 2 attachments

- **Copy of 1 Bair Hugger MDL 2666 -- Overdue Plaintiff Fact Sheets (4.9.19).xlsx**
  12K

- **Copy of 3 Bair Hugger MDL 2666 -- Persistent Deficiencies (4.9.19).xlsx**

14K

---

**Valerie Marshall** <valerie@traviswalkerlaw.com>  Wed, May 15, 2019 at 11:42 AM
To: scott@traviswalkerlaw.com

Deficiency listings prior to.

---------- Forwarded message ---------
From: **Wendy Thayer** <wendy@pritzkerlaw.com>
Date: Mon, Apr 15, 2019 at 2:03 PM
Subject: Bair Hugger PFS Issues
To: Travis R. Walker (traviswalker@traviswalkerlaw.com) <traviswalker@traviswalkerlaw.com>, Travis Walker <travisrwalker@gmail.com>, Valerie Marshall <valerie@traviswalkerlaw.com>, Valerie Marshall <valerietrwlaw@gmail.com>, rebeckastrum@traviswalkerlaw.com <rebeckastrum@traviswalkerlaw.com>, rebeckastrumtrwlaw@gmail.com <rebeckastrumtrwlaw@gmail.com>

[Quoted text hidden]

--

**Valerie Marshall**
**Paralegal**



**1235 SE Indian Street Ste. 101**
**Stuart, FL 34997**
**P: 772-708-0952**
**F: 772-673-3738**

**valerie@traviswalkerlaw.com**
[Quoted text hidden]

---

**2 attachments**

 **Copy of 1 Bair Hugger MDL 2666 -- Overdue Plaintiff Fact Sheets (4.9.19).xlsx**
12K

 **Copy of 3 Bair Hugger MDL 2666 -- Persistent Deficiencies (4.9.19).xlsx**
14K

---

**Valerie Marshall** <valerie@traviswalkerlaw.com>  Tue, May 28, 2019 at 3:12 PM
To: scott@traviswalkerlaw.com

Here you go

---------- Forwarded message ---------
From: **Wendy Thayer** <wendy@pritzkerlaw.com>
Date: Mon, Apr 15, 2019 at 2:03 PM
Subject: Bair Hugger PFS Issues
To: Travis R. Walker (traviswalker@traviswalkerlaw.com) <traviswalker@traviswalkerlaw.com>, Travis Walker <travisrwalker@gmail.com>, Valerie Marshall <valerie@traviswalkerlaw.com>, Valerie Marshall <valerietrwlaw@gmail.com>, rebeckastrum@traviswalkerlaw.com <rebeckastrum@traviswalkerlaw.com>, rebeckastrumtrwlaw@gmail.com <rebeckastrumtrwlaw@gmail.com>

[Quoted text hidden]

[Quoted text hidden]

**2 attachments**

 **Copy of 1 Bair Hugger MDL 2666 -- Overdue Plaintiff Fact Sheets (4.9.19).xlsx**
12K

 **Copy of 3 Bair Hugger MDL 2666 -- Persistent Deficiencies (4.9.19).xlsx**
14K

 Gmail

Valerie Marshall <valerietrwlaw@gmail.com>

## Bair Hugger PFS Issues
3 messages

**Wendy Thayer** <wendy@pritzkerlaw.com>  Wed, May 8, 2019 at 4:01 PM
To: "Travis R. Walker (traviswalker@traviswalkerlaw.com)" <traviswalker@traviswalkerlaw.com>, Travis Walker <travisrwalker@gmail.com>, Valerie Marshall <valerie@traviswalkerlaw.com>, Valerie Marshall <valerietrwlaw@gmail.com>, "rebeckastrum@traviswalkerlaw.com" <rebeckastrum@traviswalkerlaw.com>, "rebeckastrumtrwlaw@gmail.com" <rebeckastrumtrwlaw@gmail.com>

Counsel,

Your firm is listed on the attached spreadsheets for no response to PFS deficiency, and persistent deficiencies. It is imperative that you cure the issues via the portal as soon as possible. Once you have served/cured the PFS via the portal, please send an email to defense counsel, Ben Hulse at bhulse@blackwellburke.com and Ted Hartman at thartman@blackwellburke.com, informing them that you have cured the issues and copy us on the email. If you believe any cases listed should not be included on the spreadsheet please email Mr. Hulse as soon as possible.

Please note that if your case is highlighted in yellow this means it was previously listed on the spreadsheet. If your case is highlighted in pink this means your case is listed on Defendants' Pending Motion to Dismiss.


Pritzker Hageman, P.A.
ATTORNEYS

*Wendy Thayer*

Paralegal

Pritzker Hageman, P.A.

PWC Plaza Building

Suite 2950

45 South Seventh Street

Minneapolis, MN 55402-1652

Direct: (612) 367-8339

Office: (612) 338-0202

Fax: (612) 338-0104

Toll-Free: (888) 377-8900

Email: wendy@pritzkerlaw.com

**2 attachments**

- 📎 **2 Bair Hugger MDL 2666 -- Def Notices Sent with No Response (5.7.19).xlsx**
  14K

- 📎 **3 Bair Hugger MDL 2666 -- Persistent Deficiencies (5.7.19).xlsx**
  13K

---

**Valerie Marshall** <valerie@traviswalkerlaw.com>                                  Tue, May 28, 2019 at 2:41 PM
To: scott@traviswalkerlaw.com, scotttrwlaw@gmail.com

Here are the copies of Deficiency notices so that you can see the actual colors.
[Quoted text hidden]
--

**Valerie Marshall**
**Paralegal**



**1235 SE Indian Street Ste. 101**
**Stuart, FL 34997**
**P: 772-708-0952**
**F: 772-673-3738**

**valerie@traviswalkerlaw.com**
**www.traviswalkerlaw.com**

Visit us on social media by clicking on the images below.



This e-mail contains legally privileged and confidential information intended only for the individual or entity named within the message. Should the intended recipient forward this message to another person or party, that action could constitute a waiver of the attorney/client privilege. If the reader of this message is not the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is prohibited. If this communication was received in error, please notify me by reply e-mail and delete the original message.

---

**2 attachments**

- 📎 **2 Bair Hugger MDL 2666 -- Def Notices Sent with No Response (5.7.19).xlsx**
  14K

- 📎 **3 Bair Hugger MDL 2666 -- Persistent Deficiencies (5.7.19).xlsx**
  13K

---

**scott@traviswalkerlaw.com** <scott@traviswalkerlaw.com>                           Tue, May 28, 2019 at 2:58 PM
To: Valerie Marshall <valerie@traviswalkerlaw.com>

Thanks,

But do you have the email where the April 9 deficiencies were sent to us.

## Scott Harlowe

*Associate Attorney*

1235 SE Indian Street Ste. 101

Stuart, FL 34997

**P: 772-708-0952**

**F: 772-673-3738**

scott@traviswalkerlaw.com

www.traviswalkerlaw.com

This e-mail contains legally privileged and confidential information intended only for the individual or entity named within the message. Should the intended recipient forward this message to another person or party, that action could constitute a waiver of the attorney/client privilege. If the reader of this message is not the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is prohibited. If this communication was received in error, please notify me by reply e-mail and delete the original message.

[Quoted text hidden]

K. If you claim any loss from medical expenses, copies of all bills from any physician, hospital, pharmacy, or other healthcare provider.

L. Decedent's death certificate (if applicable).

## VERIFICATION

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that all of the information provided in this Fact Sheet is true and correct to the best of my knowledge.

LEONARD S. VILLAFRANCO
Print Name

*[signature]*
Signature

1/10/19
Date

_____
Print Name
(Loss of Consortium Plaintiff)

_____
Signature

_____
Date

**EXHIBIT C.**

## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

IN RE: BAIR HUGGER FORCED AIR
WARMING DEVICES PRODUCTS
LIABILITY LITIGATION

MDL No.0:15-MD-02666-JNE-DTS

*Villafranco, Leonard,*
*Plaintiff,*
*v.*
*3M Company, a Delaware Corporation, and*
*Arizant Healthcare, Inc.*
*Defendant.*

**THIS DOCUMENT RELATES TO:**
VILLAFRANCO, LEONARD
0:18-CV-00852-JNE-DTS

/

## AFFIDAVIT OF VALERIE MARSHALL

I, Valerie Marshall, declare under penalty or perjury that the following are true and accurate statements according to my recollection of events:

1. I am of the age of majority and of sound state of mind.

2. I have not been coerced into executing this affidavit and am doing so freely, voluntary and in the absence of any duress.

3. I am currently employed as a paralegal for the Law Offices of Travis R. Walker, P.A., where I have been continuously employed from April 27, 2018 through the date of execution of this affidavit.

4. I am the paralegal assigned to the above style matter, and I have a solid working knowledge of all pertinent history, communications and filings in this matter.

Affidavit of Valerie Marshall, Page **1** of **2**


EXHIBIT D

5. Pursuant to Pretrial Order Number 14 ("PTO 14") of the above styled manner, I submitted an initial Plaintiff Fact Sheet (the "Initial PFS") to Defendant's lead counsel.

6. Plaintiff signed the Initial PFS with a date of July 10, 2018.

7. On January 8, 2019, our firm received an email from Defense Counsel notifying us the Initial PFS contained "Core Deficiencies" as defined in PTO 14.

8. Upon receiving the notice of Core Deficiencies, our firm drafted an Amended Plaintiff Fact Sheet ("Amended PFS"), and submitted same to plaintiff for execution.

9. Prior to submitting the Amended PFS, Plaintiff reviewed same, confirmed its accuracy, and signed the Amended Plaintiff Fact Sheet with a signature date of January 10, 2019 and submitting the executed Amended PFS to our office.

10. On January 15, 2019, our office submitted the Amended PFS through the Bair Hugger portal for filing and notification of filing to defense counsel.

11. After submission of the Amended PFS, I was advised by Ted Hartman, Defendant's Counsel, that if the Core Deficiencies found in the Initial PFS were cured via the Amended PFS, the instant matter would not be subject to dismissal.

12. When I submitted the Amended PFS, I inadvertently attached the signature page of the Initial PFS (dated July 10, 2018), when the signature page of the Amended PFS (dated January 10, 2019) should have been attached.

13. At no time between submission of the Amended PFS and entry of the Order of Dismissal, dated April 18, 2019, was I notified the incorrect signature page had been attached to the Amended PFS.

14. I have reviewed the Plaintiff's signature page dated January 10, 2019, which is attached to this motion, and it is a true and accurate copy of the signature page attached to the executed Amended PFS I received from the Plaintiff

15. Prior to entry of the Order of Dismissal, we received two documents from Defense Counsel listing cases for which we are attorney of record and contain core deficiencies. ("April 9 Deficiencies Lists")

16. Prior to entry of the Order of Dismissal, the April 9 Deficiencies Lists were dated and received on April 15, 2019.

17. I have reviewed the April 9 Deficiencies Lists, which are attached as an exhibit to this motion, and each are true and accurate copy of the Deficiencies Lists I received from counsel for Defendant.

18. The Instant Matter was omitted from the April 9 Deficiencies Lists.

19. Since the instant matter was not on the April 9 Deficiencies Lists, I had a good-faith belief the instant matter no longer contained any deficiencies.

20. Any matter which is listed on a Defendant's pending and filed motion to dismiss is highlighted in pink on a Deficiency List, as evidenced by the emails from Wendy Thayer, paralegal for Defense Counsel, which are attached as an exhibit to the motion for relief.

21. Relying upon the instant matter's omission from the April 9 Deficiencies List, I had a good faith belief this matter was not subject to dismissal.

22. Relying upon the instant matter's omission from the April 9 Deficiencies List and my January 2019 communication with Mr. Hartman, I advised Mr. Travis Walker, my supervising attorney, the instant matter was no longer deemed deficient.

Affidavit of Valerie Marshall, Page **3** of **2**

23. After entry of the Order of Dismissal, Mr. Hartman advised the sole reason for seeking dismissal of the instant matter was the attachment of the erroneous signature page on the Amended PFS.

24. To the best of my knowledge, all defects found on the Initial PFS were cured through the Amended PFS.

25. To the best of my knowledge, the only reason for the instant matter to be dismissed was the accidental substitution of plaintiff's signature on the Amended PFS.

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on _____ day of May 2019.

Dated: 5/29/19

Valerie Marshal

STATE OF FLORIDA
) SS:
COUNTY OF MARTIN )

Sworn to under penalty of perjury TO me on 29 day of May, by Valerie Marshall.

NOTARY PUBLIC or DEPUTY CLERK

Kaitlyn J. Watts

[Print, type, or stamp commissioned name of notary or clerk.]
✓ Personally known
___ Produced identification
Type of identification produced _____

KAITLYN J. WATTS
Notary Public - State of Florida
Commission # GG 215497
My Comm. Expires May 8, 2022
Bonded through National Notary Assn.

___ Produced identification Type of identification produced _____

Affidavit of Valerie Marshall, Page 4 of 2