# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## TELEPHONE CONFERENCE MINUTES

|  |  |
|---|---|
| In re<br>Bair Hugger Forced Air<br>Warming Devices Products<br>Liability Litigation, | **COURT MINUTES**<br>BEFORE: David T. Schultz<br>United States Magistrate Judge<br><br>Case No.   15-md-2666 (JNE/DTS)<br>Date:   June 4, 2019<br>Time Commenced:  8:30 a.m.<br>Time Concluded:   9:00 a.m.<br>Total Time:   30 min. |

APPEARANCES:

    Plaintiff(s):    Genevieve Zimmerman, Gabriel Assaad

    Defendant(s):    Ben Hulse

PROCEEDINGS:    Informal telephone conference with counsel.


Date: June 4, 2019                                                s/Terianne Bender
                                                                        Courtroom Deputy