UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION

MDL No. 15-2666 (JNE/DTS)

This Document Relates to:
Case Nos.:
16-cv-00521 *(Turner v. 3M Co.)*
17-cv-01195 *(Edmunds v. 3M Co., et al.)*
18-cv-00758 *(Butler v. 3M Co., et al.)*
18-cv-01007 *(Sweezy v. 3M Co., et al.)*
18-cv-01456 *(Manheim v. 3M Co., et al.)*
18-cv-01654 *(Terrell v. 3M Co., et al.)*
18-cv-01768 *(Lamb v. 3M Co.)*
18-cv-01832 *(McCray v. 3M Co.)*
18-cv-01833 *(Mussachia v. 3M Co.)*
18-cv-02014 *(Johnson v. 3M Co., et al.)*
18-cv-02042 *(Buddin v. 3M Co., et al.)*
18-cv-02082 *(English v. 3M Co., et al.)*
18-cv-02168 *(Krzeminski v. 3M Co., et al.)*
18-cv-02439 *(Peck v. 3M Co., et al.)*
18-cv-02469 *(Monroe v. 3M Co.)*
18-cv-02540 *(Ritzler v. 3M Co.)*
18-cv-02548 *(Jones, Terry v. 3M Co., et al.)*
18-cv-02740 *(Morgan v. 3M Co., et al.)*
18-cv-02861 *(Marshall v. 3M Co., et al.)*
18-cv-02914 *(Chiavaroli v. 3M Co. et al.)*
18-cv-02926 *(O'Donnell v. 3M Co., et al.)*
18-cv-02938 *(Albert, Jr. v. 3M Co., et al.)*
18-cv-03011 *(Jones, Tyrone v. 3M Co., et al.)*
18-cv-03322 *(Melancon, et al. v. 3M Co., et al.)*
18-cv-03323 *(Thompson v. 3M Co., et al.)*
18-cv-03328 *(Milioto v. 3M Co., et al.)*
18-cv-03329 *(McAlister v. 3M Co., et al.)*
18-cv-03330 *(Brown v. 3M Co., et al.)*
18-cv-03332 *(Drake v. 3M Co., et al.)*
18-cv-03368 *(Bowden v. 3M Co., et al.)*
19-cv-00011 *(Cruz v. 3M Co., et al.)*
19-cv-00020 *(Holmes v. 3M Co., et al.)*

**NOTICE OF HEARING ON DEFENDANTS' NINETEENTH MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRETRIAL ORDER NO. 14**

PLEASE TAKE NOTICE that on June 20, 2019 at 9:30 a.m., before the Honorable Joan N. Ericksen, United States District Court, 12W U.S. Courthouse, 300 South Fourth Street, Minneapolis, MN 55415, Defendants 3M Company and Arizant Healthcare Inc. will respectfully move the Court to enter an order dismissing the following Plaintiffs' cases for failure to comply with the Court's Pretrial Order No. 14, entered September 27, 2016:

| Case Number | Plaintiff | Firm Name |
| --- | --- | --- |
| 0:16-cv-00521-JNE-DTS | Turner | The Olinde Firm, LLC |
| 0:17-cv-01195-JNE-DTS | Edmunds | The Olinde Firm, LLC |
| 0:18-cv-00758-JNE-DTS | Butler | Fears Nachawati, PLLC |
| 0:18-cv-01007-JNE-DTS | Sweezy | Kennedy Hodges, LLP |
| 0:18-cv-01456-JNE-DTS | Manheim | Morris Law Firm |
| 0:18-cv-01654-JNE-DTS | Terrell | Morris Law Firm |
| 0:18-cv-01768-JNE-DTS | Lamb | Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, P.A. |
| 0:18-cv-01832-JNE-DTS | McCray | Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, P.A. |
| 0:18-cv-01833-JNE-DTS | Mussachia | Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, P.A. |
| 0:18-cv-02014-JNE-DTS | Johnson | Bernstein Liebhard LLP |
| 0:18-cv-02042-JNE-DTS | Buddin | DeGaris & Rogers, LLC |
| 0:18-cv-02082-JNE-DTS | English | Kennedy Hodges, LLP |
| 0:18-cv-02168-JNE-DTS | Krzeminski | Brown & Crouppen, PC |
| 0:18-cv-02439-JNE-DTS | Peck | DeGaris & Rogers, LLC |
| 0:18-cv-02469-JNE-DTS | Monroe | Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, P.A. |

| | | |
|---|---|---|
| 0:18-cv-02540-JNE-DTS | Ritzler | Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, P.A. |
| 0:18-cv-02548-JNE-DTS | Jones, Terry | DeGaris & Rogers, LLC |
| 0:18-cv-02740-JNE-DTS | Morgan | Kennedy Hodges, LLP |
| 0:18-cv-02861-JNE-DTS | Marshall | Kennedy Hodges, LLP |
| 0:18-cv-02914-JNE-DTS | Chiavaroli | Fears Nachawati, PLLC |
| 0:18-cv-02926-JNE-DTS | O'Donnell | GoldenbergLaw, PLLC |
| 0:18-cv-02938-JNE-DTS | Albert, Jr. | Kennedy Hodges, LLP |
| 0:18-cv-03011-JNE-DTS | Jones, Tyrone | The Miller Firm, LLC |
| 0:18-cv-03322-JNE-DTS | Melancon | Fears Nachawati, PLLC |
| 0:18-cv-03323-JNE-DTS | Thompson | Fears Nachawati, PLLC |
| 0:18-cv-03328-JNE-DTS | Milioto | Fears Nachawati, PLLC |
| 0:18-cv-03329-JNE-DTS | McCalister | Fears Nachawati, PLLC |
| 0:18-cv-03330-JNE-DTS | Brown | Fears Nachawati, PLLC |
| 0:18-cv-03332-JNE-DTS | Drake | Fears Nachawati, PLLC |
| 0:18-cv-03368-JNE-DTS | Bowden | Morris Law Firm |
| 0:19-cv-00011-JNE-DTS | Cruz | The Olinde Firm, LLC |
| 0:19-cv-00020-JNE-DTS | Holmes | Meshbesher & Spence, Ltd. |

Dated: June 5, 2019

Respectfully submitted,

*s/Benjamin W. Hulse*
Benjamin W. Hulse (MN #0390952)
**Attorney for Defendants 3M Company and Arizant Healthcare Inc.**
BLACKWELL BURKE P.A.
431 South Seventh Street, Suite 2500
Minneapolis, MN 55415
Phone: (612) 343-3200
Fax: (612) 343-3205
Email: bhulse@blackwellburke.com