UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | MDL No. 15-2666 (JNE/DTS) |
|---|---|
| | **(PROPOSED) ORDER GRANTING DEFENDANTS' NINETEENTH MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRETRIAL ORDER NO. 14** |

This came before the Court on Defendants 3M Company's and Arizant Healthcare Inc.'s (collectively, "Defendants") Nineteenth Motion to Dismiss for Failure to Comply with Pretrial Order No. 14. Based on the files, records, and proceedings herein,

IT IS HEREBY ORDERED that Defendants' motion is GRANTED. The following actions are dismissed with prejudice:

| Case Number | Plaintiff | Firm Name |
|---|---|---|
| 0:16-cv-00521-JNE-DTS | Turner | The Olinde Firm, LLC |
| 0:17-cv-01195-JNE-DTS | Edmunds | The Olinde Firm, LLC |
| 0:18-cv-00758-JNE-DTS | Butler | Fears Nachawati, PLLC |
| 0:18-cv-01007-JNE-DTS | Sweezy | Kennedy Hodges, LLP |
| 0:18-cv-01456-JNE-DTS | Manheim | Morris Law Firm |
| 0:18-cv-01654-JNE-DTS | Terrell | Morris Law Firm |
| 0:18-cv-01768-JNE-DTS | Lamb | Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, P.A. |

| | | |
|---|---|---|
| 0:18-cv-01832-JNE-DTS | McCray | Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, P.A. |
| 0:18-cv-01833-JNE-DTS | Mussachia | Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, P.A. |
| 0:18-cv-02014-JNE-DTS | Johnson | Bernstein Liebhard LLP |
| 0:18-cv-02042-JNE-DTS | Buddin | DeGaris & Rogers, LLC |
| 0:18-cv-02082-JNE-DTS | English | Kennedy Hodges, LLP |
| 0:18-cv-02168-JNE-DTS | Krzeminski | Brown & Crouppen, PC |
| 0:18-cv-02439-JNE-DTS | Peck | DeGaris & Rogers, LLC |
| 0:18-cv-02469-JNE-DTS | Monroe | Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, P.A. |
| 0:18-cv-02540-JNE-DTS | Ritzler | Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, P.A. |
| 0:18-cv-02548-JNE-DTS | Jones, Terry | DeGaris & Rogers, LLC |
| 0:18-cv-02740-JNE-DTS | Morgan | Kennedy Hodges, LLP |
| 0:18-cv-02861-JNE-DTS | Marshall | Kennedy Hodges, LLP |
| 0:18-cv-02914-JNE-DTS | Chiavaroli | Fears Nachawati, PLLC |
| 0:18-cv-02926-JNE-DTS | O'Donnell | GoldenbergLaw, PLLC |
| 0:18-cv-02938-JNE-DTS | Albert, Jr. | Kennedy Hodges, LLP |
| 0:18-cv-03011-JNE-DTS | Jones, Tyrone | The Miller Firm, LLC |
| 0:18-cv-03322-JNE-DTS | Melancon | Fears Nachawati, PLLC |
| 0:18-cv-03323-JNE-DTS | Thompson | Fears Nachawati, PLLC |
| 0:18-cv-03328-JNE-DTS | Milioto | Fears Nachawati, PLLC |
| 0:18-cv-03329-JNE-DTS | McCalister | Fears Nachawati, PLLC |
| 0:18-cv-03330-JNE-DTS | Brown | Fears Nachawati, PLLC |

| | | |
|---|---|---|
| 0:18-cv-03332-JNE-DTS | Drake | Fears Nachawati, PLLC |
| 0:18-cv-03368-JNE-DTS | Bowden | Morris Law Firm |
| 0:19-cv-00011-JNE-DTS | Cruz | The Olinde Firm, LLC |
| 0:19-cv-00020-JNE-DTS | Holmes | Meshbesher & Spence, Ltd. |

LET JUDGMENT BE ENTERED ACCORDINGLY.

Date: _____                    BY THE COURT


                                              _____
                                              JUDGE, U.S. DISTRICT COURT