## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In re Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/DTS) |
| | **DEFENDANTS' MOTION FOR A PERMANENT INJUNCTION BARRING PLAINTFF JOHN PETITTA FROM RELITIGATING HIS CLAIMS IN STATE COURT** |
| This Document Relates To: | |
| *Petitta v. 3M Co.,* 16-cv-3878 | |

Defendants 3M Company and Arizant Healthcare Inc. respectfully move this Court for an Order Permanently Enjoining Plaintiff John Petitta from Relitigating his Claims in State Court.

This Motion is based on the accompanying memorandum of law and declaration in support of the motion, as well as all the files, records and prior proceedings herein. Per direction from the Court, this motion is considered dispositive for the purposes of Local Rule 7.1. Accordingly, Plaintiff's response brief is due on or before June 26, 2019. Defendants' reply brief is due on or before July 10, 2019.

Dated: June 5, 2019

Respectfully submitted,

*s/ Benjamin W. Hulse*
Jerry W. Blackwell (MN #186867)
Benjamin W. Hulse (MN #0390952)
Peter J. Goss (MN #267910)
BLACKWELL BURKE P.A.
431 South Seventh Street
Suite 2500
Minneapolis, MN 55415
Phone: (612) 343-3248
Fax: (612) 343-3205
Email: blackwell@blackwellburke.com
bhulse@blackwellburke.com
myoung@blackwellburke.com

**Counsel for Defendants 3M Company
and Arizant Healthcare Inc.**