UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/DTS) |
| This Document Relates To: *Petitta v. 3M Co.,* 16-cv-3878 | **NOTICE OF HEARING ON DEFENDANTS' MOTION FOR A PERMANENT INJUNCTION BARRING PLAINTIFF JOHN PETITTA FROM RELITIGATING HIS CLAIMS IN STATE COURT** |

PLEASE TAKE NOTICE THAT on July 18, 2019 at 9:30 a.m., or as soon as the parties may be heard, before the Honorable Joan N. Ericksen, United States District Court, 12W U.S. Courthouse, 300 South Fourth Street, Minneapolis, MN 55415, Defendants 3M Company and Arizant Healthcare, Inc. will respectfully move the Court for an order for a Permanent Injunction barring Plaintiff from Relitigating his Claims in State Court.

Dated: June 5, 2019

Respectfully submitted,

*s/Benjamin W. Hulse*
Jerry W. Blackwell (MN #186867)
Benjamin W. Hulse (MN #0390952)
Mary S. Young (MN #0392781)
BLACKWELL BURKE P.A.
431 South Seventh Street
Suite 2500
Minneapolis, MN 55415
Phone: (612) 343-3248
Fax: (612) 343-3205
Email: blackwell@blackwellburke.com
       bhulse@blackwellburke.com
       myoung@blackwellburke.com

**Counsel for Defendants 3M Company and Arizant Healthcare Inc.**