# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/DTS) |
| This Document Relates To: | **DEFENDANTS' RULE 7.1(F) CERTIFICATE OF COMPLIANCE** |
| *Petitta v. 3M Co.,* 16-cv-3878 | |

I, Benjamin W. Hulse, certify that Defendants' Memorandum in Support of Motion for a Permanent Injunction Barring Plaintiff John Petitta from Relitigating his Claims in State Court ("Memorandum") complies with the limits of Local Rule 7.1(f) and with the type-size limit of Local Rule 7.1(h).

I further certify that, in preparation of the above document, I used Microsoft Word 2016, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the Memorandum contains 2,557 words.

Dated: June 5, 2019                     Respectfully submitted,

                                                s/*Benjamin W. Hulse*
Jerry W. Blackwell (MN #186867)
Benjamin W. Hulse (MN #0390952)
Mary S. Young (MN #0392781)
BLACKWELL BURKE P.A.
431 South Seventh Street
Suite 2500
Minneapolis, MN 55415
Phone: (612) 343-3200
Fax: (612) 343-3205
Email: blackwell@blackwellburke.com
       bhulse@blackwellburke.com
       myoung@blackwellburke.com

**Counsel for Defendants 3M Company
And Arizant Healthcare, Inc.**