# EXHIBIT 2

**Stephanie Luitjens**

| | |
|---|---|
| **From:** | Mary Young |
| **Sent:** | Tuesday, May 21, 2019 5:20 PM |
| **To:** | Amarachi Ihejirika |
| **Subject:** | FW: Petitta v. 3M (Bair Hugger) - duplicative federal and state court filings |
| **Attachments:** | Petitta, John - BAIR HUGGER COMPLAINT.PDF; John Petitta Complaint.pdf |

**Mary S. Young**

**Blackwell Burke P.A.**
431 South Seventh Street, Suite 2500
Minneapolis, MN  55415
Direct (612) 343-3214
Fax (612) 343-3205

This message and any attachments may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not the intended recipient or are not authorized to receive for the recipient, you are hereby notified that dissemination, distribution or copying of this message and any attachments is strictly prohibited. If you have received this message in error, please immediately advise the sender by reply e-mail and delete the message and any attachments. Thank you.

**From:** Mary Young
**Sent:** Tuesday, November 22, 2016 11:24 AM
**To:** bgordon@levinlaw.com; albert@garmtzlaw.com; adrian@garmtzlaw.com; dnigh@levinlaw.com
**Subject:** Petitta v. 3M (Bair Hugger) - duplicative federal and state court filings

Dear Counsel,
Each of your firms has initiated a Bair Hugger lawsuit against 3M Company (see attached) on behalf of plaintiff John Petitta.  These claims appear duplicative.  Can you please confer with your client and determine next steps?  Because one of these matters is pending in state court, I would appreciate your getting back to me no later than Monday, Nov. 28.

Kind regards,
Mary S. Young
Counsel for 3M



431 South 7th Street
Suite 2500
Minneapolis, MN 55415

Mary S. Young
Blackwell Burke P.A.

612.343.3214 Office
612.343.3205 Fax

myoung@blackwellburke.com

This message and any attachments may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not the intended recipient or are not authorized to receive for the recipient, you are hereby notified that dissemination, distribution or copying of this message and any attachments is strictly prohibited. If you have received this message in error, please immediately advise the sender by reply e-mail and delete the message and any attachments. Thank you.

2