# EXHIBIT 4

# Stephanie Luitjens

| | |
|---|---|
| **From:** | Mary Young |
| **Sent:** | Tuesday, May 21, 2019 5:24 PM |
| **To:** | Amarachi Ihejirika |
| **Subject:** | FW: Stipulation of Dismissals - John Petitta and David Oslund |
| **Attachments:** | Filed Stipulation of Dismissal with Prejudice - Petitta.pdf; Filed Stipulation of Dismissal with Prejudice - Oslund.pdf |

---

**From:** Connie Pearson [mailto:cpearson@levinlaw.com]
**Sent:** Wednesday, April 05, 2017 12:28 PM
**To:** Mary Young
**Cc:** Jerry Blackwell
**Subject:** RE: Stipulation of Dismissals - John Petitta and David Oslund

Mary:

Please find attached filed Stipulations of Dismissal.

Thank you
Connie

---

**From:** Mary Young [mailto:myoung@blackwellburke.com]
**Sent:** Wednesday, April 05, 2017 11:32 AM
**To:** Connie Pearson
**Cc:** Jerry Blackwell
**Subject:** RE: Stipulation of Dismissals - John Petitta and David Oslund

Dear Connie,
We are requesting that these stipulations be titled "Stipulation of Dismissal with Prejudice." With that change, you have my permission to insert my e-signature and file. Could you please send me the file-stamped versions upon receipt?
Kind regards,
Mary

Mary S. Young
Blackwell Burke P.A.
431 South Seventh Street, Suite 2500
Minneapolis, MN  55415
Direct (612) 343-3214
Fax (612) 343-3205

This message and any attachments may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not the intended recipient or are not authorized to receive for the recipient, you are hereby notified that dissemination, distribution or copying of this message and any attachments is strictly prohibited. If you have received this message in error, please immediately advise the sender by reply e-mail and delete the message and any attachments. Thank you.

---

**From:** Connie Pearson [mailto:cpearson@levinlaw.com]
**Sent:** Wednesday, April 05, 2017 11:14 AM
**To:** Mary Young; Jerry Blackwell; bahmann@blackwellburke.com
**Subject:** Stipulation of Dismissals - John Petitta and David Oslund

Dear Ms. Young:

    Attached to this e-mail are 2 Stipulations for Dismissal with Prejudice for Bair Hugger cases.  If you agree to the dismissals of these cases, I would request your permission to utilize your electronic signature, pursuant to Local Rule 5.2(12)(c), so that we may file these with the Court.

    Thank you for your attention to this matter.

Best regards,

Connie


**Connie Pearson, CLA**
*Paralegal*
*Bair Hugger, Benicar, Hip Implant and Knee Implant Departments*
Levin, Papantonio, Thomas, Mitchell,
Rafferty & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502-5996
850.435.7082 (office)
850.436.6082 (fax)
cpearson@levinlaw.com

   

THE INFORMATION CONTAINED IN THIS TRANSMISSION IS PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, DO NOT READ IT. PLEASE IMMEDIATELY REPLY TO THE SENDER THAT YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR. THEN DELETE IT. THANK YOU.