UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re Bair Hugger Forced Air Warming Products Liability Litigation<br><br>This Document Relates To:<br><br>*Petitta v. 3M Co.,* 16-cv-3878 | MDL No. 15-2666 (JNE/DTS)<br><br>**DEFENDANTS' MEET AND CONFER STATEMENT REGARDING DEFENDANTS' MOTION FOR A PERMANENT INJUNCTION BARRING PLAINTIFF JOHN PETITTA FROM RELITIGATING HIS CLAIMS IN STATE COURT** |

I, Benjamin W. Hulse, representing Defendants 3M Company and Arizant Healthcare Inc., certify that I met and conferred with Alberto T. Garcia III, Kyle Farrar, Gabriel A. Assaad, and Genevieve Zimmerman, counsel for Plaintiff, on June 4, 2019 via email, prior to filing Defendants' Motion for a Permanent Injunction Barring Plaintiff John Petitta from Relitigating his Claims in State Court.  The parties did not agree on the resolution of all or part of the Motion.

Dated: June 5, 2019

*s/*Benjamin W. Hulse
Benjamin W. Hulse (MN#0390952)
BLACKWELL BURKE P.A.
431 South Seventh Street
Suite 2500
Minneapolis, MN 55415
Phone: (612) 343-3256
Fax: (612) 343-3205
Email: bhulse@blackwellburke.com