## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In re Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/DTS) |
| This Document Relates To: | **(PROPOSED) ORDER ON DEFENDANTS' MOTION FOR A PERMANENT INJUNCTION BARRING PLAINTIFF JOHN PETITTA FROM RELITIGATING HIS CLAIMS IN STATE COURT** |
| *Petitta v. 3M Co.,* 16-cv-3878 | |

This matter is before the Court pursuant to Defendants' Motion for a Permanent Injunction to Bar Plaintiff John Petitta from Relitigating his Claims in State Court, under the Relitigation Exception to the Anti-Injunction Act, 22 U.S.C. § 2283.

Based upon the files, records and proceedings herein, **IT IS HEREBY ORDERED** that Defendants' motion is **GRANTED**.

Dated: _____, 2019      **BY THE COURT**

_____
The Honorable Joan N. Ericksen
U.S. District Court Judge
District of Minnesota