# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

In re: BAIR HUGGER FORCED            MDL No. 15-2666(JNE/FLN)
AIR WARMING DEVICES PRODUCTS
LIABILITY LITIGATION

This Document Relates To:

**Plaintiff: Villafranco, Leonard**
**Case No.: 0:18-CV-00852-JNE-DTS**

_____

**NOTICE OF HEARING ON MOTION FOR RELIEF FROM JUDGMENT OR ORDER**

      **PLEASE TAKE NOTICE** that the above titled motion is being filed in accordance with the directions received from the presiding judge's courtroom deputy:

      A hearing on the above-titled motion is scheduled for:

      **During the Status Conference on July 18, 2019 @0930hrs.**

      The hearing is to take place before the Honorable Judge Joan N. Ericksen, United States District Judge, at the United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota, 55415.

      Counsel for Plaintiff Villafranco, Travis R. Walker P.A., will present argument telephonically at the hearing of this matter to respectfully move the court for an Order to Grant Relief from Judgment or Order.

Dated: June 5, 2019                */s/Travis R. Walker*
                                         Travis R. Walker (036693)
                                         1235 SE Indian Street, Suite 101
                                         Stuart, Florida 34997
                                         Tel: (772) 708-0952
                                         service@traviswalkerlaw.com
                                         traviswalker@traviswalkerlaw.com
                                         *Attorney for Plaintiff*