# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br>**Plaintiff: Villafranco, Leonard**<br>Case No.: 0:18-CV-00852-JNE-DTS | MDL No. 15-2666(JNE/FLN)<br><br>**LR 7.1(a)(1) PLAINTIFFS' MEET AND CONFER STATEMENT IN SUPPORT OF MOTION FOR RELIEF FROM JUDGMENT OR ORDER** |

Pursuant to Local Rule 7.1(a)(1), counsel for Plaintiffs' certifies that they met and conferred with counsel for Defendants' via email on June 3, 2019 and June 4, 2019 regarding Plaintiffs' Motion for Relief from Judgment or Order. Plaintiffs' counsel will proceed with hearing.

Dated: June 5, 2019

THE LAW OFFICES OF
TRAVIS R. WALKER P.A.

*/s/Travis R. Walker*
Travis R. Walker (036693)
1235 SE Indian Street, Suite 101
Stuart, Florida 34997
Tel: (772) 708-0952
service@traviswalkerlaw.com
traviswalker@traviswalkerlaw.com
**Attorney for Plaintiff**