# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

In re: Bair Hugger Forced Air Warming Devices Products Liability Litigation

MDL No. 15-2666 (JNE/DTS)

This Document Relates to:
ALL ACTIONS

## DEFENDANTS' MOTION FOR CONTEMPT ORDER AND SANCTIONS FOR VIOLATIONS OF COURT ORDERS REGARDING SEALING AND CONFIDENTIALITY

Pursuant to Federal Rule of Civil Procedure 16, Defendants 3M Company and Arizant Healthcare Inc. (together, "Defendants") move this court for an order (i) holding Plaintiffs' MDL Counsel Genevieve Zimmerman, Gabriel Assaad, and Kyle Farrar in contempt, and (ii) imposing sanctions for repeated violations of this Court's orders regarding sealing and confidentiality. This motion is based upon the accompanying Memorandum in support of the Motion, the Declaration of Benjamin W. Hulse, as well as all the files, records, and proceedings herein.

Dated: June 6, 2019                                Respectfully submitted,


                                                     *s/Benjamin W. Hulse*
Jerry W. Blackwell (MN #186867)
Benjamin W. Hulse (MN #0390952)
Mary S. Young (MN #0392781)
Monica L. Davies (MN #0315023)
BLACKWELL BURKE P.A.
431 South Seventh Street, Suite 2500
Minneapolis, MN 55415
Phone: (612) 343-3200
Fax: (612) 343-3205
Email: blackwell@blackwellburke.com
       bhulse@blackwellburke.com
       myoung@blackwellburke.com
       mdavies@blackwellburke.com

Lyn Peeples Pruitt
Scott Provencher
MITCHELL WILLIAMS SELIG
  GATES & WOODYARD
425 West Capitol Avenue, Suite 1800
Little Rock, AR 72201-3525
Phone: (501) 688-8869
Fax: (501) 688-8807
Email: lpruitt@mwlaw.com

***Counsel for Defendants 3M Company and Arizant Healthcare Inc.***

2