UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Bair Hugger Forced Air Warming Devices Products Liability Litigation | MDL No. 15-2666 (JNE/DTS) |
| This Document Relates to: ALL ACTIONS | **STATEMENT INSTEAD OF REDACTED DOCUMENTS** |

I certify that Defendants have filed a Memorandum in Support of Motion for Contempt Order and Sanctions for Violations of Court Orders Regarding Sealing and Confidentiality, and a supporting Declaration of Benjamin W. Hulse ("Hulse Declaration") with Exhibits A-I.

The following Declaration Exhibits (E and G to the Hulse Declaration) have been marked "Confidential" under the Protective Order or pursuant to other appropriate legal authority, and redaction is impracticable.

1. Attached as Exhibit E is a true and correct copy of "Plaintiff's Motion to Compel" filed in the *Petitta* matter on May 9, 2019.

2. Attached as Exhibit G is a true and correct copy of the "Order" order filed under seal by the court in the *Johnson* matter on November 12, 2015.

Dated: June 6, 2019 Respectfully submitted,

/s/ Benjamin W. Hulse
Benjamin W. Hulse (MN #0390952)
BLACKWELL BURKE P.A.
431 South Seventh Street
Suite 2500
Minneapolis, MN 55415
Phone: (612) 343-3200
Fax: (612) 343-3205
Email: bhulse@blackwellburke.com

***Counsel for Defendants 3M Company and Arizant Healthcare Inc.***