# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Bair Hugger Forced Air Warming Devices Products Liability Litigation | MDL No. 15-2666 (JNE/DTS) |
| This Document Relates to: ALL ACTIONS | **MEET AND CONFER STATEMENT REGARDING DEFENDANTS' MEMORANDUM IN SUPPORT OF MOTION FOR CONTEMPT ORDER AND SANCTIONS FOR VIOLATIONS OF COURT ORDERS REGARDING SEALING AND CONFIDENTIALITY** |

The undersigned counsel for Defendants 3M Company and Arizant Healthcare Inc. (collectively, "Defendants") certifies that counsel for Defendants met and conferred with counsel for Plaintiffs via email on June 4, 2019.  Plaintiffs do not agree to any portion of the relief sought.

Dated: June 6, 2019              Respectfully submitted,

*s/Benjamin W. Hulse*
Benjamin W. Hulse (MN #0390952)
BLACKWELL BURKE P.A.
431 South Seventh Street, Suite 2500
Minneapolis, MN 55415
Phone: (612) 343-3200
Fax: (612) 343-3205
Email: bhulse@blackwellburke.com

***Counsel for Defendants 3M Company and Arizant Healthcare Inc.***