UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Bair Hugger Forced Air Warming Devices Products Liability Litigation | MDL No. 15-2666 (JNE/DTS) |
| This Document Relates to: ALL ACTIONS | |

**[PROPOSED] ORDER REGARDING DEFENDANTS' MOTION FOR CONTEMPT ORDER AND SANCTIONS FOR VIOLATIONS OF COURT ORDERS REGARDING SEALING AND CONFIDENTIALITY**

This matter is before the Court pursuant to Defendants' Rule 16 Motion for Contempt Order and Sanctions for Violations of Court Orders Regarding Sealing and Confidentiality.

The Court, having considered the Motion, the arguments of counsel, and the files, records, and proceedings herein, states that:

**IT IS HEREBY ORDERED** that Defendant's Motion for Contempt Order and Sanctions for Violations of Court Orders Regarding Sealing and Confidentiality is GRANTED. This Court thus finds Plaintiffs' MDL Counsel Genevieve Zimmerman, Gabriel Assaad, and Kyle Farrar in contempt for repeated violations of the Court's orders regarding sealing and confidentiality and will impose sanctions in an amount sufficient to deter future violations, to be determined by the Court.

Dated: _____, 2019        _____
                                                                         United States Magistrate Judge