IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: BAIR HUGGER FORCED AIR WARMING PRODUCT LIABILITY LITIGATION | MDL No.: 15-md-02666 (JNE/DTS) |
| This Document Relates To: DANIEL MORGAN, Plaintiff, | Civil Action No.: 18-cv-02740 |

**L.R. 7.1(f) WORD COUNT COMPLIANCE CERTIFICATE REGARDING PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

This brief complies with the word limitation of LR 7.1(f) because this brief contains 1,719 words, including all text, headings, footnotes, and quotations, other than the parts of the brief exempted by LR 7.1(f). This brief was prepared using Microsoft Office Word 2013.

This brief complies with the type size requirements of LR 7.1 (h) because this brief has been prepared using at least font size 13, is double-spaced (except for headings, footnotes and quotations that exceed two lines) and is submitted on $8^{1/2}$" by 11" paper with at least one inch of margins on all four sides.

2

Dated: June 12, 2019						KENNEDY HODGES, LLP

								By: /s/ David W. Hodges
								David W. Hodges
								dhodges@kennedyhodges.com
								Gabriel A. Assaad
								gassaad@kennedyhodges.com
								4409 Montrose Blvd. Ste 200
								Houston, TX 77006
								Telephone: (713) 523-0001
								Facsimile: (713) 523-1116

								ATTORNEYS FOR PLAINTIFF