| Date | Notes |
|---|---|
| 06/12/2019 | 605-755-1000; spoke to Theresa who advised that the request has been logged but not completed. She transfered me to Mary Ann who is working on the request, but she was not in. I left an urgent detailed message requesting she give me a call back asap. |
| 06/06/2019 | 605-755-1000- I spoke with Rick who transferred to Theresa who stated they are currently still working on this request and transferred to Maryann voicemail. I left a detailed message requesting the status on the medical records. We will continue to follow up. |
| 05/21/2019 | 605-755-1000; Opt 3; I spoke with Theresa who transferred me to Maryann who stated the Request is still processing and they are a little behind. Turnaround time is 3-4 weeks. Retention is 10 years and their is a fee. We will follow up. |
| 05/06/2019 | 605-755-1000 opt 3,2-- I left a detailed message requesting a status on the records. We will continue to follow up. |
| 04/25/2019 | Status request fax sent to the custodian at 605-755-2064 |
| 04/22/2019 | Faxed request to custodian. |
| 04/16/2019 | 04/16/19: Please amend the reuqest to reflect Regional Health Rapid City Hospital; located at 353 Fairmont Blvd. Rapid City, SD 57701. Please use the same scope; Custodians phone # is 605-755-1000. |
| 04/16/2019 | Email received from Chandler: Lauren, Can you revise the request to Regional Health Rapid City Hospital located at 353 Fairmont Blvd, Rapid City, SD 57701 (605) 755-1000? |
| 04/01/2019 | Email sent to Chandler: 04/01/19 status: We have been advised by this custodian, that they do not have any records on this patient. Please advise if you would like for us to obtain a no records documentation or close this location. |
| 03/29/2019 | Call made to 605-721-4932, Julie transferred me to medical records. Spoke to Cathryn who stated that they may not have the records of the anesthesia from the right TKA procedure from 2/19/14. She searched the patient records and stated that the he was only seen in 2015 and twice in 2016. There are no records of the patient for the entire year of 2014. |
| 03/19/2019 | A fax was sent to 605-721-4948 with the sub specifying search for missing anesthesia from 2/19/14 for right TKA procedure. |
| 03/05/2019 | 605-721-4932- Julie transferred call to medical records;I received a fax tone as if I were transferred to a fax line. We will continue to follow up. |
| 02/07/2019 | Reopened per Chandler G. to search for missing anesthesia from 2/19/14 right TKA procedure. |
| 07/29/2016 | Medical records in route. |
| 07/29/2016 | Received invoice in the amount of $11.42; requesting check and will mail. |

Exhibit B

| | |
|---|---|
| 07/28/2016 | 7/28/16 The Custodian of Records noticed that the authorization is signed by Donna Morgan. Is Mr. Morgan deceased? If he is we need a copy of the Death Certificate and Executor paperwork in order for them to release the records. If he is not deceased, we need an authorization signed by Mr. Morgan. Please advise how we should proceed. |
| 07/28/2016 | Received call from Michelle. She received our revised request today. She will burn the medical and the billing records to a CD and put it in the mail to us tomorrow, 7/29/16. |
| 07/26/2016 | CM to 605-721-4932. I did leave a detailed voice msg regarding medical request. I will follow up. |
| 07/25/2016 | CM to 605-721-4931. I did leave Michelle a detailed voice msg regarding medical request that was revised and re-faxed. I will follow up. |
| 07/14/2016 | rcvd vm from Michelle - ROI - called 605-721-4931 - she's gone for the day. I left a message that the extra $15.00 fee for Fedex was not necessary. Just mail the records via regular mail. |
| 07/12/2016 | REVISED REQUEST SUBMITTED VIA FAX. |
| 06/30/2016 | Can we amend to request to 02/01/2015-06/25/2016 for the same location. Submitted By: Heather Alaniz via Portal |
| 06/27/2016 | Email from Samantha Rodriguez: D'Andrea, We are following up with the client regarding this matter. We will update you as soon as we have new information. Thank you, Samantha Rodriguez |
| 06/27/2016 | Comment: Status: 05/20/16 We have been informed that this facility does not have the records for the time frame requested - 01/01/2013 to 01/01/2015. Do you want to change the time frame and try again? 06/13/16 Reminder status 06/27/16 Reminder |
| 06/13/2016 | Status: 05/20/16 We have been informed that this facility does not have the records for the time frame requested - 01/01/2013 to 01/01/2015. Do you want to change the time frame and try again? 06/13/16 Reminder status |
| 05/20/2016 | Status: 05/20/16 This custodian has informed us they have no records within the dates requested, from 01/01/2013 to 01/01/2015. Would you like to revise the dates, or should we cancel this request? |
| 05/20/2016 | Received correspondence stating there were no records found for DOS requested, sending to CSR. |