# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

|  |  |
|---|---|
| IN RE: Bair Hugger Forced Air Warming Devices Product Liability Litigation | **AMENDED COURT MINUTES**<br>BEFORE: JOAN N. ERICKSEN<br>U.S. District Judge |

| | |
|---|---|
| Case No: | 0:15-md-02666 (JNE/DTS) |
| Date: | June 12, 2019 |
| Court Reporter: | Maria V. Weinbeck |
| Courthouse: | Minneapolis |
| Courtroom: | 12W |
| Time in Court: | 9:36 AM - 3:10 PM |
| Time in Court: | 4 Hours & 6 Minutes |

Hearing on: **Defendants' Motion for Reconsideration of the Court's December 13, 2017 Order on General Causation [Dkt. No. 1718]**

APPEARANCES:

    Plaintiffs:    Genevieve M. Zimmerman, Michael A. Sacchet, Michael V. Ciresi, Jan M. Conlin, Gabriel Assaad,

    Defendants:    Jerry W. Blackwell, Peter J. Goss, Lyn Peeples Pruitt

PROCEEDINGS:

Defendants' Motion for Reconsideration was argued and taken under advisement.

At the hearing, Plaintiffs sought to enter three studies into the record. Defendants objected. The Court entered the studies as court exhibits only, see exhibit list, and stated that these exhibits are not to be filed pending further briefing. If the parties are not able to agree on whether these studies can be filed, Defendants should file their objections by Friday, June 14, 2019 and Plaintiffs should respond by Wednesday, June 19, 2019.