AO 187 (Rev. Locally 03/18) Exhibit List

# UNITED STATES DISTRICT COURT

DISTRICT OF     MINNESOTA

IN RE:  Bair Hugger Forced Air Warming Devices Products Liability Litigation
15-md-2666 (JNE/DTS)

**EXHIBIT LIST**

| PRESIDING JUDGE<br>Joan N. Ericksen | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| TRIAL DATE (S)<br>06/12/2019 | COURT REPORTER<br>Maria Weinbeck | COURTROOM DEPUTY<br>Cathy Cusack |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Court Exhibit No. 1:  Lange (2019) |
| | | | | | Court Exhibit No. 2:  Sugai (2018) |
| | | | | | Court Exhibit No. 3:  Sousa (2015) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size

Page 1 of     1     Pages