UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 2666 (JNE/DTS) |
| This Document Relates to All Actions | **PLAINTIFFS' RESPONSE OPPOSING DEFENDANTS' MOTION FOR CONTEMPT ORDER AND SACTIONS** |

I, Genevieve M. Zimmerman, certify that the Memorandum titled Plaintiffs' Response Opposing Defendants' Motion for Contempt Order and Sanctions complies with Local Rule 7.1(f).

I further certify that, in preparation of the above document, I used Microsoft Word 2013 and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above document contains 5,748 words.

Respectfully submitted,

Dated: June 13, 2019

MESHBESHER & SPENCE LTD.

/s/ Genevieve M. Zimmerman
Genevieve M. Zimmerman (MN #330292)
1616 Park Avenue South
Minneapolis, MN 55404
Phone: (612) 339-9121
Fax: (612) 339-9188
Email: gzimmerman@meshbesher.com

*Plaintiffs Co-Lead Counsel*