UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re Bair Hugger Forced Air Warming
Products Liability Litigation

MDL No. 15-2666 (JNE/DTS)

This Document Relates to All Actions

## **DECLARATION OF GENEVIEVE M. ZIMMERMAN**

1. My name is Genevieve M. Zimmerman and I am a Partner with the Meshbesher & Spence, Ltd. law firm. I am a member of the Court appointed Co-Lead Counsel in the above entitled matter.

2. I submit this declaration in support of Plaintiffs' Response Opposing Defendants' Motion for Contempt Order and Sanctions. Unless otherwise stated, the facts set forth herein are based upon my personal knowledge, information, and belief.

3. Attached hereto as Exhibit 1 is a true and correct copy of the Affidavit of Genevieve M. Zimmerman.

4. Attached hereto as Exhibit 2 is a true and correct copy of the Affidavit of Kyle W. Farrar.

5. Attached hereto as Exhibit 3 is a true and correct copy of the Affidavit of Gabriel A. Aassad.

6. Attached hereto as Exhibit 4 is a true and correct copy of the Affidavit of Alberto T. Garcia, III.

7. Attached hereto as Exhibit 5 is a true and correct copy of the April 5, 2019 email from Plaintiff's counsel to 3M.

8. Attached hereto as Exhibit 6 is a true and correct copy of the Plaintiffs' Motion to Compel in Petitta v. 3M Co, et al.

9. Attached hereto as Exhibit 7 is a true and correct copy of the Supplemental Brief in Support of Plaintiffs' Motion to Compel in Petitta v. 3M Co, et al.

10. Attached hereto as Exhibit 8 is a true and correct copy of the June 4, 2019 email from 3M's counsel.

Dated:  June 13, 2019                             /s/ Genevieve M. Zimmerman
                                                           Genevieve M. Zimmerman (MN# 330292)
                                                           MESHBESHER & SPENCE, LTD.
                                                           1616 Park Avenue
                                                           Minneapolis, MN 55404
                                                           Phone: (612) 339-9121
                                                           Fax: (612) 339-9188
                                                           Email: gzimmerman@meshbesher.com

                                                           **Plaintiffs Co-Lead Counsel**