# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: BAIR HUGGER FORCED AIR WARMING PRODUCT LIABILITY LITIGATION | MDL NO.: 15-md-02666 (JNE/DTS) |
| This Document Relates to:<br>    FRANCES BUTLER | Civil Action No.: 0:18-cv-00758 |

## L.R. 7.1 WORD COUNT COMPLIANCE CERTIFICATE

I, Matthew R. McCarley, certify that Plaintiff's Response in Opposition to Defendants' Motion to Dismiss complies with Local Rule 7.1(f) and 7.1(h).

I further certify that, in preparation of this Opposition, I used Microsoft Word and that this word processing program has been applied specifically to include all text, including headings, footnotes and quotations in the following word count.

I further certify that the above referenced Opposition contains 478 words, exclusive of the caption and signature block.

Dated:  06/17/2019

Respectfully submitted,

**FEARS NACHAWATI, PLLC**

/s/ **MATTHEW R. MCCARLEY**
**MATTHEW R. MCCARLEY**
Texas Bar No. 24041426
mccarley@fnlawfirm.com
**ARATI FURNESS**
Texas Bar No. 24094382
afurness@fnlawfirm.com
5473 Blair Road
Dallas, TX 75231
Tel. (214) 890-0711
Fax (214) 890-0712

*Attorneys for Plaintiff*

CASE 0:15-md-02666-JNE-DTS   Doc. 1976-1   Filed 06/17/19   Page 2 of 2