# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

In re: BAIR HUGGER FORCED AIR
WARMING DEVICES PRODUCTS
LIABILITY LITIGATION

MDL No. 15-2666 (JNE/DTS)

This Document Relates to:
16-cv-00521 *(Villafranco v. 3M Co., et al.)*

## PLAINTIFF LEONARD VILLAFRANCO'S RESPONSE TO DEFENDANTS' OPPOSTION FOR MOTION FOR RELIEF FROM JUDGMENT

COMES NOW Plaintiff for the above-captioned action. On or about June 19, 2019, Defendant's filed an Opposition to Plaintiff Leonard Villafranco's Motion for Relief from Judgment.

In Defendant's opposition, they assert the instant matter was listed on the deficiency list for both March and April 2019. A copy of these deficiency lists, which were included as an exhibit to the Defense opposition (See Dkt 1977, Hulse Decl. Ex.C) is attached here to as Exhibit "A".

The attached deficiency notices for March 2019 and April 2019 do in fact list the instant matter as deficient and up for dismissal. However, those lists name Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A. as Plaintiff's Counsel. Thus the Law firm of Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A, and not undersigned was notified of the deficiency in the instant matter.

This, in fact, demonstrates that undersigned was not provided with the required notice the instant matter was deficient prior to its dismissal.

In fact, the March and April deficiency notices submitted to undersigned informed of other unrelated matter which were deficient. (See Plaintiff Motion for Relief From Judgment or Order, Dkt No. 1927, Exhibits A and B) As a result, undersigned was left with a good faith belief the instant matter was intentionally removed from the deficiency list and therefore not subject to dismissal.

Undersigned is not required to interpret or guess why the matter was removed from the deficiency list. If Defendant advises a matter is not deficient, then it is just that, not deficient. If it is not deficient then it is not subject to dismissal.

Dated: June 20, 2019             Respectfully Submitted

                                 */s/ Travis R. Walker*
                                 Travis R. Walker (036693)
                                 1235 SE Indian Street, Suite 101
                                 Stuart, Florida 34997
                                 Tel: (772) 708-0952
                                 service@traviswalkerlaw.com
                                 traviswalker@traviswalkerlaw.com
                                 *Attorney for Plaintiff*

Defendants' PFS List 3:  Core Deficiencies Remained Following Notice and Response
(Updated March 12, 2018)

| Case Number | Title | Final Deficiency Sent | Prior Listing | Firm Name |
|---|---|---|---|---|
| 0:18-cv-00852-JNE-DTS | Villafranco, Leonard v. 3M Company et al | 8/7/2018 | 11/9/2018<br>12/14/2018<br>1/11/2019<br>2/15/2019 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A |
| 0:18-cv-01051-JNE-DTS | Johnson, Alvin v. 3M Company | 11/15/2018 | 12/14/2018<br>1/11/2019<br>2/15/2019 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A |
| 0:18-cv-01103-JNE-DTS | Tedford, Louise v. 3M Company | 8/17/2018 | 11/9/2018<br>12/14/2018<br>1/11/2019<br>2/15/2019 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| 0:18-cv-01167-JNE-DTS | Eans, James v. 3M Company | 8/24/2018 | 11/9/2018<br>12/14/2018<br>1/11/2019<br>2/15/2019 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| 0:18-cv-01169-JNE-DTS | Gregory, Janice v. 3M Company | 12/3/2018 | 2/15/2019 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| 18-cv-01654-JNE-DTS | Terrell, Elizabeth v. 3M Company et al | 10/11/2018 | 12/14/2018<br>1/11/2019<br>2/15/2019 | Morris Law Firm |
| 0:15-cv-03950-JNE-DTS | LeBlanc, John (Shirley Thibodeaux) v. 3M Company et al | 10/8/2018 | 12/14/2018<br>1/11/2019<br>2/15/2019 | Law Offices of Travis Walker, PA |
| 0:17-cv-03573-JNE-DTS | Parker, Lloyd v. 3M Company et al | 10/11/2018 | 1/11/2019<br>2/15/2019 | Bernstein Liebhard LLP |
| 0:17-cv-04476-JNE-DTS | Holstine, Rachel v. 3M Company et al | 9/12/2018 | 12/14/2018<br>1/11/2019<br>2/15/2019 | Bernstein Liebhard LLP |
| 0:18-cv-00205-JNE-DTS | Shulz, Shelley v. 3M Company et al | 10/16/2018 | 2/15/2019 | Bernstein Liebhard LLP |
| 0:18-cv-00670-JNE-DTS | Darwick, Robert v. 3M Company | 7/18/2018 | 8/10/2018<br>9/17/2018<br>10/12/2018<br>11/9/2018<br>12/14/2018<br>1/11/2019<br>2/15/2019 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A |

Yellow highlighting indicates that the case was previously listed per PTO 14 (Dkt. No. 117).
Pink highlightig Indicates that the case is subject to Defendants' Pending Motion to Dismiss.


EXHIBIT A

Defendants' PFS List 3: Core Deficiencies Remained Following Notice and Response
(Updated April 9, 2019)

| Case Number | Title | Final Deficiency Sent | Prior Listing | Firm Name |
|---|---|---|---|---|
| 0:18-cv-00852-JNE-DTS | Villafranco, Leonard v. 3M Company et al | 8/7/2018 | 11/9/2018<br>12/14/2018<br>1/11/2019<br>2/15/2019<br>3/15/2019 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A |
| 0:18-cv-01051-JNE-DTS | Johnson, Alvin v. 3M Company | 11/15/2018 | 12/14/2018<br>1/11/2019<br>2/15/2019<br>3/15/2019 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A |
| 0:18-cv-01103-JNE-DTS | Tedford, Louise v. 3M Company | 8/17/2018 | 11/9/2018<br>12/14/2018<br>1/11/2019<br>2/15/2019<br>3/15/2019 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| 0:18-cv-01167-JNE-DTS | Eans, James v. 3M Company | 8/24/2018 | 11/9/2018<br>12/14/2018<br>1/11/2019<br>2/15/2019<br>3/15/2019 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| 0:18-cv-01169-JNE-DTS | Gregory, Janice v. 3M Company | 12/3/2018 | 2/15/2019<br>3/15/2019 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| 18-cv-01654-JNE-DTS | Terrell, Elizabeth v. 3M Company et al | 10/11/2018 | 12/14/2018<br>1/11/2019<br>2/15/2019<br>3/15/2019 | Morris Law Firm |
| 0:15-cv-03950-JNE-DTS | LeBlanc, John (Shirley Thibodeaux) v. 3M Company et al | 10/8/2018 | 12/14/2018<br>1/11/2019<br>2/15/2019<br>3/15/2019 | Law Offices of Travis Walker, PA |
| 0:17-cv-00712-JNE-DTS | Haladay, Jeffrey (OBO Harold Owens) v. 3M Company | 8/3/2018 | 11/9/2018<br>12/14/2018<br>1/11/2019<br>2/15/2019 | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| 0:17-cv-03573-JNE-DTS | Parker, Lloyd v. 3M Company et al | 10/11/2018 | 1/11/2019<br>2/15/2019<br>3/15/2019 | Bernstein Liebhard LLP |
| 0:17-cv-04476-JNE-DTS | Holstine, Rachel v. 3M Company et al | 9/12/2018 | 12/14/2018<br>1/11/2019<br>2/15/2019<br>3/15/2019 | Bernstein Liebhard LLP |

Yellow highlighting indicates that the case was previously listed per PTO 14 (Dkt. No. 117).
Pink highlightig Indicates that the case is subject to Defendants' Pending Motion to Dismiss (Dkt. No. 1828).