# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION

MDL No. 15-2666 (JNE/DTS)

This Document Relates to:
16-cv-00521 *(Villafranco v. 3M Co., et al.)*

## L.R 7.1(f) WORD COUNT COMPLIANCE CERTIFICATE REGARDING PLAINTIFF LEONARD VILLAFRANCO'S RESPONSE TO DEFENDAN'TS OPPOSITION FOR MOTION FOR RELIEF FROM JUDGMENT

This brief complies with the word limitation of LR 7.1(f) because this brief contains 1,878 words, including all text, headings, footnotes, and quotations, other than the parts of the brief exempted by LR 7.1(f). This brief was prepared using Microsoft Office Word 365.

This brief complies with the type size requirements of LR 7.1 (h) because this brief has been prepared using at least font size 13, is double-spaced (except for headings, footnotes and quotations that exceed two lines) and is submitted on 8 1/2" by 11" paper with at least one inch of margins on all four sides.

Dated: June 20, 2019

The Law Offices of Travis R. Walker, P.A.
**/s/** Travis R. Walker

Travis R. Walker
Florida Bar No.: 036693
1235 SE Indian Street, Suite 101
Stuart, Florida 34997
Tel 772-708-0952
Fax 772-673-3738
Email service@traviswalkerlaw.com
ATTORNEY FOR PLAINTIFF