UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/DTS) |
| This Document Relates To: | **AMENDED NOTICE OF HEARING ON DEFENDANTS' MOTION FOR A PERMANENT INJUNCTION BARRING PLAINTIFF JOHN PETITTA FROM RELITIGATING HIS CLAIMS IN STATE COURT** |
| *Petitta v. 3M Co.,* 16-cv-3878 | |

PLEASE TAKE NOTICE THAT on August 15, 2019 at 9:30am, before the Honorable Joan N. Ericksen, United States District Court, 12W U.S. Courthouse, 300 South Fourth Street, Minneapolis, MN 55415, Defendants 3M Company and Arizant Healthcare, Inc. will respectfully move the Court for an order for a Permanent Injunction barring Plaintiff from Relitigating his Claims in State Court.

Dated: June 21, 2019                                       Respectfully submitted,

*s/Benjamin W. Hulse*
Jerry W. Blackwell (MN #186867)
Benjamin W. Hulse (MN #0390952)
Mary S. Young (MN #0392781)
BLACKWELL BURKE P.A.
431 South Seventh Street
Suite 2500
Minneapolis, MN 55415
Phone: (612) 343-3248
Fax: (612) 343-3205
Email: blackwell@blackwellburke.com
           bhulse@blackwellburke.com
           myoung@blackwellburke.com

**Counsel for Defendants 3M Company and Arizant Healthcare Inc.**