

Benjamin W. Hulse  
Direct Dial: 612-343-3256  
E-Mail: bhulse@blackwellburke.com

June 21, 2019

<u>**VIA ECF**</u>

The Honorable Joan N. Ericksen  
District Judge, District of Minnesota  
United States District Court  
12W U.S. Courthouse  
300 South Fourth Street  
Minneapolis, MN  55415

RE:   *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*  
        MDL No. 15-2666-JNE-DTS

Dear Judge Ericksen:

I am writing to further update the Court on Defendants' Nineteenth Motion to Dismiss for Failure to Comply with Pretrial Order No. 14 (Dkt. No. 1933). This Motion concerns PFS deficiencies.

In addition to the cases previously listed, Plaintiffs in *Turner v. 3M Co.,* (No. 16-cv-00521), *Chiavaroli v. 3M Co., et al.* (No. 18-cv-02914), *Milioto v. 3M Co., et al.* (No. 18-cv-03328), *McAlister v. 3M Co., et al.* (No. 18-cv-03329), *Brown v. 3M Co., et al.* (No. 18-cv-03330), *Drake v. 3M Co., et al.* (No. 18-cv-03332), and *Bowden v. 3M Co., et al.* (No. 18-cv-03368) submitted an original PFS or supplemented their PFS responses after the Motion was filed. Following discussions between the parties' counsel, Defendants will no longer be seeking dismissal of these cases as part of this Motion.

For the Court's reference, attached as Exhibit "A" is a list of all cases originally subject to Defendants' Motion indicating which of these cases remain at issue.

Sincerely,

*s/Benjamin W. Hulse*

Benjamin W. Hulse

# EXHIBIT A

## DEFENDANTS' NINETEENTH MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRETRIAL ORDER NO. 14

**Cases Still at Issue**

18-cv-00758 *(Butler v. 3M Co., et al.)*
18-cv-01456 *(Manheim v. 3M Co., et al.)*
18-cv-01654 *(Terrell v. 3M Co., et al.)*
18-cv-01768 *(Lamb v. 3M Co.)*
18-cv-01833 *(Mussachia v. 3M Co.)*
18-cv-02014 *(Johnson v. 3M Co., et al.)*
18-cv-02082 *(English v. 3M Co., et al.)*
18-cv-02168 *(Krzeminski v. 3M Co., et al.)*
18-cv-02439 *(Peck v. 3M Co., et al.)*
18-cv-02469 *(Monroe v. 3M Co.)*
18-cv-02540 *(Ritzler v. 3M Co.)*
18-cv-02548 *(Jones, Terry v. 3M Co., et al.)*
18-cv-02938 *(Albert, Jr. v. 3M Co., et al.)*
18-cv-03011 *(Jones, Tyrone v. 3M Co., et al.)*
18-cv-03322 *(Melancon, et al. v. 3M Co., et al.)*
18-cv-03323 *(Thompson v. 3M Co., et al.)*
19-cv-00020 *(Holmes v. 3M Co., et al.)*

**Cases No Longer at Issue**

16-cv-00521 *(Turner v. 3M Co.)*
17-cv-01195 *(Edmunds v. 3M Co., et al.)*
18-cv-01007 *(Sweezy v. 3M Co., et al.)*
18-cv-01832 *(McCray v. 3M Co.)*
18-cv-02042 *(Buddin v. 3M Co., et al.)*
18-cv-02740 *(Morgan v. 3M Co., et al.)*
18-cv-02861 *(Marshall v. 3M Co., et al.)*
18-cv-02914 *(Chiavaroli v. 3M Co. et al.)*
18-cv-02926 *(O'Donnell v. 3M Co., et al.)*
18-cv-03328 *(Milioto v. 3M Co., et al.)*
18-cv-03329 *(McAlister v. 3M Co., et al.)*
18-cv-03330 *(Brown v. 3M Co., et al.)*
18-cv-03332 *(Drake v. 3M Co., et al.)*
18-cv-03368 *(Bowden v. 3M Co., et al.)*
19-cv-00011 *(Cruz v. 3M Co., et al.)*