UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | MDL No. 15-2666 (JNE/DTS) |
| This Document Relates to:<br>Case Nos.:<br>18-cv-00758 *(Butler v. 3M Co., et al.)*<br>18-cv-01456 *(Manheim v. 3M Co., et al.)*<br>18-cv-01654 *(Terrell v. 3M Co., et al.)*<br>18-cv-01768 *(Lamb v. 3M Co.)*<br>18-cv-01833 *(Mussachia v. 3M Co.)*<br>18-cv-02014 *(Johnson v. 3M Co., et al.)*<br>18-cv-02082 *(English v. 3M Co., et al.)*<br>18-cv-02168 *(Krzeminski v. 3M Co., et al.)*<br>18-cv-02439 *(Peck v. 3M Co., et al.)*<br>18-cv-02469 *(Monroe v. 3M Co.)*<br>18-cv-02540 *(Ritzler v. 3M Co.)*<br>18-cv-02548 *(Jones, Terry v. 3M Co., et al.)*<br>18-cv-02938 *(Albert, Jr. v. 3M Co., et al.)*<br>18-cv-03011 *(Jones, Tyrone v. 3M Co., et al.)*<br>18-cv-03322 *(Melancon, et al. v. 3M Co., et al.)*<br>18-cv-03323 *(Thompson v. 3M Co., et al.)*<br>19-cv-00020 *(Holmes v. 3M Co., et al.)* | **AMENDED NOTICE OF HEARING ON DEFENDANTS' NINETEENTH MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRETRIAL ORDER NO. 14** |

PLEASE TAKE NOTICE that on August 15, 2019 at 9:30 a.m., before the Honorable Joan N. Ericksen, United States District Court, 12W U.S. Courthouse, 300 South Fourth Street, Minneapolis, MN 55415, Defendants 3M Company and Arizant Healthcare Inc. will respectfully move the Court to enter an order dismissing the following Plaintiffs' cases for failure to comply with the Court's Pretrial Order No. 14, entered September 27, 2016:

| Case Number | Plaintiff | Firm Name |
| --- | --- | --- |
| 0:18-cv-00758-JNE-DTS | Butler | Fears Nachawati, PLLC |
| 0:18-cv-01456-JNE-DTS | Manheim | Morris Law Firm |
| 0:18-cv-01654-JNE-DTS | Terrell | Morris Law Firm |
| 0:18-cv-01768-JNE-DTS | Lamb | Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, P.A. |
| 0:18-cv-01833-JNE-DTS | Mussachia | Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, P.A. |
| 0:18-cv-02014-JNE-DTS | Johnson | Bernstein Liebhard LLP |
| 0:18-cv-02082-JNE-DTS | English | Kennedy Hodges, LLP |
| 0:18-cv-02168-JNE-DTS | Krzeminski | Brown & Crouppen, PC |
| 0:18-cv-02439-JNE-DTS | Peck | DeGaris & Rogers, LLC |
| 0:18-cv-02469-JNE-DTS | Monroe | Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, P.A. |
| 0:18-cv-02540-JNE-DTS | Ritzler | Levin, Papantonio, Thomas, Mitchell, Rafferty, & Proctor, P.A. |
| 0:18-cv-02548-JNE-DTS | Jones, Terry | DeGaris & Rogers, LLC |
| 0:18-cv-02938-JNE-DTS | Albert, Jr. | Kennedy Hodges, LLP |
| 0:18-cv-03011-JNE-DTS | Jones, Tyrone | The Miller Firm, LLC |
| 0:18-cv-03322-JNE-DTS | Melancon | Fears Nachawati, PLLC |
| 0:18-cv-03323-JNE-DTS | Thompson | Fears Nachawati, PLLC |
| 0:19-cv-00020-JNE-DTS | Holmes | Meshbesher & Spence, Ltd. |

Dated: June 24, 2019                           Respectfully submitted,


                                               *s/Benjamin W. Hulse*
                                               Benjamin W. Hulse (MN #0390952)
                                               **Attorney for Defendants 3M Company
                                               and Arizant Healthcare Inc.**
                                               BLACKWELL BURKE P.A.
                                               431 South Seventh Street, Suite 2500
                                               Minneapolis, MN 55415
                                               Phone: (612) 343-3200
                                               Fax: (612) 343-3205
                                               Email: bhulse@blackwellburke.com