# Exhibit A

| Case No. | Pl. Last Name | Pl. First Name | Date of Index Surgery | Date of Case Filing |
|---|---|---|---|---|
| 0:16-cv-02088-JNE-DTS | Duncan | William | 6/16/2010 | 6/23/2016 |
| 0:16-cv-02125-JNE-DTS | Milam | Jeffie | 4/1/2009 | 6/24/2016 |
| 0:16-cv-02155-JNE-DTS | Davis | Patricia | 2/23/2007 | 6/24/2016 |
| 0:16-cv-02298-JNE-DTS | Dandrea | Mario | 2/23/2010 | 7/1/2016 |
| 0:16-cv-02386-JNE-DTS | Hall | Claudia | 7/9/2009 | 7/11/2016 |
| 0:16-cv-02428-JNE-DTS | King Jr | Walter | 6/23/2008 | 7/15/2016 |
| 0:16-cv-02460-JNE-DTS | Scruggs | Jimmy | 4/9/2010 | 7/19/2016 |
| 0:16-cv-02486-JNE-DTS | Canup | Lois | 2/26/2009 | 7/21/2016 |
| 0:16-cv-02911-JNE-DTS | Snider | Janice | 4/26/2010 | 8/29/2016 |
| 0:17-cv-00427-JNE-DTS | Roysdon | Windle | 8/19/2010 | 2/8/2017 |
| 0:17-cv-00465-JNE-DTS | Varner | Stephen | 9/8/2008 | 9/29/2016 |
| 0:17-cv-00616-JNE-DTS | Brown | Alfred | 12/10/2009 | 2/27/2017 |
| 0:17-cv-02309-JNE-DTS | Smith | Barbara | 3/1/2005 | 6/27/2017 |
| 0:17-cv-02386-JNE-DTS | Krippendorf | Donald | 4/13/2011 | 6/29/2017 |
| 0:17-cv-04313-JNE-DTS | McNease | Janet | 8/22/2011 | 9/19/2017 |
| 0:17-cv-04394-JNE-DTS | Bigsby-Fritz | Debra | 3/10/2011 | 9/26/2017 |
| 0:17-cv-04845-JNE-DTS | Murray | Danny | 7/15/2011 | 10/25/2017 |
| 0:17-cv-04999-JNE-DTS | Carpenter | Willie | 7/31/2008 | 11/2/2017 |
| 0:18-cv-02750-JNE-DTS | Hicks | Mildora | 5/31/2012 | 9/25/2018 |
| 0:18-cv-03372-JNE-DTS | Whitaker | Melisa | 8/22/2012 | 12/12/2018 |