# Exhibit A

| Case No. | Pl. Last Name | Pl. First Name | Date of Index Surgery |
|---|---|---|---|
| 0:17-cv-01184-JNE-DTS | Enz | Martha | 7/21/2006 |
| 0:17-cv-01516-JNE-DTS | Lawson | Albert | 11/11/2004 |
| 0:17-cv-01617-JNE-DTS | Pilger | Catherine | 8/31/2004 |
| 0:17-cv-02416-JNE-DTS | Davis | Betty | 5/23/2005 |
| 0:17-cv-03214-JNE-DTS | Johnson | Darline M | 6/16/2005 |
| 0:17-cv-03993-JNE-DTS | Hughes | Clifford | 4/7/2006 |
| 0:17-cv-04252-JNE-DTS | Kenny | Charles | 7/19/2007 |
| 0:17-cv-04469-JNE-DTS | Swanson | Colleen | 4/10/2007 |
| 0:17-cv-04484-JNE-DTS | White | Bessie | 7/14/2005 |
| 0:17-cv-04904-JNE-DTS | Luketich | Richard | 1/10/2007 |
| 0:18-cv-00151-JNE-DTS | Russell | Janice | 2/15/2005 |

| Date of Case Filing |
|---|
| 4/17/2017 |
| 5/9/2017 |
| 5/16/2017 |
| 6/30/2017 |
| 12/13/2016 |
| 8/28/2017 |
| 9/14/2017 |
| 9/28/2017 |
| 9/29/2017 |
| 10/27/2017 |
| 1/22/2018 |