# Exhibit A

| Case No. | Pl. Last Name | Pl. First Name | Date of Index Surgery | Date of Case Filing |
|---|---|---|---|---|
| 0:17-cv-02058-JNE-DTS | Balbach | William | 1/24/2007 | 6/14/2017 |
| 0:17-cv-02760-JNE-DTS | Green | Irma | 7/18/2005 | 7/11/2017 |
| 0:17-cv-03314-JNE-DTS | Johnson | Darren V. | 1/23/2006 | 7/25/2017 |
| 0:17-cv-03412-JNE-DTS | Quesinberry | Geraldine | 7/19/2005 | 7/27/2017 |
| 0:17-cv-03646-JNE-DTS | Benjamin | John R. | 11/13/2006 | 8/9/2017 |
| 0:17-cv-04750-JNE-DTS | Babb | Douglas | 7/5/2006 | 10/20/2017 |
| 0:17-cv-05381-JNE-DTS | Bentson | Gary R. | 3/9/2005 | 12/7/2017 |
| 0:18-cv-00049-JNE-DTS | Rommer | Robert | 11/12/2007 | 1/5/2018 |