# Exhibit A

| Case No. | Pl. Last Name | Pl. First Name | Date of Index Surgery | Date of Case Filing |
|---|---|---|---|---|
| 0:17-cv-02270-JNE-DTS | Clinkenbeard | Philip | 7/11/2006 | 6/26/2017 |
| 0:17-cv-02603-JNE-DTS | Frantz | William R | 9/19/2005 | 7/7/2017 |
| 0:17-cv-02634-JNE-DTS | Harris | Wanda | 3/28/2005 | 7/7/2017 |
| 0:17-cv-02685-JNE-DTS | Daniels Sr | John H | 3/9/2007 | 7/10/2017 |
| 0:17-cv-02845-JNE-DTS | Weeks | Sheryl | 4/11/2007 | 7/13/2017 |
| 0:17-cv-02846-JNE-DTS | Task | William | 1/10/2006 | 7/13/2017 |
| 0:17-cv-02942-JNE-DTS | Harp | John W | 11/17/2003 | 7/14/2017 |
| 0:17-cv-04413-JNE-DTS | Kasson | Julie | 3/19/2007 | 9/27/2017 |
| 0:17-cv-05531-JNE-DTS | Morris | Larry | 7/27/2007 | 12/21/2017 |
| 0:18-cv-02307-JNE-DTS | King | Terry | 3/11/2008 | 8/7/2018 |