# Exhibit A

| Case No. | Pl. Last Name | Pl. First Name | Date of Index Surgery | Date of Case Filing |
|---|---|---|---|---|
| 0:17-cv-02733-JNE-DTS | Wilkins | Roy | 1/1/2004 disputed | 7/11/2017 disputed |
| 0:17-cv-02970-JNE-DTS | Moore | Howard | 1/1/2006 disputed | 7/16/2017 disputed |
| 0:17-cv-02984-JNE-DTS | Campbell | Kenneth | 12/6/2005 | 7/17/2017 |
| 0:17-cv-04302-JNE-DTS | Tilley | William | 2/23/2005 | 9/19/2017 |
| 0:18-cv-01117-JNE-DTS | Tisdale | Ruth B. | 5/6/2002 | 4/25/2018 |
| 0:18-cv-01614-JNE-DTS | Fitton | Irma | 9/27/2007 | 6/9/2018 |
| 0:18-cv-01774-JNE-DTS | Carpenter | Daisy | 6/8/2009 disputed | 6/28/2018 |
| 0:18-cv-01887-JNE-DTS | Woody | Richard | 4/10/2007 | 7/6/2018 |
| 0:18-cv-01918-JNE-DTS | Davis | Karen | 5/5/2009 | 7/9/2018 |
| 0:18-cv-01950-JNE-DTS | Payne | Ernest | 7/28/2009 | 7/12/2018 |
| 0:18-cv-01999-JNE-DTS | Hobbins | Lisa | 6/23/2006 | 7/16/2018 |
| 0:18-cv-02010-JNE-DTS | Barham | Phyllis | 3/8/2007 | 7/17/2018 |
| 0:18-cv-02118-JNE-DTS | Yelverton | Annie W. | 1/23/2009 | 7/24/2018 |
| 0:18-cv-02179-JNE-DTS | Yankovich | Brian | 6/1/2009 | 7/26/2018 |
| 0:18-cv-02186-JNE-DTS | Morrison | Richard | 7/26/2005 | 7/26/2018 |
| 0:18-cv-02215-JNE-DTS | Whitfield | John | 1/13/2009 | 7/30/2018 |
| 0:18-cv-02306-JNE-DTS | James | Linda | 2/22/2005 | 8/7/2018 |
| 0:18-cv-02391-JNE-DTS | Vonville | Natalie | 8/26/2009 | 8/15/2018 |
| 0:18-cv-03384-JNE-DTS | Hawkins | Deana | 7/28/2008 | 12/12/2018 |