# Exhibit B

| "Bucket 1" Cases - Filing outside the statute of repose period based on date of index surgery (CT, FL, GA, IL, IN, IA, KS, NC, OH, TN, TX, and WI) | | | | | | | **Plaintiffs' Response to Dates** | **Plaintiffs Response to Application of SOR** |
|---|---|---|---|---|---|---|---|---|
| Case No. | Plaintiffs' Last Name | Plaintiffs' First Name | State of Surgery | Date of Surgery | Date of Case Filing | Plaintiffs' Counsel's Firm | | |
| 0:16-cv-02088-JNE-DTS | Duncan | William | Tennessee | 6/16/2010 | 6/23/2016 | Skikos Crawford Skikos & Joseph | Agree with dates 3M listed. | Less than 10 years between index and filing. Tennessee – 6/10 years T.C.A. § 29-28-103 Plaintiffs note their agreement to using 10 year SOR for purposes of this exercise is predicated in part on Defendants' representation that the relevant index surgery will be the triggering event for Tennessee. |
| 0:16-cv-02125-JNE-DTS | Milam | Jeffie | Tennessee | 4/1/2009 | 6/24/2016 | Kennedy Hodges, LLP | Agree with dates 3M listed. | Less than 10 years between index and filing. |
| 0:16-cv-02155-JNE-DTS | Davis | Patricia L. | Tennessee | 2/23/2007 | 6/24/2016 | Kennedy Hodges, L.L.P. | Agree with dates 3M listed. | Less than 10 years between index and filing. |
| 0:16-cv-02298-JNE-DTS | Dandrea | Mario | Tennessee | 2/23/2010 | 7/1/2016 | Levin, Papantonio, Thomas, Mitchell, Rafferty, Proctor P.A. | Agree with dates 3M listed. | Less than 10 years between index and filing. |
| 0:16-cv-02386-JNE-DTS | Hall | Claudia J. | Tennessee | 7/9/2009 | 7/11/2016 | Miller Firm LLC | Agree with dates 3M listed. | Less than 10 years between index and filing. |
| 0:16-cv-02428-JNE-DTS | King Jr | Walter H | Tennessee | 6/23/2008 | 7/15/2016 | Kennedy Hodges | Agree with dates 3M listed. | Less than 10 years between index and filing. |
| 0:16-cv-02460-JNE-DTS | Scruggs | Jimmy L. | Tennessee | 4/9/2010 | 7/19/2016 | Lockridge, Grindal | | Less than 10 years between index and filing. |
| 0:16-cv-02486-JNE-DTS | Canup | Lois A. | Tennessee | 2/26/2009 | 7/21/2016 | Kennedy Hodges | Agree with dates 3M listed. | Less than 10 years between index and filing. |
| 0:16-cv-02911-JNE-DTS | Snider | Janice | Tennessee | 4/26/2010 | 8/29/2016 | Gustafson Gluek | Agree with dates 3M listed. | Less than 10 years between index and filing. |
| 0:17-cv-00427-JNE-DTS | Roysdon | Windle R. | Tennessee | 8/19/2010 | 2/8/2017 | Murray Law Firm | Sugject surgery was a revision performed on 11/11/11. | Less than 10 years between index and filing. |
| 0:17-cv-00465-JNE-DTS | Varner | Stephen E. | Tennessee | 9/8/2008 | 9/29/2016 | Brown & Crouppen | Agree with dates 3M listed. | Less than 10 years between index and filing. |
| 0:17-cv-00616-JNE-DTS | Brown | Alfred | Tennessee | 12/10/2009 | 2/27/2017 | Brown & Crouppen | Agree with dates 3M listed. | Less than 10 years between index and filing. |
| 0:17-cv-01184-JNE-DTS | Enz | Martha | Illinois | 7/21/2006 | 4/17/2017 | Brown & Crouppen | Agree with dates 3M listed. | SOR unconstitional in products liability actions. See Best v. Taylor Mach. Works., 689 N.E.2d 1057 (Ill. 1997) |

| Case Number | Last Name | First Name | State | Implant Date | Filing Date | Firm | Plaintiff Response | 3M Notes |
|---|---|---|---|---|---|---|---|---|
| 0:17-cv-01516-JNE-DTS | Lawson | Albert | Illinois | 11/11/2004 | 5/9/2017 | Brown & Crouppen | Agree with dates 3M listed. | SOR unconstitional in products liability actions. See Best v. Taylor Mach. Works., 689 N.E.2d 1057 (Ill. 1997) |
| 0:17-cv-01617-JNE-DTS | Pilger | Catherine | Illinois | 8/31/2004 | 5/16/2017 | Brown & Crouppen | Agree with dates 3M listed. | SOR unconstitional in products liability actions. See Best v. Taylor Mach. Works., 689 N.E.2d 1057 (Ill. 1997) |
| 0:17-cv-01737-JNE-DTS | Peacock, Jr. | Claude | Ohio | 9/22/2006 | 5/24/2017 | Brown & Crouppen | Agree with dates 3M listed. | Ohio – 10 years O.R.C. § 2305.10(C)(1). Should use 12 years, instead of 10 years, to avoid this exception in the SOR statute. "However, if the cause of action accrues in years 9 or 10, the action may be commenced within 2 years after the action accrues." |
| 0:17-cv-02058-JNE-DTS | Balbach | William | Georgia | 1/24/2007 | 6/14/2017 | Pendley, Baudin | Agree with dates 3M listed. | Negligent failure to warn is a recgonized exemption to the Georgia SOR; as is willful negligence, which Mr. Balback has asserted against 3M.  Georgia – 10 years O.C.G.A. § 51-1-11(b)(2) Should not be included, as this SOR expressly does not affect failure to warn claims. Given all Georgia cases have asserted failure to warn, using the SOR to dispose of some claims would never dispose of an entire case in the MDL, Plaintiffs respectfully submit it is inappropriate to use an SOR in Georgia for this exercise. |

| Case Number | Last Name | First Name | State | Index Date | Filing Date | Firm | Agreement | Notes |
|---|---|---|---|---|---|---|---|---|
| 0:17-cv-02270-JNE-DTS | Clinkenbeard | Philip | Kansas | 7/11/2006 | 6/26/2017 | Brown & Crouppen | Agree with dates 3M listed. | Kansas – 10 years, K.S.A. 60-513, Statute of repose does not apply to latent harms, which would include infections from the use of a Bair Hugger device. |
| 0:17-cv-02309-JNE-DTS | Smith | Barbara J. | Tennessee | 3/1/2005 | 6/27/2017 | Brown & Crouppen | Agree with dates 3M listed. | Less than 10 years between index and filing. Tennessee – 6/10 years T.C.A. § 29-28-103 Plaintiffs note their agreement to using 10 year SOR for purposes of this exercise is predicated in part on Defendants' representation that the relevant index surgery will be the triggering event for Tennessee. |
| 0:17-cv-02386-JNE-DTS | Krippendorf | Donald | Tennessee | 4/13/2011 | 6/29/2017 | Brown & Crouppen | Agree with dates 3M listed. | Less than 10 years between index and filing. Tennessee – 6/10 years T.C.A. § 29-28-103 Plaintiffs note their agreement to using 10 year SOR for purposes of this exercise is predicated in part on Defendants' representation that the relevant index surgery will be the triggering event for Tennessee. |
| 0:17-cv-02416-JNE-DTS | Davis | Betty | Illinois | 5/23/2005 | 6/30/2017 | Brown & Crouppen | Agree with dates 3M listed. | SOR unconstitional in products liability actions. See Best v. Taylor Mach. Works., 689 N.E.2d 1057 (Ill. 1997) |

| Case Number | Last Name | First Name | State | DOB | Filed | Firm | Notes | Statute |
|---|---|---|---|---|---|---|---|---|
| 0:17-cv-02490-JNE-DTS | DeMougin | Nancy A. | Indiana | 2/7/2007 | 7/5/2017 | Brown & Crouppen | Agree with dates 3M listed. | Indiana – 10 years, I.C. § 34-20-3-1, Should use 12 years, instead of 10 years, to avoid this exception in the SOR statute. "However, if the cause of action accrues in years 9 or 10, the action may be commenced within 2 years after the action accrues." |
| 0:17-cv-02560-JNE-DTS | Zuniga | Vicente | Ohio | 8/13/2004 | 7/6/2017 | Brown & Crouppen | Agree with dates 3M listed. | Ohio – 10 years, O.R.C. § 2305.10(C)(1) Should use 12 years, instead of 10 years, to avoid this exception in the SOR statute. "However, if the cause of action accrues in years 9 or 10, the action may be commenced within 2 years after the action accrues." |
| 0:17-cv-02603-JNE-DTS | Frantz | William R | Kansas | 9/19/2005 | 7/7/2017 | Brown & Crouppen | Case was filed 12/23/2016 | Kansas – 10 years, K.S.A. 60-513, Statute of repose does not apply to latent harms, which would include infections from the use of a Bair Hugger device. |
| 0:17-cv-02633-JNE-DTS | Davis | Kenneth | Indiana | 11/7/2005 | 7/7/2017 | Kennedy Hodges | Agree with dates 3M listed. | Indiana – 10 years, I.C. § 34-20-3-1, Should use 12 years, instead of 10 years, to avoid this exception in the SOR statute. "However, if the cause of action accrues in years 9 or 10, the action may be commenced within 2 years after the action accrues." |
| 0:17-cv-02634-JNE-DTS | Harris | Wanda | Kansas | 3/28/2005 | 7/7/2017 | Brown & Crouppen | Agree with dates 3M listed. | Kansas – 10 years, K.S.A. 60-513, Statute of repose does not apply to latent harms, which would include infections from the use of a Bair Hugger device. |

| Case Number | Last Name | First Name | State | Date 1 | Date 2 | Firm | Notes | SOR |
|---|---|---|---|---|---|---|---|---|
| 0:17-cv-02685-JNE-DTS | Daniels Sr | John H | Kansas | 3/9/2007 | 7/10/2017 | Brown & Crouppen | Subject surgery was 3/28/07 | Kansas – 10 years, K.S.A. 60-513, Statute of repose does not apply to latent harms, which would include infections from the use of a Bair Hugger device. |
| 0:17-cv-02733-JNE-DTS | Wilkins | Roy | North Carolina | 1/1/2004 | 7/11/2017 | Brown & Crouppen | Subject surgery was 6/23/2009; case was filed 12/23/2016 | North Carolina – 6 years (if accrual before 10/1/09); 12 years (if accrual after 10/1/09), N.C. Gen. Stat. § 1-46.1, Plaintiffs note their agreement to the 12 year SOR for purposes of this exercise is predicated in part on Defendants' representation the 'date of initial purchase' will be any given plaintiff's index surgery. |
| 0:17-cv-02760-JNE-DTS | Green | Irma | Georgia | 7/18/2005 | 7/11/2017 | The Olinde Firm, LLC | Agree with dates 3M listed. | Georgia – 10 years, O.C.G.A. § 51-1-11(b)(2), Should not be included, as this SOR expressly does not affect failure to warn claims. Given all Georgia cases have asserted failure to warn, using the SOR to dispose of some claims would never dispose of an entire case in the MDL, Plaintiffs respectfully submit it is inappropriate to use an SOR in Georgia for this exercise. |
| 0:17-cv-02792-JNE-DTS | Sons | Mary | Indiana | 12/28/2005 | 7/12/2017 | Brown & Crouppen | Agree with dates 3M listed. | Indiana – 10 years, I.C. § 34-20-3-1, Should use 12 years, instead of 10 years, to avoid this exception in the SOR statute. "However, if the cause of action accrues in years 9 or 10, the action may be commenced within 2 years after the action accrues." |

| Case Number | Last Name | First Name | State | Date 1 | Date 2 | Firm | Agreement | Notes |
|---|---|---|---|---|---|---|---|---|
| 0:17-cv-02827-JNE-DTS | Hamilton | Danny | Ohio | 3/11/2005 | 7/12/2017 | Kennedy Hodges, L.L.P. | Agree with dates 3M listed. | Ohio – 10 years, O.R.C. § 2305.10(C)(1) Should use 12 years, instead of 10 years, to avoid this exception in the SOR statute. "However, if the cause of action accrues in years 9 or 10, the action may be commenced within 2 years after the action accrues." |
| 0:17-cv-02828-JNE-DTS | Wilson | Tom | Indiana | 8/24/2005 | 7/12/2017 | Kennedy Hodges, L.L.P. | Agree with dates 3M listed. | Indiana – 10 years, I.C. § 34-20-3-1, Should use 12 years, instead of 10 years, to avoid this exception in the SOR statute. "However, if the cause of action accrues in years 9 or 10, the action may be commenced within 2 years after the action accrues." |
| 0:17-cv-02845-JNE-DTS | Weeks | Sheryl | Kansas | 4/11/2007 | 7/13/2017 | Brown & Crouppen | Agree with dates 3M listed. | Kansas – 10 years, K.S.A. 60-513, Statute of repose does not apply to latent harms, which would include infections from the use of a Bair Hugger device. |
| 0:17-cv-02846-JNE-DTS | Task | William | Kansas | 1/10/2006 | 7/13/2017 | Brown & Crouppen | agree with dates 3M listed. | Kansas – 10 years, K.S.A. 60-513, Statute of repose does not apply to latent harms, which would include infections from the use of a Bair Hugger device. |
| 0:17-cv-02942-JNE-DTS | Harp | John W | Kansas | 11/17/2003 | 7/14/2017 | Brown & Crouppen | Agree with dates 3M listed. | Kansas – 10 years, K.S.A. 60-513, Statute of repose does not apply to latent harms, which would include infections from the use of a Bair Hugger device. |

| Case Number | Last Name | First Name | State | Date of Surgery | Date Filed | Firm | Notes | SOR |
|---|---|---|---|---|---|---|---|---|
| 0:17-cv-02950-JNE-DTS | Hipp | Donald | Ohio | 1/1/2004 | 7/14/2017 | Kennedy Hodges, L.L.P. | Date of surgery should be 7/9/04 | Ohio – 10 years, O.R.C. § 2305.10(C)(1) Should use 12 years, instead of 10 years, to avoid this exception in the SOR statute. "However, if the cause of action accrues in years 9 or 10, the action may be commenced within 2 years after the action accrues." |
| 0:17-cv-02970-JNE-DTS | Moore | Howard | North Carolina | 1/1/2006 | 7/16/2017 | Brown & Crouppen | Date of surgery should be 10/9/2006; case was filed 12/1/2016 | North Carolina – 6 years (if accrual before 10/1/09); 12 years (if accrual after 10/1/09), N.C. Gen. Stat. § 1-46.1, Plaintiffs note their agreement to the 12 year SOR for purposes of this exercise is predicated in part on Defendants' representation the 'date of initial purchase' will be any given plaintiff's index surgery. |
| 0:17-cv-02984-JNE-DTS | Campbell | Kenneth | North Carolina | 12/6/2005 | 7/17/2017 | Brown & Crouppen | Agree with dates 3M listed. | North Carolina – 6 years (if accrual before 10/1/09); 12 years (if accrual after 10/1/09), N.C. Gen. Stat. § 1-46.1, Plaintiffs note their agreement to the 12 year SOR for purposes of this exercise is predicated in part on Defendants' representation the 'date of initial purchase' will be any given plaintiff's index surgery. |
| 0:17-cv-02992-JNE-DTS | Luttrell | Ricky E. | Ohio | 10/11/2006 | 7/17/2017 | Kennedy Hodges, L.L.P. | Agree with dates 3M listed. | Ohio – 10 years, O.R.C. § 2305.10(C)(1) Should use 12 years, instead of 10 years, to avoid this exception in the SOR statute. "However, if the cause of action accrues in years 9 or 10, the action may be commenced within 2 years after the action accrues." |

| Case No. | Last Name | First Name | State | Date 1 | Date 2 | Firm | Notes | Comments |
|---|---|---|---|---|---|---|---|---|
| 0:17-cv-02996-JNE-DTS | Thompson | Billie | Ohio | 8/3/2005 | 7/17/2017 | Kennedy Hodges | Agree with dates 3M listed. | Ohio – 10 years, O.R.C. § 2305.10(C)(1) Should use 12 years, instead of 10 years, to avoid this exception in the SOR statute. "However, if the cause of action accrues in years 9 or 10, the action may be commenced within 2 years after the action accrues." |
| 0:17-cv-03117-JNE-DTS | Henry | Theodore L | Illinois | 2/12/2007 | 7/19/2017 | Brown & Crouppen | Case was filed 12/13/2016 | SOR unconstitutional in products liability actions. See Best v. Taylor Mach. Works., 689 N.E.2d 1057 (Ill. 1997) |
| 0:17-cv-03214-JNE-DTS | Johnson | Darline M | Illinois | 6/16/2005 | 7/21/2017 | Brown & Crouppen | Case was filed 12/13/2016 | SOR unconstitutional in products liability actions. See Best v. Taylor Mach. Works., 689 N.E.2d 1057 (Ill. 1997) |
| 0:17-cv-03314-JNE-DTS | Johnson | Darren V. | Georgia | 1/23/2006 | 7/25/2017 | Kennedy Hodges | Agree with dates 3M listed. | Georgia – 10 years, O.C.G.A. § 51-1-11(b)(2), Should not be included, as this SOR expressly does not affect failure to warn claims. Given all Georgia cases have asserted failure to warn, using the SOR to dispose of some claims would never dispose of an entire case in the MDL, Plaintiffs respectfully submit it is inappropriate to use an SOR in Georgia for this exercise. |

| Case No. | Last Name | First Name | State | Date 1 | Date 2 | Firm | 3M Note | Plaintiff Note |
|---|---|---|---|---|---|---|---|---|
| 0:17-cv-03412-JNE-DTS | Quesinberry | Geraldine | Georgia | 7/19/2005 | 7/27/2017 | Kennedy Hodges, L.L.P. | Agree with dates 3M listed. | Georgia – 10 years, O.C.G.A. § 51-1-11(b)(2), Should not be included, as this SOR expressly does not affect failure to warn claims. Given all Georgia cases have asserted failure to warn, using the SOR to dispose of some claims would never dispose of an entire case in the MDL, Plaintiffs respectfully submit it is inappropriate to use an SOR in Georgia for this exercise. |
| 0:17-cv-03646-JNE-DTS | Benjamin | John R. | Georgia | 11/13/2006 | 8/9/2017 | Kennedy Hodges | Agree with dates 3M listed. | Georgia – 10 years, O.C.G.A. § 51-1-11(b)(2), Should not be included, as this SOR expressly does not affect failure to warn claims. Given all Georgia cases have asserted failure to warn, using the SOR to dispose of some claims would never dispose of an entire case in the MDL, Plaintiffs respectfully submit it is inappropriate to use an SOR in Georgia for this exercise. |
| 0:17-cv-03993-JNE-DTS | Hughes | Clifford | Illinois | 4/7/2006 | 8/28/2017 | Brown & Crouppen | Agree with dates 3M listed. | SOR unconstitional in products liability actions. See Best v. Taylor Mach. Works., 689 N.E.2d 1057 (Ill. 1997) |
| 0:17-cv-04014-JNE-DTS | Haynes | Josephine | Ohio | 5/24/2007 | 8/29/2017 | Brown & Crouppen | Agree with dates 3M listed. | Ohio – 10 years, O.R.C. § 2305.10(C)(1) Should use 12 years, instead of 10 years, to avoid this exception in the SOR statute. "However, if the cause of action accrues in years 9 or 10, the action may be commenced within 2 years after the action accrues." |

| Case No. | Last Name | First Name | State | DOB | Filed | Firm | Notes | Comments |
|---|---|---|---|---|---|---|---|---|
| 0:17-cv-04088-JNE-DTS | Harris | Lawrence | Ohio | 6/18/2007 | 8/31/2017 | Kennedy Hodges, L.L.P. | Agree with dates 3M listed. | Ohio – 10 years, O.R.C. § 2305.10(C)(1) Should use 12 years, instead of 10 years, to avoid this exception in the SOR statute. "However, if the cause of action accrues in years 9 or 10, the action may be commenced within 2 years after the action accrues." |
| 0:17-cv-04104-JNE-DTS | Trice | Johnny | Ohio | 4/1/2004 | 9/1/2017 | Kennedy Hodges | Agree with dates 3M listed. | Ohio – 10 years, O.R.C. § 2305.10(C)(1) Should use 12 years, instead of 10 years, to avoid this exception in the SOR statute. "However, if the cause of action accrues in years 9 or 10, the action may be commenced within 2 years after the action accrues." |
| 0:17-cv-04162-JNE-DTS | Harrington | Elizabeth | Connecticut | 7/20/2004 | 9/7/2017 | Brown & Crouppen | Subject surgery was 12/6/2005 | Plaintiff in the process of trying to dismiss this case. |
| 0:17-cv-04231-JNE-DTS | Elbert | Diane | Indiana | 8/2/2006 | 9/13/2017 | Brown & Crouppen | Agree with dates 3M listed. | Indiana – 10 years, I.C. § 34-20-3-1, Should use 12 years, instead of 10 years, to avoid this exception in the SOR statute. "However, if the cause of action accrues in years 9 or 10, the action may be commenced within 2 years after the action accrues." |
| 0:17-cv-04252-JNE-DTS | Kenny | Charles | Illinois | 7/19/2007 | 9/14/2017 | Brown & Crouppen | Agree with dates 3M listed. | SOR unconstitional in products liability actions. See Best v. Taylor Mach. Works., 689 N.E.2d 1057 (Ill. 1997) |

| Case | Last Name | First Name | State | Date 1 | Date 2 | Firm | 3M Position | Plaintiff Position |
|---|---|---|---|---|---|---|---|---|
| 0:17-cv-04302-JNE-DTS | Tilley | William | North Carolina | 2/23/2005 | 9/19/2017 | The Olinde Firm, LLC | Agree with dates 3M listed. | North Carolina – 6 years (if accrual before 10/1/09); 12 years (if accrual after 10/1/09), N.C. Gen. Stat. § 1-46.1, Plaintiffs note their agreement to the 12 year SOR for purposes of this exercise is predicated in part on Defendants' representation the 'date of initial purchase' will be any given plaintiff's index surgery. |
| 0:17-cv-04313-JNE-DTS | McNease | Janet L. | Tennessee | 8/22/2011 | 9/19/2017 | Kirtland Packard | agree with dates 3M listed. | Less than 10 years between index and filing. |
| 0:17-cv-04394-JNE-DTS | Bigsby-Fritz | Debra | Tennessee | 3/10/2011 | 9/26/2017 | Skikos Crawford | Agree with dates 3M listed. | Less than 10 years between index and filing. |
| 0:17-cv-04413-JNE-DTS | Kasson | Julie | Kansas | 3/19/2007 | 9/27/2017 | Brown & Crouppen | Agree with dates 3M listed. | Kansas – 10 years, K.S.A. 60-513, Statute of repose does not apply to latent harms, which would include infections from the use of a Bair Hugger device. |
| 0:17-cv-04469-JNE-DTS | Swanson | Colleen | Illinois | 4/10/2007 | 9/28/2017 | Seth Webb | Agree with dates 3M listed. | SOR unconstitutional in products liability actions. See Best v. Taylor Mach. Works., 689 N.E.2d 1057 (Ill. 1997) |
| 0:17-cv-04484-JNE-DTS | White | Bessie L. | Illinois | 7/14/2005 | 9/29/2017 | Davis Crump | Agree with dates 3M listed. | SOR unconstitutional in products liability actions. See Best v. Taylor Mach. Works., 689 N.E.2d 1057 (Ill. 1997) |
| 0:17-cv-04653-JNE-DTS | Pepke | Russell | Ohio | 8/29/2006 | 10/12/2017 | Kennedy Hodges | Agree with dates 3M listed. | Ohio – 10 years, O.R.C. § 2305.10(C)(1) Should use 12 years, instead of 10 years, to avoid this exception in the SOR statute. "However, if the cause of action accrues in years 9 or 10, the action may be commenced within 2 years after the action accrues." |

| Case No. | Last Name | First Name | State | Index Date | Filing Date | Firm | Plaintiffs' Comment | 3M Comment |
|---|---|---|---|---|---|---|---|---|
| 0:17-cv-04733-JNE-DTS | Gardner | Vinna M. | Ohio | 12/1/2005 | 10/19/2017 | Brown & Crouppen | Subject surgery was 12/20/2005 | Ohio – 10 years, O.R.C. § 2305.10(C)(1) Should use 12 years, instead of 10 years, to avoid this exception in the SOR statute. "However, if the cause of action accrues in years 9 or 10, the action may be commenced within 2 years after the action accrues." |
| 0:17-cv-04750-JNE-DTS | Babb | Douglas | Georgia | 7/5/2006 | 10/20/2017 | Davis Crump | Agree with dates 3M listed. | Georgia – 10 years, O.C.G.A. § 51-1-11(b)(2), Should not be included, as this SOR expressly does not affect failure to warn claims. Given all Georgia cases have asserted failure to warn, using the SOR to dispose of some claims would never dispose of an entire case in the MDL, Plaintiffs respectfully submit it is inappropriate to use an SOR in Georgia for this exercise. |
| 0:17-cv-04845-JNE-DTS | Murray | Danny | Tennessee | 7/15/2011 | 10/25/2017 | Kirtland Packard | Agree with dates 3M listed. | Less than 10 years between index and filing. |
| 0:17-cv-04904-JNE-DTS | Luketich | Richard | Illinois | 1/10/2007 | 10/27/2017 | Kennedy Hodges, L.L.P. | Agree with dates 3M listed. | SOR unconstitional in products liability actions. See Best v. Taylor Mach. Works., 689 N.E.2d 1057 (Ill. 1997) |
| 0:17-cv-04999-JNE-DTS | Carpenter | Willie | Tennessee | 7/31/2008 | 11/2/2017 | Kennedy Hodges, L.L.P. | Agree with dates 3M listed. | Less than 10 years between index and filing. |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 0:17-cv-05381-JNE-DTS | Bentson | Gary R. | Georgia | 3/9/2005 | 12/7/2017 | Kennedy Hodges | Agree with dates 3M listed. | Georgia – 10 years, O.C.G.A. § 51-1-11(b)(2), Should not be included, as this SOR expressly does not affect failure to warn claims. Given all Georgia cases have asserted failure to warn, using the SOR to dispose of some claims would never dispose of an entire case in the MDL, Plaintiffs respectfully submit it is inappropriate to use an SOR in Georgia for this exercise. |
| 0:17-cv-05497-JNE-DTS | Conner | Marty | Ohio | 5/30/2007 | 12/20/2017 | Davis Crump, P.C | Agree with dates 3M listed. | Ohio – 10 years, O.R.C. § 2305.10(C)(1) Should use 12 years, instead of 10 years, to avoid this exception in the SOR statute. "However, if the cause of action accrues in years 9 or 10, the action may be commenced within 2 years after the action accrues." |
| 0:17-cv-05531-JNE-DTS | Morris | Larry | Kansas | 7/27/2007 | 12/21/2017 | Kennedy Hodges | Agree with dates 3M listed. | Kansas – 10 years, K.S.A. 60-513, Statute of repose does not apply to latent harms, which would include infections from the use of a Bair Hugger device. |
| 0:18-cv-00049-JNE-DTS | Rommer | Robert | Georgia | 11/12/2007 | 1/5/2018 | Kennedy Hodges | Agree with dates 3M listed. | Georgia – 10 years, O.C.G.A. § 51-1-11(b)(2), Should not be included, as this SOR expressly does not affect failure to warn claims. Given all Georgia cases have asserted failure to warn, using the SOR to dispose of some claims would never dispose of an entire case in the MDL, Plaintiffs respectfully submit it is inappropriate to use an SOR in Georgia for this exercise. |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 0:18-cv-00093-JNE-DTS | Ashley | Gearold Ruth | Ohio | 7/18/2005 | 1/12/2018 | Bernstein Liebhard LLP | agree with dates 3M listed. | Ohio – 10 years, O.R.C. § 2305.10(C)(1) Should use 12 years, instead of 10 years, to avoid this exception in the SOR statute. "However, if the cause of action accrues in years 9 or 10, the action may be commenced within 2 years after the action accrues." |
| 0:18-cv-00151-JNE-DTS | Russell | Janice | Illinois | 2/15/2005 | 1/22/2018 | Bernstein Liebhard LLP | Agree with dates 3M listed. | SOR unconstitutional in products liability actions. See Best v. Taylor Mach. Works., 689 N.E.2d 1057 (Ill. 1997) |
| 0:18-cv-01117-JNE-DTS | Tisdale | Ruth B. | North Carolina | 5/6/2002 | 4/25/2018 | Justinian & Associates | Agree with dates 3M listed. | North Carolina – 6 years (if accrual before 10/1/09); 12 years (if accrual after 10/1/09), N.C. Gen. Stat. § 1-46.1, Plaintiffs note their agreement to the 12 year SOR for purposes of this exercise is predicated in part on Defendants' representation the 'date of initial purchase' will be any given plaintiff's index surgery. |
| 0:18-cv-01614-JNE-DTS | Fitton | Irma | North Carolina | 9/27/2007 | 6/9/2018 | Kennedy Hodges, L.L.P. | Agree with dates 3M listed. | North Carolina – 6 years (if accrual before 10/1/09); 12 years (if accrual after 10/1/09), N.C. Gen. Stat. § 1-46.1, Plaintiffs note their agreement to the 12 year SOR for purposes of this exercise is predicated in part on Defendants' representation the 'date of initial purchase' will be any given plaintiff's index surgery. |

| Case | Last Name | First Name | State | Date 1 | Date 2 | Firm | Notes | SOL |
|---|---|---|---|---|---|---|---|---|
| 0:18-cv-01774-JNE-DTS | Carpenter | Daisy | North Carolina | 6/8/2009 | 6/28/2018 | Brown & Crouppen | BH exposure with infections following surgeries on 6/8/09 and 10/17/11 | North Carolina – 6 years (if accrual before 10/1/09); 12 years (if accrual after 10/1/09), N.C. Gen. Stat. § 1-46.1, Plaintiffs note their agreement to the 12 year SOR for purposes of this exercise is predicated in part on Defendants' representation the 'date of initial purchase' will be any given plaintiff's index surgery. |
| 0:18-cv-01887-JNE-DTS | Woody | Richard | North Carolina | 4/10/2007 | 7/6/2018 | Kennedy Hodges | Agree with dates 3M listed. | North Carolina – 6 years (if accrual before 10/1/09); 12 years (if accrual after 10/1/09), N.C. Gen. Stat. § 1-46.1, Plaintiffs note their agreement to the 12 year SOR for purposes of this exercise is predicated in part on Defendants' representation the 'date of initial purchase' will be any given plaintiff's index surgery. |
| 0:18-cv-01918-JNE-DTS | Davis | Karen | North Carolina | 5/5/2009 | 7/9/2018 | Brown & Crouppen | Agree with dates 3M listed. | North Carolina – 6 years (if accrual before 10/1/09); 12 years (if accrual after 10/1/09), N.C. Gen. Stat. § 1-46.1, Plaintiffs note their agreement to the 12 year SOR for purposes of this exercise is predicated in part on Defendants' representation the 'date of initial purchase' will be any given plaintiff's index surgery. |

| Case No. | Last Name | First Name | State | Date 1 | Date 2 | Firm | Plaintiffs' Note | SOR |
|---|---|---|---|---|---|---|---|---|
| 0:18-cv-01950-JNE-DTS | Payne | Ernest | North Carolina | 7/28/2009 | 7/12/2018 | Kennedy Hodges, L.L.P. | Agree with dates 3M listed. | North Carolina – 6 years (if accrual before 10/1/09); 12 years (if accrual after 10/1/09), N.C. Gen. Stat. § 1-46.1, Plaintiffs note their agreement to the 12 year SOR for purposes of this exercise is predicated in part on Defendants' representation the 'date of initial purchase' will be any given plaintiff's index surgery. |
| 0:18-cv-01999-JNE-DTS | Hobbins | Lisa | North Carolina | 6/23/2006 | 7/16/2018 | Kennedy Hodges, L.L.P. | Agree with dates 3M listed. | North Carolina – 6 years (if accrual before 10/1/09); 12 years (if accrual after 10/1/09), N.C. Gen. Stat. § 1-46.1, Plaintiffs note their agreement to the 12 year SOR for purposes of this exercise is predicated in part on Defendants' representation the 'date of initial purchase' will be any given plaintiff's index surgery. |
| 0:18-cv-02010-JNE-DTS | Barham | Phyllis | North Carolina | 3/8/2007 | 7/17/2018 | Brown & Crouppen | Agree with dates 3M listed. | North Carolina – 6 years (if accrual before 10/1/09); 12 years (if accrual after 10/1/09), N.C. Gen. Stat. § 1-46.1, Plaintiffs note their agreement to the 12 year SOR for purposes of this exercise is predicated in part on Defendants' representation the 'date of initial purchase' will be any given plaintiff's index surgery. |

| Case No. | Last Name | First Name | State | Date 1 | Date 2 | Firm | 3M Position | Plaintiff Position |
|---|---|---|---|---|---|---|---|---|
| 0:18-cv-02118-JNE-DTS | Yelverton | Annie W. | North Carolina | 1/23/2009 | 7/24/2018 | The Miller Firm LLC | Agree with dates 3M listed. | North Carolina – 6 years (if accrual before 10/1/09); 12 years (if accrual after 10/1/09), N.C. Gen. Stat. § 1-46.1, Plaintiffs note their agreement to the 12 year SOR for purposes of this exercise is predicated in part on Defendants' representation the 'date of initial purchase' will be any given plaintiff's index surgery. |
| 0:18-cv-02179-JNE-DTS | Yankovich | Brian | North Carolina | 6/1/2009 | 7/26/2018 | Kennedy Hodges | Agree with dates 3M listed. | North Carolina – 6 years (if accrual before 10/1/09); 12 years (if accrual after 10/1/09), N.C. Gen. Stat. § 1-46.1, Plaintiffs note their agreement to the 12 year SOR for purposes of this exercise is predicated in part on Defendants' representation the 'date of initial purchase' will be any given plaintiff's index surgery. |
| 0:18-cv-02186-JNE-DTS | Morrison | Richard | North Carolina | 7/26/2005 | 7/26/2018 | Brown & Crouppen | Agree with dates 3M listed. | North Carolina – 6 years (if accrual before 10/1/09); 12 years (if accrual after 10/1/09), N.C. Gen. Stat. § 1-46.1, Plaintiffs note their agreement to the 12 year SOR for purposes of this exercise is predicated in part on Defendants' representation the 'date of initial purchase' will be any given plaintiff's index surgery. |

| Case | Last Name | First Name | State | Date 1 | Date 2 | Firm | Plaintiff Note | SOR Note |
|---|---|---|---|---|---|---|---|---|
| 0:18-cv-02215-JNE-DTS | Whitfield | John | North Carolina | 1/13/2009 | 7/30/2018 | Kennedy Hodges | Agree with dates 3M listed. | North Carolina – 6 years (if accrual before 10/1/09); 12 years (if accrual after 10/1/09), N.C. Gen. Stat. § 1-46.1, Plaintiffs note their agreement to the 12 year SOR for purposes of this exercise is predicated in part on Defendants' representation the 'date of initial purchase' will be any given plaintiff's index surgery. |
| 0:18-cv-02306-JNE-DTS | James | Linda | North Carolina | 2/22/2005 | 8/7/2018 | Kennedy Hodges | Agree with dates 3M listed. | North Carolina – 6 years (if accrual before 10/1/09); 12 years (if accrual after 10/1/09), N.C. Gen. Stat. § 1-46.1, Plaintiffs note their agreement to the 12 year SOR for purposes of this exercise is predicated in part on Defendants' representation the 'date of initial purchase' will be any given plaintiff's index surgery. |
| 0:18-cv-02307-JNE-DTS | King | Terry | Kansas | 3/11/2008 | 8/7/2018 | Kennedy Hodges | Agree with dates 3M listed. | Kansas – 10 years, K.S.A. 60-513, Statute of repose does not apply to latent harms, which would include infections from the use of a Bair Hugger device. |
| 0:18-cv-02391-JNE-DTS | Vonville | Natalie | North Carolina | 8/26/2009 | 8/15/2018 | Kennedy Hodges, L.L.P. | Agree with dates 3M listed. | North Carolina – 6 years (if accrual before 10/1/09); 12 years (if accrual after 10/1/09), N.C. Gen. Stat. § 1-46.1, Plaintiffs note their agreement to the 12 year SOR for purposes of this exercise is predicated in part on Defendants' representation the 'date of initial purchase' will be any given plaintiff's index surgery. |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 0:18-cv-02750-JNE-DTS | Hicks | Mildora | Tennessee | 5/31/2012 | 9/25/2018 | Gustafson Gluek PLLC | Agree with dates 3M listed. | Less than 10 years between index and filing. Tennessee – 6/10 years T.C.A. § 29-28-103Plaintiffs note their agreement to using 10 year SOR for purposes of this exercise is predicated in part on Defendants' representation that the relevant index surgery will be the triggering event for Tennessee. |
| 0:18-cv-03372-JNE-DTS | Whitaker | Melisa | Tennessee | 8/22/2012 | 12/12/2018 | Skikos Crawford Skikos & Joseph | Agree with dates 3M listed. | Less than 10 years between index and filing. Tennessee – 6/10 years T.C.A. § 29-28-103Plaintiffs note their agreement to using 10 year SOR for purposes of this exercise is predicated in part on Defendants' representation that the relevant index surgery will be the triggering event for Tennessee. |
| 0:18-cv-03384-JNE-DTS | Hawkins | Deana | North Carolina | 7/28/2008 | 12/12/2018 | Justinian & Associates PLLC | Agree with dates 3M listed. | North Carolina – 6 years (if accrual before 10/1/09); 12 years (if accrual after 10/1/09), N.C. Gen. Stat. § 1-46.1, Plaintiffs note their agreement to the 12 year SOR for purposes of this exercise is predicated in part on Defendants' representation the 'date of initial purchase' will be any given plaintiff's index surgery. |