# Exhibit A

| Case No. | Pl. Last Name | Pl. First Name | Date of Index Surgery | Date of Case Filing |
|---|---|---|---|---|
| 0:17-cv-01737-JNE-DTS | Peacock | Claude | 9/22/2006 | 5/24/2017 |
| 0:17-cv-02560-JNE-DTS | Zuniga | Vicente | 8/13/2004 | 7/6/2017 |
| 0:17-cv-02827-JNE-DTS | Hamilton | Danny | 3/11/2005 | 7/12/2017 |
| 0:17-cv-02950-JNE-DTS | Hipp | Donald | 1/1/2004 | 7/14/2017 |
| 0:17-cv-02992-JNE-DTS | Luttrell | Ricky | 10/11/2006 | 7/17/2017 |
| 0:17-cv-02996-JNE-DTS | Thompson | Billie | 8/3/2005 | 7/17/2017 |
| 0:17-cv-04014-JNE-DTS | Haynes | Josephine | 5/24/2007 | 8/29/2017 |
| 0:17-cv-04088-JNE-DTS | Harris | Lawrence | 6/18/2007 | 8/31/2017 |
| 0:17-cv-04104-JNE-DTS | Trice | Johnny | 4/1/2004 | 9/1/2017 |
| 0:17-cv-04653-JNE-DTS | Pepke | Russell | 8/29/2006 | 10/12/2017 |
| 0:17-cv-04733-JNE-DTS | Gardner | Vinna | 12/1/2005 | 10/19/2017 |
| 0:17-cv-05497-JNE-DTS | Conner | Marty | 5/30/2007 | 12/20/2007 |
| 0:18-cv-00093-JNE-DTS | Ashley | Ruth | 7/18/2005 | 1/12/2018 |