| Case No. | Pl. Last Name | Pl. First Name | Date of Index Surgery | Date of Case Filing |
|---|---|---|---|---|
| 0:17-cv-02490-JNE-DTS | DeMougin | Nancy | 2/7/2007 | 7/5/2017 |
| 0:17-cv-02633-JNE-DTS | Davis | Kenneth | 11/7/2005 | 7/7/2017 |
| 0:17-cv-02792-JNE-DTS | Sons | Mary | 12/28/2005 | 7/12/2017 |
| 0:17-cv-02828-JNE-DTS | Wilson | Tom | 8/24/2005 | 7/12/2017 |
| 0:17-cv-04231-JNE-DTS | Elbert | Diane | 8/2/2006 | 9/13/2017 |
| | | | | |