UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/DTS) |
| This Document Relates to:<br>Petitta v. 3M Co., 16-cv-3878 | |

### **DECLARATION OF GENEVIEVE M. ZIMMERMAN**

1. My name is Genevieve M. Zimmerman and I am a Partner with the Meshbesher & Spence, Ltd. law firm. I am a member of the Court appointed Co-Lead Counsel in the above entitled matter.

2. I submit this declaration in support of Plaintiffs' Response in Opposition to Defendants' Motion for a Permanent Injunction. Unless otherwise stated, the facts set forth herein are based upon my personal knowledge, information, and belief.

3. Attached hereto as Exhibit 1 is a true and correct copy of the Joint Agenda and Report for December 15, 2016 Status Conference.

4. Attached hereto as Exhibit 2 is a true and correct copy of the Joint Agenda and Report for January 19, 2017 Status Conference.

5. Attached hereto as Exhibit 3 is a true and correct copy of the Joint Agenda and Report for February 16, 2017 Status Conference.

6. Attached hereto as Exhibit 4 is a true and correct copy of the Joint Agenda and Report for March 16, 2017 Status Conference.

7. Attached hereto as Exhibit 5 is a true and correct copy of the Joint Agenda and Report for April 20, 2017 Status Conference.

8. Attached hereto as Exhibit 6 is a true and correct copy of the Joint Agenda and Report for June 15, 2017 Status Conference.

9. Attached hereto as Exhibit 7 is a true and correct copy of the Joint Agenda and Report for July 20, 2017 Status Conference.

10. Attached hereto as Exhibit 8 is a true and correct copy of the Joint Agenda and Report for August 17, 2017 Status Conference.

11. Attached hereto as Exhibit 9 is a true and correct copy of the Joint Agenda and Report for September 21, 2017 Status Conference.

12. Attached hereto as Exhibit 10 is a true and correct copy of the Joint Agenda and Report for December 21, 2017 Status Conference.

13. Attached hereto as Exhibit 11 is a true and correct copy of the Joint Agenda and Report for March 15, 2018 Status Conference.

14. Attached hereto as Exhibit 12 is a true and correct copy of the Joint Agenda and Report for July 19, 2018 Status Conference.

15. Attached hereto as Exhibit 13 is a true and correct copy of the Joint Agenda and Report for September 20, 2018 Status Conference.

16. Attached hereto as Exhibit 14 is a true and correct copy of the Joint Agenda and Report for October 18, 2018 Status Conference.

17. Attached hereto as Exhibit 15 is a true and correct copy of the Joint Agenda and Report for November 15, 2018 Status Conference.

18. Attached hereto as Exhibit 16 is a true and correct copy of the Joint Agenda and Report for December 20, 2018 Status Conference.

Dated:  June 26, 2019                    /s/ Genevieve M. Zimmerman
                                                                    Genevieve M. Zimmerman (MN# 330292)
                                                                    MESHBESHER & SPENCE, LTD.
                                                                    1616 Park Avenue
                                                                    Minneapolis, MN 55404
                                                                    Phone: (612) 339-9121
                                                                    Fax: (612) 339-9188
                                                                    Email: gzimmerman@meshbesher.com

**Plaintiffs Co-Lead Counsel**