UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

PRETRIAL CONFERENCE MINUTES

| | |
|---|---|
| IN RE: Bair Hugger Forced Air Warming Devices Products Liability Litigation | COURT MINUTES - CIVIL<br>BEFORE:   DAVID T. SCHULTZ<br>U.S. Magistrate Judge |

Case No:          15-MD-2666 (JNE/DTS)
Location:         Mpls. Courtroom 9E
Date:             June 28, 2019
Time Commenced:   9:12 a.m.
Time Concluded:   10:00 a.m.
Total Time:       48 minutes

APPEARANCES:

    On behalf of plaintiff(s):     Genevieve M. Zimmerman, Gabriel Assad, Michael Sacchet

    On behalf of defendant(s):  Benjamin W. Hulse, Ted Hartman

PROCEEDINGS:

Status conference held on the record.

 

s/A. Spillane
Law Clerk