UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re: Bair Hugger Forced Air Warming
Devices Products Liability Litigation

MDL No. 15-2666 (JNE/DTS)

This Document Relates To:
ALL ACTIONS

---

### DEFENDANTS' MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION FOR CONTEMPT ORDER AND SANCTIONS FOR VIOLATIONS OF COURT ORDERS REGARDING SEALING AND CONFIDENTIALITY

Pursuant to Local Rule 7.1(b)(3), Defendants respectfully request permission to file a reply brief (submitted herewith) in support of their pending Motion for Contempt Order and Sanctions for Violations of Court Orders Regarding Sealing and Confidentiality.

In response to Defendants' Motion, MDL Counsel has accused Defendants and their counsel of making misrepresentations to the Court. Defendants do not take such accusations lightly and should be afforded an opportunity to respond. Moreover, since the filing of Defendants' motion, MDL Counsel has yet again violated this Court's sealing orders by filing a PowerPoint presentation they relied on at the hearing on Defendants' motion for reconsideration. The presentation included portions of documents that have been permanently sealed by this Court, but MDL Counsel nevertheless filed the PowerPoint presentation publicly without first seeking leave from the Court. This latest filing is part of the same pattern of misconduct by MDL Counsel at issue in Defendants' motion, and a reply brief will allow Defendants – and the Court – to address all of these issues at once.

Accordingly, Defendants respectfully request that their motion be granted and that they be permitted to file a reply.

Dated: July 1, 2019	Respectfully submitted,

*s/Jerry W. Blackwell*
Jerry W. Blackwell (MN #186867)
Benjamin W. Hulse (MN #0390952)
Mary S. Young (MN #0392781)
Monica L. Davies (MN #0315023)
BLACKWELL BURKE P.A.
431 South Seventh Street, Suite 2500
Minneapolis, MN 55415
Phone: (612) 343-3200
Fax: (612) 343-3205
Email: blackwell@blackwellburke.com
	bhulse@blackwellburke.com
	myoung@blackwellburke.com
	mdavies@blackwellburke.com

Lyn Peeples Pruitt
MITCHELL WILLIAMS SELIG
  GATES & WOODYARD
425 West Capitol Avenue, Suite 1800
Little Rock, AR 72201-3525
Phone: (501) 688-8869
Fax: (501) 688-8807
Email: lpruitt@mwlaw.com

***Counsel for Defendants 3M Company and Arizant Healthcare Inc.***