# EXHIBIT D

CASE 0:15-md-02666-JNE-DTS   Doc. 2008-3   Filed 07/01/19   Page 1 of 3

## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Bair Hugger Forced Air Warming Devices Products Liability Litigation | MDL No. 15-2666 (JNE/DTS) |
| This Document Relates to: ALL ACTIONS | **DEFENDANTS' RULE 7.1(F) CERTIFICATE OF COMPLIANCE REGARDING DEFENDANTS' REPLY IN SUPPORT OF MOTION FOR CONTEMPT ORDER AND SANCTIONS FOR VIOLATIONS OF COURT ORDERS REGARDING SEALING AND CONFIDENTIALITY** |

I, Jerry W. Blackwell, certify that Defendants' Reply in Support of Motion for Contempt Order and Sanctions for Violations of Court Orders Regarding Sealing and Confidentiality ("Memorandum") complies with the limits of Local Rule 7.1(f) and with the type-size limit of Local Rule 7.1(h).

I further certify that, in preparation of the above document, I used Microsoft® Word 2016, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above-referenced Memorandum contains 2758 words, and that with Defendants' initial Memorandum of 3,940 words, the two documents combined contain 6698 words.

Dated: July 1, 2019						Respectfully submitted,

*s/Jerry W. Blackwell*
Jerry W. Blackwell (MN #186867)
Benjamin W. Hulse (MN #0390952)
Mary S. Young (MN #0392781)
Monica L. Davies (MN #0315023)
BLACKWELL BURKE P.A.
431 South Seventh Street, Suite 2500
Minneapolis, MN 55415
Phone: (612) 343-3200
Fax: (612) 343-3205
Email: blackwell@blackwellburke.com
         bhulse@blackwellburke.com
         myoung@blackwellburke.com
         mdavies@blackwellburke.com

Lyn Peeples Pruitt
Scott Provencher
MITCHELL WILLIAMS SELIG
  GATES & WOODYARD
425 West Capitol Avenue, Suite 1800
Little Rock, AR 72201-3525
Phone: (501) 688-8869
Fax: (501) 688-8807
Email: lpruitt@mwlaw.com

*Counsel for Defendants 3M Company and Arizant Healthcare Inc.*