# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Bair Hugger Forced Air Warming Devices Products Liability Litigation | MDL No. 15-2666 (JNE/DTS) |
| This Document Relates To: ALL ACTIONS | |

### DEFENDANTS' NOTICE OF HEARING ON MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION FOR CONTEMPT ORDER AND SANCTIONS FOR VIOLATIONS OF COURT ORDERS REGARDING SEALING AND CONFIDENTIALITY

PLEASE TAKE NOTICE that on July 16, 2019 at 2:00 p.m., before the Honorable David T. Schultz, United States District Court, 9E U.S. Courthouse, 300 South Fourth Street, Minneapolis, MN 55415, Defendants 3M Company and Arizant Healthcare Inc. (together, "Defendants") will move this court for an order allowing Defendants leave to file the proposed reply brief in support of their motion being filed contemporaneously herewith.

Dated: July 1, 2019                                Respectfully submitted,

*s/Jerry W. Blackwell*
Jerry W. Blackwell (MN #186867)
Benjamin W. Hulse (MN #0390952)
Mary S. Young (MN #0392781)
Monica L. Davies (MN #0315023)
BLACKWELL BURKE P.A.
431 South Seventh Street, Suite 2500
Minneapolis, MN 55415
Phone: (612) 343-3200
Fax: (612) 343-3205
Email: blackwell@blackwellburke.com
bhulse@blackwellburke.com
myoung@blackwellburke.com
mdavies@blackwellburke.com

Lyn Peeples Pruitt
Scott Provencher
MITCHELL WILLIAMS SELIG
 GATES & WOODYARD
425 West Capitol Avenue, Suite 1800
Little Rock, AR 72201-3525
Phone: (501) 688-8869
Fax: (501) 688-8807
Email: lpruitt@mwlaw.com

***Counsel for Defendants 3M Company and Arizant Healthcare Inc.***