# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Bair Hugger Forced Air Warming Devices Products Liability Litigation | MDL No. 15-2666 (JNE/DTS) |
| This Document Relates to: ALL ACTIONS | **MEET AND CONFER STATEMENT REGARDING DEFENDANTS' MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION FOR CONTEMPT ORDER AND SANCTIONS FOR VIOLATIONS OF COURT ORDERS REGARDING SEALING AND CONFIDENTIALITY** |

The undersigned counsel for Defendants 3M Company and Arizant Healthcare Inc. (collectively, "Defendants") certifies that counsel for Defendants met and conferred with counsel for Plaintiffs via email on June 27, 2019. Plaintiffs do not agree to any portion of the relief sought.

Dated: July 1, 2019                  Respectfully submitted,

                                     *s/Jerry W. Blackwell*
                                     Jerry W. Blackwell (MN #186867)
                                     BLACKWELL BURKE P.A.
                                     431 South Seventh Street, Suite 2500
                                     Minneapolis, MN 55415
                                     Phone: (612) 343-3200
                                     Fax: (612) 343-3205
                                     Email: blackwell@blackwellburke.com

                                     ***Counsel for Defendants 3M Company and Arizant Healthcare Inc.***