UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 2666 (JNE/DTS) |
| This Document Relates to All Actions | **NOTICE OF MOTION AND MOTION FOR RULE 11 SANCTIONS** |

PLEASE TAKE NOTICE that the undersigned will bring Plaintiffs Motion for Rule 11 Sanctions, for a hearing before the Honorable Judge David T. Schultz of the above named court, on July 16, 2019, at 9:00 a.m. or as soon thereafter as counsel may be heard.

This motion is brought pursuant to pursuant to Rule 11(b) of the Federal Rules of Civil Procedure, and is based on Plaintiffs' Memorandum of Law in Support of Motion; the Affidavit of Genevieve M. Zimmerman; Affidavit of Kyle W. Farrar; the Affidavit of Gabriel Assaad; the Affidavit of Albert Garcia III; the exhibits, files, and records herein; and argument to be presented at the hearing of this matter.

Respectfully submitted,

Dated: July 2, 2019

| | |
|---|---|
| MESHBESHER & SPENCE LTD. | KENNEDY HODGES, LLP |
| /s/ Genevieve M. Zimmerman | /s/ Gabriel Assaad |
| Genevieve M. Zimmerman (MN #330292) | Gabriel Assaad – *Pro Hac Vice* |

1

2

1616 Park Avenue South
Minneapolis, MN 55404
Phone: (612) 339-9121
Email: gzimmerman@meshbesher.com

FARRAR & BALL, LLP

/s/Kyle W. Farrar
Kyle W. Farrar  (MN#397942)
1010 Lamar, Suite 1600
Houston, Texas 77002
713.221.8300 Telephone
713.221.8301 Fax
Email: kyle@fbtrial.com

*Attorneys for Plaintiffs*

4409 Montrose Blvd., Suite 200
Houston, Texas 77006
Phone: (713) 523-0001
Email: gassaad@kennedyhodges.com