UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MDL No. 15-2666 (JNE/DTS)

In re Bair Hugger Forced Air Warming
Products Liability Litigation

This Document Relates to All Actions

**PLAINTIFF'S MEET AND CONFER STATEMENT REGARDING THEIR MOTION FOR RULE 11 SANCTIONS**

Counsel for Plaintiffs' certifies that we served defense counsel with the Rule 11 Motion on June 10, 2019, providing them a 21 day safe harbor pursuant to Rule 11. Defendants have not taken down the unsupportable motion for contempt/sanctions, and thus we are filing a Rule 11 Motion.

Dated: July 2, 2019

/s/ Genevieve M. Zimmerman
Genevieve M. Zimmerman (MN# 330292)
MESHBESHER & SPENCE, LTD.
1616 Park Avenue South
Minneapolis, MN 55404
Phone: (612) 339-9121
Email:  gzimmerman@meshbesher.com

/s/ Gabriel A. Assaad
Gabriel Assaad – Pro Hac Vice
KENNEDY HODGES, LLP.
711 W. Alabama Street
Houston, TX 77006
Phone: (713) 523-0001
Email: gassaad@kennedyhodges.com

/s/ Kyle W. Farrar
Kyle Farrar (MN#397942)
FARRAR & BALL, LLP.
1010 Lamar, Suite 1600
Houston, Texas 77002
713.221.8300 Telephone
Email: kyle@fbtrial.com

**Counsel for Plaintiffs**