**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

In re: BAIR HUGGER FORCED AIR
WARMING DEVICES PRODUCTS
LIABILITY LITIGATION

This Document Relates To All Actions

MDL No. 15-2666 (JNE/DTS)

**(PROPOSED) ORDER GRANTING**
**PLAINTIFFS' MOTION FOR**
**RULE 11 SANCTIONS**

---

Before the Court is Plaintiffs' Motion for Rule 11 Sanctions.

Based on the motion, supporting papers, and argument presented to this Court, the

Court hereby grants Plaintiffs' Motion for Rule 11 Sanctions.

IT IS HEREBY ORDERED that Plaintiffs' motion is GRANTED.


Date: _____

BY THE COURT


_____
HON. David T. Schultz