UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 2666 (JNE/DTS) |
| This Document Relates to All Actions | **PLAINTIFFS NOTICE OF HEARING ON MOTION FOR RULE 11 SANCTIONS** |

PLEASE TAKE NOTICE that the undersigned will bring Plaintiffs' Motion for Rule 11 Sanctions, for a hearing before the Honorable Judge David T. Schultz of the above named court, on July 16, 2019, at 9:00 a.m. or as soon thereafter as counsel may be heard.

Dated: July 2, 2019

Respectfully submitted,

/s/ Genevieve M. Zimmerman
Genevieve M. Zimmerman (MN# 330292)
MESHBESHER & SPENCE, LTD.
1616 Park Avenue South
Minneapolis, MN 55404
Phone: (612) 339-9121
Email: gzimmerman@meshbesher.com

/s/ Gabriel A. Assaad
Gabriel Assaad – Pro Hac Vice
KENNEDY HODGES, LLP.
711 W. Alabama Street
Houston, TX 77006
Phone: (713) 523-0001
Email: gassaad@kennedyhodges.com

/s/ Kyle W. Farrar
Kyle Farrar (MN#397942)
FARRAR & BALL, LLP.
1010 Lamar, Suite 1600
Houston, Texas 77002
713.221.8300 Telephone
Email: kyle@fbtrial.com

**Counsel for Plaintiffs**