**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

IN RE BAIR HUGGER FORCED AIR                 MDL NO. 15-2666 (JNE/DTS)
WARMING PRODUCTS
LIABILITY LITIGATION

This Document Relates to:                     **ORDER**
ALL CASES
_____

Defendants seek leave to file a reply to Plaintiffs' response to a non-dispositive motion. Having reviewed the Parties' submissions and the relevant record, the Court is satisfied that Defendants will have an adequate opportunity to respond at oral argument on the motion, as well as in any submission they make to Plaintiffs' recently filed Rule 11 motion.

IT IS HEREBY ORDERED that Defendant's Motion for Leave to File Reply in Support of Motion for Contempt Order and Sanctions for Violations of Court Orders Regarding Sealing and Confidentiality [Docket No. 2008] is DENIED.


Dated: July 3, 2019                          s/David T. Schultz
                                             DAVID T. SCHULTZ
                                             United States Magistrate Judge