UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Bair Hugger Forced Air Warming Products Liability Litigation  _____  This Document Relates To:  *Rhoton, et al.*, 15-cv-4360-JNE-DTS  *Lockwood*, 17-cv-0823-JNE-DTS  *Connelly*, 17-cv-1084-JNE-DTS  *Milam*, 16-cv-2125-JNE-DTS  *Bloom*, 16-cv-2273-JNE-DTS  *White*, 16-cv-2276-JNE-DTS  *Johns*, 16-cv-4190-JNE-DTS  *Oliver*, 16-cv-4247-JNE-DTS  *Taylor*, 17-cv-0199-JNE-DTS  *Wenzel*, 17-cv-4576-JNE-DTS  *Hylas*, 17-cv-0967-JNE-DTS  *Miles, et al.*, 17-cv-1235-JNE-DTS  *Myers*, 17-cv-1327-JNE-DTS  *Rangel, et al.*, 17-cv-1865-JNE-DTS  *Ponder*, 17-cv-2666-JNE-DTS  *Olsen, et al.*, 17-cv-3538-JNE-DTS  *Weeks*, 17-cv-4527-JNE-DTS  *Capone*,17-cv-5274-JNE-DTS  *Mencl*, 18-cv-0106-JNE-DTS  *Davis*, 18-cv-0166-JNE-DTS  *Ballaso*, 18-cv-0575-JNE-DTS  *Gohl*, 18-cv-1571-JNE-DTS  *Walters*, 18-cv-2764-JNE-DTS  *Lovett*, 19-cv-0391-JNE-DTS | MDL No. 15-2666 (JNE/DTS)  **DEFENDANTS' NINTH MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRETRIAL ORDER NO. 23, FED. R. CIV. P. 41(b), AND 25(a), OR FOR LACK OF STANDING** |

Pursuant to Pretrial Order No. 23 and Federal Rules of Procedure 25(a) and 41(b), Defendants 3M Company ("3M") and Arizant Healthcare Inc. ("Arizant") (together,

1

"Defendants") respectfully move the Court to dismiss the following actions with prejudice for failure to comply with Pretrial Order No. 23 and Fed. R. Civ. P. 25(a) and 41(b):

| Case Number | Title | Firm Name |
| --- | --- | --- |
| 15-cv-4360-JNE-DTS | *Rhoton, et al. v. 3M Co., et al.* | Pittman, Dutton & Hellums, P.C. |
| 16-cv-2125-JNE-DTS | *Milam v. 3M Co., et al.* | Kennedy Hodges, LLP |
| 16-cv-2273-JNE-DTS | *Bloom v. 3M Co., et al.* | Pendley, Baudin & Coffin, LLP |
| 16-cv-2276-JNE-DTS | *White v. 3M Co., et al.* | Paglialunga & Harris, PC |
| 16-cv-4190-JNE-DTS | *Johns v. 3M Co., et al.* | Gustafson Gluek PLLC |
| 16-cv-4247-JNE-DTS | *Oliver v. 3M Co., et al.* | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| 17-cv-0199-JNE-DTS | *Taylor v. 3M Co., et al.* | Bernstein Liebhard LLP |
| 17-cv-4576-JNE-DTS | *Wenzel v. 3M Co., et al.* | Schlichter Bogard & Denton, LLP |
| 17-cv-0823-JNE-DTS | *Lockwood v. 3M Co., et al.* | Davis & Crump, P.C. |
| 17-cv-0967-JNE-DTS | *Hylas v. 3M Co., et al.* | Bailey Peavy Bailey Cowan Heckaman, PLLC |
| 17-cv-1084-JNE-DTS | *Connelly v. 3M Co., et al.* | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| 17-cv-1235-JNE-DTS | *Miles, et al. v. 3M Co., et al.* | Kelley, Bernheim & Dolinsky LLC |
| 17-cv-1327-JNE-DTS | *Myers v. 3M Co., et al.* | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| 17-cv-1865-JNE-DTS | *Rangel, et al. v. 3M Co., et al.* | Brown & Crouppen, P.C |
| 17-cv-2666-JNE-DTS | *Ponder v. 3M Co., et al.* | Brown & Crouppen, P.C. |
| 17-cv-3538-JNE-DTS | *Olsen, et al. v. 3M Co., et al.* | Loncar & Associates, P.C. |
| 17-cv-4527-JNE-DTS | *Weeks v. 3M Co., et al.* | Schlichter Bogard & Denton, LLP |
| 17-cv-5274-JNE-DTS | *Capone v. 3M Co., et al.* | Bernstein Liebhard LLP |
| 18-cv-0106-JNE-DTS | *Mencl v. 3M Co., et al.* | Langdon & Emison, LLC |
| 18-cv-0166-JNE-DTS | *Davis v. 3M Co., et al.* | Johnson Becker, PLLC |
| 18-cv-0575-JNE-DTS | *Ballaso v. 3M Co., et al.* | Gustafson Gluek PLLC |
| 18-cv-1571-JNE-DTS | *Gohl v. 3M Co., et al.* | Jones Ward PLC |
| 18-cv-2764-JNE-DTS | *Walters v. 3M Co., et al.* | Justinian & Associates PLLC |

Defendants only move to dismiss the main plaintiff's claims in *Rhoton, et al.*, *Rangel, et al.*, and *Olsen et al*. Defendants do not move to dismiss their spouses' loss of consortium claims at this time.

Furthermore, Defendants respectfully move this Court to dismiss the following action without prejudice for lack of standing and for failure to meet the case or controversy requirement under Article III.

| Case Number | Title | Firm Name |
|---|---|---|
| 19-cv-0391-JNE-DTS | *Lovett v. 3M Co., et al.* | Brown & Crouppen, P.C. |

As set forth in the Memorandum in Support of Defendants' Ninth Motion to Dismiss Cases for Failure to Comply with Pretrial Order No. 23, and Fed. R. Civ. P. 41(b) and 25(a), or for Lack of Standing, the above-referenced matters have failed to meet the requirements of this Court's Order and the federal rules, and dismissal is appropriate.

Dated: July 3, 2019                                   Respectfully submitted,

*s/Benjamin W. Hulse*
Jerry W. Blackwell (MN #186867)
Benjamin W. Hulse (MN #0390952)
Mary S. Young (MN #0392781)
BLACKWELL BURKE P.A.
431 South Seventh Street, Suite 2500
Minneapolis, MN 55415
Phone: (612) 343-3200
Fax: (612) 343-3205
Email: blackwell@blackwellburke.com
           bhulse@blackwellburke.com
           myoung@blackwellburke.com

**Counsel for Defendants 3M Company and Arizant Healthcare Inc.**

3