UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

In re: Bair Hugger Forced Air Warming
Products Liability Litigation

_____

MDL No. 15-2666 (JNE/DTS)

This Document Relates To:

*Rhoton, et al.*, 15-cv-4360-JNE-DTS
*Lockwood*, 17-cv-0823-JNE-DTS
*Connelly*, 17-cv-1084-JNE-DTS
*Milam*, 16-cv-2125-JNE-DTS
*Bloom*, 16-cv-2273-JNE-DTS
*White*, 16-cv-2276-JNE-DTS
*Johns*, 16-cv-4190-JNE-DTS
*Oliver*, 16-cv-4247-JNE-DTS
*Taylor*, 17-cv-0199-JNE-DTS
*Wenzel*, 17-cv-4576-JNE-DTS
*Hylas*, 17-cv-0967-JNE-DTS
*Miles, et al.*, 17-cv-1235-JNE-DTS
*Myers*, 17-cv-1327-JNE-DTS
*Rangel, et al.*, 17-cv-1865-JNE-DTS
*Ponder*, 17-cv-2666-JNE-DTS
*Olsen, et al.*, 17-cv-3538-JNE-DTS
*Weeks*, 17-cv-4527-JNE-DTS
*Capone*,17-cv-5274-JNE-DTS
*Mencl*, 18-cv-0106-JNE-DTS
*Davis*, 18-cv-0166-JNE-DTS
*Ballaso*, 18-cv-0575-JNE-DTS
*Gohl*, 18-cv-1571-JNE-DTS
*Walters*, 18-cv-2764-JNE-DTS
*Lovett*, 19-cv-0391-JNE-DTS

**NOTICE OF HEARING ON
DEFENDANTS' NINTH MOTION
TO DISMISS FOR FAILURE TO
COMPLY WITH PRETRIAL
ORDER NO. 23, FED. R. CIV. P.
41(B), AND 25(A), OR FOR LACK
OF STANDING**

---

PLEASE TAKE NOTICE that the undersigned will bring Defendants' Ninth

Motion to Dismiss Cases for Failure to Comply with Pretrial Order No. 23, and Fed. R.

Civ. P. 41(b) and 25(a), or for Lack of Standing, for a hearing before the Honorable Judge

Joan N. Ericksen, United States District Judge, in Courtroom 12W at the United States Courthouse, 300 South Fourth Street, Minneapolis, MN 55415 at the scheduled status conference on August 15, 2019 at 9:30 a.m.

This motion, based on the Memorandum in Support of Defendants' Ninth Motion to Dismiss Cases for Failure to Comply with Pretrial Order No. 23, and Fed. R. Civ. P. 41(b) and 25(a), or for Lack of Standing, the Declaration of Benjamin W. Hulse, and argument to be presented at the hearing of this matter, seeks an Order of the Court dismissing the above-listed cases—*Lovett* without prejudice, and the others with prejudice.

Dated: July 3, 2019                              Respectfully submitted,

                                                  /s/ Benjamin W. Hulse
                                                 Jerry W. Blackwell (MN #186867)
                                                 Benjamin W. Hulse (MN #0390952)
                                                 Mary S. Young (MN #0392781)
                                                 BLACKWELL BURKE P.A.
                                                 431 South Seventh Street, Suite 2500
                                                 Minneapolis, MN 55415
                                                 Phone: (612) 343-3248
                                                 Fax: (612) 343-3205
                                                 Email: blackwell@blackwellburke.com
                                                          bhulse@blackwellburke.com
                                                          myoung@blackwellburke.com

                                                 **Counsel for Defendants 3M Company
                                                 and Arizant Healthcare Inc.**