UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| In re: Bair Hugger Forced Air Warming Products Liability Litigation _____ | MDL No. 15-2666 (JNE/DTS) |
| This Document Relates To: | |
| *Rhoton, et al.*, 15-cv-4360-JNE-DTS<br>*Lockwood*, 17-cv-0823-JNE-DTS<br>*Connelly*, 17-cv-1084-JNE-DTS<br>*Milam*, 16-cv-2125-JNE-DTS<br>*Bloom*, 16-cv-2273-JNE-DTS<br>*White*, 16-cv-2276-JNE-DTS<br>*Johns*, 16-cv-4190-JNE-DTS<br>*Oliver*, 16-cv-4247-JNE-DTS<br>*Taylor*, 17-cv-0199-JNE-DTS<br>*Wenzel*, 17-cv-4576-JNE-DTS<br>*Hylas*, 17-cv-0967-JNE-DTS<br>*Miles, et al.*, 17-cv-1235-JNE-DTS<br>*Myers*, 17-cv-1327-JNE-DTS<br>*Rangel, et al.*, 17-cv-1865-JNE-DTS<br>*Ponder*, 17-cv-2666-JNE-DTS<br>*Olsen, et al.*, 17-cv-3538-JNE-DTS<br>*Weeks*, 17-cv-4527-JNE-DTS<br>*Capone*,17-cv-5274-JNE-DTS<br>*Mencl*, 18-cv-0106-JNE-DTS<br>*Davis*, 18-cv-0166-JNE-DTS<br>*Ballaso*, 18-cv-0575-JNE-DTS<br>*Gohl*, 18-cv-1571-JNE-DTS<br>*Walters*, 18-cv-2764-JNE-DTS<br>*Lovett*, 19-cv-0391-JNE-DTS | **RULE 7.1(F) CERTIFICATE OF COMPLIANCE REGARDING DEFENDANTS' NINTH MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRETRIAL ORDER NO. 23, FED. R. CIV. P. 41(B), AND 25(A), OR FOR LACK OF STANDING** |

---

I, Benjamin W. Hulse, certify that Defendants' Memorandum in Support of Defendants' Ninth Motion to Dismiss Cases for Failure to Comply with Pretrial Order No.

23, and Fed. R. Civ. P. 41(b) and 25(a), or for Lack of Standing ("Memorandum") complies with Local Rule 7.1(f) and with the type-size limit of Local Rule 7.1(h).

I further certify that, in preparation of the Memorandum, I used Microsoft® Word 2016, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the Memorandum contains 2,705 words.

Dated: July 3, 2019                           Respectfully submitted,


                                              *s/Benjamin W. Hulse*
                                              Jerry W. Blackwell (MN #186867)
                                              Benjamin W. Hulse (MN #0390952)
                                              Mary S. Young (MN #0392781)
                                              BLACKWELL BURKE P.A.
                                              431 South Seventh Street, Suite 2500
                                              Minneapolis, MN 55415
                                              Phone: (612) 343-3200
                                              Fax: (612) 343-3205
                                              Email: blackwell@blackwellburke.com
                                                     bhulse@blackwellburke.com
                                                     myoung@blackwellburke.com

                                              **Counsel for Defendants 3M Company and Arizant Healthcare Inc.**