UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Bair Hugger Forced Air Warming Products Liability Litigation<br><br>_____<br><br>This Document Relates To:<br><br>*Rhoton, et al.*, 15-cv-4360-JNE-DTS<br>*Lockwood*, 17-cv-0823-JNE-DTS<br>*Connelly*, 17-cv-1084-JNE-DTS<br>*Milam*, 16-cv-2125-JNE-DTS<br>*Bloom*, 16-cv-2273-JNE-DTS<br>*White*, 16-cv-2276-JNE-DTS<br>*Johns*, 16-cv-4190-JNE-DTS<br>*Oliver*, 16-cv-4247-JNE-DTS<br>*Taylor*, 17-cv-0199-JNE-DTS<br>*Wenzel*, 17-cv-4576-JNE-DTS<br>*Hylas*, 17-cv-0967-JNE-DTS<br>*Miles, et al.*, 17-cv-1235-JNE-DTS<br>*Myers*, 17-cv-1327-JNE-DTS<br>*Rangel, et al.*, 17-cv-1865-JNE-DTS<br>*Ponder*, 17-cv-2666-JNE-DTS<br>*Olsen, et al.*, 17-cv-3538-JNE-DTS<br>*Weeks*, 17-cv-4527-JNE-DTS<br>*Capone*, 17-cv-5274-JNE-DTS<br>*Mencl*, 18-cv-0106-JNE-DTS<br>*Davis*, 18-cv-0166-JNE-DTS<br>*Ballaso*, 18-cv-0575-JNE-DTS<br>*Gohl*, 18-cv-1571-JNE-DTS<br>*Walters*, 18-cv-2764-JNE-DTS<br>*Lovett*, 19-cv-0391-JNE-DTS | MDL No. 15-2666 (JNE/DTS)<br><br><br><br><br><br>**DECLARATION OF BENJAMIN W. HULSE IN SUPPORT OF DEFENDANTS' NINTH MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRETRIAL ORDER NO. 23, FED. R. CIV. P. 41(b), AND 25(a), OR FOR LACK OF STANDING** |

Under 28 U.S.C. § 1746, I, Benjamin W. Hulse, hereby declare as follows:

1. I am an attorney at the law firm of Blackwell Burke P.A., and one of the attorneys representing 3M Company ("3M") and Arizant Healthcare Inc. ("Arizant")

(collectively "Defendants") in this litigation. I submit this declaration in support of Defendants' Ninth Motion to Dismiss Cases for Failure to Comply with Pretrial Order No. 23, and Fed. R. Civ. P. 41(b) and 25(a), or for Lack of Standing. Unless otherwise stated, the facts set forth herein are based upon my personal knowledge, information, and belief.

    2.    Attached as Exhibit A is a copy of the obituary of plaintiff Yolanda Lockwood, available online at http://www.frfh.net/obituary/yolanda-lockwood.

    3.    Attached as Exhibit B is a copy of the obituary of plaintiff Gail Connelly, available online at https://obits.mlive.com/OBITUARIES/SAGINAW/OBITUARY.ASPX?N=GAIL-C-CONNELLY&PID=189650968&FHID=10649.

    4.    Attached as Exhibit C is a copy of the obituary of plaintiff Jeffie Gale Milam, available online at https://www.serenityfuneralhomememphis.com/OBITUARIES/JEFFIE-GALE-MILAM?OBID=3926496#/OBITUARYINFO.

    5.    Attached as Exhibit D is a copy of the obituary of plaintiff Stanley Bloom, available online at https://jewishfunerals.com/service/stanley-bloom/.

    6.    Attached as Exhibit E is a copy of the obituary of plaintiff Alma Louise White, available online at https://www.legacy.com/OBITUARIES/HOUMATODAY/OBITUARY.ASPX?N=ALMA-LOUISE-SINGLETON-WHITE&PID=190462182.

    7.    Attached as Exhibit F is a copy of the obituary of plaintiff James E. Johns, available online at https://www.legacy.com/obituaries/name/james-johns-obituary?pid=191472728.

8. Attached as Exhibit G is a copy of the obituary of plaintiff Thomas R. Oliver, available online at https://www.osceolamemgds.com/OBITUARIES/THOMAS-OLIVER-3/#!/OBITUARY.

9. Attached as Exhibit H is a copy of the obituary of plaintiff Irilla Myers, available at https://mountcastle.net/obituary/irilla-priscilla-myers/.

10. Attached as Exhibit I is a copy of the obituary of plaintiff Delores Miles, available at https://www.josepherattermanandsonfuneralhome.com/obituaries/Delores-Miles-2/#!/Obituary.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Minneapolis, Minnesota, this 3rd day of July, 2019.

Dated: July 3, 2019                                Respectfully submitted,

                                                   *s/Benjamin W. Hulse*
                                                   Jerry W. Blackwell (MN #186867)
                                                   Benjamin W. Hulse (MN #0390952)
                                                   Mary S. Young (MN #0392781)
                                                   BLACKWELL BURKE P.A.
                                                   431 South Seventh Street, Suite 2500
                                                   Minneapolis, MN 55415
                                                   Phone: (612) 343-3200
                                                   Fax: (612) 343-3205
                                                   Email: bhulse@blackwellburke.com

                                                   ***Counsel for Defendants 3M Company
                                                   and Arizant Healthcare Inc.***