# Exhibit A

### OBITUARY

*http://www.frfh.net/obituary/yolanda-lockwood*

# Yolanda Lockwood of Schurz, Nevada | 1970 - 2019 | Obituary

## Yolanda Lockwood
December 14, 1970 - January 17, 2019



**Funeral Service**
Saturday, Jan 26, 2019
11:00 PM

On January 17, 2019, Yolanda Rene Lockwood, loving mother, daughter, sister and Auntie went to join her mother and father in heaven.

Yolanda was born to Lou and LaVella Lockwood on December 14, 1970 in Schurz, Nevada. She graduated high school in Hawthorne, Nevada. She excelled in all sports but truly was a standout gifted athlete in track. She attended Fort Lewis College in Durango, CO.

Yolanda's greatest treasure in her life was her daughter, Carissa Emily Lockwood-Brown.

Yolanda was preceded in death by her parents, Lou and Lavella Lockwood. Her loving family that she left behind includes her daughter, Carissa Emily Lockwood-Brown; Brothers, John and Lew, Jr.; 3 nephews, 2 nieces; numerous aunts, uncles and cousins who will all miss her dearly.

Viewing will be Friday at 1:00 pm at Freitas Rupracht Funeral Home, 25 Hwy 208 Yerington. Funeral Services will be held in Schurz, NV at the tribal gymnasium on Saturday, January 26,

# Exhibit B

HTTPS://WWW.SNOWFUNERALHOME.NET/OBITUARIES/GAIL-
CONNELLY/#!/OBITUARY



# Gail Catherine Connelly

January 22, 1939 - July 19, 2018

## Obituary for Gail Catherine Connelly

Loving mother and grandmother passed away Thursday, July 19, 2018 at St. Mary's of Michigan Medical Center. Age 79 years. Daughter of the late Harold and Ruth (Weidenmiller) Hennink, Gail was born January 22, 1939 in Saginaw, Michigan. She was married to Layne Connelly. He predeceased her August 24, 1996. Gail was employed by the Saginaw County Juvenile Court System. She was a member of Faith Lutheran Church. Gail enjoyed painting and especially her family.

Surviving to cherish her memory are three sons, Layne and Carrie Connelly Jr., Davenport, Iowa; David Connelly, Saginaw; Mark and Mary Lou Connelly, Saginaw; four grandchildren, Layne III, David Jr., Priscilla and Jessica; her brother, Jules Hennink, Naples, Florida; several nieces and nephews. Gail was preceded in death by her brother, Richard Hennink.

Funeral Service will take place 1:00 p.m. Thursday, July 26, 2018 at The Snow Funeral Home, 3775 N. Center Rd. (between Shattuck and McCarty). Pastor Kristina Truhan will officiate with burial in Roselawn Memorial Gardens. Friends may visit at the funeral home, where the family will be present on Thursday from 10:00 a.m. until time of service. Those planning an expression of sympathy may wish to consider memorials to the family wishes.

# Exhibit C

## OBITUARY

**HTTPS://WWW.SERENITYFUNERALHOMEMEMPHIS.COM/OBITU
ARIES/JEFFIE-GALE-MILAM?OBID=3926496#/OBITUARYINFO**



Obituary for Jeffie Gale Milam

Jeffie Gale Milam, died December 14, 2018.

Jeffie Gale Milam was born July 22, 1958 to the parents of Flavous Milan, Sr. and Mable Bobo in Senatobia, MS.

Jeffie accepted Christ at an early age and became a member of Zion Hill Missionary Baptist Church in Senatobia, MS under the leadership of Rev. J. W. Moss.

She was called home at the age of 60 to rest early on the morning of December14, 2018.

Jeffie leaves to cherish her memory: Her companion James Johnson; one daughter, Stephanie A. Milam; two grandchildren, Mityerrious Milam and Jadarius Roddy; three sisters, Bonnie Session of Memphis, TN, Joyce Burdette of Sardis MS, Geraldine Milan Solomon of Memphis, TN; one sister-in-law, Gala Dandridge Milan of Senatobia, MS; five aunts, Georgia Carlock of St. Louis, MO, Rabine Jones, Arline Smith, Jessie Bobo & Betty Davis all of Memphis, TN; one uncle, Edward Milan of Memphis, TN and a host of nieces, nephews, cousins and friends.

Jeffie was preceded in death by her father, Flavous Milan,Sr.; mother, Mable Bobo; (2) brothers, Alfred C. Milam, Flavous Milan, Jr. and sister, Monto Evans.

# Exhibit D

**OBITUARY**

HTTPS://WWW.EVERHERE.COM/US/OBITUARY-FRESH-MEADOWS-STANLEY-BLOOM-8406371

July 30, 1931 - December 4, 2018 (87 years old)

# Stanley Bloom Obituary

Here is Stanley Bloom's obituary. Please accept Everhere's sincere condolences.

It is always difficult saying goodbye to someone we love and cherish. Family and friends must say goodbye to their beloved Stanley Bloom (Fresh Meadows, New York), who passed away at the age of 87, on December 4, 2018. You can send your sympathy in the guestbook provided and share it with the family.

You may also light a candle in honor of Stanley Bloom.

HTTPS://JEWISHFUNERALS.COM/SERVICE/STANLEY-BLOOM/

Stanley Bloom

## General Information
**Full Name: Stanley Bloom**
**Date of Birth: July 30, 1931**
**Date of Death: December 4, 2018**

## Service Information
**Date: Thursday December 06, 2018**
**Time: 12:30 pm**
**Officiating: Rabbi Ariel Simon**
**Location:**

# Exhibit E

# OBITUARY

*HTTPS://WWW.LEGACY.COM/OBITUARIES/HOUMATODAY/OBITUA RY.ASPX?N=ALMA-LOUISE-SINGLETON-WHITE&PID=190462182*



# Alma Louise Singleton White

Alma Louise Singleton White, 75, a native of Terrebonne Parish and a resident of Houma, passed away peacefully at 11:09 p.m. on Monday, Oct. 1, 2018.

A memorial service will be held at 1 p.m. on Monday, Oct. 15, at the Kingdom Hall of Jehovah's Witness, 1830 Prospect Street in Houma.

She is survived by her sons, Patrick White (Gloria) and Lionel White Jr. (Betty); daughters, Sandra Smith, Sherry and Sharon White; 15 grandchildren; 31 great-grandchildren; and one great-great-grandchild; brothers, George Singleton (Vera) and Worner Singleton Sr. (Audrey); and sisters, Clacy Stevenson (Neal), Rosalie Thurman (Dave), Barbara Singleton, Emma Neville and Dorothy Jackson.

She was preceded in death by her husband, Lionel White Sr.; son, Darrell White; parents, Alvin and Alma Livas Singleton; brothers, Alvin, Edward and Edison Singleton; and sisters, Alice Lewis, Inez Verrett, Wilhelmina Smith and Ida Singleton.

Arrangements by Jones Funeral Home of Houma

*Published in Houma Today & The Daily Comet from Oct. 13 to Oct. 15, 2018*

# Exhibit F

### OBITUARY

HTTPS://WWW.LEGACY.COM/OBITUARIES/NAME/JAMES-
JOHNS-OBITUARY?PID=191472728

# James Edward Johns

Centre, Alabama

Oct 22, 1934 – Feb 4, 2019 (Age 84)

James was born on October 22, 1934 and passed away on Monday, February 4, 2019. James was a resident of Centre, Alabama at the time of passing. He was retired from the U.S. Navy. Funeral service will be 1 P.M. Friday February 8th at Perry Funeral Home Chapel with Bro. David Dale officiating; burial will follow in Cherokee Memory Gardens. The family will receive friends from 11 A.M. to 1 P.M. at the funeral home.

HTTPS://WWW.PERRYFUNERAL.NET/OBITUARIES/JAMES-
JOHNS-7/#!/OBITUARY

## Obituary for James Edward Johns

Mr. James Edward Johns, age 82, of Centre, passed away Monday February 4th at Floyd Medical Center.
Funeral service will be 1 P.M. Friday February 8th at Perry Funeral Home Chapel with Bro. David Dale officiating; burial will follow in Cherokee Memory Gardens. The family will receive friends from 11 A.M. to 1 P.M. at the funeral home.
Pallbearers include the men from Fairview UMC.
Survivors include sons Sam Johns of Centre, James Johns of Centre, and Tom Johns of Centre; 3 grandchildren, 2 great grandchildren; several nieces and nephews.
Mr. Johns was a native of Cherokee County, the son of the late Samuel and Ira Adrian Johns and a member Fairview UMC. He was retired from the U.S. Navy.

# Exhibit G

**HTTPS://WWW.OSCEOLAMEMGDS.COM/OBITUARIES/THOMAS-OLIVER-3/#!/OBITUARY**



# Obituary for Thomas Reid Oliver

Thomas Reid Oliver, 64, of St. Cloud, went to be with his Lord and Savior on Sunday, February 17, 2019 at St. Cloud Regional Medical Center after a brief illness.

Formerly of Portersville, PA, he had resided in Florida for 35 years. He was born on April 26, 1954 in the Ellwood City Hospital to John and Anna Mae (Stanford) Oliver. He was married July 7th, 1973 to the former Debbie Barkley Oliver, who survives. Thomas worked nearly 20 years as a driver and Safety Manager for Kenan Transport. Most recently, he was a manager for Tires Plus. He retired in 2014.

In addition to his wife Debbie, he is survived by sons, Ryan Oliver of Orlando, Derek Oliver of Kissimmee; daughter, Melissa Oliver Ciraulo (Brian) of St. Cloud; a granddaughter, Madison Oliver; grandsons, Anthony and Lucas Ciraulo; two brothers, Jim Oliver (Billie) of Dunbar, PA, Bill Oliver of Oil City, PA; sister, Betty Ann Leddon of Ellwood City, PA; an aunt, Betty (Bing) Samida of Flint, MI, and aunt Betty Stafford of Portersville, PA; brother-in-law, Tim Barkley of Winter Haven, FL; two sisters-in-law, Lisa Zeigler of Ellwood City, PA, and Darleta Burris of St. Petersburg, FL. He was also survived by numerous cousins, nieces, nephews and a host of friends. Mr. Oliver was preceded in death by his parents, brothers, Dave Oliver (Darlene) of Portersville, PA, brother, Don Oliver of St. Cloud, and a sister, Kathleen Oliver Kelley (Bob) of Hudson, FL.

His hobbies included fishing with his grandkids, as well as visiting every Dunkin Donuts in the Central Florida area. He had been active in coaching Little League Baseball in Safety Harbor, FL and for the South Orange Little League where all of his children played.

Funeral services will be conducted at 3:30 PM, Sunday, February 24, 2019, at the Osceola Memory Gardens Funeral Home, 2000 13th Street in St. Cloud with Rev. Nathan Blackwell officiating. The family will receive friends for visitation from 2:00 pm - 6:00 pm also at the funeral home that same day. Arrangements entrusted to Osceola Memory Gardens Funeral Home, www.OsceolaMemGds.com.

# Exhibit H

# OBITUARY

## HTTPS://MOUNTCASTLE.NET/OBITUARY/IRILLA-PRISCILLA-MYERS/

Irilla Priscilla Myers

December 17, 1937 - December 24, 2018

Obituary

Irilla Priscilla Myers (Red), 81, entered eternal life on December 24, 2018 at her home in Woodbridge, Virginia. Her spirit of love is carried on by her children, grandchildren and great-grandchildren; one surviving sister and a host of extended family, relations and friends from every walk of life. We were blessed to learn many valuable lessons from Irilla during her 81 years, her wisdom and knowledge were priceless, and she had genuine love and compassion for all people. Irilla was nonconforming, unconventional, free-spirited, audacious, a maverick and non-conformist; If you had the pleasure of meeting her, you would never forget her!!

Irilla arrived on December 17,1937 in Cincinnati, Ohio, she was the youngest of ten children. She is preceded in death by her parents John and Ardell Henderson. Irilla was raised by her mother whom she adored, she was the youngest of her mother's ten children. Her fondest memories were of the times she spent with her mother.

In 1956 Irilla graduated from William H. Taft High School, she was in the Glee Club, she excelled in sports; volleyball, swimming, tennis and softball, she also played on a women's softball team along with her sister Rita. At 19 she met her future husband, got married and started a family. During the first half of her marriage, Irilla was a housewife and mother. Within a few years of her marriage, the family moved to Kansas City, Missouri; three years later, they would relocate to West Virginia to be closer to Irilla's in- laws. Irilla was the quintessential city girl, however, she eventually adjusted to the rural life. Her life in West Virginia was good; she lived near her in-laws, and with the support of her mother-in-law to look after her children, she started to work outside the home. Irilla was a jack-of-all trades, she could do it all, census taker, butcher, home improvement and auto-mechanic to name a few. She learned the upholstery business and opened "Red's Upholstery Shop", her business was a success, it gave her a purpose, but most of all, it allowed her to do what she lived for...meeting and talking to people, she LOVED people. West Virginia held a special place in Irilla's heart, because it is where she discovered who she was, and what she was capable of doing. The next chapter in Irilla's life seemed like a whirlwind when her husband accepted a job in Saudi Arabia; Irilla packed up the family and embarked on a once-in-a-lifetime experience, while there, she worked as the Director

of the compound recreation center. In two years, she returned to the U.S., and after 23 years of marriage, she decided she was going to "do it her way". In her later years, Irilla settled in Woodbridge, Virginia to be closer to her daughter, granddaughter and precious great granddaughters. She felt blessed to have the love and support of her family.

Irilla had many interests; she was smart and well read on many topics. She was an avid tennis and golf fan and recently had her dream come true; in October she attended her first live tennis match of her two favorite tennis players, Venus and Serena Williams, at the Greenbrier Classic in White Sulphur Springs, West Virginia. Next to watching sports, she was a fishing fanatic, she would bungee cord her fishing gear to her rollator, and when her shoulder prevented her from casting as far as she would have liked to, she enlisted strangers on the pier to cast her line; they did it and loved doing it for her. At 75 she received an iPad for her birthday, she used it every day, took it everywhere, read her bible on it played solitaire and puzzles to keep her mind sharp. But more than anything, Irilla loved the Lord, her family, friends and strangers, people were her passion. Irilla never met a stranger, she was an inspiration to many, and she left a legacy of love. Her motto was "love conquers all".

Irilla was preceded in death by her parents, John and Ardell Henderson; eight siblings, and one granddaughter. Irilla was a loving mother, grandmother and great-grandmother survived by three biological children; Mary Ardell Myers, Sylvestine Myers and Sylvester C. Myers, Jr.; one adopted son, Lawrence Patterson; nine grandchildren and eight great-grandchildren; and her loving sister Rita Dodd.

A memorial service to celebrate Irilla's life will be held at Mountcastle Turch Funeral Home, 4143 Dale Blvd., Dale City, VA, 22193, on Friday, January 18, 2019 at 11:00 am.

# Exhibit I

# **O B I T U A R Y**

*https://www.josepherattermanandsonfuneralhome.com/obituaries/Joseph-Miles-5/#!/Obituary*



Joseph O. Miles August 25, 1936 - December 21, 2018

# **Obituary for Joseph O. Miles**

MILES, Joseph O., 82, passed away Friday, December 21, 2018.
He was a member of Alcoholics Anonymous for 49 and a half years. He was also a member of New Cut Baptist Church.
He was preceded in death by his daughter, Carolyn Rogers.
He is survived by his loving wife of 64 years, Delores Fields Miles; beloved children, Joey Miles (Karen), Dianna Emmons (Scott), Ray Miles (Judy), Sharon Faulkner (Ron), Pamela Handy, and Benita Newkirk (Mike); 13 grandchildren; 13 great-grandchildren; 1 great-great grandchild, and sister, Mary Ellen O'Daniel.
His celebration of life service will be held 11 a.m. Friday at Joseph E. Ratterman & Son, 7336 Southside Dr. with entombment in Evergreen Cemetery. Visitation 2-8 p.m. Thursday at Rattermans.

*https://www.josepherattermanandsonfuneralhome.com/obituaries/Delor es-Miles-2/#!/Obituary*



**Obituary for Delores Marie Miles**

Miles, Delores Marie, 79, passed away Monday, January 28, 2019 at Baptist Health.

Preceding her in death is her loving husband of 64 years, Joseph Miles, Jr. and a daughter, Carolyn Rogers.

Left to cherish Delores' memory are her children; Joey Miles (Karen), Dianna Emmons (Scott), Ray Miles (Judy), Sharon Faulkner (Ron), Pamela Handy, and Benita Newkirk (Mike); 13 grandchildren; 13 great grandchildren; 1 great great grandchild; sisters, Marilyn Cooper and Judy Perkins; and a brother, Sylvester Fields.

Delores' celebration of life service will be held 12pm Friday at Joseph E. Ratterman & Son Funeral Home, 7336 Southside Dr., with Entombment to follow at Evergreen Cemetery. Visitation will be 2-8 PM Thursday at Rattermans.

To send flowers or a memorial gift to the family of Delores Marie Miles please visit our Sympathy Store.