UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Bair Hugger Forced Air Warming Products Liability Litigation  _____  This Document Relates To:  *Rhoton, et al.*, 15-cv-4360-JNE-DTS *Lockwood*, 17-cv-0823-JNE-DTS *Connelly*, 17-cv-1084-JNE-DTS *Milam*, 16-cv-2125-JNE-DTS *Bloom*, 16-cv-2273-JNE-DTS *White*, 16-cv-2276-JNE-DTS *Johns*, 16-cv-4190-JNE-DTS *Oliver*, 16-cv-4247-JNE-DTS *Taylor*, 17-cv-0199-JNE-DTS *Wenzel*, 17-cv-4576-JNE-DTS *Hylas*, 17-cv-0967-JNE-DTS *Miles, et al.*, 17-cv-1235-JNE-DTS *Myers*, 17-cv-1327-JNE-DTS *Rangel, et al.*, 17-cv-1865-JNE-DTS *Ponder*, 17-cv-2666-JNE-DTS *Olsen, et al.*, 17-cv-3538-JNE-DTS *Weeks*, 17-cv-4527-JNE-DTS *Capone*, 17-cv-5274-JNE-DTS *Mencl*, 18-cv-0106-JNE-DTS *Davis*, 18-cv-0166-JNE-DTS *Ballaso*, 18-cv-0575-JNE-DTS *Gohl*, 18-cv-1571-JNE-DTS *Walters*, 18-cv-2764-JNE-DTS *Lovett*, 19-cv-0391-JNE-DTS | MDL No. 15-2666 (JNE/DTS)    **(PROPOSED) ORDER GRANTING DEFENDANTS' NINTH MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRETRIAL ORDER NO. 23, FED. R. CIV. P. 41(b), AND 25(a), OR FOR LACK OF STANDING** |

This came before the Court on Defendants 3M Company's and Arizant Healthcare Inc.'s (collectively "Defendants") Ninth Motion to Dismiss Cases for Failure to Comply with Pretrial Order No. 23, and Fed. R. Civ. P. 41(b) and 25(a), or for Lack of Standing.

Based on the files, records, and proceedings herein,

IT IS HEREBY ORDERED that Defendants' motion is GRANTED. The following actions are dismissed with prejudice in their entirety:

| Case Number | Title | Firm Name |
| --- | --- | --- |
| 16-cv-2125-JNE-DTS | *Milam v. 3M Co., et al.* | Kennedy Hodges, LLP |
| 16-cv-2273-JNE-DTS | *Bloom v. 3M Co., et al.* | Pendley, Baudin & Coffin, LLP |
| 16-cv-2276-JNE-DTS | *White v. 3M Co., et al.* | Paglialunga & Harris, PC |
| 16-cv-4190-JNE-DTS | *Johns v. 3M Co., et al.* | Gustafson Gluek PLLC |
| 16-cv-4247-JNE-DTS | *Oliver v. 3M Co., et al.* | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| 17-cv-0199-JNE-DTS | *Taylor v. 3M Co., et al.* | Bernstein Liebhard LLP |
| 17-cv-4576-JNE-DTS | *Wenzel v. 3M Co., et al.* | Schlichter Bogard & Denton, LLP |
| 17-cv-0823-JNE-DTS | *Lockwood v. 3M Co., et al.* | Davis & Crump, P.C. |
| 17-cv-0967-JNE-DTS | *Hylas v. 3M Co., et al.* | Bailey Peavy Bailey Cowan Heckaman, PLLC |
| 17-cv-1084-JNE-DTS | *Connelly v. 3M Co., et al.* | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| 17-cv-1327-JNE-DTS | *Myers v. 3M Co., et al.* | Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA |
| 17-cv-2666-JNE-DTS | *Ponder v. 3M Co., et al.* | Brown & Crouppen, P.C. |
| 17-cv-3538-JNE-DTS | *Olsen, et al. v. 3M Co., et al.* | Loncar & Associates, P.C. |
| 17-cv-4527-JNE-DTS | *Weeks v. 3M Co., et al.* | Schlichter Bogard & Denton, LLP |
| 17-cv-5274-JNE-DTS | *Capone v. 3M Co., et al.* | Bernstein Liebhard LLP |
| 18-cv-0106-JNE-DTS | *Mencl v. 3M Co., et al.* | Langdon & Emison, LLC |
| 18-cv-0166-JNE-DTS | *Davis v. 3M Co., et al.* | Johnson Becker, PLLC |
| 18-cv-0575-JNE-DTS | *Ballaso v. 3M Co., et al.* | Gustafson Gluek PLLC |
| 18-cv-1571-JNE-DTS | *Gohl v. 3M Co., et al.* | Jones Ward PLC |
| 18-cv-2764-JNE-DTS | *Walters v. 3M Co., et al.* | Justinian & Associates PLLC |

In addition, the claims of the main plaintiffs in the following actions are dismissed with prejudice but the spouses' loss of consortium claims are not dismissed:

| Case Number | Title | Firm Name |
| --- | --- | --- |
| 15-cv-4360-JNE-DTS | *Rhoton, et al. v. 3M Co., et al.* | Pittman, Dutton & Hellums, P.C. |
| 17-cv-1235-JNE-DTS | *Miles, et al. v. 3M Co., et al.* | Kelley, Bernheim & Dolinsky LLC |
| 17-cv-1865-JNE-DTS | *Rangel, et al. v. 3M Co., et al.* | Brown & Crouppen, P.C |

The following action is dismissed in its entirety, without prejudice:

| Case Number | Title | Firm Name |
| --- | --- | --- |
| 19-cv-0391-JNE-DTS | *Lovett v. 3M Co., et al.* | Brown & Crouppen, P.C. |

LET JUDGMENT BE ENTERED ACCORDINGLY.

Date:                                                BY THE COURT

_____
JUDGE, U.S. DISTRICT COURT