# EXHIBIT A



**Monica L. Davies**
**Direct Dial:  612-343-3248**
**E-Mail: mdavies@blackwellburke.com**

June 20, 2018

**VIA EMAIL**
(**gzimmerman@meshbesher.com**)

Genevieve Zimmerman
Meshbesher & Spence, Ltd.
1616 Park Avenue South
Minneapolis, MN  55404

Re:  *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
     MDL No. 15-2666-JNE-FLN

Dear Genevieve:

Pursuant to the Court's June 18, 2018 Order, the Draft Prewarming Document (Dkt. No. 937) is to remain under seal.  Following the entry of the order, Defendants discovered that Plaintiffs included an excerpt from the document – in unredacted form – in their October 3, 2017 Opposition to Defendants' Motion to Exclude Plaintiffs' Engineering Experts (Dkt. No. 914 at 4).  Based on our review, it appears that other briefs that discussed this document were appropriately redacted.

Please take any necessary actions to ensure that this oversight is corrected and that the filing is immediately removed from the public docket.  Defendants do not object to Plaintiffs filing a corrected version with the excerpt from the document redacted.

Sincerely,

/s/ Monica Davies

Monica L. Davies