# EXHIBIT C

United States District Court
Southern District of Texas
**ENTERED**
November 20, 2015
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TOMMY WALTON, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:13-CV-1164 |
| | § | |
| 3M COMPANY, *et al*, | § | |
| | § | |
| Defendants. | § | |

**ORDER CLARIFYING THE SEAL REQUIREMENT WITH RESPECT TO THIS COURT'S MEMORANDUM OPINION (DKT. NO. 193) AND DUTY OF COUNSEL TO MEET AND CONFER**

On November 16, 2015, came to be considered defendants' Request for an Emergency Telephonic Hearing Regarding Public Disclosure of Sealed Order (Dkt. No. 193) (the "motion"). Having considered the motion, all responsive filings and arguments of counsel, the Court hereby clarifies the Seal ordered with respect to its Memorandum Opinion dated October 29, 2015, as follows:

1. Unless prior leave of this Court is granted, neither the parties nor their counsel shall summarize, characterize, or otherwise describe in a public communication or court filing the contents of this Court's October 29, 2015, Memorandum Opinion that was filed under seal in this Court.

2. Any motions, briefs or memoranda submitted herein and pertaining to the October 29, 2015, Memorandum Opinion should be filed under seal.

3. Counsel are expected to meet and confer on procedural and discovery matters prior to seeking relief from this Court, and to promptly respond to efforts from the opposing party in that regard.

SIGNED on this 20th day of November, 2015.

_____
Kenneth M. Hoyt
United States District Judge