UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Bair Hugger Forced Air Warming Devices Products Liability Litigation | MDL No. 15-2666 (JNE/DTS) |
| This Document Relates to:<br>ALL ACTIONS | **STATEMENT INSTEAD OF REDACTED DOCUMENTS** |

I certify that Defendants have filed a Memorandum in Opposition to Motion for Rule 11 Sanctions, and a supporting Declaration of Declaration of Jerry W. Blackwell ("Blackwell Declaration") with Exhibits A-G.

The following Declaration Exhibits (D, E and F to the Blackwell Declaration) have been marked "Confidential" under the Protective Order or pursuant to other appropriate legal authority, and redaction is impracticable.

1. Exhibit D is a true and correct copy of "Plaintiff's Motion to Compel" filed in the *Petitta* matter on May 9, 2019.

2. Exhibit E is a true and correct copy of the "Order" order filed under seal by the court in the *Johnson* matter on November 12, 2015.

3. Exhibit F is a true and correct copy of the transcript from the June 19, 2019 hearing held in the *Petitta* matter.

Dated: July 9, 2019    Respectfully submitted,

*s/ Jerry W. Blackwell*
Jerry W. Blackwell (MN #186867)
BLACKWELL BURKE P.A.
431 South Seventh Street
Suite 2500
Minneapolis, MN 55415
Phone: (612) 343-3200
Fax: (612) 343-3205
Email: bhulse@blackwellburke.com

***Counsel for Defendants 3M Company and Arizant Healthcare Inc.***