IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| IN RE: BAIR HUGGER FORCED AIR WARMING PRODUCT LIABILITY LITIGATION | MDL No.: 15-md-02666 (JNE/DTS) |

This Document Relates To:

Carla Walter vs. 3M Company, et al,
Civ. No. 0:18-cv-02764(JNE/DTS)
_____

**L.R. 7.1(f) WORD COUNT COMPLIANCE CERTIFICATE REGARDING P LAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

This brief complies with the word limitation of LR 7.1(f) because this brief contains 930 words, including all text, headings, footnotes, and quotations, other than the parts of the brief exempted by LR 7.1(f). This brief was prepared using Microsoft Office Word 2013.

This brief complies with the type size requirements of LR 7.1 (h) because this brief has been prepared using at least font size 13, is double-spaced (except for headings, footnotes and quotations that exceed two lines) and is submitted on 81/2" by 11" paper with at least one inch of margins on all four sides.

Dated this 9th day of July, 2019.

Respectfully submitted,

s/Amber M. Pang Parra
AMBER M. PANG PARRA, ESQ.
JUSTINIAN & ASSOCIATES PLLC
6228 Bandera Road
San Antonio, TX 78238
Telephone: 855.452.5529
Facsimile: 210.872-8279
Email:ampp@justinian.com
Texas Bar No. 24009224
Hawaii Bar No. 7305
ATTORNEYS FOR PLAINTIFF