# EXHIBIT 7

1    IN THE 92ND DISTRICT COURT OF THE STATE OF TEXAS

2          IN AND FOR THE COUNTY OF HIDALGO

3

4  JOHN PETITTA,                    )
                                    )
5                   Plaintiff,      )
                                    )
6  VS.                             ) Case No. C-5130-16-A
                                    )
7  RAY R. TREY FULP, III, D.O.,    )
   ET AL,                           )
8                                   )
                    Defendants.     )
9  _____)

10

11

12                STATEMENT OF FACTS

13

14                PRETRIAL HEARING

15         MOTION FOR PROTECTIVE ORDER
                  MOTION TO COMPEL
16

17       REPORTER'S TRANSCRIPT OF PROCEEDINGS

18

19                June 19, 2019
                  Edinburg, Texas
20

21

BEFORE:  HON. LUIS M. SINGLETERRY, Presiding Judge
22           of the 92nd District Court

23

   Julian G. Alderette
24 Official Court Reporter
   Certification Number 3484
25

JULIAN G. ALDERETTE,
OFFICIAL COURT REPORTER
92ND DISTRICT COURT, HIDALGO COUNTY TEXAS
(956) 318-2250

```
 1                      APPEARANCES

 2    FOR THE PLAINTIFF:

 3
            Mr. Albert Garcia
 4          Attorney at Law
            6900 N. 10th St., Ste. 2
 5          McAllen, TX  78504
            956.627.0455
 6

 7          Mr. Kyle Farrar
            Attorney at Law
 8          1010 Lamar, Ste. 1600
            Houston, TX 77002
 9

10          Mr. Gabriel A. Assaad
            Attorney at Law
11          4409 Montrose Blvd.
            Houston, TX 77006
12          713.523.0001

13
            Ms. Genevieve Zimmerman
14          Attorney at Law
            1616 Park Avenue
15          Minneapolis, MN 55404.
            612.339.9121
16

17          Mr. Armando Marroquin
            Attorney at Law
18          300 E. Pecan Blvd.
            McAllen, TX  78501
19          956.287.7400

20

21    FOR THE DEFENDANT:  (3M)

22          Mr. Jerry W. Blackwell
            Attorney at Law
23          431 S. Street, Ste. 2500
            Minneapolis, MN  55415
24          612.343.3205.

25          And
```

```
 1              Mr. David G. Oliveira
                Attorney at Law
 2              855 W. Price Rd., Ste. 9
                Brownsville, TX  78520
 3              956.542.5566

 4

 5    FOR THE DEFENDANT:  (Barbosa)

 6              Mr. William Gault
                Attorney at Law
 7              P.O. Box 5959
                Brownsville, TX  78523-5959
 8              956.544.7110

 9

10    FOR THE DEFENDANT:  (Dr. Fulp)

11              Mr. Ron Hole
                Attorney at Law
12              612 W. Nolana, Ste. 370
                McAllen, TX  78504
13              956.631.2415

14

15    Reporter's Certificate..........................52

16

17

18

19

20

21

22

23

24

25
```

1      seen the documents.  Not one piece of paper.

2      Our experts in this case cannot rely on them.

3      We cannot file them.  If they file a motion for

4      summary judgment I cannot use them to respond

5      to the summary judgment.  If I took a 3M

6      witness right now I cannot use it.  I don't

7      have the documents.  To say I do is utterly

8      false.

9           And to say, well, we agreed to this in the

10     M.D.L.  I can assure I did not.  I had no hand

11     in that and I never would have agreed to this

12     protective order because I think it has

13     provisions that are just contrary to law.  But

14     even if Mr. Zimmerman or Mr. Assaad or anybody

15     in the M.D.L. agreed to it, that is utterly

16     irrelevant to this Court's determination of

17     what a proper protective order in State Court,

18     in Hidalgo County, Texas should be.

19          THE COURT:  I'll take a look at the --

20     both sides have submitted proposed orders?

21          MR. BLACKWELL:  Yes, Your Honor.

22          MR. FERRAR:  Our proposed order is no

23     order.  But if there is one there's a redline

24     which I believe is Exhibit C.

25          THE COURT:  Okay.