# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | MDL No. 15-2666 (JNE/DTS) |
| THIS DOCUMENT RELATES TO: 17-cv-0199 *(Taylor v. 3M Co., et al.)* | |

### FED. R. CIV. P. 25(a) NOTICE OF
### SUGGESTION OF DEATH UPON THE RECORD

Pursuant to Rule 25(a) of the Federal Rules of Civil Procedure, the undersigned attorneys for Plaintiff Patricia Taylor hereby suggest upon the record that Plaintiff Patricia Taylor died on December 31, 2017. Counsel has only this week learned of Plaintiffs death and has not yet been able to contact the next of kin. Therefore, Counsel is not able to describe the time or circumstances of Plaintiff's death in accordance with PTO #23.

Dated:  February 7, 2019         By:   /s/ Daniel C. Burke

Daniel C. Burke
10 E. 40th Street
New York, NY  10016
Telephone: (212) 779-1414
Facsimile: (212) 779-3218
Email: dburke@bernlieb.com
Email: dweck@bernlieb.com

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby declare that on February 7, 2019 a copy of the foregoing document was served on all parties via the Court's electronic filing system.

>Respectfully submitted,
>
>**BERNSTEIN LIEBHARD LLP**
>
>By: /s/ Daniel C. Burke
>Daniel C. Burke
>10 E. 40th Street
>New York, NY 10016
>Telephone: (212) 779-1414
>Facsimile: (212) 779-3218
>Email: dburke@bernlieb.com
>Email: dweck@bernlieb.com
>
>Attorneys for Plaintiff