CASE 0:15-md-02666-JNE-DTS Doc. 2045-3 Filed 07/10/19 Page 1 of 7
6299
Filed 5/22/2019 3:13 PM
Nicole Crocker
County Clerk
Callahan County, Texas
Megan Wright

No. _____

| | | |
|---|---|---|
| IN THE ESTATE OF | § | IN COUNTY COURT |
| | § | |
| PATRICIA RUTH TAYLOR, | § | OF |
| | § | |
| DECEASED | § | CALLAHAN COUNTY, TEXAS |

## APPLICATION FOR INDEPENDENT ADMINISTRATIONAND LETTERS OF ADMINISTRATIONPURSUANT TO SECTION 401.003 OF THE TEXAS ESTATES CODE AND APPLICATION TO DETERMINE HEIRSHIP

**TO THE HONORABLE JUDGE OF SAID COURT:**

Donald R. Taylor ("Applicant"), furnishes the following information to the Court in support of this Application for Independent Administration of the Estate of Patricia Ruth Taylor ("Decedent"), and for issuance of Letters of Administration pursuant to Section 401.003 of the Texas Estates Code and Application to Determine Heirship:

I. Application for Independent Administration Pursuant to 401.003

1. Applicant Donald R. Taylor is an individual interested in this Estate, being domiciled in and residing at 601 PR 2621, Clyde, Callahan County, Texas 79510. Donald R. Taylor is the spouse of Decedent. The last three digits of the social security number of Donald R. Taylor are _____ The last three digits of the driver's license number of Donald R. Taylor are _____

2. Decedent died intestate on December 31, 2017, at Abilene, Taylor County, Texas, at the age of 70 years. Decedent's domicile at the time of her death was Clyde, Callahan County, Texas.

3. This Court has jurisdiction and venue is proper because Decedent was domiciled in Texas and had a fixed place of residence in this County on the date of her death.

4. Decedent owned property described generally as real estate, cash, personal effects

and household goods of a probable value in excess of $100,000.00.

5. The name, age, marital status, and address of each of Decedent's heirs, and the relationship of each heir to Decedent are as follows:

> Name: Donald R. Taylor
> Age: 77
> Marital Status: Widowed
> Address: 601 PR, Clyde, Texas 79510
> Relationship: spouse

> Name: Dwayne A. Smith
> Age: 55
> Marital Status: Not married
> Address: 910 S. 27th St., Abilene, TX 79602
> Relationship: son

> Name: Lisa Ann Gober
> Age: 52
> Marital Status: Not married
> Address: 601 PR 2621, Clyde, TX 79510
> Relationship: daughter

> Name: Jake A. Freiman
> Age: 36
> Marital Status: Not married
> Address: 3901 State Jail Rd, El Paso, TX 79938
> Relationship: grandson

> Name: Jennifer M. Chapman
> Age: 34
> Marital Status: Married
> Address: 3201 Fair Oaks, Dr., Corpus Christi, TX 78410
> Relationship: granddaughter

6. A necessity exists for the administration of the estate, specifically Decedent has assets and claims that need to be administered.

7. The listing of heirs includes any living child of the decedent. Decedent was predeceased by a child, specifically:

> Cynthia M. Freiman
> Date of Birth: 08/21/1968

Date of Death: 03/05/2016

8. Decedent did not leave a will. However, there exists a necessity for administration of the Estate, the Distributees agree on the advisability of having an independent administration and also agree that Donald R. Taylor should be appointed Independent Administrator. The Distributees therefore request that no action shall be had in the county court in relation to the settlement of the Decedent's estate other than the return of an inventory, appraisement and list of claims of the estate or an affidavit in lieu of the inventory, appraisement and list of claims. Donald R. Taylor is not disqualified by law from serving as such or from accepting Letters of Administration, and would be entitled to such letters.

11. The persons listed in paragraph 5 above are the distributees of the Estate and are the only persons required to receive notice under Section 401.004 of the Texas Estates Code. Donald R. Taylor will file a Distributee's Consent to Application for Independent Administration and Waiver of Notice as to each of the Distributees. An independent administration of the Decedent's estate pursuant to Section 401.003 of the Texas Estates Code is advisable and in the best interests of the Decedent's estate and of the heir and distributee of the Decedent's estate.

12. Pursuant to Section 401.005 of the Texas Estates Code, Applicant requests that the requirement for bond be waived.

II. Application to Determine Heirship

The Applicant, Donald R. Taylor, furnishes the following information to the Court:

1. Patricia Ruth Taylor ("Decedent") died on December 31, 2017, at the age of 70 years, in Abilene, Taylor County, Texas.

2. An administration is pending upon Decedent's Estate in the above entitled and numbered cause, and it is in the best interest of the Estate for the Court to determine who are the

heirs and only heirs of the Decedent.

3. This Court has jurisdiction and venue is proper because this is the court in which a proceeding administering Decedent's Estate was most recently pending.

4. Applicant claims to be the owner of all or a part of Decedent's Estate.

5. The names and residences of all of Decedent's heirs, the relationship of each heir to Decedent and the true interest of the Applicant and of each of the heirs in the Estate of Decedent are as follows:

  a. Name: Donald R. Taylor
    Address: 601 PR 2621, Clyde, TX 79510
    Relationship: Spouse
    Share of Real Property: ½ interest in community real property
    Share of Personal Property: ½ interest in community personal property

  b. Name: Dwayne A. Smith
    Address: 910 S. 27th St., Abilene, TX 79602
    Relationship: Child
    Share of Real Property: 16.67% interest in community real property.
    Share of Personal Property: 16.67% interest in community personal property

  c. Name: Lisa Ann Gober
    Address: 601 PR 2621, Clyde, TX 79510
    Relationship: Child
    Share of Real Property: 16.67% interest in community real property.
    Share of Personal Property: 16.67% interest in community pers. property

  d. Name: Jake A. Freiman
    Address: 3901 State Jail Rd., El Paso, TX 79938
    Relationship: Grandchild
    Share of Real Property: 8.33% interest in community real property
    Share of Personal Property: 8.33% interest in community pers. property

  m. Name: Jennifer M. Chapman
    Address: 3201 Fair Oaks Dr., Corpus Christie, TX 78410
    Relationship: Grandchild
    Share of Real Property: 8.33% interest in community real property
    Share of Personal Property: 8.33% interest in community pers.Property

6. At the time of Decedent's death, Decedent owned real property in the State of Texas

and personal property as follows:

### REAL PROPERTY

    a.    Description:    BEING a 4.73 acre tract of land being a part of the SE/4 of the SE/4 Section 61, B.B.B. & C. RR Co. Survey, Callahan County, Texas and being more fully described as follows:
BEGINNING at a ½" iron pin set under an old fence line located North 89 deg. 53' West 2774 feet and North 1 deg. 36' West 392 feet from the SE corner of Section 61, the SE corner of the tract;
THENCE North 89 deg. 53' West across a field a distance of 662 feet to a ½" iron pin set under an old fence line the SW corner of this tract;
THENCE North along an old fence line 284.4 feet to a ½"iron pin set by a corner post the NW corner of this tract;
THENCE North 84 deg. 59' East with an old fence line 653 feet to a stake set for the NE corner of this tract;
THENCE South 1 deg. 36' East with an old fence line 341.5 feet to the place of beginning and containing 4.73 acres of land, more or less.

        Type:    Community Property

### PERSONAL PROPERTY

    a.    Description:    2007 Ford Fusion

        Type:    Community Property

    b.    Description:    First Bank Texas Checking Account

        Type:    Community Property

    c.    Description:    Class Action Lawsuit

        Type:    Community Property

7.    The listing of heirs includes any living child of the decedent. Patricia Ruth Taylor was predeceased by the following child:

    Name:    Cynthia M. Freiman
    Birth Date:    08/21/1968
    Date of Death: 03/05/2016

9. At the time of her death, Decedent was married to Donald R. Taylor, and had been married previously.

10. All children born to or adopted by Decedent have been listed. Each marriage of Decedent has been listed, to the extent known by Applicant at this time.

11. To the best of my knowledge, Decedent died intestate.

12. This Application does not omit any information required by the Texas Estates Code, Section 202.004, 202.005, 202.007 and 202.008, except that Applicant has no knowledge of Decedant's marriages, other than her marriage to Donald R. Taylor.

13. There are no debts owed by Decedent that are not secured by liens upon real estate and there is a necessity for an administration of this Estate.

14. This Application contains all of the material facts and circumstances within the knowledge and information of the Applicant that might reasonably tend to show the time or place of death or the names or residences of all heirs, if the time or place of death or the names or residences of all the heirs are not definitely known to the Applicant, except as follows: None.

### PRAYER

**WHEREFORE**, Applicant prays that citation with respect to this Application for Independent Administration and Letters of Administration pursuant to Section 401.003 of the Texas Estates Code be issued and served as required by law to all persons interested in this Estate; that it be adjudged to be advisable and in the best interests of the Decedent's estate for Donald R. Taylor to be appointed to serve as Administrator under the provisions of Section 401.003 of the Texas Estates Code; that Letters of Administration be issued to Donald R. Taylor; that bond be waived; and that no action be had in this court in relation to the settlement of such estate other than the return of an inventory, appraisement, and list of claims of such estate or an affidavit in lieu of

the inventory, appraisement and list of claims; and that all other Orders be entered as the Court may deem proper. Applicant further prays that citation issue as required by law; that an attorney ad litem be appointed to represent the interests of unknown heirs; that upon hearing hereof, this Court determine who are the heirs and only heirs of Decedent and their respective shares and interests in this Estate; and that a necessity exists for an administration of Decedent's Estate.

Respectfully submitted,

_____
Ashton R. Anderson
Attorney for Donald R. Taylor
State Bar No. 24062587
1057 S. 3rd St.
Abilene, TX 79602
(325) 261-3005
(325) 455-8021
ara@ashtonandersonlaw.com

_____
Donald R. Taylor, Applicant