UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

PRETRIAL CONFERENCE MINUTES

| | |
|---|---|
| IN RE: Bair Hugger Forced Air Warming Devices Products Liability Litigation | COURT MINUTES - CIVIL<br>BEFORE: DAVID T. SCHULTZ<br>U.S. Magistrate Judge |

Case No.: 15-MD-2666 (JNE/DTS)

| | |
|---|---|
| Date: | July 16, 2019 |
| Court Reporter: | Renee Rogge |
| Location: | Mpls. 9E |
| Time Commenced: | 9:20 a.m. |
| Recess: | 10:45 a.m. |
| Resume: | 11:00 a.m. |
| Recess: | 11:20 a.m. |
| Resume: | 11:30 a.m. |
| Time Concluded: | 12:25 p.m. |
| Sealed Hearing Time: | |
| Total Time: | 2 hours 40 minutes |

APPEARANCES:   Genevieve Zimmerman, Esq., Gabriel Assaad, Esq., Kyle W. Farrar, Esq., on behalf of plaintiffs.

Benjamin Hulse, Esq., Jerry Blackwell, Esq., on behalf of defendants.

PROCEEDINGS:
   #1947: Defendants' Motion for Contempt Order and Sanctions
   #2016: Plaintiffs' Motion for Rule 11 Sanctions

x   Motion(s) taken under advisement

x   Order to be issued
_   No Order to be issued
_   R&R to be issued
_   No R&R to be issued
_   Exhibits retained by the Court
_   Exhibits returned to counsel

NOTES:

s/ A. Spillane
*Law Clerk*