UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Bair Hugger Forced Air Warming Devices Products Liability Litigation | MDL No. 15-2666 (JNE/DTS) |
| This Document Relates to: ALL ACTIONS | **MEET AND CONFER STATEMENT REGARDING DEFENDANTS' MOTION TO REQUEST REDACTION OF TRANSCRIPT** |

The undersigned counsel for Defendants 3M Company and Arizant Healthcare Inc. (collectively, "Defendants") certifies that counsel for Defendants have repeatedly met and conferred with counsel for Plaintiffs regarding the sealing of information and documents in these proceedings, and both sides have expressed their viewpoints in multiple briefs and hearings. Plaintiffs have consistently maintained that all transcribed hearings are public and that transcripts may not be redacted. As such, Defendants have satisfied their meet-and-confer obligations.

Dated: July 22, 2019                     Respectfully submitted,

*s/Benjamin W. Hulse*
Benjamin W. Hulse (MN #0390952)
BLACKWELL BURKE P.A.
431 South Seventh Street, Suite 2500
Minneapolis, MN 55415
Phone: (612) 343-3200
Fax: (612) 343-3205
Email: blackwell@blackwellburke.com

***Counsel for Defendants 3M Company and Arizant Healthcare Inc.***