

**Benjamin W. Hulse**
**Direct Dial: 612-343-3256**
**E-Mail: bhulse@blackwellburke.com**

**VIA ECF**

July 23, 2019

The Honorable Joan N. Ericksen
United States District Court
District of Minnesota
12W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

RE:   In re *Bair Hugger Forced Air Warming Devices Products Liability Litigation*
       MDL No. 15-2666

Dear Judge Ericksen:

On July 3, 2019, Defendants filed their Ninth Motion to Dismiss for Failure to Comply with Pretrial Order No. 23, Fed. R. Civ. P. 41(b), and 25(a), or for Lack of Standing. ECF No. 2030.

Plaintiffs' responses are due on July 23, 2019. Three plaintiffs have already filed responses: *Walters*, ECF No. 2039, *Taylor*, ECF No. 2045, and *Milam*, ECF No. 2046. Since Plaintiffs' responses will potentially be scattered between July 9 and July 24, Defendants' reply deadlines are also scattered between July 24 and August 7, 2019.

Defendants therefore request permission to file a single, combined reply brief on or before August 7, 2019. This would allow Defendants to avoid having to file separate reply briefs for each plaintiff. Plaintiffs do not oppose this request, and the Court has previously granted similar requests. Thank you for your consideration of this request.

Sincerely,

s/ *Benjamin W. Hulse*

Benjamin W. Hulse

BWH:vb