# EXHIBIT A

# IN THE PROBATE COURT OF BLOUNT COUNTY, ALABAMA

IN THE MATTER
OF THE ESTATE OF
JAMES BRUCE RHOTON, SR.,
Deceased

CASE NO:  2019-026

# LETTERS TESTAMENTARY

The Last Will and Testament of **JAMES BRUCE RHOTON, SR.,** deceased, having been duly admitted to record in this Court, Letters Testamentary are hereby granted to

**SARAH RHOTON,**

Personal Representative named in said Will, who has complied with the requisitions of the law and is authorized to take upon themselves the execution of such will for the benefit of interested persons, and has all the power authorized in transactions under §43-2-843, Code of Alabama (1975, as amended).

WITNESS my hand and dated this the ___29___ day of March, 2019.

CHRIS GREEN
JUDGE OF PROBATE

I, Kimberly Hipp, Chief Clerk of the Court of Probate of Blount County, Alabama, hereby certify that the foregoing is a true, correct and complete copy of the Letters Testamentary issued in the above-styled cause, as appears of record in said court.  I further certify that said Letters are still in full force and effect.

Given under my hand and seal of office, this the ___29___ day of March, 2019.

FILED
BLOUNT COUNTY, AL

05/29/2019

CHRIS GREEN
JUDGE OF PROBATE

KIMBERLY HIPP
CHIEF CLERK