# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | MDL No. 15-2666 (JNE/DTS) |
| This Document Relates To: | |
| Ray Wilson | **NOTICE OF APPEARANCE** |
| Plaintiff(s) | Case No: 0:19-cv-01931-JNE-DTS |
| v. | |
| 3M COMPANY AND ARIZANT HEALTHCARE, INC. | |
| Defendant(s) | |

The undersigned attorney hereby notifies the Court and counsel that Roopal P. Luhana, Esq. shall appear as counsel of record for Ray Wilson, Plaintiff in this case.

Dated: July 24, 2019

s/ Roopal P. Luhana
Roopal P. Luhana, Esq.
Chaffin Luhana LLP
600 Third Avenue
12th Floor
New York, NY 10016
(347) 269-4461
luhana@chaffinluhana.com

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I certify that on this 24th day of July 2019, a true and correct copy of the foregoing Notice of Appearance was filed electronically by using the CM/ECF system which will deliver the document to all counsel of record.

s/ Roopal P. Luhana