IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| IN RE: BAIR HUGGER FORCED AIR WARMING PRODUCT LIABILITY LITIGATION | MDL No.: 15-md-02666 (JNE/DTS) |
| This Document Relates To: | |
| STANLEY BLOOM, | |
| | Civil Action No.: 16-cv-2273-JNE-DTS |
| Plaintiff | |

_____

**L.R. 7.1(f) WORD COUNT COMPLIANCE CERTIFICATE REGARDING
PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

_____

This brief complies with the word limitation of LR 7.1(f) because this brief contains 2,175 words, including all text, headings, footnotes, and quotations, other than the parts of the brief exempted by LR 7.1(f). This brief was prepared using Microsoft Office Word  2013.

This brief complies with the type size requirements of LR 7.1 (h) because this brief has been prepared using at least font size 13, is double-spaced (except for headings, footnotes and quotations that exceed two lines) and is submitted on $8_{1/2}$" by 11" paper with at least one inch of margins on all four sides.

2

July 24, 2019

Respectfully submitted,

By: /s/ Brian A. Goldstein
      Brian A. Goldstein, Esq.
      Cellino & Barnes, P.C.
      2500 Main Place Tower
      350 Main Street
      Buffalo, NY  14202-3725
      Telephone Number 1.716.888.8888
      Fax Number 1.716.854.6291
      brian.goldstein@cellinoandbarnes.com
      Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send the notification of such filing to all attorneys of record.

/s/ Brian A. Goldstein
Brian A. Goldstein, Esq.
Cellino & Barnes, P.C.
2500 Main Place Tower
350 Main Street
Buffalo, NY  14202-3725
Telephone Number 1.716.888.8888
Fax Number 1.716.854.6291
brian.goldstein@cellinoandbarnes.com
Attorneys for Plaintiff