# EXHIBIT 1

**Query**   **Reports**   **Utilities**   **Help**   **Log Out**

BAIR,MDL

## U.S. District Court
## U.S. District of Minnesota (DMN)
### CIVIL DOCKET FOR CASE #: 0:16-cv-02273-JNE-DTS

Bloom v. 3M Company et al
Assigned to: Judge Joan N. Ericksen
Referred to: Magistrate Judge David T. Schultz
Lead case: 0:15-md-02666-JNE-DTS
Member case: (View Member Case)
Cause: 28:1332-pip-Diversity-Personal Injury, Product Liability

Date Filed: 06/30/2016
Jury Demand: Plaintiff
Nature of Suit: 367 Personal Injury: Health Care/Pharmaceutical Personal Injury Product Liability
Jurisdiction: Diversity

### Plaintiff

**Stanley Bloom**   represented by   **Brian A Goldstein**
Cellino & Barnes PC
2500 Main Place Tower
350 Main Street
Buffalo, NY 14202-3725
716-566-2246
Fax: 716-854-6291
Email: brian.goldstein@cellinoandbarnes.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher L. Coffin**
Pendley, Baudin & Coffin, LLP
1100 Poydras Street
Suite 2505
New Orleans, LA 70163
504-355-0086
Fax: 504-355-0089
Email: ccoffin@pbclawfirm.com
*TERMINATED: 02/09/2017*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

### Defendant

**3M Company**

### Defendant

**Arizant Healthcare, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 06/30/2016 | 1 | COMPLAINT against All Defendants. ( Filing fee $ 400 receipt number AMNDC-5001357.) Filed by Stanley Bloom. Filer requests summons issued. (Attachments: # 1 Civil Cover Sheet) (Coffin, Christopher) (Entered: 06/30/2016) |
| 06/30/2016 | 2 | TEXT ONLY ENTRY: CLERK'S NOTICE OF INITIAL CASE ASSIGNMENT. Case assigned to Judge Joan N. Ericksen per MDL List and referred to Magistrate Judge Franklin L. Noel. Please use case number 16-cv-2273 JNE/FLN. (JDF) (Entered: 06/30/2016) |
| 06/30/2016 | 3 | Summons Issued as to 3M Company, Arizant Healthcare, Inc. (JDF) (Entered: 06/30/2016) |
| 06/30/2016 | 4 | PRETRIAL ORDER NO. 1: Establishing Procedures. Signed by Judge Joan N. Ericksen on 1/13/16. (JDF) (Entered: 06/30/2016) |
| 06/30/2016 | 5 | TEXT ONLY ENTRY. COUNSEL PLEASE NOTE: This docket contains pleadings and orders pertaining to this case only and some, but not all, orders from the master case file In re: Bair Hugger Forced Air Warming Devices Products Liability Litigation, 0:15-md-2666 (JNE/FLN). Counsel shall read and comply with all Pretrial Orders filed in this master case. Pleadings filed and orders issued in the master case may be accessed through the master docket sheet at 0:15-md-2666-JNE-FLN. Additionally, access to Pretrial Orders, minutes, transcripts, and other documents issued in the master case may be found on the Bair Hugger MDL website at: www.mnd.uscourts.gov/MDL-Bair-Hugger/index.shtml .(JDF) (Entered: 06/30/2016) |
| 12/27/2016 | 6 | NOTICE of Appearance by Brian A Goldstein on behalf of Stanley Bloom. (Goldstein, Brian) (Entered: 12/27/2016) |
| 02/07/2017 | 7 | TERMINATED PER CHAMBERS - MOTION to Withdraw as Attorney by Stanley Bloom. ATTACHMENT FILED IN ERROR - (Attachments: # 1 Purposed Order)(Coffin, Christopher) Modified on 2/9/2017 (MMP). (Entered: 02/07/2017) |
| 08/02/2018 | 8 | TEXT ONLY ENTRY: CLERK'S NOTICE OF REASSIGNMENT. Due to the retirement of Magistrate Judge Franklin L. Noel, this case is reassigned to Magistrate Judge David T. Schultz. Magistrate Judge Franklin L. Noel no longer assigned to the case. **NOTE:** the new case number is **16-cv-02273-JNE-DTS**. Please use this case number for all subsequent pleadings. (JAT) (Entered: 08/02/2018) |

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 07/23/2019 12:52:58 | | |
| | candb1788 | Client Code: |

| PACER Login: | | | MT, Bair Hugger, Bloom |
|---|---|---|---|
| Description: | Docket Report | Search Criteria: | 0:16-cv-02273-JNE-DTS |
| Billable Pages: | 2 | Cost: | 0.20 |