# EXHIBIT 2

**Michael Williams**

| | |
|---|---|
| **From:** | Brian Goldstein |
| **Sent:** | Wednesday, July 10, 2019 10:44 AM |
| **To:** | Michael Williams; Alex Greco; Denise King Horn |
| **Subject:** | FW: MT-16-06853 Bloom,Stanley (now Deceased) v. 3M Company & Arizant Healthcare, Inc. (Bair Hugger): Bair Hugger -- Stanley Bloom, 16-cv-2773 |
| **Attachments:** | 2019.07.03 -2030 Def. Memo ISO 9th Mtn to Dismiss for PTO 23.pdf; 2019.07.03 -2031 Declar. of B. Hulse ISO 9th Mtn to Dismiss for PTO 23.pdf; 2019.07.03 -2032 Meet and Confer Statement for 9th Mtn.pdf; 2019.07.03 -2033 Proposed Order re 9th Mtn to Dism. PTO 23.pdf; 2019.07.03 -2028 Def. 9th Mtn to Dismiss for PTO 23.pdf; 2019.07.03 -2029 Def. Ntc of Hrg. on 9th Mtn to Dismiss for PTO 23.pdf |

**From:** Ben Hulse [mailto:BHulse@blackwellburke.com]
**Sent:** Wednesday, July 10, 2019 10:34 AM
**To:** Brian Goldstein
**Cc:** Vinita Banthia
**Subject:** Bair Hugger -- Stanley Bloom, 16-cv-2773

*ATTENTION: This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.*

Brian,

On July 3, we moved to dismiss the Stanley Bloom case based on noncompliance with Pretrial Order No. 23 (the rules relating to deceased plaintiffs). In advance of that motion, we reached out to Chris Coffin to request whether he would agree to dismiss the case with prejudice, and heard no response. We were not aware that Mr. Coffin had withdrawn as lead counsel, and his office notified us of that today and that we should be in touch with you.

I have attached the motion papers for your reference, which were filed on the master docket. Would you consent to dismissal of the case with prejudice, in which case we will send you a stipulation? Otherwise, your response to our motion is due 7/24. Thanks.

Best,
Ben Hulse


Benjamin W. Hulse
Blackwell Burke P.A.
431 South Seventh Street, Suite 2500
Minneapolis, MN  55415
Direct (612) 343-3256
Fax (612) 343-3205

This message and any attachments may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not the intended recipient or are not authorized to receive for the recipient, you are hereby notified that dissemination, distribution or copying of this message and any attachments is strictly prohibited. If you have received this message in error, please immediately advise the sender by reply e-mail and delete the message and any attachments. Thank you.