IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| IN RE: BAIR HUGGER FORCED AIR WARMING PRODUCT LIABILITY LITIGATION | MDL No.: 15-md-02666 (JNE/DTS) |
| This Document Relates To: | |
| STANLEY BLOOM, | Civil Action No.: 16-cv-2273-JNE-DTS |
| Plaintiff | |

_____

### SUGGESTION OF DEATH
_____

Pursuant to Federal Rule of Civil Procedure 25(a)(1), undersigned counsel hereby respectfully suggests upon the record the December 4, 2018 death of plaintiff Stanley Bloom.

July 24, 2019

Respectfully submitted,

By: /s/ Brian A. Goldstein
Brian A. Goldstein, Esq.
Cellino & Barnes, P.C.
2500 Main Place Tower
350 Main Street
Buffalo, NY  14202-3725
Telephone Number 1.716.888.8888
Fax Number 1.716.854.6291
brian.goldstein@cellinoandbarnes.com
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send the notification of such filing to all attorneys of record.

/s/ Brian A. Goldstein
Brian A. Goldstein, Esq.
Cellino & Barnes, P.C.
2500 Main Place Tower
350 Main Street
Buffalo, NY  14202-3725
Telephone Number 1.716.888.8888
Fax Number 1.716.854.6291
brian.goldstein@cellinoandbarnes.com
Attorneys for Plaintiff