# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION<br><br>**This document relates to:**<br>*Ballasso v. 3M Company, et al.*<br>Case Action No. 18-cv-00575 | MDL No. 15-2666 (JNE/FLN)<br><br>JUDGE: JOAN N. ERICKSEN<br>MAG. JUDGE: DAVID T. SCHULTZ |

## L.R. 7.1 WORD COUNT COMPLIANCE CERTIFICATE

I, Amanda M. Williams, certify that Plaintiff's Opposition to Defendants' Motion to Dismiss complies with Local Rule 7.1(f) and 7.1(h).

I further certify that, in preparation of this memorandum, I used Microsoft Word 2016, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above referenced memorandum contains 476 words, exclusive of the caption and signature block.

Dated: July 24, 2019                                     Respectfully submitted,

                                                        s/Amanda M. Williams
                                                        Amanda M. Williams (MN #0341691)
                                                        Eric S. Taubel (MN #0392491)
                                                        GUSTAFSON GLUEK PLLC
                                                        120 South Sixth Street, Suite 2600
                                                        Minneapolis, MN 55402
                                                        Phone: (612) 333-8844
                                                        Fax: (612) 339-6622
                                                        E-mail: awilliams@gustafsongluek.com
                                                                    etaubel@gustafsongluek.com

                                                        ***COUNSEL FOR PLAINTIFF***