UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| **IN RE: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br>0:17-cv-00967 *(Hylas v. 3M Company, et al.)* | )<br>)<br>)<br>)  **MDL DOCKET NO.**<br>)  **15-md-2666 (JNE/FLN)**<br>)<br>)<br>) |

**LOCAL RULE 7.1 WORD COUNT COMPLIANCE CERTIFICATE REGARDING PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS' NINTH MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRETRIAL ORDER NO. 23, FED. R. CIV. P. 41(B), AND 25(A)**

This brief complies with the word limitations of L.R. 7.1 because this brief contains 2,307 words. This brief was prepared using Microsoft Word, Office 365 and the word processing program has been applied specifically to include all text, including headings, footnotes, and quotations

This brief complies with he type size requirements of L.R. 7.1 because this brief has been prepared using a font size of at least 13, is double-spaced (except for headings, footnotes, and quotations that exceed two lines) and is submitted on 8 ½" by 11" paper with at least one inch margins on all four sides.

Dated: July 24, 2019                               Respectfully Submitted,

**BAILEY COWAN HECKAMAN PLLC**

*/s/ Robert W. Cowan*
K. Camp Bailey
Robert W. Cowan
Laurence Tien

1

5555 San Felipe St., Suite 900
Houston, Texas 77056
Telephone: (713) 425-7100
Facsimile: (713) 425-7101
cbailey@bchlaw.com
rcowan@bchlaw.com
ltien@bchlaw.com

**ATTORNEYS FOR PLAINTIFF**