# EXHIBIT A

| | |
|---|---|
| **From:** | Vinita Banthia <vbanthia@blackwellburke.com> |
| **Sent:** | Monday, July 01, 2019 7:48 PM |
| **To:** | bailey-svc@bpblaw.com |
| **Cc:** | Ben Hulse |
| **Subject:** | Meet and confer re: dismissal of Hylas, 17-cv-0967 |

Dear Counsel,

Per Pretrial Order No. 23, a motion to substitute must be filed within 90 days of filing the suggestion of death, or 90 days after the Order was issued, whichever is later. The Order provides for dismissal with prejudice of cases that fail to meet the deadlines prescribed by the Order. Our records indicate that the following plaintiff represented by Bailey Peavy Bailey Cowan Heckaman, PLLC has failed to file a timely motion to substitute:

Mark K. Hylas, 17-cv-0967: Suggestion of death filed late on 3/20/2019, making the motion due 6/18/2019. Defendants have also previously moved to dismiss Mr. Hylas for the late suggestion of death.

Since the motion to substitute is overdue, and the suggestion of death was late, we will be moving to dismiss the case with prejudice unless you stipulate to a dismissal with prejudice by noon on Wednesday, July 3, 2019 . If we do not hear from you by that time, we will proceed with filing the motion. Thank you, and please let me know if you have any questions.

Regards,

Vinita



**Vinita Banthia**

Phone: 612.343.3229 | Fax: 612.343.3205
**www.blackwellburke.com**

   



431 South 7th Street, Suite 2500 ● Minneapolis ● MN ● 55415

**This message and any attachments may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not the intended recipient or are not authorized to receive for the recipient, you are hereby notified that dissemination, distribution or copying of this message and any attachments is strictly prohibited. If you have received this message in error, please immediately advise the sender by reply e-mail and delete the message and any attachments. Thank you.**