# MURRAY LAW FIRM

SUITE 2150 POYDRAS CENTER
650 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

STEPHEN B. MURRAY †
PATRICIA RIVET MURRAY
STEPHEN B. MURRAY, JR.
ARTHUR M. MURRAY *
NICOLE IEYOUB-MURRAY
JESSICA W. HAYES
ROBIN MYERS
CAROLINE THOMAS WHITE
DEVIN A. LOWELL
KENNETH J. WINK, JR.
RUSTON J. PRITCHARD

TELEPHONE (504) 525-8100
1-800-467-8100
FAX (504) 584-5249
www.murray-lawfirm.com

† CERTIFIED AS A SPECIALIST IN CIVIL
TRIAL ADVOCACY BY THE NATIONAL
BOARD OF TRIAL ADVOCACY
* LICENSED IN LA & TX

July 26, 2019

<u>VIA ECF</u>
The Honorable David T. Schultz
United States District Court Magistrate Judge
District of Minnesota
9E U. S. Courthouse
300 South Fourth Street
Minneapolis, Minnesota 55415

  Re: *Windle Roysdon v. 3M, et al.*, 0:17-cv-00427-JNE-DTS
    (*In Re Bair Hugger Forced Air Warming Devices Products Liability Litigation*,
    MDL No. 15-md-2666-JNE-DTS)

Dear Judge Schultz:

  I write on behalf of plaintiff Windle Roysdon in response to Defendants' correspondence filed on June 26, 2019 (ECF No. 1994). In their correspondence, Defendants claim that they lack documentation for Mr. Roysdon's index surgery on November 11, 2011. Plaintiff has produced documentation to Defendants showing Plaintiff's index surgery on November 11, 2011, including an amended Plaintiff Fact Sheet along with supporting medical records. Plaintiff has contacted Defendants regarding this documentation and is awaiting a response as to whether Mr. Roysdon's case can be removed from Defendants' statute of repose Bucket 1 designations list.

          Respectfully submitted,

          */s/ Caroline T. White*
          Caroline T. White