UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | MDL No. 15-2666 (JNE/DTS) ORDER |

This Document Relates to All Cases

This multidistrict litigation ("MDL") is before the Court on Defendants' motions to exclude the expert testimony of Drs. William Jarvis, Jonathan Samet, Michael Stonnington, and Said Elghobashi, under Federal Rule of Evidence 702. On July 31, 2019, the Court filed a Memorandum under seal. For the reasons set forth in the Memorandum, the Court grants the motions and grants summary judgment for Defendants.

The parties shall submit proposed redactions to the Memorandum, if any, on or before August 6, 2019. The Court will either unseal the Memorandum or file a redacted version of the Memorandum.

Based on the files, records, and proceedings herein, and for the reasons stated above, IT IS ORDERED THAT:

1. The Court GRANTS Defendants' Motion to Reconsider the Court's December 13, 2017 Order on Motion to Exclude Expert Testimony and Motion for Summary Judgment [ECF No. 1718].

2. Defendants' *Daubert* Motions to Exclude the Expert Testimony of Drs. Jarvis, Samet, Stonnington, and Elghobashi are GRANTED.

3. Defendants' Motion for Summary Judgment is GRANTED.

4. The Clerk of Court is directed to enter judgment in and close all remaining member cases in this MDL.

5. The Clerk of Court is directed to terminate pending motions ECF Nos. 1731, 1836, 1880, 1926, 1933, and 2028.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: July 31, 2019

      s/ Joan N. Ericksen
JOAN N. ERICKSEN
United States District Judge