UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re Bair Hugger Forced Air Warming Products Liability Litigation<br><br>This Document Relates to All Actions | MDL No. 15-2666 (JNE/DTS) |

## **DECLARATION OF GENEVIEVE M. ZIMMERMAN**

1. My name is Genevieve M. Zimmerman and I am a Partner with the Meshbesher & Spence, Ltd. law firm. I am a member of the Court appointed Co-Lead Counsel in the above entitled matter.

2. I submit this declaration in support of Plaintiffs' Supplement to the Factual Record in Opposition to Defendants' Motion for Permanent Injunction. Unless otherwise stated, the facts set forth herein are based upon my personal knowledge, information, and belief.

3. Attached hereto as Exhibit 1 is a true and correct copy of Defendants' Response to Plaintiff's Third Set of Requests for Production.


Dated: August 2, 2019         /s/ Genevieve M. Zimmerman
                              Genevieve M. Zimmerman (MN# 330292)
                              MESHBESHER & SPENCE, LTD.
                              1616 Park Avenue
                              Minneapolis, MN 55404
                              Phone: (612) 339-9121
                              Fax: (612) 339-9188
                              Email: gzimmerman@meshbesher.com

                              **Plaintiffs Co-Lead Counsel**