# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/DTS) |
| This Document Relates To: | **DEFENDANTS' RULE 7.1(F) CERTIFICATE OF COMPLIANCE** |
| *Petitta v. 3M Co.,* 16-cv-3878 | |

I, Benjamin W. Hulse, certify that Defendants' Response to Plaintiffs' Supplement in Opposition to Defendants' Motion for a Permanent Injunction ("Response") complies with the limits of Local Rule 7.1(f) and with the type-size limit of Local Rule 7.1(h).

I further certify that, in preparation of the above document, I used Microsoft Word 2016, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above-referenced Response contains 495 words, and that with Defendants' initial Memorandum of 2,557 words and Reply of 5,059 words, the three documents combined contain 8,111 words.

2

Dated: August 6, 2019                    Respectfully submitted,

s/*Benjamin W. Hulse*
Jerry W. Blackwell (MN #186867)
Benjamin W. Hulse (MN #0390952)
Mary S. Young (MN #0392781)
BLACKWELL BURKE P.A.
431 South Seventh Street
Suite 2500
Minneapolis, MN 55415
Phone: (612) 343-3200
Fax: (612) 343-3205
Email: blackwell@blackwellburke.com
bhulse@blackwellburke.com
myoung@blackwellburke.com

**Counsel for Defendants 3M Company and Arizant Healthcare, Inc.**