UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | MDL No. 15-2666 (JNE/DTS) ORDER |

This Document Relates to All Cases

On July 31, 2019, the Court filed a Memorandum under seal and gave the parties an opportunity to propose redactions. Having received no proposed redactions, the Court directs the Clerk of Court to unseal the Memorandum [ECF No. 2064].

IT IS SO ORDERED.

Dated: August 7, 2019

                                              s/ Joan N. Ericksen
                                              JOAN N. ERICKSEN
                                              United States District Judge