# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

IN RE: BAIR HUGGER FORCED AIR
WARMING DEVICES PRODUCTS                  MDL No. 15-2666 (JNE/DTS)
LIABILITY LITIGATION

This Document Relates to:
*Tye, et al. v. St. Luke's East Anesthesia Services, P.C.,*
*et al.*, No. 19-cv-00294

## PLAINTIFFS' MEET AND CONFER STATEMENT

Counsel for Plaintiffs certify that they met and conferred with counsel for Defendants on August 28, 2019, regarding Plaintiffs' Motion to Vacate Judgment and Remand this Action or, In the Alternative, to Direct Entry of Final Judgment against Defendants 3M Company and Arizant Healthcare, Inc. or Enter an Order Permitting an Interlocutory Appeal. Counsel for Plaintiffs and Defendants do not agree on the resolution of Plaintiffs' Motion.

Dated: August 28, 2019                    Respectfully submitted,

                                          **LANGDON & EMISON LLC**

                                          By: /s/ Robert Langdon
                                          Robert Langdon, MO Bar #23233
                                          Michael W. Manners, MO Bar #25394
                                          Brett Emison, MO Bar #52072
                                          Patricia L. Campbell, MO Bar #60917
                                          Langdon & Emison LLC
                                          911 Main Street - P.O. Box 220
                                          Lexington, MO 64067
                                          Telephone: (660) 259-6175
                                          Telefax: (660) 259-4571
                                          bob@lelaw.com
                                          mike@lelaw.com
                                          brett@lelaw.com
                                          tricia@lelaw.com
                                          **ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of August, 2019, I electronically filed the foregoing with the clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

/s/Robert Langdon