IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

IN RE: BAIR HUGGER FORCED AIR
WARMING DEVICES PRODUCTS         MDL No. 15-2666 (JNE/DTS)
LIABILITY LITIGATION

This Document Relates to:
*Tye, et al. v. St. Luke's East Anesthesia Services, P.C.,
 et al.*, No. 19-cv-00294

## PLAINTIFFS' NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the undersigned will bring Plaintiffs' Motion to Vacate Judgment and Remand this Action or, In the Alternative, to Direct Entry of Final Judgment against Defendants 3M Company and Arizant Healthcare, Inc. or Enter an Order Permitting an Interlocutory Appeal for hearing before the Honorable Joan N. Ericksen, of the above-named Court, on a date and time to be determined by the Court or as soon thereafter as counsel may be heard.

Dated: August 28, 2019                 Respectfully submitted,

                                       **LANGDON & EMISON LLC**

                                       By: /s/ Robert Langdon
                                       Robert Langdon, MO Bar #23233
                                       Michael W. Manners, MO Bar #25394
                                       Brett Emison, MO Bar #52072
                                       Patricia L. Campbell, MO Bar #60917
                                       Langdon & Emison LLC
                                       911 Main Street - P.O. Box 220
                                       Lexington, MO 64067
                                       Telephone: (660) 259-6175
                                       Telefax: (660) 259-4571
                                       bob@lelaw.com
                                       mike@lelaw.com
                                       brett@lelaw.com
                                       tricia@lelaw.com
                                       **ATTORNEYS FOR PLAINTIFFS**

1

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 28th day of August, 2019, I electronically filed the foregoing with the clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

/s/Robert Langdon