# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | MDL No. 15-2666 (JNE/DTS) |

This Document Relates to:
*Kolb, et al. v. Rick McClary, et al.*, No. 19-cv-02088

## PLAINTIFFS' MEET AND CONFER STATEMENT

Counsel for Plaintiffs certify that they met and conferred with counsel for Defendants on August 28, 2019, regarding Plaintiffs' Motion to Vacate Judgment and Remand this Action or, In the Alternative, to Direct Entry of Final Judgment against Defendants 3M Company and Arizant Healthcare, Inc. or Enter an Order Permitting an Interlocutory Appeal. Counsel for Plaintiffs and Defendants do not agree on the resolution of Plaintiffs' Motion.

Dated: August 28, 2019

Respectfully submitted,

**LANGDON & EMISON LLC**

By: /s/ Robert Langdon
Robert Langdon, MO Bar #23233
Michael W. Manners, MO Bar #25394
Brett Emison, MO Bar #52072
Patricia L. Campbell, MO Bar #60917
Langdon & Emison LLC
911 Main Street - P.O. Box 220
Lexington, MO 64067
Telephone: (660) 259-6175
Telefax: (660) 259-4571
bob@lelaw.com
mike@lelaw.com
brett@lelaw.com
tricia@lelaw.com
**ATTORNEYS FOR PLAINTIFFS**

1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of August, 2019, I electronically filed the foregoing with the clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

/s/Robert Langdon