**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | MDL No. 15-2666 (JNE/DTS) |

This Document Relates to:
*Kolb, et al. v. Rick McClary, et al.*, No. 19-cv-02088

### (Proposed) ORDER GRANTING PLAINTIFFS' MOTION TO VACATE AND MOTION FOR REMAND

Before the Court is Plaintiffs' Motion to Vacate the Summary Judgment Order entered on July 31, 2019 as it relates to their case and Plaintiffs' Motion for Remand.

Based on the motion papers and argument presented, IT IS HEREBY ORDERED that Plaintiffs' Motion to Vacate this Court's Summary Judgment Order as it relates to their case and Plaintiffs' Motion for Remand to the Circuit Court of St. Louis County, Missouri are GRANTED.

Dated: _____

BY THE COURT

_____

HON. JUDGE JOAN N. ERICKSEN

1