# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

IN RE: BAIR HUGGER FORCED AIR
WARMING DEVICES PRODUCTS                    MDL No. 15-2666 (JNE/DTS)
LIABILITY LITIGATION

This Document Relates to:
*O'Haver v. Anesthesia Associates of
Kansas City, P.C., et al.*, No. 19-cv-00920

### PLAINTIFF'S MOTION TO VACATE JUDGMENT AND REMAND THIS ACTION OR IN THE ALTERNATIVE TO DIRECT ENTRY OF FINAL JUDGMENT AGAINST DEFENDANTS 3M COMPANY AND ARIZANT HEALTHCARE, INC. OR <u>ENTER AN ORDER PERMITTING AN INTERLOCUTORY APPEAL</u>

COMES NOW Plaintiff Katherine O'Haver, by and through her attorneys of record, and, pursuant to Federal Rule of Civil Procedure (FRCP) 54(b) and 28 U.S.C. § 1332, and for the reasons set forth in her accompanying Memorandum in Support, moves this court to vacate its judgment for a lack of subject matter jurisdiction and remand this action to the Circuit Court of Jackson County, Missouri, or, in the alternative, suggest remand of this case to the United States District Court for the Western District of Missouri pursuant to JPML Rule 10.1(b). In the alternative, Plaintiff moves this court to direct entry of a final judgment pursuant to FRCP 54(b) or, in the alternative, moves this court to enter an order permitting an interlocutory appeal pursuant to 28 U.S.C. § 1292.

Dated: August 28, 2019					Respectfully submitted,

					**LANGDON & EMISON LLC**

					By: /s/ Robert Langdon
					Robert Langdon, MO Bar #23233
					Michael W. Manners, MO Bar #25394
					Brett Emison, MO Bar #52072
					Patricia L. Campbell, MO Bar #60917
					Langdon & Emison LLC
					911 Main Street - P.O. Box 220
					Lexington, MO 64067
					Telephone: (660) 259-6175
					Telefax: (660) 259-4571
					bob@lelaw.com
					mike@lelaw.com
					brett@lelaw.com
					tricia@lelaw.com
					**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of August, 2019, I electronically filed the foregoing with the clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

					/s/Robert Langdon