## IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF MINNESOTA

IN RE: BAIR HUGGER FORCED AIR
WARMING DEVICES PRODUCTS                    MDL No. 15-2666 (JNE/DTS)
LIABILITY LITIGATION

This Document Relates to:
*O'Haver v. Anesthesia Associates of*
*Kansas City, P.C., et al.*, No. 19-cv-00920

### L.R. 7.1(f) CERTIFICATE OF COMPLIANCE

I, Robert L. Langdon, certify that the Memorandum titled Plaintiff's Memorandum in Support of her Motion to Vacate Judgment and Remand this Action or in the Alternative to Direct Entry of Final Judgment Against Defendants 3M Company and Arizant Healthcare, Inc. or Enter an Order Permitting an Interlocutory Appeal complies with Local Rule 7.1(f).

I further certify that, in preparation of the above document, I used Microsoft Word 2013 and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above document contains 1,527 words.

Dated: August 28, 2019

Respectfully submitted,

**LANGDON & EMISON LLC**

By: /s/ Robert Langdon
Robert Langdon, MO Bar #23233
Michael W. Manners, MO Bar #25394
Brett Emison, MO Bar #52072
Patricia L. Campbell, MO Bar #60917
Langdon & Emison LLC
911 Main Street - P.O. Box 220
Lexington, MO 64067
Telephone: (660) 259-6175
Telefax: (660) 259-4571
bob@lelaw.com
mike@lelaw.com
brett@lelaw.com
tricia@lelaw.com
**ATTORNEYS FOR PLAINTIFF**