# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

IN RE: BAIR HUGGER FORCED AIR
WARMING DEVICES PRODUCTS                MDL No. 15-2666 (JNE/DTS)
LIABILITY LITIGATION

This Document Relates to:
*O'Haver v. Anesthesia Associates of
Kansas City, P.C., et al.*, No. 19-cv-00920

## PLAINTIFF'S MEET AND CONFER STATEMENT

Counsel for Plaintiff certifies that they met and conferred with counsel for Defendants on August 28, 2019, regarding Plaintiff's Motion to Vacate Judgment and Remand this Action or, In the Alternative, to Direct Entry of Final Judgment against Defendants 3M Company and Arizant Healthcare, Inc. or Enter an Order Permitting an Interlocutory Appeal. Counsel for Plaintiff and Defendants do not agree on the resolution of Plaintiff's Motion.

Dated: August 28, 2019                         Respectfully submitted,

                                               **LANGDON & EMISON LLC**

                                               By: /s/ Robert Langdon
                                               Robert Langdon, MO Bar #23233
                                               Michael W. Manners, MO Bar #25394
                                               Brett Emison, MO Bar #52072
                                               Patricia L. Campbell, MO Bar #60917
                                               Langdon & Emison LLC
                                               911 Main Street - P.O. Box 220
                                               Lexington, MO 64067
                                               Telephone: (660) 259-6175
                                               Telefax: (660) 259-4571
                                               bob@lelaw.com
                                               mike@lelaw.com
                                               brett@lelaw.com
                                               tricia@lelaw.com
                                               **ATTORNEYS FOR PLAINTIFF**

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of August, 2019, I electronically filed the foregoing with the clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

/s/Robert Langdon