IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

IN RE: BAIR HUGGER FORCED AIR
WARMING DEVICES PRODUCTS
LIABILITY LITIGATION

MDL No. 15-2666 (JNE/DTS)

This Document Relates to:
*O'Haver v. Anesthesia Associates of Kansas City, P.C., et al.*, No. 19-cv-00920

## PLAINTIFF'S NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the undersigned will bring Plaintiff's Motion to Vacate Judgment and Remand this Action or, In the Alternative, to Direct Entry of Final Judgment against Defendants 3M Company and Arizant Healthcare, Inc. or Enter an Order Permitting an Interlocutory Appeal for hearing before the Honorable Joan N. Ericksen, of the above-named Court, on a date and time to be determined by the Court or as soon thereafter as counsel may be heard.

Dated: August 28, 2019

Respectfully submitted,

**LANGDON & EMISON LLC**

By: /s/ Robert Langdon
Robert Langdon, MO Bar #23233
Michael W. Manners, MO Bar #25394
Brett Emison, MO Bar #52072
Patricia L. Campbell, MO Bar #60917
Langdon & Emison LLC
911 Main Street - P.O. Box 220
Lexington, MO 64067
Telephone: (660) 259-6175
Telefax: (660) 259-4571
bob@lelaw.com
mike@lelaw.com
brett@lelaw.com
tricia@lelaw.com
**ATTORNEYS FOR PLAINTIFF**

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of August, 2019, I electronically filed the foregoing with the clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

/s/Robert Langdon