IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

IN RE: BAIR HUGGER FORCED AIR
WARMING DEVICES PRODUCTS                MDL No. 15-2666 (JNE/DTS)
LIABILITY LITIGATION

This Document Relates to:
*O'Haver v. Anesthesia Associates of
Kansas City, P.C., et al.*, No. 19-cv-00920

### (Proposed) ORDER GRANTING PLAINTIFF'S MOTION TO VACATE AND MOTION FOR REMAND

Before the Court is Plaintiff's Motion to Vacate the Summary Judgment Order entered on July 31, 2019 as it relates to her case and Plaintiff's Motion for Remand.

Based on the motion papers and argument presented, IT IS HEREBY ORDERED that Plaintiff's Motion to Vacate this Court's Summary Judgment Order as it relates to her case and Plaintiff's Motion for Remand to the Circuit Court of Jackson County, Missouri are GRANTED.

Dated: _____                BY THE COURT

_____

HON. JUDGE JOAN N. ERICKSEN