UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | File No. 15-md-2666 (JNE/DTS) |
| **This Document Relates to:** *All Actions*[1] | JOINT NOTICE OF APPEAL |

JOINT NOTICE IS HEREBY GIVEN pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure, that Plaintiffs in the above-captioned multi-district litigation ("MDL") hereby appeal to the United States Court of Appeals for the Eighth Circuit from the Judgment of this Court dated August 2, 2019 [Dkt. 2067], issued pursuant to the Order [Dkt. 2065] and Memorandum [Dkt. 2064] dated July 31, 2019, which: (1) granted Defendants' Motion To Reconsider the Court's December 13, 2017, Order on Motion to Exclude Expert Testimony and Summary Judgment [Dkt. 1718]; (2) granted Defendants' *Daubert* Motions to Exclude the Expert Testimony of Drs. Jarvis, Samet, Stonnington, and Elghobashi; and (3) granted Defendants' Motion for Summary Judgment.

Plaintiffs also appeal from the following prior orders affecting the judgment, which were not final and appealable prior to entry of judgment:

- The Court's order dated March 6, 2017, denying Plaintiffs' Request to Overrule VitaHEAT's Relevancy Objection [Dkt.249], the order dated March 22, 2017, denying reconsideration of the March 6, 2017 order [Dkt. 282], and the order dated April 13, 2017, affirming

---

[1] This Joint Notice of Appeal is brought by and on behalf of Plaintiffs in All Actions pending in MDL 2666 at the time the Judgment was entered.

1

denial of Plaintiffs' Request to Overrule VitaHEAT's Relevancy Objection [Dkt. 304];

- The Court's order dated March 31, 2017, granting 3M/Third Party Request for Protective Order re: Conductive Warming Devices [Dkt. 293];

- The Court's order dated July 27, 2017, denying Plaintiffs' Motion for Leave to Amend to Add Claims for Punitive Damages [Dkt. 629], and the order dated October 19, 2017, affirming the same [Dkt. 985];

- The Court's order dated December 13, 2017, denying Plaintiffs' Motion to Exclude Defendants' Experts [Dkt. 1024];

- The Court's order dated July 3, 2018, granting Defendants' Motion for Protective Order re: Dr. Mynkowitz [Dkt. 1322];

- The Court's order dated July 25, 2018 denying various Plaintiffs' *Lexecon* waiver retractions [Dkt. 1379];

- The Court's order dated September 20, 2018, granting Defendants' Motion to Strike/Exclude Drs. David's and Bushnell's Expert Reports [Dkt. 1522], and the November 6, 2018 order affirming the same [Dkt. 1580];

- The Court's order dated November 20, 2018, granting Defendants' Motion for Leave to File Motion for Reconsideration of *Daubert* order [Dkt. 1608];

- The Court's February 21, 2019 order denying Plaintiffs' Request to Conduct Supplemental Discovery re: Defendants' Motion for Reconsideration of *Daubert* order [Dkt. 1781];

- The Court's order dated June 28, 2019, granting in part Defendants' Motion to Exclude New Articles from Record re: Reconsideration of *Daubert* order [Dkt. 2006]; and

- The Court's various orders sealing records from the public, including the March 28, 2018 Order [Doc. 1182]; the May 9, 2018 Order [Dkt. 1247]; the June 18, 2018 Order [Dkt. 1294].

2

Dated: August 29, 2019                     Respectfully submitted,

**Fluegel Law Office**

*/s/ Wilbur W. Fluegel*
Wilbur W. Fluegel, #30429
150 South Fifth Street, Suite 2525
Minneapolis, MN 55402
Phone: 612-238-3540
Email: wilfluegel@aol.com

and

| | |
|---|---|
| **Ciresi Conlin L.L.P.** | **Meshbesher & Spence, LTD.** |
| /s/*Michael V. Ciresi* | /s/*Genevieve M. Zimmerman* |
| Michael V. Ciresi, #0016949 | Genevieve M. Zimmerman, #330292 |
| Jan M. Conlin, #0192697 | 1616 Park Avenue South |
| Michael Sacchet, #395817 | Minneapolis, MN 55404 |
| 225 S. 6th St., Suite 4600 | Phone: 612-339-9121 |
| Minneapolis, MN 55402 | Fax: 612-339-9188 |
| Phone: 612-361-202 | Email: gzimmerman@meshbesher.com |
| Email:     MVC@CiresiConlin.com | |
|     JMC@CiresiConlin.com | |
|     MAS@ciresiconlin.com | |

| | |
|---|---|
| **Levin Papantonio, P.A.** | **Farrar & Ball, LLP** |
| */s/Ben W. Gordon, Jr.* | */s/Kyle W. Farrar* |
| Ben W. Gordon (FL #882836) | Kyle W. Farrar, MN #0397942 |
| J. Michael Papantonio (FL #335924) | 1010 Lamar, Suite 1600 |
| 316 S. Baylen Street, Ste. 600 | Houston, Texas 77002 |
| Pensacola, FL 32502-5996 | Telephone:  713-221-8300 |
| Phone: 850-435-7090 | Email: kyle@fbtrial.com |
| Fax: 850-436-6090 | |
| Email: bgordon@levinlaw.com | |

**Kennedy Hodges, LLP**

*/s/Gabriel Assaad*
Gabriel Assaad - Pro Hac Vice
David W. Hodges - Pro Hac Vice

        4409 Montrose Blvd., Ste. 200  
        Houston, TX 77006  
        Phone: 713-523-0001  
        Email: gassaad@kennedyhodges.com