

# UNITED STATES DISTRICT COURT
## District of Minnesota

Kate M. Fogarty, Clerk
Tricia M. Pepin, Chief Deputy Clerk

| | | | |
|---|---|---|---|
| Warren E. Burger Federal Building and U.S. Courthouse 316 North Robert Street, Suite 100 St. Paul, MN 55101 (651) 848-1100 | U.S. Courthouse 300 South Fourth Street Suite 202 Minneapolis, MN 55415 (612) 664-5000 | Gerald W. Heaney Federal Building and U.S. Courthouse and Customhouse 515 West First Street, Suite 417 Duluth, MN 55802 (218) 529-3500 | Edward J. Devitt U.S. Courthouse and Federal Building 118 South Mill Street, Suite 212 Fergus Falls, MN 56537 (218) 739-5758 |

## TRANSMITTAL OF APPEAL

Date: August 30, 2019

To: U.S. COURT OF APPEALS, 8TH CIRCUIT

From: Cara Kreuziger, U.S. District Court-Minnesota

In Re: District Court Case No.:  15-md-2666 JNE/DTS
Eighth Circuit Case No.:  Not yet assigned
Case Title:  IN RE: Bair Hugger Forced Air Warming Devices Products Liability Litigation

The statutory filing fee has:
☒ been paid, receipt number: AMNDC-7113949
☐ not been paid as of
    IFP   ☐ is   ☐ is not pending
☐ been waived because:
    ☐ Application for IFP granted   ☐ USA filed appeal

Length of Trial:  n/a  days

Was a court reporter utilized?   ☒ Yes   ☐ No
If yes, please identify the court reporter:

| Name: | Maria Weinbeck | 612-664-5109 |
|---|---|---|
| | Staci Heichert: | courtreportercoordinator@mnd.uscourts.gov |
| | Lori Simpson | 651-848-1225 |
| | Tim Willette | 651-848-1224 |
| | Renee Rogge | 612-664-5107 |
| | Erin Drost | 651-848-1227 |
| | Debra Beauvais | 612-664-5102 |