CASE 0:15-md-02666-JNE-DTS   Doc. 2096   Filed 08/30/19   Page 1 of 1



# UNITED STATES DISTRICT COURT
## District of Minnesota

Kate M. Fogarty, Clerk
Tricia Pepin, Chief Deputy Clerk

| Warren E. Burger Federal Building and U.S. Courthouse 316 North Robert Street, Suite 100 St. Paul, MN 55101 (651) 848-1100 | U.S. Courthouse 300 South Fourth Street Suite 202 Minneapolis, MN 55415 (612) 664-5000 | Gerald W. Heaney Federal Building and U.S. Courthouse and Customhouse 515 West First Street, Suite 417 Duluth, MN 55802 (218) 529-3500 | Edward J. Devitt U.S. Courthouse and Federal Building 118 South Mill Street, Suite 212 Fergus Falls, MN 56537 (218) 739-5758 |
|---|---|---|---|

## TRANSMITTAL INFORMATION SHEET

Date:   8/30/2019

To:   U.S. COURT OF APPEALS, 8TH CIRCUIT

From:   Cara Kreuziger, U.S. District Court - Minnesota

In Re:   District Court Case No.:  15-md-2666 JNE/DTS
   Eighth Circuit Case No.:  Not yet assigned
   Case Title:  IN RE: Bair Hugger Forced Air Warming Devices Products Liability Litigation

---

TRANSMITTED HEREWITH:

☒  Transcript(s): (Listed below or on attached list)

| Docket # | Description and Date of Proceeding |
|---|---|
| 513 | TRANSCRIPT of Motions Hearing held on May 18, 2017 before Magistrate Judge Franklin L. Noel & Ramsey County District Judge William H. Leary, III. |
| 999 | TRANSCRIPT of Motions Hearing held on 1024/17 before Judge Joan N. Ericksen. |
| 1000 | TRANSCRIPT of Motions Hearing held on 10/25/17 before Judge Joan N. Ericksen. |
| 1001 | TRANSCRIPT of Motions Hearing held on 10/26/17 before Judge Joan N. Ericksen. |
| 1536 | TRANSCRIPT of Motions Hearing held on 090618 before Magistrate Judge David T. Schultz. (61 pages). |
| 1980 | TRANSCRIPT of Motions Hearing held on 06/12/19 before Judge Joan N. Ericksen. |