# EXHIBIT A

# Invoice

**STIREWALT & ASSOCIATES**
COURT REPORTING, IMAGING
& DIGITAL VIDEO SERVICES
P.O. BOX 416
DEERWOOD, MN 56444
1-800-553-1953

| DATE | INVOICE # |
|---|---|
| 11/9/2016 | 5504 |

**BILL TO:**

Mary S. Young
Blackwell Burke P.A.
431 South Seventh Street
Suite 2500
Minneapolis, Minnesota  55415

**SHIP TO:**

| P.O. NUMBER | TERMS | REP | SHIP | VIA | F.O.B. | PROJECT |
|---|---|---|---|---|---|---|
| | Due on receipt | | 11/7/2016 | UPS | | |

| QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|---|---|---|---|---|
| | | Case:  Bair Hugger Litigation; Videotaped deposition taken at Minneapolis, Minnesota on November 2, 2016 | | |
| 316 | Transcript | To transcript, copy, deposition of Gary L. Hansen | 2.75 | 869.00 |
| 316 | Rough draft | To production of rough draft of deposition | 1.00 | 316.00 |
| 316 | Realtime Strea... | To realtime streaming of deposition - per page | 1.00 | 316.00 |
| | ASCII | To ASCII/electronic media for above-NO CHARGE with purchase of hard transcript - Time, Text and E-Transcript (ptx) formats | 0.00 | 0.00 |
| | Email | To e-mail final copy transcripts (time, text and ptx) | 0.00 | 0.00 |
| 149 | Exhibits | To reproduction of deposition Exhibits 1 - 27 (Hard copy and searchable electronic) | 0.25 | 37.25 |
| | Delivery | To delivery charge for above | 9.09 | 9.09 |
| | | Minnesota Sales Tax | 7.75% | 0.00 |

Please make check payable to:Richard G. Stirewalt SS#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

**TOTAL** $1,547.34

# EXHIBIT B

# Invoice

**STIREWALT & ASSOCIATES**
COURT REPORTING, IMAGING
& DIGITAL VIDEO SERVICES
P.O. BOX 416
DEERWOOD, MN 56444
1-800-553-1953

| DATE | INVOICE # |
|------|-----------|
| 11/14/2016 | 5508 |

**BILL TO:**

Mary S. Young
Blackwell Burke P.A.
431 South Seventh Street
Suite 2500
Minneapolis, Minnesota  55415

**SHIP TO:**

| P.O. NUMBER | TERMS | REP | SHIP | VIA | F.O.B. | PROJECT |
|-------------|-------|-----|------|-----|--------|---------|
| | Due on receipt | | 11/14/2016 | UPS | | |

| QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|----------|-----------|-------------|------------|--------|
| | | Case:  Bair Hugger Litigation; Videotaped deposition taken at Minneapolis, Minnesota on November 7, 2016 | | |
| 285 | Transcript | To transcript, copy, deposition of Albert P. Van Duren | 2.75 | 783.75 |
| 285 | Realtime Strea... | To realtime streaming of deposition - per page of Albert P. Van Duren | 1.00 | 285.00 |
| 285 | Rough draft | To production of rough draft of deposition of Albert P. Van Duren | 1.00 | 285.00 |
| | ASCII | To ASCII/electronic media for above-NO CHARGE with purchase of hard transcript - Time, Text and E-Transcript (ptx) formats | 0.00 | 0.00 |
| | Email | To e-mail final copy transcripts (time, text and ptx) | 0.00 | 0.00 |
| 183 | Exhibits | To reproduction of deposition Exhibits 46 - 78 (Hard copy and searchable electronic) | 0.25 | 45.75 |
| 7 | Color exhibit | To production of color exhibits included in above (Hard copy and searchable electronic) | 0.60 | 4.20 |
| | Delivery | To delivery charge for above | 9.09 | 9.09 |
| | | Minnesota Sales Tax | 7.75% | 0.00 |

Please make check payable to:Richard G. Stirewalt SS#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

**TOTAL**          $1,412.79

# Invoice

**STIREWALT & ASSOCIATES**
COURT REPORTING, IMAGING
& DIGITAL VIDEO SERVICES
P.O. BOX 416
DEERWOOD, MN 56444
1-800-553-1953

| DATE | INVOICE # |
|---|---|
| 3/13/2017 | 5551 |

**BILL TO:**

Mary S. Young
Blackwell Burke P.A.
431 South Seventh Street
Suite 2500
Minneapolis, Minnesota  55415

**SHIP TO:**

| P.O. NUMBER | TERMS | REP | SHIP | VIA | F.O.B. | PROJECT |
|---|---|---|---|---|---|---|
| | Net 30 | | 3/13/2017 | UPS | | |

| QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|---|---|---|---|---|
| | | Case:  Bair Hugger Litigation; Videotaped deposition taken at Minneapolis, Minnesota on March 7, 2017 | | |
| 326 | Transcript | To transcript, copy, deposition of Albert P. Van Duren 30(b)(6) | 2.75 | 896.50 |
| 326 | Rough Draft | To production of rough draft - deposition of Albert P. Van Duren 30 (b)(6) | 1.00 | 326.00 |
| 326 | Realtime Streaming | To realtime streaming of deposition - per page | 1.00 | 326.00 |
| | ASCII | To ASCII/electronic media for above-NO CHARGE with purchase of hard transcript - Time, Text, PDF and E-Transcript (ptx) formats | 0.00 | 0.00 |
| | Email | To email final copy transcripts (time, text and PTX) | 0.00 | 0.00 |
| | FTP Site | To exhibits put on FTP site | 0.00 | 0.00 |
| 40 | Exhibits | To reproduction of deposition Exhibits 350 - 351 (Hard copy and searchable electronic) | 0.25 | 10.00 |
| | Delivery | To delivery charge for above | 11.01 | 11.01 |

Please make check payable to:Richard G. Stirewalt #41-1460657

**TOTAL**          $1,569.51

# EXHIBIT C



**AMICUS**

REPORTING GROUP

Suite 220, 700 - 4th Avenue SW
Calgary, Alberta T2P 3J4
Tel: 403.266.1744
Fax: 403.266.2584
Toll Free: 877.266.1744
amicusreporting.com

**Invoice #:**     **23857**

Attn:   Mr. C. Gordon
**Blackwell Burke P.A.**
431 South Seventh Street, Suite 2500
Minneapolis, MN  55415
usa

Date:   Jul 11, 2017
Re:     Deposition
        Held June 28, 2017
        MDL No. 15-2666
        Re: Blair Hugger Forced Air Warming
            Products Liability Litigation

| Pages/ Hours | Description | Tax | Rate | Amount |
|---|---|---|---|---|
| 417 | Non-Examining Party Transcript Rate: Questioning of Jim Ho by Mr. Bankston | | 1.90 | US$792.30 |
| 385 | Rough Draft Transcript | | 1.20 | US$462.00 |
| 1 | Videography (Copy of DVD) | | 40.00 | US$40.00 |
| 1 | Delivery Charge | | 170.00 | US$170.00 |
| | Complimentary Services: Compressed page copy with all transcripts ordered Electronic version (when ordered with transcript) | | | |

**Terms: Net 30 Days**   1.5% (18% per annum) charged on overdue accounts

**Plese Remit to: Amicus Reporting Group Ltd.**

**Thank you for your continued patronage!**

| | |
|---|---|
| **Total Amount** | **US$1,464.30** |

Client Note: Shorthand notes of unordered cases will be kept for 5 years before being destroyed.
            Shorthand notes of ordered cases will be kept for 2 years before being destroyed.

GST No:  84663 3808RT001

# EXHIBIT D

# Invoice

**STIREWALT & ASSOCIATES**
COURT REPORTING, IMAGING
& DIGITAL VIDEO SERVICES
P.O. BOX 416
DEERWOOD, MN 56444
1-800-553-1953

| DATE | INVOICE # |
|---|---|
| 7/25/2017 | 5581 |

**BILL TO:**

Cyndee Krenos
Blackwell Burke LLP
431 South Seventh Street
Suite 2500
Minneapolis, MN  55415

**SHIP TO:**

| P.O. NUMBER | TERMS | REP | SHIP | VIA | F.O.B. | PROJECT |
|---|---|---|---|---|---|---|
| | 1 1/2 % after 30 days | | 7/25/2017 | UPS | | |

| QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|---|---|---|---|---|
| | | Case:  Bair Hugger Litigation; Videotaped deposition take at Hartford, Connecticut on July 18, 2017 | | |
| 386 | Transcript | To transcript, copy, deposition of Theodore R. Holford | 2.75 | 1,061.50 |
| 170 | Realtime Streaming | To realtime streaming of deposition - per page | 1.00 | 170.00 |
| 386 | Rough Draft | To production of rough draft - deposition of Theodore R. Holford | 1.00 | 386.00 |
| | Condensed transcript | To production of condensed transcript (E-transcript format) for above | 10.00 | 10.00 |
| | ASCII | To ASCII/electronic media for above-NO CHARGE with purchase of hard transcript - Time, Text, PDF and E-Transcript (ptx) formats | 0.00 | 0.00 |
| | Email | To email final copy transcripts (time, text and PTX) | 0.00 | 0.00 |
| | FTP Site | To exhibits put on FTP site | 0.00 | 0.00 |
| 595 | Exhibits | To reproduction of deposition Exhibits 1 - 32 (Hard copy and searchable electronic) | 0.25 | 148.75 |
| 73 | Color Exhibits | To production of color exhibits included in above (Hard copy and searchable electronic) | 0.60 | 43.80 |
| | Delivery | To delivery charge for above - UPS | 11.48 | 11.48 |

Please make check payable to:Richard G. Stirewalt #41-1460657

**TOTAL**          $1,831.53

0646_666020 (10/14)

# EXHIBIT E

# Invoice

**STIREWALT & ASSOCIATES**
COURT REPORTING, IMAGING
& DIGITAL VIDEO SERVICES
P.O. BOX 416
DEERWOOD, MN 56444
1-800-553-1953

| DATE | INVOICE # |
|------|-----------|
| 8/11/2017 | 4388B |

**BILL TO:**
Cyndee Krenos
Blackwell Burke PA
431 South Seventh Street
Suite 2500
Minneapolis, Minnesota   55415

**SHIP TO:**



| P.O. NUMBER | TERMS | REP | SHIP | VIA | F.O.B. | PROJECT |
|-------------|-------|-----|------|-----|--------|---------|
| | Upon Receipt | djc | 8/11/2017 | UPS | | Bair Hugger |

| QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|----------|-----------|-------------|------------|--------|
| | | Depositions of Antonia B. Hughes and Richard P. Wenzel, taken August 3 & 4, 2017 in Washington, DC | | |
| 189 | Transcript | To one copy, Hughes | 2.75 | 519.75 |
| 189 | Realtime | To Realtime Screens – Hughes – NOT USED | 0.00 | 0.00 |
| 189 | Rough Draft | To Rough Draft Transcript – Hughes | 1.00 | 189.00 |
| 31 | Exhibits | To reproduction of Hughes Exhibits 1 – 5 (black & white hard copy) | 0.10 | 3.10 |
| 31 | PDF – B&W | To reproduction of Hughes Exhibits 1 – 5 (electronic .pdf black & white) IN SEARCHABLE FORMAT AT NO CHARGE | 0.15 | 4.65 |
| 370 | Transcript | To one copy, Wenzel | 2.75 | 1,017.50 |
| 370 | Realtime | To Realtime Screens – Wenzel | 1.00 | 370.00 |
| 370 | Rough Draft | To Rough Draft Transcript – Wenzel | 1.00 | 370.00 |
| 240 | Exhibits | To reproduction of Wenzel Exhibits 1 – 13 (black & white hard copy) | 0.10 | 24.00 |
| 240 | PDF – B&W | To reproduction of Wenzel Exhibits 1 – 13 (electronic .pdf black & white) IN SEARCHABLE FORMAT AT NO CHARGE | 0.15 | 36.00 |
| 11 | Color Copies | To reproduction of above exhibits (color hard copies) | 0.45 | 4.95 |
| 11 | PDF – Color | To reproduction of above exhibits (electronic pdf – color) IN SEARCHABLE FORMAT AT NO CHARGE | 0.15 | 1.65 |
| 2 | eTranscript | To one copy each volume above | 10.00 | 20.00 |
| 1 | Shipping | UPS – 11 lbs. | 9.81 | 9.81 |
| 1 | ASCII | NO CHARGE with purchase of hard-copy transcript (.txt, .pdf and .ptx [eTranscript] formats | 0.00 | 0.00 |
| 1 | E-mail | To transcript via e-mail (no charge w/ transcript purchase) | | 0.00 |

Please make check payable to:Debby J. Campeau  – Tax ID# 41-1540291

**TOTAL**          $2,570.41

# EXHIBIT F

# Invoice

**STIREWALT & ASSOCIATES**
COURT REPORTING, IMAGING
& DIGITAL VIDEO SERVICES
P.O. BOX 416
DEERWOOD, MN 56444
1-800-553-1953

| DATE | INVOICE # |
|------|-----------|
| 7/17/2017 | 5579 |

**BILL TO:**

Cyndee Krenos
Blackwell Burke LLP
431 South Seventh Street
Suite 2500
Minneapolis, MN 55415

**SHIP TO:**

| P.O. NUMBER | TERMS | REP | SHIP | VIA | F.O.B. | PROJECT |
|-------------|-------|-----|------|-----|--------|---------|
| | 1 1/2 % after 30 days | | 7/17/2017 | UPS | | |

| QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|----------|-----------|-------------|------------|--------|
| | | Case: Bair Hugger Litigation; Videotaped deposition taken at Minneapolis, Minnesota on July 10, 2017 | | |
| 351 | Transcript | To transcript, copy, deposition of Thomas H. Kuehn | 2.75 | 965.25 |
| 351 | Realtime Streaming | To realtime streaming of deposition - per page | 1.00 | 351.00 |
| 351 | Rough Draft | To production of rough draft - deposition of Thomas H. Kuehn | 1.00 | 351.00 |
| | Condensed transcript | To production of condensed transcript (E-transcript format) for above | 10.00 | 10.00 |
| | ASCII | To ASCII/electronic media for above-NO CHARGE with purchase of hard transcript - Time, Text, PDF and E-Transcript (ptx) formats | 0.00 | 0.00 |
| | Email | To email final copy transcripts (time, text and PTX) | 0.00 | 0.00 |
| | FTP Site | To exhibits put on FTP site | 0.00 | 0.00 |
| 89 | Exhibits | To reproduction of deposition Exhibits 1 - 15 (Hard copy and searchable electronic) | 0.25 | 22.25 |
| 53 | Color Exhibits | To production of color exhibits included in above (Hard copy and searchable electronic) | 0.60 | 31.80 |
| | Delivery | To delivery charge for above | 10.77 | 10.77 |

Please make check payable to:Richard G. Stirewalt #41-1460657

**TOTAL** $1,742.07

# EXHIBIT G



**VICTORY VERBATIM**
REPORTING SERVICES INC.

ERNST & YOUNG TOWER
222 BAY STREET SUITE 900
TORONTO, ONTARIO M5K 1H6
TELEPHONE: (416) 360-6117
FACSIMILE: (416) 360-6482
www.victoryverbatim.com

Invoice: 475062

RECEIVED
AUG 1 1 2017
BY:

Peter Goss
**BLACKWELL BURKE**
431 South Seventh Street
Suite 2500
Minneapolis, MN
55415

Date: AUG/02/2017

E. & O.E.

Re: Jul/14/2017 BAIR HUGGER MATTER: DEPOSITION

Transcript - Michael Keen
Second copy 341 @ $2.00                                      682.00

Handling fee                                                  10.00
Courier fee                                                   50.00

Subtotal                                                     742.00

H.S.T. (Registration # R105529788)                            96.46

Total                                                        838.46

CERTIFIED & COMMISSIONED REPORTERS FOR:
• BOARDS OF INQUIRY • CONVENTIONS • CONFERENCES • ARBITRATIONS •
• VIDEO TAPING • AMERICAN DEPOSITIONS • EXAMINATIONS FOR DISCOVERY• FEDERAL COURT DISCOVERY •
• DAILY COPY A SPECIALTY •

~REPORTERS MADE AVAILABLE TO YOUR OFFICE~

Interest will be charged on overdue accounts

# EXHIBIT H

# Invoice

**STIREWALT & ASSOCIATES**
COURT REPORTING, IMAGING
& DIGITAL VIDEO SERVICES
P.O. BOX 416
DEERWOOD, MN 56444
1-800-553-1953

| DATE | INVOICE # |
|------|-----------|
| 7/27/2017 | 4387B |

| BILL TO: |
|----------|

Cyndee Krenos
Blackwell Burke LLP
431 South Seventh Street
Suite 2500
Minneapolis, MN  55415

| SHIP TO: |
|----------|

| P.O. NUMBER | TERMS | REP | SHIP | VIA | F.O.B. | PROJECT |
|-------------|-------|-----|------|-----|--------|---------|
| | 1 1/2 % after 30 days | | 7/27/2017 | UPS | | |

| QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|----------|-----------|-------------|------------|--------|
| | | Case:  Bair Hugger Litigation; Videotaped deposition taken at Minneapolis, Minnesota on July 20, 2017 | | |
| 396 | Transcript | To transcript, copy, deposition of John P. Abraham | 2.75 | 1,089.00 |
| 396 | Realtime Streaming | To realtime streaming of deposition - per page | 1.00 | 396.00 |
| 396 | Rough Draft | To production of rough draft - deposition of John P. Abraham | 1.00 | 396.00 |
| | Condensed transcript | To production of condensed transcript (E-transcript format) for above | 10.00 | 10.00 |
| | ASCII | To ASCII/electronic media for above-NO CHARGE with purchase of hard transcript - Time, Text, PDF and E-Transcript (ptx) formats | 0.00 | 0.00 |
| | Email | To email final copy transcripts (time, text and PTX) | 0.00 | 0.00 |
| | FTP Site | To exhibits put on FTP site | 0.00 | 0.00 |
| 106 | Exhibits | To reproduction of deposition Exhibits 1 - 15 (Hard copy and searchable electronic) | 0.25 | 26.50 |
| 49 | Color Exhibits | To production of color exhibits included in above (Hard copy and searchable electronic) | 0.60 | 29.40 |
| | Delivery | To delivery charge for above - Sent with Borak transcript | 0.00 | 0.00 |

Please make check payable to:Debby J. Campeau - Tax ID#41-1540291

**TOTAL**          $1,946.90

# EXHIBIT I

# Invoice

**STIREWALT & ASSOCIATES**
COURT REPORTING, IMAGING
& DIGITAL VIDEO SERVICES
P.O. BOX 416
DEERWOOD, MN 56444
1-800-553-1953

| DATE | INVOICE # |
|------|-----------|
| 7/27/2017 | 5583 |

| BILL TO: | SHIP TO: |
|----------|----------|
| Cyndee Krenos<br>Blackwell Burke LLP<br>431 South Seventh Street<br>Suite 2500<br>Minneapolis, MN  55415 | |

| P.O. NUMBER | TERMS | REP | SHIP | VIA | F.O.B. | PROJECT |
|-------------|-------|-----|------|-----|--------|---------|
| | 1 1/2 % after 30 days | | 7/27/2017 | UPS | | |

| QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|----------|-----------|-------------|------------|--------|
| | | Case:  Bair Hugger Litigation; Videotaped deposition taken at Hartford, Connecticut on July 20, 2017 | | |
| 251 | Transcript | To transcript, copy, deposition of Jonathan Borak | 2.75 | 690.25 |
| 179 | Realtime Streaming | To realtime streaming of deposition - per page | 1.00 | 179.00 |
| 251 | Rough Draft | To production of rough draft - deposition of Jonathan Borak | 1.00 | 251.00 |
| | Condensed transcript | To production of condensed transcript (E-transcript format) for above | 10.00 | 10.00 |
| | ASCII | To ASCII/electronic media for above-NO CHARGE with purchase of hard transcript - Time, Text, PDF and E-Transcript (ptx) formats | 0.00 | 0.00 |
| | Email | To email final copy transcripts (time, text and PTX) | 0.00 | 0.00 |
| | FTP Site | To exhibits put on FTP site | 0.00 | 0.00 |
| 145 | Exhibits | To reproduction of deposition Exhibits 1 - 30 (Hard copy and searchable electronic) | 0.25 | 36.25 |
| 94 | Color Exhibits | To production of color exhibits included in above (Hard copy and searchable electronic) | 0.60 | 56.40 |
| | Delivery | To delivery charge for above-UPS - Abraham deposition included in this shipment | 13.05 | 13.05 |

Please make check payable to:Richard G. Stirewalt #41-1460657

**TOTAL**   $1,235.95

# EXHIBIT J

# Invoice

**STIREWALT & ASSOCIATES**
COURT REPORTING, IMAGING
& DIGITAL VIDEO SERVICES
P.O. BOX 416
DEERWOOD, MN 56444
1-800-553-1953

| DATE | INVOICE # |
|------|-----------|
| 8/4/2017 | 5585 |

| BILL TO: | SHIP TO: |
|----------|----------|
| Cyndee Krenos<br>Blackwell Burke LLP<br>431 South Seventh Street<br>Suite 2500<br>Minneapolis, MN 55415 | |

| P.O. NUMBER | TERMS | REP | SHIP | VIA | F.O.B. | PROJECT |
|-------------|-------|-----|------|-----|--------|---------|
| | 1 1/2 % after 30 days | | 8/4/2017 | UPS | | |

| QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|----------|-----------|-------------|------------|--------|
| | | Case: Bair Hugger Litigation; Videotaped deposition taken at Cleveland, Ohio, on July 28, 2017 | | |
| 369 | Transcript | To transcript, copy, deposition of Michael A. Mont | 2.75 | 1,014.75 |
| 369 | Realtime Streaming | To realtime streaming of deposition - per page | 1.00 | 369.00 |
| | Condensed transcript | To production of condensed transcript (E-transcript format) for above | 10.00 | 10.00 |
| | ASCII | To ASCII/electronic media for above-NO CHARGE with purchase of hard transcript - Time, Text, PDF and E-Transcript (ptx) formats | 0.00 | 0.00 |
| | Email | To email final copy transcripts (time, text and PTX) | 0.00 | 0.00 |
| | FTP Site | To exhibits put on FTP site | 0.00 | 0.00 |
| 188 | Exhibits | To reproduction of deposition Exhibits 1 - 13 (Hard copy and searchable electronic) | 0.25 | 47.00 |
| 16 | Color Exhibits | To production of color exhibits included in above (Hard copy and searchable electronic) | 0.60 | 9.60 |
| | Delivery | To delivery charge for above | 11.01 | 11.01 |

Please make check payable to:Richard G. Stirewalt #41-1460657

**TOTAL** $1,461.36

646 666020 (10/14)

# EXHIBIT K

# Invoice

**STIREWALT & ASSOCIATES**
COURT REPORTING, IMAGING
& DIGITAL VIDEO SERVICES
P.O. BOX 416
DEERWOOD, MN 56444
1-800-553-1953

| DATE | INVOICE # |
|------|-----------|
| 8/15/2017 | 5587 |

| BILL TO: | SHIP TO: |
|----------|----------|
| Cyndee Krenos<br>Blackwell Burke LLP<br>431 South Seventh Street<br>Suite 2500<br>Minneapolis, MN  55415 | |

| P.O. NUMBER | TERMS | REP | SHIP | VIA | F.O.B. | PROJECT |
|-------------|-------|-----|------|-----|--------|---------|
| | 1 1/2 % after 30 days | | 8/15/2017 | UPS | | |

| QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|----------|-----------|-------------|-----------|--------|
| | | Case:  Bair Hugger Litigation; Videotaped deposition taken at Boston, Massachusetts on August 8, 2017 | | |
| 306 | Transcript | To transcript, copy, deposition of Alexander A. Hannenberg | 2.75 | 841.50 |
| 306 | Rough Draft | To production of rough draft - deposition of Alexander A. Hannenberg | 1.00 | 306.00 |
| | Condensed transcript | To production of condensed transcript (E-transcript format) for above | 10.00 | 10.00 |
| | ASCII | To ASCII/electronic media for above-NO CHARGE with purchase of hard transcript - Time, Text, PDF and E-Transcript (ptx) formats | 0.00 | 0.00 |
| | Email | To email final copy transcripts (time, text and PTX) | 0.00 | 0.00 |
| | FTP Site | To exhibits put on FTP site | 0.00 | 0.00 |
| 171 | Exhibits | To reproduction of deposition Exhibits 1 - 15 (Hard copy and searchable electronic) | 0.25 | 42.75 |
| 7 | Color Exhibits | To production of color exhibits included in above (Hard copy and searchable electronic) | 0.60 | 4.20 |
| | Delivery | To delivery charge for above | 11.39 | 11.39 |

Please make check payable to:Richard G. Stirewalt #41-1460657

**TOTAL**   $1,215.84

646  666020 (10/14)

# EXHIBIT L

# Invoice

**STIREWALT & ASSOCIATES**
COURT REPORTING, IMAGING
& DIGITAL VIDEO SERVICES
P.O. BOX 416
DEERWOOD, MN 56444
1-800-553-1953

| DATE | INVOICE # |
|------|-----------|
| 8/18/2017 | 4389B |

**BILL TO:**

Cyndee Krenos
Blackwell Burke PA
431 South Seventh Street
Suite 2500
Minneapolis, Minnesota   55415

**SHIP TO:**



| P.O. NUMBER | TERMS | REP | SHIP | VIA | F.O.B. | PROJECT |
|-------------|-------|-----|------|-----|--------|---------|
| | Upon Receipt | djc | 8/18/2017 | UPS | | Bair Hugger |

| QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|----------|-----------|-------------|------------|--------|
| | | Deposition of Samsun Lampotang, Ph.D., taken August 11, 2017 in Jacksonville, Florida | | |
| 310 | Transcript | To one copy, Lampotang | 2.75 | 852.50 |
| 310 | Rough Draft | To Rough Draft Transcript - Lampotang | 1.00 | 310.00 |
| 173 | Exhibits | To reproduction of Lampotang Exhibits 1 - 13 (black & white hard copy) | 0.10 | 17.30 |
| 10 | Color Copies | To reproduction of above exhibits (color hard copies) | 0.45 | 4.50 |
| 173 | PDF - B&W | To reproduction of Lampotang Exhibits 1 - 13 (electronic .pdf black & white) IN SEARCHABLE FORMAT AT NO CHARGE | 0.15 | 25.95 |
| 10 | PDF - Color | To reproduction of above exhibits (electronic pdf - color) IN SEARCHABLE FORMAT AT NO CHARGE | 0.15 | 1.50 |
| 1 | eTranscript | To one copy each volume above | 10.00 | 10.00 |
| 1 | Shipping | UPS | 8.41 | 8.41 |
| 1 | ASCII | NO CHARGE with purchase of hard-copy transcript (.txt, .pdf and .ptx [eTranscript] formats | 0.00 | 0.00 |
| 1 | E-mail | To transcript via e-mail (no charge w/ transcript purchase) | | 0.00 |

Please make check payable to:Debby J. Campeau  - Tax ID# 41-1540291

**TOTAL**     $1,230.16

946 666020 (10/14)

# EXHIBIT M

# Invoice

**STIREWALT & ASSOCIATES**
COURT REPORTING, IMAGING
& DIGITAL VIDEO SERVICES
P.O. BOX 416
DEERWOOD, MN 56444
1-800-553-1953

| DATE | INVOICE # |
|------|-----------|
| 7/25/2017 | 4386B |

| BILL TO: |
|----------|

Cyndee Kresno
Blackwell Burke PA
431 South Seventh Street
Suite 2500
Minneapolis, Minnesota   55415

| SHIP TO: |
|----------|



THANK YOU

| P.O. NUMBER | TERMS | REP | SHIP | VIA | F.O.B. | PROJECT |
|-------------|-------|-----|------|-----|--------|---------|
| | Upon Receipt | djc | 7/25/2017 | UPS | | Bair Hugger |

| QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|----------|-----------|-------------|------------|--------|
| | | Deposition of Gary S. Settles, Ph.D., taken July 18, 2017 in Pittsburgh, PA | | |
| 352 | Transcript | To one copy, Settles | 2.75 | 968.00 |
| 352 | Realtime | To Realtime Screens | 1.00 | 352.00 |
| 352 | Rough Draft | To Rough Draft Transcript | 1.00 | 352.00 |
| 33 | Exhibits | To reproduction of Settles Exhibits 1 - 7 (black & white hard copy) | 0.10 | 3.30 |
| 33 | PDF - B&W | To reproduction of Settles Exhibits 1 - 7 (electronic .pdf black & white) IN SEARCHABLE FORMAT AT NO CHARGE | 0.15 | 4.95 |
| 110 | Color Copies | To reproduction of above exhibits (color hard copies) | 0.45 | 49.50 |
| 110 | PDF - Color | To reproduction of above exhibits (electronic pdf - color) IN SEARCHABLE FORMAT AT NO CHARGE | 0.15 | 16.50 |
| 1 | eTranscript | To one copy each volume above | 10.00 | 10.00 |
| 1 | Shipping | UPS | 8.41 | 8.41 |
| 1 | ASCII | NO CHARGE with purchase of hard-copy transcript (.txt, .pdf and .ptx [eTranscript] formats | 0.00 | 0.00 |
| 1 | E-mail | To transcript via e-mail (no charge w/ transcript purchase) | | 0.00 |

Please make check payable to:Debby J. Campeau  - Tax ID# 41-1540291

W-9 Attached

**TOTAL**          $1,764.66

29848  066020 (10/14)

# EXHIBIT N

# Invoice

**STIREWALT & ASSOCIATES**
COURT REPORTING, IMAGING
& DIGITAL VIDEO SERVICES
P.O. BOX 416
DEERWOOD, MN 56444
1-800-553-1953

| DATE | INVOICE # |
|------|-----------|
| 7/14/2017 | 5577 |

**BILL TO:**

Cyndee Krenos
Blackwell Burke LLP
431 South Seventh Street
Suite 2500
Minneapolis, MN  55415

**SHIP TO:**

| P.O. NUMBER | TERMS | REP | SHIP | VIA | F.O.B. | PROJECT |
|-------------|-------|-----|------|-----|--------|---------|
| | 1 1/2 % after 30 days | | 7/14/2017 | UPS | | |

| QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|----------|-----------|-------------|------------|--------|
| | | Case:  Bair Hugger Litigation; Videotaped deposition taken at Arlington, Virginia on July 7, 2017 | | |
| 414 | Transcript | To transcript, copy, deposition of Timothy A. Ulatowski | 2.75 | 1,138.50 |
| 414 | Realtime Streaming | To realtime streaming of deposition - per page | 1.00 | 414.00 |
| 414 | Rough Draft | To production of rough draft - deposition of Timothy A. Ulatowski | 1.00 | 414.00 |
| | Condensed transcript | To production of condensed transcript (E-transcript format) for above | 10.00 | 10.00 |
| | ASCII | To ASCII/electronic media for above-NO CHARGE with purchase of hard transcript - Time, Text, PDF and E-Transcript (ptx) formats | 0.00 | 0.00 |
| | Email | To email final copy transcripts (time, text and PTX) | 0.00 | 0.00 |
| | FTP Site | To exhibits put on FTP site | 0.00 | 0.00 |
| 281 | Exhibits | To reproduction of deposition Exhibits 1 - 11 (Hard copy and searchable electronic) | 0.25 | 70.25 |
| 12 | Color Exhibits | To production of color exhibits included in above (Hard copy and searchable electronic) | 0.60 | 7.20 |
| | Delivery | To delivery charge for above | 12.18 | 12.18 |

Please make check payable to:Richard G. Stirewalt #41-1460657

**TOTAL**     $2,066.13

# EXHIBIT O



# INVOICE

**DATE:** 11/22/2016
**INVOICE #** 100716-460418
**CLIENT MATTER #** 51500-7000

**Bill To:** Corey L. Gordon Esq.
Blackwell Burke P.A.
431 South Seventh Street
Suite 2500
Minneapolis, MN 55415

**CASE:** In re Bair Hugger Forced Air Warming Products Liability Litigation
**WITNESS:** Mark Albrecht
**DATE:** 10/7/2016
**LOCATION:** Minneapolis, MN

**Billing Comments / Instructions:** Includes shipping for materials sent to witness for read & sign purposes.
Includes shipping for original transcript sent at end of read & sign period.

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 237 | $3.40 | $805.80 |
| Local Real-time Transcription | 237 | $1.45 | $343.65 |
| Rough Transcript | 237 | $1.35 | $319.95 |
| Reporter Appearance Fee / Hour - Videotaped | 6.5 | $25.00 | $162.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 377 | $0.05 | $18.85 |
| Exhibits - Scanned & Hyperlinked - Color | 28 | $0.05 | $1.40 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |

| | | SUBTOTAL | $1,652.15 |
|---|---|---|---|
| | | SHIPPING & HANDLING | $100.00 |
| | | TOTAL | $1,752.15 |

Please make all checks payable to: TSG Reporting, Inc.        Federal ID # 41-2085745
Remit to: TSG Reporting, Inc.  747 Third Avenue, Suite 10A  New York, NY 10017
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



# INVOICE

**DATE:** 11/30/2016
**INVOICE #** 111216-461001
**CLIENT MATTER #** 51500-7000

**Bill To:**
Corey L. Gordon Esq.
Blackwell Burke P.A.
431 South Seventh Street
Suite 2500
Minneapolis, MN 55415

**CASE:** In re Bair Hugger Forced Air Warming Products Liability Litigation
**WITNESS:** Mark Albrecht cont w/ pg ?
**DATE:** 11/12/2016
**LOCATION:** Minneapolis, MN

**Billing Comments / Instructions:** Includes shipping for materials sent to witness for read & sign purposes.
Includes shipping for original transcript sent at end of read & sign period.

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 114 | $3.40 | $387.60 |
| Original Transcript - Weekend Pages | 114 | $2.00 | $228.00 |
| Local Real-time Transcription | 114 | $1.45 | $165.30 |
| Rough Transcript | 114 | $1.35 | $153.90 |
| Reporter App Fee / Weekend Hour - Videotaped | 3 | $37.50 | $112.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 80 | $0.05 | $4.00 |
| Exhibits - Scanned & Hyperlinked - Color | 2 | $0.05 | $0.10 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |

| | | | |
|---|---|---|---|
| | | SUBTOTAL | $1,051.40 |
| | | SHIPPING & HANDLING | $100.00 |
| | | TOTAL | $1,151.40 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745
Remit to: TSG Reporting, Inc. 747 Third Avenue, Suite 10A New York, NY 10017
For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

# EXHIBIT P



# INVOICE

Worldwide - 24 Hours
(877) 702-9580
www.tsgreporting.com

REPORTING

**DATE:** 4/24/2018
**INVOICE #** 032918-475372
**JOB #** 139447
**CLIENT MATTER #** 51500-7000

**Bill To:**
Corey L. Gordon Esq.
Blackwell Burke P.A.
431 South Seventh Street
Suite 2500
Minneapolis, MN 55415

RECEIVED
MAY 0 7 2018
BY: .................

**CASE:**       In re Bair Hugger Forced Air Warming Products Liability Litigation
**WITNESS:**    Scott D. Augustine, M.D. / James Randall Benham / Brent M. Augustine
**DATE:**       3/29/2018
**LOCATION:**   Minneapolis, MN

**Billing Comments / Instructions:**          Includes shipping for original transcript sent at end of read & sign period.

| SHIP VIA | Overnight | TERMS | net 30 |
|----------|-----------|-------|--------|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|----------|---------------|------------|--------|
| Original & 1 Certified Transcript | 404 | $2.50 | $1,010.00 |
| Original Transcript - Evening Pages | 46 | $2.00 | $92.00 |
| Local Real-time Transcription | 404 | $1.15 | $464.60 |
| Rough Transcript | 404 | $1.15 | $464.60 |
| Reporter Appearance Fee / Hour - Videotaped | 9 | $65.00 | $585.00 |
| Reporter Appearance Fee / Evening Hour - Videotaped | 1 | $97.50 | $97.50 |
| Compressed / ASCII / Word Index - Complimentary | 3 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 938 | $0.05 | $46.90 |
| Exhibits - Scanned & Hyperlinked - Color | 66 | $0.05 | $3.30 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $2,763.90 |
| | | SHIPPING & HANDLING | $130.00 |
| | | TOTAL | $2,893.90 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745
Remit to: TSG Reporting, Inc.  747 Third Avenue, Suite 10A  New York, NY 10017
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



**Worldwide - 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

# INVOICE

**DATE:** 4/25/2017
**INVOICE #** 033117-467344
**CLIENT MATTER #** 51500-7000

**Bill To:**
Corey L. Gordon Esq.
Blackwell Burke P.A.
431 South Seventh Street
Suite 2500
Minneapolis, MN 55415



RECEIVED
MAY 0 1 2017
BY: ........JKP.........

**CASE:** In re Bair Hugger Forced Air Warming Products Liability Litigation
**WITNESS:** Dr. Scott Augustine
**DATE:** 3/31/2017
**LOCATION:** Minneapolis, MN

**Billing Comments / Instructions:**   Includes shipping for materials sent to witness for read & sign purposes.
Includes shipping for original transcript sent at end of read & sign period.

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 334 | $3.40 | $1,135.60 |
| Rough Transcript | 334 | $1.35 | $450.90 |
| Reporter Appearance Fee / Hour - Videotaped | 9 | $25.00 | $225.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 594 | $0.05 | $29.70 |
| Exhibits - Scanned & Hyperlinked - Color | 53 | $0.05 | $2.65 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,843.85 |
| | | SHIPPING & HANDLING | $165.00 |
| | | TOTAL | $2,008.85 |

Please make all checks payable to: TSG Reporting, Inc.       Federal ID # 41-2085745
Remit to: TSG Reporting, Inc.  747 Third Avenue, Suite 10A  New York, NY 10017
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



**Worldwide - 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

**REPORTING**

# INVOICE

**DATE:** 4/25/2017
**INVOICE #** 033117-467345
**CLIENT MATTER #** 51500-7000

**Bill To:**   Corey L. Gordon Esq.
Blackwell Burke P.A.
431 South Seventh Street
Suite 2500
Minneapolis, MN 55415

RECEIVED
MAY 0 1 2017
BY: ...............

**CASE:**       In re Bair Hugger Forced Air Warming Products Liability Litigation
**WITNESS:**   Dr. Scott Augustine
**DATE:**        3/31/2017
**LOCATION:**  Minneapolis, MN

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $285.00 | $285.00 |
| Videographer - Additional Hours | 8 | $85.00 | $680.00 |
| Certified - MPEG - Complimentary | 4 | $50.00 | $0.00 |
| | | | |
| Videographer - Additional Set Up Fee | 1 | $285.00 | $285.00 |
| Additional Equipment - ELMO Projector | 1 | $250.00 | $250.00 |
| | SUBTOTAL | | $1,500.00 |
| | SHIPPING & HANDLING | | $25.00 |
| | TOTAL | | $1,525.00 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745
Remit to: TSG Reporting, Inc.  747 Third Avenue, Suite 10A  New York, NY 10017
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

# EXHIBIT Q

# Invoice

**STIREWALT & ASSOCIATES**
COURT REPORTING, IMAGING
& DIGITAL VIDEO SERVICES
P.O. BOX 416
DEERWOOD, MN 56444
1-800-553-1953

| DATE | INVOICE # |
|------|-----------|
| 3/6/2017 | 5547 |

**BILL TO:**

Mary S. Young
Blackwell Burke P.A.
431 South Seventh Street
Suite 2500
Minneapolis, Minnesota  55415

**SHIP TO:**

| P.O. NUMBER | TERMS | REP | SHIP | VIA | F.O.B. | PROJECT |
|-------------|-------|-----|------|-----|--------|---------|
|  | Net 30 |  | 3/6/2017 | UPS |  |  |

| QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|----------|-----------|-------------|------------|--------|
|  |  | Case:  Bair Hugger Litigation; Videotaped deposition taken at Minneapolis, Minnesota on February 28, 2017 |  |  |
| 98 | Transcript | To transcript, copy, deposition of Ryan H. Barrows | 2.75 | 269.50 |
| 98 | Realtime Streaming | To realtime streaming of deposition - per page | 1.00 | 98.00 |
| 98 | Rough Draft | To production of rough draft - deposition of Ryan H. Barrows | 1.00 | 98.00 |
|  | Condensed transcript | To production of condensed transcript (E-transcript format) for above | 10.00 | 10.00 |
|  | ASCII | To ASCII/electronic media for above-NO CHARGE with purchase of hard transcript - Time, Text, PDF and E-Transcript (ptx) formats | 0.00 | 0.00 |
|  | Email | To email final copy transcripts (time, text and PTX) | 0.00 | 0.00 |
|  | FTP Site | To exhibits put on FTP site | 0.00 | 0.00 |
| 30 | Exhibits | To reproduction of deposition Exhibits 300 - 311 (Hard copy and searchable electronic) | 0.25 | 7.50 |
|  | Delivery | To delivery charge for above | 8.74 | 8.74 |

Please make check payable to:Richard G. Stirewalt #41-1460657

*New w-9 attached*

**TOTAL**          $491.74

# EXHIBIT R

# Invoice

**STIREWALT & ASSOCIATES**
COURT REPORTING, IMAGING
& DIGITAL VIDEO SERVICES
P.O. BOX 416
DEERWOOD, MN 56444
1-800-553-1953

| DATE | INVOICE # |
|------|-----------|
| 11/28/2016 | 5510 |

**BILL TO:**

Mary S. Young
Blackwell Burke P.A.
431 South Seventh Street
Suite 2500
Minneapolis, Minnesota  55415

**SHIP TO:**

| P.O. NUMBER | TERMS | REP | SHIP | VIA | F.O.B. | PROJECT |
|-------------|-------|-----|------|-----|--------|---------|
| | Due on receipt | | 11/28/2016 | UPS | | |

| QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|----------|-----------|-------------|------------|--------|
| | | Case:  Bair Hugger Litigation; Videotaped deposition taken at Minneapolis, Minnesota on November 18, 2016 | | |
| 259 | Transcript | To transcript, copy, deposition of Troy W. Bergstrom | 2.75 | 712.25 |
| 259 | Rough draft | To production of rough draft of deposition of Troy W. Bergstrom | 1.00 | 259.00 |
| | ASCII | To ASCII/electronic media for above-NO CHARGE with purchase of hard transcript - Time, Text and E-Transcript (ptx) formats | 0.00 | 0.00 |
| | Email | To e-mail final copy transcripts (time, text and ptx) | 0.00 | 0.00 |
| 233 | Exhibits | To reproduction of deposition Exhibits 79 - 134 (Hard copy and searchable electronic) | 0.25 | 58.25 |
| | FTP Site | To exhibits put on FTP site | 0.00 | 0.00 |
| | Delivery | To delivery charge for above | 9.37 | 9.37 |
| | | Minnesota Sales Tax | 7.75% | 0.00 |

Please make check payable to:Richard G. Stirewalt SS#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

**TOTAL**   $1,038.87

# EXHIBIT S

# Invoice

**STIREWALT & ASSOCIATES**
COURT REPORTING, IMAGING
& DIGITAL VIDEO SERVICES
P.O. BOX 416
DEERWOOD, MN 56444
1-800-553-1953

| DATE | INVOICE # |
|------|-----------|
| 3/28/2017 | 5564 |

**BILL TO:**

Mary S. Young
Blackwell Burke P.A.
431 South Seventh Street
Suite 2500
Minneapolis, Minnesota  55415

**SHIP TO:**

| P.O. NUMBER | TERMS | REP | SHIP | VIA | F.O.B. | PROJECT |
|-------------|-------|-----|------|-----|--------|---------|
| | Net 30 | | 3/28/2017 | UPS | | |

| QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|----------|-----------|-------------|------------|--------|
| | | Case:  Bair Hugger Litigation; Videotaped deposition taken at Minneapolis, Minnesota on March 17, 2017 | | |
| 350 | Transcript | To transcript, copy, deposition of Robert G. Buehler | 2.75 | 962.50 |
| 350 | Rough Draft | To production of rough draft - deposition of Robert G. Buehler | 1.00 | 350.00 |
| 350 | Realtime Streaming | To realtime streaming of deposition - per page | 1.00 | 350.00 |
| | ASCII | To ASCII/electronic media for above-NO CHARGE with purchase of hard transcript - Time, Text, PDF and E-Transcript (ptx) formats | 0.00 | 0.00 |
| | Email | To email final copy transcripts (time, text and PTX) | 0.00 | 0.00 |
| | FTP Site | To exhibits put on FTP site | 0.00 | 0.00 |
| 58 | Exhibits | To reproduction of deposition Exhibits 400 - 424 (Hard copy and searchable electronic) | 0.25 | 14.50 |
| | Delivery | To delivery charge for above | 10.39 | 10.39 |

Please make check payable to:Richard G. Stirewalt #41-1460657

**TOTAL**          $1,687.39

# EXHIBIT T

# Invoice

**STIREWALT & ASSOCIATES**
COURT REPORTING, IMAGING
& DIGITAL VIDEO SERVICES
P.O. BOX 416
DEERWOOD, MN 56444
1-800-553-1953

| DATE | INVOICE # |
|------|-----------|
| 3/24/2017 | 5558 |

**BILL TO:**

Mary S. Young
Blackwell Burke P.A.
431 South Seventh Street
Suite 2500
Minneapolis, Minnesota 55415

**SHIP TO:**

| P.O. NUMBER | TERMS | REP | SHIP | VIA | F.O.B. | PROJECT |
|-------------|-------|-----|------|-----|--------|---------|
| | Net 30 | | 3/24/2017 | UPS | | |

| QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|----------|-----------|-------------|------------|--------|
| | | Case: Bair Hugger Litigation; Videotaped deposition taken at Minneapolis, Minnesota on March 16, 2017 | | |
| 95 | Transcript | To transcript, copy, deposition of Robert O. Crowder | 2.75 | 261.25 |
| 95 | Rough Draft | To production of rough draft - deposition of Robert O. Crowder | 1.00 | 95.00 |
| 95 | Realtime Streaming | To realtime streaming of deposition - per page | 1.00 | 95.00 |
| | Condensed transcript | To production of condensed transcript (E-transcript format) for above | 10.00 | 10.00 |
| | ASCII | To ASCII/electronic media for above-NO CHARGE with purchase of hard transcript - Time, Text, PDF and E-Transcript (ptx) formats | 0.00 | 0.00 |
| | Email | To email final copy transcripts (time, text and PTX) | 0.00 | 0.00 |
| | FTP Site | To exhibits put on FTP site | 0.00 | 0.00 |
| 22 | Exhibits | To reproduction of deposition Exhibits 372 - 381 (Hard copy and searchable electronic) | 0.25 | 5.50 |
| | Delivery | To delivery charge for above | 9.74 | 9.74 |

Please make check payable to:Richard G. Stirewalt #41-1460657

**TOTAL**   $476.49

# EXHIBIT U

# Invoice

**STIREWALT & ASSOCIATES**
COURT REPORTING, IMAGING
& DIGITAL VIDEO SERVICES
P.O. BOX 416
DEERWOOD, MN 56444
1-800-553-1953

| DATE | INVOICE # |
|---|---|
| 3/24/2017 | 4371B |

| BILL TO: | SHIP TO: |
|---|---|
| Mary S. Young<br>Blackwell Burke PA<br>431 South Seventh Street<br>Suite 2500<br>Minneapolis, Minnesota  55415 |  |

| P.O. NUMBER | TERMS | REP | SHIP | VIA | F.O.B. | PROJECT |
|---|---|---|---|---|---|---|
| | Upon Receipt | djc | 3/24/2017 | UPS | | Bair Hugger |

| QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|---|---|---|---|---|
| | | Deposition of Suzanne M. Danielson, taken March 17, 2017 in Minneapolis, MN | | |
| 130 | Transcript | To one copy - Danielson | 2.75 | 357.50 |
| 130 | Realtime | To realtime screen - Danielson | 1.00 | 130.00 |
| 130 | Rough Draft | To Rough Draft Transcript - Danielson | 1.00 | 130.00 |
| 72 | Exhibits | To reproduction of Exhibits 382 - 387 (black & white hard copy) | 0.10 | 7.20 |
| 72 | PDF - B&W | To reproduction of Exhibits (electronic .pdf black & white) IN SEARCHABLE FORMAT AT NO CHARGE | 0.15 | 10.80 |
| 1 | eTranscript | To one copy each volume above | 10.00 | 10.00 |
| 1 | ASCII | NO CHARGE with purchase of hard-copy transcript (.txt, .pdf and .ptx [eTranscript] formats | 0.00 | 0.00 |
| 1 | E-mail | To transcript via e-mail (no charge w/ transcript purchase) | | 0.00 |
| 1 | FTP Site | To exhibits put on FTP site | 0.00 | 0.00 |

Please make check payable to:Debby J. Campeau  - Tax ID# 41-1540291

W-9 Attached

**TOTAL**      $645.50

9646_666020 (10/14)

# EXHIBIT V

# Invoice

**STIREWALT & ASSOCIATES**
COURT REPORTING, IMAGING
& DIGITAL VIDEO SERVICES
P.O. BOX 416
DEERWOOD, MN 56444
1-800-553-1953

| DATE | INVOICE # |
|------|-----------|
| 12/27/2016 | 5524 |

**BILL TO:**

Mary S. Young
Blackwell Burke P.A.
431 South Seventh Street
Suite 2500
Minneapolis, Minnesota 55415

**SHIP TO:**

*Copy*

| P.O. NUMBER | TERMS | REP | SHIP | VIA | F.O.B. | PROJECT |
|-------------|-------|-----|------|-----|--------|---------|
| | Due on receipt | | 12/27/2016 | UPS | | |

| QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|----------|-----------|-------------|------------|--------|
| | | Case: Bair Hugger Litigation; Videotaped deposition taken at Minneapolis, Minnesota on December 19, 2016 | | |
| 299 | Transcript | To transcript, copy, deposition of Michelle Hulse-Stevens | 2.75 | 822.25 |
| 299 | Rough Draft | To production of rough draft - deposition of Michelle Hulse-Stevens | 1.00 | 299.00 |
| 299 | Realtime Streaming | To realtime streaming of deposition - per page | 1.00 | 299.00 |
| | Condensed transcript | To production of condensed transcript (E-transcript format) for above | 10.00 | 10.00 |
| | ASCII | To ASCII/electronic media for above-NO CHARGE with purchase of hard transcript - Time, Text and E-Transcript (ptx) formats | 0.00 | 0.00 |
| | Email | To email final copy transcripts (time, text and PTX) | 0.00 | 0.00 |
| 266 | Exhibits | To reproduction of deposition Exhibits 204 - 225 (Hard copy and searchable electronic) | 0.25 | 66.50 |
| 7 | Color Exhibits | To production of color exhibits included in above (Hard copy and searchable electronic) | 0.60 | 4.20 |
| | Delivery | To delivery charge for above | 10.18 | 10.18 |

Please make check payable to:Richard G. Stirewalt SS#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

**TOTAL**          $1,511.13

29646 E00020 (10/14)

# EXHIBIT W

# Invoice

**STIREWALT & ASSOCIATES**
COURT REPORTING, IMAGING
& DIGITAL VIDEO SERVICES
P.O. BOX 416
DEERWOOD, MN 56444
1-800-553-1953

| DATE | INVOICE # |
|---|---|
| 2/16/2017 | 5538 |

**BILL TO:**

Mary S. Young
Blackwell Burke P.A.
431 South Seventh Street
Suite 2500
Minneapolis, Minnesota  55415

**SHIP TO:**

| P.O. NUMBER | TERMS | REP | SHIP | VIA | F.O.B. | PROJECT |
|---|---|---|---|---|---|---|
| | Net 30 | | 2/16/2017 | UPS | | |

| QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|---|---|---|---|---|
| | | Case:   Bair Hugger Litigation; Videotaped deposition taken at Minneapolis, Minnesota on February 8, 2017 | | |
| 249 | Transcript | To transcript, copy, deposition of Jay G. Issa | 2.75 | 684.75 |
| 249 | Rough Draft | To production of rough draft - deposition of Jay G. Issa | 1.00 | 249.00 |
| 249 | Realtime Streaming | To realtime streaming of deposition - per page | 1.00 | 249.00 |
| | ASCII | To ASCII/electronic media for above-NO CHARGE with purchase of hard transcript - Time, Text, PDF and E-Transcript (ptx) formats | 0.00 | 0.00 |
| | Email | To email final copy transcripts (time, text and PTX) | 0.00 | 0.00 |
| | FTP Site | To exhibits put on FTP site | 0.00 | 0.00 |
| 14 | Exhibits | To reproduction of deposition Exhibits 267 - 276 (Hard copy and searchable electronic) | 0.25 | 3.50 |
| 34 | Color Exhibits | To production of color exhibits included in above (Hard copy and searchable electronic) | 0.60 | 20.40 |
| | Delivery | To delivery charge for above | 8.99 | 8.99 |

Please make check payable to:Richard G. Stirewalt SS#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

**TOTAL**     $1,215.64

46-666020 (10/14)

# EXHIBIT X

# Invoice

**STIREWALT & ASSOCIATES**
COURT REPORTING, IMAGING
& DIGITAL VIDEO SERVICES
P.O. BOX 416
DEERWOOD, MN 56444
1-800-553-1953

| DATE | INVOICE # |
|------|-----------|
| 12/7/2016 | 5512 |

**BILL TO:**

Mary S. Young
Blackwell Burke P.A.
431 South Seventh Street
Suite 2500
Minneapolis, Minnesota  55415

**SHIP TO:**

| P.O. NUMBER | TERMS | REP | SHIP | VIA | F.O.B. | PROJECT |
|-------------|-------|-----|------|-----|--------|---------|
|  | Due on receipt |  | 12/7/2016 | UPS |  |  |

| QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|----------|-----------|-------------|------------|--------|
|  |  | Case:  Bair Hugger Litigation; Videotaped deposition taken at Minneapolis, Minnesota on November 30, 2016 |  |  |
| 324 | Transcript | To transcript, copy, deposition of ~~Christine~~ *Caroline* M. Johnson | 2.75 | 891.00 |
| 324 | Rough draft | To production of rough draft - deposition of *Caroline* ~~Christine~~ Johnson | 1.00 | 324.00 |
|  | ASCII | To ASCII/electronic media for above-NO CHARGE with purchase of hard transcript - Time, Text and E-Transcript (ptx) formats | 0.00 | 0.00 |
|  | Email | To e-mail final copy transcripts (time, text and ptx) | 0.00 | 0.00 |
| 142 | Exhibits | To reproduction of deposition Exhibits 135 - 167 (Hard copy and searchable electronic) | 0.25 | 35.50 |
|  | FTP Site | To exhibits put on FTP site | 0.00 | 0.00 |
|  | Delivery | To delivery charge for above | 9.10 | 9.10 |
|  |  | Minnesota Sales Tax | 7.75% | 0.00 |

Please make check payable to:Richard G. Stirewalt SS#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

**TOTAL**   $1,259.60

# EXHIBIT Y

# Invoice

**STIREWALT & ASSOCIATES**
**COURT REPORTING, IMAGING**
**& DIGITAL VIDEO SERVICES**
P.O. BOX 416
DEERWOOD, MN 56444
1-800-553-1953

| DATE | INVOICE # |
|------|-----------|
| 1/24/2017 | 5529 |

**BILL TO:**

Mary S. Young
Blackwell Burke P.A.
431 South Seventh Street
Suite 2500
Minneapolis, Minnesota 55415

**SHIP TO:**

| P.O. NUMBER | TERMS | REP | SHIP | VIA | F.O.B. | PROJECT |
|-------------|-------|-----|------|-----|--------|---------|
| | Due on receipt | | 1/24/2017 | UPS | | |

| QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|----------|-----------|-------------|------------|--------|
| | | Case: Bair Hugger Litigation; Videotaped deposition taken at Minneapolis, Minnesota on January 18, 2017 | | |
| 307 | Transcript | To transcript, copy, deposition of Gary R. Maharaj | 2.75 | 844.25 |
| 307 | Rough Draft | To production of rough draft - deposition of Gary R. Maharaj | 1.00 | 307.00 |
| 307 | Realtime Streaming | To realtime streaming of deposition - per page | 1.00 | 307.00 |
| | Condensed transcript | To production of condensed transcript (E-transcript format) for above | 10.00 | 10.00 |
| | ASCII | To ASCII/electronic media for above-NO CHARGE with purchase of hard transcript - Time, Text and E-Transcript (ptx) formats | 0.00 | 0.00 |
| | Email | To email final copy transcripts (time, text and PTX) | 0.00 | 0.00 |
| 87 | Exhibits | To reproduction of deposition Exhibits 248 - 266 (Hard copy and searchable electronic) | 0.25 | 21.75 |
| | FTP Site | To exhibits put on FTP site | 0.00 | 0.00 |
| | Delivery | To delivery charge for above | 9.10 | 9.10 |

Please make check payable to:Richard G. Stirewalt SS#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

**TOTAL**  $1,499.10

# Invoice

**STIREWALT & ASSOCIATES**
COURT REPORTING, IMAGING
& DIGITAL VIDEO SERVICES
P.O. BOX 416
DEERWOOD, MN 56444
1-800-553-1953

| DATE | INVOICE # |
|------|-----------|
| 1/24/2017 | 5136 |

**BILL TO:**

Mary S. Young
Blackwell Burke, P.A.
431 South Seventh Street
Suite 2500
Minneapolis, Minnesota  55415

**SHIP TO:**

| P.O. NUMBER | TERMS | REP | SHIP | VIA | F.O.B. | PROJECT |
|-------------|-------|-----|------|-----|--------|---------|
|  | Upon Receipt |  | 1/24/2017 |  |  |  |

| QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|----------|-----------|-------------|------------|--------|
|  |  | Case:  Bair Hugger Litigation; Videotaped deposition taken at Minneapolis, Minnesota |  |  |
| 6.25 | DVDproduction | TrialDirector video DVDs linked to the deposition transcript at $75.00 per video hour for the deposition of Gary Maharaj taken January 18, 2017 | 75.00 | 468.75 |
| 2 | DVD | Media Cost per DVD | 5.00 | 10.00T |
|  | UPS | Shipping Charges - (Sent with deposition transcript) | | 0.00 |
|  |  | Minnesota Sales Tax | 6.875% | 0.69 |

Please make check payable to: S&A Video (Fed. ID  80-0180758)

**TOTAL**                                                                   $479.44

# EXHIBIT Z

# Invoice

**STIREWALT & ASSOCIATES**
COURT REPORTING, IMAGING
& DIGITAL VIDEO SERVICES
P.O. BOX 416
DEERWOOD, MN 56444
1-800-553-1953

| DATE | INVOICE # |
|------|-----------|
| 11/11/2016 | 5506 |

**BILL TO:**

Mary S. Young
Blackwell Burke P.A.
431 South Seventh Street
Suite 2500
Minneapolis, Minnesota  55415

**SHIP TO:**

| P.O. NUMBER | TERMS | REP | SHIP | VIA | F.O.B. | PROJECT |
|-------------|-------|-----|------|-----|--------|---------|
| | Due on receipt | | 11/11/2016 | UPS | | |

| QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|----------|-----------|-------------|------------|--------|
| | | Case:  Bair Hugger Litigation; Videotaped deposition taken at Minneapolis, Minnesota on November 4, 2016 | | |
| 291 | Transcript | To transcript, copy, deposition of John P. Rock | 2.75 | 800.25 |
| 291 | Realtime Strea... | To realtime streaming of deposition - per page - John P. Rock | 1.00 | 291.00 |
| 291 | Rough draft | To production of rough draft of deposition - John P. Rock | 1.00 | 291.00 |
| | ASCII | To ASCII/electronic media for above-NO CHARGE with purchase of hard transcript - Time, Text and E-Transcript (ptx) formats | 0.00 | 0.00 |
| | Email | To e-mail final copy transcripts (time, text and ptx) | 0.00 | 0.00 |
| 74 | Exhibits | To reproduction of deposition Exhibits 28 - 45 (Hard copy and searchable electronic) | 0.25 | 18.50 |
| | Delivery | To delivery charge for above | 9.09 | 9.09 |
| | | Minnesota Sales Tax | 7.75% | 0.00 |

Please make check payable to:Richard G. Stirewalt SS#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

**TOTAL**     $1,409.84

# EXHIBIT AA

# Invoice

**STIREWALT & ASSOCIATES**
COURT REPORTING, IMAGING
& DIGITAL VIDEO SERVICES
P.O. BOX 416
DEERWOOD, MN 56444
1-800-553-1953

| DATE | INVOICE # |
|------|-----------|
| 3/10/2017 | 4368B |

| BILL TO: |
|----------|

Mary S. Young
Blackwell Burke PA
431 South Seventh Street
Suite 2500
Minneapolis, Minnesota   55415

| SHIP TO: |
|----------|



| P.O. NUMBER | TERMS | REP | SHIP | VIA | F.O.B. | PROJECT |
|-------------|-------|-----|------|-----|--------|---------|
| | Upon Receipt | djc | 3/10/2017 | UPS | | Bair Hugger |

| QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|----------|-----------|-------------|------------|--------|
| | | Deposition of Mark J. Scott, taken March 2, 2017 in Minneapolis | | |
| 297 | Transcript | To one copy, Mark J. Scott | 2.75 | 816.75 |
| 297 | Rough Draft | Rough Draft Transcript - Mark J. Scott | 1.00 | 297.00 |
| 99 | Exhibits | To reproduction of Exhibits 312 - 335 (black & white hard copy and electronic) IN SEARCHABLE FORMAT AT NO CHARGE | 0.25 | 24.75 |
| 1 | eTranscript | To one copy each volume above | 10.00 | 10.00 |
| 1 | Shipping | UPS | 11.39 | 11.39 |
| 1 | FTP Site | To exhibits put on FTP site | 0.00 | 0.00 |
| 1 | ASCII | NO CHARGE with purchase of hard-copy transcript (.txt, .pdf and .ptx [eTranscript] formats | 0.00 | 0.00 |
| 1 | E-mail | To transcript via e-mail (no charge w/ transcript purchase) | | 0.00 |

Please make check payable to:Debby J. Campeau  - Tax ID# 41-1540291

W 9 Attached

**TOTAL**            $1,159.89

29646  6G6020 (10/14)

# EXHIBIT BB

# Invoice

**STIREWALT & ASSOCIATES**
COURT REPORTING, IMAGING
& DIGITAL VIDEO SERVICES
P.O. BOX 416
DEERWOOD, MN 56444
1-800-553-1953

| DATE | INVOICE # |
|------|-----------|
| 12/16/2016 | 5516 |

**BILL TO:**

Mary S. Young
Blackwell Burke P.A.
431 South Seventh Street
Suite 2500
Minneapolis, Minnesota  55415

**SHIP TO:**

| P.O. NUMBER | TERMS | REP | SHIP | VIA | F.O.B. | PROJECT |
|-------------|-------|-----|------|-----|--------|---------|
| | Due on receipt | | 12/16/2016 | UPS | | |

| QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|----------|-----------|-------------|------------|--------|
| | | Case: Bair Hugger Litigation; Videotaped deposition taken at Minneapolis, Minnesota on December 9, 2016 | | |
| 182 | Transcript | To transcript, copy, deposition of Jana M. Stender | 2.75 | 500.50 |
| 182 | Rough draft | To production of rough draft - deposition of Jana M. Stender | 1.00 | 182.00 |
| 182 | Realtime Strea... | To realtime streaming of deposition - per page | 1.00 | 182.00 |
| | ASCII | To ASCII/electronic media for above-NO CHARGE with purchase of hard transcript - Time, Text and E-Transcript (ptx) formats | 0.00 | 0.00 |
| | Email | To e-mail final copy transcripts (time, text and ptx) | 0.00 | 0.00 |
| 34 | Exhibits | To reproduction of deposition Exhibits 184 - 199 (Hard copy and searchable electronic) | 0.25 | 8.50 |
| | FTP Site | To exhibits put on FTP site | 0.00 | 0.00 |
| | Delivery | To delivery charge for above | 8.99 | 8.99 |
| | | Minnesota Sales Tax | 7.75% | 0.00 |

Please make check payable to:Richard G. Stirewalt SS#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

**TOTAL**                     $881.99

# EXHIBIT CC

# Invoice

**STIREWALT & ASSOCIATES**
COURT REPORTING, IMAGING
& DIGITAL VIDEO SERVICES
P.O. BOX 416
DEERWOOD, MN 56444
1-800-553-1953

| DATE | INVOICE # |
|------|-----------|
| 3/16/2017 | 5553 |

**BILL TO:**

Mary S. Young
Blackwell Burke P.A.
431 South Seventh Street
Suite 2500
Minneapolis, Minnesota 55415

**SHIP TO:**

| P.O. NUMBER | TERMS | REP | SHIP | VIA | F.O.B. | PROJECT |
|-------------|-------|-----|------|-----|--------|---------|
| | Net 30 | | 3/16/2017 | UPS | | |

| QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|----------|-----------|-------------|------------|--------|
| | | Case: Bair Hugger Litigation; Videotaped deposition taken at Minneapolis, Minnesota on March 10, 2017 | | |
| 117 | Transcript | To transcript, copy, deposition of Winston T. Tan | 2.75 | 321.75 |
| 117 | Rough Draft | To production of rough draft - deposition of Winston T. Tan | 1.00 | 117.00 |
| 117 | Realtime Streaming | To realtime streaming of deposition - per page | 1.00 | 117.00 |
| | Condensed transcript | To production of condensed transcript (E-transcript format) for above | 10.00 | 10.00 |
| | ASCII | To ASCII/electronic media for above-NO CHARGE with purchase of hard transcript - Time, Text, PDF and E-Transcript (ptx) formats | 0.00 | 0.00 |
| | Email | To email final copy transcripts (time, text and PTX) | 0.00 | 0.00 |
| | FTP Site | To exhibits put on FTP site | 0.00 | 0.00 |
| 61 | Exhibits | To reproduction of deposition Exhibits 352 - 371 (Hard copy and searchable electronic) | 0.25 | 15.25 |
| 17 | Color Exhibits | To production of color exhibits included in above (Hard copy and searchable electronic) | 0.60 | 10.20 |
| | Delivery | To delivery charge for above | 9.74 | 9.74 |

Please make check payable to:Richard G. Stirewalt #41-1460657

**TOTAL** $600.94

# EXHIBIT DD

# Invoice

**STIREWALT & ASSOCIATES**
COURT REPORTING, IMAGING
& DIGITAL VIDEO SERVICES
P.O. BOX 416
DEERWOOD, MN 56444
1-800-553-1953

| DATE | INVOICE # |
|------|-----------|
| 12/27/2016 | 5522 |

**BILL TO:**

Mary S. Young
Blackwell Burke P.A.
431 South Seventh Street
Suite 2500
Minneapolis, Minnesota 55415

**SHIP TO:**

*Copy*

| P.O. NUMBER | TERMS | REP | SHIP | VIA | F.O.B. | PROJECT |
|-------------|-------|-----|------|-----|--------|---------|
| | Due on receipt | | 12/27/2016 | UPS | | |

| QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|----------|-----------|-------------|------------|--------|
| | | Case: Bair Hugger Litigation; Videotaped deposition taken at Minneapolis, Minnesota on December 16, 2016 | | |
| 189 | Transcript | To transcript, copy, deposition of David A. Westlin | 2.75 | 519.75 |
| 189 | Rough Draft | To production of rough draft - deposition of David A. Westlin | 1.00 | 189.00 |
| 189 | Realtime Streaming | To realtime streaming of deposition - per page | 1.00 | 189.00 |
| | Condensed transcript | To production of condensed transcript (E-transcript format) for above | 10.00 | 10.00 |
| | ASCII | To ASCII/electronic media for above-NO CHARGE with purchase of hard transcript - Time, Text and E-Transcript (ptx) formats | 0.00 | 0.00 |
| | Email | To email final copy transcripts (time, text and PTX) | 0.00 | 0.00 |
| 15 | Exhibits | To reproduction of deposition Exhibits 200 - 203 (Hard copy and searchable electronic) | 0.25 | 3.75 |
| | Delivery | To delivery charge for above | 0.00 | 0.00 |

Please make check payable to:Richard G. Stirewalt SS#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

**TOTAL**   $911.50

# EXHIBIT EE

# Invoice

**STIREWALT & ASSOCIATES**
COURT REPORTING, IMAGING
& DIGITAL VIDEO SERVICES
P.O. BOX 416
DEERWOOD, MN 56444
1-800-553-1953

| DATE | INVOICE # |
|------|-----------|
| 12/15/2016 | 5514 |

**BILL TO:**

Mary S. Young
Blackwell Burke P.A.
431 South Seventh Street
Suite 2500
Minneapolis, Minnesota  55415

**SHIP TO:**

| P.O. NUMBER | TERMS | REP | SHIP | VIA | F.O.B. | PROJECT |
|-------------|-------|-----|------|-----|--------|---------|
| | Due on receipt | | 12/15/2016 | UPS | | |

| QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|----------|-----------|-------------|------------|--------|
| | | Case:  Bair Hugger Litigation; Videotaped deposition taken at Minneapolis, Minnesota on December 8, 2016 | | |
| 244 | Transcript | To transcript, copy, deposition of Teri Woodwick-Sides | 2.75 | 671.00 |
| 244 | Rough draft | To production of rough draft - deposition of Teri Woodwick-Sides | 1.00 | 244.00 |
| 244 | Realtime Strea... | To realtime streaming of deposition - per page | 1.00 | 244.00 |
| | ASCII | To ASCII/electronic media for above-NO CHARGE with purchase of hard transcript - Time, Text and E-Transcript (ptx) formats | 0.00 | 0.00 |
| | Email | To e-mail final copy transcripts (time, text and ptx) | 0.00 | 0.00 |
| 98 | Exhibits | To reproduction of deposition Exhibits 168 - 183 (Hard copy and searchable electronic) | 0.25 | 24.50 |
| | FTP Site | To exhibits put on FTP site | 0.00 | 0.00 |
| | Delivery | To delivery charge for above | 9.10 | 9.10 |
| | | Minnesota Sales Tax | 7.75% | 0.00 |

Please make check payable to:Richard G. Stirewalt SS#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

**TOTAL**        $1,192.60

# EXHIBIT FF

# Invoice

**STIREWALT & ASSOCIATES**
COURT REPORTING, IMAGING
& DIGITAL VIDEO SERVICES
P.O. BOX 416
DEERWOOD, MN 56444
1-800-553-1953

| DATE | INVOICE # |
|------|-----------|
| 3/3/2017 | 4366B |

**BILL TO:**

Mary S. Young
Blackwell Burke PA
431 South Seventh Street
Suite 2500
Minneapolis, Minnesota   55415

**SHIP TO:**



| P.O. NUMBER | TERMS | REP | SHIP | VIA | F.O.B. | PROJECT |
|-------------|-------|-----|------|-----|--------|---------|
| | Upon Receipt | djc | 3/3/2017 | UPS | | Bair Hugger |

| QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|----------|-----------|-------------|------------|--------|
| | | Deposition of Karl D. Zgoda, taken February 24, 2017 in Minneapolis, MN | | |
| 238 | Transcript | To one copy, Karl D. Zgoda | 2.75 | 654.50 |
| 238 | Rough Draft | To Rough Draft Transcript | 1.00 | 238.00 |
| 238 | Realtime | To realtime streaming, per page | 1.00 | 238.00 |
| 100 | Exhibits | To reproduction of Exhibits 277 - 299 (black & white hard copy) | 0.10 | 10.00 |
| 100 | PDF - B&W | To reproduction of Exhibits 277 - 299 (electronic .pdf black & white) IN SEARCHABLE FORMAT AT NO CHARGE | 0.15 | 15.00 |
| 3 | Color Copies | To reproduction of above exhibits (color hard copies) | 0.45 | 1.35 |
| 3 | PDF - Color | To reproduction of above exhibits (electronic pdf - color) IN SEARCHABLE FORMAT AT NO CHARGE | 0.15 | 0.45 |
| 1 | eTranscript | To one copy each volume above | 10.00 | 10.00 |
| 1 | Shipping | UPS | 8.16 | 8.16 |
| 1 | FTP Site | To exhibits put on FTP site | 0.00 | 0.00 |
| 1 | ASCII | NO CHARGE with purchase of hard-copy transcript (.txt, .tim, .pdf and .ptx [eTranscript] formats | 0.00 | 0.00 |
| 1 | E-mail | To transcript via e-mail (no charge w/ transcript purchase) | | 0.00 |

Please make check payable to:Debby J. Campeau  - Tax ID# 41-1540291

W-9 Attached

**TOTAL**  $1,175.46

# EXHIBIT GG

# Invoice

**STIREWALT & ASSOCIATES**
COURT REPORTING, IMAGING
& DIGITAL VIDEO SERVICES
P.O. BOX 416
DEERWOOD, MN 56444
1-800-553-1953

| DATE | INVOICE # |
|---|---|
| 3/10/2017 | 4368C |

**BILL TO:**

Mary S. Young
Blackwell Burke PA
431 South Seventh Street
Suite 2500
Minneapolis, Minnesota  55415

**SHIP TO:**



| P.O. NUMBER | TERMS | REP | SHIP | VIA | F.O.B. | PROJECT |
|---|---|---|---|---|---|---|
| | Upon Receipt | djc | 3/10/2017 | UPS | | Bair Hugger |

| QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|---|---|---|---|---|
| | | Deposition of Allen Hamid Ziaimehr, taken March 3, 2017 in Minneapolis | | |
| 233 | Transcript | To one copy, Allen Hamid Ziaimehr | 2.75 | 640.75 |
| 233 | Rough Draft | Rough Draft Transcript - Allen Hamid Ziaimehr | 1.00 | 233.00 |
| 233 | Realtime | To realtime streaming, per page - Allen Hamid Ziaimehr | 1.00 | 233.00 |
| 119 | Exhibits | To reproduction of Exhibits 336 - 349 (black & white hard copy and electronic) IN SEARCHABLE FORMAT AT NO CHARGE | 0.25 | 29.75 |
| 2 | Color Copies | To reproduction of above exhibits (color hard copies and electronic) IN SEARCHABLE FORMAT AT NO CHARGE | 0.45 | 0.90 |
| 1 | eTranscript | To one copy each volume above | 10.00 | 10.00 |
| 1 | Shipping | UPS | 11.39 | 11.39 |
| 1 | FTP Site | To exhibits put on FTP site | 0.00 | 0.00 |
| 1 | ASCII | NO CHARGE with purchase of hard-copy transcript (.txt, .tim and .ptx [eTranscript] formats | 0.00 | 0.00 |
| 1 | E-mail | To transcript via e-mail (no charge w/ transcript purchase) | | 0.00 |

Please make check payable to:Debby J. Campeau  - Tax ID# 41-1540291

W-9 Attached

**TOTAL**        $1,158.79

:9646 666020 (10/14)

# EXHIBIT HH



# INVOICE

**DATE:** 9/26/2016
**INVOICE #** 090716-458241
**CLIENT MATTER #** 51500-7000

**Worldwide - 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

**Bill To:**   Deborah Lewis
Blackwell Burke P.A.
431 South Seventh Street
Suite 2500
Minneapolis, MN 55415

**CASE:** In re Bair Hugger Forced Air Warming Products Liability Litigation
**WITNESS:** Dr. Kumar Belani
**DATE:** 9/7/2016
**LOCATION:** Minneapolis, MN

**Billing Comments / Instructions:** Includes shipping for materials sent to witness for read & sign purposes.
Includes shipping for original transcript sent at end of read & sign period.

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 256 | $3.40 | $870.40 |
| Rough Transcript | 256 | $1.35 | $345.60 |
| Reporter Appearance Fee / Hour - Videotaped | 5.5 | $25.00 | $137.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 139 | $0.05 | $6.95 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,360.45 |
| | | SHIPPING & HANDLING | $125.00 |
| | | **TOTAL** | $1,485.45 |

Please make all checks payable to: TSG Reporting, Inc.    Federal ID # 41-2085745
Remit to: TSG Reporting, Inc.  747 Third Avenue, Suite 10A  New York, NY 10017
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

# EXHIBIT II



**Worldwide - 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

**REPORTING**

# INVOICE

**DATE:** 12/23/2016
**INVOICE #** 112916-461897
**CLIENT MATTER #** 51500-7000

**Bill To:**   Christin E. Garcia Esq.
Faegre Baker Daniels LLP
2200 Wells Fargo Center
90 S. Seventh Street
Minneapolis, MN 55402-3901

**CASE:**   In re Bair Hugger Forced Air Warming Products Liability Litigation
**WITNESS:**   Christopher Nachtsheim
**DATE:**   11/29/2016
**LOCATION:**   Minneapolis, MN

**Billing Comments / Instructions:**   Includes shipping for materials sent to witness for read & sign purposes.
Includes shipping for original transcript sent at end of read & sign period.

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 380 | $3.40 | $1,292.00 |
| Rough Transcript | 380 | $1.35 | $513.00 |
| Reporter Appearance Fee / Hour - Videotaped | 9 | $25.00 | $225.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 304 | $0.05 | $15.20 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $2,045.20 |
| | | SHIPPING & HANDLING | $150.00 |
| | | TOTAL | $2,195.20 |

Please make all checks payable to: TSG Reporting, Inc.       Federal ID # 41-2085745
Remit to: TSG Reporting, Inc.  747 Third Avenue, Suite 10A  New York, NY 10017
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

# EXHIBIT JJ



**Worldwide - 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

# INVOICE

**DATE:** 10/24/2016
**INVOICE #** 092816-459525
**CLIENT MATTER #** 51500-7000

**Bill To:**     Christin E. Garcia Esq.
Faegre Baker Daniels LLP
2200 Wells Fargo Center
90 S. Seventh Street
Minneapolis, MN 55402-3901

| | |
|---|---|
| **CASE:** | In re Bair Hugger Forced Air Warming Products Liability Litigation |
| **WITNESS:** | Mark R. Litchy |
| **DATE:** | 9/28/2016 |
| **LOCATION:** | Minneapolis, MN |

**Billing Comments / Instructions:**     Includes shipping for materials sent to witness for read & sign purposes.
Includes shipping for original transcript sent at end of read & sign period.

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 147 | $3.40 | $499.80 |
| Rough Transcript | 147 | $1.35 | $198.45 |
| Reporter Appearance Fee / Hour - Videotaped | 3.5 | $25.00 | $87.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 117 | $0.05 | $5.85 |
| Exhibits - Scanned & Hyperlinked - Color | 15 | $0.05 | $0.75 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $792.35 |
| | | SHIPPING & HANDLING | $125.00 |
| | | TOTAL | $917.35 |

Please make all checks payable to: TSG Reporting, Inc.          Federal ID # 41-2085745
Remit to: TSG Reporting, Inc.  747 Third Avenue, Suite 10A  New York, NY 10017
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

# EXHIBIT KK



# INVOICE

**DATE:** 10/24/2016
**INVOICE #** 100416-459522
**CLIENT MATTER #** 51500-7000
**REVISED 11/2/2016**

**Bill To:**     Corey L. Gordon Esq.
Blackwell Burke P.A.
431 South Seventh Street
Suite 2500
Minneapolis, MN 55415

**CASE:** In re Bair Hugger Forced Air Warming Products Liability Litigation
**WITNESS:** Robert L. Gauthier, M.D.
**DATE:** 10/4/2016
**LOCATION:** Minneapolis, MN

**Billing Comments / Instructions:** Includes shipping for materials sent to witness for read & sign purposes.
Includes shipping for original transcript sent at end of read & sign period.

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 170 | $3.40 | $578.00 |
| Local Real-time Transcription | 170 | $1.45 | $246.50 |
| Remote Real-time Transcription (2) | 340 | $1.45 | $493.00 |
| Remote Real-time Transcription (2) | 340 | -$1.45 | -$493.00 |
| Remote Real-time Transcription & Video Connectivity Charge / User | 2 | $150.00 | $300.00 |
| Remote Real-time Transcription & Video Connectivity Charge / User | 2 | -$150.00 | -$300.00 |
| Rough Transcript | 170 | $1.35 | $229.50 |
| Reporter Appearance Fee / Hour - Videotaped | 4 | $25.00 | $100.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 48 | $0.05 | $2.40 |
| Exhibits - Scanned & Hyperlinked - Color | 15 | $0.05 | $0.75 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |

| | | |
|---|---|---|
| SUBTOTAL | $1,157.15 |
| SHIPPING & HANDLING | $125.00 |
| TOTAL | $1,282.15 |

Please make all checks payable to: TSG Reporting, Inc.       Federal ID # 41-2085745
Remit to: TSG Reporting, Inc.  747 Third Avenue, Suite 10A  New York, NY 10017
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



# INVOICE

**DATE:** 12/30/2016
**INVOICE #** 121516-462776
**CLIENT MATTER #** 51500-7000

**Bill To:**     Peter J. Goss Esq.
Blackwell Burke P.A.
431 South Seventh Street
Suite 2500
Minneapolis, MN 55415

**CASE:**         In re Bair Hugger Forced Air Warming Products Liability Litigation
**WITNESS:**      Robert L. Gauthier, M.D. cont w/ pg ?
**DATE:**         12/15/2016
**LOCATION:**     Minneapolis, MN

**Billing Comments / Instructions:**      Includes shipping for original transcript sent at end of read & sign period.

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 199 | $3.40 | $676.60 |
| Rough Transcript | 199 | $1.35 | $268.65 |
| Reporter Appearance Fee / Hour - Videotaped | 4.5 | $25.00 | $112.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 176 | $0.05 | $8.80 |
| Exhibits - Scanned & Hyperlinked - Color | 15 | $0.05 | $0.75 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,067.30 |
| | | SHIPPING & HANDLING | $75.00 |
| | | **TOTAL** | $1,142.30 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745
Remit to: TSG Reporting, Inc.  747 Third Avenue, Suite 10A  New York, NY 10017
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

# EXHIBIT LL



# INVOICE

**DATE:** 12/30/2016
**INVOICE #** 120416-462242
**CLIENT MATTER #** 51500-7000

**Bill To:**
Corey L. Gordon Esq.
Blackwell Burke P.A.
431 South Seventh Street
Suite 2500
Minneapolis, MN 55415

**CASE:**       In re Bair Hugger Forced Air Warming Products Liability Litigation
**WITNESS:**    Andrew J. Hamer / Michael R. Reed
**DATE:**       12/4/2016
**LOCATION:**   London, United Kingdom

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 343 | $7.45 | $2,555.35 |
| Original Transcript - 3 Day Delivery | 343 | $2.95 | $1,011.85 |
| Original Transcript - Early AM Pages | 19 | $2.00 | $38.00 |
| Original Transcript - Evening Pages | 33 | $2.00 | $66.00 |
| Rough Transcript | 343 | $2.25 | $771.75 |
| Reporter App Fee / Weekend Day - Videotaped | 1 | $450.00 | $450.00 |
| App Fee / Add'l Early AM Weekend Hour - Videotaped | 0.5 | $127.50 | $63.75 |
| App Fee / Add'l Evening Weekend Hour - Videotaped | 1 | $127.50 | $127.50 |
| Compressed / ASCII / Word Index - Complimentary | 2 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 1631 | $0.05 | $81.55 |
| Exhibits - Scanned & Hyperlinked - Color | 733 | $1.50 | $1,099.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| Certified Transcript Sold Discount (1) | 343 | -$0.45 | -$154.35 |
| | | SUBTOTAL | $6,110.90 |
| | | SHIPPING & HANDLING | $58.75 |
| | | TOTAL | $6,169.65 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745
Remit to: TSG Reporting, Inc. ·747 Third Avenue, Suite 10A  New York, NY 10017
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



**Worldwide - 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

# INVOICE

**DATE:** 12/30/2016
**INVOICE #** 120416-462243
**CLIENT MATTER #** 51500-7000

**Bill To:**
Corey L. Gordon Esq.
Blackwell Burke P.A.
431 South Seventh Street
Suite 2500
Minneapolis, MN 55415

**CASE:** In re Bair Hugger Forced Air Warming Products Liability Litigation
**WITNESS:** Andrew J. Hamer / Michael R. Reed
**DATE:** 12/4/2016
**LOCATION:** London, United Kingdom

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer / Weekend Day | 1 | $2,100.00 | $2,100.00 |
| Videographer / Day - Add'l Hrs - Early AM Weekend Rate | 0.5 | $375.00 | $187.50 |
| Videographer / Day - Add'l Hrs - Evening Weekend Rate | 1 | $375.00 | $375.00 |
| Certified - MPEG - Complimentary | 5 | $50.00 | $0.00 |
| | | SUBTOTAL | $2,662.50 |
| | | SHIPPING & HANDLING | $58.75 |
| | | TOTAL | $2,721.25 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745
Remit to: TSG Reporting, Inc.  747 Third Avenue, Suite 10A  New York, NY 10017
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

# EXHIBIT MM



**Worldwide - 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

# INVOICE

**DATE:** 12/30/2016
**INVOICE #** 120816-462245
**CLIENT MATTER #** 51500-7000

**Bill To:**   Corey L. Gordon Esq.
Blackwell Burke P.A.
431 South Seventh Street
Suite 2500
Minneapolis, MN 55415

**CASE:**        In re Bair Hugger Forced Air Warming Products Liability Litigation
**WITNESS:**   David John Leaper
**DATE:**        12/8/2016
**LOCATION:**  London, United Kingdom

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 147 | $7.45 | $1,095.15 |
| Original Transcript - 4 Day Delivery | 147 | $2.95 | $433.65 |
| Rough Transcript | 147 | $2.25 | $330.75 |
| Reporter Appearance Fee / Day | 1 | $250.00 | $250.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - Color | 249 | $1.50 | $373.50 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| Certified Transcript Sold Discount (1) | 147 | -$0.45 | -$66.15 |

| | | |
|---|---|---|
| SUBTOTAL | | $2,416.90 |
| SHIPPING & HANDLING | | $36.25 |
| TOTAL | | $2,453.15 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745
Remit to: TSG Reporting, Inc.  747 Third Avenue, Suite 10A  New York, NY 10017
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



**Worldwide - 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

# INVOICE

**DATE:** 12/30/2016
**INVOICE #** 120816-462246
**CLIENT MATTER #** 51500-7000

**Bill To:**
Corey L. Gordon Esq.
Blackwell Burke P.A.
431 South Seventh Street
Suite 2500
Minneapolis, MN 55415

**CASE:**       In re Bair Hugger Forced Air Warming Products Liability Litigation
**WITNESS:**    David John Leaper
**DATE:**       12/8/2016
**LOCATION:**   London, United Kingdom

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer / Day | 1 | $1,400.00 | $1,400.00 |
| Certified - MPEG - Complimentary | 2 | $50.00 | $0.00 |
| | | SUBTOTAL | $1,400.00 |
| | | SHIPPING & HANDLING | $36.25 |
| | | TOTAL | $1,436.25 |

Please make all checks payable to: TSG Reporting, Inc.       Federal ID # 41-2085745
Remit to: TSG Reporting, Inc.  747 Third Avenue, Suite 10A  New York, NY 10017
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

# EXHIBIT NN



**Worldwide - 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

# INVOICE

**DATE:** 12/30/2016
**INVOICE #** 120116-462238
**CLIENT MATTER #** 51500-7000

**Bill To:**
Corey L. Gordon Esq.
Blackwell Burke P.A.
431 South Seventh Street
Suite 2500
Minneapolis, MN 55415

**CASE:**  In re Bair Hugger Forced Air Warming Products Liability Litigation
**WITNESS:**  Andrew Legg
**DATE:**  12/1/2016
**LOCATION:**  Sheffield, United Kingdom

**Billing Comments / Instructions:**  Includes shipping for original transcript sent at end of read & sign period.

| **SHIP VIA** | Overnight | **TERMS** | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 125 | $7.45 | $931.25 |
| Original Transcript - Evening Pages | 8 | $2.00 | $16.00 |
| Rough Transcript | 125 | $2.25 | $281.25 |
| Reporter Waiting Time / Hour | 4.5 | $100.00 | $450.00 |
| Reporter Appearance Fee / Day - Videotaped | 1 | $300.00 | $300.00 |
| Reporter App Fee / Add'l Evening Hour - Videotaped | 0.5 | $85.00 | $42.50 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 19 | $0.05 | $0.95 |
| Exhibits - Scanned & Hyperlinked - Color | 522 | $1.50 | $783.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| Certified Transcript Sold Discount (1) | 125 | -$0.45 | -$56.25 |
| Travel Cost | 1 | $150.00 | $150.00 |
| | | SUBTOTAL | $2,898.70 |
| | | SHIPPING & HANDLING | $75.00 |
| | | TOTAL | $2,973.70 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745
Remit to: TSG Reporting, Inc. 747 Third Avenue, Suite 10A  New York, NY 10017
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



**Worldwide - 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

# INVOICE

**DATE:** 12/30/2016
**INVOICE #** 120116-462239
**CLIENT MATTER #** 51500-7000

**Bill To:**   Corey L. Gordon Esq.
Blackwell Burke P.A.
431 South Seventh Street
Suite 2500
Minneapolis, MN 55415

**CASE:**       In re Bair Hugger Forced Air Warming Products Liability Litigation
**WITNESS:**  Andrew Legg
**DATE:**       12/1/2016
**LOCATION:**  Sheffield, United Kingdom

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer / Day | 1 | $1,400.00 | $1,400.00 |
| Videographer / Day - Add'l Hours - Evening Rate | 0.5 | $250.00 | $125.00 |
| Videosynch / Tape | 2 | $35.00 | $70.00 |
| Certified - MPEG - Complimentary | 2 | $50.00 | $0.00 |
| Travel Cost - Per Diem | 1.5 | $100.00 | $150.00 |
| Travel Cost - Taxi | 1 | $120.00 | $120.00 |
| Travel Cost - Train | 1 | $200.00 | $200.00 |
| Travel Cost - Hotel | 1 | $200.00 | $200.00 |
| Travel Cost - Travel Days & Down Days | 1 | $400.00 | $400.00 |
| | | SUBTOTAL | $2,665.00 |
| | | SHIPPING & HANDLING | $25.00 |
| | | TOTAL | $2,690.00 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745
Remit to: TSG Reporting, Inc.  747 Third Avenue, Suite 10A  New York, NY 10017
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

# EXHIBIT OO



# INVOICE

**DATE:** 1/17/2017
**INVOICE #** 010417-463203
**CLIENT MATTER #** 51500-7000

**Bill To:**
Corey L. Gordon Esq.
Blackwell Burke P.A.
431 South Seventh Street
Suite 2500
Minneapolis, MN 55415

| | |
|---|---|
| **CASE:** | In re Bair Hugger Forced Air Warming Products Liability Litigation |
| **WITNESS:** | Paul McGovern |
| **DATE:** | 1/4/2017 |
| **LOCATION:** | London, United Kingdom |

**Billing Comments / Instructions:**     Exhibits shipped separately.

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 232 | $7.50 | $1,740.00 |
| Original Transcript - 4 Day Delivery | 232 | $3.00 | $696.00 |
| Original Transcript - Evening Pages | 24 | $2.00 | $48.00 |
| Rough Transcript | 232 | $2.50 | $580.00 |
| Reporter Appearance Fee / Day - Videotaped | 1 | $300.00 | $300.00 |
| Reporter App Fee / Add'l Evening Hour - Videotaped | 1 | $85.00 | $85.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 47 | $0.05 | $2.35 |
| Exhibits - Scanned & Hyperlinked - Color | 4556 | $1.50 | $6,834.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| Certified Transcript Sold Discount (1) | 232 | -$0.45 | -$104.40 |
| | | SUBTOTAL | $10,180.95 |
| | | SHIPPING & HANDLING | $100.00 |
| | | **TOTAL** | $10,280.95 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745
Remit to: TSG Reporting, Inc.  747 Third Avenue, Suite 10A  New York, NY 10017
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



**Worldwide - 24 Hours
(877) 702-9580
www.tsgreporting.com**

# INVOICE

**DATE:** 1/17/2017
**INVOICE #** 010417-463204
**CLIENT MATTER #** 51500-7000

**Bill To:**   Corey L. Gordon Esq.
Blackwell Burke P.A.
431 South Seventh Street
Suite 2500
Minneapolis, MN 55415

**CASE:**  In re Bair Hugger Forced Air Warming Products Liability Litigation
**WITNESS:**  Paul McGovern
**DATE:**  1/4/2017
**LOCATION:**  London, United Kingdom

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer / Day | 1 | $1,400.00 | $1,400.00 |
| Videographer / Day - Add'l Hours - Evening Rate | 1 | $250.00 | $250.00 |
| Videosynch / Tape | 4 | $35.00 | $140.00 |
| Certified - MPEG - Complimentary | 4 | $50.00 | $0.00 |
| | | SUBTOTAL | $1,790.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $1,830.00 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745
Remit to: TSG Reporting, Inc.  747 Third Avenue, Suite 10A  New York, NY 10017
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



# INVOICE

**DATE:** 1/17/2017
**INVOICE #** 010517-463207
**CLIENT MATTER #** 51500-7000

**Bill To:**
Corey L. Gordon Esq.
Blackwell Burke P.A.
431 South Seventh Street
Suite 2500
Minneapolis, MN 55415

**CASE:** In re Bair Hugger Forced Air Warming Products Liability Litigation
**WITNESS:** Paul McGovern cont w/ pg ?
**DATE:** 1/5/2017
**LOCATION:** London, United Kingdom

**Billing Comments / Instructions:** Exhibits shipped separately.

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 273 | $7.50 | $2,047.50 |
| Original Transcript - 4 Day Delivery | 273 | $3.00 | $819.00 |
| Original Transcript - Evening Pages | 21 | $2.00 | $42.00 |
| Rough Transcript | 273 | $2.50 | $682.50 |
| Reporter Appearance Fee / Day - Videotaped | 1 | $300.00 | $300.00 |
| Reporter App Fee / Add'l Evening Hour - Videotaped | 1 | $85.00 | $85.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 522 | $0.05 | $26.10 |
| Exhibits - Scanned & Hyperlinked - Color | 310 | $1.50 | $465.00 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| Certified Transcript Sold Discount (1) | 273 | -$0.45 | -$122.85 |
| | | SUBTOTAL | $4,344.25 |
| | | SHIPPING & HANDLING | $97.50 |
| | | TOTAL | $4,441.75 |

Please make all checks payable to: TSG Reporting, Inc.    Federal ID # 41-2085745
Remit to: TSG Reporting, Inc.  747 Third Avenue, Suite 10A  New York, NY 10017
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



**Worldwide - 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

# INVOICE

**DATE:** 1/17/2017
**INVOICE #** 010517-463208
**CLIENT MATTER #** 51500-7000

**Bill To:**      Corey L. Gordon Esq.
Blackwell Burke P.A.
431 South Seventh Street
Suite 2500
Minneapolis, MN 55415

**CASE:**       In re Bair Hugger Forced Air Warming Products Liability Litigation
**WITNESS:**    Paul McGovern cont w/ pg ?
**DATE:**       1/5/2017
**LOCATION:**   London, United Kingdom

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer / Day | 1 | $1,400.00 | $1,400.00 |
| Videographer / Day - Add'l Hours - Evening Rate | 1 | $250.00 | $250.00 |
| Videosynch / Tape | 4 | $35.00 | $140.00 |
| Certified - MPEG - Complimentary | 4 | $50.00 | $0.00 |
| | | SUBTOTAL | $1,790.00 |
| | | SHIPPING & HANDLING | $32.50 |
| | | TOTAL | $1,822.50 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745
Remit to: TSG Reporting, Inc.  747 Third Avenue, Suite 10A  New York, NY 10017
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

# EXHIBIT PP

# Invoice

**STIREWALT & ASSOCIATES**
COURT REPORTING, IMAGING
& DIGITAL VIDEO SERVICES
P.O. BOX 416
DEERWOOD, MN 56444
1-800-553-1953

| DATE | INVOICE # |
|------|-----------|
| 1/19/2017 | 5526 |

**BILL TO:**

Mary S. Young
Blackwell Burke P.A.
431 South Seventh Street
Suite 2500
Minneapolis, Minnesota  55415

**SHIP TO:**

| P.O. NUMBER | TERMS | REP | SHIP | VIA | F.O.B. | PROJECT |
|-------------|-------|-----|------|-----|--------|---------|
| | Due on receipt | | 1/19/2017 | UPS | | |

| QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|----------|-----------|-------------|------------|--------|
| | | Case:  Bair Hugger Litigation; Videotaped depositions taken at Cleveland, Ohio on January 11 and 12, 2017 | | |
| 151 | Transcript | To transcript, copy, deposition of Dr. Daniel Sessler | 2.75 | 415.25 |
| 151 | Rough Draft | To production of rough draft - deposition of Dr. Daniel Sessler | 1.00 | 151.00 |
| 2 | Condensed transcript | To production of condensed transcript (E-transcript format) for above | 10.00 | 20.00 |
| | ASCII | To ASCII/electronic media for above-NO CHARGE with purchase of hard transcript - Time, Text and E-Transcript (ptx) formats | 0.00 | 0.00 |
| | Email | To email final copy transcripts (time, text and PTX) | 0.00 | 0.00 |
| | FTP Site | To exhibits put on FTP site | 0.00 | 0.00 |
| 280 | Exhibits | To reproduction of deposition Exhibits 226 - 247 (Hard copy and searchable electronic) | 0.25 | 70.00 |
| 3 | Color Exhibits | To production of color exhibits included in above (Hard copy and searchable electronic) | 0.60 | 1.80 |
| | Delivery | To delivery charge for above | 9.77 | 9.77 |

Please make check payable to:Richard G. Stirewalt SS#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

**TOTAL** $1,549.07

# Invoice

**STIREWALT & ASSOCIATES**
COURT REPORTING, IMAGING
& DIGITAL VIDEO SERVICES
P.O. BOX 416
DEERWOOD, MN 56444
1-800-553-1953

| DATE | INVOICE # |
|------|-----------|
| 1/19/2017 | 5134 |

| BILL TO: |
|----------|

Mary S. Young
Blackwell Burke, P.A.
431 South Seventh Street
Suite 2500
Minneapolis, Minnesota 55415

| SHIP TO: |
|----------|

| P.O. NUMBER | TERMS | REP | SHIP | VIA | F.O.B. | PROJECT |
|-------------|-------|-----|------|-----|--------|---------|
| | Upon Receipt | | 1/19/2017 | UPS | | |

| QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|----------|-----------|-------------|------------|--------|
| | | Case: Bair Hugger Litigation; Videotaped depositions taken at Cleveland, Ohio | | |
| 9 | DVDproduction | TrialDirector video DVDs linked to the deposition transcript at $75.00 per video hour for the depositions of Daniel Sessler and Andrea Kurz taken January 11 and 12, 2017 | 75.00 | 675.00 |
| 3 | DVD | Media Cost per DVD | 5.00 | 15.00T |
| | UPS | Shipping Charges - sent with the deposition transcript | | 0.00T |
| | | Minnesota Sales Tax | 6.875% | 1.03 |

Please make check payable to: S&A Video (Fed. ID 80-0180758)

**TOTAL** $691.03

# EXHIBIT QQ

# Invoice

**STIREWALT & ASSOCIATES**
COURT REPORTING, IMAGING
& DIGITAL VIDEO SERVICES
P.O. BOX 416
DEERWOOD, MN 56444
1-800-553-1953

| DATE | INVOICE # |
|------|-----------|
| 1/19/2017 | 5526 |

**BILL TO:**

Mary S. Young
Blackwell Burke P.A.
431 South Seventh Street
Suite 2500
Minneapolis, Minnesota  55415

**SHIP TO:**

| P.O. NUMBER | TERMS | REP | SHIP | VIA | F.O.B. | PROJECT |
|-------------|-------|-----|------|-----|--------|---------|
| | Due on receipt | | 1/19/2017 | UPS | | |

| QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|----------|-----------|-------------|------------|--------|
| | | Case:  Bair Hugger Litigation; Videotaped depositions taken at Cleveland, Ohio on January 11 and 12, 2017 | | |
| 235 | Transcript | To transcript, copy, deposition of Dr. Andrea Kurz | 2.75 | 646.25 |
| 235 | Rough Draft | To production of rough draft - deposition of Dr. Andrea Kurz | 1.00 | 235.00 |
| 2 | Condensed transcript | To production of condensed transcript (E-transcript format) for above | 10.00 | 20.00 |
| | ASCII | To ASCII/electronic media for above-NO CHARGE with purchase of hard transcript - Time, Text and E-Transcript (ptx) formats | 0.00 | 0.00 |
| | Email | To email final copy transcripts (time, text and PTX) | 0.00 | 0.00 |
| | FTP Site | To exhibits put on FTP site | 0.00 | 0.00 |
| 280 | Exhibits | To reproduction of deposition Exhibits 226 - 247 (Hard copy and searchable electronic) | 0.25 | 70.00 |
| 3 | Color Exhibits | To production of color exhibits included in above (Hard copy and searchable electronic) | 0.60 | 1.80 |
| | Delivery | To delivery charge for above | 9.77 | 9.77 |

Please make check payable to:Richard G. Stirewalt SS#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

**TOTAL**      $1,549.07

# Invoice

**STIREWALT & ASSOCIATES**
COURT REPORTING, IMAGING
& DIGITAL VIDEO SERVICES
P.O. BOX 416
DEERWOOD, MN 56444
1-800-553-1953

| DATE | INVOICE # |
|------|-----------|
| 1/19/2017 | 5134 |

| BILL TO: |
|----------|

Mary S. Young
Blackwell Burke, P.A.
431 South Seventh Street
Suite 2500
Minneapolis, Minnesota 55415

| SHIP TO: |
|----------|

| P.O. NUMBER | TERMS | REP | SHIP | VIA | F.O.B. | PROJECT |
|-------------|-------|-----|------|-----|--------|---------|
| | Upon Receipt | | 1/19/2017 | UPS | | |

| QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|----------|-----------|-------------|------------|--------|
| | | Case: Bair Hugger Litigation; Videotaped depositions taken at Cleveland, Ohio | | |
| 9 | DVDproduction | TrialDirector video DVDs linked to the deposition transcript at $75.00 per video hour for the depositions of Daniel Sessler and Andrea Kurz taken January 11 and 12, 2017 | 75.00 | 675.00 |
| 3 | DVD | Media Cost per DVD | 5.00 | 15.00T |
| | UPS | Shipping Charges - sent with the deposition transcript | | 0.00T |
| | | Minnesota Sales Tax | 6.875% | 1.03 |

Please make check payable to: S&A Video (Fed. ID 80-0180758)

**TOTAL**          $691.03

# EXHIBIT RR



**Worldwide - 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

**REPORTING**

# INVOICE

DATE: 8/18/2017
INVOICE # 072117-350797
CLIENT MATTER # 51500-7000

RECEIVED
AUG 2 4 2017
BY: ........

Bill To:     Deborah Lewis
             Blackwell Burke P.A.
             431 South Seventh Street
             Suite 2500
             Minneapolis, MN 55415

CASE:        In re Bair Hugger Forced Air Warming Products Liability Litigation
WITNESS:     Michael J. Stonnington, M.D.
DATE:        7/21/2017
LOCATION:    Biloxi, MS

Billing Comments / Instructions:

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 326 | $3.40 | $1,108.40 |
| Rough Transcript | 326 | $1.35 | $440.10 |
| Reporter Appearance Fee / Session - Videotaped | 2 | $70.00 | $140.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 65 | $0.05 | $3.25 |
| Exhibits - Scanned & Hyperlinked - Color | 68 | $0.05 | $3.40 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,695.15 |
| | | SHIPPING & HANDLING | $32.50 |
| | | TOTAL | $1,727.65 |

Please make all checks payable to: TSG Reporting, Inc.     Federal ID # 41-2085745
Remit to: TSG Reporting, Inc.  747 Third Avenue, Suite 10A  New York, NY 10017
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

# EXHIBIT SS



**Worldwide · 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

# INVOICE

**DATE:** 8/16/2017
**INVOICE #** 072517-701095
**CLIENT MATTER #** 51500-7000

**Bill To:**
Corey L. Gordon Esq.
Blackwell Burke P.A.
431 South Seventh Street
Suite 2500
Minneapolis, MN 55415

**CASE:** In re Bair Hugger Forced Air Warming Products Liability Litigation
**WITNESS:** William R. Jarvis, M.D.
**DATE:** 7/25/2017
**LOCATION:** San Francisco, CA

**Billing Comments / Instructions:** Includes shipping for original transcript sent at end of read & sign period. Exhibits shipped separately.

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 316 | $3.40 | $1,074.40 |
| Rough Transcript | 316 | $1.35 | $426.60 |
| Reporter Appearance Fee / Session - Videotaped | 2 | $70.00 | $140.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 978 | $0.05 | $48.90 |
| Exhibits - Scanned & Hyperlinked - Color | 177 | $0.05 | $8.85 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,698.75 |
| | | SHIPPING & HANDLING | $132.50 |
| | | TOTAL | $1,831.25 |

Please make all checks payable to: TSG Reporting, Inc.        Federal ID # 41-2085745
Remit to: TSG Reporting, Inc.  747 Third Avenue, Suite 10A  New York, NY 10017
For prompt payment processing, please include the Invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

# EXHIBIT TT



**REPORTING**

Worldwide - 24 Hours
(877) 702-9580
www.tsgreporting.com

# INVOICE

**DATE:** 6/28/2017
**INVOICE #** 061517-469217
**CLIENT MATTER #** 51500-7000

**Bill To:**

Corey L. Gordon Esq.
Blackwell Burke P.A.
431 South Seventh Street
Suite 2500
Minneapolis, MN 55415

**CASE:** In re Bair Hugger Forced Air Warming Products Liability Litigation
**WITNESS:** Said Elghobashi
**DATE:** 6/15/2017
**LOCATION:** Newport Beach, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 295 | $3.40 | $1,003.00 |
| Original Transcript - 3 Day Delivery | 295 | $1.53 | $451.35 |
| Original Transcript - Evening Pages | 51 | $2.00 | $102.00 |
| Rough Transcript | 295 | $1.35 | $398.25 |
| Reporter Appearance Fee / Session - Videotaped | 2 | $60.00 | $120.00 |
| Reporter App Fee / Evening Session - Videotaped | 1 | $90.00 | $90.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 122 | $0.05 | $6.10 |
| Exhibits - Scanned & Hyperlinked - Color | 147 | $0.05 | $7.35 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $2,178.05 |
| | | SHIPPING & HANDLING | $75.00 |
| | | TOTAL | $2,253.05 |

Please make all checks payable to: TSG Reporting, Inc.   Federal ID # 41-2085745
Remit to: TSG Reporting, Inc.  747 Third Avenue, Suite 10A  New York, NY 10017
For prompt payment processing, please include the Invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

# EXHIBIT UU



# INVOICE

**DATE:** 8/18/2017
**INVOICE #** 080117-350789
**CLIENT MATTER #** 51500-7000

RECEIVED
AUG 2 4 2017
BY: _____

**Bill To:**  Peter J. Goss Esq.
Blackwell Burke P.A.
431 South Seventh Street
Suite 2500
Minneapolis, MN 55415

**CASE:** In re Bair Hugger Forced Air Warming Products Liability Litigation
**WITNESS:** Yadin David, Ed.D., P.E., C.C.E.
**DATE:** 8/1/2017
**LOCATION:** Houston, TX

**Billing Comments / Instructions:**     Exhibits shipped separately.

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 330 | $3.40 | $1,122.00 |
| Original Transcript - Evening Pages | 43 | $2.00 | $86.00 |
| Rough Transcript | 330 | $1.35 | $445.50 |
| Reporter Appearance Fee / Session - Videotaped | 2 | $70.00 | $140.00 |
| Reporter App Fee / Evening Session - Videotaped | 1 | $105.00 | $105.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 28 | $0.05 | $1.40 |
| Exhibits - Scanned & Hyperlinked - Color | 238 | $0.05 | $11.90 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,911.80 |
| | | SHIPPING & HANDLING | $97.50 |
| | | TOTAL | $2,009.30 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745
Remit to: TSG Reporting, Inc.  747 Third Avenue, Suite 10A  New York, NY 10017
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

# EXHIBIT VV



**REPORTING**

Worldwide - 24 Hours
**(877) 702-9580**
www.tsgreporting.com

# INVOICE

**DATE:** 7/19/2017
**INVOICE #** 071117-700620
**CLIENT MATTER #** 51500-7000

**Bill To:**   Corey L. Gordon Esq.
Blackwell Burke P.A.
431 South Seventh Street
Suite 2500
Minneapolis, MN 55415

**CASE:**   In re Bair Hugger Forced Air Warming Products Liability Litigation
**WITNESS:**   Jonathan Samet, M.D.
**DATE:**   7/11/2017
**LOCATION:**   Los Angeles, CA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 210 | $3.40 | $714.00 |
| Original Transcript - 3 Day Delivery | 210 | $1.53 | $321.30 |
| Rough Transcript | 210 | $1.35 | $283.50 |
| Reporter Appearance Fee / Session - Videotaped | 2 | $60.00 | $120.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 778 | $0.05 | $38.90 |
| Exhibits - Scanned & Hyperlinked - Color | 19 | $0.05 | $0.95 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,478.65 |
| | | SHIPPING & HANDLING | $32.50 |
| | | TOTAL | $1,511.15 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745
Remit to: TSG Reporting, Inc.  747 Third Avenue, Suite 10A  New York, NY 10017
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**



**INVOICE**

DATE: 8/21/2017
INVOICE # 080817-350825
CLIENT MATTER # 51500-7000

**Bill To:**  Corey L. Gordon Esq.
Blackwell Burke P.A.
431 South Seventh Street
Suite 2500
Minneapolis, MN 55415

**CASE:** In re Bair Hugger Forced Air Warming Products Liability Litigation
**WITNESS:** Jonathan Samet, M.D.
**DATE:** 8/8/2017
**LOCATION:** Los Angeles, CA

**Billing Comments / Instructions:**   Includes shipping for original transcript sent at end of read & sign period.

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 113 | $3.40 | $384.20 |
| Original Transcript - Early AM Pages | 27 | $2.00 | $54.00 |
| Rough Transcript | 113 | $1.35 | $152.55 |
| Reporter Appearance Fee / Session - Videotaped | 1 | $60.00 | $60.00 |
| Reporter App Fee / Early AM Session - Videotaped | 1 | $90.00 | $90.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 162 | $0.05 | $8.10 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $748.85 |
| | | SHIPPING & HANDLING | $100.00 |
| | | TOTAL | $848.85 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745
Remit to: TSG Reporting, Inc.  747 Third Avenue, Suite 10A  New York, NY 10017
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

# EXHIBIT WW



**REPORTING**

Worldwide - 24 Hours
(877) 702-9580
www.tsgreporting.com

# INVOICE

**DATE:** 6/30/2017
**INVOICE #** 060717-469475
**CLIENT MATTER #** 51500-7000

**Bill To:** Deborah Lewis
Blackwell Burke P.A.
431 South Seventh Street
Suite 2500
Minneapolis, MN 55415

RECEIVED
JUL 1 3 2017
BY:

**CASE:** In re Bair Hugger Forced Air Warming Products Liability Litigation
**WITNESS:** Michael Wayne Buck
**DATE:** 6/7/2017
**LOCATION:** Minneapolis, MN

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 236 | $3.40 | $802.40 |
| Rough Transcript | 236 | $1.35 | $318.60 |
| Reporter Appearance Fee / Hour - Videotaped | 7 | $25.00 | $175.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 54 | $0.05 | $2.70 |
| Exhibits - Scanned & Hyperlinked - Color | 52 | $0.05 | $2.60 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| | | SUBTOTAL | $1,301.30 |
| | | SHIPPING & HANDLING | $27.50 |
| | | TOTAL | $1,328.80 |

Please make all checks payable to: TSG Reporting, Inc.        Federal ID # 41-2085745
Remit to: TSG Reporting, Inc.  747 Third Avenue, Suite 10A  New York, NY 10017
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

# EXHIBIT XX



# INVOICE

**DATE:** 6/29/2017
**INVOICE #** 061317-700241
**CLIENT MATTER #** 51500-7000

RECEIVED
JUL 1 3 2017
BY: _____

**Bill To:**  Peter J. Goss Esq.
Blackwell Burke P.A.
431 South Seventh Street
Suite 2500
Minneapolis, MN 55415

**CASE:** In re Bair Hugger Forced Air Warming Products Liability Litigation
**WITNESS:** Daniel Koenigshofer
**DATE:** 6/13/2017
**LOCATION:** Chapel Hill, NC

**Billing Comments / Instructions:** Includes shipping for original transcript sent at end of read & sign period. Exhibits shipped separately.

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Original & 1 Certified Transcript | 357 | $3.40 | $1,213.80 |
| Original Transcript - 4 Day Delivery | 357 | $1.36 | $485.52 |
| Original Transcript - Evening Pages | 68 | $2.00 | $136.00 |
| Rough Transcript | 357 | $1.35 | $481.95 |
| Reporter Appearance Fee / Session - Videotaped | 2 | $70.00 | $140.00 |
| Reporter App Fee / Evening Session - Videotaped | 1 | $105.00 | $105.00 |
| Compressed / ASCII / Word Index - Complimentary | 1 | $45.00 | $0.00 |
| Exhibits - Scanned & Hyperlinked - B&W | 1955 | $0.05 | $97.75 |
| Exhibits - Scanned & Hyperlinked - Color | 321 | $0.05 | $16.05 |
| File Creation Fee - Hyperlinked Exhibits - Complimentary | 1 | $45.00 | $0.00 |
| Conference Room / Day - Complimentary | 1 | $500.00 | $0.00 |
| Conference Room / Evening Session | 1 | $400.00 | $400.00 |
| Add'l Services - On-Site Document Production - B&W | 189 | $0.35 | $66.15 |
| | | SUBTOTAL | $3,142.22 |
| | | SHIPPING & HANDLING | $125.00 |
| | | TOTAL | $3,267.22 |

Please make all checks payable to: TSG Reporting, Inc.       Federal ID # 41-2085745
Remit to: TSG Reporting, Inc.  747 Third Avenue, Suite 10A  New York, NY 10017
For prompt payment processing, please include the invoice # with your check. All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit. If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

# EXHIBIT YY



**NorthWestern**
**N|W**
**Court Reporters**

*since 1973*
621 Second Street
Hudson, WI 54016
(715) 386-5157 • FAX (715) 386-6584

**Minneapolis, MN 55402**
Toll Free 1-800-628-7551
**Eau Claire, WI 54701**
(715) 835-7581

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 133506 | 2/26/2019 | 73381 |

| JOB DATE | CASE NUMBER |
|---|---|
| 2/19/2019 | |

| CASE CAPTION |
|---|
| Trombley vs. 3M Co., et al. |

| TERMS |
|---|
| Due upon receipt |

RECEIVED

BY: _____

Corey L. Gordon
Blackwell Burke, P.A.
431 South 7th Street, Suite 2500
Minneapolis, MN  55415

Certified Original and Electronic Copy of Transcript of:
   William Jarvis, M.D.

870.73

**TOTAL DUE  >>>**   **$870.73**

**Tax ID:** 39-1180863

Phone: 612 343-3200   Fax:

*Please detach bottom portion and return with payment.*

Corey L. Gordon
Blackwell Burke, P.A.
431 South 7th Street, Suite 2500
Minneapolis, MN  55415

| | | |
|---|---|---|
| Invoice No. | : | 133506 |
| Invoice Date | : | 2/26/2019 |
| **Total Due** | : | **$ 870.73** |

Remit To: **Northwestern Court Reporters, Inc.**
        **621 Second Street**
        **Hudson, WI  54016**

| | | |
|---|---|---|
| Job No. | : | 73381 |
| BU ID | : | 1-NWCR |
| Case No. | : | |
| Case Name | : | Trombley vs. 3M Co., et al. |



**Worldwide - 24 Hours**
**(877) 702-9580**
**www.tsgreporting.com**

# INVOICE

**DATE:** 2/22/2019
**INVOICE #** 021919-804179
**JOB #** 156108
**CLIENT MATTER #** 51500-7000

**Bill To:**    Cyndee Krenos
Blackwell Burke P.A.
431 South Seventh Street
Suite 2500
Minneapolis, MN 55415

**CASE:**       In re Bair Hugger Forced Air Warming Products Liability Litigation - )
**WITNESS:**    William Garvis M.D
**DATE:**       2/19/2019
**LOCATION:**   Atlanta, GA

**Billing Comments / Instructions:**

| SHIP VIA | Overnight | TERMS | net 30 |
|---|---|---|---|

| SERVICES | # PAGES / QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Videographer - 1st 2 Hours | 1 | $310.00 | $310.00 |
| Videographer - Additional Hours | 2 | $100.00 | $200.00 |
| Certified - MPEG - Complimentary | 2 | $50.00 | $0.00 |
| | | SUBTOTAL | $510.00 |
| | | SHIPPING & HANDLING | $40.00 |
| | | TOTAL | $550.00 |

Please make all checks payable to: TSG Reporting, Inc.      Federal ID # 41-2085745
Remit by Mail to: TSG Reporting, Inc.  PO Box 95568  Grapevine, TX  76099-9708
For prompt payment processing, please include the invoice # with your check.  All balances in arrears will be assessed a late fee of
1.5% per month, not to exceed the legal limit.  If you have any questions, please call TSG.
**THANK YOU FOR YOUR BUSINESS!**

# EXHIBIT ZZ

**INVOICE FOR TRANSCRIPTION SERVICES FOR :**
**GAREIS v. 3M 16CV4187 Trial May 14-30, 2018**

**June 4, 2018**

**Make Check Payable to:**
**Maria Weinbeck**

To: Ben Hulse
    Blackwell Burke PA
    431 South Seventh Street
    Suite 2500
    Minneapolis, MN 55415

300 South Fourth Street
Suite 1005
Minneapolis, MN 55415
(612) 664-5109

## TOTAL DUE:  $23,063.86

HOURLY (sent w/in two hours of adjournment):

| 05-14-18 | One Realtime hook up @ 3.05 / page x 148 pages | $451.40 |
| | Original and 1 copy split between parties 4.23/page | $626.04 |
| | Condensed format @ $1.20 / page x 148 | $177.60 |
| | TXT format @ $1.20 / page x 148 | $177.60 |
| | | $1,432.64 |

| 05-18-18 | Two Realtime hook ups @ 4.20 / page x 175 pages | $735.00 |
| | Original and 1 copy split between parties 4.23/page | $740.25 |
| | Condensed format @ $1.20 / page x 175 | $210.00 |
| | TXT format @ $1.20 / page x 175 | $210.00 |
| | | $1,895.25 |

| 05-24-18 | Two Realtime hook ups @ 4.20 / page x 167 pages | $701.40 |
| | Original and 1 copy split between parties 4.23/page | $706.41 |
| | Condensed format @ $1.20 / page x 167 | $200.40 |
| | TXT format @ $1.20 / page x 167 | $200.40 |
| | | $1,808.61 |

| 05-25-18 | Two Realtime hook ups @ 4.20 / page x 227 pages | $953.40 |
| | Original and 1 copy split between parties 4.23/page | $960.21 |
| | Condensed format @ $1.20 / page x 227 | $272.40 |
| | TXT format @ $1.20 / page x 227 | $272.40 |
| | | $2,458.41 |

| 05-29-18 | Two Realtime hook ups @ 4.20 / page x 242 pages | $1,016.40 |
| | Original and 1 copy split between parties 4.23/page | $1,023.66 |
| | Condensed format @ $1.20 / page x 242 | $290.40 |
| | TXT format @ $1.20 / page x 242 | $290.40 |
| | | $2,620.86 |

Invoice for Transcription Services, page 2

<u>HOURLY</u>(sent within two hours of adjournment):

| 05-30-18 | Two Realtime hook ups @ 4.20 / page x 70 pages | $294.00 |
| | (Rt feed stopped halfway/no rough sent) | |
| | Original and 1 copy split between parties 4.23/page(165) | $697.95 |
| | Condensed format @ $1.20 / page x 165 | $198.00 |
| | TXT format @ $1.20 / page x 165 | $198.00 |
| | | $1,387.95 |

<u>DAILY</u>:

| 05-15-18 | Two Realtime hook ups @ 4.20 / page x 241 pages | $1,012.20 |
| | Original and 1 copy split between parties 3.63/page | $874.83 |
| | Condensed format @ $1.20 / page x 241 | $289.20 |
| | TXT format @ $1.20 / page x 241 | $289.20 |
| | | $2,465.43 |

| 05-16-18 | Two Realtime hook ups @ 4.20 / page x 259 pages | $1,087.80 |
| | Original and 1 copy split between parties 3.63/page | $940.17 |
| | Condensed format @ $1.20 / page x 259 | $310.80 |
| | TXT format @ $1.20 / page x 259 | $310.80 |
| | | $2,649.57 |

| 05-17-18 | Two Realtime hook ups @ 4.20 / page x 153 pages | $642.60 |
| | Original and 1 copy split between parties 3.63/page | $555.39 |
| | Condensed format @ $1.20 / page x 153 | $183.60 |
| | TXT format @ $1.20 / page x 153 | $183.60 |
| | | $1,565.19 |

| 05-21-18 | Two Realtime hook ups @ 4.20 / page x 211 pages | $ 886.20 |
| | Original and 1 copy split between parties 3.63/page | $765.93 |
| | Condensed format @ $1.20 / page x 211 | $253.20 |
| | TXT format @ $1.20 / page x 211 | $253.20 |
| | | $2,158.53 |

| 05-22-18 | Two Realtime hook ups @ 4.20 / page x 137 pages | $575.40 |
| | Original and 1 copy split between parties 3.63/page | $497.31 |
| | Condensed format @ $1.20 / page x 137 | $164.40 |
| | TXT format @ $1.20 / page x 137 | $164.40 |
| | | $1,401.51 |

Invoice for Transcription Services, page 3

<u>DAILY:</u>

| 05-23-18 | Two Realtime hook ups @ 4.20 / page x 217 pages | $ 911.40 |
| | Original and 1 copy split between parties 3.63/page | $787.71 |
| | Condensed format @ $1.20 / page x 217 | $260.40 |
| | TXT format @ $1.20 / page x 217 | $260.40 |
| | | $2,219.91 |
| | Minus $1,000 for real time problems   − | $1,000.00 |

**TOTAL DUE:     $23,063.86**

Certification: I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

<u>Maria V. Weinbeck</u>            <u>Date: June 4, 2018            </u>

# EXHIBIT AAA

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

INVOICE NO:  20180023

MAKE CHECKS PAYABLE TO:

Ben Hulse
Blackwell Burke PA
431 South Seventh Street
Suite 2500
Minneapolis, MN 55415
Phone:

Maria Weinbeck, RMR, FCRR
Official Court Reporter
300 South Fourth Street
Suite 1005
Minneapolis, MN 55415
Phone:     (612) 664-5109

*maria_weinbeck@mnd.uscourts.gov*

| | CRIMINAL | x CIVIL | DATE ORDERED: 04-12-2018 | DATE DELIVERED: 04-16-2018 |

**Case Style:** 15MD2666, IN RE:  Bair Hugger
Reporter's Transcript of Proceedings had on 2-12-18, before Judge
Ericksen and Magistrate Judge Noel.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | 181 | 4.23 | 765.63 | | | | | | | 765.63 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. Desc. | | | | | | | | MISC. CHARGES: | | |
| | | | | | | | | TOTAL: | | 765.63 |
| | | | | | | LESS DISCOUNT FOR LATE DELIVERY: | | | | |
| | | | | | | | TAX (If Applicable): | | | |
| | | | | | | LESS AMOUNT OF DEPOSIT: | | | | |
| | | | | | | | TOTAL REFUND: | | | |
| | Date Paid: | | Amt: | | | | | TOTAL DUE: | | $765.63 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order
for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the
ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees  charged  and page  format  used  comply with the requirements of this court and the
Judicial Conference of the United States.

SIGNATURE:

DATE
04-17-2018

*(All previous editions of this form are
cancelled and should be destroyed)*

# EXHIBIT BBB

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

INVOICE NO: 20170201

**━MAKE CHECKS PAYABLE TO:━**

Ben Hulse
Blackwell Burke PA
431 South Seventh Street
Suite 2500
Minneapolis, MN 55415
Phone:

Maria Weinbeck, RMR, FCRR
Official Court Reporter
300 South Fourth Street
Suite 1005
Minneapolis, MN 55415
Phone:      (612) 664-5109

*maria_weinbeck@mnd.uscourts.gov*

| ☐ CRIMINAL   ☒ CIVIL | DATE ORDERED: 11-06-2017 | DATE DELIVERED: 11-06-2017 |
|---|---|---|

**Case Style: 15MD2666, IN RE: Bair Hugger MDL**

Reporter's Transcript of Daily Copy Proceedings had on 10-24-17, 10-25-17. And expedited deliver for 10-26-17, before the Honorable Joan Ericksen.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | 140 | 4.23 | 592.20 | 140 | 0.90 | 126.00 | | | | 718.20 |
| Daily | | | | | | | | | | |
| Hourly | 231 | 7.25 | 1,674.75 | 693 | 1.20 | 831.60 | | | | 2,506.35 |
| Realtime | | | | | | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 3,224.55 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| **Date Paid:**          **Amt:** | TOTAL DUE: | $3,224.55 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees  charged  and page format used  comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: | DATE 11-06-2017 |
|---|---|

*(All previous editions of this form are cancelled and should be destroyed)*