UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | File No. 15-2666 (JNE/DTS) |
| **This Document Relates to:** *Petitta v. 3M Co.,* *Case No. 16-cv-3878* | NOTICE OF APPEAL |

THIS NOTICE IS HEREBY GIVEN that pursuant to 28 U.S.C. § 1292 and Rules 3 and 4 of the Federal Rules of Appellate Procedure, Plaintiff Petitta in the above-captioned litigation ("*Petitta v. 3M Co.*") hereby appeals to the United States Court of Appeals for the Eighth Circuit from the Order of this Court dated August 7, 2019 [Dkt. 2074].

1

Dated: September 5, 2019                    Respectfully submitted,

| **Best & Flanagan LLP** | **Fluegel Law Office** |
|---|---|
| /s/ Katherine S. Barrett Wiik | /s/ Wilbur W. Fluegel |
| Katherine S. Barrett Wiik, #351155 | Wilbur W. Fluegel, #30429 |
| 60 South Sixth Street, Suite 2700 | 150 South Fifth Street, Suite 2525 |
| Minneapolis, MN 55402 | Minneapolis, MN 55402 |
| Phone: 612-341-9710 | Phone: 612-238-3540 |
| Email: kbarrettwiik@bestlaw.com | Email: wilfluegel@aol.com |

| **Ciresi Conlin L.L.P.** | **Meshbesher & Spence, LTD.** |
|---|---|
| /s/ Michael V. Ciresi | /s/ Genevieve M. Zimmerman |
| Michael V. Ciresi, #0016949 | Genevieve M. Zimmerman, #330292 |
| Jan M. Conlin, #0192697 | 1616 Park Avenue South |
| Michael Sacchet, #395817 | Minneapolis, MN 55404 |
| 225 S. 6th St., Suite 4600 | Phone: 612-339-9121 |
| Minneapolis, MN 55402 | Fax: 612-339-9188 |
| Phone: 612-361-202 | Email: gzimmerman@meshbesher.com |
| Email: MVC@CiresiConlin.com | |
|             JMC@CiresiConlin.com | |
|             MAS@CiresiConlin.com | |

| **Levin Papantonio, P.A.** | **Farrar & Ball, LLP** |
|---|---|
| /s/ Ben W. Gordon, Jr. | /s/ Kyle W. Farrar |
| Ben W. Gordon (FL #882836) | Kyle W. Farrar, MN #0397942 |
| J. Michael Papantonio (FL #335924) | 1117 Herkimer Street |
| 316 S. Baylen Street, Ste. 600 | Houston, Texas 77002 |
| Pensacola, FL 32502-5996 | Telephone: 713-221-8300 |
| Phone: 850-435-7090 | Email: kyle@fbtrial.com |
| Fax: 850-436-6090 | |
| Email: bgordon@levinlaw.com | |

**Kennedy Hodges, LLP**

*/s/ Gabriel Assaad*
Gabriel Assaad - Pro Hac Vice
David W. Hodges - Pro Hac Vice
4409 Montrose Blvd., Ste. 200
Houston, TX 77006
Phone: 713-523-0001
Email: gassaad@kennedyhodges.com