

# UNITED STATES DISTRICT COURT
## District of Minnesota

Kate M. Fogarty, Clerk
Tricia M. Pepin, Chief Deputy Clerk

| | | | |
|---|---|---|---|
| Warren E. Burger Federal Building and U.S. Courthouse 316 North Robert Street, Suite 100 St. Paul, MN 55101 (651) 848-1100 | U.S. Courthouse 300 South Fourth Street Suite 202 Minneapolis, MN 55415 (612) 664-5000 | Gerald W. Heaney Federal Building and U.S. Courthouse and Customhouse 515 West First Street, Suite 417 Duluth, MN 55802 (218) 529-3500 | Edward J. Devitt U.S. Courthouse and Federal Building 118 South Mill Street, Suite 212 Fergus Falls, MN 56537 (218) 739-5758 |

## TRANSMITTAL OF APPEAL

Date:   September 6, 2019

To:   U.S. COURT OF APPEALS, 8TH CIRCUIT

From:   Cara Kreuziger, U.S. District Court-Minnesota

In Re:   District Court Case No.:  15-md-2666
Eighth Circuit Case No.:  Unassigned
Case Title:  IN RE: Bair Hugger Forced Air Warming Devices Products Liability Litigation

The statutory filing fee has:
☒ been paid, receipt number: AMNDC-7125833
☐ not been paid as of
    IFP   ☐ is   ☐ is not pending
☐ been waived because:
    ☐ Application for IFP granted   ☐ USA filed appeal

Length of Trial:  n/a days

Was a court reporter utilized?   ☒ Yes   ☐ No
If yes, please identify the court reporter:
Name:
Maria Weinbeck        612-664-5109
Staci Heichert:       courtreportercoordinator@mnd.uscourts.gov
Lori Simpson          651-848-1225
Tim Willette          651-848-1224
Renee Rogge           612-664-5107
Erin Drost            651-848-1227
Debra Beauvais        612-664-5102