# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Bair Hugger Forced Air Warming Devices Products Liability Litigation | MDL No. 15-2666 (JNE/DTS) |
| This Document Relates To:<br>*O'Haver*, No. 19-cv-00920<br>*Kolb*, No. 19-cv-02088<br>*Tye*, No. 19-cv-02089 | **DEFENDANTS' RULE 7.1(F) CERTIFICATE OF COMPLIANCE** |

I, Benjamin W. Hulse, certify that the Combined Opposition of Defendants 3M Company, Arizant Healthcare Inc. and Current and Former 3M Sales Representatives to Plaintiffs' Motions to Vacate Judgment and Remand ("Memorandum") complies with the limits of Local Rule 7.1(f) and with the type-size limit of Local Rule 7.1(h).

I further certify that, in preparation of the above document, I used Microsoft® Word 2016, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the Memorandum contains 7,799 words.

Dated: September 20, 2019	Respectfully submitted,

<u>s/Benjamin W. Hulse</u>
Jerry W. Blackwell (MN #186867)
Benjamin W. Hulse (MN #0390952)
Mary S. Young (MN #0392781)
Monica L. Davies (MN #0315023)
BLACKWELL BURKE P.A.
431 South Seventh Street, Suite 2500
Minneapolis, MN 55415
Phone: (612) 343-3200
Fax: (612) 343-3205
Email: blackwell@blackwellburke.com
bhulse@blackwellburke.com
myoung@blackwellburke.com
mdavies@blackwellburke.com

*Counsel for Defendants 3M Company, Arizant Healthcare Inc., Rick McClary, Jennifer Hicks, Jason Shaw, Tony Benson, and Kevin Acton*