## UNITED STATES DISTRICT COURT
### DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Bair Hugger Forced Air Warming Devices Products Liability Litigation | MDL No. 15-2666 (JNE/DTS) |

| | |
|---|---|
| This Document Relates To:<br>*O'Haver*, No. 19-cv-00920<br>*Kolb*, No. 19-cv-02088<br>*Tye*, No. 19-cv-02089 | **DECLARATION OF BENJAMIN W. HULSE IN SUPPORT OF COMBINED OPPOSITION OF DEFENDANTS 3M COMPANY, ARIZANT HEALTHCARE INC. AND CURRENT AND FORMER 3M SALES REPRESENTATIVES TO PLAINTIFFS' MOTIONS TO VACATE JUDGMENT AND REMAND** |

Benjamin W. Hulse, being first duly sworn, deposes, and declares:

I am an attorney at the law firm of Blackwell Burke P.A., and one of the attorneys who represented 3M Company, Arizant Healthcare Inc., Rick McClary, Jennifer Hicks, Jason Shaw, Tony Benson, and Kevin Acton (together, "Defendants") in this litigation. I submit this Declaration in support of the Combined Opposition of Defendants 3M Company, Arizant Healthcare Inc. and Current and Former 3M Sales Representatives to Plaintiffs' Motions to Vacate Judgment and Remand.

1.      Attached hereto as Exhibit A is a true and correct copy of a list of the Langdon & Emison firm cases brought in the MDL.

2.      Attached hereto as Exhibit B is a true and correct copy of the July 19, 2018 status conference transcript.

1

3.      Attached hereto as Exhibit C is a true and correct copy of the April 18, 2019

Declaration of Rick McClary in the *Kolb* matter.

4.      Attached hereto as Exhibit D is a true and correct copy of the April 18, 2019

Declaration of Jennifer Hicks in the *Kolb* matter.

5.      Attached hereto as Exhibit E is a true and correct copy of the April 18, 2019

Declaration of Jason Shaw in the *Kolb* matter.

6.      Attached hereto as Exhibit F is a true and correct copy of the April 18, 2019

Declaration of Tony Benson in the *Kolb* matter.

7.      Attached hereto as Exhibit G is a true and correct copy of the August 10,

2019 Declaration of Kevin Acton in the *Tye* matter.

8.      Attached hereto as Exhibit H is a true and correct copy of the March 25, 2019

Court Order granting Defendants' Motion to Stay in the *O'Haver* case.

9.      Attached hereto as Exhibit I is a true and correct copy of the May 21, 2019

Court Order granting Defendants' Motion to Stay in the *Tye* case.


I declare under penalty of perjury that the foregoing is true and correct.

Executed in Minneapolis, Minnesota this 20th day of September, 2019.


                                          *s/ Benjamin W. Hulse*
                                          Benjamin W. Hulse

2