UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Bair Hugger Forced Air Warming Devices Products Liability Litigation | MDL No. 15-2666 (JNE/DTS) |
| | **DEFENDANTS' AMENDED ITEMIZATION** |
| This Document Relates to:<br>ALL ACTIONS | **AND DOCUMENTATION FOR ALL COSTS** |

| General Causation Depositions | | |
|---|---|---|
| Date | Description | Amount |
| 11/2/2016 | Mr. Gary Hansen - Deposition transcript | $906.25 |
| 11/7/2016 & 3/7/2017 | Mr. Al Van Duren - Deposition transcripts | $1,740.20 |
| 6/28/2017 | Dr. Jim Ho - Deposition transcript | $832.30 |
| 7/18/2017 | Dr. Theodore Holford - Deposition transcript | $1,264.05 |
| 8/3/2017 & 8/4/2107 | Ms. Antonia Hughes and Dr. Richard Wenzel - Deposition transcripts and videos | $1,611.60 |
| 7/10/2017 | Dr. Thomas Kuehn - Deposition transcript | $1,029.30 |
| 7/14/2017 | Mr. Michael Keen - Deposition Transcript | $778.46 |
| 7/20/2017 | Dr. John Abraham - Deposition Transcript | $1,144.90 |
| 7/20/2017 | Dr. Jonathan Borak - Deposition Transcript | $782.90 |
| 7/28/2017 | Dr. Michael Mont - Deposition Transcript | $1,071.35 |
| 8/8/2017 | Dr. Alexander Hannenberg - Deposition transcript | $888.45 |

| | | |
|---|---|---|
| 8/11/2017 | Dr. Samsun Lampotang - Deposition transcript | $901.75 |
| 7/18/2017 | Dr. Gary Settles - Deposition transcript | $1,042.25 |
| 7/7/2017 | Mr. Timothy Ulatowski - Deposition transcript | $1,215.95 |
| 10/7/2016 & 11/12/2016 | Mr. Mark Albrecht - Deposition transcript | $1,720.75 |
| 3/31/2017 | Scott Augustine - Deposition transcript | $2,892.95 |
| 3/29/2018 | Dr. Scott Augustine, Mr. J. Randall Benham, and Mr. Brent Augustine - Deposition transcripts | $2,299.30 |
| 2/28/2017 | Mr. Ryan Barrows - Deposition transcript | $277.00 |
| 11/16/2017 | Mr. Troy Bergstrom - Deposition transcript | $770.50 |
| 3/17/2017 | Mr. Robert Buehler - Deposition transcript | $977.00 |
| 3/16/2017 | Mr. Robert Crowder - Deposition transcript | $266.75 |
| 3/17/2017 | Ms. Suzanne Danielson - Deposition transcript | $375.50 |

| | | |
|---|---|---|
| 12/19/2016 | Dr. Michelle Hulse-Stevens - Deposition transcript | $892.95 |
| 2/8//17 | Mr. Jay Issa - Deposition transcript | $708.65 |
| 11/30/2016 | Ms. Caroline Johnson - Deposition transcript | $926.50 |
| 1/18/2017 | Mr. Gary Maharaj - Deposition transcript and video | $1,342.44 |
| 11/4/2016 | Mr. John Rock - Deposition transcript | $818.75 |
| 3/2/2017 | Mr. Mark Scott - Deposition transcript | $841.50 |
| 12/9/2016 | Ms. Jana Stender - Deposition transcript | $509.00 |
| 3/10/2017 | Mr. Winston Tan - Deposition transcript | $347.20 |
| 12/16/2016 | Mr. Dave Westlin - Deposition transcript | $523.50 |
| 12/8/2016 | Ms. Teri Woodwick-Sides - Deposition transcript | $695.50 |
| 2/24/2017 | Mr. Karl Zgoda - Deposition transcript | $681.30 |

| | | |
|---|---|---|
| 3/3/2017 | Allen Hamid Ziaimehr - Deposition transcript | $671.40 |
| 9/7/2016 | Dr. Kumar Belani - Deposition transcript | $1,015.45 |
| 11/29/2016 | Dr. Christopher Nachtsheim - Deposition transcript | $1,532.20 |
| 9/28/2016 | Mr. Mark Litchy - Deposition transcript | $593.90 |
| 10/4/2016 & 12/15/2016 | Dr. Robert Gauthier - Deposition transcripts | $1,479.80 |
| 12/4/2016 | Dr. Andrew Hamer and Dr. Michael Reed - Deposition transcripts and videos | $6,989.80 |
| 12/8/2016 | Dr. David Leaper - Deposition transcript and video | $3,052.50 |
| 12/1/2016 | Dr. Andrew Legg - Deposition transcript and video | $4,062.45 |
| 1/4/2017 & 1/5/2017 | Dr. Paul McGovern - Deposition transcripts and videos | $15,327.70 |
| 1/11/207 & 1/12/2017 | Dr. Sessler - Deposition transcript and video | 806.66 |
| 1/11/2017 and 1/12/2017 | Dr. Andrea Kurz - Deposition transcripts and videos | $1,037.67 |
| 7/21/2017 | Dr. Michael Stonnington - Deposition transcript | $1,255.05 |
| 7/25/2017 | Dr. William Jarvis - Deposition transcript | $1,272.15 |
| 6/15/2017 | Dr. Said Elghobashi - Deposition transcript | $1,226.45 |
| 8/1/2017 | Mr. Yadin David - Deposition transcript | $1,466.30 |
| 7/11/2017 & 8/8/2017 | Dr. Jonathan Samet - Deposition transcripts | $1,470.15 |

5

| | | |
|---|---|---|
| 6/7/2017 | Mr. Michael Buck - Deposition transcript | $982.70 |
| 6/13/2017 | Mr. Daniel Koenigshofer - Deposition transcript | $2,174.75 |
| | **TOTAL DEPOSITION TRANSCRIPTS AND VIDEOS** | **$79,493.83[1]** |
| | **LESS COSTS TAXED AND ALLOWED IN RAMSEY COUNTY CONSOLIDATED CASES ($27,586.14)** | **$51,907.69[2]** |

| Daubert Motions to Exclude the Expert Testimony of Dr. Jarvis in *Trombley v. 3M Co.*, 16-cv-4159-JNE-DTS | | |
|---|---|---|
| 2/19/2019 | Dr. Wiliam Jarvis - Deposition Transcript | $1,380.73 |
| | **TOTAL DEPOSITION TRANSCRIPTS** | **$1,380.73** |

---

[1] On August 2, 2019, the Court entered an Order granting Defendants' Motion for Reconsideration of the Court's December 13, 2017 Order on General Causation, granted Defendants' Motion for Summary Judgment, and granted Defendants' Motion to Exclude Plaintiffs' experts Drs. Samet, Jarvis, Stonnington, and Elghobashi. Under 28 U.S.C. § 1920 and Federal Rule of Civil Procedure 54(d), Defendants, as the prevailing party, are entitled to recover costs. Section 1920(2) allows taxation for court reporter fees and deposition transcripts if they are "necessarily obtained for use in the case." The general causation discovery depositions listed were necessary because the deponents were possible trial witnesses. Moreover, "[g]enerally, courts allow the prevailing party to recover the costs for depositions noticed and taken by the losing party." *Shukh v. Seagate Tech., LLC,* No. 10–404, 2014 WL 4348199, at *4 (D. Minn. Sept 2, 2014), vacated on other grounds by 618 Fed. App'x 678 (Fed. Cir. 2015).

[2] On July 15, 2019, the Second Judicial District of the State of Minnesota awarded Defendants $27,586.14 in costs after granting Defendants' Motion for Summary Judgment in *In re 3M Bair Hugger Litigation,* a parallel proceeding. Defendants subtracted this amount from the total costs they now request here so there will not be a double recovery.

6

| Motion for Reconsideration of the Court's December 13, 2017 Order on General Causation | | |
|---|---|---|
| Date | Description | Amount |
| 5/15/2018 | Gareis Trial Tr., Vol. I (Plaintiffs' Opening Statement) | $1,887.03 |
| 5/16/2018 | Gareis Trial Tr., Vol. II (Dr. Stonnington) | $2,027.97 |
| 5/17/2018 | Gareis Trial Tr., Vol. III (Dr. Jarvis) | $1,197.99 |
| 5/18/2018 | Gareis Trial Tr., Vol. IV (Dr. Jarvis) | $1,475.25 |
| 5/21/2018 | Gareis Trial Tr., Vol. V (Dr. Elghobashi) | $886.20 |
| 5/25/2018 | Gareis Trial Tr., Vol. IX (Mr. Keen and Dr. Abraham) | $1,913.61 |
| 5/29/2018 | Gareis Trial Tr., Vol. X (Dr. Abraham) | $2,040.06 |
| 5/30/2018 | Gareis Trial Tr., Vol. XI (Plaintiffs' Closing Statement) | $991.95 |
| 4/12/2018 | Gareis Daubert and MSJ Hearing Tr. | $765.63 |
| 10/24/2017 & 10/25/2017 | General Causation Daubert Hearing Tr., Vol. II | $2,506.35 |
| | **TOTAL TRIAL AND HEARING TRANSCRIPTS** | **$15,692.04[3]** |
| | **TOTAL COSTS** | **$68,980.46** |

---

[3] Trial and hearing transcripts are taxable by the Court if the transcript was "necessary for use in the case and the requesting party explains why the trial or hearing transcript was necessarily obtained." D. Minn. Bill of Costs Guide at 5. The transcripts listed here were necessarily obtained and used in the case because they were submitted with Defendants' Motion for Reconsideration of the Court's December 13, 2017 Order on General Causation. The Motion for Reconsideration is was a substantive motion that terminated the litigation. "[I]t is appropriate to tax costs for depositions that are used by a party to support a motion for summary judgment or other substantive motions made to the court in connection with the case." *Youssef v. FBI*, 762 F. Supp. 2d 76, 86 (D.D.C. 2011).