UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| IN RE: Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 2666 (JNE/DTS) |
| This Document Relates to: | **PLAINTIFFS' OBJECTION TO OCTOBER 24, 2019 ORDER REGARDING SEALING AND REDACTION OF TRANSCRIPT OF RECONSIDERATION HEARING** |
| All Actions | |

_____

Pursuant to L.R. D. Minn. 5.6 and 72.2(a), Plaintiffs respectfully object to Magistrate Judge Schultz's October 24, 2019 Order [Dkt. 2110] pertaining to Defendants' Motion[1] to Redact and Seal the transcript from the June 12, 2019 hearing on Defendants' Motion for Reconsideration of *Daubert* and Summary Judgment. Plaintiffs object to the Court's Order requiring the redaction and continued sealing of court transcripts which (a) have been and continue to be fully and publicly available on this Court's MDL website[2] for many months, in addition to PACER; and/or (b) do not meet the requirements of being deemed confidential under the Protective Order entered in this case.[3] Accordingly, Plaintiffs respectfully request that the Court reverse the portion of the Order which requires the partial redaction and continued sealing of this transcript.

Plaintiffs rely on the accompanying memorandum of law in support of their motion, along with all prior proceedings and pleadings in this litigation.

---

[1] *See* Dkt. 2051
[2] See https://www.mnd.uscourts.gov/MDL-Bair-Hugger/Transcripts/2019/2019-0612-Bair-Hugger_Motions-Hearing.pdf
[3] *See* Dkt. 39, Pretrial Order No. 7: Protective Order.

1

                                                Respectfully submitted,

Dated: November 6, 2019.

| **CIRESI CONLIN L.L.P.** | **MESHBESHER & SPENCE LTD**. |
|---|---|
| /s/Michael V. Ciresi_____ | /s/ Genevieve M. Zimmerman |
| Michael V. Ciresi (MN #0016949) | Genevieve M. Zimmerman (MN #330292) |
| Jan M. Conlin (MN #0192697) | 1616 Park Avenue South |
| Michael Sacchet (MN # 395817) | Minneapolis, MN 55404 |
| Ciresi Conlin LLP | Phone: (612) 339-9121 |
| 225 S. 6th St., Suite 4600 | Fax: (612) 339-9188 |
| Minneapolis, MN 55402 | Email: gzimmerman@meshbesher.com |
| Phone: 612.361.8202 | |
| Email: MVC@CiresiConlin.com | |
|        JMC@CiresiConlin.com | |
|        MAS@ciresiconlin.com | |
| | |
| **FARRAR & BALL, LLP** | **MCDONALD WORLEY** |
| /s/ Kyle W. Farrar | /s/ Gabriel Assaad |
| Kyle W. Farrar, MN #0397942 | Gabriel Assaad - Pro Hac Vice |
| 1117 Herkimer Street | 1770 St. James Place, Suite 100 |
| Houston, Texas 77008 | Houston, TX 77056 |
| Telephone: 713-221-8300 | Phone: 713-523-5500 |
| Email: kyle@fbtrial.com | Email: gassaad@mcdonaldworley.com |

**LEVIN PAPANTONIO, P.A.**

/s/ Ben W. Gordon, Jr.
Ben W. Gordon (FL # 882836)
J. Michael Papantonio (FL # 335924)
316 S. Baylen Street, Suite 600
Pensacola, FL 32502-5996
Phone: (850) 435-7090
Fax: (850) 436-6090
Email: bgordon@levinlaw.com

*Attorneys for Plaintiffs*