UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| IN RE: Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 2666 (JNE/DTS) |
| This Document Relates to: All Actions | **L.R. 7.1(f) WORD COUNT COMPLIANCE CERTIFICATE REGARDING PLAINTIFFS' MEMORANDUM IN SUPPORT OF PLAINTIFFS' OBJECTION TO OCTOBER 24, 2019 ORDER REGARDING SEALING AND REDACTION OF TRANSCRIPT OF RECONSIDERATION HEARING** |

_____

This brief complies with the work limitation of LR 7.1(f) because this brief contains 3,220 words, including all text, headings, footnotes, and quotations, other than the parts of the brief exempted by LR 7.1(f).  This brief was prepared using Microsoft Office Word 2013.

This brief complies with the type size requirements of LR 7.1 (h) because this brief has been prepared using at least font size 13, is double-spaced (except for headings, footnotes and quotations that exceed two lines) and is submitted on $8^{1/2}$" by 11" paper with at least one inch of margins on all four sides.

                                            Respectfully submitted,

Dated: November 6, 2019.

| **CIRESI CONLIN L.L.P.** | **MESHBESHER & SPENCE LTD.** |
|---|---|
| /s/Michael V. Ciresi_____ | /s/ Genevieve M. Zimmerman |
| Michael V. Ciresi (MN #0016949) | Genevieve M. Zimmerman (MN #330292) |
| Jan M. Conlin (MN #0192697) | 1616 Park Avenue South |
| Michael Sacchet (MN # 395817) | Minneapolis, MN 55404 |
| Ciresi Conlin LLP | Phone: (612) 339-9121 |
| 225 S. 6th St., Suite 4600 | Fax: (612) 339-9188 |
| Minneapolis, MN 55402 | Email: gzimmerman@meshbesher.com |
| Phone: 612.361.8202 | |
| Email: MVC@CiresiConlin.com | |
|        JMC@CiresiConlin.com | |
|        MAS@ciresiconlin.com | |
| | |
| **FARRAR & BALL, LLP** | **MCDONALD WORLEY** |
| /s/ Kyle W. Farrar | /s/ Gabriel Assaad |
| Kyle W. Farrar, MN #0397942 | Gabriel Assaad - Pro Hac Vice |
| 1117 Herkimer Street | 1770 St. James Place, Suite 100 |
| Houston, Texas 77008 | Houston, TX 77056 |
| Telephone: 713-221-8300 | Phone: 713-523-5500 |
| Email: kyle@fbtrial.com | Email: gassaad@mcdonaldworley.com |

**LEVIN PAPANTONIO, P.A.**

/s/ Ben W. Gordon, Jr.
Ben W. Gordon (FL # 882836)
J. Michael Papantonio (FL # 335924)
316 S. Baylen Street, Suite 600
Pensacola, FL 32502-5996
Phone: (850) 435-7090
Fax: (850) 436-6090
Email: bgordon@levinlaw.com


*Attorneys for Plaintiffs*