

Benjamin W. Hulse
Direct Dial:  612-343-3256
E-Mail:  bhulse@blackwellburke.com

November 18, 2019

**VIA ECF**

Magistrate Judge David T. Schultz
United States District Court
9E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN  55415

RE: *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
MDL No. 15-2666-JNE-DTS

Dear Judge Schultz:

Defendants hereby withdraw their Motion for Contempt Order and Sanctions for Violations of Court Orders Regarding Sealing and Confidentiality (Dkt. 1947).  Thank you.

Sincerely,

*s/ Benjamin W. Hulse*

Benjamin W. Hulse
BWH/ck