| | LAW OFFICES | |
|---|---|---|
| MICHAEL C. SNYDER | **MESHBESHER & SPENCE, LTD.** | ZACHARY C. BAUER |
| MARK D. STREED | | JAMES B. SHEEHY |
| DANIEL C. GUERRERO | 1616 PARK AVENUE | LINDSEY A. CARPENTER |
| JEFFERY P.OISTAD | MINNEAPOLIS, MINNESOTA 55404 | ERIC PALMER |
| ANTHONY J. NEMO | **(612) 339-9121** | RACHEL N. SIMPSON |
| KONSTANDINOS NICKLOW | FAX (612) 339-9188 | ASHLEIGH E. RASO |
| PAMELA J. SPAULDING | www.meshbesher.com | NATE DAHL |
| ANDREW L.DAVICK | | DEREK STEWART |
| GENEVIEVE M. ZIMMERMAN | **REPLY TO MINNEAPOLIS OFFICE** | |
| JOSHUA M. TUCHSCHERER | | OF COUNSEL |
| | | REID RISCHMILLER |
| | | RALPH PALMER |

November 12, 2019

*Via CM/ECF*

Hon. David T. Schultz
United States District Court
District of Minnesota
9E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

    Re:    MDL 2666: *In re: Bair Hugger Forced Air Warming Products Liability Litigation*

Dear Judge Schultz:

Plaintiffs hereby withdraw our Motion for Rule 11 Sanctions (Dkt. 2016).

Please do not hesitate to contact me with any questions.

Respectfully submitted,

*Genevieve Zimmerman*

Genevieve M. Zimmerman, on behalf of Plaintiffs

GMZ/hms
cc:    All counsel of record