**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| In re: Bair Hugger Forced Air Warming Devices Products Liability Litigation | MDL No. 15-2666 (JNE/DTS) |
| This Document Relates to:<br>ALL ACTIONS | **RULE 7.1(F) CERTIFICATE OF COMPLIANCE REGARDING DEFENDANTS' OPPOSITION TO PLAINTIFFS' OBJECTION TO OCTOBER 24, 2019 ORDER REGARDING SEALING AND REDACTION OF TRANSCRIPT OF RECONSIDERATION HEARING** |

---

I, Benjamin W. Hulse, certify that Defendants' Opposition to Plaintiffs' Objection to October 24, 2019 Order Regarding Sealing and Redaction of Transcript of Reconsideration Hearing ("Memorandum") complies with the limits of Local Rule 7.1(f) and with the type-size limit of Local Rule 7.1(h).

I further certify that, in preparation of the above document, I used Microsoft Word 2016, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the Memorandum contains 2423 words.

Dated: November 20, 2019          Respectfully submitted,

*s/ Benjamin W. Hulse*
Benjamin W. Hulse (MN #0390952)
BLACKWELL BURKE P.A.
431 South Seventh Street, Suite 2500
Minneapolis, MN 55415
Phone: (612) 343-3200
Fax: (612) 343-3205
Email: bhulse@blackwellburke.com

**Counsel for Defendants**