| | LAW OFFICES | |
|---|---|---|
| MARK D. STREED<br>DANIEL C. GUERRERO<br>ANTHONY J. NEMO<br>KONSTANDINOS NICKLOW<br>PAMELA J. SPAULDING<br>ANDREW L. DAVICK<br>GENEVIEVE M. ZIMMERMAN<br>JOSHUA M. TUCHSCHERER<br>ERIC M. PALMER | **MESHBESHER & SPENCE, LTD.**<br>1616 PARK AVENUE<br>MINNEAPOLIS, MINNESOTA 55404<br>**(612) 339-9121**<br>FAX (612) 339-9188<br>www.meshbesher.com<br>**REPLY TO MINNEAPOLIS OFFICE** | ZACHARY C. BAUER<br>JAMES B. SHEEHY<br>LINDSEY A. CARPENTER<br>RACHEL N. SIMPSON<br>ASHLEIGH E. RASO<br>DEREK I. STEWART<br><br>OF COUNSEL<br>RALPH S. PALMER |

December 18, 2019

*__Via CM/ECF & Email__*

The Honorable Joan N. Ericksen
District Judge, District of Minnesota
United States District Court
12W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN  55415

Re:   *Bair Hugger Forced Air Warming Products Liability Litigation* (MDL 2666)

Dear Judge Ericksen,

    Plaintiffs are in receipt of Defendants' letter to the Court, dated today and filed via CM/ECF at Doc. 2124. Given Judge Schultz's prohibition against letters to the Court, we request the Defendants follow both applicable FRCP and court procedures. Once they have done so, we will be filing an opposition to this dispositive motion.

Respectfully submitted,

*[signature]*

Genevieve M. Zimmerman, on behalf of Plaintiffs

GMZ/hms

cc:    All counsel of record via CM/ECF