UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | MDL No. 15-2666 (JNE/DTS) ORDER |

This Document Relates to:
Case No. 19-cv-2945 (*Barger v. 3M Company and Arizant Healthcare Inc.*)
Case No. 19-cv-2962 (*Williams v. 3M Company and Arizant Healthcare Inc.*)

In July 2019, the Court granted 3M Company and Arizant Healthcare Inc.'s Motion for Summary Judgment. The next month, a Joint Notice of Appeal was filed "on behalf of Plaintiffs in All Actions pending in MDL 2666 at the time the Judgment was entered." In November 2019, the Judicial Panel on Multidistrict Litigation transferred *Barger v. 3M Company*, Case No. 19-cv-2945, to the District of Minnesota. The same month, *Williams v. 3M Company*, Case No. 19-cv-2962, was filed in the District of Minnesota. The Court stays Case No. 19-cv-2945 and Case No. 19-cv-2962 pending resolution of the appeal.

Based on the files, records, and proceedings herein, and for the reasons stated above, IT IS ORDERED THAT:

1. Case No. 19-cv-2945 is STAYED.
2. Case No. 19-cv-2962 is STAYED.

Dated: December 19, 2019

s/ Joan N. Ericksen
JOAN N. ERICKSEN
United States District Judge