## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: Bair Hugger Forced Air Warming Products Liability Litigation | Civil No. 15-md-02666-JNE-DTS |
| This Document Relates to: All Action listed in Exhibit A | **NOTICE OF WITHDRAWAL OF COUNSEL** |

PLEASE TAKE NOTICE that, pursuant to Local Rule 83.7(a), the undersigned hereby notifies the Court and counsel that Eric S. Taubel is no longer with the firm Gustafson Gluek PLLC and is withdrawing his representation of all Plaintiffs in Exhibit A and the purported class in this matter. Plaintiffs and the purported class will continue to be represented by the remaining counsel of record from Gustafson Gluek PLLC.

Dated: December 20, 2019

/s/Amanda M. Williams
Daniel E. Gustafson (#202241)
Amanda M. Williams (#0341691)
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Tel: (612) 333-8844
Fax: (612) 339-6622
dgustafson@gustafsongluek.com
awilliams@gustafsongluek.com

# EXHIBIT A

*Addison v. 3M Company, et al.;* 18-cv-02601;
*Albert v. 3M Company, et al.;* 18-cv-01398;
*Aldrich v. 3M Company, et al.;* 17-cv-05142;
*Anderson v. 3M Company, et al.;* 16-cv-01284;
*Ballasso v. 3M Company, et al.;* 18-cv-00575;
*Blake v. 3M Company, et al.;* 17-cv-05195;
*Brunner v. 3M Company, et al.;* 17-cv-01187;
*Bustamante v. 3M Company, et al.;* 16-cv-03312;
*Caison v. 3M Company, et al.;* 18-cv-000998;
*Carinci v. 3M Company, et al.;* 17-cv-00494;
*Carney v. 3M Company, et al.;* 17-cv-04333;
*Cook v. 3M Company, et al.;* 17-cv-4192;
*Cordero v. 3M Company, et al.;* 17-cv-05480;
*Crissman v. 3M Company, et al.;* 17-cv-01380;
*Cruz v. 3M Company, et al.;* 17-cv-04697;
*Decker v. 3M Company, et al.;* 17-cv-01767;
*Dennis v. 3M Company, et al.;* 17-cv-02753;
*Drain v. 3M Company, et al.;* 17-cv-04174;
*Dukes v. 3M Company, et al.;* 16-cv-03493;
*Esquibel v. 3M Company, et al.;* 16-cv-03380;
*Evans v. 3M Company, et al.;* 17-cv-04922;
*Fain v. 3M Company, et al.;* 17-cv-04341;
*Farhad v. 3M Company, et al.;* 18-cv-02925;
*Faulkner v. 3M Company, et al.;* 17-cv-04751;
*Fox v. 3M Company, et al.;* 17-cv-01604;
*Gatlin v. 3M Company, et al.;* 17-cv-00733;
*Gavin v. 3M Company, et al.;* 17-cv-04001;
*Geer v. 3M Company, et al.;* 16-cv-02009;
*Geer v. 3M Company, et al.;* 19-cv-1284
*Godfrey v. 3M Company, et al.;* 17-cv-02750;
*Gordon v. 3M Company, et al.;* 19-cv-01312
*Gordon Lewis v. 3M Company, et al.;* 17-cv-04573;
*Gregg v. 3M Company, et al.;* 18-cv-00451;
*Griffith v. 3M Company, et al.;* 16-cv-01795;
*Harris v. 3M Company, et al.;* 17-cv-00558;
*Healey v. 3M Company, et al.;* 19-cv-01290
*Hicks v. 3M Company, et al.;* 18-cv-02750;
*Horton v. 3M Company, et al.;* 18-cv-02598;
*Hoy v. 3M Company, et al.;* 17-cv-04959;
*Hudgins v. 3M Company, et al.;* 16-cv-02100;
*Hufford v. 3M Company, et al.;* 17-cv-3272;

48597

*Hyer v. 3M Company, et al.;* 17-cv-04752;
*Johns v. 3M Company, et al.;* 16-cv-04190;
*Johnson v. 3M Company, et al.;* 17-cv-01691;
*Kelly v. 3M Company, et al.;* 19-cv-01460
*LeMaire v. 3M Company, et al.;* 16-cv-03083;
*Lillard v. 3M Company, et al.;* 17-cv-01481;
*Long v. 3M Company, et al.;* 19-cv-01459
*Lorincz v. 3M Company, et al.;* 19-cv-01288
*Lowe v. 3M Company, et al.;* 18-cv-02609;
*Lowery v. 3M Company, et al.;* 16-cv-04271;
*Malinski v. 3M Company, et al.;* 17-cv-00088;
*Marsh v. 3M Company, et al.;* 17-cv-04675;
*McBride v. 3M Company, et al.;* 17-cv-00783;
*Miles v. 3M Company, et al.;* 17-cv-04468;
*Miranda v. 3M Company, et al.;* 18-cv-02859;
*Mullis v. 3M Company, et al.;* 17-cv-04674;
*Munnerlyn v. 3M Company, et al.;* 17-cv-04952
*Munno v. 3M Company, et al.;* 18-cv-01997;
*Owens v. 3M Company, et al.;* 18-cv-02667;
*Parker v. 3M Company, et al.;* 18-cv-03023;
*Pettersen v. 3M Company, et al.;* 18-cv-02702;
*Printup v. 3M Company, et al.;* 15-cv-03736;
*Profit v. 3M Company, et al.;* 16-cv-03554;
*Rasner v. 3M Company, et al.;* 17-cv-04173;
*Rios v. 3M Company, et al.;* 17-cv-04558;
*Rixey v. 3M Company, et al.;* 17-cv-04226;
*Robinson v. 3M Company, et al.;* 16-cv-00699;
*Rudd v. 3M Company, et al.;* 18-cv-02823;
*Rush v. 3M Company, et al.;* 17-cv-04522;
*Sanders v. 3M Company, et al.;* 16-cv-03265;
*Shaw v. 3M Company, et al.;* 18-cv-03044;
*Shehan v. 3M Company, et al.;* 18-c-v03409;
*Shelton v. 3M Company, et al.;* 18-cv-02919;
*Showers v. 3M Company, et al.;* 16-cv-03082;
*Simaan v. 3M Company, et al.;* 17-cv-04873;
*Smith v. 3M Company, et al.;* 17-cv-03520;
*Snider v. 3M Company, et al.;* 16-cv-02911;
*Squires v. 3M Company, et al.;* 16-cv-03315;
*Stanford v. 3M Company, et al.;* 17-cv-00784;
*Sullivan v. 3M Company, et al.;* 16-cv-02195;
*Tritt v. 3M Company, et al.;* 17-cv-04002;
*Turnipseed v. 3M Company, et al.;* 17-cv-04003;
*Upham v. 3M Company, et al.;* 17-cv-00397;

48597

*Vis v. 3M Company, et al.;* 17-cv-04152;
*Walsh v. 3M Company, et al.;* 17-cv-04991;
Ward v. *3M Company, et al.;* 16-cv-04036;
*Washam v. 3M Company, et al.;* 16-cv-03313;
*Watkins v. 3M Company, et al.;* 17-cv-00828;
*Watson v. 3M Company, et al.;* 19-cv-01285
*Williams v. 3M Company, et al.;* 18-cv-01593;
*Woodard v. 3M Company, et al.;* 18-cv-02494;
*Woods v. 3M Company, et al.;* 18-cv-03045;
*Works v. 3M Company, et al.;* 16-cv-02106;
*Zeallear v. 3M Company, et al.;* 17-cv-04215; and
*Zeppetella v. 3M Company, et al.;* 17-cv-04334.

48597