## EXHIBIT A

*Addison v. 3M Company, et al.;* 18-cv-02601;
*Albert v. 3M Company, et al.;* 18-cv-01398;
*Aldrich v. 3M Company, et al.;* 17-cv-05142;
*Anderson v. 3M Company, et al.;* 16-cv-01284;
*Ballasso v. 3M Company, et al.;* 18-cv-00575;
*Blake v. 3M Company, et al.;* 17-cv-05195;
*Brunner v. 3M Company, et al.;* 17-cv-01187;
*Bustamante v. 3M Company, et al.;* 16-cv-03312;
*Caison v. 3M Company, et al.;* 18-cv-000998;
*Carinci v. 3M Company, et al.;* 17-cv-00494;
*Carney v. 3M Company, et al.;* 17-cv-04333;
*Cook v. 3M Company, et al.;* 17-cv-4192;
*Cordero v. 3M Company, et al.;* 17-cv-05480;
*Crissman v. 3M Company, et al.;* 17-cv-01380;
*Cruz v. 3M Company, et al.;* 17-cv-04697;
*Decker v. 3M Company, et al.;* 17-cv-01767;
*Dennis v. 3M Company, et al.;* 17-cv-02753;
*Drain v. 3M Company, et al.;* 17-cv-04174;
*Dukes v. 3M Company, et al.;* 16-cv-03493;
*Esquibel v. 3M Company, et al.;* 16-cv-03380;
*Evans v. 3M Company, et al.;* 17-cv-04922;
*Fain v. 3M Company, et al.;* 17-cv-04341;
*Farhad v. 3M Company, et al.;* 18-cv-02925;
*Faulkner v. 3M Company, et al.;* 17-cv-04751;
*Fox v. 3M Company, et al.;* 17-cv-01604;
*Gatlin v. 3M Company, et al.;* 17-cv-00733;
*Gavin v. 3M Company, et al.;* 17-cv-04001;
*Geer v. 3M Company, et al.;* 16-cv-02009;
*Geer v. 3M Company, et al.;* 19-cv-1284
*Godfrey v. 3M Company, et al.;* 17-cv-02750;
*Gordon v. 3M Company, et al.;* 19-cv-01312
*Gordon Lewis v. 3M Company, et al.;* 17-cv-04573;
*Gregg v. 3M Company, et al.;* 18-cv-00451;
*Griffith v. 3M Company, et al.;* 16-cv-01795;
*Harris v. 3M Company, et al.;* 17-cv-00558;
*Healey v. 3M Company, et al.;* 19-cv-01290
*Hicks v. 3M Company, et al.;* 18-cv-02750;
*Horton v. 3M Company, et al.;* 18-cv-02598;
*Hoy v. 3M Company, et al.;* 17-cv-04959;
*Hudgins v. 3M Company, et al.;* 16-cv-02100;
*Hufford v. 3M Company, et al.;* 17-cv-3272;

48597

*Hyer v. 3M Company, et al.;* 17-cv-04752;
*Johns v. 3M Company, et al.;* 16-cv-04190;
*Johnson v. 3M Company, et al.;* 17-cv-01691;
*Kelly v. 3M Company, et al.;* 19-cv-01460
*LeMaire v. 3M Company, et al.;* 16-cv-03083;
*Lillard v. 3M Company, et al.;* 17-cv-01481;
*Long v. 3M Company, et al.;* 19-cv-01459
*Lorincz v. 3M Company, et al.;* 19-cv-01288
*Lowe v. 3M Company, et al.;* 18-cv-02609;
*Lowery v. 3M Company, et al.;* 16-cv-04271;
*Malinski v. 3M Company, et al.;* 17-cv-00088;
*Marsh v. 3M Company, et al.;* 17-cv-04675;
*McBride v. 3M Company, et al.;* 17-cv-00783;
*Miles v. 3M Company, et al.;* 17-cv-04468;
*Miranda v. 3M Company, et al.;* 18-cv-02859;
*Mullis v. 3M Company, et al.;* 17-cv-04674;
*Munnerlyn v. 3M Company, et al.;* 17-cv-04952
*Munno v. 3M Company, et al.;* 18-cv-01997;
*Owens v. 3M Company, et al.;* 18-cv-02667;
*Parker v. 3M Company, et al.;* 18-cv-03023;
*Pettersen v. 3M Company, et al.;* 18-cv-02702;
*Printup v. 3M Company, et al.;* 15-cv-03736;
*Profit v. 3M Company, et al.;* 16-cv-03554;
*Rasner v. 3M Company, et al.;* 17-cv-04173;
*Rios v. 3M Company, et al.;* 17-cv-04558;
*Rixey v. 3M Company, et al.;* 17-cv-04226;
*Robinson v. 3M Company, et al.;* 16-cv-00699;
*Rudd v. 3M Company, et al.;* 18-cv-02823;
*Rush v. 3M Company, et al.;* 17-cv-04522;
*Sanders v. 3M Company, et al.;* 16-cv-03265;
*Shaw v. 3M Company, et al.;* 18-cv-03044;
*Shehan v. 3M Company, et al.;* 18-cv-v03409;
*Shelton v. 3M Company, et al.;* 18-cv-02919;
*Showers v. 3M Company, et al.;* 16-cv-03082;
*Simaan v. 3M Company, et al.;* 17-cv-04873;
*Smith v. 3M Company, et al.;* 17-cv-03520;
*Snider v. 3M Company, et al.;* 16-cv-02911;
*Squires v. 3M Company, et al.;* 16-cv-03315;
*Stanford v. 3M Company, et al.;* 17-cv-00784;
*Sullivan v. 3M Company, et al.;* 16-cv-02195;
*Tritt v. 3M Company, et al.;* 17-cv-04002;
*Turnipseed v. 3M Company, et al.;* 17-cv-04003;
*Upham v. 3M Company, et al.;* 17-cv-00397;

48597

*Vis v. 3M Company, et al.;* 17-cv-04152;
*Walsh v. 3M Company, et al.;* 17-cv-04991;
Ward v. *3M Company, et al.;* 16-cv-04036;
*Washam v. 3M Company, et al.;* 16-cv-03313;
*Watkins v. 3M Company, et al.;* 17-cv-00828;
*Watson v. 3M Company, et al.;* 19-cv-01285
*Williams v. 3M Company, et al.;* 18-cv-01593;
*Woodard v. 3M Company, et al.;* 18-cv-02494;
*Woods v. 3M Company, et al.;* 18-cv-03045;
*Works v. 3M Company, et al.;* 16-cv-02106;
*Zeallear v. 3M Company, et al.;*17-cv-04215; and
*Zeppetella v. 3M Company, et al.;* 17-cv-04334.

48597

4