UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | MDL No. 15-2666 (JNE/DTS) ORDER |

This Document Relates to:
Case No. 19-cv-3127 (*Conner v. 3M Company and Arizant Healthcare Inc.*)

In July 2019, the Court granted 3M Company and Arizant Healthcare Inc.'s Motion for Summary Judgment. The next month, a Joint Notice of Appeal was filed "on behalf of Plaintiffs in All Actions pending in MDL 2666 at the time the Judgment was entered." In December 2019, *Williams v. 3M Company*, Case No. 19-cv-3127, was filed in the District of Minnesota. The Court stays Case No. 19-cv-3127 pending resolution of the appeal.

Based on the files, records, and proceedings herein, and for the reasons stated above, IT IS ORDERED THAT:

1. Case No. 19-cv-3127 is STAYED.

Dated: December 27, 2019

s/ Joan N. Ericksen
JOAN N. ERICKSEN
United States District Judge