UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | MDL No. 15-2666 (JNE/DTS) ORDER |

This Document Relates to:
Case No. 19-cv-3118 (*Williams v. Acton et al.*)

In July 2019, the Court granted 3M Company and Arizant Healthcare Inc.'s Motion for Summary Judgment. The next month, a Joint Notice of Appeal was filed "on behalf of Plaintiffs in All Actions pending in MDL 2666 at the time the Judgment was entered." In December 2019, the Judicial Panel on Multidistrict Litigation transferred *Williams v. Acton*, Case No. 19-cv-3118, to the District of Minnesota. Before the action was transferred, Emma Williams moved to remand the action to state court. This action is stayed pending the Court's consideration of Williams's Motion for Remand.

Based on the files, records, and proceedings herein, and for the reasons stated above, IT IS ORDERED THAT:

1. Case No. 19-cv-3118 is STAYED.

Dated: December 27, 2019

s/ Joan N. Ericksen
JOAN N. ERICKSEN
United States District Judge