UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CIVIL MOTION HEARING MINUTES

| | |
|---|---|
| IN RE: Bair Hugger Forced Air Warming Devices Products Liability Litigation | COURT MINUTES - CIVIL<br>BEFORE: DAVID T. SCHULTZ<br>U.S. Magistrate Judge |

Case No.: 15-MD-2666 (JNE/DTS)

| | |
|---|---|
| Date: | Jan. 8, 2020 |
| Court Reporter: | Renee Rogge |
| Location: | Mpls. 9E |
| Time Commenced: | 2:00 p.m. |
| Time Concluded: | 2:45 p.m. |
| Sealed Hearing Time: | 45 minutes |
| Total Time: | 45 minutes |

APPEARANCES:   Genevieve Zimmerman, Esq. and Kyle W. Farrar on behalf of plaintiffs.

Benjamin Hulse, Esq. on behalf of defendants.

PROCEEDINGS:
#2117/2118: Joint Motion Regarding Continued Sealing (filed both under seal and in redacted form)

X   Motion(s) taken under advisement

X   Order to be issued
☐   No Order to be issued
☐   R&R to be issued
☐   No R&R to be issued

☐   Exhibits retained by the Court
☐   Exhibits returned to counsel

NOTES:

s/ A. Spillane
*Law Clerk*