UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | MDL No. 15-2666 (JNE/DTS) ORDER |

This Document Relates to:
Case No. 19-cv-3199 (*Parker v. 3M Company and Arizant Healthcare Inc.*)
Case No. 20-cv-25 (*Miller v. 3M Company and Arizant Healthcare Inc.*)
Case No. 20-cv-68 (*Gould v. 3M Company and Arizant Healthcare Inc.*)

In July 2019, the Court granted 3M Company and Arizant Healthcare Inc.'s Motion for Summary Judgment. The next month, a Joint Notice of Appeal was filed "on behalf of Plaintiffs in All Actions pending in MDL 2666 at the time the Judgment was entered." In December 2019, *Parker v. 3M Company*, Case No. 19-cv-3199, was filed in the District of Minnesota. In January 2020, *Miller v. 3M Company*, Case No. 20-cv-25, and *Gould v. 3M Company*, Case No. 20-cv-68, were filed in the District of Minnesota. The Court stays Case No. 19-cv-3199, Case No. 20-cv-25, and Case No. 20-cv-68 pending resolution of the appeal.

IT IS SO ORDERED.

Dated: January 9, 2020

s/ Joan N. Ericksen
JOAN N. ERICKSEN
United States District Judge