MARK D. STREED
DANIEL C. GUERRERO
ANTHONY J. NEMO
KONSTANDINOS NICKLOW
PAMELA J. SPAULDING
ANDREW L. DAVICK
GENEVIEVE M. ZIMMERMAN
JOSHUA M. TUCHSCHERER
ERIC M. PALMER

LAW OFFICES
**MESHBESHER & SPENCE, LTD.**
1616 PARK AVENUE
MINNEAPOLIS, MINNESOTA 55404
**(612) 339-9121**
FAX (612) 339-9188
www.meshbesher.com

**REPLY TO MINNEAPOLIS OFFICE**

ZACHARY C. BAUER
JAMES B. SHEEHY
LINDSEY A. CARPENTER
RACHEL N. SIMPSON
ASHLEIGH E. RASO
DEREK I. STEWART

OF COUNSEL
RALPH S. PALMER

January 20, 2020

***Submitted via CM/ECF***

The Honorable David T. Schultz
Magistrate Judge, District of Minnesota
United States District Court
9E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Re:   *Bair Hugger Forced Air Warming Products Liability Litigation (MDL 2666)*

Dear Judge Schultz,

Enclosed with this letter please find an article titled "*How secrecy in U.S. courts hobbles the regulators meant to protect the public*." It was published by Reuters on January 16, 2020, and is a follow up to some of the articles Plaintiffs cited in our argument on the pending Joint Motion Regarding Continued Sealing (Dkt. 2117) currently under advisement by Your Honor [all relevant exhibits of course were submitted in opposition to Defendants' Motion for Reconsideration of the Court's December 2017 Order on General Causation]. Plaintiffs offer it as additional support for our request that Defendants' ongoing attempts to keep documents that Plaintiffs' offered in support of our opposition to dispositive motion practice impacting over 5,000 cases be denied.

Respectfully submitted,

*[signature: Genevieve Zimmerman]*

GMZ/hms
Enclosure

cc:   Jerry Blackwell, Esq.
      Ben Hulse, Esq.
      All Counsel of Record via CM/ECF