## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/DTS) |
| This Document Relates to<br><br>*All Cases in addition to:*<br>*3M Company v. Augustine*   15-mc-00064<br>*Timothy Johnson v. 3M Company*  15-mc-00065 | **NOTICE OF WITHDRAWAL OF COUNSEL BRIDGET M. AHMANN** |

PLEASE TAKE NOTICE that attorney Bridget M. Ahmann hereby withdraws as counsel of record for Defendant 3M Company in the above matter, effective January 31, 2020.  Faegre Baker Daniels LLP and BLACKWELL BURKE P.A. continue to represent 3M Company in this litigation.

Dated:  January 27, 2020              *s/Bridget M. Ahmann*

    Bridget M. Ahmann (MN #016611x)
    M. Joseph Winebrenner (MN #0387889
    **Attorneys for Defendants 3M Company and Arizant Healthcare Inc.**
    FAEGRE BAKER DANIELS LLP
    2200 Wells Fargo Center
    90 South Seventh Street
    Minneapolis;  MN 55402
    T: (612) 766-7000    F:  (612) 766-1600
    bridget.ahmann@faegrebd.com
    joe.winebrenner@faegrebd.com

2

                                                      Jerry W. Blackwell (MN #0186867)
Benjamin W. Hulse (MN #0390952)
Mary S. Young (MN #0392781)
Monica L. Davies  (MN #0135023)
**Attorneys for Defendants 3M Company and Arizant Healthcare Inc.**
BLACKWELL BURKE P.A.
431 South Seventh Street;  Suite 2500
Minneapolis;  MN  55415
T: (612) 343-3200    F:  (612) 343-3205
blackwell@blackwellburke.com
bhulse@blackwellburke.com
myoung@blackwellburke.com
mdavies@blackwellburke.com

US.126237967.01