## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

IN RE: Bair Hugger Forced Air Warming
Products Liability Litigation

MDL No. 15-2666 (JNE/DTS)

This Document Relates to

*All Cases*

**NOTICE OF FIRM NAME
CHANGE AND E-MAIL
CONTACT CHANGE**

Please be advised that effective February 1, 2020, Faegre Baker Daniels, LLP has

changed its name and e-mail addresses. The new firm name is hereinafter Faegre Drinker

Biddle & Reath LLP. The mailing address and contact telephone number remains

unchanged.

The following attorneys, who are counsel of record for Defendants 3M Company

and Arizant Healthcare Inc., may now be reached at the following e-mail addresses:

| Attorney Name | E-mail Address |
|---|---|
| M. Joseph Winebrenner | joe.winebrenner@faegredrinker.com |

Counsel for Defendants respectfully request that the Clerk and all counsel update

this firm's new name and email address information.

Dated:  February 10, 2020

*s/M. Joseph Winebrenner*
M. Joseph Winebrenner (MN #0387889
**Attorneys for Defendants 3M Company
and Arizant Healthcare Inc.**
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis;  MN 55402
T: (612) 766-7000    F:  (612) 766-1600
joe.winebrenner@faegredrinker.com

Jerry W. Blackwell (MN #0186867)
Benjamin W. Hulse (MN #0390952)
Mary S. Young (MN #0392781)
Monica L. Davies  (MN #0135023)
**Attorneys for Defendants 3M Company
and Arizant Healthcare Inc.**
BLACKWELL BURKE P.A.
431 South Seventh Street;  Suite 2500
Minneapolis;  MN  55415
T: (612) 343-3200    F:  (612) 343-3205
blackwell@blackwellburke.com
bhulse@blackwellburke.com
myoung@blackwellburke.com
mdavies@blackwellburke.com

US.126689348.01