# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Bair Hugger Forced Air Warming Devices Products Liability Litigation | MDL No. 15-2666 (JNE/DTS) |
| | **NOTICE OF WITHDRAWAL** |
| This Document Relates to: ALL ACTIONS | |

The undersigned attorney hereby notifies the Court and counsel that Monica L. Davies is no longer practicing with Blackwell Burke P.A. and is to be withdrawn from representation of Defendants 3M Company and Arizant Healthcare Inc. in this litigation. Blackwell Burke P.A., Faegre Drinker Biddle & Reath LLP, and Mitchell Williams Selig Gates & Woodyard continue to represent 3M Company and Arizant Healthcare Inc. in this litigation.

Dated: February 11, 2020

Respectfully submitted,

*s/ Benjamin W. Hulse*
Benjamin W. Hulse (MN #0390952)
BLACKWELL BURKE P.A.
431 South Seventh Street, Suite 2500
Minneapolis, MN 55415
Phone: (612) 343-3200
Fax: (612) 343-3205
Email: bhulse@blackwellburke.com

**Counsel for Defendants 3M Company and Arizant Healthcare Inc.**