UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | MDL No. 15-2666 (JNE/DTS) ORDER |

This Document Relates to:
All Actions

     In an Order dated October 24, 2019, the Honorable David T. Schultz, United States Magistrate Judge, granted 3M Company and Arizant Healthcare, Inc.'s Motion to Request Redaction of Transcript, ordered the Clerk of Court to seal a transcript, and ordered the Clerk of Court to file a publicly available version of the transcript with certain redactions.  Plaintiffs objected.  3M and Arizant Healthcare responded.  The Court has reviewed the record.  Based on that review, the Court affirms the Order because it is neither clearly erroneous nor contrary to law.  *See* 28 U.S.C. § 636(b)(1)(A) (2018); Fed. R. Civ. P. 72(a); D. Minn. LR 72.2(a).  Therefore, IT IS ORDERED THAT:

    1.    The October 24, 2019 Order [Docket No. 2110] is AFFIRMED.

Dated: February 19, 2020

                                                  s/ Joan N. Ericksen
                                                  JOAN N. ERICKSEN
                                                  United States District Judge