# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 19-2899

In re: Bair Hugger Forced Air Warming Devices Products Liability Litigation

------------------------------

George Amador

Appellant

v.

3M Company and Arizant Healthcare, Inc.

Appellees

_____

Appeal from U.S. District Court for the District of Minnesota
(0:15-md-02666-JNE)
_____

**ORDER**

The court has received a copy of the district court's order of February 19, 2020, in which the district court states that it would correct the amended judgment in this matter to indicate that Walton's claims against Prestera were dismissed without prejudice and that summary judgment was entered in favor of 3M and Arizant Healthcare if the Eighth Circuit grants it leave to do so. The district court is granted permission to correct its amended judgment in this matter.

March 03, 2020

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
    /s/ Michael E. Gans