UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re: BAIR HUGGER FORCED AIR          MDL No. 15-2666 JNE/DTS
WARMING DEVICES PRODUCTS
LIABILITY LITIGATION

## COST JUDGMENT

The costs of the Defendants have been taxed and allowed by the Clerk of this Court against the Plaintiffs as follows:

|  | Claimed[1] | Allowed |
|---|---|---|
| Fees for Transcripts | $68,980.46 | $47,295.28 |
| Total | $68,980.46 | $47,295.28 |

Costs, therefore, are taxed against Plaintiffs in the amount of $47,295.28 and judgment is entered accordingly. Motion for review of the Clerk's decision may be made within 14 days hereafter in accordance with Local Rule 54.3(c).

Dated at St. Paul, Minnesota, on March 11, 2020.

KATE M. FOGARTY, CLERK

By: s/ M. Vicklund

M. Vicklund
Deputy Clerk

---

[1] The amount claimed reflects the amount shown on the Defendants' amended Bill of Costs. Doc. No. 2107.