# TAXATION OF COSTS SUMMARY

In re: BAIR HUGGER FORCED AIR　　　　　　　　MDL No. 15-2666 JNE/DTS
WARMING DEVICES PRODUCTS
LIABILITY LITIGATION

Defendants against Plaintiffs:

1. Fees for Transcripts:
   Claimed: $68,980.46[1]　　　Allowed: $47,295.28
   Allowed: Sufficient documentation and explanation provided for transcript fees in the amount of $47,295.28.

   Denied: $21,685.18.  See table below for explanation of denied transcript fees.

| Transcript | Amount Claimed | Amount Denied | Reason for Denial |
| --- | --- | --- | --- |
| Mr. Gary Hansen - Deposition transcript | $906.25 | $906.25 | This cost has already been awarded in 16-cv-4187 JNE/DTS. The Clerk is unable to award the same cost twice. |
| Mr. Al Van Duren - Deposition transcripts | $1,740.20 | $1,740.20 | This cost has already been awarded in 16-cv-4187 JNE/DTS. The Clerk is unable to award the same cost twice. |
| Dr. Jim Ho - Deposition transcript | $832.30 | $0 | Not applicable. |
| Dr. Theodore Holford - Deposition transcript | $1,264.05 | $10.00 | No explanation provided as to why E-transcript was necessary. |
| Ms. Antonia Hughes and Dr. Richard Wenzel - Deposition transcripts and videos | $1,611.60 | $0 | Not applicable. |
| Dr. Thomas Kuehn - Deposition transcript | $1,029.30 | $10.00 | No explanation provided as to why E-transcript was necessary. |
| Mr. Michael Keen - Deposition Transcript | $778.46 | $778.46 | This cost has already been awarded in 16-cv-4187 JNE/DTS. The Clerk is unable to award the same cost twice. |
| Dr. John Abraham - Deposition Transcript | $1,144.90 | $1,144.90 | This cost has already been awarded in 16-cv-4187 JNE/DTS. The Clerk is unable to award the same cost twice. |

---

[1] The amount claimed reflects the amount shown on the Defendants' amended Bill of Costs.  Doc. No. 2107.

| | | | |
|---|---|---|---|
| Dr. Jonathan Borak - Deposition Transcript | $782.90 | $782.90 | This cost has already been awarded in 16-cv-4187 JNE/DTS. The Clerk is unable to award the same cost twice. |
| Dr. Michael Mont - Deposition Transcript | $1,071.35 | $1,071.35 | This cost has already been awarded in 16-cv-4187 JNE/DTS. The Clerk is unable to award the same cost twice. |
| Dr. Alexander Hannenberg Deposition transcript | $888.45 | $888.45 | This cost has already been awarded in 16-cv-4187 JNE/DTS. The Clerk is unable to award the same cost twice. |
| Dr. Samsun Lampotang - Deposition transcript | $901.75 | $0 | Not applicable. |
| Dr. Gary Settles - Deposition transcript | $1,042.25 | $0 | Not applicable. |
| Mr. Timothy Ulatowski - Deposition transcript | $1,215.95 | $0 | Not applicable. |
| Mr. Mark Albrecht - Deposition transcript | $1,720.75 | $0 | Not applicable. |
| Scott Augustine - Deposition transcript | $2,892.95 | $0 | Not applicable. |
| Dr. Scott Augustine, Mr. J. Randall Benham, and Mr. Brent Augustine - Deposition transcripts | $2,299.30 | $464.60 | No explanation why Real-time or rough transcript was necessary. |
| Mr. Ryan Barrows - Deposition transcript | $277.00 | $0 | Not applicable. |
| Mr. Troy Bergstrom - Deposition transcript | $770.50 | $0 | Not applicable. |
| Mr. Robert Buehler - Deposition transcript | $977.00 | $0 | Not applicable. |
| Mr. Robert Crowder - Deposition transcript | $266.75 | $0 | Not applicable. |
| Ms. Suzanne Danielson - Deposition transcript | $375.50 | $0 | Not applicable. |
| Dr. Michelle Hulse-Stevens Deposition transcript | $892.95 | $0 | Not applicable. |
| Mr. Jay Issa - Deposition transcript | $708.65 | $0 | Not applicable. |
| Ms. Caroline Johnson - Deposition transcript | $926.50 | $0 | Not applicable. |
| Mr. Gary Maharaj - Deposition transcript and video | $1,342.44 | $0 | Not applicable. |
| Mr. John Rock - Deposition transcript | $818.75 | $0 | Not applicable. |
| Mr. Mark Scott - Deposition transcript | $841.50 | $0 | Not applicable. |
| Ms. Jana Stender - Deposition transcript | $509.00 | $0 | Not applicable. |

| | | | |
|---|---|---|---|
| Mr. Winston Tan - Deposition transcript | $347.20 | $0 | Not applicable. |
| Mr. Dave Westlin - Deposition transcript | $523.50 | $0 | Not applicable. |
| Ms. Teri Woodwick-Sides - Deposition transcript | $695.50 | $0 | Not applicable. |
| Mr. Karl Zgoda - Deposition transcript | $681.30 | $0 | Not applicable. |
| Allen Hamid Ziaimehr - Deposition transcript | $671.40 | $0 | Not applicable. |
| Dr. Kumar Belani - Deposition transcript | $1,015.45 | $0.60 | Unable to duplicate math to get to the amount claimed. |
| Dr. Christopher Nachtsheim - Deposition transcript | $1,532.20 | $0 | Not applicable. |
| Mr. Mark Litchy - Deposition transcript | $593.90 | $0 | Not applicable. |
| Dr. Robert Gauthier - Deposition transcripts | $1,479.80 | $0 | Not applicable. |
| Dr. Andrew Hamer and Dr. Michael Reed - Deposition transcripts and videos | $6,989.80 | $0 | Not applicable. |
| Dr. David Leaper - Deposition transcript and video | $3,052.50 | $0 | Not applicable. |
| Dr. Andrew Legg - Deposition transcript and video | $4,062.45 | $0 | Not applicable. |
| Dr. Paul McGovern - Deposition transcripts and videos | $15,327.70 | $0 | Not applicable. |
| Dr. Sessler - Deposition transcript and video | $806.66 | $0 | Not applicable. |
| Dr. Andrea Kurz - Deposition transcripts and videos | $1,037.67 | $1,037.67 | This cost has already been awarded in 16-cv-4187 JNE/DTS. The Clerk is unable to award the same cost twice. |
| Dr. Michael Stonnington - Deposition transcript | $1,255.05 | $1,255.05 | This cost has already been awarded in 16-cv-4187 JNE/DTS. The Clerk is unable to award the same cost twice. |
| Dr. William Jarvis - Deposition transcript | $1,272.15 | $1,272.15 | This cost has already been awarded in 16-cv-4187 JNE/DTS. The Clerk is unable to award the same cost twice. |
| Dr. Said Elghobashi - Deposition transcript | $1,226.45 | $1,226.45 | This cost has already been awarded in 16-cv-4187 JNE/DTS. The Clerk is unable to award the same cost twice. |
| Mr. Yadin David - Deposition transcript | $1,466.30 | $1,466.30 | This cost has already been awarded in 16-cv-4187 JNE/DTS. The Clerk is unable to award the same cost twice. |
| Dr. Jonathan Samet - Deposition transcripts | $1,470.15 | $0 | Not applicable. |

| | | | |
|---|---|---|---|
| Mr. Michael Buck - Deposition transcript | $982.70 | $0 | Not applicable. |
| Mr. Daniel Koenigshofer - Deposition transcript | $2,174.75 | $0 | Not applicable. |
| **Totals** | **$79,493.83** | **$14,055.33** | |
| Less Costs Taxed in Ramsey County ($27,586.14) | $51,907.69 | | |
| **Total Amount Claimed** | **$51,907.69** | | |
| Less Amount Denied | $14,055.33 | | |
| **Total Amount Awarded** | **$37,852.36** | | |

| **Transcript** | **Amount Claimed** | **Amount Denied** | **Reason for Denial** |
|---|---|---|---|
| Dr. William Jarvis - Deposition Transcript | $1,380.73 | $0 | Not applicable. |
| **Totals** | **$1,380.73** | **$0** | |
| Less Amount Denied | $0 | | |
| **Total Amount Awarded** | **$1,380.73** | | |

| **Transcript** | **Amount Claimed** | **Amount Denied** | **Reason for Denial** |
|---|---|---|---|
| Gareis Trial Tr., Vol. I (Plaintiffs' Opening Statement) 5/15/2018 | $1,887.03 | $1,012.20 | No explanation provided as to why realtime feeds were necessary. |
| Gareis Trial Tr., Vol. II (Dr. Stonnington) 5/16/2018 | $2,027.97 | $1,087.80 | No explanation provided as to why realtime feeds were necessary. |
| Gareis Trial Tr., Vol. III (Dr. Jarvis) 5/17/2018 | $1,197.99 | $642.60 | No explanation provided as to why realtime feeds were necessary. |
| Gareis Trial Tr., Vol. IV (Dr. Jarvis) 5/18/2018 | $1,475.25 | $735.00 | No explanation provided as to why realtime feeds were necessary. |
| Gareis Trial Tr., Vol. V (Dr. Elghobashi) 5/21/2018 | $886.20 | $120.27 | No explanation provided as to why realtime feeds were necessary. |
| Gareis Trial Tr., Vol. IX (Mr. Keen and Dr. Abraham) 5/25/2018 | $1,913.61 | $953.40 | No explanation provided as to why realtime feeds were necessary. |
| Gareis Trial Tr., Vol. X (Dr. Abraham) 5/29/2018 | $2,040.06 | $1,016.40 | No explanation provided as to why realtime feeds were necessary. |
| Gareis Trial Tr., Vol. XI (Plaintiffs' Closing Statement) 5/30/2018 | $991.95 | $294.00 | No explanation provided as to why realtime feeds were necessary. |
| Gareis Daubert and MSJ Hearing Tr. 4/12/2018 | $765.63 | $104.98 | No explanation provided why an expedited transcript was necessary. The ordinary transcript |

5

|  |  |  | rate of $3.65 was applied. |
|---|---|---|---|
| General Causation Daubert Hearing Tr., Vol. II 10/24/2017 & 10/25/2017 | $2,506.35 | $1,663.20 | No explanation provided why an hourly transcript was necessary. The ordinary transcript rate of $3.65 was applied. |
| **Totals** | **$15,692.04** | **$7,629.85** |  |
| Less Amount Denied | $7,629.85 |  |  |
| **Total Amount Awarded** | **$8,062.19** |  |  |

TOTAL ALLOWED:
$47,295.28

Dated: MARCH 11, 2020
M. Vicklund, Deputy Clerk

