## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Bair Hugger Forced Air Warming Devices Products Liability Litigation<br><br>This Document Relates to:<br>ALL ACTIONS | MDL No. 15-2666 (JNE/DTS)<br><br>**RULE 7.1(F) CERTIFICATE OF COMPLIANCE REGARDING DEFENDANTS' OPPOSITION TO PLAINTIFFS' OBJECTION TO JULY 17, 2020 ORDER REGARDING PERMANENT SEALING** |

I, Benjamin W. Hulse, certify that Defendants' Opposition to Plaintiffs' Objection to July 17, 2020 Order Regarding Permanent Sealing ("Memorandum") complies with the limits of Local Rule 7.1(f) and with the type-size limit of Local Rule 7.1(h).

I further certify that, in preparation of the above document, I used Microsoft Word 2016, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the Memorandum contains 2198 words.

2

Dated: August 14, 2020　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*s/ Benjamin W. Hulse*
　　　　　　　　　　　　　　　　　　　　Benjamin W. Hulse (MN #0390952)
　　　　　　　　　　　　　　　　　　　　BLACKWELL BURKE P.A.
　　　　　　　　　　　　　　　　　　　　431 South Seventh Street, Suite 2500
　　　　　　　　　　　　　　　　　　　　Minneapolis, MN 55415
　　　　　　　　　　　　　　　　　　　　Phone: (612) 343-3200
　　　　　　　　　　　　　　　　　　　　Fax: (612) 343-3205
　　　　　　　　　　　　　　　　　　　　Email: bhulse@blackwellburke.com

　　　　　　　　　　　　　　　　　　　　**Counsel for Defendants**