# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 19-2899

In re: Bair Hugger Forced Air Warming Devices Products Liability Litigation

------------------------------

George Amador

Appellant

v.

3M Company and Arizant Healthcare, Inc.

Appellees

_____

Appeal from U.S. District Court for the District of Minnesota
(0:15-md-02666-JNE)
_____

**ORDER**

Upon consideration of the motion to remand a notice of suggestion of death of Plaintiff Ted Dill in Civil Action No. 17-cv-4418 and motion for substitution to the district court for filing and ruling is granted. The matter is remanded to the district court for the limited purpose of filing and ruling on a motion for substitution in NO. 17-cv-4418.

December 09, 2020

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
           /s/ Michael E. Gans