# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 19-2932

_____

In re: Bair Hugger Forced Air Warming Devices Products Liability Litigation

------------------------------

John Petitta

Plaintiff - Appellant

v.

3M Company

Defendant - Appellee

_____

Appeal from U.S. District Court for the District of Minnesota
(0:16-cv-03878-JNE)

_____

**JUDGMENT**

Before GRUENDER, KELLY, and GRASZ, Circuit Judges.

    This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

    After consideration, it is hereby ordered and adjudged that the injunction of the district court in this cause is vacated.

    May 28, 2021

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
    /s/ Michael E. Gans