# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 19-2932

In re: Bair Hugger Forced Air Warming Devices Products Liability Litigation

------------------------------

John Petitta

Appellant

v.

3M Company

Appellee

---

Appeal from U.S. District Court for the District of Minnesota
(0:16-cv-03878-JNE)

---

## MANDATE

In accordance with the opinion and judgment of 05/28/2021, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

July 02, 2021

Clerk, U.S. Court of Appeals, Eighth Circuit