# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 19-2899

_____

In re: Bair Hugger Forced Air Warming Devices Products Liability Litigation

------------------------------

George Amador

Plaintiff - Appellant

v.

3M Company; Arizant Healthcare, Inc.

Defendants - Appellees

_____

Appeal from U.S. District Court for the District of Minnesota
(0:15-md-02666-JNE)

_____

**JUDGMENT**

Before GRUENDER, KELLY and GRASZ, Circuit Judges.

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in part and reversed in part in accordance with the opinion of this Court.

August 16, 2021

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans