# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 19-2899

In re: Bair Hugger Forced Air Warming Devices Products Liability Litigation

------------------------------

George Amador

Appellant

v.

3M Company and Arizant Healthcare, Inc.

Appellees

------------------------------

Product Liability Advisory Council, Incorporated and The National Association of Manufacturers

Amici on Behalf of Appellee(s)

_____

Appeal from U.S. District Court for the District of Minnesota
(0:15-md-02666-JNE)
_____

**MANDATE**

In accordance with the opinion and judgment of 08/16/2021, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

November 16, 2021

Clerk, U.S. Court of Appeals, Eighth Circuit