UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates to All Actions.<br><br>**PLAINTIFF(S)**<br><br>**Carolyn Curtis**<br>_____<br><br>**VS.**<br><br>**3M COMPANY AND ARIZANT HEALTHCARE, INC.** | **FIRST AMENDED MASTER SHORT FORM COMPLAINT AND JURY TRIAL DEMAND** |

1. Plaintiff, Carolyn Curtis, states and brings this civil action in MDL No. 15-2666, entitled *In Re: Bair Hugger Forced Air Warming Products Liability Litigation*. Plaintiff(s) [is/are] filing this Short Form Complaint as permitted by Pretrial Order #8 of this Court.

**PARTIES, JURISDICTION AND VENUE**

2. Plaintiff, Carolyn Curtis, is a resident and citizen of the State of Missouri and claims damages as set forth below.

3. ~~Plaintiff's Spouse, _____, is a resident and citizen of the State of _____, and claims damages as set forth below.~~ *[Cross out Spousal Claim if not applicable.]*

4. Jurisdiction is proper based upon diversity of Citizenship.

5. Proper Venue: The District Court in which remand trial is proper and where this Complaint would have been filed absent the direct filing order by this Court is <u>Eastern District of Missouri</u>.

6. Plaintiff brings this action *[check the applicable designation]*:

☒ On behalf of [himself/herself];

☐ ~~In a representative capacity as the _____ of the _____ having been duly appointed as the _____ by the _____ Court of _____. A copy of the Letters of Administration for a wrongful death claim is annexed hereto if such letters are required for the commencement of such a claim by the Probate, Surrogate or other appropriate court of the jurisdiction of the decedent.~~

*[Cross out if not applicable.]*

## FACTUAL ALLEGATIONS

7. On or about <u>11/1/2018</u>, Plaintiff underwent surgery during which the Bair Hugger Forced Air Warming system (hereinafter "Bair Hugger") was used during the course and scope of her <u>Right Knee Arthroplasty</u> at the <u>Missouri Baptist Medical Center 3015 N Ballas Rd.</u> [medical center and address], in <u>St. Louis, MO</u> by Dr. <u>Solman Corey</u>.

8. Contaminants introduced into Plaintiff's open surgical wound as a direct and proximate result of use of the Bair Hugger during the subject surgery resulted in Plaintiff developing a periprosthetic joint infection ("PJI"), also known as a deep joint infection ("DJI"). The Pathogen identified was <u>streptococcus</u> (***if known***).

9. As a result of Plaintiff's infection caused by the Bair Hugger, Plaintiff has undergone  Incision and Drainage of the right knee with polyethylene liner exchange  [Describe treatment(s) received, e.g., revision arthroplasty, wound vac treatment, multiple staged procedures, etc.] on or about November 18, 2016 , at Missouri Baptist Medical Center 3015 N Ballas Rd [medical center(s) and address(es)] by Dr(s). Solman Corey. [*Cross out if not applicable.*]

## ALLEGATIONS AS TO INJURIES

10. (a) Plaintiff claims damages as a result of (check all that are applicable):

☒ INJURY TO HERSELF/HIMSELF

☐ INJURY TO THE PERSON REPRESENTED

☐ WRONGFUL DEATH

☐ SURVIVORSHIP ACTION

☐ ECONOMIC LOSS

(b) Plaintiff's spouse claims damages as a result of (check all that are applicable):  [*Cross out if not applicable.*]

☐ LOSS OF SERVICES

☐ LOSS OF CONSORTIUM

11. Defendants, by their actions or inactions, proximately caused the injuries to Plaintiff(s).

## DEFENDANT-SPECIFIC ALLEGATIONS AND THEORIES OF RECOVERY

12. The following claims and allegations are asserted by Plaintiff(s) and are herein adopted by reference (check all that are applicable):

3

☒ FIRST CAUSE OF ACTION - NEGLIGENCE;

☒ SECOND CAUSE OF ACTION - STRICT LIABILITY;

    ☒ FAILURE TO WARN

    ☒ DEFECTIVE DESIGN AND MANUFACTURE

☒ THIRD CAUSE OF ACTION – BREACH OF EXPRESS WARRANTY;

☒ FOURTH CAUSE OF ACTION- BREACH OF IMPLIED WARRANTY OF MERCHANTBILITY LAW OF THE STATE OF Minnesota, Minn. Stat. Trade Regs., Cons. Protection, Ch. 324-341, § 325G.18; Missouri, Miss. Code Ann. § 400.2-314.

☒ FIFTH CAUSE OF ACTION- VIOLATION OF THE MINNESOTA PREVENTION OF CONSUMER FRAUD ACT;

☒ SIXTH CAUSE OF ACTION – VIOLATION OF THE MINNESOTA DECEPTIVE TRADE PRACTICES ACT;

☒ SEVENTH CAUSE OF ACTION- VIOLATION OF THE MINNESOTA UNLAWFUL TRADE PRACTICES ACT;

☒ EIGHTH CAUSE OF ACTION- VIOLATION OF THE MINNESOTA FALSE ADVERTISING ACT;

☒ NINTH CAUSE OF ACTION- CONSUMER FRAUD AND/OR UNFAIR AND DECEPTIVE TRADE PRACTICES UNDER LAW OF THE STATE OF Minnesota, Minn. Stat. Ann. § 336.2-313 through 315 (2016); § 325F.68 et seq.; Missouri, Miss. Code Ann. § 11-1-63(i)(3) and 75-2-313 (2017); § 75-24-5 et seq.;

☒ TENTH CAUSE OF ACTION – NEGLIGENT MISREPRESENTATION;

☒ ELEVENTH CAUSE OF ACTION- FRAUDULENT MISREPRESENTATION;

☒ TWELFTH CAUSE OF ACTION – FRAUDULENT CONCEALMENT;

&boxtimes;    THIRTEENTH CAUSE OF ACTION – LOSS OF CONSORTIUM; and

&boxtimes;    FOURTEENTH CAUSE OF ACTION – UNJUST ENRICHMENT.

In addition to the above, Plaintiff(s) assert the following additional causes of action under applicable state law:

_____

_____

_____.

*[Cross out if not applicable.]*

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff(s) pray for judgment against Defendants as follows:

1. For compensatory damages;
2. Pre-judgment and post-judgment interest;
3. Statutory damages and relief of the state whose laws will govern this action;
4. Costs and expenses of this litigation;
5. Reasonable attorneys' fees and costs as provided by law;
6. Equitable relief in the nature of disgorgement;
7. Restitution of remedy Defendants' unjust enrichment; and
8. All other relief as the Court deems necessary, just and proper.

## JURY DEMAND

Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiff(s) hereby demand(s) a trial by jury as to all claims in Complaint so triable.

5

DATED:  November 11, 2021	Respectfully submitted,

                                        **BERNSTEIN LIEBHARD LLP**

                                        By:  /s/ Sandy Liebhard
                                        Sandy Liebhard
                                        10 E. 40th Street
                                        New York, NY  10016
                                        Telephone:  (212) 779-1414
                                        Facsimile:   (212) 779-3218
                                        Email:   dburke@bernlieb.com
                                        Email:   dweck@bernlieb.com

                                        *Attorneys for Plaintiff*