## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates to All Actions.<br><br>**PLAINTIFF**<br><br>**RONALD W. BERRY**<br><br>**VS.**<br><br>**3M COMPANY AND ARIZANT HEALTHCARE, INC.**<br><br>Civil Case No. 0:18-cv-02250-JNE-DTS | **SUGGESTION OF DEATH** |

Plaintiff, by and through undersigned counsel and pursuant to Rule 25 of the Federal Rules of Civil Procedure and Pretrial Order #23, hereby informs this Court of the death of Plaintiff, Ronald W. Berry, which occurred on September 20, 2021. Plaintiff respectfully informs this Court that a Motion for Substitution of Parties and an Amended Complaint will be filed by the appropriate representative of Ronald W. Berry's estate within the appropriate time period.

Dated: December 17, 2021

                                              Respectfully submitted,

                                              /s/Richard S. Lewis
                                              Richard S. Lewis
                                              Washington DC Bar No.: 414261
                                              HAUSFELD, LLP
                                              888 16th K Street, N.W., Suite 300
                                              Washington, DC 20006
                                              Phone: (202) 540-7200
                                              Facsimile: (202) 540-7201
                                              rlewis@hausfeld.com

                                              *Counsel for Plaintiff*

CASE 0:15-md-02666-JNE-DTS   Doc. 2160   Filed 12/17/21   Page 2 of 2

## CERTIFICATE OF SERVICE

I certify that on December 17, 2021, the forgoing Suggestion of Death was filed electronically by using the CM\ECF system which will deliver the document to all counsel of record.

/s/Richard S. Lewis<br>
Richard S. Lewis

2