In re: Bair Hugger Forced Air Warming Products Liability Litigation

Case No. 15-md-2666 (JNE/DTS)

## List of Rulings by Magistrate Judge Schultz

7/20/2018 – 7/30/2020

| Date | Dkt. No. | Description |
|---|---|---|
| 8/20/2018 | 1627 | Ruled on deposition procedures |
| 8/31/2018 | 1451 | Granted Plaintiffs' letter request for extension to respond to Defendants' Rule 37 Motion |
| 9/20/2018 | 1522 | Granted Defendants' Motion to Exclude Expert Testimony<br><br>Plaintiffs objected (Dkt. No. 1544)<br><br>Judge Ericksen affirmed (Dkt. No. 1580) |
| 11/6/2018 | 1579 | Denied a Motion to Substitute Party and a Motion for Leave to File Reply as moot |
| 1/7/2019 | 1710 | Granted Defendants' letter request for extension to respond to Plaintiffs' Motion to Compel Defendants to Supplement Discovery Responses |
| 1/31/2019 | 1730 | Granted in part and denied in part Plaintiffs' Motion to Compel Supplemental Discovery |
| 2/19/2019 | 1774 | Directed parties to confer with each other and obtain the Court's permission before submitting a letter to the Court; allowed additional words for the response and reply briefs on a motion to reconsider; scheduled a conference |
| 2/21/2019 | 1781 | Denied Plaintiffs' request for leave to conduct additional discovery |
| 2/22/2019 | 1815 | Directed the parties to file briefing by certain dates; scheduled a hearing; directed expert depositions to be completed by a certain date |
| 3/29/2019 | 1875 | Directed the parties to follow the Court's protocol for categorizing cases |

| Date | Dkt. | Description |
|---|---|---|
| 5/17/2019 | 1922 | Directed the parties to follow the Court's protocol for categorizing cases |
| 6/28/2019 | 2005 | Clarified the Revised Categorization Order's timeline |
| 7/3/2019 | 2027 | Denied Defendants' Motion for Leave to File Reply in Support of Motion for Contempt Order and Sanctions for Violations of Court Orders Regarding Sealing and Confidentiality |
| 10/24/2019 | 2110 | Granted Defendants' Motion to Request Redaction of Transcript |
| | | Plaintiffs objected (Dkt. No. 2112) |
| | | Judge Ericksen affirmed (Dkt. No. 2127) |
| 7/17/2020 | 2146 | Granted in part and denied in part the parties' Joint Motion Regarding Continued Sealing; Plaintiffs' objected (Dkt. No. 2147) |
| | | Judge Ericksen declined to consider the objection (Dkt. No. 2149) |
| | | The Eighth Circuit affirmed Magistrate Judge Schultz's Order (Dkt. No. 2155 at 31) |