UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | MDL No. 15-2666 (JNE/DTS) ORDER |

This Document Relates to All Actions

In a recently filed Joint Status Update and Proposed Agenda for Requested Conference, the parties requested a status conference. The Court holds the request in abeyance. The Court appoints the Honorable Arthur Boylan, United States Magistrate Judge, retired, as mediator in this case. The parties shall contact Judge Boylan at BoylanADR@gmail.com to schedule any mediation sessions that he deems appropriate in this multidistrict litigation. The parties shall cooperate with him in scheduling and attending the mediation sessions. The fees and expenses of Judge Boylan, as mediator, shall be paid as follows: Plaintiffs – 50 percent, and Defendants – 50 percent. Judge Boylan will be paid at the rate of $600 per hour, plus expenses. Judge Boylan shall deal directly with the parties to establish how any periodic billing he may make shall be handled.

IT IS SO ORDERED.

Dated: February 2, 2022

s/Joan N. Ericksen
JOAN N. ERICKSEN
United States District Judge