IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| IN RE: BAIR HUGGER FORCED AIR WARMING PRODUCT LIABILITY LITIGATION | MDL No.: 15-md-02666 (JNE/DTS) |
| This Document Relates To: | |
| NATALIE GILCHRIST, | Civil Action No.: 18-cv-3363-JNE-DTS |
| Plaintiff | |

_____

**SUGGESTION OF DEATH**
_____

Pursuant to Federal Rule of Civil Procedure 25(a)(1), undersigned counsel hereby respectfully suggests upon the record the January 27, 2021 death of plaintiff Natalie Gilchrist. The Death Certificate is attached hereto as **Exhibit A**.

February 11, 2022

                                                Respectfully submitted,

                                     By: /s/ Brian A. Goldstein
                                            Brian A. Goldstein, Esq.
                                            Cellino Law LLP
                                            800 Delaware Avenue
                                            Buffalo, NY  14209-2006
                                            Telephone Number 1.716.888.2020
                                            Fax Number 1.716.259.2020
                                            brian.goldstein@cellinolaw.com
                                            Attorneys for Plaintiff

2

## CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send the notification of such filing to all attorneys of record.

/s/ Brian A. Goldstein
Brian A. Goldstein, Esq.
Cellino Law LLP
800 Delaware Avenue
Buffalo, NY  14209-2006
Telephone Number 1.716.888.2020
Fax Number 1.716.259.2020
brian.goldstein@cellinolaw.com
Attorneys for Plaintiff