# EXHIBIT A

# DEATH TRANSCRIPT

**THE CITY OF NEW YORK – DEPARTMENT OF HEALTH AND MENTAL HYGIENE**

## CERTIFICATE OF DEATH

DATE FILED: NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE — Feb 08, 2021 03:50 PM

Certificate No. **156-21-007761**

**1. DECEDENT'S LEGAL NAME:** NATALIE GILCHRIST (First, Middle, Last, Suffix)

### Place of Death
- 2a. New York City
- 2b. Borough: **Brooklyn**
- 2c. Type of Place: 3 ☒ Dead on Arrival
- 2d. Any Hospice care in last 30 days: 3 ☒ Unknown
- 2e. Name of hospital or other facility: **Coney Island Hospital**

### Date and Time of Death
- 3a. January 27, 2021
- 3b. Time: 9:48 PM
- 4. Sex: Female
- 5. Date last attended by a Physician: 01/27/2021

**6. Certifier:** I certify that death occurred at the time, date and place indicated and that to the best of my knowledge traumatic injury or poisoning DID NOT play any part in causing death, and that death did not occur in any unusual manner and was due entirely to NATURAL CAUSES. See instructions on reverse of certificate.

- Name of Medical Certifier: **YAN SUN**
- Signature: *Yan Sun* (Signature Electronically Authenticated)
- Address: 2601 Ocean Pkwy Brooklyn, NY 11235
- License No.: 269027
- Date: JAN-27-2021
- Type: M.D.

### Residence
- 7a. Usual Residence State: **New York**
- 7b. County: **Kings**
- 7c. City or Town: **Brooklyn**
- 7d. Street and Number: **2929 W 31st St**
- Apt. No.: **# 2H**
- ZIP Code: **11224**
- 7e. Inside City Limits?: ☒ Yes

### Personal
- 8. Date of Birth: November 23, 1951
- 9. Age at last birthday: 69
- 10. Social Security No.: 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
- 11a. Usual Occupation: **Station Agent**
- 11b. Kind of business or industry: Metropolitan Transit Authority MTA
- 12. Aliases or AKAs: ***  ***
- 13. Birthplace: **Far Rockaway, NY**
- 14. Education: 3 ☒ High school graduate or GED
- 15. Ever in U.S. Armed Forces?: ☒ No
- 16. Marital/Partnership Status at time of death: 6 ☒ Widowed
- 17. Surviving Spouse's/Partner's Name: ***  ***
- 18. Father/Parent Name: **Wally Fowler**
- 19. Mother/Parent Name: **Fairybell Ginyard**

### Informant
- 20a. Informant's Name: **Talitha Gilchrist**
- 20b. Relationship to Decedent: **Daughter**
- 20c. Address: 2955 W 29th St Apt 14G, Brooklyn, NY 11224

### Disposition
- 21a. Method of Disposition: 1 ☒ Burial
- 21b. Place of Disposition: **Rosedale Cemetery**
- 21c. Location of Disposition: **Linden, New Jersey**
- 21d. Date of Disposition: 02/22/2021
- 22a. Funeral Establishment: **Lawrence H. Woodward Funeral Home Inc.**
- 22b. Address: 1 Troy Ave Brooklyn, NY 11213

Changes approved for filing by the Commissioner of Health: Formerly: Disposition Date - 02/11/2021; Disposition Place Name - Rosehill Cemetery; Disposition Place Address State - NJ; approved by Deputy City Registrar J. Hicks on Feb-15-2021. No further entry beyond this point.***

VR 15 (Rev. 01/20)

EVT20210298471

February 22, 2021

*Gretchen Van Wye*
Gretchen Van Wye, PhD, City Registrar

This is to certify that the foregoing is a true copy of a record on file in the Department of Health and Mental Hygiene. The Department of Health and Mental Hygiene does not certify to the truth of the statements made thereon, as no inquiry as to the facts has been provided by law.

Do not accept this transcript unless it bears the security features listed on the back. Reproduction or alteration of this transcript is prohibited by §3.19(b) of the New York City Health Code if the purpose is the evasion or violation of any provision of the Health Code or any other law.



1 4 0 0 0 0 0 5 7 1 5 1 1




ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE