# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

February 9, 2022

Clerk
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Room 24.329
St. Louis, MO  63102-1125

Re: 3M Company, et al.
v. George Amador
No. 21-1100
(Your No. 19-2899)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on February 7, 2022 and placed on the docket February 9, 2022 as No. 21-1100.

Sincerely,

**Scott S. Harris**, Clerk

by

Jacob A. Levitan
Case Analyst