# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/FLN) |

| | |
|---|---|
| This Document Relates to:<br>*Cathy Pike, statutory representative for and on behalf of the statutory beneficiaries of decedent Sheila Arnold. v. 3M Company and Arizant Healthcare Inc., No. 0:17-cv-3855* | **NOTICE OF WITHDRAWAL AND**<br><br>**SUBSTITUTION OF COUNSEL** |

Pursuant to Rule 83.7(b) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorneys hereby notify the Court that Plaintiff Cathy Pike, statutory representative for and on behalf of the statutory beneficiaries of decedent Sheila Arnold has retained Kyle W. Farrar, of Kaster, Lynch, Farrar & Ball, LLP, to substitute as counsel of record for Sarah J. Showard, of the Showard Law Firm in this case. Accordingly, Sarah J. Showard, of the Showard Law Firm is withdrawing and will be replaced by Kyle W. Farrar, of Kaster, Lynch, Farrar & Ball, LLP.

Dated: April 21, 2022

                                            Kyle W. Farrar (MN #0397942)
**KASTER, LYNCH, FARRAR & BALL, LLP**
1117 Herkimer St.
Houston, Texas 77008
Phone: 713.221.8300
Fax:    713.221.8301
Email: kyle@fbtrial.com

*Attorney for Plaintiff*

CASE 0:15-md-02666-JNE-DTS   Doc. 2177   Filed 04/21/22   Page 2 of 2

Dated: April 21, 2022          By: _____
                               Sarah J. Showard
                               AZ Bar# 012350
                               4703 E. Camp Lowell Dr., Suite 253
                               Tucson, AZ   85712
                               Phone: 520-622-3344
                               Fax: 520-881-5260
                               Email: sjshoward@showardlaw.com