# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Bair Hugger Forced Air Warming Products Liability Litigation | MDL No.  15-2666 (JNE/FLN) |

This Document Relates to:
*Esther L. Ball, v.*
*3M Company and Arizant Healthcare Inc.,*
*No. 0:18-cv-152*

**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

Pursuant to Rule 83.7(b) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorneys hereby notify the Court that Plaintiff Esther L. Barr has retained Kyle W. Farrar, of Kaster, Lynch, Farrar & Ball, LLP, to substitute as counsel of record for Sarah J. Showard, of the Showard Law Firm in this case. Accordingly, Sarah J. Showard, of the Showard Law Firm is withdrawing and will be replaced by Kyle W. Farrar, of Kaster, Lynch, Farrar & Ball, LLP.

Dated: April 21, 2022

Kyle W. Farrar (MN #0397942)
**KASTER, LYNCH, FARRAR & BALL, LLP**
1117 Herkimer St.
Houston, Texas 77008
Phone: 713.221.8300
Fax:    713.221.8301
Email: kyle@fbtrial.com

*Attorney for Plaintiff*

Dated: April 21, 2022

By: _____
Sarah J. Showard
AZ Bar# 012350
4703 E. Camp Lowell Dr., Suite 253

Tucson, AZ   85712
Phone: 520-622-3344
Fax: 520-881-5260
Email: sjshoward@showardlaw.com