UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates to:<br>*Erica Maynes, statutory representative for and on behalf of the statutory beneficiaries of decedent Charles V. Hughes, v.*<br>*3M Company and Arizant Healthcare Inc., No. 0:17-cv-3395* | **NOTICE OF WITHDRAWAL AND**<br><br>**SUBSTITUTION OF COUNSEL** |

Pursuant to Rule 83.7(b) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorneys hereby notify the Court that Plaintiff Erica Maynes, statutory representative for and on behalf of the statutory beneficiaries of decedent Charles V. Hughes retained Kyle W. Farrar, of Kaster, Lynch, Farrar & Ball, LLP, to substitute as counsel of record for Sarah J. Showard, of the Showard Law Firm in this case. Accordingly, Sarah J. Showard, of the Showard Law Firm is withdrawing and will be replaced by Kyle W. Farrar, of Kaster, Lynch, Farrar & Ball, LLP.

Dated: April 21, 2022

Kyle W. Farrar (MN #0397942)
**KASTER, LYNCH, FARRAR & BALL, LLP**
1117 Herkimer St.
Houston, Texas 77008
Phone: 713.221.8300
Fax:    713.221.8301
Email: kyle@fbtrial.com

*Attorney for Plaintiff*

Dated: April 21, 2022             By: _____
                                                 Sarah J. Showard
                                                 AZ Bar# 012350
                                                 4703 E. Camp Lowell Dr., Suite 253
                                                 Tucson, AZ   85712
                                                 Phone: 520-622-3344
                                                 Fax: 520-881-5260
                                                 Email: sjshoward@showardlaw.com