# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/FLN) |

| | |
|---|---|
| This Document Relates to:<br>*Bonnie Kostka, and Eugene Kostka, wife and husband, v.*<br>*3M Company and Arizant Healthcare Inc.,*<br>*No. 0:17-cv-2096* | **NOTICE OF WITHDRAWAL AND**<br><br>**SUBSTITUTION OF COUNSEL** |

Pursuant to Rule 83.7(b) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorneys hereby notify the Court that Plaintiffs Bonnie Kostka and Eugene Kostka, wife and husband retained Kyle W. Farrar, of Kaster, Lynch, Farrar & Ball, LLP, to substitute as counsel of record for Sarah J. Showard, of the Showard Law Firm in this case. Accordingly, Sarah J. Showard, of the Showard Law Firm is withdrawing and will be replaced by Kyle W. Farrar, of Kaster, Lynch, Farrar & Ball, LLP.

Dated: <u>April 21, 2022</u>

Kyle W. Farrar (MN #0397942)
**KASTER, LYNCH, FARRAR & BALL, LLP**
1117 Herkimer St.
Houston, Texas 77008
Phone: 713.221.8300
Fax:   713.221.8301
Email: kyle@fbtrial.com

*Attorney for Plaintiff*

Dated: April 21, 2022          By: _____
Sarah J. Showard
AZ Bar# 012350

4703 E. Camp Lowell Dr., Suite 253<br>
Tucson, AZ   85712<br>
Phone: 520-622-3344<br>
Fax: 520-881-5260<br>
Email: sjshoward@showardlaw.com