UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates to:<br>*Keith Mady, statutory representative for and on behalf of the statutory beneficiaries of decedent Walter Mady, v 3M Company and Arizant Healthcare Inc., No. 2:16-cv-00085* | **NOTICE OF WITHDRAWAL AND**<br><br>**SUBSTITUTION OF COUNSEL** |

Pursuant to Rule 83.7(b) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorneys hereby notify the Court that Plaintiff Keith Mady, statutory representative for and on behalf of the statutory beneficiaries of decedent Walter Mady retained Kyle W. Farrar, of Kaster, Lynch, Farrar & Ball, LLP, to substitute as counsel of record for Sarah J. Showard, of the Showard Law Firm in this case. Accordingly, Sarah J. Showard, of the Showard Law Firm is withdrawing and will be replaced by Kyle W. Farrar, of Kaster, Lynch, Farrar & Ball, LLP.

Dated: April 21, 2022

_____
Kyle W. Farrar (MN #0397942)
**KASTER, LYNCH, FARRAR & BALL, LLP**
1117 Herkimer St.
Houston, Texas 77008
Phone: 713.221.8300
Fax:    713.221.8301
Email: kyle@fbtrial.com

*Attorney for Plaintiff*

Dated: April 21, 2022         By: _____
                              Sarah J. Showard
                              AZ Bar# 012350
                              4703 E. Camp Lowell Dr., Suite 253
                              Tucson, AZ   85712
                              Phone: 520-622-3344
                              Fax: 520-881-5260
                              Email: sjshoward@showardlaw.com