# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

*This Document Relates To:*

MARILYN KOSTECKY,

       Plaintiff,　　　　　　　In re: BAIR HUGGER FORCED AIR
　　　　　　　　　　　　　　　　　　WARMING DEVICE PRODUCTS
　　　　　　　　　　　　　　　　　　LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　MDL No. 15-26666 (JNE/DTS)

　　　　　　　　　　　　　　　　　　Case No: 0:18-CV-01877

v.

3M COMPANY and
ARIZANT HEALTHCARE, INC.,

       Defendants.

### NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

Pursuant to Rule 83.7(b) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby notifies the Court and counsel that Plaintiff Marilyn Kostecky has retained Tayjes Shah to substitute as counsel for Gregory McEwen in this case.

Dated:　　4/22/2022　　　　　　/s/ Tayjes M. Shah
　　　　　　　　　　　　　　　　Tayjes Shah, Esq. (admitted pro hac vice)
　　　　　　　　　　　　　　　　The Miller Firm, LLC
　　　　　　　　　　　　　　　　108 Railroad Ave.
　　　　　　　　　　　　　　　　Orange, VA 22960
　　　　　　　　　　　　　　　　P: 540-672-4224
　　　　　　　　　　　　　　　　Email: tshah@millerfirmllc.com


Dated: 04/18/2022　　　　　　*/s/ Gregory N. McEwen*
　　　　　　　　　　　　　　　　Gregory N. McEwen (MN #0273843)
　　　　　　　　　　　　　　　　McEwen Law Firm, Ltd.
　　　　　　　　　　　　　　　　5850 Blackshire Path
　　　　　　　　　　　　　　　　Inver Grove Heights, MN 55076
　　　　　　　　　　　　　　　　P: 651-224-3833
　　　　　　　　　　　　　　　　Email: gmcewen@mcewenlaw.com

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing notice was served upon all parties of record electronically by CM/ECF on April 22, 2022.

/s/ Tayjes M. Shah
Tayjes Shah, Esq.