UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

*This Document Relates To:*

MATTHEW DAVIS,

       Plaintiff,

v.

3M COMPANY and
ARIZANT HEALTHCARE, INC.,

       Defendants.

In re: BAIR HUGGER FORCED AIR WARMING DEVICE PRODUCTS LIABILITY LITIGATION

MDL No. 15-26666 (JNE/DTS)

Case No: 0:17-CV-05218

## NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

Pursuant to Rule 83.7(b) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby notifies the Court and counsel that Plaintiff Matthew Davis has retained Tayjes Shah to substitute as counsel for Gregory McEwen in this case.

Dated:    4/22/2022

/s/Tayjes M. Shah
Tayjes Shah, Esq. (admitted pro hac vice)
The Miller Firm, LLC
108 Railroad Ave.
Orange, VA 22960
P: 540-672-4224
Email: tshah@millerfirmllc.com

Dated: 04/18/2022

*/s/ Gregory N. McEwen*
Gregory N. McEwen (MN #0273843)
McEwen Law Firm, Ltd.
5850 Blackshire Path
Inver Grove Heights, MN 55076
P: 651-224-3833
Email: gmcewen@mcewenlaw.com

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing notice was served upon all parties of record electronically by CM/ECF on April 22, 2022.

                                          /s/Tayjes M. Shah
                                          Tayjes Shah, Esq.