# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

*This Document Relates To:*

CYNTHIA BONTJES,

|   |   |   |
|---|---|---|
| | Plaintiff, | In re: BAIR HUGGER FORCED AIR WARMING DEVICE PRODUCTS LIABILITY LITIGATION |

MDL No. 15-26666 (JNE/DTS)

Case No: 0:17-CV-04297

v.

3M COMPANY and
ARIZANT HEALTHCARE, INC.,

Defendants.

## NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

Pursuant to Rule 83.7(b) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby notifies the Court and counsel that Plaintiff Cynthia Bontjes has retained Tayjes Shah to substitute as counsel for Gregory McEwen in this case.

Dated:  _____4/22/2022_____          /s/ Tayjes M. Shah_____
                                    Tayjes Shah, Esq. (admitted pro hac vice)
                                    The Miller Firm, LLC
                                    108 Railroad Ave.
                                    Orange, VA 22960
                                    P: 540-672-4224
                                    Email: tshah@millerfirmllc.com


Dated: 04/18/2022_____          */s/ Gregory N. McEwen*_____
                                    Gregory N. McEwen (MN #0273843)
                                    McEwen Law Firm, Ltd.
                                    5850 Blackshire Path
                                    Inver Grove Heights, MN 55076
                                    P: 651-224-3833
                                    Email: gmcewen@mcewenlaw.com

## **<u>CERTIFICATE OF SERVICE</u>**

I certify that a true and correct copy of the foregoing notice was served upon all parties of record electronically by CM/ECF on April 22, 2022.

_____Tayjes M. Shah_____

Tayjes Shah, Esq.