UNITED STATES DISTRICT COURT
DISTRICT OF MINNESTOA

| | |
|---|---|
| IN RE: BAIR HUGGER FORCED AIR WARMING DEVICE PRODUCTS LIABILITY LITIAGATION : : : : : : _____ : | MDL No. 15-md-2666(JNE/DTS) Civil Action No. 16-cv-04383-JNW/DTS |

**THIS DOCUMENT RELATES TO:**

DIANA LYNN ZEABART vs. 3M COMPANY, a Delaware corporation, and ARIZANT HEALTHCARE, INC., a Delaware corporation

**INDIVIDUAL CIVIL ACTION NO: 0:16-cv-04383**

## SUGGESTION OF DEATH

Pursuant to Federal Rule of Civil Procedure 25(a)(1), undersigned counsel hereby informs this Court of the death of the Plaintiff, Diana Lynn Zeabart, which occurred on or about November 6, 2021.  Counsel respectfully informs this Court that a Motion to Substitute Parties and Amended Complaint will be filed within the appropriate time period.

Date: April 27, 2022

Respectfully submitted By:

 /s/Christopher L. Coffin
 Christopher L. Coffin, LA Bar No. 27902
 Pendley, Baudin & Coffin L.L.P.
 P.O. Box 71
 24110 Eden Street
 Plaquemine, Louisiana 70765
 Phone: 225/687-6396
 Fax: 225/687-3696
 ccoffin@pbclawfirm.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hearby certifiy that on April 27, 2022, the forgoing Suggestion of death was filed electronically by using the CM/ECF system which will deliver the document to all counsel of record.

                                                      /s/ Christopher L. Coffin