# Certified Death Certificate
## MADISON COUNTY DEPARTMENT OF HEALTH
### Division of Vital Statistics
### Anderson, Indiana



| Decedent's Legal Name | Name Before 1st Marriage | Sex | Time of Death | Date of Death |
|---|---|---|---|---|
| DIANA LYNN ZEABART | ZEABART | FEMALE | 04:45 PM | 11/06/2021 |

| Social Security Number | Age-yrs | under 1 year | under 1 month | under 1 day | under 1 hour | Date of Birth | Birthplace |
|---|---|---|---|---|---|---|---|
| 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 | 61 | | | | | 08/05/1960 | INDIANA |

| Place: Facility or Street Address | City, State, and Zip Code |
|---|---|
| EDGEWATER WOODS | ANDERSON, IN 46011 |

| Marital Status At Time of Death | Surviving Spouse's Name | Spouse's Name before 1st Marriage |
|---|---|---|
| ☐ Married  ☐ Married, But Separated  ☒ Divorced  ☐ Widowed  ☐ Never Married  ☐ Unknown | | |

| Residence: Street, Apt, City, State, Zip |
|---|
| 449 MAIN STREET, ANDERSON, IN 46016 |

| Ever in U.S. Armed Forces? | Decedent of Hispanic Origin | Decedent's Race |
|---|---|---|
| ☐ Yes  ☒ No  ☐ Unknown | NO | WHITE |

| Parent's Name | Parent's Name | Name before 1st Marriage |
|---|---|---|
| CORVAL ZEABART | SHIRLEY ZEABART | HENDERSON |

| Informant's Name | Relationship to Decedent |
|---|---|
| KRISTINA ANDERSON | DAUGHTER |

| Method of Disposition | Place of Disposition | Location - City and State |
|---|---|---|
| ☒ Burial  ☐ Cremation  ☐ Donation  ☐ Entombment  ☐ Removal From State  ☐ Other (Specify): | ANDERSON MEMORIAL PARK | ANDERSON, INDIANA |

| Name of Funeral Facility | City and State of Funeral Facility |
|---|---|
| ROBERT D. LOOSE FUNERAL HOME | ANDERSON, INDIANA |

## Cause of Death

A. MYOCARDIAL INFARCTION
B. CHRONIC BRONCHITIS
C. CIGARETTE USE
D.

| Manner of Death |
|---|
| ☒ Natural  ☐ Homicide  ☐ Accident  ☐ Pending Investigation  ☐ Suicide  ☐ Could Not Be Determined |

| Person Certifying Cause of Death | License Number | Certifier |
|---|---|---|
| ARMAND VICTOR GALLANOSA | 01045415 | ☒ Certifying Physician  ☐ Coroner  ☐ Health Officer |

| File Number: 2021-1384 | Date Issued: 11/15/2021 |
|---|---|



Dr. Stephen J. Wright, MD
Madison County Health Officer

**WARNING:** ORIGINAL DOCUMENT HAS A MULTICOLORED BACKGROUND ON SPECIAL WHITE SECURITY PAPER AND THE GREAT SEAL OF THE STATE OF INDIANA ON BACK THAT TURNS FROM ORANGE TO YELLOW WHEN RUBBED. ORIGINAL DOCUMENT HAS A HIDDEN VOID ON FRONT THAT APPEARS WHEN PHOTOCOPIED.
STATE OF INDIANA