# STATE OF COLORADO
## CERTIFICATION OF VITAL RECORD

### CERTIFICATE OF DEATH

**STATE FILE NUMBER** 1052020032534

| Field | Value |
|---|---|
| DECEDENT'S LEGAL NAME | DONALD SEG SEMINGSEN |
| DATE OF DEATH | SEPTEMBER 22, 2020 |
| SEX | MALE |
| SOCIAL SECURITY NUMBER | 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 |
| AGE-Last Birthday (Years) | 75 |
| DATE OF BIRTH (Mo/Day/Yr) | JULY 06, 1945 |
| BIRTHPLACE | WASHINGTON |
| IF DEATH OCCURRED IN HOSPITAL | INPATIENT |
| Facility Name | MEDICAL CENTER OF AURORA |
| CITY, TOWN OR LOCATION OF DEATH | AURORA |
| COUNTY OF DEATH | ARAPAHOE |
| RESIDENCE - STREET AND NUMBER | 18795 E LINVALE PLACE |
| ZIP CODE | 80013 |
| INSIDE CITY LIMITS | YES |
| RESIDENCE STATE | COLORADO |
| COUNTY | ARAPAHOE |
| CITY OR TOWN | AURORA |
| DECEDENT'S USUAL OCCUPATION | COMMERCIAL SUPERINTENDENT |
| KIND OF BUSINESS/INDUSTRY | CONSTRUCTION |
| DECEDENT'S EDUCATION | SOME COLLEGE CREDIT, BUT NO DEGREE |
| DECEDENT OF HISPANIC ORIGIN | NO |
| DECEDENT'S RACE | White |
| EVER IN US ARMED FORCES | YES |
| MARITAL STATUS AT TIME OF DEATH | MARRIED |
| SPOUSE/PARTNER NAME | JANICE LYNN KOVACH |
| FATHER'S NAME | EARL SEMINGSEN |
| MOTHER'S NAME PRIOR TO FIRST MARRIAGE | FLORA ELDORA BEST |
| INFORMANT'S NAME | JANICE SEMINGSEN |
| INFORMANT'S RELATIONSHIP TO DECEASED | SPOUSE |
| NAME OF FUNERAL HOME | HORAN & MCCONATY FUNERAL SERVICE & CREMATION - DAR |
| CITY AND STATE OF FUNERAL HOME | AURORA COLORADO |
| WAS CORONER NOTIFIED | YES |
| METHOD OF DISPOSITION | CREMATION |
| PLACE OF DISPOSITION | HORAN & MCCONATY CREMATORY |
| LOCATION - CITY, COUNTY, STATE | DENVER DENVER COLORADO |
| INJURY AT WORK | NO |
| DATE OF INJURY | SEPTEMBER 20, 2020 |
| TIME OF INJURY | UNKNOWN |
| PLACE OF INJURY | HOME-DECEDENT'S RESIDENCE |
| LOCATION OF INJURY | 18795 E LINVALE PLACE AURORA ARAPAHOE COLORADO 80013 |
| DESCRIBE HOW INJURY OCCURRED | ASPIRATION OF FOOD EXACERBATING CHRONIC NATURAL DISEASE |
| ACTUAL OR PRESUMED TIME OF DEATH | 14:39 MIL |
| DATE PRONOUNCED DEAD | SEPTEMBER 22, 2020 |
| TIME PRONOUNCED DEAD | 14:39 MIL |
| MANNER OF DEATH | ACCIDENT |
| WAS AN AUTOPSY PERFORMED | NO |

### CAUSE OF DEATH

**PART I**

| | Cause | Approximate interval: Onset to death |
|---|---|---|
| a | ACUTE ASPIRATION PNEUMONIA COMPLICATING CHRONIC RESPIRATORY FAILURE | 2 DAYS |
| b | ASPIRATION OF FOOD MATERIAL | 2 DAYS |
| c | | |
| d | | |

**PART II** Enter other significant conditions contributing to death but not resulting in the underlying cause given in PART I

CONGESTIVE HEART FAILURE AND ATHEROSCLEROTIC CARDIOVASCULAR DISEASE WITH ANASARCA AND CHRONIC PLEURAL EFFUSION; CHRONIC OBSTRUCTIVE PULMONARY DISEASE; DIABETES MELLITUS; PATHOLOGIC SPINAL FRACTURES

TITLE, NAME, ADDRESS, ZIP CODE AND COUNTY OF CORONER: LISA VANTINE CORONER ASST. 13101 E BRONCOS PARKWAY ENGLEWOOD CO 80112 ARAPAHOE

DATE SIGNED: SEPTEMBER 24, 2020

DATE FILED BY REGISTRAR: SEPTEMBER 25, 2020



DATE ISSUED **SEPTEMBER 25, 2020**

THIS IS A TRUE CERTIFICATION OF NAME AND FACTS AS RECORDED IN THIS OFFICE. Do not accept unless prepared on security paper with engraved border displaying the Colorado state seal and signature of the Registrar. PENALTY BY LAW, Section 25-2-118, Colorado Revised Statutes, 1982, if a person alters, uses, attempts to use or furnishes to another for deceptive use any vital statistics record. **NOT VALID IF PHOTOCOPIED.**

REV 01/19

A. ALEX QUINTANA
STATE REGISTRAR



ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE