# LOCAL REGISTRAR'S CERTIFICATION OF DEATH

**WARNING: It is illegal to duplicate this copy by photostat or photograph.**

Fee for this certificate: $20.00



This is to certify that the information here given is correctly copied from an original Certificate of Death duly filed with me as Local Registrar. The original certificate will be forwarded to the State Vital Records Office for permanent filing.

**P 27188340**
Certification Number

*Steven Karr* APR/02/202
Local Registrar — Date Issued

---

**COMMONWEALTH OF PENNSYLVANIA — DEPARTMENT OF HEALTH — VITAL RECORDS**

## CERTIFICATE OF DEATH

State File Number: **325437-2020**

1. Decedent's Legal Name: **Gerald Bailey**
2. Sex: **Male**
3. Social Security Number: **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**
4. Date of Death: **March 18, 2020**
5a. Age Last Birthday: **76**
6. Date of Birth: **April 17, 1943**
7a. Birthplace: **Philadelphia, Pennsylvania**
7b. Birthplace (County): **Philadelphia**
8a. Residence (State): **Pennsylvania**
8b. Residence (Street): **5431 Christian Street**
8d. Residence (County): **Philadelphia**
8e. Residence (City): **Philadelphia**
8a. Residence (Zip): **19143**
Decedent lived within limits of **Philadelphia**
9. Ever in US Armed Forces?: **No**
10. Marital Status: **Widowed**
12. Father's Name: **Walter W. Bailey**
13. Mother's Name: **Catherine Ross**
14a. Informant's Name: **Diane Bailey**
14b. Relationship: **Sister**
14c. Informant's Mailing Address: **5431 Christian Street Philadelphia, PA 19143**

Place of Death: **Hospice Facility**
Facility Name: **Vitas Hospice at Mercy Fitzgerald Hospital**
City: **Darby, Pennsylvania 19023**
County of Death: **Delaware**

16a. Method of Disposition: **Cremation**
16b. Date of Disposition: **April 04, 2020**
16c. Place of Disposition: **Ivy Hill Cemetery & Crematory**
16d. Location: **Philadelphia, Pennsylvania 19150**
17a. Signature of Funeral Service Licensee: *Laurence D. Rocks (Electronically Signed)*
17b. License Number: **FD012415L**
17c. Name and Address of Funeral Facility: **Yarborough & Rocks Funeral Home Inc, 1001 N 63rd Street Philadelphia, Pennsylvania 19151**

18. Decedent's Education: **High school graduate or GED completed**
19. Hispanic Origin: **No, not Spanish/Hispanic/Latino**
20. Race: **Black or African American**

22a. Usual Occupation: **Meat Slicer**
22b. Kind of Business/Industry: **Butcher Shop**

23a. Date Pronounced Dead: **March 18, 2020**
23b. Signature of Person Pronouncing Death: **Marie Malone RN**
23c. License Number: **RN300182L**
23d. Date Signed: **March 18, 2020**
24. Time of Death: **23:50**
25. Was Medical Examiner or Coroner Contacted?: **No**

### CAUSE OF DEATH

26. Part I.
a. Immediate Cause: **Respiratory failure** — Approximate Interval: **Unknown**
b. **Cardiac arrest** — **Unknown**
c.
d.

27. Was an autopsy performed?: **No**
28. Were autopsy findings available?: (blank)
30. Did Tobacco Use Contribute to Death?: **Unknown**
31. Manner of Death: **Natural**

36. Injury at Work: **No**

Signature of certifier: **EDWARD C CIKOWSKI (Signature on file)**
Title of certifier: **DO**
Address: **3001-C GARRETT ROAD Drexel Hill, PA 19026**
Name: **EDWARD CIKOWSKI**
License Number: **OS007256L**
Date Signed: **March 20, 2020**

40. Registrar's District Number: **23-238**
41. Registrar's Signature: *Steven J Karr (Signature on file)*
42. Registrar File Date: **April 02, 2020**

Disposition Permit No. **E204913**

H105-143
REV 11/2017-8