# Ohio Department of Health - Vital Statistics
## CERTIFICATE OF DEATH

Primary Registrar's No.: 1800-2019009278
State File No.: 2019076015

### DECEDENT

1. **Decedent's Legal Name:** RICHARD NEHMAN GLUSS
2. **Sex:** MALE
3. **Date of Death:** AUGUST 17, 2019
4. **Social Security Number:** 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
5a. **Age (Years):** 68
6. **Date of Birth:** MARCH 28, 1951
7. **Birthplace:** CLEVELAND, OHIO
8a. **Residence State:** OHIO
8b. **County:** CUYAHOGA
8c. **City or Town:** NORTH OLMSTED
8d. **Street Address and Zip Code:** 23225 LORAIN ROAD 44070
9. **Ever in US Armed Forces?** NO
10. **Marital Status at Time of Death:** DIVORCED (AND NOT REMARRIED)
11. **Surviving Spouse's Name:**
12. **Decedent's Education:** HIGH SCHOOL GRADUATE OR GED
13. **Decedent of Hispanic Origin:** NO
14. **Decedent's Race:** WHITE
15. **Father's Name:** JOHN GLUSS
16. **Mother's Name (prior to first marriage):** MAUDE ISAAC
17a. **Informant's Name:** CHAD MICHAEL GLUSS
17b. **Relationship to Decedent:** SON
17c. **Mailing Address:** 26899 LOCUST DRIVE, OLMSTED FALLS, OHIO 44138
18a. **Place of Death:** HOSPITAL - INPATIENT
18b. **Facility Name:** FAIRVIEW HOSPITAL
18c. **City or Town, State and Zip Code:** CLEVELAND, OH 44111
18d. **County of Death:** CUYAHOGA

### DISPOSITION

19. **Funeral Service Licensee or Other Agent:** THEODORE J KIRSH
20. **License Number:** 008247
21. **Name and Complete Address of Funeral Facility:** BUSCH FUNERAL HOME, 7501 RIDGE RD, PARMA, OH 44129
22. **Method and Place of Disposition:** CREMATION - BUSCH CREMATORY, PARMA, OH
23. **Local Registrar:** Andrea Kacinari
24. **Date Filed:** 8-22-2019

### CERTIFIER

26a. **Certifier:** ☒ Certifying Physician ☐ Coroner or Medical Examiner
26b. **Time of Death:** 1200
26c. **Date Pronounced Dead:** 8-17-19
26d. **Was Case Referred to Medical Examiner or Coroner?** NO
26e. **Certifier Name and Title:** M.D.
26f. **License number:** 35.080070
26g. **Date Signed:** 08-19-19
27. **Name and Address of Person who Completed Cause of Death:** NITIN S. GOVANI, 15644 MADISON AVENUE SUITE 211, LAKEWOOD, OH 44107

### CAUSE OF DEATH

28. Part I.

| | Cause | Approximate Interval: Onset and Death |
|---|---|---|
| a. Immediate Cause | CARDIO RESPIRATORY FAILURE | 8 Hrs |
| b. Due to (or as Consequence of) | SEPSIS | 8 Hrs |
| c. Due to (or as Consequence of) | | |
| d. Due to (or as Consequence of) | | |

Part II. Other significant conditions contributing to death but not resulting in the underlying cause given in Part I.

29a. **Was An Autopsy Performed?** ☒ No
29b. **Were Autopsy Findings Available Prior To Completion Of Cause of Death?**
30. **Did Tobacco Use Contribute to Death?** ☐ Yes ☐ No
31. **If Female, Pregnancy Status:** ☒ Unknown
32. **Manner of Death:** ☒ Natural
33a. **Date of Injury:**
33b. **Time of Injury:**
33c. **Place of Injury:**
33d. **Injury at Work?**
33e. **Location of Injury:**
33f. **Describe How Injury Occurred:**
33g. **If Transportation Injury, Specify:**

HEA 2724 Rev. 08/18

Scanned with CamScanner