**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE: BAIR HUGGER FORCED AIR WARMING DEVICE PRODUCTS LIABILITY LITIAGATION | : : : : : : : : |
| | MDL No. 15-md-2666(JNE/DTS) |
| | Civil Action No. 17-cv-01050-JNW/DTS |

**THIS DOCUMENT RELATES TO:**

ROBERT L. HAGEDORN vs. 3M COMPANY, a Delaware corporation, and ARIZANT HEALTHCARE, INC., a Delaware corporation

**INDIVIDUAL CIVIL ACTION NO: 0:17-cv-01050**

## SUGGESTION OF DEATH

Pursuant to Federal Rule of Civil Procedure 25(a)(1), undersigned counsel hereby informs this Court of the death of the Plaintiff, Robert L. Hagedorn., which occurred on or about December 13, 2021. Counsel respectfully informs this Court that a Motion to Substitute Parties and Amended Complaint will be filed within the appropriate time period along with a copy of the death certificate.

Date: April 28, 2022

Respectfully submitted By:

/s/Christopher L. Coffin
Christopher L. Coffin, LA Bar No. 27902
Pendley, Baudin & Coffin L.L.P.
P.O. Box 71
24110 Eden Street
Plaquemine, Louisiana 70765
Phone: 225/687-6396
Fax: 225/687-3696
ccoffin@pbclawfirm.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 28, 2022, the forgoing Suggestion of death was filed electronically by using the CM/ECF system which will deliver the document to all counsel of record.

                                                                  /s/ Christopher L. Coffin