UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: BAIR HUGGER FORECED AIR WARMING DEVICE PRODUCTS LIABILITY LITIGATION | : <br> : <br> :     MDL No. 15-md-2666(JNE/DTS) <br> : <br> : <br> :     Civil Action No. 17-cv-01618(JNE/FLN) <br> : <br> : |

**THIS DOCUMENT RELATES TO:**

GEOLENE DEWALD and WILLIAM DEWALD v. 3M COMPANY and ARIZANT HEALTHCARE, INC.

**INDIVIDUAL CIVIL ACTION NO: 0:17-CV-01618**

### SUGGESTION OF DEATH

Pursuant to Federal Rule of Civil Procedure 25(a)(1), undersigned counsel hereby informs this Court of the death of the Plaintiff, Geolene DeWald, which occurred on or about February 21, 2022. Counsel respectfully informs this Court that a Motion to Substitute Parties and Amended Complaint will be filed within the appropriate time period.

Date:   5/9/22

Respectfully submitted by:

/s/Clifford A. Rieders
Clifford A. Rieders, Esquire
Rieders, Travis, Dohrmann,
Mowrey, Humphrey & Waters
161 West Third Street
Williamsport, PA 17701
Phone: 570-323-8711
Fax: 570-567-1025
crieders@riederstravis.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2022, the foregoing Suggestion of death was filed electronically by using the CM/ECF system which will deliver the document to all counsel of record.

    /s/Clifford A. Rieders