## UNITED STATES DISTRICT COURT
### DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: Bair Hugger Forced Air Warming Products Liability Litigation | Civil No. 15-md-02666-JNE-DTS |
| | **NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL** |
| **This Document Relates to:** | |
| All Action listed in Exhibit A | |

PLEASE TAKE NOTICE that, pursuant to Local Rule 83.7(b), the undersigned hereby notifies the Court Michael S. Werner is no longer with the firm Parker Waichman LLP and is withdrawing his appearance of all Plaintiffs in Exhibit A and counsel Melanie H. Muhlstock, of the law firm Parker Waichman LLP hereby gives her appearance as counsel in connection with the above reference action. It is respectfully requested that Melanie H. Muhlstock replace Michael S. Werner as attorney of record for Plaintiffs.

Dated: May 10th, 2022

/s/Melanie H. Muhlstock
Melanie H. Muhlstock
Managing Partner
Parker Waichman LLP
6 Harbor Park Drive
Port Washington, NY 11050
Telephone: (516) 466-6500
mmuhlstock@yourlawyer.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2022, the foregoing NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL was filed electronically by using the CM/ECF system which will deliver the document to all counsel of record.

Date:  May 10, 2022

Respectfully submitted by:
/s/Melanie H. Muhlstock
Melanie H. Muhlstock
Managing Partner
Parker Waichman LLP
6 Harbor Park Drive
Port Washington, NY 11050
Telephone: (516) 466-6500
mmuhlstock@yourlawyer.com