## EXHIBIT A

| | |
|---|---|
| **Peter Ciappa and Tanya Ciappa v. 3M Company et al** | **0:15-cv-04493-JNE-DTS** |
| **IN RE: Bair Hugger Forced Air Warming Devices Products Liability Litigation** | **0:15-md-02666-JNE-DTS** |
| **Eugene Carter v. 3M Company et al** | **0:16-cv-03269-JNE-DTS** |
| **Duayne Sparrow and Trudy Sparrow v. 3M Company et al** | **0:16-cv-03272-JNE-DTS** |
| **Nancy Barbee and Ronald Barbee v. 3M Company et al** | **0:16-cv-03273-JNE-DTS** |
| **Willism Tedesco and Maria Tedesco v. 3M Company et al** | **0:16-cv-03274-JNE-DTS** |
| **Eric Petersen and Irene Petersen v. 3M Company et al** | **0:16-cv-03275-JNE-DTS** |
| **Robin Turk v. 3M Company et al** | **0:16-cv-03277-JNE-DTS** |
| **Bertha Mattson v. 3M Company et al** | **0:16-cv-03502-JNE-DTS** |
| **Nate Mishaan v. 3M Company et al** | **0:17-cv-01224-JNE-DTS** |
| **Denise McDermott and Kevin McDermott v. 3M Company et al** | **0:18-cv-00354-JNE-DTS** |