# Ohio Department of Health - Vital Statistics
## CERTIFICATE OF DEATH

Primary Reg. Dist. No. 3100
Registrar's No: 3100-2022001548
State File No. 2022031656

**1. Decedent's Legal Name:** ROSA MAE WALKER
**2. Sex:** FEMALE
**3. Date of Death:** MARCH 06, 2022
**4. Social Security Number:** -5640
**5a. Age (Years):** 79
**6. Date of Birth:** FEBRUARY 21, 1943
**7. Birthplace:** LITTLE ROCK, ARKANSAS
**8a. Residence State:** OHIO
**8b. County:** HAMILTON
**8c. City or Town:** CINCINNATI
**8d. Street Address and Zip Code:** 3210 WEST FORK ROAD 45211
**9. Ever In US Armed Forces?** NO
**10. Marital Status at Time of Death:** WIDOWED (AND NOT REMARRIED)
**12. Decedent's Education:** BACHELORS DEGREE (E.G., BA, AB, BS)
**13. Decedent of Hispanic Origin:** NO
**14. Decedent's Race:** BLACK
**15. Father's Name:** UNKNOWN UNKNOWN
**16. Mother's Name (prior to first marriage):** EATHEL MAE WALKER
**17a. Informant's Name:** KENDALL WILLIAMS
**17b. Relationship to Decedent:** SON
**17c. Mailing Address:** 1805 VIENNA WOODS DRIVE, CINCINNATI, OHIO 45211
**18a. Place of Death:** NURSING HOME/LONG TERM CARE FACILITY
**18b. Facility Name:** COVENANT VILLAGE
**18c. City or Town, State and Zip Code:** GREEN TOWNSHIP, OH 45211
**18d. County of Death:** HAMILTON
**19. Funeral Service Licensee or Other Agent:** HERBERT T WALKER
**20. License Number:** 009280
**21. Name and Complete Address of Funeral Facility:** WALKER FUNERAL HOME, 2625 GILBERT AVE, CINCINNATI, OH 45206
**22. Method and Place of Disposition:** CREMATION - GREATER CINCINNATI CREMATORY, CINCINNATI, OH
**23. Local Registrar:** Greg Kesterman
**24. Date Filed:** 3/15/2022

**26a. Certifier:** [X] Certifying Physician
**26b. Time of Death:** 10:36 AM
**26c. Date Pronounced Dead:** MARCH 06, 2022
**26d. Was Case Referred to Medical Examiner or Coroner?** NO
**26e. Certifier Name and Title:** Walter Donnelly, MD
**26f. License number:** 35.050668
**26g. Date Signed:** 3/10/2022
**27. Name and Address of Person who Completed Cause of Death:** WALTER DONNELLY, 3260 WESTBOURNE DRIVE, CINCINNATI, OH 45248

**28. Part I. Immediate Cause:** a. Chronic Obstructive Pulmonary Disease — Approximate Interval: Unknown

**29a. Was An Autopsy Performed?** No
**29b. Were Autopsy Findings Available Prior To Completion Of Cause of Death?** Not Applicable
**30. Did Tobacco Use Contribute to Death?** Probably
**31. If Female, Pregnancy Status:** Not pregnant within past year
**32. Manner of Death:** Natural

HEA 2724 Rev. 08/18




