UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-2666 (JNE/FLN) |
| This Document Relates to:<br><br>**PLAINTIFF**<br><br>**TIMOTHY LASATER and JEANNE LASATER,**<br><br>VS.<br><br>**3M COMPANY AND ARIZANT HEALTHCARE, INC.**<br><br>Civil Action No: 0:16-cv-00814 | **SUGGESTION OF DEATH** |

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure and Pretrial Order #23, hereby informs this Court of the death of Plaintiff Timothy Lasater, which occurred on January 26, 2019.

Respectfully submitted May 19, 2022.

*/s/ David M. Langevin*
David M. Langevin, #329563
McSweeney/Langevin
2116 Second Avenue South
Minneapolis, MN 55404
Phone: (612) 542-4646
Fax: (612) 454-2678
dave@westrikeback.com
**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: May 19, 2022

/s/ David M. Langevin_____
David M. Langevin