# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re: Bair Hugger Forced Air Warming Devices Products Liability Litigation<br><br>This Document Relates to:<br>17-cv-00770-JNE-DTS, Savon v. 3M Company, et al.;<br>17-cv-01420-JNE-DTS, Pelikan v. 3M Company, et al.;<br>17-cv-04646-JNE-DTS, Pocsi v. 3M Company, et al.;<br>18-cv-00023-JNE-DTS, Angell, et al. v. 3M Company, et al.;<br>18-cv-00106-JNE-DTS, Mencl v. 3M Company, et al.;<br>18-cv-00141-JNE-DTS, Fox v. 3M Company, et al.;<br>18-cv-00161-JNE-DTS, Marshall v. 3M Company, et al.;<br>18-cv-00701-JNE-DTS, Freeman v. 3M Company, et al.;<br>18-cv-01165-JNE-DTS, Patrick v. 3M Company, et al.;<br>18-cv-01355-JNE-DTS, Watts, et al. v. 3M Company, et al.;<br>18-cv-01371-JNE-DTS, Steinhour, et al. v. 3M Company, et al.;<br>18-cv-01884-JNE-DTS, Rollins v. 3M Company, et al.;<br>18-cv-01923-JNE-DTS, Haddrill v. 3M Company, et al.;<br>18-cv-02302-JNE-DTS, Briggs, et al. v. 3M Company, et al.;<br>18-cv-02312-JNE-DTS, Poitras, et al. v. 3M Company, et al.;<br>18-cv-02619-JNE-DTS, Long, et al. v. 3M Company, et al.;<br>18-cv-02626-JNE-DTS, Pilcher v. 3M Company, et al.;<br>18-cv-03015-JNE-DTS, Chilton, et al. v. 3M Company, et al.;<br>19-cv-00449-JNE-DTS, Whitfield, et al. v. 3M Company, et al.;<br>19-cv-00499-JNE-DTS, Jenkins v. 3M Company, et al.;<br>19-cv-00528-JNE-DTS, O'Bryant v. 3M Company, et al.;<br>19-cv-00869-JNE-DTS, Neumann, et al. v. 3M Company, et al.;<br>19-cv-01228-JNE-DTS, Brooks v. 3M Company, et al.;<br>19-cv-02962-JNE-DTS, Williams v. 3M Company, et al.;<br>19-cv-03118-JNE-DTS, Williams v. 3M Company, et al.<br>19-cv-03127-JNE-DTS, Watkins v. 3M Company, et al.;<br>19-cv-03199-JNE-DTS, Parker, et al. v. 3M Company, et al.;<br>20-cv-00383-JNE-DTS, Elie v. 3M Company, et al.;<br>20-cv-00513-JNE-DTS, Day v. 3M Company, et al.;<br>20-cv-01113-JNE-DTS, Virgin v. 3M Company, et al.;<br>20-cv-02639-JNE-DTS, Toomey v. 3M Company, et al.;<br>21-cv-00229-JNE-DTS, Bement v. 3M Company, et al.;<br>21-cv-01302-JNE-DTS, Reynolds, et al. v. 3M Company, et al.;<br>21-cv-02432-JNE-DTS, Ragan v. 3M Company, et al.;<br>22-cv-01020-JNE-DTS, Perry v. 3M Company, et al.;<br>22-cv-01355-JNE-DTS, Caballero v. 3M Company, et al.;<br>22-cv-01404-JNE-DTS, Jackson, et al. v. 3M Company, et al. | MDL No. 15-2666 (JNE/DTS) |

1

## NOTICE OF WITHDRAWAL

COMES NOW Patricia L. Campbell and pursuant to Local Rule 83.7(a) hereby withdraws as additional counsel of record for the above-captioned Plaintiffs. Plaintiffs will continue to be represented by Brett A. Emison, of the law firm Langdon & Emison, LLC. Withdrawal does not materially adversely affect the interests of the Plaintiffs because Plaintiffs remain sufficiently represented. No party will suffer any prejudice as a result of this withdrawal.

Respectfully submitted,

**KRAUSE AND KINSMAN**
/s/ Patricia L. Campbell
Patricia L. Campbell, MO Bar #60917
Krause and Kinsman
4717 Grand Avenue, Suite 300
Kansas City, MO 64112
Telephone: (816) 200-2900
Telefax: (816) 760-2800
tricia@krauseandkinsman.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing pleading was served via the court's electronic filing system this 14th day of September 2022, to all parties of record.

/s/ Patricia L. Campbell
Patricia L. Campbell