UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>MDL No. 15-2666 | MDL No. 15-2666 (JNE/DTS) |

### NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to Local Rule 83.7, Jerry W. Blackwell notifies the Court and counsel of his withdrawal as counsel of record for Defendants 3M Company and Arizant Healthcare Inc. (together, "3M").

Mr. Blackwell, the founder and chair of Blackwell Burke P.A., is pursuing a career in public service and dissolving his law firm. Other law firms and attorneys presently representing 3M in the litigation, including the attorneys at Norton Rose Fulbright US LLP, will continue to do so for the foreseeable future of MDL No. 15-2666.

DATED: November 17, 2022          Respectfully submitted,

*s/Jerry W. Blackwell*
Jerry W. Blackwell (MN Bar No. 186867)
BLACKWELL BURKE P.A.
431 South Seventh Street, Suite 2500
Minneapolis, MN 55415
Phone: (612) 343-3200
Fax: (612) 343-3205
blackwell@blackwellburke.com