IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

RECEIVED BY MAIL
DEC 12 2022
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS MINNESOTA

| | |
|---|---|
| In Re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION ) ) ) ) | MDL NO. 15-2666 (JNE/DTS) |
| *This document relates to:* MDL No. 15-2666 ) ) ) | |

## NOTICE OF WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.7, W. Wayne Drinkwater, Jr. notifies the Court and counsel of his withdrawal as counsel for record for 3M Company and Arizant Healthcare Inc. (together "3M").

I am phasing out of the active law practice and this notice is part of a larger effort to withdraw from all matters in which I have appeared as counsel of record. Other law firms and attorneys presently representing 3M in the litigation, including attorneys at Norton Rose Fulbright US LLP, will continue to do so for the foreseeable future in MDL No. 15-2666.

RESPECTFULLY SUBMITTED, this 5th day of December, 2022.

/s/ W. Wayne Drinkwater, Jr.
Wayne Drinkwater, Jr. (MBN 6193)
BRADLEY ARANT BOULT CUMMINGS LLP
One Jackson Place, Suite 1000
188 East Capitol Street
Jackson, Mississippi 39201
Telephone: (601) 948-8000
Facsimile: (601) 948-3000
Email: wdrinkwater@bradley.com

SCANNED
DEC 12 2022
U.S. DISTRICT COURT

4893-6185-2479.1

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will deliver copies to all counsel of record.

/s/ W. Wayne Drinkwater, Jr.
W. Wayne Drinkwater, Jr.
