**W. Wayne Drinkwater**
wdrinkwater@bradley.com
601.592.9911 direct

**Bradley**

December 5, 2022

RECEIVED
BY MAIL
DEC 12 2022
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

Kerri O'Connell Adami
Clerk's Office
United States District Court
District of Minnesota
Dianna E. Murphy United States Courthouse
300 South Fourth Street - Suite 202
Minneapolis, MS 55415

RE: In re: Bair Hugger Forced Air Warming Devices Production Liability Litigation
MDL No 15-2666 (JNE/DTS)

Dear Ms. Adami:

Enclosed please find an original and one (1) copy of the following document:

**Notice of Withdrawal of Counsel**

Please file the original in the records of the above matter and return the copy stamped "FILED" in the enclosed stamped envelope. Thank you in advance for your assistance with this matter. If you have any questions, please do not hesitate to contact my office.

Respectfully submitted,

W. Wayne Drinkwater

WWD/jga
Enclosures



4883-7015-5074.1

Bradley Arant Boult Cummings LLP | One Jackson Place | 188 East Capitol Street, Suite 1000 | Jackson, MS 39201-2100 | 601.948.8000 | bradley.com