**Bradley**

Bradley Arant Boult Cummings LLP
One Jackson Place
188 East Capitol Street, Suite 1000
Jackson, MS 39201-2100



US POSTAGE IMI PITNEY BOWES
ZIP 39201  $ 001.44⁰
02 4W
0000369185 DEC 05 2022

Kerri O'Connell Adami
United States District Court
District of Minnesota
Dianna E. Murphy United States Courthouse
300 South Fourth Street - Suite 202
Minneapolis, MS  55415



RECEIVED BY MAIL
DEC 1 2 2022
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA



SCANNED
DEC 1 2 2022
U.S. DISTRICT COURT MPLS