## NORTON ROSE FULBRIGHT

December 14, 2022

Norton Rose Fulbright US LLP
60 South Sixth Street, Suite 3100
Minneapolis, Minnesota  55402
United States of America

The Hon. Joan N. Ericksen
District Judge, District of Minnesota
United States District Court
12W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN  55415

**Ben Hulse**
**Partner**
Direct line +1 612 321 2272
ben.hulse@nortonrosefulbright.com

Tel +1 612 321 2800
Fax +1 612 321 2288
nortonrosefulbright.com

Re:   *In re Bair Hugger Forced Air Warming Devices Products Liability Litigation*
      MDL No. 15-2666-JNE-DTS

Dear Judge Ericksen:

I write on behalf of 3M to update the Court and propose a process for advancing the MDL toward resolution.

The Court-ordered mediation demonstrated that the two sides still have very different views of this docket and its prospects. From 3M's standpoint, the docket is largely filled with insubstantial cases and that plaintiffs will rarely, if ever, be able to prove specific causation at trial – if they can make it to trial. That view was confirmed when Plaintiffs or the Court dismissed 12 out of 14 of the initial MDL bellwether cases and the jury returned a quick verdict in favor of 3M in the single bellwether to be tried.[1] The Eighth Circuit's decision affirming the *Gareis* verdict emphasized the weakness of plaintiffs' individual cases, specifically noting the unusual difficulties for plaintiffs in proving specific causation given both other sources of bacteria, and heat and airflow in a typical operating room.[2] The view of Plaintiffs' leadership – also expressed in their appellate briefing in *Gareis* – is that this Court improperly limited corporate-conduct evidence—evidence that, even if

---

[1] One bellwether case, *Trombley*, remained at the time this Court granted MDL-wide summary judgment.

[2] For example, the Eighth Circuit noted:

> [T]he jury heard extensive testimony about the "many different ways" the bacteria causing [the plaintiff's] PJI may have entered the site of his hip implant, resulting in his PJI, besides use of the Bair Hugger during his surgery.  These include bacteria on and in his own skin that could have entered the implant site via the surgical incision; bacteria on surgical staples used during his surgery that could have entered the implant site; bacteria shed from the skin of any one of the medical personnel in his operating room during the surgery that could have reached the implant site regardless of the Bair Hugger's use during his surgery; bacteria transmitted to the implant site by medical personnel's direct contact with it; bacteria in drainage from his wound after the surgery that could have leaked into the implant site; bacteria in his bloodstream obtained from an exposure other than his operation that could have traveled to and infected the implant site; and bacteria from a hip injection he received after his surgery.

*Gareis v. 3M Co.*, 9 F.4th 812, 817 (8th Cir. 2021).

Norton Rose Fulbright US LLP is a limited liability partnership registered under the laws of Texas.

Norton Rose Fulbright US LLP, Norton Rose Fulbright LLP, Norton Rose Fulbright Australia, Norton Rose Fulbright Canada LLP and Norton Rose Fulbright South Africa Inc are separate legal entities and all of them are members of Norton Rose Fulbright Verein, a Swiss verein. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients. Details of each entity, with certain regulatory information, are available at nortonrosefulbright.com.

The Hon. Joan N. Ericksen
December 14, 2022
Page 2

NORTON ROSE FULBRIGHT

admitted, provides no help to plaintiffs on individual causation. As the Eighth Circuit held, however, the jury verdict was independently supported by the evidence of alternative causation.

The months following the mediation with Judge Boylan have invalidated Plaintiffs' theory that they can overcome specific-causation difficulties with additional corporate conduct evidence. In September and early October, the parties tried the *O'Haver* case in Jackson County, Missouri. This was a case Plaintiffs' leadership handpicked for trial. Following *Gareis*, and with the cooperation of the Missouri lawyers involved in *Axline*, they filed several cases in Missouri state court with various configurations of non-diverse defendants: local 3M sales representatives, local medical providers, or both, to defeat removal. In remand briefing in *O'Haver*, Plaintiffs promised this Court that their malpractice claims against the non-diverse providers were substantial, but that promise was never fulfilled or even attempted, so far as 3M can tell. Plaintiffs never disclosed expert reports finding medical malpractice by the providers and dismissed the providers following their disclosures.

*O'Haver* was the trial that Plaintiffs' leadership have long wanted and, indeed, four lawyers from the MDL leadership had substantial roles in front of the jury. Plaintiffs were permitted to introduce 3M corporate documents and advance their "dirty machine" causation theory in addition to their airflow-disruption theory, and Plaintiffs sought millions of dollars in compensatory damages and suggested $1 to 2 *billion* in punitive damages. The *O'Haver* court significantly limited 3M's presentation of evidence about Augustine's role and barred 3M from telling the jury about the 2017 FDA letter. In spite of getting to do essentially everything the Plaintiffs' leadership wanted to do – and with none of the (proper) constraints imposed by this Court, the jury was out for under three hours before returning a verdict for 3M, in less time than the parties spent on closings. Plaintiffs may now discount Ms. O'Haver as a weak plaintiff, but her case was the case that Plaintiffs chose for their first post-*Gareis* showdown, and the case that they unquestionably thought would turn the tide. Her case is no less problematic from a specific-causation standpoint than any of their cases.

Only a handful of cases are pending in state court. 99.9 percent of Bair Hugger cases are pending in this MDL. There are some other significant data points to consider. Since the Eighth Circuit's decision reinstating the MDL in summer 2021, the MDL has actually *gotten smaller*. More plaintiffs have dismissed cases than have filed them. While Plaintiffs' leadership claims approximately 2,800 unfiled cases, few have been filed to date – and statutes of limitations continue to run.

**Proposed Procedures Following Resumption of the MDL**

While 99.9 percent of the filed Bair Hugger cases are pending in federal court, the parties have tried just one federal bellwether. It would be highly unusual to remand to the transferor courts without first trying three or four more bellwethers in the MDL, and remanding these cases would not further Section 1407's goal of "just and efficient conduct" of the actions here.

Most significantly, Plaintiffs have not demonstrated that the overwhelming majority of the docket is fit for remand. If the experience of the prior two rounds of bellwether selection tells us anything, it is that most cases will be dismissed once the parties start to work them up. The plaintiff may fail to cooperate in discovery, medical records may fail to corroborate Bair Hugger use or may highlight an obvious alternative cause of infection, or an insurmountable legal hurdle will present itself (as occurred in *Partlow* and *Axline*). The poor track record of plaintiffs in the prior bellwether

NORTON ROSE FULBRIGHT

rounds suggests the need for a robust effort to separate the non-triable chaff from the triable wheat. Such a separation, based on plaintiffs' stated views so far, is necessary for serious resolution efforts.[3]

To this end, 3M proposes as follows:

1. **Updating PFSs.** All plaintiff fact sheets should be supplemented within 60 days, and plaintiffs should produce additional medical records in their possession that have not previously been produced. This will help confirm not only that PFSs are updated to reflect developments in the last several years, but also that each plaintiff remains willing and able to prosecute her or his case. This will help identify the (probably significant) number of deceased plaintiffs in the docket, so that there can either be substitutions or dismissals.

2. **Up-front medical causation reports.** A sample of 250 cases should be worked up, both as a test of the strength of the docket and for the purpose of selecting an additional group of bellwether trials. The cases would be taken from the approximately 50 percent of the docket that either has designated the District of Minnesota as the transferor court in the short-form complaint or executed a *Lexecon* waiver. The Eighth Circuit's *Gareis* decision underscores the challenge for plaintiffs in proving specific causation. 3M proposes that Plaintiffs disclose specific-causation expert reports in each of these cases within 60 days of selection of the pool of 250 cases; those plaintiffs who do not disclose specific-causation expert reports should be dismissed. We discuss below the legal basis for this request.

3. **Wave discovery.** For those cases remaining in the pool of 250, the parties will then conduct "wave discovery" over the course of 6 months, somewhat similar to the process that has been used in the 3M Combat Arms MDL – to depose plaintiffs and medical providers, and then allow 3M to disclose rebuttal specific-causation reports.  (Ex. A, Combat Arms Wave Order.)

4. **Expedited summary judgment briefing.** The parties would then conduct expedited summary judgment briefing on any cases that remain, briefing common issues together. This is also akin to the process used to work through large tranches of cases in the Combat Arms MDL.

5. **Bellwether trials.** The parties would then try three bellwether cases beginning in 2024. This process will tell us what percentage of plaintiffs have triable claims, and then will tell us whether plaintiffs can win a federal case. What better information could be had for further continued settlement discussions?  Given the large number of cases that will remain in the District of Minnesota, these cases should continue to be tried here.

---

[3] 3M expects that Plaintiffs will ask this Court to suggest remand for all 5,200 cases. It is true that there is little, if any, general (non-case-specific) discovery that remains to be done. 3M supplemented its document production through the *O'Haver* case, and that additional production is in the hands of Plaintiffs' leadership for use in the MDL. Plaintiffs also took new corporate representative depositions and re-deposed Dr. Augustine.  But for the reasons discussed in this letter, suggesting remand would be premature. Also, based on a sample done in the last bellwether selection process, 3M estimates that about 1,200 cases directly filed in the MDL designate this district as the proper venue upon remand.

NORTON ROSE FULBRIGHT

6. **Second round.** A second round of 250 cases would proceed through the same process outlined above, partially overlapping with the first process. This group of cases will be designated for remand and trial in transferor courts.

7. **Continued mediation.** 3M believes that the parties should continue to revisit settlement regularly as they go through the process outlined above. The parties will rapidly learn more about the docket, the viability of the cases, and the strength of those that make it through the discovery process. We suggest a monthly meeting with Judge Boylan or his successor.

**Authority for Requiring Early Disclosure of 26.01 Reports**

The Eighth Circuit's opinion in *Gareis* highlights the particular difficulties plaintiffs will have in proving specific causation in each and every case, given the many potential sources of bacteria, airflow, and heat in the operating room during an orthopedic surgery. With general causation discovery now behind us, the Court should strongly consider a case management order that requires plaintiffs to establish specific causation through expert testimony up front, rather than after the parties expend time and resources on other case-specific discovery. This will allow the parties to focus bellwether selection on the cases that have the potential to "go the distance."

Rather than requesting application to the entire docket, 3M proposes a "test run" where the early-expert-disclosure requirement would apply only to an initial group of 250 cases.

This Court has broad discretion to fashion a case management order tailored to the unique needs and challenges of this MDL. *See* Fed. R. Civ. P. 16(c)(2)(L) (court has the authority to adopt "special procedures for managing potentially difficult or protracted actions that may involve complex issues, multiple parties, difficult legal questions, or unusual proof problems"). A case management order that requires a threshold evidentiary showing is one such procedure used in medical mass tort actions. *See, e.g., In re Fosamax Prods. Liab. Litig.*, No. 06 MD 1789, 2012 WL 5877418, at *2 (S.D.N.Y. Nov. 20, 2012) ("With increasing frequency, courts overseeing complex pharmaceutical MDLs are using *Lone Pine* orders to streamline the docket."); *McManaway v. KBR, Inc.*, 265 F.R.D. 384, 385 (S.D. Ind. 2009) (*Lone Pine* orders are authorized under Rule 16 of the Federal Rules of Civil Procedure). "The basic purpose of a *Lone Pine* order is to identify and cull potentially meritless claims and streamline litigation in complex cases." *McManaway*, 265 F.R.D. at 385.

Orders like the one 3M proposes are a fair and effective tool in weeding out spurious claims because they merely require plaintiffs "to produce information they should already have." *In re Fosamax*, 2012 WL 5877418, at *2-3; *see also McManaway* at 387 ("[T]he individual plaintiffs should not have had any difficulty producing some concrete, factual basis to support their claims. The court opined that '[i]f a plaintiff is unable to do this then the court should be concerned with the viability of plaintiff's claims.'") (internal citation omitted); *In re Avandia Mktg., Sales Practices and Prods. Liab. Litig.*, MDL No. 1871, 2010 WL 4720335, at *1 (E.D. Pa. Nov. 15, 2010) (a *Lone Pine* order "merely requires information which plaintiffs and their counsel should have possessed before filing their claims"); *Acuna v. Brown & Root Inc.*, 200 F.3d 335, 340 (5th Cir. 2000) (*Lone Pine* order "essentially required that information which plaintiffs should have had before filing their claims pursuant to Fed. R. Civ. P. 11(b)(3)").

The Hon. Joan N. Ericksen
December 14, 2022
Page 5

NORTON ROSE FULBRIGHT

*Fosamax* is particularly instructive. There, like here, the court resisted defendants' early requests for a sorting order. *See id.* at *1. More than two years after defendant's initial request, however, and after significant discovery had occurred, the court granted defendant's renewed request and required that plaintiffs provide facts and materials in support of their claims through expert reports. *See id.* at *1, 4-5 (rejecting argument by plaintiffs' steering committee that the MDL had run its course and should be concluded). In reaching its decision, the court noted the considerable discovery that had taken place, as well as plaintiffs' habit of dismissing cases before they could be tried but after the parties had spent significant time and money on case-specific discovery:

> First, during its six years in this Court, this MDL has comprised some 1,000 cases. During targeted discovery, [defendant] produced over 11 million pages of documents and submitted 24 company witnesses to deposition. Additionally, the parties have conducted extensive fact discovery on the 12 cases that were selected for trial. The parties – and the Court – are intimately familiar with the discovery in this MDL. Accordingly, a *Lone Pine* order would impose a minimal burden on plaintiffs, as it merely asks them to produce information they should already have

> Second, given that cases are more likely to result in dismissal once discovery focuses on issues related to causation, the Court has reason to believe that spurious or meritless cases are lurking in the some 1,000 cases on the MDL docket. As [defendant] points out, more than 50% of the cases set for trial have been dismissed, and some 31% of the cases that have been selected for discovery have been dismissed. Plaintiffs' habit of dismissing cases after both parties have expended time and money on case specific discovery demonstrates that this MDL is ripe for a *Lone Pine* order.

> Third, whether this MDL culminates in a global or partial settlement, or the remand of cases back to their home districts, a *Lone Pine* order will boost efficiency. In the event the parties reach a settlement, the elimination of spurious claims will ensure that only plaintiffs with meritorious claims are compensated. If the MDL concludes without settlement, and cases are transferred back to their home districts, *Lone Pine* will ensure that the home districts receive only viable cases.

*Id.* at *2-3. The same factors that supported the entry of the order in *Fosamax* support the entry of such an order here.

Similarly, a *Lone Pine*-type order recently was entered four years into discovery in *In re Zostavax (Zoster Vaccine Live) Prods. Liab. Litig.*, MDL No. 2848. The plaintiffs claimed that Merck's Zostavax vaccine caused them to develop shingles, but shingles can also be caused by the "wild-type" virus already present in the body due to having contracted chickenpox earlier in life. (This is like periprosthetic joint infections, which occur regardless of the use of the Bair Hugger system in an orthopedic surgery.) Starting with a subset of the plaintiffs, Judge Bartle allowed 90 days for them to "come forward with prima facie evidence, either through laboratory reports or other records, that can support the claim that Zostavax caused [each plaintiff's] shingles rather than the wild-type virus." When these plaintiffs failed to do so, Judge Bartle granted Merck's motion to dismiss their claims pursuant to Rule 41(b). *Id.*, 2022 WL 17477553 (E.D. Pa. Dec. 6, 2022).

The Hon. Joan N. Ericksen
December 14, 2022
Page 6

NORTON ROSE FULBRIGHT

When 3M proposed a similar approach at the very outset of this litigation, the Court rejected it as premature, noting that entry of a sorting order is "a very important decision, and it can be unfair to make that decision before there's been reciprocal discovery."  (Feb. 18, 2016 Status Conf. Tr. at 48:13-18.) These proceedings are now at a point where all that remains is for Plaintiffs to come forward with a reliable method by which the Bair Hugger system can be isolated as the cause of any particular plaintiff's infection, particularly those plaintiffs who allege an infection caused by commensal bacteria, beyond simply pointing to the fact that a Bair Hugger system was used. After all, 1-2% of orthopedic surgeries result in infections, regardless of Bair Hugger usage. *See Lash v. Eastern Michael Hollis*, 525 F.3d 636, 640 (8th Cir. 2008) (denying motion for new trial because causation was not established, observing "the physician offered no explanation of a differential diagnosis or other scientific methodology tending to show that the Taser shocks were a more likely causes than the myriad other possible causes suggested by the evidence.").

It is not enough for Plaintiffs to simply offer different versions of the same expert report claiming that a patient's medical records do not reflect a documented break in the sterile field (the medical records certainly do not reflect that the Bair Hugger system is the source of any infection), and thus blame the Bair Hugger system in any surgery where it was used. *See McManaway* at 387 (plaintiffs could not comply with *Lone Pine* order by submitting "one generic expert report for each individual plaintiff that opined that there were a series of illnesses and effects that can occur from uranium exposure and that each plaintiff suffered from sole or all of these illnesses, and that the individual plaintiffs had suffered from significant doses of exposure to uranium."); *see also Bland v. Verizon Wireless*, 538 F.3d 893, 897 (8th Cir. 2008) ("Where the cause of the condition is unknown in the majority of cases, Dr. Sprince cannot properly conclude, based upon a differential diagnosis, Bland's exposure to Freon was 'the most probably cause' of Bland's exercise-induced asthma."). Plaintiffs need to do more – at a minimum a proper differential etiology – and a sorting order will allow the parties and the Court to weed out those cases where they cannot.

We look forward to discussing these proposals with Your Honor and Judge Schultz.

Very truly yours,

*/s/ Benjamin W. Hulse*

Benjamin W. Hulse
BWH:ck

cc:     The Honorable David T. Schultz

# EXHIBIT A

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to All Cases Identified in Exhibit A | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

## CASE MANAGEMENT ORDER NO. 31
### (Wave Order #1)

Due to the unprecedented backlog of cases piling up on the administrative and active dockets, which now tallies over 280,000 cases, the Court deemed it necessary to accelerate the discovery for the remaining mass of cases. On August 20, 2021, the Court entered the first in a series of orders requiring that Plaintiffs transition cases from the administrative docket to the 3M MDL docket, i.e. the "active" docket. As cases are transitioned to the active docket, the parties will be required to work up several hundred cases simultaneously in waves. The first three "Wave Orders" will include approximately 500 cases per wave, and will consist of cases for which VA and DoD information/data has been requested and/or received. A new Wave Order will be entered every 3 months. The cases found in Exhibit A represent the first "wave" of cases.

## I.    SCHEDULING DEADLINES

1. **Records Production**.  Within 21 days of this Order, and to the extent not already produced, Plaintiffs must produce to Defendants, through MDL Centrality, any responsive VA, DoD, and/or medical records in Plaintiff's position, custody, or control.

2. **Discovery Requests**.  Both sides must serve their Requests for Production of documents ("RFPs"), Requests for Interrogatories ("ROGs"), and Requests for Admissions ("RFAs") within 45 days of this Order through MDL Centrality. Responses to RFPs, ROGs, and RFAs are due within 30 days of receipt.

3. **Initial Disclosures**. "Initial disclosures," as defined by Fed. R. Civ. P. 26(a)(1), must be submitted by Plaintiffs through MDL Centrality at least 10 days prior the respective Plaintiff's deposition.  Additionally, within 21 days of this Order, Defendants must disclose through MDL Centrality any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgement in the action or to indemnify or reimburse for payments made to satisfy the judgement.  *See* Fed. R. Civ. P. 26(a)(1)(A)(iv). This includes any insurance agreement providing excess insurance coverage.

4. **Defense Medical Exam Reports.**  Defense Medical Exam ("DME") reports are due 14 days prior to a Plaintiff's expert disclosure deadline or within 7 days of Defendants' receiving the results of DME testing, whichever date is earlier.

5. **Deposition Deadlines**.

    a. Plaintiff depositions must be taken within 105 days of this Order;

    b. Fact depositions must be taken within 130 days of this Order; and

    c. All expert depositions must be taken within 35 days of a Plaintiff's rebuttal expert report.

6. **Fact discovery**. Fact discovery must be completed within 130 days of this Order.

7. **Expert Disclosure Deadlines**.

    a. Plaintiff's expert disclosures must be served through MDL Centrality within 8 days following the close of fact discovery; and

    b. Defendants' expert disclosures must be served through MDL Centrality 30 days after a Plaintiff's expert disclosures are served.

    c. When serving an expert disclosure, to the extent practicable, the serving party must provide two potential dates for the expert's deposition. All dates for a Plaintiff's expert must fall after the deadline for the Plaintiff's rebuttal expert disclosure to the extent the expert serves a rebuttal report.

8. **Rebuttal Expert Disclosure**. A rebuttal expert disclosure must be served through MDL Centrality within 10 days of Defendants' expert disclosure.

9. **Motions Deadlines**.

    a. *Daubert* motions and dispositive motions must be filed within 10 days of the close of expert discovery/depositions.

    b. Responses to *Daubert* and dispositive motions must be filed within 19 days of a motion being filed. Replies are permitted only at the Court's request.

    c. Choice of Law motions, on a disputed issue, must be filed within 10 days of the close of expert discovery/depositions.

10. **Hearing Dates**. Hearing dates for *Daubert* motions, dispositive motions, and Choice of Law motions, if any, will be set at a future status conference.

11. **Deadlines**. To the extent one of the aforementioned deadlines falls on a Saturday, Sunday, or federal holiday, that deadline will be extended to the next subsequent weekday.

## II. LIMITATIONS ON INTERROGATORIES, REQUESTS FOR ADMISSIONS, AND DEPOSITIONS

1. **Depositions**. The following limitations apply:

    a. Plaintiffs are limited to 4 depositions per case, and Defendants are limited to 5 depositions per case.[1] Parties must seek leave of the Court prior to taking any additional depositions, including non-case specific

---

[1] There will be no depositions taken after the close of discovery.

corporate and/or government witness depositions, which are not contemplated by this Order.

b. Depositions will be limited to 3 hours total, with each side allocated 1.5 hours per deposition, with the exceptions noted below:

    i. Defendants will have 3.5 hours for a Plaintiff's deposition. If Plaintiff's counsel asks questions during the deposition, it must be in addition to the 3.5 hours allocated to Defendants. Additionally, should Plaintiff's counsel ask questions during the deposition, Defendants will be permitted half of the time used by the Plaintiff's counsel to conduct any follow-up questions. Defendants are not required to reserve any time from the original 3.5 hours permitted for follow-up questioning.

    ii. For depositions of a Plaintiff's spouse/significant other, Defendants will have 2 hours per deposition and Plaintiff's counsel will have 1 hour per deposition.

c. The noticing party is entitled to ask questions first. For dual noticed depositions, the parties must alternate or otherwise agree on the order for questioning. A deposition only counts against a party's allotment if noticed by that party. The requirement of equal time, however, applies

to all depositions regardless of which party notices the depositions (subjection to the exceptions above in 1(b)).

d. For all depositions, except a Plaintiff's deposition, there is a presumption that depositions are "fully remote" absent an agreement between the parties or order of the Court. The parties reserve the right to take a Plaintiff's deposition in person. For all other depositions, if a witness wants their counsel present in person for the deposition, the defending party's counsel must notify the examining party's counsel within 7 days of the deposition.

2. **Written Discovery**. The following limitations apply:

a. Both sides are limited to 10 RFAs and 10 RFPs per case.

b. Both sides are limited to 15 ROGs per case; however, this number may consist of no more than 5 "unique" interrogatories and no more than 10 "standard" interrogatories that are common to all Plaintiffs.

c. Insofar as multiple Plaintiffs utilize the same general causation experts, the parties are required to coordinate their depositions.

d. The Court also encourages the coordination of depositions for specific causation experts to the extent there is overlap in the parties' use of specific causation experts for multiple Plaintiffs.

    e. The Court will consider modifications to the above limitations only on a showing of extraordinary cause.

3. **DMEs**. Defendants must provide Plaintiff's counsel with a list of the tests to be performed at a DME at the same time Defendants make the request for the DME. Within 10 days of this Order, the parties must meet and confer regarding the protocols outlined in Pretrial Order No. 56, which applied for the bellwether cases, and alert the Court as to whether these same protocols should be adopted for the wave cases or a modified order should de entered. ECF No. 1477.

4. **Electrically Stored Information ("ESI")**. The parties ESI obligations will be governed by Fed. R. Civ. P. 34. Within 10 days of this Order, the parties must meet and confer regarding the protocols outlined in Pretrial Order No. 10 and Pretrial Order No. 42, which applied for the bellwether cases, and alert the Court as to whether these same protocols should be adopted for the wave cases or a modified order should be entered. ECF Nos. 443 and 1172.

## III. MOTIONS PRACTICE

1. **Early Dispositive Motions**. If discovery reveals facts that could support a motion that would be dispositive of the *entirety* of a plaintiff's claims (e.g., statute of limitations) or a Defendants' affirmative defense, a party may seek the Court's leave in the individual case to file an early dispositive motion on

that issue. If leave is granted, the Court will set a briefing schedule at that time.

2. **Page Limitations**. Generally, the page limitations provided in N.D. Fla. Loc. R. 7.1(F) apply to memoranda in support of all dispositive and *Daubert* motions, oppositions. The Court may modify these limitations at a later date by separate order.

3. **Confidential Documents**. The Court recently modified sealing protocols, requiring the parties to seek leave of Court prior to filing a motion, exhibit, or document under seal. ECF No. 2236. To the extent a motion, exhibit, or document contains limited Privacy Act information, the parties are ordered to redact that information and file the motion, exhibit, or document on the public docket. *See id.* In the event a party wishes to file motions, exhibits, or documents under seal, the party is directed to submit a consolidated motion to seal on or before 21 days prior to the *Daubert* motions and dispositive motions deadline. Any response is due 10 days later.

## IV. VENUE

1. **Venue Recommendation**. Parties must meet and confer within 180 days of this Order concerning the appropriate venue for each of the cases. The parties must submit a joint venue recommendation to the Court within 200 days of this Order. The parties' joint recommendation(s) must also identify the cases

in which the recommended venue is in dispute.  The Court may then request briefing concerning the venue for those cases in which the parties disagree. Each party reserves the right to object to the venue selected by its adversary or the Court.

2. **Lexecon Waiver**.  To the extent the parties intend to waive venue in any case, they must meet and confer on the issue and notify the Court.  *See Lexecon Inc. v. Milberg Weiss Bershad Hynes & Lerach*, 523 U.S. 26 (1998).

   **DONE** and **ORDERED** on this 22nd day of November, 2021.

*M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

# EXHIBIT A

IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION
CASE MANAGEMENT ORDER NO. 31 (Wave Order #1)
EXHIBIT A

| Row | Plaintiff ID | Plaintiff Name | Law Firm Name | Active Docket Case Number |
|---|---|---|---|---|
| 1. | 116411 | BEAMON, NINA | Abraham, Watkins, Nichols, Sorrels, Agosto & Aziz | 8:20-cv-30515-MCR-GRJ |
| 2. | 116592 | Lawyer, Todd Stephen | Abraham, Watkins, Nichols, Sorrels, Agosto & Aziz | 8:20-cv-30743-MCR-GRJ |
| 3. | 116738 | KNIGHT, ALEXANDER S | Abraham, Watkins, Nichols, Sorrels, Agosto & Aziz | 8:20-cv-30991-MCR-GRJ |
| 4. | 116942 | Haugland, Gabriel Michael | Abraham, Watkins, Nichols, Sorrels, Agosto & Aziz | 8:20-cv-31043-MCR-GRJ |
| 5. | 116958 | Torres Mantilla, Misael | Abraham, Watkins, Nichols, Sorrels, Agosto & Aziz | 8:20-cv-31071-MCR-GRJ |
| 6. | 147904 | MURTHA, NICHOLAS | Allen & Nolte, PLLC | 8:20-cv-40685-MCR-GRJ |
| 7. | 9686 | Shumate, John | Anapol Weiss | 7:20-cv-48781-MCR-GRJ |
| 8. | 60126 | Acteson, Jon | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:20-cv-09401-MCR-GRJ |
| 9. | 60151 | Aikman, Sean | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:20-cv-09425-MCR-GRJ |
| 10. | 60259 | Ankrum, Lloyd | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:20-cv-09529-MCR-GRJ |
| 11. | 60473 | BELFORD, JASON M. | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:20-cv-09738-MCR-GRJ |
| 12. | 60762 | Brugger, David | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:20-cv-10622-MCR-GRJ |
| 13. | 61045 | CLARENCE, JACOB | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:20-cv-13428-MCR-GRJ |
| 14. | 61110 | Coleman, Robert Daniel | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:20-cv-13551-MCR-GRJ |
| 15. | 61311 | DANIELS, BILLY | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:20-cv-14285-MCR-GRJ |
| 16. | 61313 | Daniels, Jason Thomas | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:20-cv-14286-MCR-GRJ |
| 17. | 61540 | Dunker, Daniel | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:20-cv-15315-MCR-GRJ |
| 18. | 61797 | Ford, Marteze Edward | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:20-cv-11278-MCR-GRJ |
| 19. | 61844 | Frei, Nathan | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:20-cv-11506-MCR-GRJ |
| 20. | 61949 | Gentner, John M. | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:20-cv-11424-MCR-GRJ |
| 21. | 62010 | Goffinett, Joel Edward | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:20-cv-11591-MCR-GRJ |
| 22. | 62277 | Harris, Jeremy | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:20-cv-11833-MCR-GRJ |
| 23. | 62307 | Haskamp, Dennis | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:20-cv-11900-MCR-GRJ |
| 24. | 62332 | Hazen, Adam T. | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:20-cv-11879-MCR-GRJ |
| 25. | 62509 | Hopson, Lakobi Keon | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:20-cv-12063-MCR-GRJ |
| 26. | 62629 | Ino, Ututoa | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:20-cv-12207-MCR-GRJ |
| 27. | 62686 | James, Joseph | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:20-cv-12243-MCR-GRJ |
| 28. | 62851 | Jurich, Eric | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:20-cv-13643-MCR-GRJ |
| 29. | 62923 | Keough, Keith | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:20-cv-14576-MCR-GRJ |
| 30. | 62995 | Klotz, Chad | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:20-cv-15014-MCR-GRJ |
| 31. | 63310 | Luzadder, Anthony Lee | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:20-cv-18312-MCR-GRJ |
| 32. | 63363 | Malikai, Sebastian A. | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:20-cv-18386-MCR-GRJ |
| 33. | 63394 | Markel, Kyle A. | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:20-cv-18488-MCR-GRJ |
| 34. | 63446 | Martinez, Jewel S. | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:20-cv-18596-MCR-GRJ |
| 35. | 63471 | Mathews, Dirk | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:20-cv-18610-MCR-GRJ |
| 36. | 63957 | Noble, Joshua | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:20-cv-12555-MCR-GRJ |
| 37. | 64011 | Oldani, Ronald Chris | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:20-cv-12731-MCR-GRJ |
| 38. | 64022 | Olson, Sean | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:20-cv-12655-MCR-GRJ |
| 39. | 64078 | Panaitov, Gloria E. | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:20-cv-12722-MCR-GRJ |
| 40. | 64102 | Parshall, Robert | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:20-cv-12817-MCR-GRJ |
| 41. | 64106 | Parsons, James | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:20-cv-12830-MCR-GRJ |
| 42. | 64501 | Rios Cortes, Josue Julian | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:20-cv-13339-MCR-GRJ |
| 43. | 64605 | Roller, Jason | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:20-cv-13671-MCR-GRJ |
| 44. | 65225 | Tacker, Paul James | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:20-cv-14629-MCR-GRJ |
| 45. | 65288 | Theriot, Robert | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:20-cv-14832-MCR-GRJ |
| 46. | 65489 | Vejarano, David | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:20-cv-15495-MCR-GRJ |
| 47. | 65564 | Walnofer, Eric | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:20-cv-15651-MCR-GRJ |
| 48. | 65778 | Williams, Tyrone | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:20-cv-15864-MCR-GRJ |
| 49. | 65843 | Wolowicz, Eric D. | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:20-cv-15985-MCR-GRJ |
| 50. | 65925 | Yruegas, Joseph | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:20-cv-16000-MCR-GRJ |
| 51. | 98050 | Baca, Crusito | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:20-cv-23413-MCR-GRJ |
| 52. | 98769 | Barringer, Charles | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:20-cv-25462-MCR-GRJ |
| 53. | 99355 | Moore, Andrea Michelle | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:20-cv-25622-MCR-GRJ |
| 54. | 99658 | Simpson, Taylor | Aylstock, Witkin, Kreis & Overholtz, PLLC | 7:20-cv-24656-MCR-GRJ |
| 55. | 66365 | Johnson, Charles | Bailey Cowan Heckaman PLLC | 7:20-cv-54706-MCR-GRJ |
| 56. | 66561 | Revelle, Charles | Bailey Cowan Heckaman PLLC | 7:20-cv-56244-MCR-GRJ |
| 57. | 66600 | Sayre, Jacob | Bailey Cowan Heckaman PLLC | 7:20-cv-48946-MCR-GRJ |
| 58. | 66671 | Thomas, Ryne | Bailey Cowan Heckaman PLLC | 7:20-cv-49130-MCR-GRJ |
| 59. | 66703 | Wallace, Dax | Bailey Cowan Heckaman PLLC | 7:20-cv-49224-MCR-GRJ |
| 60. | 66727 | KAISER, WILLIAM | Bailey Cowan Heckaman PLLC | 7:20-cv-49295-MCR-GRJ |
| 61. | 117383 | Frame, Bradley Dustin | Baron & Budd | 7:20-cv-87802-MCR-GRJ |
| 62. | 117794 | McKenzie, Stanford Lloyd | Baron & Budd | 8:20-cv-00231-MCR-GRJ |
| 63. | 117922 | OWINGS, JACOB | Baron & Budd | 8:20-cv-00446-MCR-GRJ |

| Row | Plaintiff ID | Plaintiff Name | Law Firm Name | Active Docket Case Number |
|---|---|---|---|---|
| 64. | 117981 | Polite, Julius | Baron & Budd | 8:20-cv-00544-MCR-GRJ |
| 65. | 118045 | Rivera, Thomas Joseph | Baron & Budd | 8:20-cv-00691-MCR-GRJ |
| 66. | 118118 | Scheiner, Matthew Justin | Baron & Budd | 8:20-cv-00560-MCR-GRJ |
| 67. | 118197 | Stachowski, Rafal | Baron & Budd | 8:20-cv-00815-MCR-GRJ |
| 68. | 139301 | SAPP, BRIAN | Beasley Allen | 3:19-cv-02521-MCR-GRJ |
| 69. | 9867 | Smith, George R. | Berniard Law LLC | 8:20-cv-33772-MCR-GRJ |
| 70. | 101889 | Edwards, Jennifer | Bertram & Graf, L.L.C. | 7:20-cv-45564-MCR-GRJ |
| 71. | 102104 | Moreno, Abram | Bertram & Graf, L.L.C. | 7:20-cv-46304-MCR-GRJ |
| 72. | 102107 | Morton, David | Bertram & Graf, L.L.C. | 7:20-cv-46311-MCR-GRJ |
| 73. | 102253 | Warner, Steven | Bertram & Graf, L.L.C. | 7:20-cv-46676-MCR-GRJ |
| 74. | 50181 | AUTRY, DONALD | Bohrer Brady LLC | 8:20-cv-09779-MCR-GRJ |
| 75. | 68277 | WAACK, DAVID | Brent Coon & Associates | 7:20-cv-71479-MCR-GRJ |
| 76. | 68678 | Douglas, Michael | Brent Coon & Associates | 7:20-cv-71875-MCR-GRJ |
| 77. | 135953 | Wempe, Robert | Burnett Law Firm | 7:20-cv-42022-MCR-GRJ |
| 78. | 69020 | BAKER, SETH | Cannon Law | 8:20-cv-17172-MCR-GRJ |
| 79. | 78958 | Washington, Joseph | Carey Danis & Lowe | 7:20-cv-50199-MCR-GRJ |
| 80. | 42947 | HELLIN, ROBERT | Clark, Love & Hutson PLLC | 3:19-cv-02395-MCR-GRJ |
| 81. | 42949 | BLIMKA, CHRISTOPHER | Clark, Love & Hutson PLLC | 7:20-cv-06868-MCR-GRJ |
| 82. | 43022 | SEMAN, DOMINIC | Clark, Love & Hutson PLLC | 3:19-cv-00819-MCR-GRJ |
| 83. | 43042 | SWARTOUT, PATRICK | Clark, Love & Hutson PLLC | 7:20-cv-07037-MCR-GRJ |
| 84. | 88650 | Hollington, Daniel | Clark, Love & Hutson PLLC | 7:20-cv-19450-MCR-GRJ |
| 85. | 88737 | Tharpe, Herman | Clark, Love & Hutson PLLC | 7:20-cv-19501-MCR-GRJ |
| 86. | 88749 | Aparicio, John | Clark, Love & Hutson PLLC | 7:20-cv-19528-MCR-GRJ |
| 87. | 88757 | Breland, Larry | Clark, Love & Hutson PLLC | 7:20-cv-19541-MCR-GRJ |
| 88. | 88785 | Guidry, Amy A | Clark, Love & Hutson PLLC | 7:20-cv-19672-MCR-GRJ |
| 89. | 88988 | Mitsada, Phetsamone | Clark, Love & Hutson PLLC | 7:20-cv-19825-MCR-GRJ |
| 90. | 89056 | Domke, Ryan N | Clark, Love & Hutson PLLC | 7:20-cv-19984-MCR-GRJ |
| 91. | 89111 | Generally, Stefan | Clark, Love & Hutson PLLC | 7:20-cv-20077-MCR-GRJ |
| 92. | 89357 | Fridgen, Michael | Clark, Love & Hutson PLLC | 7:20-cv-20498-MCR-GRJ |
| 93. | 89937 | Pressley, Riston | Clark, Love & Hutson PLLC | 7:20-cv-21946-MCR-GRJ |
| 94. | 90019 | BAILEY, JAMES | Clark, Love & Hutson PLLC | 7:20-cv-22111-MCR-GRJ |
| 95. | 90122 | Duchesneau, Neil | Clark, Love & Hutson PLLC | 7:20-cv-22299-MCR-GRJ |
| 96. | 90357 | Shiraef, Joshua | Clark, Love & Hutson PLLC | 7:20-cv-23237-MCR-GRJ |
| 97. | 90600 | MEDLEY, BRIAN L | Clark, Love & Hutson PLLC | 7:20-cv-20730-MCR-GRJ |
| 98. | 90672 | Smith, MuShawn D | Clark, Love & Hutson PLLC | 7:20-cv-20902-MCR-GRJ |
| 99. | 90686 | Shenian, Jonathan S | Clark, Love & Hutson PLLC | 7:20-cv-20925-MCR-GRJ |
| 100. | 90728 | Bovee, Joel | Clark, Love & Hutson PLLC | 7:20-cv-20999-MCR-GRJ |
| 101. | 90890 | Hogan, Chris | Clark, Love & Hutson PLLC | 7:20-cv-21169-MCR-GRJ |
| 102. | 90939 | Parker, Wendell | Clark, Love & Hutson PLLC | 7:20-cv-21249-MCR-GRJ |
| 103. | 90981 | Villaflor, Michael Jagger | Clark, Love & Hutson PLLC | 7:20-cv-21245-MCR-GRJ |
| 104. | 69071 | Bruce, Gery | Coxwell & Associates PLLC.; 'Maggio Thompson LLP | 7:20-cv-81225-MCR-GRJ |
| 105. | 148421 | Cabiness, Christopher | Coxwell & Associates PLLC.; 'Maggio Thompson LLP | 7:20-cv-30523-MCR-GRJ |
| 106. | 71486 | Gibbs, Christopher | Danziger & De Llano | 8:20-cv-25425-MCR-GRJ |
| 107. | 71697 | Gutierrez De Pineres, Ricardo | Danziger & De Llano | 8:20-cv-27196-MCR-GRJ |
| 108. | 72240 | Irizarry, Alvin | Danziger & De Llano | 8:20-cv-22444-MCR-GRJ |
| 109. | 72467 | Kaeding, Jason | Danziger & De Llano | 8:20-cv-23021-MCR-GRJ |
| 110. | 72885 | Lewis, Kevin | Danziger & De Llano | 8:20-cv-23780-MCR-GRJ |
| 111. | 73143 | Martin, Brian | Danziger & De Llano | 8:20-cv-23838-MCR-GRJ |
| 112. | 73365 | Meeks, John | Danziger & De Llano | 8:20-cv-24515-MCR-GRJ |
| 113. | 73906 | Pacheco, Steve | Danziger & De Llano | 8:20-cv-25647-MCR-GRJ |
| 114. | 73972 | Patterson, Gloria | Danziger & De Llano | 8:20-cv-25755-MCR-GRJ |
| 115. | 74263 | Raley, Mason | Danziger & De Llano | 8:20-cv-25621-MCR-GRJ |
| 116. | 74710 | Schaaf, Daniel | Danziger & De Llano | 8:20-cv-24835-MCR-GRJ |
| 117. | 75383 | Taylor, Nathan | Danziger & De Llano | 8:20-cv-27891-MCR-GRJ |
| 118. | 76051 | Woodruff, Michael | Danziger & De Llano | 8:20-cv-33012-MCR-GRJ |
| 119. | 107259 | Allen, William | Douglas & London | 7:20-cv-74412-MCR-GRJ |
| 120. | 107398 | Aubrey, Sawyer | Douglas & London | 7:20-cv-75257-MCR-GRJ |
| 121. | 107816 | Bobo, Andrew | Douglas & London | 7:20-cv-76576-MCR-GRJ |
| 122. | 107890 | Bowen, Paul | Douglas & London | 7:20-cv-72233-MCR-GRJ |
| 123. | 107908 | Boxton, Darrol | Douglas & London | 7:20-cv-72317-MCR-GRJ |
| 124. | 108280 | Carlon, Mathew | Douglas & London | 7:20-cv-72828-MCR-GRJ |
| 125. | 108301 | Carrasco, Gregory | Douglas & London | 7:20-cv-72853-MCR-GRJ |
| 126. | 108510 | Clayton, Cody | Douglas & London | 7:20-cv-73625-MCR-GRJ |
| 127. | 108515 | Clement, Brandon | Douglas & London | 7:20-cv-73640-MCR-GRJ |
| 128. | 108691 | Cortez, Raymond | Douglas & London | 7:20-cv-73289-MCR-GRJ |
| 129. | 108813 | Cullifer, Kevin | Douglas & London | 7:20-cv-73554-MCR-GRJ |
| 130. | 108918 | Davies, Jason | Douglas & London | 7:20-cv-76745-MCR-GRJ |

| Row | Plaintiff ID | Plaintiff Name | Law Firm Name | Active Docket Case Number |
|---|---|---|---|---|
| 131. | 108951 | Davis, Demetrius | Douglas & London | 7:20-cv-76824-MCR-GRJ |
| 132. | 109024 | Delgado, Isabelino | Douglas & London | 7:20-cv-77005-MCR-GRJ |
| 133. | 109232 | Dudley, Chad | Douglas & London | 7:20-cv-77412-MCR-GRJ |
| 134. | 109419 | Esposito, Allen | Douglas & London | 7:20-cv-77587-MCR-GRJ |
| 135. | 109572 | Fleming, Thomas | Douglas & London | 7:20-cv-77613-MCR-GRJ |
| 136. | 109599 | Fontanezmedina, Juan | Douglas & London | 7:20-cv-79639-MCR-GRJ |
| 137. | 109734 | Gallardo, Albert | Douglas & London | 7:20-cv-79770-MCR-GRJ |
| 138. | 109848 | Giampapa, Phillip | Douglas & London | 7:20-cv-79874-MCR-GRJ |
| 139. | 109930 | Golden, Thomas | Douglas & London | 7:20-cv-79953-MCR-GRJ |
| 140. | 110104 | Grimberg-phillips, Gregory | Douglas & London | 7:20-cv-74021-MCR-GRJ |
| 141. | 110406 | Hayes, Cedric | Douglas & London | 7:20-cv-74623-MCR-GRJ |
| 142. | 110801 | Hutcherson, Raymond | Douglas & London | 7:20-cv-74949-MCR-GRJ |
| 143. | 110949 | GREEN, JOHN | Douglas & London | 7:20-cv-75615-MCR-GRJ |
| 144. | 111009 | Jolly, Christopher | Douglas & London | 7:20-cv-75859-MCR-GRJ |
| 145. | 111137 | Keller, Perry | Douglas & London | 7:20-cv-76486-MCR-GRJ |
| 146. | 111221 | King, Daniel | Douglas & London | 7:20-cv-76763-MCR-GRJ |
| 147. | 111284 | Knotts, Tyson | Douglas & London | 7:20-cv-77919-MCR-GRJ |
| 148. | 111420 | Lancaster, Brent | Douglas & London | 7:20-cv-78599-MCR-GRJ |
| 149. | 111532 | Lee, Matthew | Douglas & London | 7:20-cv-79151-MCR-GRJ |
| 150. | 111546 | Leins, Derek | Douglas & London | 7:20-cv-79231-MCR-GRJ |
| 151. | 111605 | Lewis, Jeffery | Douglas & London | 7:20-cv-80556-MCR-GRJ |
| 152. | 111738 | Lucero, John | Douglas & London | 7:20-cv-81373-MCR-GRJ |
| 153. | 111855 | Manning, Scott | Douglas & London | 7:20-cv-81970-MCR-GRJ |
| 154. | 111878 | Marin, Jose | Douglas & London | 7:20-cv-82050-MCR-GRJ |
| 155. | 112118 | McCulloch, Oakland | Douglas & London | 7:20-cv-76921-MCR-GRJ |
| 156. | 112305 | Messinger, Matthew | Douglas & London | 7:20-cv-77294-MCR-GRJ |
| 157. | 112338 | Milam, Raymond | Douglas & London | 7:20-cv-77355-MCR-GRJ |
| 158. | 112423 | Moats, James | Douglas & London | 7:20-cv-77802-MCR-GRJ |
| 159. | 113068 | Peacock, Bradford | Douglas & London | 7:20-cv-79194-MCR-GRJ |
| 160. | 113554 | Reyes, David | Douglas & London | 7:20-cv-78863-MCR-GRJ |
| 161. | 113625 | Riley, Terry | Douglas & London | 7:20-cv-79167-MCR-GRJ |
| 162. | 114278 | Skillings, Jaason | Douglas & London | 7:20-cv-79088-MCR-GRJ |
| 163. | 114359 | Smith, Adrian | Douglas & London | 7:20-cv-79415-MCR-GRJ |
| 164. | 114694 | Sykes, Lucius | Douglas & London | 7:20-cv-80632-MCR-GRJ |
| 165. | 115086 | Vasquez, Charles | Douglas & London | 7:20-cv-81062-MCR-GRJ |
| 166. | 115144 | Volpe, Michael | Douglas & London | 7:20-cv-81313-MCR-GRJ |
| 167. | 115186 | Walker, Jarvis | Douglas & London | 7:20-cv-81490-MCR-GRJ |
| 168. | 115212 | Walton, Brione | Douglas & London | 7:20-cv-81599-MCR-GRJ |
| 169. | 115546 | Wilson, Timothy | Douglas & London | 7:20-cv-82700-MCR-GRJ |
| 170. | 115604 | Woodard, Rodrick | Douglas & London | 7:20-cv-82803-MCR-GRJ |
| 171. | 115650 | Wright, Jason | Douglas & London | 7:20-cv-82888-MCR-GRJ |
| 172. | 95243 | Garcia Hernandez, Diego | Fenstersheib Law Group, P.A. | 7:20-cv-98128-MCR-GRJ |
| 173. | 76441 | Eakes, Matthew | FLEMING, NOLEN & JEZ, L.L.P | 8:20-cv-14273-MCR-GRJ |
| 174. | 76525 | Hill, Andre | FLEMING, NOLEN & JEZ, L.L.P | 8:20-cv-14642-MCR-GRJ |
| 175. | 76612 | Medina, Rafael | FLEMING, NOLEN & JEZ, L.L.P | 8:20-cv-10065-MCR-GRJ |
| 176. | 3912 | Jordal, David E. | Goldenberg Heller & Antognoli, P.C. | 8:20-cv-04755-MCR-GRJ |
| 177. | 139689 | Cooper, Timothy | Goza & Honnold, LLC | 7:20-cv-63901-MCR-GRJ |
| 178. | 79167 | Bodiford, Keith | Heninger Garrison Davis, LLC | 7:20-cv-50657-MCR-GRJ |
| 179. | 79277 | Cihak, Dillon | Heninger Garrison Davis, LLC | 7:20-cv-52440-MCR-GRJ |
| 180. | 79342 | Dawkins, Thomas | Heninger Garrison Davis, LLC | 7:20-cv-52704-MCR-GRJ |
| 181. | 79458 | Fresen, Jamie | Heninger Garrison Davis, LLC | 7:20-cv-53109-MCR-GRJ |
| 182. | 79577 | Hart, Kevin | Heninger Garrison Davis, LLC | 7:20-cv-53112-MCR-GRJ |
| 183. | 79717 | Kant, Anthony | Heninger Garrison Davis, LLC | 7:20-cv-53615-MCR-GRJ |
| 184. | 79771 | Layne, Ray | Heninger Garrison Davis, LLC | 7:20-cv-53873-MCR-GRJ |
| 185. | 80152 | Sargent, Joshua | Heninger Garrison Davis, LLC | 7:20-cv-54151-MCR-GRJ |
| 186. | 80791 | Mcallister, Johnny | Holland Law Firm | 7:20-cv-84873-MCR-GRJ |
| 187. | 80798 | McRoberts, Michael | Holland Law Firm | 7:20-cv-84454-MCR-GRJ |
| 188. | 80858 | Powell, Joseph | Holland Law Firm | 7:20-cv-84674-MCR-GRJ |
| 189. | 138830 | MINGES, ANTHONY S | Huber, Slack, Thomas & Marcelle, LLP | 3:19-cv-02752-MCR-GRJ |
| 190. | 81519 | KOLBOW, ERIK | Jensen & Associates | 8:20-cv-35274-MCR-GRJ |
| 191. | 87683 | GRIFFIN, SETH | Jensen & Associates | 8:20-cv-35391-MCR-GRJ |
| 192. | 136967 | YOSHIDA, BYRON T | Jensen & Associates | 8:20-cv-38455-MCR-GRJ |
| 193. | 137274 | Gordon, Dusty | Jensen & Associates | 8:20-cv-36066-MCR-GRJ |
| 194. | 137564 | Martinez, Javier | Jensen & Associates | 7:20-cv-37878-MCR-GRJ |
| 195. | 137711 | Holley, Johnny | Jensen & Associates | 8:20-cv-39591-MCR-GRJ |
| 196. | 138194 | Nadeau, Julian | Jensen & Associates | 8:20-cv-47478-MCR-GRJ |
| 197. | 138219 | MACIEL, NICHOLAS | Jensen & Associates | 8:20-cv-47592-MCR-GRJ |

| Row | Plaintiff ID | Plaintiff Name | Law Firm Name | Active Docket Case Number |
|---|---|---|---|---|
| 198. | 138227 | Thompson, Nicholas | Jensen & Associates | 8:20-cv-47632-MCR-GRJ |
| 199. | 138561 | Goodchild, Stephen | Jensen & Associates | 8:20-cv-37455-MCR-GRJ |
| 200. | 138586 | Sefchik, Steven | Jensen & Associates | 8:20-cv-37477-MCR-GRJ |
| 201. | 164383 | KELLEY, MICHAEL ALLAN | Jensen & Associates | 8:20-cv-50768-MCR-GRJ |
| 202. | 115880 | Owens, Roderick | Joel Bieber Firm | 7:20-cv-45860-MCR-GRJ |
| 203. | 116127 | JOHNSON, JASON | Joel Bieber Firm | 7:20-cv-45771-MCR-GRJ |
| 204. | 16742 | Maness, George Benton | Johnson Becker | 7:20-cv-43781-MCR-GRJ |
| 205. | 129588 | Abshier, Jonathan | Junell & Associates, PLLC | 7:20-cv-52193-MCR-GRJ |
| 206. | 129728 | Applewhite, Carlos | Junell & Associates, PLLC | 7:20-cv-52828-MCR-GRJ |
| 207. | 130173 | Bradley, Alonzo | Junell & Associates, PLLC | 7:20-cv-52735-MCR-GRJ |
| 208. | 130175 | Brady, Josh | Junell & Associates, PLLC | 7:20-cv-52742-MCR-GRJ |
| 209. | 130481 | Casiano, Jonathan | Junell & Associates, PLLC | 7:20-cv-54227-MCR-GRJ |
| 210. | 130792 | Crittenden, Kenneth | Junell & Associates, PLLC | 7:20-cv-53685-MCR-GRJ |
| 211. | 130962 | Delgado, Rupert | Junell & Associates, PLLC | 7:20-cv-54596-MCR-GRJ |
| 212. | 131198 | ELLIS, ROBERT | Junell & Associates, PLLC | 7:20-cv-55287-MCR-GRJ |
| 213. | 131255 | Eubank, Michael | Junell & Associates, PLLC | 7:20-cv-55436-MCR-GRJ |
| 214. | 131305 | Fennell, Bryan | Junell & Associates, PLLC | 7:20-cv-51214-MCR-GRJ |
| 215. | 131864 | Hallisey, Robert | Junell & Associates, PLLC | 7:20-cv-56711-MCR-GRJ |
| 216. | 133798 | Parra, Omar | Junell & Associates, PLLC | 7:20-cv-59602-MCR-GRJ |
| 217. | 133861 | Pera, Gerald | Junell & Associates, PLLC | 7:20-cv-59739-MCR-GRJ |
| 218. | 134256 | Riley, Marvin | Junell & Associates, PLLC | 7:20-cv-62306-MCR-GRJ |
| 219. | 3187 | HAINS, LARRY J | Justinian & Associates PLLC | 8:20-cv-33202-MCR-GRJ |
| 220. | 3302 | WOOD, GEORGE J | Justinian & Associates PLLC | 8:20-cv-33407-MCR-GRJ |
| 221. | 59858 | TURNER, RICHARD WAYNE | Justinian & Associates PLLC | 8:20-cv-33319-MCR-GRJ |
| 222. | 43103 | Alcorn, Dustin A | Keller Lenkner | 7:20-cv-57916-MCR-GRJ |
| 223. | 43182 | Ash, Francis D | Keller Lenkner | 7:20-cv-58164-MCR-GRJ |
| 224. | 43309 | Belmar, Antonio L | Keller Lenkner | 7:20-cv-58932-MCR-GRJ |
| 225. | 43312 | Belvin, Billy L | Keller Lenkner | 7:20-cv-58940-MCR-GRJ |
| 226. | 43668 | Castro, Marcos A | Keller Lenkner | 7:20-cv-59326-MCR-GRJ |
| 227. | 44530 | Hall, Russell F | Keller Lenkner | 7:20-cv-61734-MCR-GRJ |
| 228. | 44679 | Hernandez, Eugene G | Keller Lenkner | 7:20-cv-61601-MCR-GRJ |
| 229. | 44821 | Inclan, Nicholas C | Keller Lenkner | 7:20-cv-62099-MCR-GRJ |
| 230. | 44957 | Jones, Jerry R | Keller Lenkner | 7:20-cv-63301-MCR-GRJ |
| 231. | 45173 | Lewis, Dwayne E | Keller Lenkner | 7:20-cv-63717-MCR-GRJ |
| 232. | 45695 | Northern, Justin | Keller Lenkner | 7:20-cv-64557-MCR-GRJ |
| 233. | 45998 | Rataj, Charles D | Keller Lenkner | 7:20-cv-64733-MCR-GRJ |
| 234. | 46055 | Ridings, Guy D | Keller Lenkner | 7:20-cv-70081-MCR-GRJ |
| 235. | 46304 | Seymour, Joshua R | Keller Lenkner | 7:20-cv-70529-MCR-GRJ |
| 236. | 46406 | Smith, Dorrell D | Keller Lenkner | 7:20-cv-70656-MCR-GRJ |
| 237. | 46423 | Smith, Thaddeus R | Keller Lenkner | 7:20-cv-70673-MCR-GRJ |
| 238. | 46623 | Thomas, Terry | Keller Lenkner | 7:20-cv-75241-MCR-GRJ |
| 239. | 46676 | Tonderum, Aaron L | Keller Lenkner | 7:20-cv-75490-MCR-GRJ |
| 240. | 46736 | Umberger, Christopher M | Keller Lenkner | 7:20-cv-44106-MCR-GRJ |
| 241. | 46754 | Valle, Richard J | Keller Lenkner | 7:20-cv-75821-MCR-GRJ |
| 242. | 46906 | White, Thomas J | Keller Lenkner | 7:20-cv-76039-MCR-GRJ |
| 243. | 50999 | Simonelli, Brett | Kirkendall Dwyer LLP | 7:20-cv-66393-MCR-GRJ |
| 244. | 144291 | JACKSON WYATT, JUNE | Law Offices of James Scott Farrin | 7:20-cv-30438-MCR-GRJ |
| 245. | 8557 | ORTIZ, DAVID | Law Offices of Peter G. Angelos, P.C. | 7:20-cv-47809-MCR-GRJ |
| 246. | 8616 | ROBINSON, LOVIE | Law Offices of Peter G. Angelos, P.C. | 7:20-cv-48014-MCR-GRJ |
| 247. | 8850 | HANNAN, JOBE | Law Offices of Peter G. Angelos, P.C. | 7:20-cv-47804-MCR-GRJ |
| 248. | 8853 | HARDMAN, MATTHEW | Law Offices of Peter G. Angelos, P.C. | 7:20-cv-47817-MCR-GRJ |
| 249. | 9260 | CLINE, MICHAEL | Law Offices of Peter G. Angelos, P.C. | 7:20-cv-48703-MCR-GRJ |
| 250. | 10879 | Knox, Cristina | Levin Papantonio | 7:20-cv-00215-MCR-GRJ |
| 251. | 11048 | Roland, Brandon C. | Levin Papantonio | 7:20-cv-00400-MCR-GRJ |
| 252. | 11267 | Moretz, Michael P. | Levin Papantonio | 7:20-cv-00605-MCR-GRJ |
| 253. | 11269 | Masters, David M. | Levin Papantonio | 7:20-cv-00607-MCR-GRJ |
| 254. | 11320 | Stanfield, Raymond D. | Levin Papantonio | 7:20-cv-00668-MCR-GRJ |
| 255. | 11433 | Darrington, Leondre | Levin Papantonio | 7:20-cv-00779-MCR-GRJ |
| 256. | 11470 | Davis, Brett F | Levin Papantonio | 7:20-cv-00842-MCR-GRJ |
| 257. | 11524 | Emmons, David A | Levin Papantonio | 7:20-cv-00892-MCR-GRJ |
| 258. | 77383 | Holliday, Alton | Lieff Cabraser Heimann & Bernstein, LLP | 7:20-cv-50319-MCR-GRJ |
| 259. | 77457 | Darnell, William | Lieff Cabraser Heimann & Bernstein, LLP | 7:20-cv-50731-MCR-GRJ |
| 260. | 102778 | Emerson, Daryll Roy | Matthews & Associates | 8:20-cv-14643-MCR-GRJ |
| 261. | 103075 | Macgregor, Andrew Scott | Matthews & Associates | 8:20-cv-14407-MCR-GRJ |
| 262. | 139533 | Cottrill, Steve Paul | Matthews & Associates | 8:20-cv-16163-MCR-GRJ |
| 263. | 49323 | Ingles, James | McCune Wright Arevalo | 7:20-cv-52539-MCR-GRJ |
| 264. | 12098 | Schissel, Joseph | McDonald Worley | 7:20-cv-01545-MCR-GRJ |

| Row | Plaintiff ID | Plaintiff Name | Law Firm Name | Active Docket Case Number |
|---|---|---|---|---|
| 265. | 12240 | Rader, Joshua | McDonald Worley | 7:20-cv-01734-MCR-GRJ |
| 266. | 12634 | Rice, Justin Daniel | McSweeney/Langevin LLC | 7:20-cv-58665-MCR-GRJ |
| 267. | 91198 | Belfi, Matthew | Messa & Associates | 7:20-cv-00112-MCR-GRJ |
| 268. | 91207 | Buckland, Tyler | Messa & Associates | 7:20-cv-71515-MCR-GRJ |
| 269. | 91277 | Hudson, Christopher T | Messa & Associates | 7:20-cv-71711-MCR-GRJ |
| 270. | 91350 | Rodolph, Isaac L. | Messa & Associates | 7:20-cv-72113-MCR-GRJ |
| 271. | 138785 | Hunt, Daniel J. | Messa & Associates | 7:20-cv-88299-MCR-GRJ |
| 272. | 85771 | Jackson, Sedrick | Monsour Law Firm | 7:20-cv-47944-MCR-GRJ |
| 273. | 85800 | Marks, Robert | Monsour Law Firm | 7:20-cv-44747-MCR-GRJ |
| 274. | 85810 | MCKINNEY, MICHAEL | Monsour Law Firm | 7:20-cv-44760-MCR-GRJ |
| 275. | 5218 | GROMACKI, KRISTOPHER | Morgan & Morgan | 8:20-cv-21199-MCR-GRJ |
| 276. | 5304 | BELLO, CHRISTOPHER | Morgan & Morgan | 8:20-cv-21199-MCR-GRJ |
| 277. | 126094 | English, Eric Ray | Morgan & Morgan | 8:20-cv-31301-MCR-GRJ |
| 278. | 126326 | LIVINGSTON, RONALD FRAYNE | Morgan & Morgan | 8:20-cv-32524-MCR-GRJ |
| 279. | 126387 | Norton, Wesley Eugene | Morgan & Morgan | 8:20-cv-32809-MCR-GRJ |
| 280. | 126522 | Moore, Jonathan Spencer | Morgan & Morgan | 8:20-cv-34730-MCR-GRJ |
| 281. | 126619 | Struck, Ryan Lloyd | Morgan & Morgan | 8:20-cv-35155-MCR-GRJ |
| 282. | 51875 | Surdo, Maurizio | Mostyn Law | 7:20-cv-86584-MCR-GRJ |
| 283. | 126934 | Rios, Omar | Mostyn Law | 7:20-cv-98097-MCR-GRJ |
| 284. | 4730 | Barker, Carl | Motley Rice, LLC | 7:20-cv-42913-MCR-GRJ |
| 285. | 17403 | Chapman, Jeremy G. | Murphy Law Firm | 7:20-cv-82261-MCR-GRJ |
| 286. | 17475 | Billingsley, David Allen | Murphy Law Firm | 7:20-cv-82330-MCR-GRJ |
| 287. | 17818 | Carlisle, James Patrick | Murphy Law Firm | 7:20-cv-82611-MCR-GRJ |
| 288. | 18184 | Ortiz, Daniel D. | Murphy Law Firm | 7:20-cv-99631-MCR-GRJ |
| 289. | 157124 | Moss, Joshua | Parafinczuk Wolf, P.A. | 7:20-cv-34822-MCR-GRJ |
| 290. | 103537 | Acevedo, Manuel | Parker Waichman LLP | 7:20-cv-68140-MCR-GRJ |
| 291. | 103720 | Beebe, Mark Allan | Parker Waichman LLP | 7:20-cv-68848-MCR-GRJ |
| 292. | 103763 | Blackwell, Richard Gene | Parker Waichman LLP | 7:20-cv-68699-MCR-GRJ |
| 293. | 103827 | Boyles, Cory Douglass | Parker Waichman LLP | 7:20-cv-68931-MCR-GRJ |
| 294. | 103922 | Button, Nathaniel Loren | Parker Waichman LLP | 7:20-cv-69255-MCR-GRJ |
| 295. | 103964 | Carrasco, Joseph Martin | Parker Waichman LLP | 7:20-cv-69356-MCR-GRJ |
| 296. | 103984 | Castillo, Daniel | Parker Waichman LLP | 7:20-cv-69394-MCR-GRJ |
| 297. | 104297 | Dvorak, Luke | Parker Waichman LLP | 7:20-cv-69646-MCR-GRJ |
| 298. | 104312 | Edwards, Tyrone Quincey | Parker Waichman LLP | 7:20-cv-69693-MCR-GRJ |
| 299. | 104328 | Elmore, Andrew Royce | Parker Waichman LLP | 7:20-cv-69741-MCR-GRJ |
| 300. | 104528 | George, David Elliott | Parker Waichman LLP | 7:20-cv-71963-MCR-GRJ |
| 301. | 104848 | Hurley, Jason J. | Parker Waichman LLP | 7:20-cv-75433-MCR-GRJ |
| 302. | 104870 | Jacquez, Edwardo Jaime | Parker Waichman LLP | 7:20-cv-76629-MCR-GRJ |
| 303. | 105108 | Leshkevich, Christopher Paul | Parker Waichman LLP | 7:20-cv-70091-MCR-GRJ |
| 304. | 105135 | Logsdon, Christopher Andrew | Parker Waichman LLP | 7:20-cv-70143-MCR-GRJ |
| 305. | 105484 | Niewiek, Andrew Scott | Parker Waichman LLP | 7:20-cv-70904-MCR-GRJ |
| 306. | 105495 | Oakley, Bobby Andrews | Parker Waichman LLP | 7:20-cv-70916-MCR-GRJ |
| 307. | 105642 | Potts, Jerry Ray | Parker Waichman LLP | 7:20-cv-71217-MCR-GRJ |
| 308. | 105656 | Prosser, Justin Michael | Parker Waichman LLP | 7:20-cv-71268-MCR-GRJ |
| 309. | 105827 | Ross, Mark Allen | Parker Waichman LLP | 7:20-cv-71323-MCR-GRJ |
| 310. | 105835 | Rowles, Jason Bradley | Parker Waichman LLP | 7:20-cv-71346-MCR-GRJ |
| 311. | 106088 | STOKES, ADDARREL | Parker Waichman LLP | 7:20-cv-72122-MCR-GRJ |
| 312. | 94655 | STEFFENS, JAMES | Paul LLP | 3:19-cv-04566-MCR-GRJ |
| 313. | 145673 | Kikta, Evan | Paul LLP | 7:20-cv-98481-MCR-GRJ |
| 314. | 91910 | Shockley, James | Pennock Law Firm LLC | 8:20-cv-34326-MCR-GRJ |
| 315. | 91986 | Chavez, Ryan | Pennock Law Firm LLC | 8:20-cv-34479-MCR-GRJ |
| 316. | 52717 | Weiermann, Daniel | Peterson & Associates, P.C. | 7:20-cv-67513-MCR-GRJ |
| 317. | 52798 | HARRIS, NAOMI | Peterson & Associates, P.C. | 7:20-cv-67730-MCR-GRJ |
| 318. | 52964 | STEVENSON, JAMES | Peterson & Associates, P.C. | 7:20-cv-68632-MCR-GRJ |
| 319. | 52978 | Hooker, Garrett | Peterson & Associates, P.C. | 7:20-cv-69094-MCR-GRJ |
| 320. | 53328 | SNOWBALL, WILLIAM | Peterson & Associates, P.C. | 7:20-cv-69797-MCR-GRJ |
| 321. | 53445 | HESTERMAN, JAMES | Peterson & Associates, P.C. | 7:20-cv-71069-MCR-GRJ |
| 322. | 6330 | Scott, KENNEDY | Preuss | Foster | 8:20-cv-05045-MCR-GRJ |
| 323. | 19034 | MCLEAN, CHARLES | Pulaski Law Firm, PLLC | 7:20-cv-08445-MCR-GRJ |
| 324. | 26305 | WETHERINGTON, GARY | Pulaski Law Firm, PLLC | 7:20-cv-14947-MCR-GRJ |
| 325. | 26398 | CHEN, CHERI | Pulaski Law Firm, PLLC | 7:20-cv-15025-MCR-GRJ |
| 326. | 26428 | DOYLE, COLT | Pulaski Law Firm, PLLC | 7:20-cv-15097-MCR-GRJ |
| 327. | 26670 | BENFATTO, SHANTE | Pulaski Law Firm, PLLC | 7:21-cv-44503-MCR-GRJ |
| 328. | 26738 | KEENER, JERRY | Pulaski Law Firm, PLLC | 7:20-cv-19110-MCR-GRJ |
| 329. | 26811 | RAZA, SYED | Pulaski Law Firm, PLLC | 7:20-cv-19333-MCR-GRJ |
| 330. | 27460 | PEEDEN, ROBERT | Pulaski Law Firm, PLLC | 7:20-cv-03181-MCR-GRJ |
| 331. | 28136 | MILLER, GARRETT | Pulaski Law Firm, PLLC | 8:20-cv-17146-MCR-GRJ |

| Row | Plaintiff ID | Plaintiff Name | Law Firm Name | Active Docket Case Number |
|---|---|---|---|---|
| 332. | 28545 | GREEN, COREY | Pulaski Law Firm, PLLC | 7:20-cv-04234-MCR-GRJ |
| 333. | 28744 | FREELAND, TIM | Pulaski Law Firm, PLLC | 7:20-cv-05657-MCR-GRJ |
| 334. | 28817 | Jackson, James | Pulaski Law Firm, PLLC | 7:20-cv-05762-MCR-GRJ |
| 335. | 28864 | KOHAIL, MOURAD | Pulaski Law Firm, PLLC | 7:20-cv-05811-MCR-GRJ |
| 336. | 28989 | BECKLER, PAULA | Pulaski Law Firm, PLLC | 7:20-cv-06485-MCR-GRJ |
| 337. | 29025 | DIDOMENICO, JOSEPH | Pulaski Law Firm, PLLC | 7:20-cv-06681-MCR-GRJ |
| 338. | 29050 | HEROLD, LEE | Pulaski Law Firm, PLLC | 7:20-cv-06712-MCR-GRJ |
| 339. | 158287 | Burgess, Candace | Pulaski Law Firm, PLLC | 7:20-cv-65956-MCR-GRJ |
| 340. | 158330 | Smyrnow, Victor | Pulaski Law Firm, PLLC | 7:20-cv-65982-MCR-GRJ |
| 341. | 169748 | Hall, John | Pulaski Law Firm, PLLC | 7:20-cv-63303-MCR-GRJ |
| 342. | 5784 | GREY, MATTHEW | Reich and Binstock, LLP | 7:20-cv-01610-MCR-GRJ |
| 343. | 5862 | Jumanah, Halimah | Reich and Binstock, LLP | 7:20-cv-01913-MCR-GRJ |
| 344. | 5893 | Lacey, Jeremy | Reich and Binstock, LLP | 7:20-cv-02027-MCR-GRJ |
| 345. | 5936 | MARINAKES, SOPHIA | Reich and Binstock, LLP | 7:20-cv-02359-MCR-GRJ |
| 346. | 5960 | Medders, Robert | Reich and Binstock, LLP | 7:20-cv-02389-MCR-GRJ |
| 347. | 6087 | Roper, Shanika | Reich and Binstock, LLP | 7:20-cv-02945-MCR-GRJ |
| 348. | 6223 | Weisman, Joshua | Reich and Binstock, LLP | 7:20-cv-03569-MCR-GRJ |
| 349. | 92068 | Avery, Nicholas | Robinson Calcagnie, Inc. | 7:20-cv-55570-MCR-GRJ |
| 350. | 92280 | CARTER, DANNY | Robinson Calcagnie, Inc. | 7:20-cv-56246-MCR-GRJ |
| 351. | 92540 | Frescas, Rudy | Robinson Calcagnie, Inc. | 7:20-cv-56949-MCR-GRJ |
| 352. | 92674 | HARRELL, CHARLES | Robinson Calcagnie, Inc. | 7:20-cv-57149-MCR-GRJ |
| 353. | 93097 | Parker, Derrick | Robinson Calcagnie, Inc. | 7:20-cv-50021-MCR-GRJ |
| 354. | 93305 | Sollars, Jared | Robinson Calcagnie, Inc. | 7:20-cv-50966-MCR-GRJ |
| 355. | 127511 | Theobald, Ryan | Robinson Calcagnie, Inc. | 7:20-cv-51687-MCR-GRJ |
| 356. | 93718 | Binney, John | Rogers, Patrick, Westbrook & Brickman, LLC | 7:20-cv-72543-MCR-GRJ |
| 357. | 93775 | Chee, Marvin | Rogers, Patrick, Westbrook & Brickman, LLC | 7:20-cv-72717-MCR-GRJ |
| 358. | 93844 | Esquivel, Lee Roy | Rogers, Patrick, Westbrook & Brickman, LLC | 7:20-cv-73047-MCR-GRJ |
| 359. | 18274 | Bobbe, Shawn | Saltz, Mongeluzzi, Barrett & Bendesky, P.C. | 7:20-cv-42194-MCR-GRJ |
| 360. | 81707 | Greening, Angela | Seeger Weiss LLP | 7:20-cv-16227-MCR-GRJ |
| 361. | 81926 | Hinson, Casey | Seeger Weiss LLP | 7:20-cv-16701-MCR-GRJ |
| 362. | 82113 | Engel, Daniel | Seeger Weiss LLP | 7:20-cv-17043-MCR-GRJ |
| 363. | 82379 | Killian, Frederick | Seeger Weiss LLP | 7:20-cv-16899-MCR-GRJ |
| 364. | 82444 | Crittenden, Ilon | Seeger Weiss LLP | 7:20-cv-17260-MCR-GRJ |
| 365. | 82560 | Detten, Jason | Seeger Weiss LLP | 7:20-cv-18046-MCR-GRJ |
| 366. | 82626 | Walton, Jeremiah | Seeger Weiss LLP | 7:20-cv-18143-MCR-GRJ |
| 367. | 82661 | Juarez, Jimmie | Seeger Weiss LLP | 7:20-cv-18332-MCR-GRJ |
| 368. | 82725 | Moore, Johnathan | Seeger Weiss LLP | 7:20-cv-18375-MCR-GRJ |
| 369. | 82997 | Hammond, Luke | Seeger Weiss LLP | 7:20-cv-17824-MCR-GRJ |
| 370. | 83199 | Rosales, Neil | Seeger Weiss LLP | 7:20-cv-18790-MCR-GRJ |
| 371. | 83229 | Allen, Patrick | Seeger Weiss LLP | 7:20-cv-18848-MCR-GRJ |
| 372. | 83579 | Bradley, Ted | Seeger Weiss LLP | 7:20-cv-17104-MCR-GRJ |
| 373. | 83614 | Radford, Thomas | Seeger Weiss LLP | 7:20-cv-17222-MCR-GRJ |
| 374. | 83731 | Douglas, William | Seeger Weiss LLP | 7:20-cv-17587-MCR-GRJ |
| 375. | 83732 | Elger, William | Seeger Weiss LLP | 7:20-cv-17588-MCR-GRJ |
| 376. | 83969 | Bagwell, Dustin | Shlosman Law Firm | 8:20-cv-34036-MCR-GRJ |
| 377. | 81316 | Fay, Brian L. | Shunnarah Vail Trial Attorneys, P.C. | 8:20-cv-16535-MCR-GRJ |
| 378. | 81470 | Vail, Heath B. | Shunnarah Vail Trial Attorneys, P.C. | 8:20-cv-17858-MCR-GRJ |
| 379. | 81483 | Whitebird, Colin | Shunnarah Vail Trial Attorneys, P.C. | 8:20-cv-17939-MCR-GRJ |
| 380. | 16077 | Vogt, David | Simmons Hanly Conroy | 7:20-cv-66528-MCR-GRJ |
| 381. | 16095 | Bowie, Marquette | Simmons Hanly Conroy | 7:20-cv-66592-MCR-GRJ |
| 382. | 16105 | Franklin, Eddie | Simmons Hanly Conroy | 7:20-cv-66635-MCR-GRJ |
| 383. | 16177 | Barglof, David | Simmons Hanly Conroy | 7:20-cv-49140-MCR-GRJ |
| 384. | 14211 | Polanco, Sara T. | Sommers Schwartz | 8:20-cv-05568-MCR-GRJ |
| 385. | 14232 | Medhanie, Fabion Charles | Sommers Schwartz | 8:20-cv-05659-MCR-GRJ |
| 386. | 6514 | Brachear, Rob | Stueve Siegel Hanson | 7:20-cv-43827-MCR-GRJ |
| 387. | 6727 | Davis, Justin S. | Stueve Siegel Hanson | 7:20-cv-44232-MCR-GRJ |
| 388. | 6955 | Goyings, Ryan | Stueve Siegel Hanson | 7:20-cv-45600-MCR-GRJ |
| 389. | 7068 | HOBAN, THOMAS C | Stueve Siegel Hanson | 7:20-cv-46098-MCR-GRJ |
| 390. | 7225 | King, Jeremy | Stueve Siegel Hanson | 7:20-cv-46701-MCR-GRJ |
| 391. | 7281 | Lavoie, Michael | Stueve Siegel Hanson | 7:20-cv-46855-MCR-GRJ |
| 392. | 7460 | Medina, Hector | Stueve Siegel Hanson | 7:20-cv-47037-MCR-GRJ |
| 393. | 7505 | Moreau, Gordon | Stueve Siegel Hanson | 7:20-cv-47092-MCR-GRJ |
| 394. | 7510 | Morgan, Christopher D. | Stueve Siegel Hanson | 7:20-cv-47097-MCR-GRJ |
| 395. | 7589 | Ozment, Joshua | Stueve Siegel Hanson | 7:20-cv-47155-MCR-GRJ |
| 396. | 7668 | Pooler, Thadd | Stueve Siegel Hanson | 7:20-cv-47213-MCR-GRJ |
| 397. | 7964 | Tamam, Ahmed | Stueve Siegel Hanson | 7:20-cv-48133-MCR-GRJ |
| 398. | 49422 | Mingee, Mark | Sullivan Papain Block McGrath Coffinas & Cannavo | 3:19-cv-02331-MCR-GRJ |

| Row | Plaintiff ID | Plaintiff Name | Law Firm Name | Active Docket Case Number |
|---|---|---|---|---|
| 399. | 97035 | Schofield, Christopher Edward | Taylor Martino, P.C. | 7:20-cv-68034-MCR-GRJ |
| 400. | 164622 | Austin, Kevin | The Carlson Law Firm | 7:20-cv-88546-MCR-GRJ |
| 401. | 14265 | Tate, Stuart | The Cochran Firm - Dothan | 8:20-cv-16907-MCR-GRJ |
| 402. | 127989 | Breter, Craig Michael | The DiLorenzo Law Firm, LLC | 8:20-cv-20305-MCR-GRJ |
| 403. | 128402 | CAMPBELL, MAYNARD | The DiLorenzo Law Firm, LLC | 8:20-cv-17889-MCR-GRJ |
| 404. | 47554 | OROSCO, RAYMOND | The Gori Law Firm, P.C. | 7:20-cv-08009-MCR-GRJ |
| 405. | 47563 | RICKERT-SMITH, ANGELICA | The Gori Law Firm, P.C. | 7:20-cv-08018-MCR-GRJ |
| 406. | 47783 | DUNHAM, JOSEPH A. | The Gori Law Firm, P.C. | 7:20-cv-08172-MCR-GRJ |
| 407. | 47899 | HENDERSON, ZACHARY | The Gori Law Firm, P.C. | 7:20-cv-08339-MCR-GRJ |
| 408. | 55379 | Gillespie, Sean | The Gori Law Firm, P.C. | 7:20-cv-05996-MCR-GRJ |
| 409. | 55521 | Beyah, Mahasin | The Gori Law Firm, P.C. | 7:20-cv-06337-MCR-GRJ |
| 410. | 55539 | Eide, Marvin | The Gori Law Firm, P.C. | 7:20-cv-06381-MCR-GRJ |
| 411. | 55555 | MCLAUGHLIN, SEAN | The Gori Law Firm, P.C. | 7:20-cv-06395-MCR-GRJ |
| 412. | 55715 | Tondre, Gary W. | The Gori Law Firm, P.C. | 7:20-cv-06371-MCR-GRJ |
| 413. | 55738 | EAGLE, REMI BALD | The Gori Law Firm, P.C. | 7:20-cv-06507-MCR-GRJ |
| 414. | 55776 | STAPLES, MATTHEW J | The Gori Law Firm, P.C. | 7:20-cv-06595-MCR-GRJ |
| 415. | 55823 | BEAVERS, DANIEL | The Gori Law Firm, P.C. | 7:20-cv-06765-MCR-GRJ |
| 416. | 55935 | CUMMINGS, BROOK | The Gori Law Firm, P.C. | 7:20-cv-06887-MCR-GRJ |
| 417. | 55949 | BAGGETT, STACEY S | The Gori Law Firm, P.C. | 7:20-cv-06896-MCR-GRJ |
| 418. | 55953 | MITCHELL, WAYNE R | The Gori Law Firm, P.C. | 7:20-cv-71173-MCR-GRJ |
| 419. | 55978 | LEWIS, CARL | The Gori Law Firm, P.C. | 7:20-cv-06899-MCR-GRJ |
| 420. | 55981 | LACHAPPELLE, RONNIE | The Gori Law Firm, P.C. | 7:20-cv-06901-MCR-GRJ |
| 421. | 56088 | RACKO, PATRICK C | The Gori Law Firm, P.C. | 7:20-cv-06973-MCR-GRJ |
| 422. | 56263 | JEFFREY, RONNIE B. | The Gori Law Firm, P.C. | 7:20-cv-07492-MCR-GRJ |
| 423. | 56279 | Gadsden, Dwayne | The Gori Law Firm, P.C. | 7:20-cv-07237-MCR-GRJ |
| 424. | 56354 | Gutierrez, David | The Gori Law Firm, P.C. | 7:20-cv-07379-MCR-GRJ |
| 425. | 56366 | OLSON, JEREMY | The Gori Law Firm, P.C. | 7:20-cv-07403-MCR-GRJ |
| 426. | 56382 | SMITH, ROBERT L. | The Gori Law Firm, P.C. | 7:20-cv-07486-MCR-GRJ |
| 427. | 57185 | Williams, Randall W. | The Gori Law Firm, P.C. | 7:20-cv-10451-MCR-GRJ |
| 428. | 57372 | CARNEY, LAVETA | The Gori Law Firm, P.C. | 8:20-cv-27165-MCR-GRJ |
| 429. | 57467 | Toulon, Rama | The Gori Law Firm, P.C. | 7:20-cv-10791-MCR-GRJ |
| 430. | 57629 | BHALLA, REETI | The Gori Law Firm, P.C. | 7:20-cv-10833-MCR-GRJ |
| 431. | 57709 | Berns, Christopher | The Gori Law Firm, P.C. | 7:20-cv-10965-MCR-GRJ |
| 432. | 57873 | NUNEZ, JORGE | The Gori Law Firm, P.C. | 7:20-cv-11126-MCR-GRJ |
| 433. | 58090 | Bishop, Zachary E. | The Gori Law Firm, P.C. | 7:20-cv-09899-MCR-GRJ |
| 434. | 58237 | GOODMAN, CHRISTOPHER | The Gori Law Firm, P.C. | 7:20-cv-10149-MCR-GRJ |
| 435. | 58354 | DelDeo, Kenneth E. | The Gori Law Firm, P.C. | 7:20-cv-10030-MCR-GRJ |
| 436. | 58428 | KLEIN, JIMMY | The Gori Law Firm, P.C. | 7:20-cv-10094-MCR-GRJ |
| 437. | 58486 | McFadden, Kieran | The Gori Law Firm, P.C. | 7:20-cv-11443-MCR-GRJ |
| 438. | 58696 | FILES, JEREMY | The Gori Law Firm, P.C. | 7:20-cv-10869-MCR-GRJ |
| 439. | 58855 | McDonald, Andrew William | The Gori Law Firm, P.C. | 7:20-cv-11300-MCR-GRJ |
| 440. | 59263 | BROWN, ANTHONY R | The Gori Law Firm, P.C. | 7:20-cv-11102-MCR-GRJ |
| 441. | 59322 | STEVENS, TRACY | The Gori Law Firm, P.C. | 7:20-cv-08558-MCR-GRJ |
| 442. | 59474 | SCHRECKENGOST, JOSHUA G | The Gori Law Firm, P.C. | 7:20-cv-08935-MCR-GRJ |
| 443. | 59477 | Ward, Brian | The Gori Law Firm, P.C. | 7:20-cv-08936-MCR-GRJ |
| 444. | 48727 | Hernandez, Leonel | The Lanier Law Firm | 7:20-cv-04391-MCR-GRJ |
| 445. | 48832 | SEVILLA, RYAN | The Lanier Law Firm | 7:20-cv-04513-MCR-GRJ |
| 446. | 48882 | Brazell, Robert | The Lanier Law Firm | 7:20-cv-04593-MCR-GRJ |
| 447. | 48938 | Wilcox, John | The Lanier Law Firm | 7:20-cv-04677-MCR-GRJ |
| 448. | 59909 | LATOWSKI, DENNIS | The Law Office of L. Paul Mankin | 8:20-cv-33526-MCR-GRJ |
| 449. | 48521 | Wayne, James | The Moody Law Firm | 7:20-cv-44217-MCR-GRJ |
| 450. | 48591 | HUNTER, MOSES J. | The Moody Law Firm | 7:20-cv-44365-MCR-GRJ |
| 451. | 96595 | Barthelemy, Troy | The Murray Law Firm | 8:20-cv-35873-MCR-GRJ |
| 452. | 96856 | Vantrease, Joseph Thomas | The Murray Law Firm | 8:20-cv-30576-MCR-GRJ |
| 453. | 49507 | Murchison, Octavia | The Spencer Law Firm | 7:20-cv-96389-MCR-GRJ |
| 454. | 49510 | Sanders, Gary | The Spencer Law Firm | 7:20-cv-96392-MCR-GRJ |
| 455. | 4967 | Rollins, James | Thornton Law Firm | 7:20-cv-00328-MCR-GRJ |
| 456. | 145292 | Milledge, James | Tim Farris Law Firm, P.L.L.C. | 8:20-cv-05465-MCR-GRJ |
| 457. | 19526 | Barnes, Stephen | Tracey & Fox Law Firm | 7:20-cv-84303-MCR-GRJ |
| 458. | 19847 | Braden, Bobbi | Tracey & Fox Law Firm | 7:20-cv-85660-MCR-GRJ |
| 459. | 20048 | Burns, Benjamin R. | Tracey & Fox Law Firm | 7:20-cv-86068-MCR-GRJ |
| 460. | 20254 | Chafin, Charles D. | Tracey & Fox Law Firm | 7:20-cv-88003-MCR-GRJ |
| 461. | 20283 | Chavez, Rick | Tracey & Fox Law Firm | 7:20-cv-88312-MCR-GRJ |
| 462. | 20450 | COONS, SHERRI L. | Tracey & Fox Law Firm | 7:20-cv-88665-MCR-GRJ |
| 463. | 20521 | Craig, Jack | Tracey & Fox Law Firm | 7:20-cv-89249-MCR-GRJ |
| 464. | 20847 | Dodge, Timothy L. | Tracey & Fox Law Firm | 7:20-cv-90401-MCR-GRJ |
| 465. | 21258 | Forrester, Randal | Tracey & Fox Law Firm | 7:20-cv-93326-MCR-GRJ |

| Row | Plaintiff ID | Plaintiff Name | Law Firm Name | Active Docket Case Number |
|---|---|---|---|---|
| 466. | 21331 | Fuller, Kevin D | Tracey & Fox Law Firm | 7:20-cv-93596-MCR-GRJ |
| 467. | 21386 | Garcia Martinez, Carlos X. | Tracey & Fox Law Firm | 7:20-cv-93848-MCR-GRJ |
| 468. | 21724 | Hage, Damien | Tracey & Fox Law Firm | 7:20-cv-94286-MCR-GRJ |
| 469. | 21965 | Henson, Leeanna | Tracey & Fox Law Firm | 7:20-cv-94097-MCR-GRJ |
| 470. | 22194 | Hulett, Ricard A | Tracey & Fox Law Firm | 7:20-cv-86391-MCR-GRJ |
| 471. | 22226 | Hurst, Luke | Tracey & Fox Law Firm | 7:20-cv-86448-MCR-GRJ |
| 472. | 22308 | James, Melvin | Tracey & Fox Law Firm | 7:20-cv-86874-MCR-GRJ |
| 473. | 22345 | Jessie, Jerry J. | Tracey & Fox Law Firm | 7:20-cv-87333-MCR-GRJ |
| 474. | 22598 | Kinder, Andrew | Tracey & Fox Law Firm | 7:20-cv-87861-MCR-GRJ |
| 475. | 23202 | Maxwell, Michael | Tracey & Fox Law Firm | 7:20-cv-90012-MCR-GRJ |
| 476. | 23356 | Meadows, Cameron P. | Tracey & Fox Law Firm | 7:20-cv-90359-MCR-GRJ |
| 477. | 23707 | Nance, Kendrick | Tracey & Fox Law Firm | 7:20-cv-91107-MCR-GRJ |
| 478. | 23991 | Pasion, Jay E | Tracey & Fox Law Firm | 7:20-cv-92033-MCR-GRJ |
| 479. | 24094 | Perry, Dusty | Tracey & Fox Law Firm | 7:20-cv-92209-MCR-GRJ |
| 480. | 24605 | Rodgers, Charles K. | Tracey & Fox Law Firm | 7:20-cv-92133-MCR-GRJ |
| 481. | 24630 | Rodriguez, Octavio | Tracey & Fox Law Firm | 7:20-cv-92188-MCR-GRJ |
| 482. | 24763 | Sabey, Scott | Tracey & Fox Law Firm | 7:20-cv-92523-MCR-GRJ |
| 483. | 25638 | Tucker, Duwayne | Tracey & Fox Law Firm | 7:20-cv-94496-MCR-GRJ |
| 484. | 25696 | Van Orman, James | Tracey & Fox Law Firm | 7:20-cv-94693-MCR-GRJ |
| 485. | 25789 | Vogel, Joshuah | Tracey & Fox Law Firm | 7:20-cv-95553-MCR-GRJ |
| 486. | 25878 | Washington, Gregory L. | Tracey & Fox Law Firm | 7:20-cv-96442-MCR-GRJ |
| 487. | 26042 | Wilbanks, Cletis L | Tracey & Fox Law Firm | 7:20-cv-97387-MCR-GRJ |
| 488. | 95438 | Galimore, Steven Louis | Wagstaff & Cartmell, LLP | 7:20-cv-21684-MCR-GRJ |
| 489. | 95488 | Wright, Jerome Steven | Wagstaff & Cartmell, LLP | 7:20-cv-22408-MCR-GRJ |
| 490. | 95561 | Murphy, Gregory B. | Wagstaff & Cartmell, LLP | 7:20-cv-22497-MCR-GRJ |
| 491. | 95639 | Kruse, Christopher L | Wagstaff & Cartmell, LLP | 7:20-cv-22780-MCR-GRJ |
| 492. | 95674 | Musselman, Barry James | Wagstaff & Cartmell, LLP | 7:20-cv-22842-MCR-GRJ |
| 493. | 95895 | Trombley, Christopher | Wagstaff & Cartmell, LLP | 7:20-cv-33113-MCR-GRJ |
| 494. | 96334 | Frydrych, Thomas Joseph | Wagstaff & Cartmell, LLP | 7:20-cv-36391-MCR-GRJ |
| 495. | 96376 | Soto, Angel L | Wagstaff & Cartmell, LLP | 7:20-cv-36424-MCR-GRJ |
| 496. | 96441 | Wathey Colon, Harold A. | Wagstaff & Cartmell, LLP | 7:20-cv-28637-MCR-GRJ |
| 497. | 88026 | Blackall, Douglas D | Weitz & Luxenberg | 7:20-cv-19116-MCR-GRJ |
| 498. | 118685 | Harrison, Jarrod M | Weitz & Luxenberg | 7:20-cv-27060-MCR-GRJ |
| 499. | 122156 | Pettit, John | Weitz & Luxenberg | 7:20-cv-29480-MCR-GRJ |
| 500. | 5065 | Dougherty, Thomas | Wilson Law, P.A. | 7:20-cv-43042-MCR-GRJ |