UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | MDL No. 15-2666 (JNE/DTS) ORDER |

This Document Relates to All Actions

The Court has received Defendants' request to appoint Benjamin Hulse and Mary Young as Defendants' Co-Lead Counsel. The Court grants the request, appoints them as Defendants' Co-Lead Counsel, and amends Defendants' Leadership Structure in the Order Regarding MDL Leadership Structure [Docket No. 21] to state:

**Defendants' Co-Lead Counsel**

| | |
|---|---|
| Benjamin Hulse<br>Norton Rose Fulbright US LLP<br>60 South Sixth Street, Suite 3100<br>Minneapolis, Minnesota 55402<br>(612) 321-2800<br>ben.hulse@nortonrosefulbright.com | Mary Young<br>Norton Rose Fulbright US LLP<br>60 South Sixth Street, Suite 3100<br>Minneapolis, Minnesota 55402<br>(612) 321-2800<br>mary.young@nortonrosefulbright.com |

These appointments are of a personal nature. Accordingly, the above appointees cannot be substituted by other attorneys, including members of the appointees' law firm, except with prior approval of the Court.

IT IS SO ORDERED.

Dated: December 28, 2022

s/Joan N. Ericksen
JOAN N. ERICKSEN
United States District Judge