# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | MDL No. 15-2666 (JNE/DTS) |
| This Document Relates to:<br>All Cases Filed by David W. Hodges | **NOTICE OF CHANGE OF ADDRESS** |

TO THE CLERK OF COURT and all parties of records:

Please take notice that the address of Hodges & Foty, LLP has changed. The firm's new address is as follows:

HODGES & FOTY, LLP
2 Greenway Plaza, Suite 250
Houston, TX 77046
Telephone: (713) 523-0001
Facsimile: (713) 523-1116

All further pleadings and correspondence in this action should reflect this change.

Date: January 12, 2023                             Respectfully submitted,

                                                   HODGES & FOTY, LLP

                                                   *s/David W. Hodges*
                                                   David W. Hodges
                                                   dhodges@hftrialfirm.com
                                                   2 Greenway Plaza, Ste 250
                                                   Houston, TX 77046
                                                   Telephone: (713) 523-0001
                                                   Facsimile: (713) 523-1116

                                                   ATTORNEYS FOR PLAINTIFFS

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 12, 2023, I electronically filed the foregoing document with the Clerk of Court using the Court's CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

/s/ David W. Hodges
David W. Hodges