# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: Bair Hugger Forced Air Warming Devices Product Liability Litigation | COURT MINUTES - CIVIL<br>BEFORE: JOAN N. ERICKSEN<br>U.S. District Judge |

| | |
|---|---|
| Case No: | 15-md-2666 (JNE/DTS) |
| Date: | February 10, 2023 |
| Courthouse: | Minneapolis |
| Courtroom: | Judge's Chambers |
| Time Commenced: | 9:30 AM |
| Time Concluded: | 10:40 AM |
| Time in Chambers: | 1 hour & 10 minutes |

## Status Conference

APPEARANCES:

Plaintiffs' Co-Lead Counsel:  Michael V. Ciresi, Ben W. Gordon, Jr., Genevieve M. Zimmerman
Defendants' Co-Lead Counsel:  Benjamin W. Hulse, Mary S. Young, Tarik Ismail

PROCEEDINGS:

☒ Status conference held.

s/CBC<br>
Courtroom Deputy