# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: Bair Hugger Forced Air Warming Devices Product Liability Litigation | COURT MINUTES - CIVIL<br>BEFORE: JOAN N. ERICKSEN<br>U.S. District Judge |

Case No:         15-md-2666 (JNE/DTS)
Date:            March 17, 2023
Courthouse:      Minneapolis
Courtroom:       Judge's Chambers
Time Commenced:  9:40 AM
Time Concluded:  11:43 AM
Time in Chambers: 2 hours & 3 minutes

## Status Conference

APPEARANCES:

Plaintiffs' Co-Lead Counsel: Michael V. Ciresi, Ben W. Gordon, Jr., Genevieve M. Zimmerman
Defendants' Co-Lead Counsel: Benjamin W. Hulse, Mary S. Young, Tarik Ismail

PROCEEDINGS:

☒ Status conference held.

s/CBC
Courtroom Deputy