UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | MDL No. 15-2666 (JNE/DTS) ORDER |

This Document Relates to All Actions

The Court held a status conference with Plaintiffs' Co-Lead Counsel and Defendants' Co-Lead Counsel. Based on that status conference, the Court appoints the Honorable James M. Rosenbaum, United States District Judge, retired, as special master for mediation purposes in this multidistrict litigation. The parties shall contact Judge Rosenbaum to schedule any mediation sessions that he deems appropriate. In his discretion, Judge Rosenbaum may communicate ex parte with any party or with the Court. Judge Rosenbaum, as special master, shall be compensated at his usual and customary rate. His compensation shall be apportioned as follows: Plaintiffs – 50%, and Defendants – 50%.

IT IS SO ORDERED.

Dated: March 17, 2023

s/Joan N. Ericksen
JOAN N. ERICKSEN
United States District Judge