# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re Bair Hugger Forced Air Warming Devices Products Liability Litigation | MDL No. 15-2666 (JNE/DTS) |
| This Document Relates To:<br>ALL ACTIONS | **LOCAL RULE 7.1(F)**<br>**CERTIFICATE OF COMPLIANCE** |

I, Michael V. Ciresi, certify that Plaintiffs' Memorandum in Support of Motion to Disqualify Judge Ericksen and Magistrate Judge Schultz complies with the limits of Local Rule 7.1(f) and with the type-size limit of Local Rule 7.1(h).

I further certify that, in preparation of the above document, I used Microsoft Word for Office 365 and that this word-processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above document contains 10,213 words.

Dated: April 11, 2023                         Respectfully submitted,

                                              CIRESI CONLIN L.L.P.

                                              <u>/s/ Michael V. Ciresi</u>
                                              Michael V. Ciresi (MN #0016949)
                                              Jan M. Conlin (MN #0192697)
                                              Michael A. Sacchet (MN #0395817)
                                              225 S. 6th St., Suite 4600
                                              Minneapolis, MN 55402
                                              Phone: (612) 361-8202

                                              *Co-Lead Counsel for Plaintiffs*