# PX1

# UNITED STATES DISTRICT COURT

# District of Minnesota

Honorable Patrick J. Schiltz, Chief Judge | Kate M. Fogarty, Clerk of Court

Search

| Court Information | Case Information | Jurors | Attorneys | Representing Yourself | New Citizens |

Home » Case Information

## MDL Cases

- Baycol
- CenturyLink
- Fluoroquinolone
- Pork Antitrust
- Stryker Rejuvenate

MDL Registration Form:    PDF    MS Word

Related Sites

- Judicial Panel on Multidistrict Litigation
- Disclaimer - All MDLs
- Local Rules
- Pacer
- Court Location and Directions
- Civil ECF Procedures Guide
- Civil ECF User Manual
- Electronic Case Filing Home Page
- MDL FAQs

**Closed MDLs**

- Bair Hugger — 15-md-02666 (JNE/DTS) *(Closed 7/31/2019)*
- Guidant — case number 05-md-1708 (DWF/AJB) *(Closed 7/31/2012)*
- HardiePlank — 12-md-02359 (MJD/LIB) *(Closed 8/31/2018)*
- Levaquin *(Closed 10/5/2017)*
- Life Time Fitness, Inc. — case number 14-md-2564 (JNE/SER) *(Closed 12/1/2015)*
- Medtronic — case number 05-md-1726 (JMR/AJB) *(Closed 12/8/2008)*
- Medtronic-Fidelis — case number 08-md-1905(RHK/JSM) *(Closed 9/22/2011)*
- Mirapex — case number 07-md-01836 (MJD/FLN) *(Closed 8/09/2016)*
- NHL Players' Concussion Injury — case number 14-md-02551 (SRN/BRT) *(Closed 11/01/2019)*
- St. Jude — case number 01-md-1396 (JRT) *(Closed 4/4/2011)*
- SuperValu, Inc *(Closed 3/7/2018)*
- Target — case number 14-MD-2522 (PAM/JJK) *(Closed 7/9/2021)*
- Uponor, Inc. — case number 11-md-2247 (ADM) *(Closed 6/29/2012)*
- Vehicle Tracking — case number 11-md-2249 (DWF/SER) *(Closed 6/28/2013)*
- Viagra — case number 06-md-1724 (PAM) *(Closed 10/26/2011)*
- Wholesale Grocery Products *(Closed)*
- Zurn Pex — case number 08-md-1958 (ADM/AJB) *(Closed 2/27/2013)*

### Sidebar

- Electronic Case Filing
- Log in to ECF Training Database
- Public Access to Court Records (PACER)
- Electronic Filing Tools »
- New Cases
- Transcripts, Court Reporters and Digital Audio Recordings »
- Written Opinions
- Violation Notices
- Sentencing Information
- Criminal Debt
- Statistics
- MDL Cases
- Magazine Fraud Case
- Olmstead Plan

Home | Contact Us | Employment | Glossary of Legal Terms

Privacy Policy