# PX6

```
 1                    UNITED STATES DISTRICT COURT
                         DISTRICT OF MINNESOTA
 2
     -----------------------------------------------------------
 3                                  )
                                    )  File No. 15-MD-2666
 4                                  )        (JNE/DTS)
     In Re: Bair Hugger Forced Air  )
 5   Warming Devices Products       )
     Liability Litigation           )  Minneapolis, Minnesota
 6                                  )  April 26, 2019
                                    )  10:11 a.m.
 7                                  )  DIGITAL RECORDING
                                    )
 8                                  )
     -----------------------------------------------------------
 9

10
                  BEFORE THE HONORABLE DAVID T. SCHULTZ
11           UNITED STATES DISTRICT COURT MAGISTRATE JUDGE
                          (STATUS CONFERENCE)
12

13

14

15

16

17

18

19
        Proceedings recorded by digital recording; transcript
20   produced by computer.

21

22

23

24

25
```

LYNNE KRENZ, RMR, CRR, CRC
651-848-1226

1              MS. ZIMMERMAN:  I just want to make sure that we
2    are aware of kind of how we have scheduling orders, what
3    we're going -- what we're going to do about cases that we're
4    moving forward.
5              THE COURT:  I -- and I think that before -- before
6    you speak, let me say this.
7              Whatever generated that particular judge's
8    question, I can tell you that in my view, unequivocally, any
9    Plaintiff can get a fair hearing and trial against 3M in the
10   District of Minnesota.
11             To the extent that that -- that there is a
12   perception that that might not be the case, you know, I -- I
13   share the Plaintiffs' view that we should do what all is
14   appropriate to make it clear that that is an uninformed
15   opinion.
16             That's not to say that Plaintiffs will always be
17   pleased with every ruling they're going to get.
18             Frankly, you've been battered and bruised over the
19   course of the months that I've been involved in this.  And
20   to the extent that that's me, it's not because I dislike the
21   Plaintiffs or their Counsel.
22             But Mr. Hulse, you want to weigh in?
23             MR. HULSE:  I do not, Your Honor.
24             THE COURT:  Okay.  I will tell you -- well, I
25   probably better not.  Never mind.