# PX7

```
                    UNITED STATES DISTRICT COURT

                       DISTRICT OF MINNESOTA

   ---------------------------------------------------------------
                                   )
                                   )
    In Re: Bair Hugger Forced Air  )  File No. 15-MD-2666
    Warming Devices Products       )  (JNE/FLN)
    Liability Litigation           )
                                   )  November 15, 2018
                                   )  Minneapolis, Minnesota
                                   )  Courtroom 12W
                                   )  9:51 a.m.
                                   )
                                   )
   ---------------------------------------------------------------

           BEFORE THE HONORABLE JOAN N. ERICKSEN
           UNITED STATES DISTRICT COURT JUDGE

           And THE HONORABLE DAVID T. SCHULTZ
           UNITED STATES MAGISTRATE JUDGE

                      (STATUS CONFERENCE)

   APPEARANCES

   FOR THE PLAINTIFFS:
                              MESHBESHER & SPENCE
                              Genevieve M. Zimmerman
                              1616 Park Avenue
                              Minneapolis, MN  55404

                              CIRESI CONLIN
                              Jan Conlin
                              225 South 6th Street
                              Suite 4600
                              Minneapolis, MN

                              KENNEDY HODGES, LLP
                              Gabriel Assaad
                              4409 Montrose Blvd
                              Suite 200
                              Houston, TX 77006

                              KASTER LYNCH FARRAR & BALL, LLP
                              Kyle Farrar
                              1010 Lamar, Suite 1600
                              Houston, TX  77002
```

1    to dismiss it.
2           THE COURT:  Okay.  Would you rather do that?  Or
3    I'll dismiss it right now.
4           MR. HULSE:  And that would be our --
5           THE COURT:  And then you can communicate to your
6    client that the judge did it, that the mean judge did it.
7           MR. DWECK:  I mean we definitely prefer to, you
8    know, have the client be aware of the issue first and get
9    them on board.
10          THE COURT:  The case will be dismissed with
11   prejudice on November 20th.  So that gives you time, right?
12          MR. DWECK:  Yes, Your Honor.  We reached out by a
13   few different means already but hopefully by then we will be
14   able to get in contact with our client.
15          THE COURT:  Okay.  Thanks much.  And, finally, we
16   have Winn v. 3M, 18CV891.  Counsel for Winn, are you on the
17   line?
18          MS. WHITE:  Yes, Your Honor.  This is Caroline
19   White with the Murray law firm for plaintiff Robert Winn.
20          THE COURT:  Okay, Ms. White.  Mr. Hulse?
21          MR. HULSE:  This looks like many of the cases
22   we've seen before, the plaintiff's counsel have attempted to
23   contact their client but have been unable to, and so they're
24   not challenging our motion on the merits.
25          THE COURT:  Ms. White, is that correct?