# PX8

```
 1                    UNITED STATES DISTRICT COURT

 2                       DISTRICT OF MINNESOTA

 3    ---------------------------------------------------------
                                    )
 4                                  )
       In Re: Bair Hugger Forced Air )  File No. 15-MD-2666
 5     Warming Devices Products     )  (JNE/FLN)
       Liability Litigation         )
 6                                  )  October 25, 2017
                                    )  Minneapolis, Minnesota
 7                                  )  Courtroom 12W
                                    )  9:07 a.m.
 8                                  )
      ---------------------------------------------------------
 9
                BEFORE THE HONORABLE JOAN N. ERICKSEN
10                UNITED STATES DISTRICT COURT JUDGE

11              THE HONORABLE FRANKLIN L. NOEL
                UNITED STATES MAGISTRATE JUDGE
12
                THE HONORABLE WILLIAM H. LEARY
13             RAMSEY COUNTY DISTRICT COURT JUDGE

14
                    (MOTIONS HEARING - VOLUME II)
15
      APPEARANCES
16
      FOR THE PLAINTIFFS:
17                              MESHBESHER & SPENCE
                                Genevieve M. Zimmerman
18                              1616 Park Avenue
                                Minneapolis, MN  55404
19
                                LEVIN PAPANTONIO
20                              Ben W. Gordon, Jr.
                                316 S. Baylen Street
21                              Suite 600
                                Pensacola, FL 32502
22
                                CIRESI CONLIN
23                              Michael V. Ciresi
                                Jan Conlin
24                              Michael A. Sacchet
                                225 South 6th Street
25                              Suite 4600
                                Minneapolis, MN
```

MARIA V. WEINBECK, RMR-CRR
(612) 664-5109

```
 1                    P R O C E E D I N G S
 2                         (9:07 a.m.)
 3            THE COURT:  Please be seated.  Mr. Sacchet, we cut
 4   you off yesterday.  Did you have any last thoughts that you
 5   wanted to clear up?
 6            MR. SACCHET:  There is one thought I did want to
 7   clear up.
 8            THE COURT:  Yeah.  I'd be happy to hear from you.
 9   If I had a heart and if I had feelings, I would have felt
10   bad for cutting you off.
11            MR. SACCHET:  Don't worry.  I guess I should
12   clarify your question, though, Your Honor.  With respect to
13   the time, are you just referring to Holford's motion or
14   Borak's motion as well?
15            THE COURT:  I think we're almost done with
16   Holford.
17            MR. SACCHET:  Yeah.  I agree.
18            THE COURT:  What I was wondering is if you had a
19   couple of things you wanted to say about Borak, and I know
20   that Borak is very dependent on Holford, and that comes
21   through, of course, in your memo.  So I don't anticipate
22   that you have too much to say, and if you want a specific
23   number of minutes, I can make up a number.
24            MR. SACCHET:  I was hoping maybe to go 10 minutes
25   on Borak.
```

1       THE COURT: All right.
2       MR. SACCHET: Unless that's extreme.
3       THE COURT: No. Do it.
4       MR. SACCHET: Okay. And I did have a housekeeping
5   matter. I have copies of the decs that we presented
6   yesterday that we would be happy to give the Court. I
7   conferred with my friends on the other side, and they have
8   copies as well.
9       THE COURT: No one is admitting to being your
10  friend.
11      MR. SACCHET: I would hope they would.
12      THE COURT: So, Mr. Blackwell, do you have a
13  similar dec?
14      MR. BLACKWELL: We do, Your Honor.
15      THE COURT: Okay. Would you mind just giving us
16  those a little bit later because we're over -- under whelmed
17  with space up here.
18      MR. SACCHET: I understand. The only matter left
19  with respect to Mr. Albrecht and the under power calculation
20  that was brought up at the end of my presentation yesterday
21  and --
22      THE COURT: Albrecht?
23      MR. SACCHET: Mr. Albrecht opines on the same
24  matter that Professor Holford did with respect to the double
25  power calculation. I wanted to read a quick excerpt from