# PX10

```
 1                    UNITED STATES DISTRICT COURT

 2                        DISTRICT OF MINNESOTA

 3    ---------------------------------------------------------
                                      )
 4                                    )
      Louis Gareis and Lillian        )   VOLUME I
 5    Gareis,                         )
                         Plaintiff,   )   File No. 16-CV-4187
 6     v.                             )   (JNE/FLN)
                                      )
 7    3M Company and Arizant          )   May 15, 2018
      Healthcare, Inc.,               )   Minneapolis, Minnesota
 8                                    )   Courtroom 12W
                         Defendant.   )   9:03 a.m.
 9                                    )
                                      )
10    ---------------------------------------------------------

11              BEFORE THE HONORABLE JOAN N. ERICKSEN
                UNITED STATES DISTRICT COURT JUDGE
12
                      (JURY TRIAL - VOLUME 1)
13
      APPEARANCES
14
      FOR THE PLAINTIFFS:
15                              MESHBESHER & SPENCE
                                Genevieve M. Zimmerman
16                              1616 Park Avenue
                                Minneapolis, MN  55404
17
                                CIRESI CONLIN
18                              Michael Ciresi
                                Jan Conlin
19                              225 South 6th Street
                                Suite 4600
20                              Minneapolis, MN

21                              KASTER LYNCH FARRAR & BALL, LLP
                                Kyle Farrar
22                              1010 Lamar, Suite 1600
                                Houston, TX  77002
23
                                KENNEDY HODGES, LLP
24                              Gabriel Assaad
                                4409 Montrose Blvd
25                              Suite 200
                                Houston, TX 77006
```

MARIA V. WEINBECK, RMR-FCRR
(612) 664-5109

1  Q. Do you have it, sir?
2  A. I do.
3  Q. And have you reviewed that document before?
4  A. I do recall seeing it, yes.
5  Q. And in fact you reviewed it as part of your
6  investigation, didn't you?
7  A. Based on the date, I agree.
8        MR. CIRESI: We offer 1252, Your Honor.
9        MR. BLACKWELL: Objection. Rule 402, Your Honor.
10       THE COURT: Sustained.
11       MR. CIRESI: Your Honor, this is a document that
12  he reviewed during his investigation.
13       THE COURT: The objection is sustained.
14  BY MR. CIRESI:
15  Q. Did you learn at that time that, as you said, the Bair
16  Hugger was contraindicated for aortic cross clamp surgery,
17  correct?
18  A. At some point I learned that, yes. It was one of the
19  official contraindications for the product.
20  Q. And what does a "contraindication" mean?
21  A. A contraindication is a list of uses that you are not
22  supposed to use the product for.
23  Q. And that's because the risk outweighs the benefit,
24  correct?
25  A. That is presumably why it's a contraindication.