# PX15

```
 1                    UNITED STATES DISTRICT COURT
                          DISTRICT OF MINNESOTA
 2
     -----------------------------------------------------------
 3                                    )
                                      )   File No. 15-md-2666
 4    In Re: Bair Hugger Forced Air   )   (JNE/FLN)
      Warming Devices Products        )
 5    Liability Litigation            )   February 18, 2016
                                      )   Minneapolis, Minnesota
 6                                    )   Courtroom 12W
                                      )   9:30 a.m.
 7                                    )
                                      )
 8                                    )
     -----------------------------------------------------------
 9
               BEFORE THE HONORABLE JOAN N. ERICKSEN
10               UNITED STATES DISTRICT COURT JUDGE

11             AND THE HONORABLE FRANKLIN D. NOEL
                 UNITED STATES MAGISTRATE JUDGE
12

13                      (STATUS CONFERENCE)

14   APPEARANCES

15
     For the Plaintiffs:         LEVIN PAPANTONIO
16                               Ben W. Gordon, Jr.
                                 316 S. Baylen Street
17                               Suite 600
                                 Pensacola, FL 32502
18
                                 MESHBESHER & SPENCE
19                               Genevieve M. Zimmerman
                                 1616 Park Avenue
20                               Minneapolis, MN  55404

21                               CIRESI CONLIN
                                 Jan Conlin
22                               225 South 6th Street
                                 Suite 4600
23                               Minneapolis, MN

24
                  (Appearances continued next page)
25
```

MARIA V. WEINBECK, RMR-FCRR
(612) 664-5109

```
 1                    P R O C E E D I N G S
 2                          (9:36 a.m.)
 3                        IN OPEN COURT
 4              THE COURT:  Hello again.  Please be seated,
 5   everybody.  We thought we might have Judge Leary with us
 6   today, but he is unable to attend this morning.  So I've got
 7   a seating chart that I gather was prepared by the lawyers
 8   that were sitting at the table and given to my court
 9   reporter.  Have you all met Maria?
10              Okay.  Holley is one of my law clerks, and she's
11   going to help here.  And presiding with me is Judge Frank
12   Noel, my friend, and we'll be doing the case together.  So
13   if you can't get ahold of me, get ahold of him.  So we're
14   here.
15              Now, what I've got is David Hodges, is that right?
16   That is you?  I just met you when you were coming in.
17              MR. HODGES:  Yes, Your Honor.
18              THE COURT:  And Anne Andrews.
19              MS. ANDREWS:  Good morning, Your Honor.
20              THE COURT:  Good morning, from Florida, right?
21              MS. ANDREWS:  California.
22              THE COURT:  California, darn it.
23              And Jan Conlin from my neighborhood.
24              MS. CONLIN:  Good morning, Your Honor.
25              THE COURT:  Genevieve Zimmerman.
```