# PX16

```
 1                    UNITED STATES DISTRICT COURT

 2                        DISTRICT OF MINNESOTA

 3    ---------------------------------------------------------
                                      )
 4                                    )
      In Re: Bair Hugger Forced Air   ) File No. 15-MD-2666
 5    Warming Devices Products        ) (JNE/FLN)
      Liability Litigation            )
 6                                    ) June 15, 2017
                                      ) Minneapolis, Minnesota
 7                                    ) Courtroom 15
                                      ) 9:45 a.m.
 8                                    )
                                      )
 9    ---------------------------------------------------------

10            BEFORE THE HONORABLE JOAN N. ERICKSEN
                UNITED STATES DISTRICT COURT JUDGE
11
               THE HONORABLE FRANKLIN L. NOEL
12              UNITED STATES MAGISTRATE JUDGE

13
                        (STATUS CONFERENCE)
14
      APPEARANCES
15
      FOR THE PLAINTIFFS:
16
                              LEVIN PAPANTONIO
17                            Ben W. Gordon, Jr.
                              316 S. Baylen Street
18                            Suite 600
                              Pensacola, FL 32502
19
                              CIRESI CONLIN
20                            Jan Conlin
                              Michael A. Sacchet
21                            225 South 6th Street
                              Suite 4600
22                            Minneapolis, MN

23
                  (Appearances continued next page)
24

25
```

MARIA V. WEINBECK, RMR-FCRR
(612) 664-5109

```
 1                    P R O C E E D I N G S
 2                         (9:44 a.m.)
 3             THE COURT:  Mr. Blackwell, I thought you were
 4   saying the pledge of allegiance.  Often when I'm in this
 5   courtroom, it's because I'm doing a Naturalization.
 6             MR. BLACKWELL:  Who knows what will be said by the
 7   end, Your Honor.
 8             I wanted to introduce the Court to our summer
 9   associate who is here Khansaa Nadeem, who is a first year
10   student at the University of Minnesota, and I invited her to
11   come to see how justice is dispensed.
12             THE COURT:  So you'll be going down to the ninth
13   floor later?  You know we have someone, you have someone,
14   don't you?
15             MAGISTRATE JUDGE NOEL:  Yes, I have both of my law
16   clerks because my senior law clerk Carrie is leaving us at
17   the end of the summer, and Chad will be filling in her
18   shoes.  And in between the two of them is Maxim Hoes, who is
19   a lawyer from the Netherlands, who is a judicial observer at
20   the University of Minnesota and has been working in my
21   chambers all semester, so.
22             THE COURT:  So do you two University of Minnesota
23   people know each other?
24             (Off the record discussion between the students.)
25             THE COURT:  Oh, wait a second.  We're not quite
```

```
 1   ready for you --
 2            MR. COFFIN:  One of them is an LLM student, so it
 3   doesn't seem fair, same group.
 4            THE COURT:  Amy, our person, there you are.  Amy,
 5   if you don't want to sit so far back.  My intern, also at
 6   the University of Minnesota.
 7            MAGISTRATE JUDGE NOEL:  Okay.
 8            THE COURT:  All right.  Now, let's get
 9   appearances, and I've been informed that there is someone on
10   the phone perhaps that wants to make a statement.
11   Mr. Gordon, do you want to go ahead?
12            MR. GORDON:  Your Honor, that may or may not be
13   necessary.  It kind of depends on you.  There are a couple
14   of lawyers on the phone who may be, I believe, will be,
15   their cases may be the subject of some of the motions to
16   dismiss that Mr. Hulse, I believe, may argue.  And if the
17   Court entertains those motions, well, let me say, first,
18   I'll be prepared to make some general comments, but those
19   lawyers before their cases potentially get dismissed, I
20   think would like to be heard as well, Your Honor.
21            THE COURT:  Would that be the lawyer for Fraley,
22   Wilburn?
23            MR. GORDON:  Yes, Your Honor.
24            THE COURT:  DePriest?
25            MR. GORDON:  Yes, Your Honor.
```