# PX17

```
 1                       UNITED STATES DISTRICT COURT

 2                          DISTRICT OF MINNESOTA

 3   ----------------------------------------------------------
                                    )
 4                                  )
      In Re: Bair Hugger Forced Air )   File No. 15-MD-2666
 5    Warming Devices Products      )   (JNE/FLN)
      Liability Litigation          )
 6                                  )   October 24, 2017
                                    )   Minneapolis, Minnesota
 7                                  )   Courtroom 12W
                                    )   9:04 a.m.
 8                                  )
                                    )
 9   ----------------------------------------------------------

10              BEFORE THE HONORABLE JOAN N. ERICKSEN
                 UNITED STATES DISTRICT COURT JUDGE
11
                 THE HONORABLE FRANKLIN L. NOEL
12               UNITED STATES MAGISTRATE JUDGE

13               THE HONORABLE WILLIAM H. LEARY
                 RAMSEY COUNTY DISTRICT COURT JUDGE
14

15                    (MOTIONS HEARING- VOLUME I)

16   APPEARANCES

17   FOR THE PLAINTIFFS:
                              MESHBESHER & SPENCE
18                            Genevieve M. Zimmerman
                              1616 Park Avenue
19                            Minneapolis, MN  55404

20                            LEVIN PAPANTONIO
                              Ben W. Gordon, Jr.
21                            316 S. Baylen Street
                              Suite 600
22                            Pensacola, FL 32502

23                            CIRESI CONLIN
                              Michael V. Ciresi
24                            Jan Conlin
                              Michael A. Sacchet
25                            225 South 6th Street
                              Suite 4600
```

MARIA V. WEINBECK, RMR-FCRR
(612) 664-5109

```
 1                        P R O C E E D I N G S
 2        (9:04 a.m.)
 3              THE COURT:  You have to forgive Patrick.  He just
 4   found out this morning that he passed the bar, so we're the
 5   least of his worries.
 6              Welcome.  And let's just get right to it.  Why
 7   don't we start with the opening statements.  Defendant?
 8              JUDGE LEARY:  Judge Ericksen, if I could just
 9   clarify for the record that it is the understanding and the
10   agreement that this is a joint session of the United States
11   District Court as well as Ramsey County District Court
12   Second Judicial District.  If there's any -- if I'm wrong in
13   that regard, somebody needs to speak up.
14              MS. ZIMMERMAN:  No, Your Honor, we agree.
15              MR. BLACKWELL:  Your Honor, you are right in that
16   regard.
17              JUDGE LEARY:  Okay.  Thank you.
18              THE COURT:  And I agree.  Thanks very much.
19   Mr. Blackwell, ready to hear from you.
20              MR. BLACKWELL:  Thank you, Your Honor.
21              Good morning, Your Honors, counsel.  Your Honors,
22   the Seventh Circuit perhaps said it best and as well as *In
23   Re Bausch & Lomb* MDL court, the courtroom is not the forum
24   to advance new scientific theories, noting that "the
25   courtroom is not the place for scientific guesswork, even of
```