# PX18


MINNESOTA JUDICIAL BRANCH

**Lawyer Details**

| | |
|---|---|
| Lawyer ID | 0075358 |
| Last Name | MORRIS |
| First Name | FREDERICK |
| Middle Name | W |
| Address | LEONARD, STREET & DEINARD<br>150 S 5TH ST, STE 2300<br>MINNEAPOLIS, MN  55402 |
| Date Admitted | 09/26/75 |
| Last Payment | 06/24/13 |
| Next Payment Due | 07/01/14 |
| Authorized to Practice Law? | NOT AUTHORIZED |

Additional information related to limited license statuses may be obtained through the Lawyer Registration Website.

| | |
|---|---|
| Current Disciplinary Status | NONE |

Additional information on disciplinary history or statuses may be obtained at Lawyer's Professional Responsibility Board Website.

| | |
|---|---|
| CLE Status | VOLUNTARILY RESTRICTED |
| Fee Status | RETIRED |
| Professional Liability Insurance | Not Applicable |
| Good Standing: | Yes |

<- Back to Lawyer List...