# PX19

LinkedIn   Discover   People   Learning   Jobs    Join now   Sign in

# Frederick Morris

Retired from private legal practice, experienced in complex litigation and jury trials

Minneapolis, Minnesota, United States
128 followers · 129 connections

Leonard, Street and Deinard a/k/a Stinson, Leonard, Street

Georgetown University Law School

Sign in to connect

## About

Fred Morris has appeared as lead counsel for clients in state and federal trial and appellate courts in more than 30 different states. He has extensive experience representing clients in jury trials as lead counsel. In addition, he regularly participates as a faculty member in programs conducted by the National Institute of Trial Advocacy teaching trial skills to other lawyers. He has been inducted into membership in the International Society of Barristers and the American Board of Trial Advocates.

Specialties: Commercial and product liability litigation

## Activity

A beautiful nine-hole course. Some changes since my time at UND. What used to be farm land on the left of number one now has buildings. Trees...

Liked by Frederick Morris

## Experience

**Partner**
Leonard, Street and Deinard a/k/a Stinson, Leonard, Street
Jun 1975 - Dec 2013 · 38 years 7 months
Minneapolis

Practiced for 38 years representing primarily corporate clients in complex product liability and commercial litigation; appeared before the United States Supreme Court, several federal circuit courts of appeal, and state and federal district courts in 36 different states; admitted as a Fellow of the American Board of Trail Advocacy and of the International Society of Barristers.

## Education

**Georgetown University Law School**
J. D.
1971 - 1975

**Yale University**
B.A. · Political Science
1965 - 1969
Activities and Societies: Class Council, Varsity football

## View Frederick's full profile

- See who you know in common
- Get introduced
- Contact Frederick directly

Sign in to view full profile

### People also viewed

**Andrew Walker**
Student at Yale Law School
Allentown, PA

**Blake Shepard**
Attorney at Law at Stinson Leonard Street LLP
Minneapolis, MN

**Larry Baxter**
Past Chief, Elder Rights Bureau at Florida Department of Elder Affairs
Tallahassee, FL

**Chris Beutler**
Mayor at City
Lincoln, NE

**Steven Carfora**
Security Manager at Harrah's Atlantic City, Inc.
Margate City, NJ

**Sara Sastamoinen**
Of Counsel Attorney at Barberi Law
Greater Lansing

**Stacey Tyler**
at Siegel Brill, P.A.
Greater Minneapolis-St. Paul Area

**Richard Pins**
Attorney & Partner at Stinson LLP and Co-chair of Stinson LLP's Labor, Employment and Employee Benefits Practice Group
Minneapolis, MN

**Larry Baxter**
Community HIV volunteer
Halifax, NS

**John S. Brennan**
Partner at Fahey Schultz Burzych Rhodes PLC
Okemos, MI

Show more profiles

### Looking for career advice?
Visit the Career Advice Hub to see tips on accelerating your career.

View Career Advice Hub

### Others named **Frederick Morris**

**Frederick Morris**
Capgemini Global Client Director at Gartner
Greater Paris Metropolitan Region

**Frederick Morris**
Business Development
Orlando, FL

**Frederick Morris**
PRAYING FOR SOULS TO BE SAVE, HEAL, STRENGTHEN, DELIVER, SETFREE AND MADEWHOLE!!! IN JESUS MIGHTY NAME AMEN!!
Chicago, IL

**Frederick Morris**
Director at KPMG Corporate Finance LLC
New York City Metropolitan Area

**Frederick Morris**
Miami-Fort Lauderdale Area

287 others named Frederick Morris are on LinkedIn

See others named **Frederick Morris**

### Add new skills with these courses

- Employer Branding to Attract Talent
- Recognizing Ageism to Be More Inclusive
- Drafting Foundations

See all courses

### Frederick's public profile badge

