**PX20**

