# PX21

**Litigation Analytics Report for Frederick W. Morris**

CASE 0:15-md-02666-JNE-DTS   Doc. 2277-19   Filed 04/11/23   Page 2 of 14

## Overview



© 2023 Thomson Reuters. No claim to original U.S. Government Works.

## Dockets (20)

### 1. Yobs et al v. Wyeth et al

United States District Court, E.D. New York   |   July 11, 2014   |   2:14-CV-04329

Torts & Negligence > Product Liability > Personal Injury (NOS 365)

**Allegations :**   Case removed from the District Court, Fourth Judicial District, Hennepin County, Minnesota. Defendants medical product caused plaintiff to suffer and develop breast cancer. Product: HRT (Hormone Therapy Products)

**Claimed Damages :**   Economic and non-economic damages, plus interest, expenses, fees and costs.

### 2. SCOTT JOHNSON, ETC. v. MEAD JOHNSON & COMPANY, LLC

United States Court of Appeals, Eighth Circuit   |   August 1, 2013   |   13-2681

Torts & Negligence > Product Liability > Personal Injury (NOS 365)

### 3. Asia Sales and Marketing LLC v. Neo-Neon Led USA Holdings Limited

United States District Court, D. Minnesota   |   August 16, 2011   |   0:11-CV-02346

Contracts > Other Contract (NOS 190)

**Allegations :**   Defendant Neo-Neon Led USA Holdings coaxed plaintiff Asia Sales and Marketing to disclose its business secrets and to enter a joint venture agreement by providing the plaintiff with fabricated specifics on LED technology and shipping data, and breached a contract by failing to provide shipments and prepare showrooms for presentations, resulting damages to the plaintiff.

**Claimed Damages :**   Punitive damages, interest and costs.

### 4. ESTHER KIOBEL, INDIVIDUALLY AND ON BEHALF OF HER LATE HUSBAND, DR. BARINEM KIOBEL, ET AL. v. ROYAL DUTCH PETROLEUM CO., ET AL.

Supreme Court of the United States   |   June 13, 2011   |   10-1491

Practice & Procedure > Appeals > Uncategorized

© 2023 Thomson Reuters. No claim to original U.S. Government Works.

5. Johnson v. Mead Johnson & Company, LLC

United States District Court, D. Minnesota | January 28, 2011 | 0:11-CV-00225

Torts & Negligence > Product Liability > Personal Injury (NOS 365)

Health Law > Public Health Emergencies > Uncategorized

**Allegations :**  Removed from the District Court of Benton County, Seventh Judicial District. Mead Johnson & Company manufactured and sold the contaminated infant baby feeding product Efamil PIF, causing an infant to suffer neonatal Enterobacter sakazakii meningitis that resulted in severe brain damage.

**Claimed Damages :**  In excess of $50,000, fees and costs.

6. Rodriguez v. Pfizer Inc et al

United States District Court, E.D. Arkansas | January 4, 2011 | 4:10-CV-02072

Torts & Negligence > Product Liability > Personal Injury (NOS 365)

7. Waugh v. Wyeth et al

United States District Court, E.D. Arkansas | December 6, 2010 | 4:10-CV-01984

Torts & Negligence > Product Liability > Personal Injury (NOS 365)

8. Maury v. Wyeth et al

United States District Court, E.D. Arkansas | November 10, 2010 | 4:10-CV-01602

Torts & Negligence > Product Liability > Personal Injury (NOS 365)

9. Ozark v. ESI Lederle et al

United States District Court, E.D. Arkansas | November 9, 2010 | 4:10-CV-01574

Torts & Negligence > Product Liability > Personal Injury (NOS 365)

© 2023 Thomson Reuters. No claim to original U.S. Government Works.

10. Bannerman v. Wyeth et al

United States District Court, E.D. Arkansas | October 13, 2010 | 4:10-CV-01469

Torts & Negligence > Product Liability > Personal Injury (NOS 365)

11. MCINTIRE et al v. A.W. CHESTERTON CO. et al

United States District Court, E.D. Pennsylvania | October 7, 2010 | 2:10-CV-81513

Torts & Negligence > Product Liability > Asbestos

12. BOWLES v. A.W. CHESTERTON CO. et al

United States District Court, E.D. Pennsylvania | October 7, 2010 | 2:10-CV-81298

Torts & Negligence > Product Liability > Asbestos

13. ROBINSON et al v. A.W. CHESTERTON CO. et al

United States District Court, E.D. Pennsylvania | October 7, 2010 | 2:10-CV-81176

Torts & Negligence > Product Liability > Asbestos

14. CONRAD v. A.W. CHESTERTON CO. et al

United States District Court, E.D. Pennsylvania | October 7, 2010 | 2:10-CV-81756

Torts & Negligence > Product Liability > Asbestos

15. IRELAND et al v. A.W. CHESTERTON CO. et al

United States District Court, E.D. Pennsylvania | October 7, 2010 | 2:10-CV-81831

Torts & Negligence > Product Liability > Asbestos

© 2023 Thomson Reuters. No claim to original U.S. Government Works.

16. WEDEMEYER et al v. A.W. CHESTERTON CO. et al

United States District Court, E.D. Pennsylvania   |   October 7, 2010   |   2:10-CV-81665

Torts & Negligence > Product Liability > Asbestos

17. JACKSON et al v. A.W. CHESTERTON CO. et al

United States District Court, E.D. Pennsylvania   |   October 7, 2010   |   2:10-CV-81942

Torts & Negligence > Product Liability > Asbestos

18. ROSE et al v. A.W. CHESTERTON CO. et al

United States District Court, E.D. Pennsylvania   |   October 7, 2010   |   2:10-CV-81187

Torts & Negligence > Product Liability > Asbestos

19. CATALFO v. A.W. CHESTERTON CO. et al

United States District Court, E.D. Pennsylvania   |   October 7, 2010   |   2:10-CV-81345

Torts & Negligence > Product Liability > Asbestos

20. DRAKE v. A.W. CHESTERTON CO. et al

United States District Court, E.D. Pennsylvania   |   October 7, 2010   |   2:10-CV-81263

Torts & Negligence > Product Liability > Asbestos

© 2023 Thomson Reuters. No claim to original U.S. Government Works.

## Motions & orders (20)

### 1. Stipulated Motion to Dismiss for With Prejudice

⏱ 1 day to rule

🔵 **Granted -** August 21, 2013: The court granted the Stipulated Motion to Dismiss - Proceeding entry: 23

⚪ **Filed By PlaintiffsDefendant -** August 20, 2013: Plaintiffs (CYNTHIA PICKLES, JOHN ROBERT PICKLES), and Defendant (BRISTOL-MYERS SQUIBB) filed a Stipulated Motion to Dismiss for With Prejudice - Proceeding entry: 22

🏃 Request Document

📄 Motion

**Pickles et al v. Wyeth Inc et al**

E.D.Ark.   |   4:08-CV-01799   |   August 22, 2008

📄 Docket

Torts & Negligence > Product Liability > Personal Injury (NOS 365)

---

### 2. Stipulated Motion to Dismiss for With Prejudice

⏱ 1 day to rule

🔵 **Granted -** August 21, 2013: The court granted the Stipulated Motion to Dismiss - Proceeding entry: 22

⚪ **Filed By PlaintiffsDefendantsDefendants -** August 20, 2013: Plaintiffs (JON BOWERS, SHARON BOWERS), Defendants (GALEN LTD), and Defendants (BRISTOL MYERS SQUIBB CO, WARNER CHILCOTT) filed a Stipulated Motion to Dismiss for With Prejudice - Proceeding entry: 21

🏃 Request Document

📄 Motion

**Bowers, et al v. Wyeth Inc, et al**

E.D.Ark.   |   4:05-CV-00101   |   January 28, 2005

📄 Docket

Torts & Negligence > Product Liability > Personal Injury (NOS 365)

---

### 3. Stipulated Motion to Dismiss

⏱ 1 day to rule

🔵 **Granted -** August 21, 2013: The court granted the Stipulated Motion to Dismiss - Proceeding entry: 30

⚪ **Filed By PlaintiffDefendant -** August 20, 2013: Plaintiff (VIRGINIA BARTLETT), and Defendant (BRISTOL-MYERS SQUIBB) filed a Stipulated Motion to Dismiss - Proceeding entry: 29

🏃 Request Document

📄 Motion

**Bartlett v. Wyeth Inc et al**

E.D.Ark.   |   4:08-CV-01782   |   August 21, 2008

📄 Docket

Torts & Negligence > Product Liability > Personal Injury (NOS 365)

© 2023 Thomson Reuters. No claim to original U.S. Government Works.

## 4. Stipulated Motion to Dismiss for With Prejudice

⏱ 1 day to rule

🔵 **Granted -** August 6, 2013: The court granted the Stipulated Motion to Dismiss - Proceeding entry: 12

⚪ **Filed By PlaintiffDefendant -** August 5, 2013: Plaintiff (SHIRLEY VALYOU), and Defendant (BRISTOL-MYERS SQUIBB) filed a Stipulated Motion to Dismiss for With Prejudice - Proceeding entry: 11

🏃 Request Document
📄 Motion

### Valyou v. Bristol-Myers Squibb Company et al

E.D.Ark.   |   4:06-CV-00421   |   April 4, 2006

📄 Docket

Torts & Negligence > Product Liability > Personal Injury (NOS 365)

## 5. Stipulated Motion to Dismiss for With Prejudice

⏱ 1 day to rule

🔵 **Granted -** August 6, 2013: The court granted the Stipulated Motion to Dismiss - Proceeding entry: 25

⚪ **Filed By PlaintiffDefendant -** August 5, 2013: Plaintiff (MARY ANN REARDEN), and Defendant (BRISTOL-MYERS SQUIBB) filed a Stipulated Motion to Dismiss for With Prejudice - Proceeding entry: 24

🏃 Request Document
📄 Motion

### Rearden v. Wyeth et al

E.D.Ark.   |   4:05-CV-01920   |   December 28, 2005

📄 Docket

Torts & Negligence > Product Liability > Personal Injury (NOS 365)

## 6. Stipulated Motion to Dismiss for With Prejudice

⏱ 1 day to rule

🔵 **Granted -** August 6, 2013: The court granted the Stipulated Motion to Dismiss - Proceeding entry: 13

⚪ **Filed By PlaintiffDefendant -** August 5, 2013: Plaintiff (MARY WINSLEY), and Defendant (BRISTOL-MYERS SQUIBB) filed a Stipulated Motion to Dismiss for With Prejudice - Proceeding entry: 12

🏃 Request Document
📄 Motion

### Winsley v. Wyeth et al

E.D.Ark.   |   4:07-CV-00471   |   April 30, 2007

📄 Docket

Torts & Negligence > Product Liability > Personal Injury (NOS 365)

© 2023 Thomson Reuters. No claim to original U.S. Government Works.

## 7. Stipulated Motion to Dismiss for With Prejudice

⏱ 1 day to rule

🔵 **Granted -** August 6, 2013: The court granted the Stipulated Motion to Dismiss - Proceeding entry: 20

⚪ **Filed By PlaintiffDefendant -** August 5, 2013: Plaintiff (CAROL CIGNOTTI), and Defendant (BRISTOL-MYERS SQUIBB) filed a Stipulated Motion to Dismiss for With Prejudice - Proceeding entry: 19

🏃 Request Document

📄 Motion

### Cignotti v. Pharmacia and Upjohn Company LLC et al

E.D.Ark.   |   4:05-CV-01936   |   December 30, 2005

📄 Docket

Torts & Negligence > Product Liability > Personal Injury (NOS 365)

---

## 8. Stipulated Motion to Dismiss

⏱ 1 day to rule

🔵 **Granted -** August 6, 2013: The court granted the Stipulated Motion to Dismiss - Proceeding entry: 14

⚪ **Filed By PlaintiffDefendants -** August 5, 2013: Plaintiff (SHARIE SCHOUWEILER), and Defendants (APOTHECON BV, BRISTOL-MYERS SQUIBB) filed a Stipulated Motion to Dismiss - Proceeding entry: 13

🏃 Request Document

📄 Motion

### Schouweiler v. Pharmacia and Upjohn Company LLC et al

E.D.Ark.   |   4:05-CV-01598   |   October 21, 2005

📄 Docket

Torts & Negligence > Product Liability > Personal Injury (NOS 365)

---

## 9. Stipulated Motion to Dismiss for With Prejudice

⏱ 1 day to rule

🔵 **Granted -** August 6, 2013: The court granted the Stipulated Motion to Dismiss - Proceeding entry: 17

⚪ **Filed By PlaintiffDefendants -** August 5, 2013: Plaintiff (JANICE FALLMAN), and Defendants (APOTHECON BV, BRISTOL-MYERS SQUIBB) filed a Stipulated Motion to Dismiss for With Prejudice - Proceeding entry: 16

🏃 Request Document

📄 Motion

### Fallman v. Wyeth et al

E.D.Ark.   |   4:06-CV-00308   |   March 10, 2006

📄 Docket

Torts & Negligence > Product Liability > Personal Injury (NOS 365)

© 2023 Thomson Reuters. No claim to original U.S. Government Works.

### 10. Stipulated Motion to Dismiss

⏱ 1 day to rule

🔵 **Granted -** August 6, 2013: The court granted the Stipulated Motion to Dismiss - Proceeding entry: 24

⚪ **Filed By PlaintiffDefendant -** August 5, 2013: Plaintiff (CAROLYN GRAVES), and Defendant (BRISTOL-MYERS SQUIBB) filed a Stipulated Motion to Dismiss - Proceeding entry: 23

🏃 Request Document
📄 Motion

**Graves v. Wyeth et al**

E.D.Ark.   |   4:06-CV-00536   |   May 8, 2006

📄 Docket

Torts & Negligence > Product Liability > Personal Injury (NOS 365)

### 11. Stipulated Motion to Dismiss for With Prejudice

⏱ 1 day to rule

🔵 **Granted -** August 6, 2013: The court granted the Stipulated Motion to Dismiss - Proceeding entry: 11

⚪ **Filed By PlaintiffDefendant -** August 5, 2013: Plaintiff (MARGARET CHAVEZ), and Defendant (BRISTOL-MYERS SQUIBB) filed a Stipulated Motion to Dismiss for With Prejudice - Proceeding entry: 10

🏃 Request Document
📄 Motion

**Chavez v. Wyeth et al**

E.D.Ark.   |   4:07-CV-00231   |   March 8, 2007

📄 Docket

Torts & Negligence > Product Liability > Personal Injury (NOS 365)

### 12. Stipulated Motion to Dismiss for With Prejudice

⏱ 1 day to rule

🔵 **Granted -** August 6, 2013: The court granted the Stipulated Motion to Dismiss - Proceeding entry: 13

⚪ **Filed By PlaintiffDefendant -** August 5, 2013: Plaintiff (JUDY ROMEO), and Defendant (BRISTOL-MYERS SQUIBB) filed a Stipulated Motion to Dismiss for With Prejudice - Proceeding entry: 12

🏃 Request Document
📄 Motion

**Romeo v. Wyeth et al**

E.D.Ark.   |   4:07-CV-00556   |   June 5, 2007

📄 Docket

Torts & Negligence > Product Liability > Personal Injury (NOS 365)

© 2023 Thomson Reuters. No claim to original U.S. Government Works.

### 13. Stipulated Motion to Dismiss for With Prejudice

🕐 1 day to rule

🔵 **Granted -** August 6, 2013: The court granted the Stipulated Motion to Dismiss - Proceeding entry: 23

⚪ **Filed By PlaintiffDefendant -** August 5, 2013: Plaintiff (JUDITH A SNOW), and Defendant (BRISTOL-MYERS SQUIBB) filed a Stipulated Motion to Dismiss for With Prejudice - Proceeding entry: 22

🏃 Request Document

📄 Motion

**Snow v. Wyeth et al**

E.D.Ark.   |   4:08-CV-01431   |   August 19, 2008

📄 Docket

Torts & Negligence > Product Liability > Personal Injury (NOS 365)

---

### 14. Stipulated Motion to Dismiss

🕐 3 days to rule

🔵 **Granted -** August 5, 2013: The court granted the Stipulated Motion to Dismiss - Proceeding entry: 51

⚪ **Filed By PlaintiffsDefendants -** August 2, 2013: Plaintiffs (FRANCES COSTA, MICHAEL COSTA INC), and Defendants (APOTHECON BV, BRISTOL-MYERS SQUIBB, MEAD JOHNSON NUTRITION CO) filed a Stipulated Motion to Dismiss - Proceeding entry: 50

🏃 Request Document

📄 Motion

**Costa et al v. Wyeth et al**

E.D.Ark.   |   4:08-CV-01860   |   September 2, 2008

📄 Docket

Torts & Negligence > Product Liability > Personal Injury (NOS 365)

---

### 15. Stipulated Motion to Dismiss

🕐 3 days to rule

🔵 **Granted -** August 5, 2013: The court granted the Stipulated Motion to Dismiss - Proceeding entry: 48

⚪ **Filed By PlaintiffsDefendants -** August 2, 2013: Plaintiffs (JAY MESSERSCHMIDT, PATTI MESSERSCHMIDT), and Defendants (BRISTOL-MYERS SQUIBB, MEAD JOHNSON NUTRITION CO) filed a Stipulated Motion to Dismiss - Proceeding entry: 47

🏃 Request Document

📄 Motion

**Messerschmidt et al v. Wyeth et al**

E.D.Ark.   |   4:08-CV-01766   |   August 21, 2008

📄 Docket

Torts & Negligence > Product Liability > Personal Injury (NOS 365)

© 2023 Thomson Reuters. No claim to original U.S. Government Works.

### 16. Stipulated Motion to Dismiss

⏱ 3 days to rule

🔵 **Granted -** August 5, 2013: The court granted the Stipulated Motion to Dismiss - Proceeding entry: 38

⚪ **Filed By PlaintiffDefendants -** August 2, 2013: Plaintiff (GERALDINE MCDUFFIE), and Defendants (BRISTOL-MYERS SQUIBB, MEAD JOHNSON NUTRITION CO) filed a Stipulated Motion to Dismiss - Proceeding entry: 37

🏃 Request Document
📄 Motion

**McDuffie v. Wyeth et al**

E.D.Ark.   |   4:08-CV-02513   |   September 15, 2008

📄 Docket

Torts & Negligence > Product Liability > Personal Injury (NOS 365)

---

### 17. Stipulated Motion to Dismiss

⏱ 1 day to rule

🔵 **Granted -** June 11, 2013: The court granted the Stipulated Motion to Dismiss - Proceeding entry: 17

⚪ **Filed By Defendant -** June 10, 2013: Defendant (BRISTOL-MYERS SQUIBB) filed a Stipulated Motion to Dismiss - Proceeding entry: 16

🏃 Request Document
📄 Motion

**Mintzer v. Wyeth LLC et al**

E.D.Ark.   |   4:10-CV-01375   |   September 21, 2010

📄 Docket

Torts & Negligence > Product Liability > Personal Injury (NOS 365)

---

### 18. Stipulated Motion to Dismiss

⏱ 1 day to rule

🔵 **Granted -** June 11, 2013: The court granted the Stipulated Motion to Dismiss - Proceeding entry: 16

⚪ **Filed By Defendant -** June 10, 2013: Defendant (BRISTOL-MYERS SQUIBB) filed a Stipulated Motion to Dismiss - Proceeding entry: 15

🏃 Request Document
📄 Motion

**Ozark v. ESI Lederle et al**

E.D.Ark.   |   4:10-CV-01574   |   November 9, 2010

📄 Docket

Torts & Negligence > Product Liability > Personal Injury (NOS 365)

© 2023 Thomson Reuters. No claim to original U.S. Government Works.

### 19. Stipulated Motion to Dismiss for With Prejudice

⏱ 1 day to rule

🔵 **Granted -** June 11, 2013: The court granted the Stipulated Motion to Dismiss - Proceeding entry: 37

⚪ **Filed By Defendant -** June 10, 2013: Defendant (BRISTOL-MYERS SQUIBB) filed a Stipulated Motion to Dismiss for With Prejudice - Proceeding entry: 36

🏃 Request Document

📕 Motion

**Lawrence et al v. Wyeth et al**

E.D.Ark.   |   4:06-CV-01096   |   August 28, 2006

📄 Docket

Torts & Negligence > Product Liability > Personal Injury (NOS 365)

---

### 20. Stipulated Motion to Dismiss

⏱ 1 day to rule

🔵 **Granted -** June 11, 2013: The court granted the Stipulated Motion to Dismiss - Proceeding entry: 7

⚪ **Filed By Defendants -** June 10, 2013: Defendants (BRISTOL-MYERS SQUIBB, WARNER CHILCOTT) filed a Stipulated Motion to Dismiss - Proceeding entry: 6

🏃 Request Document

📕 Motion

**Dansky v. Wyeth et al**

E.D.Ark.   |   4:07-CV-00514   |   May 23, 2007

📄 Docket

Torts & Negligence > Product Liability > Personal Injury (NOS 365)

© 2023 Thomson Reuters. No claim to original U.S. Government Works.

**Position**

Shareholder

**Contact**

**Education**

Georgetown University Law Center, Washington, District of Columbia, United States of America, 1975

J.D.

Yale University, 1969

B.A.

**Admitted**

Minnesota, 1975

Missouri, 1978

District of Columbia, 2001

U.S. District Court Eastern District of Wisconsin

U.S. District Court Western District of Wisconsin

U.S. District Court Western District of Missouri

U.S. District Court District of Minnesota

District of Columbia Court of Appeals

U.S. Court of Appeals 2nd Circuit

U.S. Court of Appeals 5th Circuit

U.S. Court of Appeals 7th Circuit

U.S. Court of Appeals 8th Circuit

U.S. Court of Appeals 11th Circuit

U.S. Supreme Court

U.S. District Court of the District of Columbia

**Areas of practice**

Energy

Product Liability

Agribusiness Litigation

ERISA and Employee Benefits Litigation

This constitutes the most current information Thomson Reuters Westlaw has on record for this listing.

© 2023 Thomson Reuters. No claim to original U.S. Government Works.