# PX23



# Judiciary Financial Disclosure Reports

Search for financial disclosure reports for judicial officers, including bankruptcy, magistrate, and special trial judges. Reports are available for calendar year 2021.

Financial disclosure reports for judicial officers and certain judiciary employees are filed with the Administrative Office of the U.S. Courts in accordance with the requirements of the Ethics in Government Act of 1978, as amended (Act) (5 U.S.C. app. §§ 101-111). The Act requires online public access to financial disclosure reports, including periodic transaction reports filed by judicial officers, including bankruptcy judges, magistrate judges, and special trial judges .

- Get access and search the database

The database includes judges' periodic transaction reports and calendar year 2021 reports that are currently available for release. Reports will be continuously added as they are prepared for release.

## Request Additional Reports

Judges' 2016 to 2020 and judicial employees' 2016 to 2021 financial disclosure reports are also available by submitting a request through the database or by submitting AO-10A by mail or email. Requests for judicial employees' reports are limited to fifteen reports per inquiry. The request must specify name, calendar year, and position of each report requested. If this information is not specified, the request cannot be completed.

Reports are required to be destroyed six years after filing.

## Regulations

Reference the regulations that govern the filing of, and access to, financial disclosure reports by judges and judiciary employees under the Ethics in Government Act of 1978, as amended. The regulations on access are provided in Chapter 5.

## Reporting Instructions

Read the Financial Disclosure Reporting Instructions (pdf) for judicial officers and employees. These instructions govern the preparation and filing of the four separate types of reports - nomination, initial, annual, and final.

