# PX24

https://www.courtlistener.com/person/9327/disclosure/33017/david-t-schultz/   March 29, 2023 at 12:58 PM CDT

# CourtListener

From Free Law Project, a 501(c)(3) non-profit.

About  FAQ  Sign in / Register

Opinions ▾  RECAP Archive  Oral Arguments  Judges  **Financial Disclosures**  ♡ Donate

## Financial Disclosures for J. David T. Schultz

### Download

[ 2016 ]  [ 2017 ]  [ 2018 ]  [ **2019** ]

## Agreements

| Dates | Source | Parties and Terms |
|---|---|---|
| 2017 | Retirement savings plan with Maslon (former employer) | Retirement savings plan with Maslon (former employer) |
| 2017 | Retirement savings plan with Maslon (former employer) | Retirement savings plan with Maslon (former employer) |
| 2017 | Retirement savings plan with Maslon (former employer) | Retirement savings plan with Maslon (former employer) |
| 2017 | Retirement savings plan with Maslon (former employer) | Retirement savings plan with Maslon (former employer) |
| 2017 | Retirement savings plan with Maslon (former employer) | Retirement savings plan with Maslon (former employer) |

## Spousal Income

| Date | Source |
|---|---|
| 2019 | Fairview Health Systems (salary) |
| 2019 | Fairview Health Systems (salary) |
| 2019 | Fairview Health Systems (salary) |
| 2019 | Fairview Health Systems (salary) |
| 2019 | Fairview Health Systems (salary) |

## Investments

| Description | Gross Val. Code | Gross Val. Method | Income Code | Income Type | Trans. Type | Trans. Date | Trans. Value |
|---|---|---|---|---|---|---|---|
| Individual Assets (H) | | | | | | | |
| BMO Harris (cash) (X) | $500,001-1,000,000 (O) | Cash Market (T) | $2,501-5,000 (C) | Interest | | | |
| Hiway Federal Credit Union (cash) (X) | $1-15,000 (J) | Cash Market (T) | $1-1,000 (A) | Interest | | | |
| Tri Enterprises, LLC (approx. 2% interest) (X) | $15,001-50,000 (K) | Book Value (U) | | None | | | |
| IRA #1 (H) | | | | | | | |
| UBS BANK USA DEP ACCT (cash) | $15,001-50,000 (K) | Cash Market (T) | $1-1,000 (A) | Interest | | | |
| ADOBE SYSTEMS INC (DELAWARE) (ADBE) | $15,001-50,000 (K) | Cash Market (T) | | None | Buy (add'l) | 01/11/19 | $1-15,000 (J) |
| ADOBE SYSTEMS INC (DELAWARE) (ADBE) | | | | | Buy (add'l) | 09/24/19 | $1-15,000 (J) |

### Notes

The data in this file was extracted with OCR technology and may contain typos.

- Links to the PDF row (if possible).
- The row may contain a redaction.
- Indicates failed extraction in the cell.

You can read more about financial disclosures at the Guide to Judiciary Policy on Ethics and Judicial Conduct, or the official Filing Instructions for Judicial Officers and Employees.

Please report any security or privacy concerns to security@free.law.

### Search

[Search for judges by name...]

### Support FLP

CourtListener is a project of Free Law Project, a federally-recognized 501(c)(3) non-profit. We rely on donations for our financial security.

Please support our work with a donation.

**Donate Now**