## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

In re Bair Hugger Forced Air Warming
Devices Products Liability Litigation

MDL No. 15-2666 (JNE/DTS)

This Document Relates To:
ALL ACTIONS

**STATEMENT THAT ENTIRE
DOCUMENT IS CONFIDENTIAL
OR IMPRACTICABLE TO REDACT**

Exhibits 11 and 14 to the Declaration of Michael V. Ciresi in support of Plaintiffs'
Motion to Disqualify Judge Ericksen and Magistrate Judge Schultz were filed under seal
pursuant to District of Minnesota Local Rule 5.6 in this matter, because the entire document
is confidential and redaction is impracticable.

Dated: April 11, 2023

Respectfully submitted,

CIRESI CONLIN L.L.P.

/s/ Michael V. Ciresi
Michael V. Ciresi (MN #0016949)
Jan M. Conlin (MN #0192697)
Michael A. Sacchet (MN #0395817)
225 S. 6th St., Suite 4600
Minneapolis, MN 55402
Phone: (612) 361-8202

***Co-Lead Counsel for Plaintiffs***