# PX28

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

1

1      UNITED STATES DISTRICT COURT

2         DISTRICT OF MINNESOTA

3   - - - - - - - - - - - - - - - - - - - - - - - - - -

4   In Re:

5   Bair Hugger Forced Air Warming

6   Products Liability Litigation

7

8   This Document Relates To:

9   All Actions              MDL No. 15-2666 (JNE/FLM)

10  - - - - - - - - - - - - - - - - - - - - - - - - - -

11

12        DEPOSITION OF JOHN P. ABRAHAM, Ph.D.

13             VOLUME I, PAGES 1 - 396

14                  JULY 20, 2017

15

16

17        (The following is the deposition of JOHN P.

18  ABRAHAM, Ph.D., taken pursuant to Notice of Taking

19  Deposition, via videotape, at the offices of Ciresi

20  Conlin L.L.P., 225 South 6th Street, Suite 4600, in

21  the City of Minneapolis, State of Minnesota,

22  commencing at approximately 9:26 o'clock a.m., July

23  20, 2017.)

24

25

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

143

| | | |
|---|---|---|
| 12:37:46 | 1 | side which would cool off the drape.  I didn't account |
| 12:37:50 | 2 | for that cool air heat transfer to the drape, nor did |
| 12:37:55 | 3 | I account for heat from any Bair Hugger air to the |
| 12:37:59 | 4 | drape because it wasn't material to my analysis. |
| 12:38:03 | 5 | Q.  Okay.  Would you agree with me that what was |
| 12:38:13 | 6 | material to your analysis -- Strike that. |
| 12:38:16 | 7 | Did you do the measurements in the OR that |
| 12:38:46 | 8 | account for your geometry? |
| 12:38:49 | 9 | A.  No.  The measurements were sent to me.  I |
| 12:38:53 | 10 | double-checked the width and length of the room, but I |
| 12:38:56 | 11 | did not do other measurements. |
| 12:38:58 | 12 | Q.  How many times did you go visit the OR that |
| 12:39:00 | 13 | you modeled? |
| 12:39:01 | 14 | A.  Once. |
| 12:39:02 | 15 | Q.  And that would have been in 2015? |
| 12:39:04 | 16 | A.  Yes. |
| 12:39:05 | 17 | Q.  Who was there with you? |
| 12:39:09 | 18 | A.  Attorneys, or maybe it was one attorney, I |
| 12:39:11 | 19 | can't recall, from the initial law firm.  There were I |
| 12:39:20 | 20 | believe hired surgeons and nurses who replicated a |
| 12:39:24 | 21 | surgery.  An attorney from 3M, Janell.  Two engineers |
| 12:39:31 | 22 | from 3M.  And Jennifer Wagner and Brian Plourde.  And |
| 12:39:41 | 23 | I think two lighting people. |
| 12:39:44 | 24 | Q.  "Lighting"? |
| 12:39:44 | 25 | A.  Or cam -- camera people. |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

144

| | | | |
|---|---|---|---|
| 12:39:45 | 1 | Q. | Oh, was this filmed? |
| 12:39:48 | 2 | A. | The -- |
| 12:39:49 | 3 | Q. | The experiments? |
| 12:39:50 | 4 | A. | The visualization in the OR? |
| 12:39:52 | 5 | Q. | Yeah. |
| 12:39:52 | 6 | A. | Yes. |
| 12:39:56 | 7 | Q. | Okay. Do you know how much film was taken? |
| 12:39:58 | 8 | A. | I have no idea. |
| 12:39:59 | 9 | Q. | Okay. The two engineers from 3M, do you |
| 12:40:02 | 10 | | know who they are? |
| 12:40:02 | 11 | A. | I know one of them. |
| 12:40:04 | 12 | Q. | Who? |
| 12:40:04 | 13 | A. | Andy Chen. |
| 12:40:06 | 14 | Q. | Who's Andy Chen? |
| 12:40:07 | 15 | A. | An engineer from 3M. |
| 12:40:09 | 16 | Q. | Is that how you know him? Did you know him |
| 12:40:11 | 17 | | before that day? |
| 12:40:12 | 18 | A. | I did know him -- |
| | 19 | Q. | Okay. |
| 12:40:13 | 20 | A. | -- before that day. |
| 12:40:15 | 21 | Q. | How? |
| 12:40:15 | 22 | A. | I think he got his Ph.D. under Sparrow, who |
| 12:40:19 | 23 | | was my doctoral advisor. |
| 12:40:20 | 24 | Q. | Before or after you? |
| 12:40:21 | 25 | A. | After me. |