# PX31

Page 1

IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI

AT INDEPENDENCE

| | |
|---|---|
| KATHERINE O'HAVER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>3M COMPANY, et al.,<br><br>　　　　Defendants.<br>_____ | <br><br><br><br>Case No. 1816-CV30710<br>　　Division 12<br><br><br><br> |
| DOUGLAS TYE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ST. LUKE'S EAST ANESTHESIA<br>SERVICES, P.C., et al.,<br><br>　　　　Defendants.<br>_____ | <br><br><br><br>Case No. 1916-CV00825<br>　　Division 2<br><br><br><br><br> |

CONFIDENTIAL VIDEOTAPED DEPOSITION OF

ANDREW CHEN, Ph.D.

Pages 1 to 163

　　The following is the deposition of ANDREW CHEN, Ph.D., taken on September 22, 2022, commencing at 12:01 p.m., at 60 South Sixth Street, Suite 3100, Minneapolis, Minnesota 55404, before Merilee S. Johnson, Registered Diplomate Reporter, Certified Realtime Reporter, Realtime Systems Administrator, and Notary Public of and for the State of Minnesota.

1   A.   You're saying this report (indicating)?
2   Q.   Yeah.
3   A.   No.
4   Q.   That you're aware of.
5   A.   That I'm aware of, yes.
6   Q.   Okay. So October 17, you and a bunch of
7   people, including John Abraham and Jennifer Wagner,
8   go to Fairview Hospital to do flow visualization
9   tests, correct?
10  A.   Yes.
11  Q.   Okay. Were there any tests performed on
12  that date besides the flow visualization tests?
13  A.   Not by me.
14  Q.   Did you see Dr. Abraham doing anything?
15  A.   I recall seeing he did have a flowmeter, I
16  believe.
17  Q.   A flowmeter. Anything else?
18  A.   That's my recoll- -- I don't know. It was
19  something -- he had a meter in his hand.
20  Q.   Did anyone do any temperature testing?
21  A.   It wasn't me. Perhaps John may have. I
22  don't know.
23  Q.   You don't know one way or the other?
24  A.   No.
25  Q.   Okay. Now, your job was to turn on the

1      Q.   Okay.  And it doesn't include Endle.  Is
2   there a reason why?
3           MR. GORDON:  Object to the form --
4   BY MR. ASSAAD:
5      Q.   If you know.
6           MR. GORDON:  -- foundation.
7      A.   I don't know.
8      Q.   Was he at the October 17, 2015, Fairview
9   OR?
10          MR. GORDON:  Asked and answered.
11     A.   He was not in the OR.  He was at Fairview.
12     Q.   He was outside the OR?
13     A.   Yes.
14     Q.   Why was he outside the OR?
15     A.   I don't know.
16     Q.   And -- how many visits were there in total
17  to the Fairview OR?
18     A.   By me?
19     Q.   Yeah.
20     A.   From what I recall, two.
21     Q.   Two?  Okay.  One before October 15th and
22  one on October 17th, correct?
23     A.   Yes.
24     Q.   Okay. Fairview Southdale knew that 3M
25  planned on performing a study to determine the

1    impact of the Bair Hugger in OR, correct?
2            MR. GORDON:  Objection.  Lack of
3    foundation.
4        A.   I don't know that.
5        Q.   If you go to the email, which you are
6    copied on.  On the email from Maureen Harms on
7    October 10, 2015, to Trudi Trysla and Jeoff Will,
8    and you're also copied as a cc.
9            Do you see that?
10       A.   Yes.
11       Q.   It says on the second -- third paragraph,
12   "At a high level, our objective is to return to the
13   same OR -- I believe it is Room 40 -- to perform an
14   airflow analysis with our forced-air warming
15   blanket.  We have an expert in the operating room
16   airflow who will assist Dave and our other
17   engineer."
18           Did I read that correctly?
19       A.   Yes.
20       Q.   And it says, "Andy with our analysis in the
21   OR."  I didn't finish it.
22       A.   Yeah.
23       Q.   That was a comma.
24           So when it says "Andy," that's you,
25   correct?

1    A.   Yes.

2    Q.   Okay. And so based on this email, Fairview was aware that the purpose of the visit to the OR by 3M was to perform an airflow analysis with 3M's forced-air warming blanket, correct?

6         MR. GORDON:  Object to the form of the question. Lack of foundation.

8    A.   Yes. Now that I see it, yes.

9    Q.   Okay. And, in fact, if you look at the first sentence, it says, "Trudi, thanks so much. 3M truly appreciates all Fairview is doing to facilitate our use of your OR."

13         Did I read that correctly?

14    A.   Yes.

15    Q.   Okay. Do you know who Trudi Trysla is?

16    A.   No.

17    Q.   Have you ever met her?

18    A.   I don't know who she is.

19    Q.   Okay. Do you know why Fairview was chosen?

20         MR. ASSAAD:  If he knows.

21         THE WITNESS:  I don't.

22         (Simultaneous crosstalk.)

23         MR. GORDON:  Well, if he knows outside of anything he might have heard from the attorneys, but...