# PX26
# (Filed Under Seal)

| | |
|---|---|
| **From:** | Will, Jeoff T |
| **To:** | Maureen Harms; Trysla, Trudi N |
| **CC:** | Beard, Bradley J; CarolAnn Ley; Michelle Stevens; Dave Eaton; Andrew Chen; Boyer, Theron E; Plakut, Kathleen; Wager, Jacob C; Paul, Brenda C. |
| **Sent:** | 10/14/2015 8:46:48 PM |
| **Subject:** | [EXTERNAL] RE: 3m visit |

Maureen,
Per our discussion see below details:

1. Your team will have access to OR room #40 at Fairview Southdale on Saturday October 17th starting at 5pm.
2. Come in door 5 (under the covered walkway) near the East Ramp. Once past the security desk take the first left through the double doors. On the right side you will find bunny suits, shoe covers and surgical hats for your entire team. (Dave on your team knows of this area).. There is a standard single door a few steps past the changing area, go through that door and check in the Lionel (The Charge RN) he can get you to room 40. If for some reason Lionel is that at the desk call 952-924-5190 he will answer. If for some reason you have a door issue; security is aware of this project and can assist they are located at the desk when you enter the facility through door 5.
3. Once you are complete please check in with Lionel and let him know you are done. Lionel will initiate a terminal clean of Room 40.
4. I will be out of town over the weekend. In case of an issue you can call Jacob Wager (he will not be working as he is off over the weekend, but is willing to make some phone calls to assist) his number is 320-226-7061.

I hope your test go well.
Thanks,
**Jeoff Will, MBA** | Regional Vice President of Operations, South Region

**Fairview Health Services**
6401 France Ave. South | Suite LL2D | Edina, MN 55318
jwill1@fairview.org | www.fairview.org
Office: 952-924-1384 | Cell: 612-968-6226
Fax 952-924-5382

> **From:** Maureen Harms [mailto:maharms@mmm.com]
> **Sent:** Saturday, October 10, 2015 3:06 PM
> **To:** Trysla, Trudi N; Will, Jeoff T
> **Cc:** Beard, Bradley J; CarolAnn Ley; Michelle Stevens; Dave Eaton; Andrew Chen
> **Subject:** RE: 3m visit
>
> Trudi, thanks so much. 3M truly appreciates all Fairview is doing to facilitate our use of your OR. I will prepare a simple document for your review and have it to you Monday.
> Jeff, I believe you met Dave Eaton when he came to take measurements of the OR. He is away this weekend for a special family event, and asked me if I could reach out to provide you with whatever information you may require to facilitate a return visit.
> At a high level, our objective is to return to the same OR, I believe it is room 40, to perform an airflow analysis with our forced air warming blanket. We have an expert in operating room airflow who will assist Dave and our other engineer, Andy, with the analysis in the OR.
> If you agree we would like to conduct the study next weekend. We are very flexible on time, and need approximately 5 hours for the study. Our airflow expert indicated that after our use of the OR we will need to arrange for a terminal cleaning (if this is the correct term – it is the kind of cleaning you perform at the end of the day in the OR). Of course we will cover all costs associated with our visit, the cleaning, etc.
> We can provide you with any additional information about the airflow study you may require. Let me know the best way and time to connect with you, and if you think next weekend would work for you all.
> Thank you very much for all your assistance.
>
> **3M Science. Applied to Life.™**
> **Maureen A. Harms | Associate General Counsel**
> 3M Health Care Business Group
> 3M Center, Building 220-9E-02 | St. Paul, MN 55144-1000
> Office: 651-733-4879 | Mobile: 651-336-4954
> maharms@mmm.com | www.3M.com
>
> **From:** Trysla, Trudi N [mailto:ttrysla1@Fairview.org]

Confidential – Subject To Protective Order

3MBH02272887

**Sent:** Saturday, October 10, 2015 8:12 AM
**To:** Will, Jeoff T <JWILL1@Fairview.org>
**Cc:** Maureen Harms <maharms@mmm.com>; Beard, Bradley J <BBEARD1@Fairview.org>
**Subject:** [EXTERNAL] 3m visit

Jeoff you are probably aware from the previous visit that there is a need to have 3 m experts use an OR to do some follow up testing. Maureen Harms contacted me to find out the easiest way to facilitate a return visit. I assume that a discussion with you is the easiest way to do so. Thank you again for being willing to do so. I know 3m really appreciates it. Maureen I do think a letter about the use might be s good idea in case we need to demonstrate to jcho or someone else but I don't think it has to be onerous. If you want to create a draft that would be great. Thanks.

```
3M security scanners have not detected any malicious content in this message.

Click here to report this email as spam
```

The information transmitted in this e-mail is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material, including 'protected health information'. If you are not the intended recipient, you are hereby notified that any review, retransmission, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please destroy and delete this message from any computer and contact us immediately by return e-mail.

```
3M security scanners have not detected any malicious content in this message.

Click here to report this email as spam
```

The information transmitted in this e-mail is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material, including 'protected health information'. If you are not the intended recipient, you are hereby notified that any review, retransmission, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please destroy and delete this message from any computer and contact us immediately by return e-mail.

Confidential – Subject To Protective Order                                                                                       3MBH02272888