UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re Bair Hugger Forced Air Warming Devices Products Liability Litigation | MDL No. 15-2666 (JNE/DTS) |
| This Document Relates To: ALL ACTIONS | **(PROPOSED) ORDER GRANTING PLAINTIFFS' MOTION TO DISQUALIFY JUDGE ERICKSEN AND MAGISTRATE JUDGE SCHULTZ** |

Before the Court is Plaintiffs' Motion to Disqualify Judge Ericksen and Magistrate Judge Schultz.

Based on the motion, supporting papers, and any argument presented to this Court, the Court hereby grants Plaintiffs' Motion to Disqualify Judge Ericksen and Magistrate Judge Schultz.

IT IS HEREBY ORDERED that Plaintiffs' motion is granted.

Dated: _____              BY THE COURT

 

_____
HON. _____