# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re Bair Hugger Forced Air Warming Devices Products Liability Litigation | MDL No. 15-2666 (JNE/DTS) |
| This Document Relates To:<br>ALL ACTIONS | **PLAINTIFFS' MOTION FOR REASSIGNMENT OF PLAINTIFFS' MOTION TO DISQUALIFY JUDGE ERICKSEN AND MAGISTRATE JUDGE SCHULTZ** |

Pursuant to this Court's Order for Assignment of Cases, Plaintiffs move this Court for an order reassigning Plaintiffs' Motion to Disqualify Judge Ericksen and Magistrate Judge Schultz to a random, disinterested judge. This motion is based upon the accompanying Memorandum in support of the Motion, as well as the files, records, and proceedings herein.

Dated: April 11, 2023

Respectfully submitted,

CIRESI CONLIN L.L.P.

/s/ Michael V. Ciresi
Michael V. Ciresi (MN #0016949)
Jan M. Conlin (MN #0192697)
Michael A. Sacchet (MN #0395817)
225 S. 6th St., Suite 4600
Minneapolis, MN 55402
Phone: (612) 361-8202

MESHBESHER & SPENCE LTD.

/s/ Genevieve M. Zimmerman
Genevieve M. Zimmerman (MN #330292)

1616 Park Avenue South
Minneapolis, MN 55404
Phone: (612) 339-9121

LEVIN PAPANTONIO, P.A.

/s/ Ben W. Gordon
Ben W. Gordon (Pro Hac Vice)
J. Michael Papantonio (Pro Hac Vice)
316 S. Baylen Street, Suite 600
Pensacola, FL 32502-5996
Phone: (850) 435-7090

*Co-Lead Counsel for Plaintiffs*

PRITZKER HAGEMAN, P.A.

/s/ David J. Szerlag
David J. Szerlag (MN #034476X)
100 University Ave. SE
Minneapolis, MN 55414
Phone: (612) 338-0202

*Liaison Counsel for Plaintiffs*

MCDONALD WORLEY

/s/ Gabriel Assaad
Gabriel Assaad (Pro Hac Vice)
1770 St. James Place, Suite 100
Houston, TX 77056
Phone: (281) 623-1906

FARRAR & BALL, LLP

/s/ Kyle W. Farrar
Kyle W. Farrar (MN #0397942)
1117 Herkimer St.
Houston, TX 77008
Phone: (713) 221-8300

*Counsel for Plaintiffs*