# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re Bair Hugger Forced Air Warming Devices Products Liability Litigation | MDL No. 15-2666 (JNE/DTS) |
| This Document Relates To:<br>ALL ACTIONS | **PLAINTIFFS' NOTICE OF HEARING ON MOTION FOR REASSIGNMENT OF PLAINTIFFS' MOTION TO DISQUALIFY JUDGE ERICKSEN AND MAGISTRATE JUDGE SCHULTZ** |

**PLEASE TAKE NOTICE** that Plaintiffs' Motion for Reassignment of Plaintiffs' Motion to Disqualify Judge Ericksen and Magistrate Judge Schultz is scheduled for hearing before this Honorable Court at a date and time yet to be determined by the Court.

Dated: April 11, 2023

Respectfully submitted,

CIRESI CONLIN L.L.P.

/s/ Michael V. Ciresi
Michael V. Ciresi (MN #0016949)
Jan M. Conlin (MN #0192697)
Michael A. Sacchet (MN #0395817)
225 S. 6th St., Suite 4600
Minneapolis, MN 55402
Phone: (612) 361-8202

*Co-Lead Counsel for Plaintiffs*