UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re Bair Hugger Forced Air Warming Devices Products Liability Litigation | MDL No. 15-2666 (JNE/DTS) |
| This Document Relates To: ALL ACTIONS | **MEET AND CONFER STATEMENT REGARDING PLAINTIFFS' MOTION FOR REASSIGNMENT OF PLAINTIFFS' MOTION TO DISQUALIFY JUDGE ERICKSEN AND MAGISTRATE JUDGE SCHULTZ** |

Counsel for Plaintiffs certifies that they met and conferred with counsel for Defendants regarding this matter on February 10, 2023, and March 17, 2023. Defendants' position on Plaintiffs' Motion is unknown.

Dated: April 11, 2023

Respectfully submitted,

CIRESI CONLIN L.L.P.

/s/ Michael V. Ciresi
Michael V. Ciresi (MN #0016949)
Jan M. Conlin (MN #0192697)
Michael A. Sacchet (MN #0395817)
225 S. 6th St., Suite 4600
Minneapolis, MN 55402
Phone: (612) 361-8202

*Co-Lead Counsel for Plaintiffs*