# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re Bair Hugger Forced Air Warming Devices Products Liability Litigation | MDL No. 15-2666 (JNE/DTS) |
| This Document Relates To: ALL ACTIONS | **(PROPOSED) ORDER GRANTING PLAINTIFFS' MOTION FOR REASSIGNMENT OF PLAINTIFFS' MOTION TO DISQUALIFY JUDGE ERICKSEN AND MAGISTRATE JUDGE SCHULTZ** |

Before the Court is Plaintiffs' Motion for Reassignment of Plaintiffs' Motion to Disqualify Judge Ericksen and Magistrate Judge Schultz.

Based on the motion, supporting papers, and any argument presented to this Court, the Court hereby grants Plaintiffs' Motion for Reassignment of Plaintiffs' Motion to Disqualify Judge Ericksen and Magistrate Judge Schultz.

IT IS HEREBY ORDERED that Plaintiffs' motion is granted. Plaintiffs' Motion to Disqualify Judge Ericksen and Magistrate Judge Schultz is hereby referred to the Clerk's Office for random reassignment to a disinterested judge.

Dated: _____     BY THE COURT

_____
HON. Joan N. Ericksen