UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | MDL No. 15-2666 (JNE/DTS) |
| This Document Relates to: All Actions | |

## RULE 7.1(F) CERTIFICATE OF COMPLIANCE

I, Benjamin W. Hulse, certify that Defendants' Opposition to Plaintiffs' Motion to Disqualify Judge Ericksen and Magistrate Judge Schultz ("Memorandum") complies with the limits of Local Rule 7.1(f) and with the type-size limit of Local Rule 7.1(h).

I further certify that, in preparation of the above document, I used Microsoft Office365, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the Memorandum contains 11,820 words.

Dated:  May 3, 2023

Respectfully submitted,

<u>s/Benjamin W. Hulse</u>
Benjamin W. Hulse (MN #0390952)
Norton Rose Fulbright U.S. L.L.P.
60 South Sixth Street, Suite 3100
Minneapolis, MN 55402
Phone: (612) 321-2800
Email: ben.hulse@nortonrosefulbright.com

*Co-Lead Counsel for Defendants 3M Company and Arizant Healthcare Inc.*