# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Bair Hugger Forced Air Warming Devices Products Liability Litigation | MDL No. 15-2666 (JNE/DTS) |
| This Document Relates to: ALL ACTIONS | |

### DECLARATION OF BENJAMIN HULSE IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO DISQUALIFY JUDGE ERICKSEN AND MAGISTRATE JUDGE SCHULTZ

I, Benjamin W. Hulse, declare, under penalty of perjury:

1. I am one of the attorneys of record for the defendants in this matter and am thoroughly familiar with all of the files, records, and proceedings herein.

2. I am over the age of 18 and suffer from no mental or physical disabilities that would render me incompetent to testify in this matter. I have knowledge of the facts set forth herein, and if called to testify as a witness thereto, could do so competently under oath.

3. This declaration is being filed in support of Defendants' Opposition to Plaintiffs' Motion to Disqualify Judge Ericksen and Magistrate Judge Schultz.

4. On February 23, 2017, 3M made its 34th production in this case. That production included the document bates-stamped 3MBH02272887–88 (attached to Plaintiffs' Motion as PX 26).

2

5. Attached as Defendant's **Exhibit 1** is a true and correct copy of the docket of *William Findling v. Group Health Plan, Inc.*, No. 27-CV-21-3052 (2d Jud. Dist.).

Dated: May 3, 2023

*s/ Benjamin W. Hulse*
Benjamin W. Hulse

2