# EXHIBIT 1



# MINNESOTA JUDICIAL BRANCH
## MINNESOTA COURT RECORDS ONLINE (MCRO)

## Case Details (Register of Actions)
Search executed on 05/02/2023 12:44 PM

### Case Information

**Case Number:** 27-CV-21-3052
**Case Title:** William Findling, individually and on behalf of all others similarly situated vs Group Health Plan, Inc. d/b/a HEALTH PARTNERS and Regions Hospital
**Case Type:** Civil Other/Misc.
**Date Filed:** 03/16/2021
**Case Location:** Hennepin County, Hennepin Civil
**Judicial Officer:** Janisch, Karen A.
**Case Status:** Closed

### Related Cases
27-CV-21-3045

### Party Information

**Plaintiff**
Findling, William

**Attorneys Active**
- **THOMPSON, BRANDON EDWARD - Lead Attorney**
- BARRETT, RACHEL LOUISE
- LANDY, BARRY MAXWELL
- PETERSON, COLIN FLYNN
- SIEGEL, JACOB FATULA

**Defendant**
Group Health Plan, Inc.

**Attorneys Active**
- **NOVAK, ANTHONY JAMES - Lead Attorney**
- JOHNSON, JASON THOMAS

Self-Represented Litigant - Inactive

**Defendant**
HEALTH PARTNERS

**Attorneys Active**
- **NOVAK, ANTHONY JAMES - Lead Attorney**
- JOHNSON, JASON THOMAS

Self-Represented Litigant - Inactive

**Defendant**
REGIONS HOSPITAL

**Attorneys Active**
- **NOVAK, ANTHONY JAMES - Lead Attorney**
- JOHNSON, JASON THOMAS

Self-Represented Litigant - Inactive

### Case Events

| 11/15/2022 | Appellate Court Order Index #42 | 2 pages |
|---|---|---|

| | | |
|---|---|---|
| 09/08/2022 | Petition for Review of Decision of Court of Appeals<br>Index #41 | |
| 08/08/2022 | Appellate Court Opinion - Precedential<br>Index #40 | 📄 18 pages |
| 02/22/2022 | Record Transmitted to Appellate Court | |
| 02/15/2022 | Request for Trial Court Record-Appellate Court<br>Index #39 | 📄 1 page |
| 01/14/2022 | Court Reporter Certificate of Filing &Delivery-Appellate Crt<br>Index #38 | 📄 2 pages |
| 01/14/2022 | Transcript<br>Index #37 | 📄 54 pages |
| 11/17/2021 | Appellate Court Order<br>Index #36 | 📄 2 pages |
| 11/16/2021 | Appellate Notice of Case Filing<br>Index #34 | 📄 2 pages |
| 11/15/2021 | Notice of Appeal<br>Index #35 | 📄 2 pages |
| 09/17/2021 | Notice of Entry of Judgment<br>Index #33 | 📄 1 page |
| 09/17/2021 | Processed Judgment Entry | |
| 09/17/2021 | Judgment<br>Index #32 | 📄 22 pages |
| 09/16/2021 | Order Granting Motion<br>Index #31 | 📄 22 pages |
| 06/18/2021 | Taken Under Advisement<br>Judicial Officer: Janisch, Karen A.<br>Index #30 | |
| 06/18/2021 | Hearing Held Using Remote Technology<br>Filed By: Attorney NOVAK, ANTHONY JAMES;<br>Attorney THOMPSON, BRANDON EDWARD | |
| 06/11/2021 | Other Document<br>Index #29 | 📄 84 pages |
| 06/11/2021 | Affidavit-Other<br>Index #28 | 📄 2 pages |

| Date | Document | Pages |
|---|---|---|
| 06/11/2021 | Memorandum<br>Index #27 | 16 pages |
| 06/01/2021 | Responsive Motion<br>Index #26 | 33 pages |
| 05/07/2021 | Proposed Order or Document<br>Index #25 | 1 page |
| 05/07/2021 | Other Document<br>Index #24 | 126 pages |
| 05/07/2021 | Affidavit of Attorney<br>Index #23 | 2 pages |
| 05/07/2021 | Memorandum<br>Index #22 | 23 pages |
| 05/03/2021 | Correspondence for Judicial Approval<br>Index #21 | 3 pages |
| 04/15/2021 | Hearing Held Using Remote Technology | |
| 04/14/2021 | Notice of Motion and Motion<br>Index #20 | 2 pages |
| 04/08/2021 | Appellate Court Order<br>Index #19 | 3 pages |
| 04/01/2021 | Proposed Order or Document<br>Index #18 | 2 pages |
| 04/01/2021 | Affidavit-Other<br>Index #17 | 1 page |
| 04/01/2021 | Affidavit-Other<br>Index #16 | 8 pages |
| 04/01/2021 | Affidavit-Other<br>Index #15 | 11 pages |
| 04/01/2021 | Affidavit-Other<br>Index #14 | 12 pages |
| 04/01/2021 | Affidavit of Attorney<br>Index #13 | 3 pages |
| 04/01/2021 | Memorandum<br>Index #12 | 19 pages |

| 04/01/2021 | Notice of Motion and Motion<br>Index #11 | 2 pages |
| --- | --- | --- |
| 03/31/2021 | Other Document<br>Index #10 | 9 pages |
| 03/31/2021 | Amended Summons and Complaint<br>Index #9 | 17 pages |
| 03/26/2021 | Other Document<br>Index #8 | 9 pages |
| 03/23/2021 | Notice of Appearance<br>Index #7 | 1 page |
| 03/17/2021 | Notice of Case Assignment<br>Index #6 | 1 page |
| 03/16/2021 | Affidavit of Service<br>Index #5 | 1 page |
| 03/16/2021 | Affidavit of Service<br>Index #4 | 1 page |
| 03/16/2021 | Complaint-Civil<br>Index #3 | 15 pages |
| 03/16/2021 | Summons<br>Index #2 | 2 pages |
| 03/16/2021 | Civil Cover Sheet<br>Index #1 | 4 pages |

# Hearings

**Previous Hearings**

| 06/18/2021 | 02:00 PM | Motion Hearing<br>Judicial Officer: Janisch, Karen A.<br>Location: GC-C1059 | **Result:** Held On the Record |
| --- | --- | --- | --- |
|  |  | Date Updated: 04/15/2021<br>Reset by Court to 06/18/2021 02:00 PM - By agreement |  |
|  |  | Original Hearing Date: 04/28/2021 02:00 PM |  |
| 04/15/2021 | 02:30 PM | Scheduling Conference<br>Judicial Officer: Janisch, Karen A.<br>Location: GC-C753 | **Result:** Held Off the Record |

## Dispositions

| 09/16/2021 | Dismissal With Prejudice - Judgment |
| --- | --- |
| | Judicial Officer:   Janisch, Karen A. |

## Financial Information

**Plaintiff - Findling, William**

| | Fines and Fees | $ | 447.00 |
| --- | --- | --- | --- |
| | Total Payments and Credits | - $ | 447.00 |
| | Current Balance as of 05/02/2023 | $ | 0.00 |

**Transaction Details**

| 06/03/2021 | E-File Electronic Payment | Receipt # EP27C-2021-15069 | - $ | 75.00 |
| --- | --- | --- | --- | --- |
| 06/03/2021 | Charge | | $ | 75.00 |
| 04/01/2021 | E-File Electronic Payment | Receipt # EP27C-2021-08583 | - $ | 75.00 |
| 04/01/2021 | Charge | | $ | 75.00 |
| 03/17/2021 | E-File Electronic Payment | Receipt # EP27C-2021-06922 | - $ | 297.00 |
| 03/17/2021 | Charge | | $ | 297.00 |

**Defendant - HEALTH PARTNERS**

| | Fines and Fees | $ | 372.00 |
| --- | --- | --- | --- |
| | Total Payments and Credits | - $ | 372.00 |
| | Current Balance as of 05/02/2023 | $ | 0.00 |

**Transaction Details**

| 04/14/2021 | E-File Electronic Payment | Receipt # EP27C-2021-09761 | - $ | 75.00 |
| --- | --- | --- | --- | --- |
| 04/14/2021 | Charge | | $ | 75.00 |
| 03/24/2021 | E-File Electronic Payment | Receipt # EP27C-2021-07637 | - $ | 297.00 |
| 03/24/2021 | Charge | | $ | 297.00 |

Search executed on 05/02/2023 12:44 PM