PX2

CONFIDENTIAL

Page 1

IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI

AT INDEPENDENCE

_____

KATHERINE O'HAVER,        )

    Plaintiff,            )

vs.                       )

ANESTHESIA                ) Case No:

ASSOCIATES OF KANSAS      ) 1816-CV-30710

CITY, P.C., et al.,       ) Division 12

    Defendants.           )


_____

DOUGLAS TYE,              )

    Plaintiff,            )

vs.                       )

ST. LUKE'S EAST           ) Case No: 1916-CV00825

ANESTHESIA SERVICES,      )

P.C., et al.              )

    Defendants.

_____

CONFIDENTIAL

1-348 PAGES, VOLUME I

APRIL 14, 2022

VIDEOTAPED DEPOSITION OF ALBERT VAN DUREN, AS

CORPORATE REPRESENTATIVE OF 3M

CONFIDENTIAL

## Page 2

1  APPEARANCES:
2  ON BEHALF OF THE PLAINTIFFS:
   LANGDON & EMISON LLC
3    Brett A. Emison (Zoom)
4    Patricia L. Campbell (In Person)
     911 Main Street - P.O. Box 220
5    Lexington, MO  64067
6  McDONALD WORLEY
     Gabriel Assaad, Esq. (In Person)
7    1770 St. James Place
     Suite 100
8    Houston, TX  77006
9  FARRAR & BALL, LLP
     Kyle Farrar, Esq. (Zoom)
10   117 Herkimer Street
     Houston, TX  77008
11
   MESHBESHER & SPENCE, LTD.
12   Genevieve Zimmerman, Esq. (In Person)
     1616 Park Avenue
13   Minneapolis, MN  55416
14 ON BEHALF OF DEFENDANTS WESLEY FREVERT, M.D. AND
     ROCKHILL ORTHOPAEDIC SPECIALISTS, INC.:
15
   NORRIS KEPLINGER HICKS & WELDER, LLC
16   Paul Breer, Esq. (Zoom)
     9225 Indian Creek Parkway
17   Corporate Woods, Building 32, Suite 750
     Overland Park, Kansas 66210
18
19
   ON BEHALF OF DEFENDANT 3M COMPANY AND ARIZANT
20   HEALTHCARE, INC.
21 NORTON ROSE FULBRIGHT US LLP
     RBC Plaza
22   Corey Gordon (In Person)
     Charmaine K. Harris (In Person)
23   60 South Sixth Street, Suite 3100
     Minneapolis, MN  55402
24
25

## Page 3

1  ON BEHALF OF DEFENDANTS CENTERPOINT MEDICAL
       CENTER OF INDEPENDENCE, LLC; CENTERPOINT
2      ORTHOPEDICS, LLC; and GREGORY BALLARD, M.D.:
3  POLSINELLI PC
     Joshua McCaig, Esq. (Zoom)
4    900 W. 48th Place, Suite 900
     Kansas City, MO  64112
5
   ON BEHALF OF DEFENDANTS JONAH GARRETT, M.D.,
6    DEREK THOMAS, RN, MELINDA PENDERGRAFT, RN,
     JENNIFER VANSANDT, RN, ST. LUKE'S EAST
7    ANESTHESIA SERVICES
8  WAGSTAFF & CARTMELL LLP
     Marc Erickson (Zoom)
9    4740 Grand Boulevard, Suite 300
     Kansas City, MO  64112
10
11
   ON BEHALF OF DEFENDANTS ROCKHILL ORTHOPAEDIC
12   SPECIALISTS, INC. AND ST. LUKE'S EAST
     HOSPITAL
13
   ADAM & McGREVEY, P.A.
14   Sean McGrevey (Zoom)
     Timothy Davidson (Zoom)
15   9300 West 110th St., Suite 470
     Overland Park, Kansas 66210
16
17 ON BEHALF OF DEFENDANTS ANESTHESIA ASSOCIATES OF
     KANSAS CITY, P.C.; JASON BIBLE, D.O.; and
18   CHARLES HERRING, CRNA:
19   Joseph Kronawitter (Zoom)
     Horn Aylward & Brandy, LLC
20   2600 Grand Boulevard, Suite 1100
     Kansas City, MO  64108
21
22
23   Also present:
     Ron Huber, Videographer
24
25

## Page 4

1                    INDEX
2  EXAMINATION    WITNESS         PAGE
   MR. ASSAD   ALBERT VAN DUREN      5
3  MS. ZIMMERMAN                    213
   MR. GORDON                       337
4  MS. ZIMMERMAN                    342
5
   EXHIBIT     DESCRIPTION        PAGE
6
7  1 Second Amended Notice of Videotaped
     Deposition of Corporate Representative.......5
8  2 July 5, 1938 Patent diagram by E.J.
     Sweetland...................................77
9
   3 Model 200/250 Operation Manual - Bair
10   Hugger Patient Warming System...............79
11 4 Model 500 Service Manual
     Bates 3MBH02237657 to 3MBH00500238..........88
12
   5 Hose Card
13   Bates 3MBH00500237 to 3MBH00500238..........97
14 6  Bair Hugger Sales Training Manual
     3MBH01887029 to 3MBH01887207................99
15
   7  Poster Presentation December 9, 1991
16   Bair Hugger Warmer Does Not Increase Microbial
     Contamination in the Operating Room
17   Bates 3M00035144 to 3M00035149..............186
18 8  1553 Prewarming Library by Al Van Duren
     Bates EVER008035074-EVER008035087..........224
19
   9  The Effect of Prewarming By a Bair Paws Gown
20   On Redistribution Hypothermia in Patients
     Undergoing Total Joint Replacement Colorectal
21   Surgery.
     Bates 3MBH00982867 to 3MBH00982885..........260
22
   10 11/1/07 Email from Al Van Duren to Cindy
23   Quint.......................................277
24
25 11 An Introduction to Thermoregulation and the
     Effects of Anesthesia

## Page 5

1         P R O C E E D I N G S
2         THE VIDEOGRAPHER:  We're on the
3  record.  The court reporter will swear in the
4  witness.
5         (Witness sworn.)
6         ALBERT VAN DUREN,
7         EXAMINATION
8  BY MR. ASSAAD:
9    Q  Good morning, Mr. Van Duren.  Could you
10 please state your name for the record?
11   A  Albert P. Van Duren.
12   Q  I premarked Exhibit No. 1, which is
13 titled:  "Second Amended Notice of Videotape
14 Deposition of Corporate Representative of 3M
15 Company."  Do you see that in front of you?
16   A  Yes.
17        MR. ASSAAD:  And just for the record, I'm
18 going to identify the topics that we believe are
19 covered today, and I believe defense was going to
20 make their statement as well.
21        Based on our understanding and the
22 Court's ruling, topics number 1, 2, 3, 4, 8, 9,
23 10, 21, 26, 27, 28, 29, and 31 are to be covered
24 today, and you've been designated as the
25 corporate representative.

2 (Pages 2 to 5)

CONFIDENTIAL

Page 6

1    I understand there are some issues with
2   that, and I'll leave it for the defense to make
3   their objection and their position.
4        MR. GORDON:  Thank you.  And as we just
5   briefly discussed before the deposition
6   commenced, with respect to topics 2, 8, 21 and
7   26, we had on July 28th, 2021, objected to
8   several topics, included those four specifically
9   that I just mentioned.
10       And then on December 16th, we reiterated
11  those objections and provided a list of topics
12  that 3M was willing to produce a witness on, and
13  that list, likewise, omitted topics 2, 8, 21 and
14  26.
15       The December 16th letter requested the
16  Plaintiff identify the topics Plaintiff intended
17  to cover besides those that were agreed to.  And
18  on December 17th, the Plaintiffs responded or
19  Plaintiff responded to that -- to the December
20  16th letter identifying additional topics that
21  were still the subject of this agreement, but did
22  not include in that list:  2, 8, 21 or 26.
23       And then in the opposition to the
24  protective order, our motion for protective
25  order, Plaintiff specifically referenced these

Page 7

1   letters and represented to the Court that the
2   parties have been able to narrow the topics
3   and/or lines of questioning.
4        Based on that, we construe the topics as
5   2, 8, 21 and 26 as abandoned, and we did not
6   prepare Mr. Van Duren on those.  As I indicated
7   to you, to the extent there are questions that
8   fall within this, you know, the scope of what any
9   of these four topics cover, Mr. Van Duren may
10  well be in possession of knowledge, and you can
11  certainly ask him about whatever it is you want.
12  He has not -- but because of the back and forth
13  that I explained to you, he has not been
14  specifically prepared on that.
15       And this may just be a communication
16  error.  We weren't -- we didn't object to 29;
17  but, I guess, the 29 and 30 are so similar
18  because they involve lobbying, that perhaps our
19  misunderstanding was that both of those would be
20  covered by Mr. Issa.
21       So again, Mr. Van Duren was not
22  specifically prepared on 29.  To the extent that
23  he has any knowledge about anything related to
24  it, you're certainly free to ask him about it.
25       MR. ASSAAD:  Thank you, Mr. Gordon.  I

Page 8

1   would just like to point out that as far as I'm
2   aware, none of the numbers that you listed:  2,
3   8, 21, 26, have been -- any objections have been
4   sustained by the Court.
5        And 29, we understand your position, so
6   let's just continue and you can make your
7   objections outside the scope and we can deal with
8   it at a later point in time whether or not they
9   are current topics or topics that were withdrawn.
10  BY MR. ASSAAD:
11       Q   Mr. Van Duren, have you seen this notice
12  before?
13       A   I believe I've seen this notice, yes.
14       Q   And when have you seen this notice?
15       A   Yesterday.
16       Q   Yesterday was the first time that you saw
17  the notice?
18       A   Yes.
19       Q   Okay.  I'm going to go through the
20  instructions.  And you have been designated as a
21  30(b)6 witness before, which is a corporate
22  representative.  You understand that, correct?
23       A   Yes, I do.
24       Q   Do you understand as a corporate
25  representative you are speaking on behalf of the

Page 9

1   company?
2        A   Yes.
3        Q   And you're aware I'm going to ask you
4   numerous questions today?
5        A   Yes.
6        Q   If you don't understand my question,
7   please let me know.
8        A   Yes.
9        Q   If you answer the question, we will
10  assume that you understood the question.  Fair
11  enough?
12       A   Yes.
13       Q   And if you want to take a break, just
14  request a break after any pending questions have
15  been answered.
16       A   Okay.
17       Q   And when I use the term "you" during my
18  deposition, that's referring to 3M.  Do you
19  understand that?
20       A   I do.
21       Q   Okay.  When did you first become aware
22  that you'll be testifying as a corporate
23  representative on behalf of 3M?
24       A   I believe a couple of weeks ago.
25       Q   And what did you do to prepare for your

3 (Pages 6 to 9)

CONFIDENTIAL

Page 10

deposition?

A  I reviewed materials that were related to the topics in this notification.  Do you want to know specifically what those were?

Q  We'll get there; but it's my understanding that you did not know the topics until yesterday?

MR. GORDON:  Object to the form of the question.  Misstates his testimony.

A  I only saw this notice yesterday, but had been preparing for the deposition before that time.

Q  What topics were you -- was your understanding that you would be discussing at today's deposition a few weeks -- like when you first learned about this deposition?

A  Well, when I initially learned about it, I thought that the topic of the deposition was going to be a discussion of my library contents.

Q  Okay.

A  And maybe other associated papers.

Q  And that -- that was based on your last deposition, which we continued because we did not have your library contents.  But with respect to the 30(b)(6) corporate representative deposition,

Page 11

what was your understanding of the topics you'd be testifying on behalf of 3M?

A  I didn't know precisely what they were. Two weeks or maybe -- yeah, two weeks ago.

Q  When did you discover what topics you were going to testify to on behalf of 3M?

A  Sometime early last week.

Q  Okay.  What was your understanding of the topics that you'd be discussing for your corporate -- for the corporate deposition that we're here for today?

A  That they would have to do with things like engineering, specifications, clinical papers, topics that are included in this notification, for example.

Q  Were you provided the actual topics that you'd be -- that you have to prepare for to discuss for today?

A  I was given a copy of this notification and a list of topics, yes.

Q  Well, Exhibit 1 was given to you yesterday, correct?

A  I believe that was the first time I saw it, yes.

Q  Okay.  Prior to giving -- you receiving

Page 12

Exhibit 1, which is the deposition notice, how did you become aware of what topics you would be discussing today?

A  I had discussions with attorneys.

Q  Which attorneys?

A  Corey Gordon, Ted -- sorry, I forgot his last name.

Q  Hartman?

A  -- Hartman, Ted Hartman.  That was it.

Q  Okay.  And I'm just trying to get the timeline down.

When you first were told that you were going to be designated as a corporate representative, were you told what topics you would have to prepare for for the deposition?

A  Not immediately, no.

Q  Okay.  When were you told the topics that you would have to prepare for for the deposition?

A  Sometime last week.

Q  Last week, early last week?

A  Yeah, early last week.

Q  Okay.  You were aware of the topics today, correct?

A  Yes.

Q  Do you feel adequately prepared to answer

Page 13

questions on those topics?

A  Yes.

Q  Okay.  In preparation for today's deposition, did you have any communications with anyone besides counsel?

A  Regarding these topics?

Q  Yes.

A  No.

Q  How much time did you spend preparing for today's deposition?

A  I think probably, somewhere around 20 hours.

Q  When did you begin preparing for today's deposition?

A  Early last week.

Q  Okay.  And last week would be the week of April 10th?

A  Yes.

Q  Okay.  So since --

A  No, no, no.  This is April 15th.

Q  Oh, I'm sorry, the 8th?

A  7th.

Q  Now you got me all confused.  Let's get this correct.

MR. GORDON:  Are you sure you're

STIREWALT & ASSOCIATES
MINNEAPOLIS, MN  1-800-553-1953  info@stirewalt.com

CONFIDENTIAL

Page 14

1    celebrating Easter a week from now?
2        Q  So last Monday was April 4th.  So when do
3    you believe that you first became aware of the
4    topics for today's deposition?
5        A  Sometime after that date, but during last
6    week, early last week.
7        Q  So Tuesday or Wednesday?
8        A  In that -- yes, probably.
9        Q  Okay.  So April 5th or 6th, would that be
10   fair?
11       A  Yes, that would be fair.
12       Q  Okay.  Was it through an email or through
13   a conversation?
14       A  It was through conversation.
15       Q  Okay.  And you mentioned that you spent
16   roughly around 20 hours since April 5th or 6th in
17   preparation for today's deposition?
18       A  About that.
19       Q  How many of those hours were spent with
20   counsel for 3M?
21       A  About ten.
22       Q  Ten hours?  And the other ten hours were
23   just you preparing on your own?
24       A  Yes.
25       Q  And you didn't speak with anyone

Page 15

1    regarding any of these topics in preparation for
2    the deposition?
3        A  No, I did not.
4        Q  Okay.  Did you have any conversations
5    with -- withdraw that.
6            Did you review any documents in
7    preparation for today's deposition?
8        A  Yes.
9        Q  What documents did you review?
10       A  I reviewed a number of engineering
11   documents.  I reviewed sales training documents.
12   I reviewed regulatory documents.  I reviewed a
13   number of letters from attorneys.  I reviewed
14   some corporate structure documents, personnel
15   structure documents; some clinical documents
16   related to bibliographies, that type of thing.
17       Q  Letters from attorneys.  Can you
18   elaborate more on that, please?
19       A  I reviewed a number of documents that
20   were written by attorneys for Dr. Augustine.  And
21   also documents that were written in response to
22   those documents from David Westlund, people like
23   that; and other attorneys, Randy Benham.  You
24   know, I don't remember precisely every one of
25   them, but I did review them.

Page 16

1        Q  Where were -- how did you obtain those
2    documents?
3        A  Through my attorneys.
4        Q  Can you -- what were the subject matter
5    of those documents, the ones from the attorneys
6    to Scott Augustine?
7        A  Well, they were all related in one way or
8    another to assertions that Dr. Augustine had made
9    about the operating room contamination associated
10   with the Bair Hugger system.
11       Q  And you're talking about the
12   assertions back in around 2000 -- after he left
13   Arizant, correct?
14       A  Yes.  Yes, all after.
15       Q  So the dates of all of those letters were
16   after Arizant, correct?
17           MR. GORDON:  Object to the form of the
18   question.
19       A  Well, they weren't all after Arizant.  I
20   think some of them were written -- some of them
21   were written by personnel at Arizant Healthcare
22   in response to letters sent by either
23   Dr. Augustine or his attorneys.
24       Q  I understand.  But all the -- the date of
25   the letters were after Scott Augustine left

Page 17

1    Arizant?
2        A  Yes.  They were all after 2003, which I
3    think is the date, roughly.  I don't remember the
4    exact month, but I think he left in 2003.
5        Q  Okay.  And what assertions are you
6    talking about?
7        A  Dr. Augustine was asserting that there
8    were design flaws and lack of follow-up.  I mean,
9    a number of assertions related to the existence
10   of contamination in the Bair Hugger system.
11       Q  And you would agree with me that's not
12   the first time -- these assertions or these ideas
13   of airborne contamination in the operating room,
14   that was not the first time Arizant was aware of
15   that, correct?
16       A  No, they were aware of these assertions
17   much earlier than that.
18       Q  How early?
19       A  Well, I got -- I began working at
20   Augustine Medical in 1994; and before that time,
21   there had been -- Dr. Augustine was concerned
22   about these matters then, and had commissioned
23   research studies to investigate that problem or
24   that assertion.
25       Q  When you say Dr. Augustine was concerned

STIREWALT & ASSOCIATES
MINNEAPOLIS, MN  1-800-553-1953  info@stirewalt.com

CONFIDENTIAL

Page 18

1  about these issues, we're talking about airborne
2  contamination in the operating room, correct?
3  **A  Yes.  Yes.**
4  Q  Okay.  So when Arizant got these letters
5  from Augustine or Augustine's attorneys, those
6  assertions were nothing new to them?
7  **A  That's correct.**
8  Q  Okay.  And in fact, when 3M bought
9  Arizant Care for 810 million, 3M was aware of
10 these assertions, correct?
11 **A  Certainly.  Yes, they were.**
12 Q  So the issue of airborne contamination or
13 the -- was known to Augustine before you arrive
14 in 1994?
15     MR. GORDON:  Object to the form of the
16 question; also lack of foundation.
17 **A  I'm sorry, would you repeat that?**
18 Q  So there's no dispute that the issue of
19 airborne contamination in an operating room was
20 known to Augustine before 1994?
21     MR. GORDON:  Same objection.
22 **A  You mean as a result of using forced-air**
23 **warming or?**
24 Q  Yes.
25 **A  There were assertions from certain**

Page 19

1  **customers that that could be a problem, yes.**
2  Q  Do you know how early those assertions
3  were by certain customers?
4  **A  I don't know precisely when they began,**
5  **but certainly between 1987 and 1994.**
6  Q  Well, you mentioned two studies that were
7  commissioned by or studies that were commissioned
8  by Augustine to look at this issue of airborne
9  contamination, correct?
10 **A  I mentioned that he had commissioned**
11 **studies, yes.**
12 Q  And that would be the Zink study,
13 correct?
14 **A  That would be one of them, yes.**
15 Q  And Zink was 1993, correct?
16 **A  I don't remember the precise date, but**
17 **probably.**
18 Q  Okay.  I'll represent to you that it's
19 1993, and I can bring a copy at the next break.
20 **A  I think that sounds about right.**
21 Q  And also Hall and Teenier, correct?
22 **A  Yes.**
23 Q  And that was 1991 -- a poster in 1991,
24 correct?
25 **A  Earlier than Zink, yes.  I recall that.**

Page 20

1  Q  And Hall and Teenier was the only two
2  studies that were commissioned by Augustine to
3  look into the issue of airborne contamination,
4  correct?
5     MR. GORDON:  You mean Hall and Zink?  You
6  said Hall and Teenier.
7     MR. ASSAAD:  Correct.  It's because Hall
8  and Teenier is two names as well.
9  BY MR. ASSAAD:
10 Q  Withdraw that question.
11     The two studies of Zink and Hall and
12 Tenier were the only two studies commissioned by
13 Augustine to look into the issue of airborne
14 contamination in the operating room, correct?
15 **A  Prior to what date?**
16 Q  Prior to your arriving.
17 **A  Oh, I believe that's correct.**
18 Q  Are there any other studies that Arizant
19 or Augustine Medical did to look into the
20 airborne contamination that you're aware of?
21 **A  At any time?**
22 Q  Yeah.
23 **A  I mean, right now I don't recall**
24 **specifically any studies that were done to look**
25 **into that -- that Augustine Medical commissioned**

Page 21

1  **to study that issue.  I am aware of other studies**
2  **that were done independently, but not**
3  **commissioned by Augustine Medical.**
4  Q  Okay.  Well, so would it be fair to say
5  or accurate to say that the only two studies
6  commissioned by Augustine Medical to look into
7  airborne contamination in the operating room was
8  the Zink study and the Hall and Teenier study?
9  **A  To my recollection, that's correct.**
10 Q  When you say "to my recollection," you're
11 talking about 3M's recollection?
12 **A  Yes.**
13 Q  I kind of went off my outline here, so
14 I'm going to go back a little bit.
15     So the letters that you reviewed, would
16 it be accurate that they were involving the
17 assertions, all the letters were regarding the
18 letters by Dr. Augustine regarding airborne
19 contamination in the operating room?
20 **A  Well, they were either -- they were**
21 **either letters written by him or on his behalf**
22 **regarding this issue and then responses to them.**
23 Q  Okay.  Did you review any of the Bair
24 Hugger manuals in preparation for today's
25 deposition?

6 (Pages 18 to 21)

CONFIDENTIAL

Page 22

1    A  Yes.
2    Q  Which ones?
3    A  A number of them.  Early models of the
4    model 200, Model 250, model 500 and its variant
5    500 OR, 505, 750.
6    Q  775?
7    A  And 775, yes.
8    Q  Is that the last Bair Hugger model
9    designed was a 775 for inoperative warming?
10   A  Well, there's a -- I don't recall the
11   current model of the one that 3M developed after
12   the acquisition, but I didn't review that
13   particular manual.  Also a model 600.
14   Q  Okay.  But to your knowledge, is there
15   any model that came after the 775?
16   A  Yes.
17   Q  Which model?
18   A  I don't remember the number.  But --
19   yeah, I'm sorry, I don't recall the number, but
20   it's a completely -- it was developed entirely at
21   3M.
22   Q  Okay.  What's the difference between the
23   one made by 3M and the ones made by Arizant?
24   A  It's smaller, has a completely different
25   shape.  It's a cone-shaped, rather than a

Page 23

1    rectangular or roughly cuboid shape.
2    Q  Do you use the same blankets?
3    A  Yes.  Yes.
4    Q  Same output temperature?
5    A  Yes.
6    Q  43 degrees on high, 43 degree celsius?
7    A  Yes.
8    Q  And in fact, all of the Bair Hugger
9    models were set at 43 degrees celsius at the high
10   temperature, correct?
11   A  That's correct, although they did not all
12   have the same tolerance.
13   Q  Okay.
14   A  But the setpoint temperatures, the high
15   setpoint temperature is on all models were 43,
16   with the exception of the Model 200 and 250.
17   Those had higher temperatures.
18   Q  What were the temperatures of those?
19   A  Those are 40 -- I believe that the Model
20   200 was around 40 -- could reach temperatures
21   around 46.
22   Q  Within the tolerance, correct?
23   A  No, that was a setpoint temperature.  It
24   might have been -- it might have been 44 or 46, I
25   don't remember precisely, but it was higher than

Page 24

1    43.
2    Q  Okay.  And that would be in the manual,
3    correct?
4    A  Yes.
5    Q  Okay.  And the Model 200 and 250, they
6    were not to be used in an operating room,
7    correct?
8    A  That's right.
9    Q  Because of airborne contamination, right?
10   A  No, because of the high temperature
11   setting.
12   Q  Okay.  Do you recall 3M or Arizant
13   mentioning at any point that they did not use the
14   200 series in the operating room because of
15   airborne contamination?
16   A  I don't remember anybody stating that.
17   That was not the reason.
18   Q  Okay.  So if -- well, okay.
19   We'll get to that.
20      So you reviewed the manuals, correct?
21   A  Yes.
22   Q  All the manuals?  Did you notice any
23   inaccuracies or incorrect statements in the
24   manuals?
25   A  Not that I recall.

Page 25

1    Q  Okay.  I mean, the manuals are reviewed
2    by Augustine Medical, Arizant or 3M, you know, to
3    make sure that they're accurate, correct?
4    A  Yes.
5    Q  Okay.  And they're also reviewed by
6    regulatory, correct?
7    A  Yes.
8    Q  Okay.  To make sure that there's not any
9    inaccurate statements, correct?
10   A  That's the purpose of the review, yes.
11   Q  And the manuals would consider any
12   contradictions or warnings, correct?  In the
13   manuals will be the contradictions for the use of
14   the Bair Hugger or any warnings?
15   A  The contraindications?
16   Q  Yeah, you're right.  Contraindications,
17   I'm sorry.
18   A  So I'm sorry, state it again?
19   Q  The manual contained contraindications,
20   correct?
21   A  And -- yes.
22   Q  And warnings, correct?
23   A  Yes, and cautions.
24   Q  And cautions, okay.  And to the best of
25   3M's knowledge, the manuals are accurate?

7 (Pages 22 to 25)

CONFIDENTIAL

Page 26

1      A  To the best of our knowledge.
2      Q  Okay.  Because when you sell a medical
3  device you should be -- you should have accurate
4  statements in the manuals, correct?
5      A  Yes.
6      Q  It's very important, correct?
7      A  Yes.
8      Q  You don't want to mislead the customers
9  with inaccurate statements in the manual,
10  correct?
11      A  We do our best not to mislead people,
12  yes.
13      Q  Okay.  The documents that you reviewed in
14  preparation for today's deposition, were they all
15  provided to you by counsel?
16      A  Not every one of them, no.
17      Q  Okay.  What documents were provided to
18  you by counsel?
19      A  The manuals, corporate structure
20  documents, regulatory documents, legal documents,
21  a number of categories of documents.  I've got a
22  bibliography that was produced by Dr. Augustine,
23  for example.  Things of that nature.
24      Q  Okay.  And what documents did you look up
25  yourself or review yourself that were not given

Page 27

1  to you by counsel?
2      A  I reviewed a number of documents in my
3  library.  I don't remember precisely which ones
4  they were, but they were documents related to the
5  activities that were conducted in the late 1990s
6  and 2000s, just to refresh my memory.
7      Q  What type of documents, activities?
8      A  Clinical papers.
9      Q  Clinical papers?  So articles?
10      A  Yes.
11      Q  So besides the clinical papers or
12  articles, did you review any other documents that
13  were not provided to you by counsel?
14      A  No.
15      Q  Okay.  You've spent most of your life
16  working in forced-air warming, correct?
17      A  A large percentage of it, yes.
18      Q  Since 1994?
19      A  Yes.
20      Q  And recently you have left the
21  patient-warming division of 3M, correct?
22      A  I did.
23      Q  What year was that again?
24      A  2018.
25      Q  Okay.  But even afterwards you still

Page 28

1  wrote articles on patient warming or papers on
2  patient warming?
3      A  Well, I wrote review documents, yes.  Is
4  that what you meant?
5      Q  Yeah.  And do you plan on retiring
6  anytime soon?
7      A  Within a couple of years.
8      Q  Your departure from the patient-warming
9  business at 3M, was that your decision or 3M's
10  decision?
11      A  That was my decision.
12      Q  Why?
13      A  Well, other opportunities had presented
14  themselves with some new clinical research
15  departments.  And the patient-warming business is
16  a very mature business at 3M, and so the
17  investment in that business is somewhat less now
18  than it was, and more significant investment is
19  being made; the KCI business that 3M acquired.
20      Q  What's KCI?
21      A  It's a company, Kinetic Concepts
22  Incorporated that they purchased.
23      Q  Does it have anything to do with warming?
24      A  There are aspects of that that include
25  warming, or that include temperature management,

Page 29

1  how about that?
2      Q  Okay.  What aspects?
3      A  The KCI business is an advanced wound
4  care technology.  And the components of that
5  therapy can be used to infuse and withdraw fluids
6  from abdominal cavities, for example, so that's a
7  heat and mass transfer problem.  It's not
8  primarily temperature management, however.
9      Q  While you were -- I'll get back to it
10  real quick.  But has 3M considered getting into
11  conductive heat warming instead of convective
12  heat warming while you were there in the patient
13  warming business?
14      A  Yes.
15      Q  Okay.  And do you know whether or not
16  they plan to come out with a conductive warming
17  blanket?
18      A  To my knowledge, no.
19      Q  Okay.  At one time they were involved
20  with VitaHEAT, correct?
21      A  Yes.
22      Q  And that was a conductive blanket,
23  correct?
24      A  Yes, it was.
25      Q  And that only lasted for about a year?

8 (Pages 26 to 29)

CONFIDENTIAL

Page 30

1    A  In that -- yes, something like that.
2    Q  Do you know why that terminated, their
3  relationship?
4    A  Well, I don't know precisely why it
5  terminated, but the sales were terrible of that
6  product, so probably related to the fact that we
7  couldn't sell it.
8    Q  Okay.  Do you know whether or not there
9  was any research and development by 3M with
10  respect to inventing or creating a conductive
11  warming device?
12    A  I missed part of that.
13    Q  Inventing or creating a conductive
14  warming device?
15    A  Not to my knowledge, other than VitaHEAT.
16    Q  Okay.  And you were one of the people
17  that actually looked into VitaHEAT, correct?
18    A  Yes.
19    Q  Okay.  And you believe it was a good
20  product?
21    A  No.
22    Q  No?  I mean, there were studies -- you
23  agree that there were studies that show that it
24  warmed patients effectively?
25    A  There may have been, yeah.

Page 31

1    Q  Okay.
2    A  I think there was a -- at the time I
3  looked into the product, there was not very much
4  clinical information regarding its performance.
5    Q  Now, I just want to get -- just to
6  understand the -- I like the term "genealogy" of
7  the Bair Hugger.  Like the beginning of the
8  models and stuff, this is what I have, my
9  understanding.  The first Bair Hugger to be
10  marketed was the 200 series, correct?
11    A  Yes.
12    Q  Okay.  And that was -- the predicate
13  medical device for the 200 was an Aircast warmer,
14  correct?
15    A  Yes.
16    Q  The Sweetwater Aircast warmer that came
17  out -- the pan came out in 1984?
18    A  That was the predicate in the 510k
19  submission to the FDA.
20    Q  Okay.  And this is before you, Mr. Van
21  Duren, arrived at Augustine?
22    A  Yes, this was in 1987.
23    Q  Okay.  And then 250 came out, correct?
24    A  Yes.
25    Q  Okay.  And both of those were not to be

Page 32

1  used in the operating room, correct?
2    A  That's correct.
3    Q  Okay.  Then the 500 came out, correct?
4    A  Yes.
5    Q  What year did the 500 came out?
6    A  I don't know what year that came out.
7    Q  Okay.  And then the 500 OR?
8    A  That's right.
9    Q  Okay.  The 500 was not supposed to be
10  used in an operating room as well, correct?
11    A  Yes, that's correct.
12    Q  It was not to be used in that operating
13  room, correct?
14    A  That's correct.
15    Q  Okay.  The 500 OR was the first Bair
16  Hugger device to be used in an operating room,
17  correct?
18    A  Yes.
19    Q  And then after that came the 505?
20    A  I actually think there was a 502 --
21    Q  Okay.
22    A  -- that came after 500 OR and then the
23  505.
24    Q  Okay.  Was the 502 to be used in the
25  operating room?

Page 33

1    A  Yes.
2    Q  Okay.  And just going back, the 200 and
3  250 series, they were primarily made to be used
4  in the PACU?
5    A  Yes.
6    Q  Okay.  And, in fact, that was the initial
7  purpose of the formation of Augustine is to
8  create a warming device to be used in the PACU?
9    A  Yes, the whole purpose was to rewarm
10  patients --
11    Q  Okay.
12    A  -- in the PACU.
13    Q  Was the 500 -- withdraw the question.
14     So then after the 505 was the 750,
15  correct?
16    A  Yes.
17    Q  And then after that was a 775?
18    A  Yes.
19    Q  And there was also a new one out by 3M
20  that we don't know what the number is?
21    A  Yeah, I'm sorry, I can't remember the
22  number.
23    Q  Does it have a name?
24    A  No, they're all numbered.
25    Q  Okay.  And then there's a 600 series?

STIREWALT & ASSOCIATES
MINNEAPOLIS, MN  1-800-553-1953  info@stirewalt.com

CONFIDENTIAL

Page 34

1    A   There was.
2    Q   Okay.
3    A   That was a cooling device.
4    Q   A cooling device?  Okay.  So besides the
5    -- I've listed all the warming devices from the
6    200 to the 775, and then the new 3M -- I'm just
7    going to call it the cone device.
8    A   Okay.
9    Q   Fair enough?
10   A   Yes.
11   Q   I'm sure we can look it up on the
12   Internet.  Is it to market already?
13   A   Yes.
14   Q   Okay.  And you reviewed all the manuals
15   that we've discussed?
16   A   I did not review the 600 manual.  I did
17   review the 502 manual.
18   Q   Okay.  Who designed the original 200
19   series of Bair Hugger?
20   A   I believe Scott and Doug Augustine.
21   Q   Well, Scott Augustine is not an engineer,
22   correct?
23   A   No, he isn't.
24   Q   Was -- did he hire an engineer?  Was it a
25   third-party company?

Page 35

1    A   I believe he put it together himself.
2    Q   He put the 200 together himself?
3    A   I believe so, and his dad, Doug
4    Augustine.
5    Q   Okay.  And then started the company?
6    A   Yes.
7    Q   Okay.  And my understanding is that he
8    made it in his garage?
9    A   Yes, that's right.
10   Q   Kind of like the first PC, wasn't that
11   made in the garage?
12   A   I think a lot of inventions were made in
13   garages.
14   Q   Have you made anything in your garage,
15   inventions?
16   A   I have.
17       MR. GORDON:  I've made a mess.
18   Q   And just to be clear, in preparation for
19   today's deposition, especially specific topic
20   number one, which is the original design of the
21   Bair Hugger warming system, you've had no
22   conversations with Dr. Augustine to prepare for
23   today's deposition?
24   A   No.
25   Q   When was the last time that you have seen

Page 36

1    Dr. Augustine or had any conversations with him?
2    A   Somewhere between 2003 and 2005.
3    Q   Okay.  Going back to the knowledge of 3M,
4    and when I say "3M" I'm including 3M, Arizant,
5    Augustine, all the companies.  The issue of
6    airborne contamination, do you know how early the
7    issue was raised with Augustine Medical, like
8    what year?
9    A   I don't know precisely when that was
10   raised.  It had to have been somewhere between
11   1987 and 1994.
12   Q   Okay.  And when you joined Augustine
13   Medical in 1994, that was after the Zink and Hall
14   and Teenier studies, correct?
15   A   Yes, they were before 1994.
16   Q   Okay.  Okay.  Do you recall what, if
17   anything, Augustine Medical or Arizant or 3M did
18   to determine whether any of these issues of
19   airborne contamination were actually true or not?
20   A   I'm not aware of any activities that were
21   done to confirm the suspicions that there were
22   problems associated with that.
23   Q   Were there any activities to confirm that
24   the opposite is true, that there is no airborne
25   contamination?

Page 37

1    A   I'm not aware of any activities that were
2    done to confirm the opposite.
3    Q   Okay.  And when you say "you," you mean
4    3M, correct?
5    A   3M.
6    Q   Okay.  So far as you know, until today
7    there is no activities done by 3M, Arizant or
8    Augustine to confirm that the Bair Hugger does
9    not cause airborne contamination in the operating
10   room?
11   A   Well --
12       MR. GORDON:  You're talking about
13   internal?
14       MR. ASSAAD:  Yes.
15   A   Internal activities?
16   Q   Yes.
17   A   I'm not aware of any internal activities.
18   Q   Okay.  When you say "activities," you're
19   referring to testing, correct?
20   A   Testing, clinical trials.
21   Q   CFD?
22   A   There was some CFD activity looking at
23   particulates.  Not contamination, but
24   particulates.
25   Q   And you've seen the results of those

10  (Pages 34 to 37)

Page 38

1    CFDs?
2        A  I've read those papers.
3        Q  The internal CFD?
4        A  I'm not sure I've read those internal
5    ones.
6        Q  We're talking about internally.  So
7    internally 3M, Arizant, or Augustine did not
8    perform any CFD analysis on the Bair Hugger to
9    determine whether or not it can cause airborne
10   contamination in the operating room?
11       A  I think all of the CFD work was
12   commissioned outside of 3M.
13       Q  Okay.  I'm just going to go through a
14   list.  We're going to create a list together
15   about what 3M, Augustine and Arizant did
16   internally to resolve the issue of whether or not
17   the Bair Hugger causes airborne contamination in
18   the operating room.  Fair enough?
19       A  Sure.
20       Q  Okay.  So we have two studies that were
21   commissioned by Augustine which was Zink and
22   Hall, correct?
23       A  Yes.  Yes.
24       Q  Okay.
25       A  Out of order, but yes.

Page 39

1        Q  Okay.  Hall was 1991?
2        A  Yeah.
3        Q  And Zink was 1993?
4        A  I think that's correct, yes.
5        Q  What else?
6        A  By Augustine?
7        Q  By Augustine, Arizant or 3M.
8        A  So are we talking particulate --
9    particulates or?
10       Q  Anything to deal with airborne
11   contamination in an operating room.
12       A  So that --
13       Q  Particulates, bacteria, calculation,
14   engineering calculations, heat transfer,
15   anything.
16           MR. GORDON:  Are you talking about just
17   what they did internally?
18           MR. ASSAAD:  Internally.
19           MR. GORDON:  Because, I mean, even Hall
20   and --
21           MR. ASSAAD:  Or they commissioned.
22           MR. GORDON:  That's why I was asking.
23       A  So I'm probably more familiar with the
24   later activities.  3M commissioned some CFD work
25   by Professor John Abraham.

Page 40

1    BY MR. ASSAAD:
2        Q  And that would have been in 2015,
3    correct?
4        A  I think that was the date that he did
5    that work.
6        Q  And that was a result of a lawsuit being
7    filed?
8        A  I don't know what prompted that work, but
9    I'm sure it was related to lawsuits, yeah.
10       Q  Okay.  Let's -- okay.  Let's start off
11   before any lawsuit was filed, which I'll
12   represent was in 2013, and then we'll go to what
13   3M did after the lawsuit was filed, okay?  So
14   prior to 2013 we have Hall and Zink.  What else?
15       A  Prior to 2013?  It's a little difficult
16   for me to remember precisely the order in which
17   the contaminate papers appear.  I mean, I'm just
18   going to try to remember the ones that I can.  I
19   mean, I can think of one by Avadon, Michael
20   Avadon.
21       Q  That wasn't commissioned by 3M though,
22   was it?
23       A  No, that was an independent study.
24       Q  We're talking about what 3M actually did
25   or Arizant or Augustine.

Page 41

1        A  I'm -- again, I don't recall -- I don't
2    recall papers or I don't recall any activity
3    before 2013.  Before -- yeah, that would be
4    before -- I'm sorry, I don't recall any of the
5    activities that occurred before 2013 related to
6    this subject.
7        Q  Well, we can agree, and I think you
8    testified in the past, that as far as
9    what 3M or Arizant did with internal testing,
10   they did no internal testing to determine whether
11   or not the Bair Hugger causes airborne
12   contamination, correct?
13       A  Well, those are -- those are activities
14   that Arizant -- Augustine Medical or Arizant
15   didn't have the capability of doing those kinds
16   of studies internally.
17           The design of the forced-air warming unit
18   was such that the specifications for the filters
19   were used as the justification or explanation for
20   the size of particles that would be excluded from
21   the internal circuitry of the warming unit.
22       Q  I'm going to restate my question again.
23   I just need an answer to this.
24           With respect to internal tests, studies,
25   activities, 3M and Arizant and Augustine

11 (Pages 38 to 41)

CONFIDENTIAL

Page 42

1  performed no internal tests, activities,
2  calculations to determine whether or not the Bair
3  Hugger causes airborne contamination in the
4  operating room, correct?
5  **A  Those types of studies were commissioned**
6  **outside of the companies.**
7      Q  And the only two studies that were
8  commissioned outside of Arizant, Augustine
9  Medical were the Zink and Hall study?
10     **A  Well, there was a study at, I believe,**
11  **the University of -- or perhaps the Cleveland**
12  **clinic or University of Minnesota by Curtis that**
13  **was commissioned.  I mean --**
14     Q  Regarding airborne contamination?
15     **A  Well, regarding perhaps the effects of**
16  **airborne contamination.  Comparing infection**
17  **rates between HEPA filters and non HEPA filters.**
18  **That would be the Curtis study.**
19     Q  Is the Curtis study the one at the
20  Cleveland Clinic?
21     **A  I think it's the Cleveland Clinic.**
22     Q  Comparing the Mistral to the Bair Hugger,
23  correct?
24     **A  Correct.**
25     Q  I got that.  And that was commissioned by

Page 43

1  3M?
2      **A  Yes.**
3      Q  Okay.  But there was still forced-air
4  warming against forced-air warming, it only
5  changes like the filter, correct?
6      **A  Yes.**
7      Q  Okay.  My question is this:  Besides Zink
8  and Hall, did 3M, Arizant or Augustine perform
9  any internal tests or commissioned any test to
10  determine whether or not forced-air warming
11  increases particulates over the sterile field?
12         MR. GORDON:  Object to the form of the
13  question.
14     **A  Well, there were -- there was some**
15  **studies done by Olmsted and Sessler that looked**
16  **at particulate levels in an actual operating room**
17  **with forced-air warming.**
18     Q  So now we have the Sessler-Olmsted study,
19  the Zink study and the Hall study.  Any other
20  stuff that was done internally or commissioned by
21  3M, Arizant, or Augustine?
22         MR. GORDON:  Object to the form of the
23  question.
24     **A  Well, again, off the top of my head, I**
25  **don't -- it's hard for me to remember which**

Page 44

1  **studies were commissioned by 3M and which ones**
2  **were conducted independently.**
3      Q  Let's take away studies for now.
4      **A  Okay.**
5      Q  Take away studies that were commissioned.
6  Let's talk about internally; and I'll break this
7  up even more.
8         The Bair Hugger produces heat, correct?
9      **A  Produces heated air, yes.**
10     Q  Heated air.  And you agree with me that
11  between 80 and 90 percent of the heated air is
12  released into the environment?
13     **A  Well, I think all of it is released into**
14  **the environment.  100 percent.**
15     Q  But some of it is absorbed by the body?
16     **A  No, none of the air is absorbed by the**
17  **body.**
18     Q  Okay.  None of the heat is absorbed by
19  the body?
20     **A  The heat it, but not the air.**
21     Q  Okay.  Okay.  Let me rephrase.  80 to 90
22  percent of the heat is absorbed by the body -- is
23  released into the air?
24     **A  I don't think it's quite that high,**
25  **especially for the later models of the --**

Page 45

1      Q  Okay.  Do you recall giving a
2  presentation regarding the waste heat with
3  respect to the Bair Hugger?
4      **A  Do I?**
5      Q  Mmm-hmm.
6      **A  That's -- I may have; but no, I don't**
7  **recall giving one.**
8      Q  Well, heat is released into the
9  environment, correct?
10     **A  From?**
11     Q  From the Bair Hugger.
12     **A  Yes.**
13     Q  Okay.  Did 3M ever look at the effect of
14  the heat in an operating room environment
15  internally?
16     **A  We did -- yeah, we did Schlieren**
17  **photography studies, I think around 2011, maybe**
18  **it was 2010.**
19     Q  Are you sure it wasn't 2015?
20     **A  I think it was earlier than that, but it**
21  **could have been that late.  It's possible.**
22     Q  Okay.  What else?
23     **A  Well, again, so you were talking about**
24  **internal studies related to particulates.**
25     Q  Related to the effect of the Bair Hugger

12 (Pages 42 to 45)

CONFIDENTIAL

Page 46

1    in an operating room environment.  Let me back
2    up.  Let's back up.  I'm going to start all over
3    again.  Okay.
4         The Bair Hugger was designed, correct, to
5    be used in an operating room, correct?
6    **A   No, it was not.  It was originally**
7    **designed to be used in a PACU.**
8    Q   The 500 OR was designed to be used in an
9    operating room?
10   **A   Yes.**
11   Q   And that was the first device to be used
12   in an operating room, correct?
13   **A   Yes.**
14   Q   Okay.  And that's the environments of use
15   or one of the environments of use for a 500 OR is
16   to be used in the operating room?
17   **A   Yes.**
18   Q   That's why the OR is there, correct?
19   **A   Yes.**
20   Q   Okay.  And 3M, or Arizant or Augustine is
21   aware that the OR is designed to remove
22   particulates away from the sterile field,
23   correct?
24   **A   That's one of the design considerations,**
25   **yes.**

Page 47

1    Q   Of an OR, correct?
2    **A   Yes.**
3    Q   I mean, that's the main purpose of an OR
4    is to try to keep the area over the surgical site
5    as sterile as possible, correct?
6         MR. GORDON:  Object to the form of the
7    question, lack of foundation, outside the scope.
8    **A   I think that's a major concern of a**
9    **design consideration, yes, for an operating room.**
10   Q   Is to have a sterile environment, or try
11   to get as much --
12   **A   No.**
13   Q   -- as close to sterile as possible?
14   **A   No, not sterile.**
15   Q   Try to remove as many particulates away
16   from the sterile field?
17   **A   Well, and to evacuate gases and stuff**
18   **like that that are toxic.  I mean, there are a**
19   **number of things that go into designing an**
20   **operating room.  That's one of them.**
21   Q   Okay.  And that was known back in the
22   1980s and 1990s, correct?
23   **A   I'm sorry, what was?**
24   Q   That one of the purposes of an operating
25   room is to remove particulates from the sterile

Page 48

1    field?
2    **A   Well, I think one of the -- it doesn't**
3    **remove particles from the sterile field.  No**
4    **operating room does that.**
5    Q   What does it do then?
6    **A   Well, it may reduce the population of**
7    **particles in the air, but it can't remove them**
8    **from the sterile field.**
9    Q   So you want to use the word "reduction";
10   is that better?  Reduce particles over the
11   sterile field?
12   **A   Over the sterile field?**
13   Q   Yeah.
14   **A   Yeah.**
15   Q   Okay.  Let's use that then.  So one of
16   the purposes of the OR is to reduce the particles
17   over the sterile field?
18   **A   Well, within the environment in the**
19   **operating room, not just the sterile field, the**
20   **entire operating room.**
21   Q   Yes, fair enough.  So reduces particles
22   from the operating room?
23   **A   Yes.**
24   Q   And that's why they have filtered air
25   coming in from the vents and exhaust vents to

Page 49

1    remove the air area, correct?
2    **A   Yes.**
3    Q   Okay.  And 3M, Arizant and Augustine were
4    aware that that is one of the purposes of an OR
5    is to reduce particulates over the sterile
6    fields?
7    **A   Yes.**
8    Q   In the operating room?
9    **A   Yep.**
10   Q   Because particulates carry bacteria?
11        MR. GORDON:  Object to the form.
12   **A   They can.**
13   Q   Okay.  And that was known to 3M, Arizant
14   and Augustine, correct?
15   **A   Well, I think that's universally known.**
16   Q   Yes.  I mean, that's why we have
17   operating rooms instead of doing operations
18   outside nowadays, correct?
19   **A   One reason, yes.**
20   Q   Is to control the environment?
21   **A   Yes.**
22   Q   Okay.  And millions and millions of
23   dollars are spent on operating room designs?
24   **A   Probably, yes.**
25   Q   Okay.  This is not new science?

13 (Pages 46 to 49)

CONFIDENTIAL

Page 50

1      A  No.
2      Q  Okay.  And Augustine, who is an
3  anesthesiologist, and Arizant and 3M were aware
4  of one of the functions of the operating room is
5  to reduce particulates, correct?
6      **A  Yes.**
7      Q  Okay.  What did Augustine do, Dr.
8  Augustine do to determine whether or not the Bair
9  Hugger in any way affected the ability of an
10  operating room to reduce particulates over the
11  sterile field?
12     **A  I'm sorry, would you repeat that**
13  **question?**
14     Q  And I'm going to go by company by
15  company.
16     **A  Okay.**
17     Q  What did Augustine Medical do, when they
18  existed, to determine whether or not the 500 OR
19  had any affect on the ability of an operating
20  room to reduce particulates over the sterile
21  field?
22     **A  I don't know that anything was done to**
23  **investigate that.**
24     Q  Augustine Medical was aware that heat
25  from the Bair Hugger blanket was being released

Page 51

1  into the environment of the OR around the
2  operating room table, correct?
3      **A  Well, I mean heat, heat is a form of**
4  **energy that is absorbed by matter.  It doesn't --**
5  **it's not, it doesn't exist in like an ether.  I**
6  **mean, it exists as a property of matter.**
7      Q  Yes.
8      **A  I mean, I'm not --**
9      Q  We could get technical on it.  You and I
10  have done it before, but I'm trying to keep it
11  simple, okay?  We can go into the law of
12  thermodynamics, the second law of thermodynamics,
13  heat transfer and all of that stuff.  I'm just
14  trying to keep it simple.
15         So energy, let's do energy, is being
16  released around the operating room table?
17     **A  So heated air could be released around**
18  **the operating room table, yes.**
19     Q  And Augustine was aware of that?
20     **A  Certainly.**
21     Q  Okay.  With respect to -- and heated air
22  is energy, correct?  Heat is energy?
23     **A  That's right.**
24     Q  Okay.  It's going to have an affect on
25  the environment?

Page 52

1      **A  It will.**
2      Q  Okay.  What did Augustine Medical do to
3  determine the affect of the heat that's being
4  exhausted by the Bair Hugger, or emitted by the
5  Bair Hugger on the environment of the operating
6  room?
7      **A  Well, primarily investigations were made**
8  **looking at the temperature management of patients**
9  **under those conditions.  So the application of**
10  **heated air to patients under anesthesia, the**
11  **amount by which their core temperature changed**
12  **under those conditions was investigated in**
13  **response to being warmed by the Bair Hugger.**
14     Q  So energy is being emitted, in a general
15  sense -- let's just call it heat because it just
16  makes it easier.  Heat is being emitted by the
17  Bair Hugger, okay?  Some of that is being
18  absorbed by the patient to warm the patient,
19  correct?
20     **A  Mmm-hmm.**
21     Q  Yes?
22     **A  Yes.**
23     Q  Okay.  And the rest of that heat, which
24  is not absorbed by the patient, is being released
25  into the OR environment, correct?

Page 53

1      **A  Yes.**
2      Q  Okay.  What did Augustine Medical do to
3  determine the effect of that excess heat that is
4  not absorbed by the human, its affect on the
5  operating room environment?
6      **A  There were -- I think back in the '90s, I**
7  **did some calculations to determine the effect of**
8  **heated air on the temperature of the operating**
9  **room.  And, of course, back then most operating**
10  **rooms were conventionally ventilated, not**
11  **laminar-airflow ventilated.  So I used standard**
12  **design calculations to figure out if a forced-air**
13  **warming unit had an additional load on the HVAC**
14  **system of operating rooms.**
15     Q  And do you know what year that was?
16     **A  I don't know, but it's in my -- it's in**
17  **my library.**
18     Q  Is that 1998?
19     **A  It -- yeah, it could have been in that**
20  **era.**
21     Q  Is that whether or not the flow
22  underneath the blanket was laminar or not
23  laminar?
24     **A  No, no, no, this was -- this was a**
25  **heating load calculation that was done.**

14 (Pages 50 to 53)

CONFIDENTIAL

Page 54

1    Q  Okay.  And you performed the calculation?
2    **A  Yes.**
3    Q  Did you have any assistance?
4    **A  I don't believe so.**
5    Q  Okay.  And you believe it was sometime in
6  the '90s?
7    **A  It was in the '90s, yes.**
8    Q  Okay.
9    **A  But the question was whether -- the**
10  **questions that customers had was, did the -- does**
11  **the Bair Hugger add an additional heat load that**
12  **cannot be compensated by the HVAC system in their**
13  **operating room.**
14    Q  And was your analysis testing done in an
15  operating room or calculations?
16    **A  All calculations.**
17    Q  All calculations.  And in your
18  calculations, did you take into account objects
19  such as people, lights, and a patient and their
20  heat loads?
21    **A  I think it was a very simplified model**
22  **that looked at mass airflow from the HVAC system**
23  **in the operating room combined with the mass**
24  **airflow from the Bair Hugger systems.**
25    Q  So you didn't take into account any of

Page 55

1  the other heat sources or obstructions in the
2  operating room?
3    **A  Correct.  It was merely the additional**
4  **heat load from the warming system.**
5    Q  Okay.  And what exactly were you trying
6  to solve?
7    **A  Whether the Bair Hugger would overpower**
8  **conventional HVAC systems in operating rooms.**
9    Q  When you say "overpower," what do you
10  mean?
11    **A  Make it so that the room temperature**
12  **could not be controlled, because it was adding so**
13  **much additional heat that the air-conditioning**
14  **couldn't compensate.**
15    Q  Okay.  Did you look at the airflow, the
16  affect of airflow in your calculations?
17    **A  Certainly, yes.**
18    Q  Okay.  So you actually looked at airflow
19  and whether or not there's a change in the
20  airflow or any buoyancy?
21    **A  No, not buoyancy.**
22    Q  Okay.  And for an operating room, did you
23  look at an operating room size?  You just looked
24  at the HVAC load?
25    **A  No, I looked at different sizes.  I**

Page 56

1  **picked a size.  There's a whole -- there's a**
2  **whole manual on operating room design from either**
3  **the --**
4    Q  ASHRE?
5    **A  Yeah, it's ASHRE.  ASHRE has a whole**
6  **manual on operating room design.  I used their**
7  **basic design calculations for airflow and size of**
8  **the rooms.**
9    Q  You have a degree in physiology, correct?
10    **A  Yes.**
11    Q  And a minor in chemistry?
12    **A  A minor in biology.**
13    Q  Biology, I'm sorry.  Well, according to
14  your CV, you have a master's in physiology,
15  correct?
16    **A  Yes.**
17    Q  A bachelor's in biology?
18    **A  Yes.**
19    Q  And a minor in chemistry?
20    **A  A minor in chemistry.**
21    MS. ZIMMERMAN:  Much more employable than
22  my poly-sci.
23    Q  Okay.  You have no engineering degree,
24  correct?
25    **A  My physiology degree, I did half of it in**

Page 57

1  **the school of mechanical engineering at the**
2  **University of Minnesota.**
3    Q  And so you took the law of -- you took
4  heat transfer?
5    **A  I did.**
6    Q  Okay.  And thermodynamics?
7    **A  Yes.**
8    Q  And fluid transfer, fluid dynamics?
9    **A  Fluid mechanics?**
10    Q  Yes.
11    **A  Yes.**
12    Q  But you don't hold yourself out as an
13  expert in HVAC systems, do you?
14    **A  No.**
15    Q  And you don't hold yourself out as an
16  expert as an engineer, correct?
17    **A  No.**
18    Q  Okay.  Did -- why were you the one doing
19  the calculations on the affect of the Bair Hugger
20  instead of someone that is actually skilled in
21  the art of engineering or HVAC?
22    **A  I think at the time we didn't have any**
23  **mechanical engineers and it was of interest to**
24  **me.**
25    Q  So it was something that -- you took it

15 (Pages 54 to 57)

CONFIDENTIAL

Page 58

1    upon yourself?
2        A  Yes.
3        Q  Okay.  That makes sense.
4            Did you share your results with anybody?
5        A  Yes.  Yeah.
6        Q  Who?
7        A  I mean, this was some time ago.  I don't
8    recall who got a report or a response.  I'm sure
9    there was an email response sent to a person who
10   asked about it.
11       Q  Well, did someone ask you to do the
12   testing or was -- you said you took it upon
13   yourself?
14       A  Someone asked me the question and I did
15   the calculations.  This was a common response to
16   the role that I had at the time at Arizant.
17       Q  Were there many institutions or hospitals
18   that were asking for this information, the affect
19   of the Bair Hugger on the HVAC system?
20       A  No.
21       Q  You said someone mentioned it or someone
22   asked the question?
23       A  Someone sent an email to me and asked the
24   question.
25       Q  Okay.

Page 60

1    the Plaintiffs.
2            MS. ZIMMERMAN:  Genevieve Zimmerman also
3    on behalf of Plaintiffs.
4            MS. CAMPBELL:  Tricia Campbell, and I
5    believe Brett Emison is on by Zoom, with Langdon
6    & Emison, on behalf of the Plaintiffs.
7            MR. FARRAR:  Kyle Farrar on Zoom on
8    behalf of Plaintiffs.
9            MR. GORDON:  Corey Gordon and Charmaine
10   Harris on behalf of 3M and the witness.
11           MR. MCCAIG:  Joshua McCaig for
12   Centerpoint Medical Center, Centerpoint
13   Orthopedics and Dr. Gregory Ballard.
14           MR. KRONAWITTER:  Joe Kronawitter for the
15   Anesthesia Defendants on O'Haver.
16           MS. DAVIS:  Lucy Davis for Kansas City
17   Anesthesia, Defendants in O'Haver.
18           MR. BREER:  Paul Breer here on behalf of
19   Dr. Frevert and Rockhill Orthopaedics, PC
20   appearing via Zoom.
21           MR. MCGREVEY:  Sean McGrevey for St.
22   Luke's East Hospital in the Tye case.
23           MR. ASSAAD:  Is that everybody?  I guess
24   so.
25   BY MR. ASSAAD:

Page 59

1        A  I didn't know the answer, so I did this.
2        Q  Okay.  So my understanding is -- and
3    we'll go get your notes in a second -- you did a
4    laminar-flow calculation, correct?  Regarding the
5    Bair Hugger, whether or not it affects the
6    laminar flow in an operating room?
7        A  Oh, yes.
8        Q  And you also did whether or not the heat
9    load of a Bair Hugger affects the cooling -- the
10   HVAC system in an operating room, correct?
11       A  Mmm-hmm.
12       Q  Okay.
13           MR. GORDON:  You have to answer "yes" or
14   "no."
15       A  Yes.  Sorry.
16           MR. ASSAAD:  Thank you, Corey.
17       Q  With respect to -- let's just take a
18   break.
19           I'm going to go find your notes and so we
20   can talk about it intelligently.
21           THE VIDEOGRAPHER:  Off the record.
22           (Whereupon, a short recess was taken at
23   10:40 a.m.)
24           THE VIDEOGRAPHER:  We're on the record.
25           MR. ASSAAD:  Gabriel Assaad on behalf of

Page 61

1        Q  Going back to your calculations on the
2    affect of heat on the HVAC system.  Just to be
3    clear, you did one calculation with one set of
4    assumptions for a model OR; is that fair?
5        A  I believe that's correct, yes.
6        Q  You didn't look at any other sizes or any
7    different ORs, you just used one OR?
8        A  I believe I used the dimensions that were
9    relayed to me by the person asking the question
10   of the operating room.
11       Q  Who was asking the question?
12       A  I don't remember.
13       Q  Okay.
14       A  A salesperson.
15       Q  To put it another way:  You didn't do
16   calculations for all ORs in the United States,
17   you just used one OR?
18       A  No, just one.
19       Q  And you believe with respect to
20   determining that question of the affect of the
21   heat on the Bair Hugger and HVAC system, that it
22   would be reasonable to use just one OR?
23       A  Well, to answer the specific question,
24   yes.  It was not meant to be a general solution,
25   it was meant to answer a question that I believe

STIREWALT & ASSOCIATES
MINNEAPOLIS, MN  1-800-553-1953  info@stirewalt.com

CONFIDENTIAL

Page 62

1    the salesperson had about whether a HVAC system
2    would be overwhelmed by a Bair Hugger.
3        Q  Okay.  But the conditions of the OR that
4    you used, was that provided to you by the sales
5    rep or by ASHRE?
6        A  The dimensions were provided by the sales
7    rep and then ASHRE provided a number of the other
8    factors like flow rates and air exchanges per
9    hour, that kind of thing.
10       Q  So you did a calculation to answer the
11   general question of whether or not the Bair
12   Hugger's heat has an affect on the HVAC system in
13   an OR?
14       A  Yes.
15       Q  I would like to go through the design
16   process, which is one of the topics.  And I think
17   the best way I'm going to do it is just to go
18   through the history, the genealogy of the Bair
19   Hugger system; fair enough?
20       A  Yeah, sure.
21       Q  Okay.  And just to go through the design
22   process, it would be fair to say that Dr.
23   Augustine identified a problem with patients,
24   rewarming patients, and created a product to
25   rewarm patients in the PACU, correct?

Page 63

1        A  That's correct.
2        Q  Okay.  And so he identified the problem
3    and he designed the solution for the problem,
4    correct?
5        A  Yes.
6        Q  Okay.  And that's -- the design process,
7    you identify a problem and you design a solution
8    for the problem?
9        A  In this case.
10       Q  Okay.  And part of designing a product,
11   one of the key factors to look at is the
12   environment of use, correct?
13       A  Yes.
14       Q  Okay.  In designing a medical device, for
15   example the Model 200, the environment of use was
16   in the PACU, correct?
17       A  Yes.
18       Q  And you need to look at the PACU in the
19   design process to determine what factors and what
20   issues are there in the PACU in designing a
21   medical device for the PACU, correct?
22       A  Yes.
23       Q  Okay.  And the same thing with the
24   design.  When Augustine decides to design a
25   forced-air warming unit for the operating room,

Page 64

1    you have to look at the operating room's
2    environment of use, correct?
3        A  Yes.
4        Q  Okay.  And that's different than the
5    PACU, correct?
6        A  Well, I'm not certain what Dr. Augustine
7    considered in the design phases; but in general,
8    yes, the conditions that exist where you're going
9    to operate the device must be considered.
10       Q  So, for example -- withdraw that.
11          When Augustine Medical made the decision
12   to design a forced-air warming device for the
13   operating room, changes had to be made to the
14   Model 200 because of the environment of use at
15   the operating room instead of a PACU, correct?
16          MR. GORDON:  Object to the form of the
17   question.
18       A  Well, the Model 200 or the Model 250,
19   neither of those were modified to operate in the
20   operating room.  A brand new design was
21   considered.
22       Q  I understand that.  But the premise
23   design of a blower, a heating element, both
24   consist in the 200 series and the series that was
25   going to be used in the operating room, correct?

Page 65

1        A  Yes.
2        Q  Okay.  But certain considerations had to
3    be made as part of the design process with
4    respect to having a medical device in an
5    operating room as compared to a PACU?
6        A  Yes.
7        Q  Okay.  The intended use for the Model 200
8    or 250 was in the PACU?
9        A  That's correct.  The site of intended use
10   was the PACU.
11       Q  Okay.  And the site of the intended use
12   for the Model 500 was in the PACU?
13       A  For the?
14       Q  Model 500.
15       A  Yes.
16       Q  The intended use for the 500 OR was for
17   the operating room?
18       A  The site of intended use was in the
19   operating room, yes, in the 500 OR.
20       Q  Okay.  And as part of the design process
21   you have to take, as part of your design
22   considerations, the environment of use, where the
23   device is going to be used?
24       A  Yes.
25       Q  Okay.  And in fact, under 3M's code of

17 (Pages 62 to 65)

CONFIDENTIAL

Page 66

1  conduct it states under "Product safety:  As part
2  of our mission to improve every life, 3M will
3  provide our customers with quality products that
4  are safe for their intended use."  Correct?
5      **A  That is correct.  However, 3M had nothing**
6  **whatsoever to do with the 500 OR.**
7      Q  I understand that.  But they bought the
8  company, they bought Arizant, correct?
9      **A  Yes.**
10      Q  To meet their code of conduct, the
11  company, 3M, Arizant, or Augustine needs to know
12  the location of the intended use, correct?  The
13  site of the intended use?
14      **A  So the code of conduct at Arizant differs**
15  **from the code of conduct at 3M, and I don't**
16  **recall precisely what the code of conduct was at**
17  **Arizant, but it's not the same as the one at 3M.**
18      Q  Well, I would assume that Arizant and
19  Augustine had a code of conduct that promoted
20  product safety?
21      **A  Yes.**
22      Q  Okay.  And I assume both had a code of
23  conduct to design products that are safe for the
24  intended use?
25      **A  Yes.**

Page 67

1      Q  Okay.  And also safe for the environment
2  of use?
3      **A  I'm not entirely certain what you mean by**
4  **that.**
5      Q  Well, they have to be aware of its
6  intended use, and, for example, the 500 OR the
7  intended use is for use in an operating room?
8      **A  So intended use is a specific technical**
9  **term that the FDA uses to decide whether to clear**
10  **a product for use.**
11      Q  Let's not get -- I don't really want to
12  get into the FDA.  I'm talking about general
13  design --
14      **A  But when you use the term "intended use,"**
15  **that is a specific term used by the FDA.**
16      Q  But it also has its ordinary meaning as
17  well, correct?
18      **A  Well, I guess it depends on how you want**
19  **to use it.  For a person who works in a medical**
20  **device industry, intended use has a very specific**
21  **meaning, and especially to the FDA.**
22      Q  The environment of use must be taken into
23  consideration in the design process of a medical
24  device, correct?
25      **A  Yes.**

Page 68

1      Q  Okay.  And you would agree that with
2  designing a medical device that's to be used in
3  an operating room, that environment of use must
4  be taken into consideration in designing that
5  medical device?
6      **A  Yes.**
7      Q  Okay.  And as part of the design for the
8  500 OR, the first forced-air warming device by
9  Augustine to be used in an operating room, as
10  part of the design process the fact that it would
11  be used in an operating room, that environment of
12  use must be taken into consideration in the
13  design process?
14      **A  Yes, as well as the condition of patients**
15  **in that environment.**
16      Q  There's many different factors, but
17  that's one condition, is the environment of use?
18      **A  Yes.**
19      Q  Okay.  And the reason why you take into
20  consideration the environment of use is in the
21  consideration of whether or not the medical
22  device would be safe for that particular
23  environment of use?
24          MR. GORDON:  Object to the form of the
25  question.

Page 69

1      **A  So that's one consideration, yes.**
2      Q  For example, 3M, Arizant or Augustine,
3  the company in general, was aware that the model
4  200, the 250 and the 500 was going to be used in
5  an operating room -- strike that.
6          The Model 200, 250 and 500 was not safe
7  to be used in an operating room?
8      **A  That's correct.**
9      Q  Okay.  What changed between the model --
10  what changed between the devices that were not
11  intended for use in the operating room and the
12  505 to make it suitable to be used in an
13  operating room?  I'm sorry, the 500 OR.  I'm
14  sorry.
15      **A  The nozzle temperature was lowered**
16  **because it was understood that insensate patients**
17  **would not be able to respond to very high**
18  **temperatures that existed with the 200, the 250,**
19  **and the 500 warming units.  Those were acceptable**
20  **for use when patients were in the PACU, but those**
21  **were not acceptable for patients who were under**
22  **anesthesia.**
23      Q  Anything else?
24      **A  A filter was added.**
25      Q  Well, there was a filter on the 200, 250

18 (Pages 66 to 69)

CONFIDENTIAL

Page 70

1  --
2      **A   A different filter was added.**
3      Q   What was the change in filter?
4      **A   I believe that at the time it was a 0.2**
5  **micron filter in the 500 OR warming unit.**
6      Q   What was used before in the 200, the 250
7  and the 500?
8      **A   I believe it was a 2 micron, 2.0 micron**
9  **filter.**
10     Q   So in the 200, model 200, it was a 2
11 micron filter?
12     **A   Yes.**
13     Q   And the model 250 it was a 2 micron
14 filter?
15     **A   Yes.**
16     Q   In the model of 500 it was a 2 micron
17 filter?
18     **A   Yes.**
19     Q   And then the model 500 OR changed to a .2
20 micron filter, correct?
21     **A   Yes.**
22     Q   Okay.  And what was the nozzle
23 temperature in the Model 200?
24     **A   Something less than 46 degrees celsius or**
25 **thereabouts.**

Page 71

1      Q   And what about the Model 250?
2      **A   Same.**
3      Q   And what about the model 500?
4      **A   I believe the same there as well.**
5      Q   And when you're talking about the nozzle
6  temperature, you're talking about the temperature
7  of the air exiting the end of the nozzle?
8      **A   Yes.**
9      Q   Okay.  And then what was the 500 OR, the
10 temperature at the end?
11     **A   43 degree celsius.**
12     Q   And would it be fair that every other
13 model after the 500 OR was 43 degrees celsius?
14     **A   Yes.  The high temperature subpoint was**
15 **limited to 43 degree celsius.**
16     Q   Okay.  So my understanding that one of
17 the reasons the temperature was reduced from 46
18 degrees celsius to 43 degrees celsius, according
19 to 3M, was that anesthestized patients, the
20 higher temperature would affect them differently?
21     **A   They would not be able to respond by**
22 **alerting a clinician that they were getting too**
23 **hot, because they're under anesthesia.**
24     MS. ZIMMERMAN:  So if the anesthesia is
25 working, they can't talk.

Page 72

1      **A   Correct, they're insensate.**
2      Q   Okay.  And that would be to prevent a
3  thermal injury?
4      **A   That or just making them too hot.**
5  **Hyperthermia.**
6      Q   Hyperthermia?
7      **A   Hyperthermia.**
8      Q   Okay.  What studies were done or tests to
9  support that the temperature setting for the OR
10 needed to be reduced from 46 degrees -- or the
11 temperature setting for the Bair Hugger that's
12 used in an OR, that the output temperature needed
13 to be reduced from 46 degrees to 43 degrees?
14     **A   I'm not sure that any studies were**
15 **conducted to set that temperature.  That**
16 **temperature was the result of numerous studies**
17 **that were conducted around World War II in airmen**
18 **to determine burn thresholds, mainly for pilots**
19 **in aircraft cockpits to decide when they got**
20 **burned.  So those were used as -- those were used**
21 **to inform the decision to lower the temperature**
22 **of the nozzle to prevent burns.**
23     Q   Okay.  But those airmen were not
24 anesthestized, correct?
25     **A   Correct.**

Page 73

1      Q   Okay.  Okay.  Was there any clinical
2  studies or scientific studies to show that for
3  anesthestized patients, a company needs to reduce
4  the output temperature from 46 degrees to 43
5  degrees?
6      **A   There were clinical studies conducted on**
7  **volunteer soldiers to establish what the**
8  **threshold limit was for burns in skin.  These**
9  **tests were done right after World War II and**
10 **determined that burns, burns are the result of an**
11 **accumulation of energy in the tissue.  And after**
12 **World War II, it was possible to make**
13 **measurements of that and also burn people to**
14 **determine where that occurred.**
15     **Now, these tests, of course, can no**
16 **longer be conducted because it would be**
17 **unethical, because we now know where the**
18 **threshold occurs.**
19     Q   Was there any concern with respect to
20 using the 200 series, the 200 to 250 -- withdraw
21 the question.
22     Was there any concern with respect to the
23 200 that using the 200 in an operating room
24 environment would cause airborne contamination?
25     **A   I don't know.  But the main reason was**

19 (Pages 70 to 73)

CONFIDENTIAL

Page 74

1  its temperature.
2  Q  I understand the main reason, but there
3  are many factors that go into a design process.
4  One is the warming of the patient, the
5  temperature, correct?
6  **A  Correct.**
7  Q  Another factor that should go into the
8  design of a medical device that is used in an OR
9  is whether or not it would cause any type of
10  airborne contamination, correct?
11  **A  Yes.**
12  Q  Okay.  Was that considered -- was there
13  any discussion -- strike that.
14  Was airborne contamination one of the
15  reasons why the Model 200 should not be used in
16  an operating room?
17  **A  I don't believe that was a consideration**
18  **because the Model 200 was never intended to be**
19  **used in an operating room.**
20  Q  I understand that.  But was one of the
21  considerations or one of the reasons why it
22  should not be used in an operating room is
23  because it could cause airborne contamination?
24  **A  I don't believe so.  Again, the model 200**
25  **and 250 were designed never to be used in an**

Page 75

1  **operating room, primarily because of their**
2  **temperatures.**
3  Q  Do you know whether or not 3M warned
4  clinicians that the Model 200 or 250 should not
5  be used in an operating room because it may cause
6  airborne contamination?
7  **A  Well, 3M did not develop or sell the**
8  **Model 200 or 250.  That was done by Augustine**
9  **Medical.**
10  Q  Okay.  When I say 3M, I mean 3M and the
11  companies that they have bought, which is
12  Arizant, that bought Augustine.  So if I use "the
13  company," would that be better for you?
14  **A  Well, I guess my point is that the Model**
15  **200 and 250 were obsoleted devices long before 3M**
16  **bought Arizant Healthcare.**
17  Q  I understand.  I'm going through the
18  design process.
19  I would assume that when, you know, you
20  take what you learn from one device when you make
21  a new device, especially with forced-air warming,
22  correct?
23  **A  Mmm-hmm, yes.**
24  Q  Okay.  So did -- and when I say "you," I
25  want to be referring to all the companies, okay?

Page 76

1  So did you take into account -- strike that.
2  Did you warn to the clinicians that the
3  use of the 200 and 250 were prohibited in the
4  operating room?
5  **A  We did warn that.**
6  Q  Did you warn clinicians that the model
7  200 and 250 may cause airborne contamination and
8  therefore do not use in an operating room?
9  **A  Not for that reason.**
10  Q  So the answer to my question is
11  "no"?
12  **A  No.**
13  Q  Okay.  If the company warned about
14  airborne contamination for use of the Model 200
15  or 250 in the operating room, would you know what
16  the basis of that warning would be coming from?
17  MR. GORDON:  Object to the form of the
18  question, assumes facts not in evidence.
19  **A  I'm sorry, would you repeat that**
20  **question?**
21  Q  Let me withdraw that question.
22  Were there any tests done on the 200 or
23  250 to determine whether or not it could cause
24  airborne contamination?
25  **A  Not to my knowledge.**

Page 77

1  Q  I would like to show what's been marked
2  as Exhibit 1.
3  MR. GORDON:  Exhibit 2?
4  MR. ASSAAD:  Exhibit 2, I'm sorry.
5  (Whereupon, Exhibit 2 was marked for
6  identification.)
7  BY MR. ASSAAD:
8  Q  What's been marked as Exhibit 2 is a
9  patent filed March 27, 1934, but issued on July
10  5, 1938, by E.J. Sweetland.  Are you familiar
11  with this document?
12  **A  I believe I've seen this before.**
13  Q  And this is a predicate device for --
14  provided to the FDA for the clearance of the
15  Model 200, correct?
16  **A  I believe this is one of the predicate**
17  **devices.  I think there is another one.**
18  Q  Okay.  And the Sweetland device is a cast
19  warmer, correct?
20  **A  A cast dryer.**
21  Q  Cast dryer.  Did you review this document
22  in preparation for today's deposition?
23  **A  No.**
24  Q  But you've seen this document before?
25  **A  I have.**

STIREWALT & ASSOCIATES
MINNEAPOLIS, MN  1-800-553-1953  info@stirewalt.com

CONFIDENTIAL

Page 78

1    Q   Okay.  Do you know whether or not this is
2  where the company got the idea to create a
3  forced-air warming device for patients?
4    **A   I don't know that this is where**
5  **Dr. Augustine got the idea.**
6    Q   Okay.  But you're aware that this is one
7  of the devices used to support their 510k FDA
8  clearance?
9    **A   As a substantially equivalent predicate**
10  **device, yes.**
11    Q   And the environment for use of the
12  Sweetland drying apparatus is outside of an
13  operating room, correct?
14    **A   Apparently so.**
15    Q   Okay.  It's the same environment of use
16  as say, for example, the Model 200?
17    **A   Well, again, 1938, I'm just going by the**
18  **diagram here, it looks to me like the device is**
19  **intended to be used in a patient room, it looks**
20  **like a bed, so not even in a PACU.**
21    Q   Well, we could agree it's outside the
22  operating room?
23    **A   Well, I mean, yes.**
24    Q   Okay.
25    **A   By the diagram.**

Page 79

1    Q   Okay.
2    **A   I haven't read the patent in quite some**
3  **time.**
4    Q   Do you know whether or not the Sweetland
5  device ever went to production?
6    **A   I have no idea.**
7    Q   That's all I was going to ask you on
8  that.  Unless you feel like reading it just for
9  fun.
10    **A   Oh, I was just going to see if they had a**
11  **preferred location of operation.**
12    **(Whereupon, Exhibit 3 was marked for**
13  **identification.)**
14    Q   What's been marked as Exhibit Number 3 is
15  -- well, going back to the Sweetland patent, you
16  were looking to determine whether or not location
17  was listed in the patent --
18    **A   Yes.**
19    Q   -- where it should be used?  Is that
20  something that is usually listed in a patent?
21    **A   I doubt it in 1938.**
22    Q   Okay.  What about now?
23    **A   It could be now.**
24    Q   It's basically up to the patent inventor
25  as well as the examiner as to whether that

Page 80

1  information is needed in the patent, correct?
2    **A   That's correct.  But patents are a good**
3  **bit more sophisticated now than they were in**
4  **1938.**
5    Q   I understand.
6    What's been marked as Exhibit 3 is the
7  Model 200, 250 Operation Manual.  Are you
8  familiar with this document?
9    **A   Yes.**
10    Q   And I believe this document was published
11  in 1988?
12    **A   I don't see a date on it, but it would**
13  **have to be around that time because --**
14    Q   If you go to page --
15    **A   Oh, yes.  Copyright 1988, Augustine**
16  **Medical, Inc.**
17    Q   And you're familiar with this document,
18  correct?
19    **A   Yes.**
20    Q   Okay.  I want to go over a few things
21  with this document.  First of all, under the
22  introduction it talks about its intended use to
23  treat the common problem of post-operative
24  hypothermia, correct?  First paragraph under
25  "Introduction."

Page 81

1    **A   Well, again, intended use is a very**
2  **specific, technical term used by the FDA.  I'm**
3  **not sure that that fits the description of what**
4  **this describes.**
5    Q   Well, I guess there's -- I'm just -- I'm
6  using "intended use" as to what the device was
7  intended to be used for.  Do you want me to use a
8  different word?  Is there a better word that you
9  could use?  I'm not speaking about regulatory.
10    Let me ask it this way:  The Bair Hugger
11  250 system was to be used in a -- for
12  post-operative hypothermia, correct?
13    **A   And the significant discomfort that**
14  **occurs in patients that are cold after surgery;**
15  **so two things.**
16    Q   Okay.
17    **A   And can be used to treat shivering, so**
18  **actually three things.**
19    Q   But it was meant to be used in the
20  post-operative period of patients that went
21  through surgery?
22    **A   Yes, that's correct.**
23    Q   Okay.  And so the Model 250, just so we
24  can list it out to be clear, one use was for
25  post-operative hypothermia, correct?

STIREWALT & ASSOCIATES
MINNEAPOLIS, MN   1-800-553-1953   info@stirewalt.com

CONFIDENTIAL

Page 82

1    A  Yes.
2    Q  The second use was for significant
3  discomfort that occurs in patients that are cold
4  after surgery?
5    A  Yes.
6    Q  And the third use is that the Model 250
7  can be used to treat shivering and tremors?
8    A  Yes.
9    Q  All related to being cold after surgery?
10   **A  Mmm-hmm, that's correct.**
11   Q  Okay.  Going back to one of the warnings,
12  I want to point you to warning number four.  It
13  says, "The possibility of airborne contamination
14  should be considered if patients with infected
15  wounds are treated with the Bair Hugger."  Did I
16  read that correctly?
17   **A  Yes.**
18   Q  So that's one of the warnings that -- on
19  the device of Model 200 and 250 is the
20  possibility of airborne contamination should be
21  considered if patients with infected wounds are
22  treated with the Bair Hugger?
23   **A  Yes, that's a warning.**
24   Q  Okay.  And what was the basis of this
25  warning?

Page 83

1    **A  I have no idea where it originated.**
2  **Given that this is the first type of this device,**
3  **probably was an appeal to logic.**
4    Q  Can you elaborate a little bit more on
5  that?
6    **A  Well, since there was no -- there were no**
7  **existing forced-air warming devices at the time,**
8  **my guess is that the design team conducted a risk**
9  **analysis of the device and came up with these**
10  **warnings to address risks that were identified**
11  **during the risk mitigation process.**
12   Q  Okay.  So the design team at the time was
13  Dr. Scott Augustine and his dad Doug Augustine,
14  correct?
15   **A  Well, there may have been a couple of**
16  **others as well, yes.**
17   Q  Okay.  Do you know anyone else?
18   **A  Randy Arnold.**
19   Q  Anyone else?
20   **A  Not by name, no.  Sorry.**
21   Q  Okay.  And based on the risk analysis and
22  the fact that the Bair Hugger blows air, one of
23  the warnings they gave is the potential for
24  airborne contamination?
25      MR. GORDON:  Object to the form of the

Page 84

1  question, incomplete.
2    **A  In patients with infected wounds.**
3    Q  Okay.  So with a patient with an infected
4  wound, the Bair Hugger might spread any bacteria
5  in an infected wound in the environment?
6    **A  Well, again, the warning actually says,**
7  **"the possibility of airborne contamination should**
8  **be considered."  It doesn't say that it will**
9  **occur, it just says "should be considered."**
10   Q  Okay.
11   **A  That's the warning.**
12   Q  Should be considered if patients with
13  infected wounds are treated with the Bair Hugger,
14  correct?
15   **A  Yes.**
16   Q  And when treated with the Bair Hugger,
17  you're treated with warm air blowing over your
18  body?
19   **A  Yes.**
20   Q  And as a result of warm air blowing over
21  your body, one of the concerns and what they
22  warned for is that if you have an infected wound
23  bacteria, that the possibility of airborne
24  contamination should be considered?
25   **A  In the case of a patient with an infected**

Page 85

1  **wound, yes.**
2    Q  And that's airborne contamination in the
3  PACU?
4    **A  Yes.**
5    Q  Okay.  Because bacteria could move
6  through the air, correct?
7    **A  Again, that's what the warning is**
8  **suggesting, that it should be considered.**
9    Q  Okay.  Because bacteria can move through
10  the air?
11   **A  Yes.**
12   Q  Okay.  And bacteria is what causes
13  infections?
14   **A  It's what causes bacterial infections.**
15  **It doesn't cause viral infections.**
16   Q  Viruses cause viral infections?
17   **A  Correct.**
18   Q  Okay.  Viruses and bacteria can travel
19  through the air?
20   **A  I'm sorry?**
21   Q  Viruses and bacteria can travel through
22  the air?
23   **A  Yes.**
24   Q  Okay.  And that's probably more
25  understood now with the whole COVID pandemic than

22 (Pages 82 to 85)

CONFIDENTIAL

Page 86

1   ever before?
2       MR. GORDON:  Object to the form of the
3   question, lack of foundation, vague.
4       **A  I'm not an expert in microbiology.  I**
5   **don't know if it's understood now more by**
6   **clinicians than it was in the past.**
7       Q   The general public.
8       MR. GORDON:  Same objection.
9       **A  Again, I don't know what the general**
10  **public knows about transmission of microorganisms**
11  **in an operating room.**
12      Q   Okay.  Well, I'm talking about in
13  general.  Like everyone is wearing masks because
14  of COVID, you know.  People are aware that COVID
15  travels through the air.
16      **A  There still seems to be some controversy**
17  **about the effectiveness of those devices.**
18      Q   I want to go to page 5.  And
19  Dr. Augustine started his company, I believe, in
20  1987, correct?
21      **A  I think '87 was the first commercial**
22  **product introduction, yes.**
23      Q   Okay.  Which was the 200?
24      **A  Yes.**
25      Q   Let's look at the average temperature of

Page 87

1   air surrounding the patient.  It says the
2   temperature settings here, "heat off, ambient
3   temperature, low" -- we'll use celsius -- "33
4   degrees celsius, medium 37.6 degrees celsius, and
5   high 43.1 degree celsius," correct?
6       **A  That's correct.**
7       Q   And I read that correctly, correct?
8       **A  You did read that correctly.**
9       Q   And so in the Model 200 the air coming
10  out of the air nozzle is 43 degree celsius,
11  correct?
12      **A  No, that's not what table says.  It says,**
13  **"Average temperature of air surrounding the**
14  **patient."  So this is an average of the air**
15  **completely surrounding the patient in operation.**
16      Q   Okay.  So this is what it estimates
17  surrounding the patient?
18      **A  They may have estimated it.**
19      Q   Okay.
20      **A  It says "average," so I'm assuming that**
21  **was a measurement.**
22      Q   Okay.  Do you know how they came up with
23  this number?
24      **A  No, I was not working there then.**
25      Q   Okay.

Page 88

1       **A  I don't know.**
2       Q   All right.  And then after the Model 200,
3   I want to show you what the Model 500 is.
4       Let's mark this as Exhibit Number 4.
5       (Whereupon, Exhibit No. 4 was marked for
6       identification.)
7   BY MR. ASSAAD:
8       Q   What's been marked as Exhibit Number 4 is
9   the Model 500, 500 E and 500 J.  Have you seen
10  this document before?
11      **A  Yes.**
12      Q   What is it?
13      **A  It's a service manual for the Model 500**
14  **warming system.**
15      Q   And do you know what year the Model 500
16  came out?
17      **A  I don't know what year it was introduced.**
18  **Let's see, this manual probably has a copyright**
19  **date.  It looks like -- well, that can't be**
20  **right.  August of '78 would not be right.  Oh,**
21  **it's an Augustine numbering system.  I don't know**
22  **what year it came out.**
23      Q   Okay.
24      **A  It would have been before 1994.**
25      Q   Okay.

Page 89

1       **A  That I know for certain.**
2       Q   If you look under the warnings on page 2,
3   it has a similar warning as the Model 200.  It
4   says, "Due to the possibility of airborne
5   contamination, the Bair Hugger warming cover
6   should not be applied to services with open,
7   infected wounds."  Did I read that correctly?
8       **A  Yes.**
9       Q   And that's the same warning as the Model
10  200 and 250, correct?
11      **A  No, I believe it's different.  I believe**
12  **this one says "open, infected wounds."  I don't**
13  **think the previous one said "open."**
14      Q   You're right.  That's correct.  So they
15  changed the warning to state "open, infected
16  wounds"?
17      **A  Yes.**
18      Q   Do you know why the warning was changed?
19      **A  Again, most likely because a risk**
20  **mitigation analysis determined that the real risk**
21  **occurred when there were infected wounds that**
22  **were open covered with the warming system.**
23      Q   A risk to who?
24      **A  Well, it could be a risk to the patient,**
25  **it could be a risk to the clinicians.  I don't**

23 (Pages 86 to 89)

CONFIDENTIAL

1     **know -- again, I don't have that risk mitigation**
2     **document, but I'm guessing just based on the**
3     **difference in language.**
4     Q  But that would be part of the design
5     process to look at the potential risks of a
6     device, correct?
7     **A  Well, yes, it's part of the design**
8     **process.  But it's a separate process where the**
9     **risks of the device are analyzed separately from**
10     **the design of it.**
11     Q  I understand that.  But the design
12     process would include evaluating the device for
13     potential risks?
14     **A  It does.**
15     Q  Okay.  And in preparation for today's
16     deposition, did you review any documents or have
17     any discussions as to the source of data used to
18     put these warnings in for the Model 200, 250 and
19     the 500?
20     **A  No.**
21     Q  Okay.  But you were aware of these
22     warnings previously, correct?
23     **A  Yes.**
24     Q  Okay.  And the reason behind the warning
25     was that blowing air over an open, infected wound

1     could be a source of bacteria that could cause
2     airborne contamination, correct?
3     **A  The reason for the warning was a**
4     **mitigation due to a risk that was identified**
5     **during the risk mitigation process.**
6     Q  So a risk was identified that blowing
7     warm air over an open, infected wound may cause
8     airborne contamination?
9     **A  Most likely, yes.**
10     Q  Okay.  And they were concerned that the
11     fact of possible airborne contamination could
12     cause -- could be a source of bacteria that could
13     cause harm to either the patient or other people
14     in the PACU?
15     **A  I suspect that was the risk that was**
16     **trying to be mitigated, yes.**
17     Q  Because they were concerned that the
18     device can aerosolize bacteria from a wound and
19     contaminate the area around the patient?
20     **A  Not just any wound, it says "an open,**
21     **infected wound."**
22     Q  Okay.  For the Model 500?
23     **A  Yep.**
24     Q  Okay.  An open infected wound could
25     aerosolize the bacteria that is on the open,

1     infected wound and cause harm to other people,
2     including the patient?
3     **A  Yes.**
4     Q  Okay.  Therefore, at this time, and the
5     time of the 500, the company was aware that the
6     Bair Hugger device can blow bacteria into the
7     environment?
8     **A  Again, I don't know if it was aware.  It**
9     **identified as a potential risk the possibility**
10     **that the device could blow bacteria from an open,**
11     **infected wound.**
12     Q  And I understand that.  They identified
13     the risk that the Bair Hugger can blow bacteria
14     from a patient into the environment?
15     **A  From an open, infected wound.**
16     Q  Okay.  Well, when you say "open, infected
17     wound," that means there's bacteria in the wound,
18     correct?
19     **A  Yes.**
20     Q  Okay.  But there is also bacteria on the
21     patient's skin, correct?
22     **A  Yes.**
23     Q  Are you saying that the Bair Hugger is
24     going to distinguish between the bacteria on the
25     patient's skin and the bacteria in an open wound

1     and decide to just blow the bacteria and the open
2     wound into the environment and not on the skin?
3     **A  No.  What I'm saying is that the**
4     **designers of this system identified this as a**
5     **potential risk and used this warning to mitigate**
6     **it.**
7     Q  And maybe I can simplify this a little
8     bit.  The warning here states -- they identify an
9     open, infected wound as a source of bacteria,
10     correct?
11     **A  They did.**
12     Q  Okay.  So the concern is, there's a
13     source of bacteria and there's a possibility that
14     when the Bair Hugger blower blows over that
15     source of bacteria, that it could cause -- it may
16     cause airborne contamination, correct?
17     **A  That appears to be the concern.**
18     Q  Okay.  And it was a risk identified as
19     early as 1988?
20     **A  Yes.**
21     Q  Okay.  And part of the design process --
22     and let me know if you agree with me -- is you
23     identify a problem, correct, a potential problem?
24     **A  Well, go ahead and continue.**
25     Q  I just want to go step-by-step.

CONFIDENTIAL

Page 94

1    A  Okay.
2    Q  You identify a potential problem,
3  correct?
4    A  That can be part of the design process,
5  yes.
6    Q  You try to design around the problem or
7  to solve the problem, potential problem, correct?
8    A  Yes.
9    Q  And if you can't design around it, you
10  provide a warning?
11    A  So we're talking about two different
12  things here.  So the design process is the
13  process involved in developing a product.  Risk
14  mitigation is the process that is used to
15  minimize the risks caused by the product.
16    Q  And you're way more accurate than I am.
17  But the risk mitigation is kind of a part of the
18  design, overall design process?
19    A  Well, it's included as part of the design
20  process.
21    Q  Okay.
22    A  But risk mitigation is a strictly
23  controlled, managed process that the FDA is very
24  concerned about.
25    Q  We'll forget about the FDA.  I don't want

Page 95

1  to talk about the FDA, but any medical device
2  manufacturer.
3    A  Well, the risk mitigation process is
4  approved by the FDA and the standards
5  promulgating bodies and we follow that.
6    Q  I understand that.  But regardless of the
7  FDA, 3M's code of ethics wants to provide safe
8  products, correct?
9    A  Of course.
10    Q  And whether or not it's the FDA requiring
11  you to do it or internally, it's good business
12  practice to identify risks of your product and to
13  try to design -- design a solution or to warn
14  about it, correct?
15    A  Yes.
16    Q  Okay.  And in this situation, do you know
17  whether or not the company tried to design out --
18  to make a design to avoid the possibility of
19  airborne contamination regarding the Bair Hugger
20  warming cover when applied to surfaces with open,
21  infected wounds?
22    A  Well, they attempted to mitigate it by
23  using a warning.
24    Q  Okay.  And you agree with me that the
25  warning should only -- should be used if you

Page 96

1  cannot design a solution to design out a
2  solution, correct -- to design out of a problem?
3    A  The goal of the design process is to try
4  and find an engineering solution; and if you
5  can't do that, then mitigate it by instructions,
6  labeling, warnings.
7    Q  And based on the fact that there is a
8  warning in Exhibit Number 4, that would mean that
9  the company could not design out a solution for
10  this possible risk?
11    A  Well, at the time they couldn't design it
12  out and mitigated it by a warning.
13    Q  Okay.  In other words, if there is a
14  warning, the risk could not be eliminated through
15  a design?
16    A  At that time.
17    Q  At that time.  At the time, do you know
18  what was done to try to design out or eliminate
19  the risk through engineering design?
20    A  I'm not aware of any engineering activity
21  that went into mitigating this.  I think it was
22  mitigated by warning about it.
23    Q  Okay.  I would like to show you what's
24  been marked -- what will be marked as Exhibit
25  Number 5.

Page 97

1      (Whereupon, Exhibit 5 was marked for
2       identification.)
3  BY MR. ASSAAD:
4    Q  Have you seen Exhibit Number 5 before?
5    A  I've seen this hose card before, yes.
6    Q  And I don't know the exact date of this,
7  but I assume it does not apply to the Model 200
8  series.  So it's either the 500 -- 500 OR or
9  something past it?
10    A  I'm sorry, say that one more time?
11    Q  Do you know -- withdraw the question.
12      Based on looking at this document, do you
13  know when this document was created?
14    A  Well, it says, "Do not use 200 series
15  warning units in the operating room."  So I'm
16  assuming that it had to be at least somewhere
17  between 1987 and relatively recent times.
18    Q  Okay.
19    A  Since it's warning about using a product
20  that existed in 1987.
21    Q  And it specifically states:  "Do not use
22  the 200 series" -- "Do not use the 200 series
23  warming units in the OR.  Thermal injury and
24  airborne contamination may result."  Did I read
25  that correctly?

25 (Pages 94 to 97)

CONFIDENTIAL

Page 98

1    A  Yes.
2    Q  So is it fair to say that one of the
3   reasons that -- one of the warnings that the
4   company is giving with respect to the 200 series
5   is that thermal injury and airborne contamination
6   may result if you use the Model 200 in the
7   operating room?
8    A  Yes.
9    Q  Okay.  When was the Model 200 phased out,
10  if you know?
11   A  I don't know when its manufacturing was
12  terminated.  I don't know.
13   Q  Was it terminated before or after the
14  introduction of the 500?
15   A  Probably about the same time.
16   Q  Okay.  So when the manufacturing of the
17  500 began, they stopped manufacturing the 200
18  around the same time?
19   A  I think that's correct.
20   Q  Okay.  Now, as you can see here on this
21  warning -- withdraw that question.
22      The warning has two aspects, thermal
23  injury and airborne contamination, correct?
24   A  Yes.
25   Q  Okay.  Thermal injury as a result of the

Page 99

1   200 has a higher temperature that may cause
2   thermal injury?
3    A  Yes.
4    Q  Okay.  The airborne contamination is a
5   result of the 200 blowing air in the operating
6   room?
7    A  Yes.
8    Q  Okay.
9       MR. GORDON:  Are you done with 5?
10      MR. ASSAAD:  Yes, I think -- am I done
11  with 5?
12      MS. ZIMMERMAN:  Yes.  I mean, you never
13  know.
14      (Whereupon, Exhibit 6 was marked for
15        identification.)
16  BY MR. ASSAAD:
17   Q  What's been marked as Exhibit 6 is a
18  document titled -- I gave you the wrong one
19  because I wrote on it.
20      "Bair Hugger Sales Training Manual, dated
21  August 22-24, 1995."  Do you see this?
22   A  Yes.
23   Q  Have you seen this document before?
24   A  Yes.
25   Q  Are you familiar with this document?

Page 100

1    A  I've scanned parts of this document this
2   week.
3    Q  Okay.  I'm sorry to do this to you.  I do
4   have one more question on Exhibit Number 5.  This
5   is me.
6       We can agree, if you look at the second
7   page on Exhibit 5, the copyright date is 1994,
8   correct?
9    A  Where is it?
10   Q  The bottom under it says, "printed on 100
11  percent recycled paper," the line below it.
12   A  I see date of issue, 12/1/94.
13   Q  Yes.
14   A  Is that right?
15   Q  Yes, so 1994?
16   A  So December 1st, 1994.
17   Q  That talks about actually the patent
18  number.  The date of issue is 12/1/94.
19   A  Oh.
20   Q  Does that give you an idea of what
21  device -- is it referring to the blanket?
22   A  This is a Model 560 full surgical
23  blanket.
24      MR. GORDON:  Gabe, I can see they're
25  sequentially numbered, but are these the same

Page 101

1   document?
2       MS. ZIMMERMAN:  I believe so.
3       MR. ASSAAD:  Yes.  237, 238.
4       MR. GORDON:  Okay.
5    A  So this is a hose card.
6   BY MR. ASSAAD:
7    Q  Yes.
8    A  This looks to me like a package insert.
9    Q  Okay.
10   A  Unrelated.
11   Q  To the hose card?
12   A  It's unrelated to the hose card.
13   Q  But it's still part of the whole package?
14   A  No.  This is actually part of the -- this
15  is the mechanical part of the blanket that allows
16  it to connect to the nozzle.
17      I think this looks like instructions that
18  were included -- instructions for use that were
19  included with the blanket, and it's for a Model
20  560.
21   Q  Blanket?
22   A  Yep.
23   Q  Okay.  So it's after 1994?
24   A  Well, since the issue date -- oh, that
25  was the patent date.  Yeah, 1994 or after.

26 (Pages 98 to 101)

CONFIDENTIAL

Page 102

1    Q  Okay.  And the Model 560, is that a whole
2  body blanket?
3    **A  It's a whole body surgical blanket, yes.**
4    Q  Okay.  The 500 series blankets are
5  surgical blankets, correct?
6    **A  All of -- yes, I believe that's correct.**
7  **Yes.**
8    Q  And the 300 series blankets are for PACU,
9  nonsurgical?
10    **A  Correct, full body, nonsurgical.**
11    Q  So if it's for a surgical blanket, it's
12  for use in the operating room?
13    **A  Yes, which is another reason it warns**
14  **against not using a Model 200.**
15    Q  Okay.  Exhibit No. 6 is the "Bair Hugger
16  Sales Training Manual."  Just give me a second
17  while I pull it up on my computer.
18    **A  Before you ask your next question, could**
19  **I take a break?**
20    MR. ASSAAD:  Sure, let's take a break.
21    THE VIDEOGRAPHER:  Off the record.
22    (Whereupon, a short recess was taken from
23  12:08 p.m. until 12:23 p.m., after which, the
24  following transpired.)
25    THE VIDEOGRAPHER:  On the record.

Page 103

1  BY MR. ASSAAD:
2    Q  Mr. Van Duren, just to be clear, the
3  company was aware that blowing air can cause
4  bacteria to aerosolize?
5    MR. GORDON:  Object to the form of the
6  question.
7    **A  Again, the risk mitigation determined**
8  **that blowing air on an infected open wound could**
9  **conceivably blow bacteria, yes.**
10    Q  In an operating room?
11    **A  In an operating room.  Well, I think**
12  **probably in any location because it was a warning**
13  **on the Model 200, which was not permitted in an**
14  **operating room.**
15    Q  And the reason to not use the Model 200
16  was because it could cause airborne contamination
17  in the operating room?
18    **A  No.  The reason not to use it was because**
19  **the temperature was too high to use on insensate**
20  **patients.**
21    Q  Well, in Exhibit 5 it says, "Do not use
22  200 series warming units in the OR.  Thermal
23  injury and airborne contamination may result."
24    **A  Okay.  Perhaps both were considered.**
25    Q  Thermal injury would be a result of the

Page 104

1  temperature as we discussed before, correct?  The
2  increased temperature of the Model 200, correct?
3    **A  Yes.**
4    Q  And then the other warning was airborne
5  contamination?
6    **A  Yes.**
7    Q  Okay.  In an OR?
8    **A  In an operating room, yes.**
9    Q  Okay.  And I just want to clarify and try
10  to simplify it a little bit.  An open, infected
11  wound has bacteria, correct?
12    **A  By definition.**
13    Q  Okay.  So blowing air over the -- blowing
14  the air can aerosolize the bacteria into the
15  operating room?
16    **A  Well, that was the -- that was the risk**
17  **that was identified, yes.**
18    Q  Okay.  So the company identified that
19  risk as early as the early 1990s?
20    **A  Perhaps even before.**
21    Q  Okay.  Going back to Exhibit No. 6,
22  you're familiar with this document, correct?
23    **A  Yes.**
24    Q  I would like you to turn to page -- it's
25  page 3, but there's multiple 3s, but page 18 of

Page 105

1  the whole document?
2    **A  The Bates number?**
3    Q  The Bates number is 7046.
4    Now, I just want to clarify something.
5  You mentioned before that the Model 500 used a 2
6  micron filter.  But here it states "The Model 500
7  and the 500 OR warming units use a .2 micron
8  filter."  Do you see that?
9    **A  I do see that.**
10    Q  Do you want to correct a previous
11  statement or is the document incorrect?
12    **A  I may have been incorrect about the Model**
13  **500.  The Model 200 and Model 250 had an**
14  **extremely different type of air filter than was**
15  **used later, so it's possible that the 500 and 500**
16  **OR used the 0.2 micron filter.**
17    Q  But the 500 was not supposed to be used
18  in an operating room, correct?
19    **A  That is correct.**
20    Q  What was the difference between the 500
21  and the 500 OR?
22    **A  Well, they were mechanically different.**
23  **The filters were different; the filter sizes were**
24  **different.  I believe the airflow was different.**
25  **Like if you think there's a comparison table in**

27  (Pages 102 to 105)

CONFIDENTIAL

Page 106

1  this document somewhere that compares the airflow
2  of a 500 and a 500 OR.  I'd have to hunt that
3  down, but right now I can only find a table for
4  operating room versions for the warming units.
5      Q  Maybe as we go through the document
6  you'll see it, and you can raise it if you see
7  it.
8      A  Okay.
9      Q  That's not a big deal at this point.
10        So it goes on, under "Air filter," it
11 says, "The Model 500 and 500 warming units use a
12 .2 micron filter.  This grade of filtration is
13 identical to the laminar flow systems in
14 operating rooms."  Did I read that correctly?
15     A  Yes.
16     Q  Okay.  A .2 micron filter is not a HEPA
17 filter, correct?
18     A  No.
19     Q  It goes on it says, "It is important to
20 note that the Model 200 and 250 units have a
21 reduced filtration level, more porous filter,
22 and, therefore, should never be used in the
23 operating room."  Did I read that correctly?
24     A  Yes.
25     Q  Okay.  What is it -- is the only reason

Page 107

1  that the Model 200 and 250 -- or one of the
2  reasons why a Model 200 and 250 should never be
3  used in an operating room is because of the
4  filter being used?
5      A  According to this document, yes.
6      Q  Okay.  And according to the company?
7      A  Yes.
8      Q  Okay.
9      MR. GORDON:  I'm sorry, did you say --
10     MR. ASSAAD:  According to the company.
11     MR. GORDON:  No, no, did you say that was
12 the only reason?
13     THE WITNESS:  No, one of.
14     MR. GORDON:  One of, okay.  I misheard.
15 BY MR. ASSAAD:
16     Q  What studies were done to support this
17 statement that the air filter used by the Model
18 200 and 250 was inadequate and therefore should
19 never be used in an operating room?
20     MR. GORDON:  Object to the form of the
21 question, mischaracterizes the document.
22     A  I don't know that studies were done to
23 develop that warning.
24     Q  Okay.  So why was the warning in there --
25 why -- this is what is being taught to the sales

Page 108

1  reps, correct?
2      A  Yes.
3      Q  Okay.  So the sales reps are told, "It's
4  important to note that the Model 200 and 250
5  warming units have a reduced filtration level,
6  more porous filter, and therefore, should never
7  be used in the operating room."  I read that
8  correctly, right?
9      A  Yes.
10     Q  So in layman's terms, because of the
11 reduced filtration level, that made the Model 200
12 and 250 unacceptable to be used in an operating
13 room environment, correct?
14     A  Well, according to the paragraph, it
15 looks like the purpose was to maintain the same
16 level of filtration that existed in the HVAC
17 system in the operating room with that of the
18 warming unit.
19     Q  Okay.  I understand that's what the
20 statement says before.  What was it about -- what
21 tests were done or analysis to support the
22 statement that because the 250 and 200 have a
23 more porous filter, that it should never be used
24 in an operating room?
25     A  Again, I don't know that any testing was

Page 109

1  done; but the point here, according to this
2  paragraph, is to maintain similar filtration
3  levels to what already exists in an operating
4  room.
5      Q  Okay.  Any other reason that you're aware
6  of?
7      A  Well, the temperature was elevated in the
8  200 and 250 units.
9      Q  I understand.  We're talking about
10 filtration here --
11     A  Oh, okay.
12     Q  -- filter.
13     A  I'm sorry, so what was the --
14     Q  Any other reason besides maintaining the
15 level of -- the same filtration as what occurs in
16 the operating room?
17     A  Well, not according to this paragraph,
18 no.
19     Q  Okay.  Were any analysis -- I'm going to
20 use an analysis, it can be studies, calculations,
21 any type of scientific analysis -- withdraw that
22 question.
23        The concern here about the filter is to
24 avoid any type of airborne contamination with
25 respect to the 200 and 250, correct?

28 (Pages 106 to 109)

CONFIDENTIAL

Page 110

1      A  Again, the concern from this paragraph
2  looks like the point here is to try and maintain
3  the filtration level similar to what exists in
4  the operating room.
5      Q  Okay.  Why did the company want to
6  maintain the same level of filtration that is
7  used in an operating room for the Bair Hugger
8  device?
9      A  I'm assuming it was an appeal to logic.
10  You certainly didn't want to make it worse.
11      Q  Okay.  But if the air is already filtered
12  in the operating room -- the air is already
13  filtered by the HVAC system, correct?
14      A  Correct.
15      Q  So all the air in the operating room is
16  filtered, correct?
17      A  Yes.
18      Q  Okay.  So why would you want -- what was
19  the purpose of maintaining that filtration for
20  the Bair Hugger device that is just going to draw
21  from that filtered air?
22      A  Well, again, I don't know precisely the
23  reason, but it's possible that contaminates could
24  be introduced into the room that were not
25  filtered by the HVAC system in that room.  And

Page 111

1  they didn't want to have filtration systems that
2  had lower efficacy than those that had already
3  exited in the room.
4      Q  So there are contaminates in the
5  operating room?
6      A  Yeah.
7      Q  Such as personnel?
8      A  Well, the people in the operating room
9  have bacteria on their skin and microorganisms,
10  yes.
11      Q  Okay.  So one of the concerns was you
12  wanted to filter the contaminants from the -- the
13  added contaminants in the operating room from
14  people through the Bair Hugger system so it
15  wouldn't reintroduce those contaminants into the
16  environment, correct?
17      A  I think that's a likely explanation.  But
18  again, the reason is that they didn't want to
19  have filtration levels that were lower than that
20  that had already existed in the HVAC system.
21      Q  Well, do you know what the filtration
22  levels are in the other devices that filter air
23  in the operating room, such as the anesthesia
24  machine or the -- any of the other --
25      A  Some of them don't have any filters on

Page 112

1  them.
2      Q  Okay.  So the purpose of the filtration
3  was to prevent airborne contamination.  One of
4  the purposes is to use the filtration to prevent
5  airborne contamination in the operating room?
6      A  Again, I think that's a likely reason
7  that it was done.  But the stated reason was to
8  make sure that it wasn't worse than what already
9  existed in the operating room.
10      Q  Okay.  And that would only filter --
11  withdraw that question.
12      MS. ZIMMERMAN:  Do you mind if we take a
13  quick break?
14      THE VIDEOGRAPHER:  Off the record.
15      (Whereupon, a short recess was had.)
16      THE VIDEOGRAPHER:  We're on the record.
17  BY MR. ASSAAD:
18      Q  During the design process of the Bair
19  Hugger devices, 3M was aware that the bioburn in
20  an operating room increases as a result of
21  personnel being in the operating room shedding
22  squamous and bacteria?
23      A  Yes.
24      Q  Okay.  And they were aware that in most
25  operating rooms the bioburn would be directed

Page 113

1  towards the ground and out the vents, correct?
2      A  Yes.
3      Q  And they're also aware that the Bair
4  Hugger would be -- the intake manifold of the
5  Bair Hugger, which draws in the air, is going to
6  be where much of the bacteria and bioburn is
7  directed towards the ground?
8      A  It can be.
9      Q  And one of the purposes of the filter was
10  to filter any added contaminants that came from
11  the personnel that would be brought in by the
12  suction of the Bair Hugger and out into the
13  patient?
14      A  Yes.
15      Q  Okay.  And 3M was aware that heat rises?
16      A  No, we're not aware of that.
17      Q  The company wasn't aware that heat is
18  less buoyant and rises?
19      A  Heat is a form of energy, so heated air
20  rises, yes.  But heat itself only goes from an
21  area of high energy to lower energy, regardless
22  of direction.
23      Q  Warm air rises, correct?
24      A  Well, it's the cold air actually pushing
25  down that makes the warm air appear to rise.

29 (Pages 110 to 113)

CONFIDENTIAL

Page 114

1     Q  That's technically correct.  We can go
2  down that route.
3         Cold air is -- goes down and force the
4  hot air to rise, correct?
5     A  Correct.
6     Q  And there's something called thermal
7  plumes, correct?
8     A  Yes.
9     Q  And the company was aware of thermal
10  plumes?
11    A  Yes.
12    Q  Okay.  As early as the 1990s?
13    A  Yes, I believe so.
14    Q  And, in fact, even before the 1990s, I
15  mean, this is not new science that hot air --
16  cold air goes down and hot air rises, correct?
17    A  Thermal plumes have been visualized since
18  the 1920s.
19    Q  And thermal plumes can carry bacteria,
20  and 3M was aware of that?
21    A  They can.
22    Q  Okay.  And the company was aware of that?
23    A  Yes.
24    Q  Okay.  And in fact, the company did
25  Schlieren tests that showed the thermal plumes

Page 115

1  coming off the Bair Hugger device?
2     A  Well, we did Schlieren photography.  I'm
3  not sure I would call them tests; but we
4  experimented with Schlieren devices to see if we
5  could visualize these plumes, yes.
6     Q  And you did visualize these plumes?
7     A  Yes.
8     Q  And you did Schlieren photography with
9  the Bair Hugger under drapes?
10    A  Yes.
11    Q  Surgical drapes?
12    A  Yes.
13    Q  And thermal plumes were evident in the
14  photography, correct?
15    A  Correct.
16    Q  And the thermal plumes would be seen
17  going up, correct?
18    A  Correct.
19    Q  Because cold air is more dense and it
20  goes down and the thermal plumes forms with the
21  hot air and go up, correct?
22    A  Yes.
23    Q  And they carry bacteria up, correct?
24    A  They can.
25    Q  Okay.  And you could see that -- you

Page 116

1  could see the thermal plumes in the Schlieren
2  photography?
3     A  That we did internally?
4     Q  Yes.
5     A  Yes.
6     Q  Okay.  And in fact, the Schlieren
7  photography just confirmed what science already
8  knew regarding the affects of hot air in an
9  environment?
10    A  In certain environments, yes.
11    Q  Okay.  I mean, in any environment in the
12  world, hot air is always going to be less dense
13  than cold air?
14    A  That's true, but that doesn't always mean
15  that thermal plumes always exists.
16    Q  I get that, that's why I asked the
17  question that I did.  Okay?
18    A  And I wanted to make it clear --
19    Q  Okay.
20    A  -- that the conditions under which we
21  visualized Schlieren photography were not those
22  that exist in an operating room.
23    Q  Okay.  But thermal plumes did exist in
24  the Schlieren photography as we've discussed
25  before?

Page 117

1     A  Yes.
2     Q  Okay.  And the Schlieren photography was
3  never done in an OR?
4     A  Not by anybody at Arizant or 3M.
5     Q  Okay.  Anyone?
6     A  I don't believe so.
7     Q  Okay.  And in fact, 3M is aware that in a
8  non-OR environment, a Bair Hugger covered with a
9  surgical drape will form thermal plumes, correct?
10    A  Yes.
11    Q  Okay.  They have no evidence of what
12  would occur because they never tested the thermal
13  plumes that would form in an OR environment as a
14  result of the Bair Hugger?
15    A  I'm sorry, would you repeat that one?
16    Q  They never did any studies to determine
17  the thermal plume -- the effect of the Bair
18  Hugger creating thermal plumes in an OR?
19    A  When you said "we never did," you mean we
20  never -- internally or?
21    Q  Internally.
22    A  We did not do that internally.
23    Q  So therefore, internally there's no
24  evidence as to whether or not thermal plumes
25  would form or not form in an operating room

STIREWALT & ASSOCIATES
MINNEAPOLIS, MN  1-800-553-1953  info@stirewalt.com

CONFIDENTIAL

Page 118

```
 1   environment?
 2        A   There are a couple of studies that show
 3   the effect of conventional and laminar airflow
 4   ventilation in an operating room and their
 5   ability to suppress thermal plumes, both
 6   generated by human beings and also warmed
 7   patients.
 8        Q   Okay.  A human being generates
 9   approximately 100 watts, correct?
10        A   Usually a little more than that if
11   they're awake and sitting up or standing.  About
12   150 watts.
13        Q   The Bair Hugger generates about 850
14   watts?
15        A   Perhaps a little less than that.
16        Q   800?
17        A   You know, I don't know precisely what it
18   is.
19        Q   My point is, it's on a scale of three to
20   four times more energy producing than a human
21   being standing?
22        A   Power.
23        Q   Power?
24        A   Producing, yes.
25        Q   Okay.  Power is energy?
```

Page 119

```
 1        A   No, power is the rate of energy
 2   utilization.
 3        Q   So the rate of energy produced by a Bair
 4   Hugger is three to four times more than a human
 5   being?
 6        A   In that range.
 7        Q   Okay.  And 3M clearly saw thermal plumes
 8   outside the OR environment doing Schlieren
 9   photography, correct?
10        A   Yes.
11        Q   3M -- or the company has no evidence of
12   the size of the thermal plumes or if any exists
13   of the Bair Hugger device being used in an
14   operating room?
15        A   We do have clinical data that show the
16   effect of thermal plumes being generated by human
17   beings in an operating room setting, being
18   suppressed or being reversed by laminar and
19   conventional airflow.
20        Q   Well, we're talking about the Bair Hugger
21   here, which has three to four times more --
22        A   Yes.
23        Q   -- power than a human, correct?
24        A   Yes.
25        Q   Okay.  Same question:  3M has no evidence
```

Page 120

```
 1   of the plumes that are generated and the effect
 2   of those plumes in an operating room because no
 3   study was done in an operating room with respect
 4   to the plume formation of a Bair Hugger device?
 5        A   No, that's incorrect.  There is a study
 6   that shows the suppression of thermal plumes
 7   using a Bair Hugger in an operating room.
 8        Q   Is that the Settles?
 9        A   No, it's by Shirozu.
10        Q   The CFD study by Shirozu?
11        A   No, this is a -- this is an array that
12   was placed, that he built, placed over the
13   operating room table that measured air velocities
14   in three directions.
15        Q   Okay.  We're talking about internally
16   here though.  3M did not perform any Schlieren
17   studies to show the thermal plumes -- did not
18   perform any studies internally to show that
19   thermal plumes created by the Bair Hugger in an
20   operating room?
21        A   Well, we don't have an operating room so
22   we would not have been able to conduct those kind
23   of studies.  And Schlieren, it's not a
24   quantitative study, it's qualitative.
25        Q   Okay.  And nothing was ever done in
```

Page 121

```
 1   operating room internally by 3M?
 2        A   We don't have --
 3        Q   Either commissioned or --
 4        A   Correct.
 5        Q   Okay.  3M has access to operating rooms
 6   though, correct?
 7        A   Human operating rooms?
 8        Q   Yes.
 9        A   No, not to my knowledge.
10        Q   Well, when Dr. Abraham wanted access to
11   an operating room to do a CFD study and to take
12   measurements, 3M got access for him, correct?
13        A   Not on the 3M property or campus.
14        Q   No, but they have access.  I didn't say
15   access on campus, but they have access.  If they
16   wanted to use an operating room to do an
17   analysis, 3M has the ability to have access to
18   operating rooms in the country?
19        A   I don't know.  Maybe.
20        Q   Well, they have in the past.  I mean, the
21   Abraham study was done in Southdale.
22        A   Well, I don't know how he was able to
23   gain access to an operating room.  I mean, he
24   might have done that himself.
25        Q   Well, Augustine had access to an
```

STIREWALT & ASSOCIATES
MINNEAPOLIS, MN  1-800-553-1953  info@stirewalt.com

CONFIDENTIAL

Page 122

1  operating room when he commissioned studies,
2  correct?
3     A  Yes.
4     Q  Okay.
5     A  But he was a practicing physician at the
6  time.
7     Q  And have you been to the fawfacts.com
8  website anytime recently?
9     A  No.
10    Q  You've been during the past, correct?
11    A  Years ago, yes.
12    Q  There was videos of testing done in an
13 operating room with 3M personnel in the videos,
14 correct?
15    A  Yes, I believe so.  Yes.
16    Q  So clearly they have access to operating
17 rooms?
18    A  Those people who did the studies did,
19 yes.
20    Q  Now, prior to the Schlieren study on the
21 effects of the Bair Hugger heat generation on the
22 thermal plumes and in an operating room, what
23 studies internally did the company perform to
24 determine the effects of the energy generated by
25 the Bair Hugger system on the operating room

Page 123

1  environment?
2     A  There was some computational fluid
3  dynamics studies conducted.  I mean, internal
4  studies, is that what you're getting at?
5     Q  Yes.
6     A  I mean, to my knowledge, that might have
7  been it.  The computational, the CFD models.
8     Q  Well, let's back up a little bit.  During
9  the design process, the company was aware that
10 heat was going to be generated and released into
11 the environment, correct?
12    A  Yes.
13    Q  They were aware that heat was going to be
14 generated and released into an operating room
15 environment, correct?
16    A  Yes.
17    Q  They were aware that the heat was going
18 to have an affect on the environment?
19    A  Yes.
20    Q  The company was aware that hot air is
21 less dense than cold air, and the cold air would
22 lower and the hot air would rise, correct?
23    A  Yes.
24    Q  Okay.  They were aware that the hot air
25 that rises would be carrying particles and

Page 124

1  bacteria?
2     A  It could be, yes.
3     Q  Okay.  The company was aware that the
4  increase of bacteria over a surgical site would
5  increase the risk of infection?
6        MR. GORDON:  Object to the form of the
7  question.
8     A  So the relationship between recovering
9  bacteria above or around a surgical site and its
10 relationship to the subsequent development of a
11 post-surgical infection has not been well
12 established.
13    Q  I understand that maybe the quantitative
14 amount has not been established.  But I think
15 most surgeons would agree that the more bacteria
16 you have over a surgical site, the increase of a
17 likelihood of infection that could occur?
18        MR. GORDON:  Object to the form of the
19 statement, I guess.  Are you asking him to agree
20 with you?
21    Q  You're aware of the International
22 Consensus of Orthopedic Surgeons?
23    A  Yes, I'm aware.
24    Q  ICOS.  And they -- one of their
25 statements is that they want to reduce the risk

Page 125

1  of infection by reducing the amount of bacteria
2  over the surgical site?
3     A  Yes.
4     Q  You don't disagree with that?
5     A  Well, I don't disagree with that
6  recommendation, no.
7     Q  Okay.
8     A  I do not disagree that that is a
9  recommendation they make.
10    Q  Okay.  You're aware that most surgeons
11 want to minimize the amount of bacteria over the
12 surgical site?
13    A  Yes.
14    Q  In fact, all surgeons probably want to do
15 that?
16    A  I think it's a concern that surgeons
17 have, yes.
18    Q  Statistically speaking, the more bacteria
19 that is over the surgical site, the higher the
20 chances of an infection of the surgical site?
21    A  I think that many surgeons believe that,
22 yes.
23    Q  Okay.  And 3M was aware of that?
24    A  Yes.
25    Q  The company was aware of that?

32 (Pages 122 to 125)

CONFIDENTIAL

Page 126

1    A  Yes.
2    Q  And the company was aware that the Bair
3   Hugger was generating heat, hot air; that hot air
4   is going to rise and form thermal plumes; that
5   the hot air was going to -- can carry particles
6   and bacteria; and that surgeons wanted to reduce
7   bacteria over the surgical site, correct?
8    **A  Yes, we're generally aware of all of**
9   **that. Yes.**
10   Q  And 3M or the company performed no
11   studies internally before putting the products on
12   the market, the 500, the 500 OR, the 505 or the
13   750, did no internal studies to determine whether
14   or not the plumes generated by the Bair Hugger
15   device would carry bacteria onto the surgical
16   site?
17   **A  Internal studies, no. But we were aware**
18   **of thermal-hydraulic studies, and operating room**
19   **airflow studies that showed that the air in a**
20   **conventionally ventilated operating room had**
21   **enough momentum to reverse or suppress the**
22   **thermal plumes that arose from the blanket or**
23   **from humans standing near the patient.**
24   Q  From humans and the patient, but not a
25   Bair Hugger system, correct?

Page 127

1    **A  Well, we looked at both, both human**
2   **beings, patient and the Bair Hugger.**
3    Q  What study, internal study are you
4   referring to with respect to the Bair Hugger?
5    **A  It's not an internal study. These are**
6   **studies where people looked at the suppression of**
7   **thermal plumes in a conventionally ventilated**
8   **operating room.**
9    Q  Okay. With the Bair Hugger?
10   **A  With a warming device. I'm not sure if**
11   **it was Bair Hugger.**
12   Q  Okay. And you stated in your last
13   30(b)(6) deposition that we did in the MDL, that
14   every single study performed, looking at
15   particles over the surgical site, showed an
16   increase on the amount of particles when the Bair
17   Hugger is used as compared to when the Bair
18   Hugger is not used?
19   **A  In absolute numbers, yes.**
20   Q  Okay. And the International Consensus of
21   Orthopedic Surgeons recommends or statements
22   states that to reduce bacteria over the surgical
23   site, that one should reduce the amount of
24   particles over the surgical site?
25   **A  I think there's a statement to that**

Page 128

1   effect, yes.
2    Q  Okay. Because particles carry bacteria?
3    **A  They can.**
4    Q  And according to Dr. Wenzel, the expert
5   hired by 3M, Dr. Wenzel, 40 percent of particles
6   carry bacteria?
7    MR. GORDON:  Object to the form of the
8   question, mischaracterizes Dr. Wenzel's
9   testimony, also outside the scope of 30(b)(6)
10   deposition, and also lack of foundation.
11   Q  You may answer.
12   **A  I'm sorry, would you repeat it?**
13   Q  You understand that 3M was aware of
14   Dr. Wenzel's testimony in the multi-district
15   litigation?
16   **A  Yes.**
17   Q  Have you read his testimony?
18   **A  No.**
19   Q  You're aware that 3M retained Dr. Wenzel
20   as an expert in infectious disease?
21   **A  Yes.**
22   Q  And Dr. Wenzel is more knowledgeable than
23   probably anyone in the patient-warming business
24   at 3M on infectious disease?
25   MR. GORDON:  Same objections.

Page 129

1    **A  He's a recognized world expert in**
2   **infectious disease.**
3    Q  Okay. Now, with respect to the 505 OR
4   and we'll get to the manual. During the design
5   process, you will agree with me that the company
6   did absolutely no testing or no analysis to
7   determine whether or not the 505 OR model would
8   increase particles over the surgical site before
9   it was marketed?
10   **A  So not to be overly technical, but there**
11   **is no such thing as a 505 OR model.**
12   Q  My fault. The 500 OR.
13   **A  Okay.**
14   Q  The first model to be used in the
15   operating room.
16   **A  Okay.**
17   Q  You agree with me that the company did no
18   analysis of whether or not putting a Bair Hugger
19   device in the operating room would or would not
20   increase particles in the surgical site?
21   **A  To my knowledge, no study like that was**
22   **conducted.**
23   Q  Okay. Even though it was a concern as
24   early as 1991, that the Bair Hugger may increase
25   particles over the surgical site?

**33 (Pages 126 to 129)**

CONFIDENTIAL

Page 130

1    **A   And again, this was the reason for**
2    **selecting a filter media that had at least the**
3    **same level of filtration as the HVAC system in**
4    **the operating room.**
5        Q   Yes, but that's only one source, one
6    mechanism to increase particulates over the
7    surgical site was the filter, correct?
8            MR. GORDON:  Object to the form of the
9    question.
10       **A   It is a mechanism.**
11       Q   Another mechanism is the heat generation
12   and thermal plumes?
13           MR. GORDON:  Same objection.
14       **A   They could be.**
15       Q   It's a mechanism that could raise
16   particles from a lower point -- or raise them
17   over the surgical table, correct?
18       **A   They could.**
19       Q   Okay.  And the company never looked at
20   that issue?
21       **A   To my knowledge, no.**
22       Q   Okay.
23           MR. ASSAAD:  Let's take a five-minute
24   break.
25           THE VIDEOGRAPHER:  Off the record.

Page 131

1            (Whereupon, a recess was taken at 1:05
2    p.m. until 1:42 p.m., after which the following
3    transpired.)
4            THE VIDEOGRAPHER:  We're on the record.
5    BY MR. ASSAAD:
6        Q   Are you ready to continue, Mr. Van Duren?
7        **A   Yes.**
8        Q   Okay.  During the design process, one of
9    the goals is to identify potential risks of the
10   device?
11       **A   Yes.**
12       Q   And one of the -- and in an operating
13   room, one of the risks, a risk of a device could
14   be causing airborne contamination?
15       **A   Could be.**
16       Q   Yes.  And the company was aware that
17   surgeons do not want devices that could increase
18   particulates over the sterile field?
19       **A   I mean, I would say that we assumed that**
20   **that was true, yes.**
21       Q   I mean, Dr. Augustine was an
22   anesthesiologist.  He understands the sterile
23   field and the concept of maintaining a sterile
24   field?
25       **A   Right, but you said "surgeons."**

Page 132

1        Q   Okay.  Well, surgeons as well,
2    International Consensus of Orthopedic Surgeons --
3        **A   Yep.**
4        Q   -- do not want to increase particulates
5    over the sterile field?
6        **A   I assume that that's true.**
7        Q   Okay.  Especially orthopedic surgeons?
8        **A   Yes.**
9        Q   Okay.  Because orthopedic surgeons are
10   aware that it takes a very minimal amount of
11   bacteria to cause a deep joint infection?
12       **A   It can, yes.**
13       Q   Yes.  Okay.  And 3M is aware that every
14   single study that looked at this issue shows an
15   increase of particulates in absolute numbers when
16   the Bair Hugger is used, correct?
17       **A   Yes.**
18       Q   Okay.  Until this day, 3M does not warn
19   that the Bair Hugger may increase the amount of
20   particulates over the sterile field, correct?
21       **A   That's correct.**
22       Q   Okay.  With respect to the Bair Hugger
23   devices before the 500 OR that were not intended
24   to be used in an operating room environment, 3M
25   was aware that blowing air over a patient may

Page 133

1    aerosolize bacteria?
2        **A   I think it was -- again, the risk**
3    **management program determined that blowing air**
4    **over an open, infected wound could aerosolize**
5    **bacteria.**
6        Q   Because there's bacteria on the open
7    wound, we discussed this already.
8        **A   Right.**
9        Q   But there's also bacteria on the
10   patient's skin, correct?
11       **A   Yes.**
12       Q   And for the same reasons why it might
13   aerosolize the bacteria on an infected wound, the
14   same reasons would occur with bacteria on a
15   patient's skin, correct?
16       **A   Well, I believe that the risk management**
17   **team recognized that there was a large difference**
18   **between those two conditions and warned against**
19   **the latter.**
20       Q   I understand what the risk management
21   team did, but from a science standpoint, from a
22   design standpoint, 3M -- or the company was aware
23   that there was bacteria on a patient's skin?
24           MR. GORDON:  Object, asked and answered.
25       **A   Yes, we recognize that.**

34 (Pages 130 to 133)

CONFIDENTIAL

Page 134

1    Q   And for the same mechanism that bacteria
2  can be aerosolized that are on open, infected
3  wounds, the same could happen for the bacteria
4  that is on a patient's skin?
5    **A   I don't know that the mechanism is**
6  **identical.**
7    Q   Okay.  3M was aware that -- the company
8  was aware that bacteria in an operating room, one
9  of the main sources of bacteria are from the
10 people that are in the operating room, the
11 patient and the staff?
12   **A   Those are sources of bacteria in the**
13 **operating room, yes.**
14   Q   Okay.  And with respect to the warnings
15 of possibility of airborne contamination on the
16 air blowing from the Bair Hugger over an open,
17 infected wound may cause airborne contamination,
18 the changing of a filter does not address that
19 risk of changing of a filter?
20   **A   Not likely.**
21   Q   Okay.  Because the generation of the
22 airborne contamination, the possibility of
23 airborne contamination is from the bacteria
24 that's on the patient, not what's being drawn in
25 from the Bair Hugger device, correct?

Page 135

1      MR. GORDON:  Object to the form of the
2  question, lack of foundation also.
3    **A   Again, based on the language of the**
4  **warning, that would suggest that that's true.**
5    Q   Okay.  The 500 device also contained a
6  warning regarding the possibility of airborne
7  contamination, correct?  You can look at Exhibit
8  4 if you need to.
9    **A   Yeah, I think we saw that.  That's the**
10 **one where it said "open contaminated wounds,"**
11 **"open, infected wounds."  Yes.**
12   Q   Okay.  The 500 device had a .02 micron
13 filter, correct?
14   **A   .2, I believe.**
15   Q   Well, if you look at page 7675 of Exhibit
16 4, Bates number 7675, it says, "filter system .02
17 micron filter."  Left-hand column, third from the
18 bottom?
19   **A   Yes, I see that.**
20   Q   Okay.  So according to the Model 500
21 service manual, Exhibit 4, the Model 500 had a
22 .02 micron filter, correct?
23   **A   That's what is written there.  I'm not**
24 **sure that that is correct.**
25   Q   Okay.  But what do you think it is?

Page 136

1    **A   I think it's probably .2.**
2    Q   Okay.  .2, which is the same filter that
3  is used in the 505, correct?
4    **A   Yes.**
5    Q   And the same filter that is used in the
6  750, correct?
7    **A   Yes.**
8    Q   And the same filter that is used in the
9  775, correct?
10   **A   Yes.**
11   Q   Okay.  So even with the point -- just say
12 it's incorrect as a .2 micron filter, the company
13 warned about the possibility of airborne
14 contamination?
15   **A   They did.**
16   Q   Okay.  And that is because the filter --
17 the mechanism of airborne contamination addressed
18 in the 500, the filter -- the filter issue
19 doesn't address that mechanism of blowing hot air
20 over the open, infected wound, correct?
21   **A   That's correct.**
22   Q   Okay.  And you were aware of other
23 manufacturers of forced-air warming devices,
24 correct?
25   **A   Yes.**

Page 137

1    Q   And other manufacturers also warn
2  about -- currently warn about the potential of
3  airborne contamination?
4    **A   I don't know for a fact that they do**
5  **that.  It wouldn't surprise me to find out that**
6  **they do.**
7    Q   Why wouldn't it surprise you?
8    **A   They all follow what we do.**
9    Q   Well, you currently don't warn about
10 airborne contamination in the 505, and the 750
11 and the 775, correct?
12   **A   I don't believe that there's a warning**
13 **there about that.**
14   Q   Okay.  So they're not following what you
15 do currently, because you don't warn about it
16 currently, correct?
17     MR. GORDON:  Object to the form of the
18 question, it's argumentative.
19   **A   Again, to my knowledge, we don't**
20 **currently do it.**
21   Q   Okay.  But other manufacturers such as
22 Mistral or Stryker warn about airborne
23 contamination such as the Mistral device?
24   **A   They may.  I have not looked at their**
25 **manual in some time.**

35 (Pages 134 to 137)

STIREWALT & ASSOCIATES
MINNEAPOLIS, MN  1-800-553-1953  info@stirewalt.com

CONFIDENTIAL

Page 138

1    Q  And that wouldn't surprise you?
2    **A  That wouldn't surprise me.**
3    Q  Why not?
4    **A  Because virtually every manufacturer**
5    **copied us and perhaps they haven't removed that**
6    **warning yet.**
7    Q  Okay.  You're familiar with the Stryker
8    Mistral, correct?
9    **A  Yes.**
10   Q  Do you know when that device came out?
11   **A  No, I don't know what year that came out.**
12   Q  For the purposes of this next couple of
13   questions, let's just assume that the Stryker
14   Mistral came out after the 505.
15   **A  Okay.**
16   Q  Okay?  And you agree with me that the 505
17   device does not warn about airborne
18   contamination?
19   **A  I can't say completely for certain, but**
20   **I'll -- for the purposes of argument, I'll take**
21   **your word for it.**
22   Q  I'll pull it up at the next break, but I
23   think -- I'm 99.9 percent sure that it does not
24   warn about airborne contamination.
25       So assuming that the Mistral came

Page 139

1    after -- the forced-air warming device came after
2    the 505, and I'm just trying to address the fact
3    that you mentioned that they probably were
4    copying what 3M was doing.  3M wasn't warning
5    about airborne contamination, then they wouldn't
6    be copying 3M on any of the warnings, correct, on
7    the airborne contamination?
8        MR. GORDON:  A couple of objections.
9    First of all, lack of foundation.  Secondly, I've
10   let you go on and on about Mistral, but this is
11   really way outside of the scope of 30(b)06
12   topics.
13       MR. ASSAAD:  Let me bring it in and maybe
14   I can bring it in just to correct your objection.
15   BY MR. ASSAAD:
16   Q  As part of the design process, you look
17   at your competitors to see what they're doing and
18   what is out in the field, as an engineer would,
19   to determine the best way to design something?
20   **A  That would be one way, yes.**
21   Q  Okay.
22   **A  Yep.**
23   Q  And the company keeps track of what other
24   competitors are doing?
25   **A  Yes.**

Page 140

1    Q  Okay.  And the advantages and
2    disadvantages of their devices as compared to the
3    company's device?
4    **A  Yes.**
5    Q  And actually it's -- a lot of it is also
6    in the sales material given to the sales reps to
7    distinguish the Bair Hugger from other devices?
8    **A  Yes.**
9    Q  Okay.  And the company is aware that
10   Stryker Mistral warns about airborne
11   contamination?
12       MR. GORDON:  Object, lack of foundation.
13   **A  Again, I don't recall looking at their**
14   **manual, but it wouldn't surprise me if they do.**
15   Q  Okay.
16   **A  They could have looked at earlier**
17   **versions of our operating manual and just copied**
18   **the warnings directly from there as a**
19   **possibility.  I just don't know.**
20   Q  Okay.  But what we do know is that they
21   currently warn for airborne contamination?
22       MR. GORDON:  Same objection.
23   **A  I'd have to see the actual warning in**
24   **their manual.**
25   Q  Okay.  It is what it is, right?

Page 141

1    **A  Well, I'd have to see it.**
2    Q  Okay.  Between the 505 -- the 500 and the
3    500 OR, the company removed the warning regarding
4    the possibility of airborne contamination,
5    correct?
6    **A  Yes.**
7    Q  What studies were conducted prior to the
8    marketing of the 500 OR to determine that the
9    warning about the possibility of airborne
10   contamination was not needed in the manual?
11   **A  I'm unaware of any studies that were**
12   **conducted.  But a risk mitigation process**
13   **certainly was undertaken, and the warning would**
14   **have been removed as a result of the**
15   **determination that it was no longer necessary.**
16   Q  Okay.  So the company -- the company's
17   position that the warning regarding airborne
18   contamination that was in the 500 was not needed
19   in the 500 OR based on their risk assessment?
20   **A  Yes.**
21   Q  And that was not based on any internal
22   studies that you're aware of sitting here today?
23   **A  That I'm aware of, no.**
24   Q  Okay.  And it was not based on any
25   external studies that you're aware of today prior

36 (Pages 138 to 141)

CONFIDENTIAL

Page 142

1  to the marketing of the 500 OR?
2      A  None that I can recall.
3      Q  What was the basis or the reasoning
4  behind the termination that the warning for the
5  possibility of airborne contamination was not
6  needed for the 500 OR?
7      **A  Well, I haven't seen the risk management**
8  **document, so I don't know precisely why that was**
9  **removed.  But labeling is one of the things that**
10  **is strictly controlled by the ECO system once a**
11  **product is released; so there had to have been a**
12  **risk management process supplied to that**
13  **labeling.**
14      Q  Sitting here today, you have not -- you
15  don't have an explanation as to why that warning
16  was removed from the 500 OR?
17      **A  Only that it would have been removed as a**
18  **result of the risk mitigation process.**
19      Q  But you don't know what occurred during
20  the risk mitigation process?
21      **A  I don't.**
22      Q  Okay.  But the removal of the warning was
23  not based on any tests that you're aware of?
24      **A  None that I'm aware of.**
25      Q  Okay.  And you're assuming that there was

Page 143

1  a scientific basis for the removal of the warning
2  from the 500 OR device?
3      **A  Well, I'm assuming that there was a**
4  **logical basis for its removal that depended on**
5  **evidence to overturn the justification for its**
6  **existence in the first place, which could have**
7  **been an appeal to reason.**
8          **The existence of a warning based on a**
9  **proposed risk may not have had any basis and**
10  **scientific fact.  It might have just been someone**
11  **thought that was a good idea.**
12      Q  Sitting here today, the company doesn't
13  know?
14      **A  That's correct.**
15      Q  And at the time when the 500 OR was
16  marketed, the company was aware that hospitals
17  and surgeons would not want devices that caused
18  airborne contamination in the operating room,
19  correct?
20      **A  Well, we're certainly aware that the**
21  **desire among surgeons in the operating room is to**
22  **minimize particulates and contamination, yes.**
23      Q  Because the medical community is of the
24  opinion that if you increase particulates, you
25  increase the risk of infection?

Page 144

1      **A  Yes.**
2      Q  And as a result of your admission that
3  every single study that looked at the increase of
4  particles as a result of the Bair Hugger, you
5  would agree that there is going to be a risk of
6  infection as a result of the Bair Hugger?
7          MR. GORDON:  Object to the form of the
8  question.
9      **A  I wouldn't agree to that.**
10      Q  Okay.  You would agree that surgeons,
11  especially orthopedic surgeons, would opine that
12  if you increase particles over the surgical site
13  you increase the risk of infection?
14          MR. GORDON:  Object to the form of the
15  question, also lack of foundation.
16      **A  I would agree.**
17      Q  Does 3M take a different position as to
18  the science and the opinions of the orthopedic
19  community with respect to particles and the risk
20  of infection?
21          MR. GORDON:  Object to the form of the
22  question, also lack of foundation.
23      **A  Well, I'm not sure what you mean by a**
24  **different opinion.  Do we believe that bacteria**
25  **cause infections?  Is that the question?**

Page 145

1      Q  Would orthopedic surgeons want to
2  minimize the amount of particles over the
3  surgical site?  Correct?
4      **A  Yes.**
5      Q  Orthopedic surgeons believe that there is
6  a correlation between the amount of particles and
7  the risk of a deep joint infection in orthopedic
8  surgery?
9          MR. GORDON:  I'm going to object, lack of
10  foundation.
11      **A  I believe that's true.**
12      Q  Okay.  3M is aware of what the medical
13  community, especially the orthopedic surgeons'
14  opinion on between the correlation of particles
15  and deep joint infections?
16      **A  Yes, we're aware of their opinion.**
17      Q  Okay.  Does 3M disagree with the medical
18  community and orthopedic surgeons that increasing
19  particles over the surgical site increases the
20  risk of a deep joint infection in orthopedic
21  surgery?
22          MR. GORDON:  Same objections.
23      **A  Well, in a qualitative way we agree with**
24  **that.**
25      Q  Okay.  The company is aware that the Bair

STIREWALT & ASSOCIATES
MINNEAPOLIS, MN  1-800-553-1953  info@stirewalt.com

CONFIDENTIAL

Page 146

1  Hugger increases particles over the surgical
2  site?
3  **A  We know from some studies that particle**
4  **counts are increased over the surgical site when**
5  **Bair Hugger is used.**
6  Q  Which, in turn, means that the Bair
7  Hugger has an affect on the airflow of an
8  operating room system, correct?
9  **A  Those are two different things.**
10  Q  Well --
11  **A  One does not derive from another.**
12  Q  Let's back up a little bit.  You know
13  when Bair Hugger is used particles increase over
14  the surgical site?
15  **A  They can, yes.**
16  Q  Okay.  And there's a correlation between
17  the Bair Hugger use and particles over the
18  surgical site?
19  **A  Yes.**
20  Q  Okay.  And through the laws of physics,
21  there has to be something that the Bair Hugger
22  does to increase particles over the surgical
23  site, correct?
24  **A  I'm trying to understand what you mean by**
25  **"through the laws of physics."**

Page 147

1  Q  Well, there's a cause and effect.  The
2  Bair Hugger blows hot air, correct?
3  **A  Yes.**
4  Q  And as a result, the Bair Hugger blows in
5  hot air, there's an increase in particles over
6  the surgical site?
7  **A  Yes.**
8  Q  Okay.  So I don't want to go into all the
9  physics and the science, but would you agree with
10  me that when the Bair Hugger is off, there's less
11  particles over the surgical site?
12  MR. GORDON:  Object to the form of the
13  question, also incomplete hypothetical.
14  **A  I would agree that in certain studies**
15  **that that is the case, yes.**
16  Q  And that is because the operating room
17  ventilation system, which is designed to reduce
18  particles over the surgical site, is not being
19  affected by the Bair Hugger?
20  **A  So that's a probable explanation, but I**
21  **don't know the exact mechanism for the increase.**
22  Q  But it's the most likely explanation?
23  **A  It's an explanation.**
24  Q  What other explanations would there be?
25  **A  Well, I don't know.  I'm just saying that**

Page 148

1  **it's a possible explanation of the mechanism,**
2  **yeah.**
3  Q  Okay.  Well, it's a probable explanation?
4  **A  Okay, probable.**
5  Q  I mean, you have the studies that were
6  done, you have the Bair Hugger, everything is the
7  same except the Bair Hugger is on and the Bair
8  Hugger is off, correct?  You have the control,
9  okay, like everything is constant except one
10  thing changes, the Bair Hugger, correct?
11  **A  Yes.**
12  Q  The studies that we're referring to.
13  Therefore, one could conclude, more likely than
14  not, that the Bair Hugger is increasing particles
15  over the surgical site?
16  **A  Or that -- yeah, the increase is related**
17  **to the use of the Bair Hugger.  Yep.**
18  Q  And as a result of the Bair Hugger is
19  reducing the effect of the operating room
20  ventilation system to reduce particles over the
21  surgical site?
22  **A  Well, again, I don't know -- well, the**
23  **effect, yes.  Yep.**
24  Q  Okay.  The company is aware that the
25  medical community is of the opinion that the

Page 149

1  increase of particulates over the surgical site
2  increases the risk of a surgical site infection?
3  MR. GORDON:  Object to the form of the
4  question; also, lack of foundation.
5  **A  Well, I think there are quantitative**
6  **thresholds that that is the case, yes.**
7  Q  Okay.  And with respect to the
8  quantitative thresholds, 3M has never performed a
9  study to determine whether or not the increase in
10  particles that are over the surgical site caused
11  by the Bair Hugger, has a -- increases the risk
12  of a deep joint infection in orthopedic surgery?
13  **A  Well, I think the study by Curtis would**
14  **suggest that the difference in particulate**
15  **counts, assuming that HEPA filtration reduces**
16  **those, makes no difference.**
17  Q  Curtis evaluated the filters, correct?
18  **A  Well, the whole systems.**
19  Q  Okay.  But the filter, the main
20  difference -- the Curtis study dealt with the
21  HEPA -- the question was:  Does the HEPA filter
22  make a difference with deep joint infections?
23  **A  Yes.**
24  Q  That was the question presented in that
25  study, correct?  They're both forced-air warming

38 (Pages 146 to 149)

CONFIDENTIAL

Page 150

1  units, correct?
2      A  Yes.
3      Q  Okay.  They both blow hot air, correct?
4      A  Yes.
5      Q  Okay.  And what we're talking about here
6  is the increase in particulates as a result of
7  the hot air -- the increase of particulates over
8  the surgical site as a result of the hot air
9  over-generated by the Bair Hugger machine?
10     A  Well, again, I don't know that the
11 increase is caused by the hot air.  It could just
12 be caused by the air.  It may not have to be hot.
13     Q  Okay.  3M is unaware of whether or not --
14 strike that.
15        3M does not know whether the increase of
16 particulates over the sterile field caused by the
17 Bair Hugger has any affect on patients with
18 respect to infection rates.  That was a bad
19 question.  Let me rephrase it.
20        You mentioned the qualitative versus
21 quantitative issue about the particles, correct?
22     A  Yes.
23     Q  Okay.  We can all agree that 3M is aware
24 that the Bair Hugger increases particles over the
25 surgical site?

Page 151

1      A  In absolute numbers, yes.
2      Q  3M is unaware of whether or not that
3  increase of particles increases the risk of a
4  deep joint infection in orthopedic surgeries,
5  correct?
6      A  Well, again, taking the data from Curtis
7  would suggest that if HEPA filtration produces
8  lower particle counts, then there's no
9  difference.
10     Q  But Curtis didn't measure particle
11 counts?
12     A  Right.  They measured the actual outcome
13 of --
14     Q  Of infection rates?
15     A  Yep.
16     Q  Of infection rates?
17     A  Correct.
18     Q  Curtis did not measure whether or not the
19 particle generation over the surgical site was
20 different than the Bair Hugger than the Mistral,
21 right?
22     A  I am assuming though, based on the design
23 of the experiment, that the particulate counts
24 are lower with the HEPA filter.
25     Q  You don't know one way or another?

Page 152

1      A  I don't know.
2      Q  You're assuming?
3      A  I'm assuming.
4      Q  Okay.  During the risk mitigation
5  process, during the design process, I would
6  assume that the company relies on medical
7  personnel or doctors and surgeons to help
8  evaluate any of the risks associated with a
9  device?
10     A  Is that a question --
11     Q  Yes.
12     A  -- I'm not sure.  So the risk mitigation
13 process includes a variety of disciplines.  Some
14 could be medical doctors.
15     Q  Has 3M or the company ever consulted with
16 any orthopedic surgeons, such as Parvizi or Dr.
17 Mont, and informed them this device increases
18 particles over the surgical site, would you
19 consider that a risk factor for orthopedic
20 surgeries?
21     A  I don't know that that information has
22 been presented exactly like that to them.
23     Q  So even though 3M is aware that the Bair
24 Hugger, through whatever mechanism we don't know,
25 okay?  Whether it's the filter or the hot air,

Page 153

1  whatever, but what we do know is that the Bair
2  Hugger increases particles over the surgical
3  site, the company has not consulted with any
4  orthopedic surgeons to determine whether or not
5  that is a risk for deep joint infections in
6  orthopedic surgeries?
7      A  I am not aware of consultations with any
8  of those orthopedic surgeons.
9      Q  Okay.  And with respect to the issues of
10 particles over the surgical site and its
11 correlation with a deep joint infection, the
12 company would agree that there are surgeons or
13 scientists out on the field that are better or
14 more knowledgeable about the actual risk factors
15 than 3M?
16        MR. GORDON:  Object to the form of the
17 question.
18     A  I'm sorry, would you rephrase or restate
19 the question?
20     Q  It wasn't clear.  When it comes to the
21 risk of particles over the surgical site and the
22 risk of a deep joint infection, there are experts
23 in the field in the medical community that are
24 more knowledgeable than 3M regarding the
25 correlation between particles and infections?

STIREWALT & ASSOCIATES
MINNEAPOLIS, MN  1-800-553-1953  info@stirewalt.com

CONFIDENTIAL

Page 154

1    **A  I suspect that's true.**
2    Q  And the company has never consulted any
3  of these experts and told them, "studies are
4  showing that the Bair Hugger increases particles
5  over the surgical site, should we be concerned
6  about this?"
7    **A  I don't know that we presented data in**
8  **exactly that format to orthopedic surgeons or**
9  **infectious disease specialists.**
10    Q  Or in other words, we are aware that Bair
11  Hugger increases particles over the surgical
12  site, you know, should we put a warning on this
13  to warn physicians?  Was that ever discussed with
14  any of the experts in periprosthetic joint
15  infection?
16    **A  I don't know.  Those notes would appear**
17  **in the risk mitigation process.**
18    Q  3M is a platinum member of the
19  International Consensus of Orthopedic Surgeons, a
20  donor, correct?
21    **A  Yes.**
22    Q  And they were involved in the last one,
23  correct?  They attended the meetings?
24    **A  Yes.**
25    Q  During the issue of forced-air warming,

Page 155

1  did they tell the doctors, "Hey, all the studies
2  here indicate that there is an increase of
3  particles over the surgical site when the Bair
4  Hugger is used."  You know, "that is information
5  that you should use before conducting your vote."
6  Was that ever done by 3M?
7    **A  No, but again, those are experts at those**
8  **meetings.  They're well aware of the research.**
9    Q  Well, you assume that they're well aware
10  of the research?
11    **A  Well, they're experts.**
12    Q  Okay.  At those meetings did 3M inform
13  those experts that based on strong, scientific
14  evidence and all the studies that have been
15  conducted, that Bair Hugger increases particles
16  over the surgical site?
17    MR. GORDON:  Object to the form of the
18  question.
19    **A  No.**
20    MR. ASSAAD:  Okay.  Let's take a break.
21    THE VIDEOGRAPHER:  Off the record.
22  (Whereupon, a break was taken from 2:22 p.m.
23  until 2:37 p.m., after which, the following
24          transpired.)
25    THE VIDEOGRAPHER:  We're on the record.

Page 156

1  BY MS. ASSAAD:
2    Q  When the 500 OR was discussed, came out,
3  they removed the warning about airborne
4  contamination, correct?
5    **A  I believe so, yes.**
6    Q  Okay.  And roughly that was the early
7  '90s, correct?
8    **A  It was, yes.**
9    Q  It was before you got there?
10    **A  Yes.**
11    Q  Okay.  And as time passed by from the
12  1994 to the present, there have been studies
13  regarding the Bair Hugger increasing airborne
14  particulates over the sterile field, correct?
15    **A  There have been.**
16    Q  Okay.  At any time during the period from
17  the 500 OR to the present, were there any
18  discussions at 3M regarding adding back a warning
19  about airborne contamination?
20    **A  Not that I recall.**
21    Q  To the present?
22    **A  Yeah, to the present.**
23    Q  Even until today?
24    **A  Not that I recall.**
25    Q  Well, as part of the design process

Page 157

1  there's also the label, correct?
2    **A  Yes.**
3    Q  Okay.  And you're here today as a 30(b)6
4  witness, you know, to discuss 3M's knowledge
5  regarding the design process, which includes the
6  label, correct?
7    **A  Yes.**
8    Q  And when you say "not to my knowledge,"
9  are you saying there's been no discussions, you
10  being 3M --
11    **A  Yep.**
12    Q  -- regarding changing the label to add
13  airborne contamination?
14    **A  Again, I don't recall any discussions**
15  **having to do with changing the label in response**
16  **to concerns about particulates.**
17    Q  What about adding information regarding
18  airborne contamination in the label?
19    **A  Again, not that I recall.**
20    Q  Was there anyone that 3M is aware of in
21  the company that suggested that a warning
22  regarding airborne contamination should be added
23  to the label?
24    **A  I don't believe so.**
25    Q  Okay.  And the purpose of the label is to

40 (Pages 154 to 157)

CONFIDENTIAL

Page 158

1    educate customers and to warn customers about the
2    product, correct?
3       A  Yes.  One of its purposes.
4       Q  And 3M understands its customers rely on
5    3M to provide clear instructions for use,
6    correct?
7       A  Yes.
8       Q  And for contraindications, correct?
9       A  Well, warnings and cautions.
10      Q  And contraindications?
11      A  Yes, I think that can be one as well.
12      Q  Actually on the label it says,
13   "contraindicated for aorta clamp"?
14      A  Yes.
15      Q  Okay.  And 3M has been, the company,
16   Augustine, Arizant and 3M, have been in the
17   forced-air warming business longer than any other
18   company?
19      A  Yeah, I think so.
20      Q  Okay.  And therefore, when it comes to
21   forced-air warming, they're -- I don't want to
22   say they're the most knowledgeable, but there
23   probably is no one more knowledgeable than
24   forced-air warming devices than the company?
25      A  Probably.

Page 159

1       Q  And 3M is more knowledgeable with respect
2    to any of the studies, externally and internally,
3    that are done on forced-air warming devices, the
4    Bair Hugger, than any other person in the world?
5       A  The company is more knowledgeable --
6       Q  Yeah.
7       A  The question is:  Is the company more
8    knowledgeable than any person in the world?
9       Q  Yeah.
10      A  Oh, I mean, there certainly could be some
11   experts who know more than the company.
12      Q  Who knows more about the Bair Hugger than
13   you?
14      A  Oh, I would think, you know, Professor
15   Sessler, probably, you know, at least its
16   therapeutic applications.
17      Q  I'm talking about the overall Bair
18   Hugger, its risk, its design, its -- you know,
19   about the studies that are out there?
20      A  Yeah, probably me.
21      Q  Okay.  And that was your -- one of your
22   main roles was to keep up-to-date on all the
23   literature regarding the Bair Hugger devices,
24   correct?
25      A  Yes.

Page 160

1       Q  Okay.
2       A  As well as other warning devices.
3       Q  Have you ever suggested adding a warning
4    to the Bair Hugger device?
5       A  I don't believe I have.
6       Q  Did you ever raise a -- I mean, you
7    informed 3M at some point that this issue about
8    particles over the sterile field was something
9    that was discussed back in the '90s?
10      A  I'm sorry, what was the question?
11      Q  You informed 3M that this issue -- when
12   the issue arose when Augustine was sending his
13   letters, you informed 3M that this is nothing
14   new, we've been discussing this since I joined
15   the company in 1994?
16      A  Well, actually, I don't think I was
17   responsible for transmitting that knowledge.  I
18   mean, I think there was a whole team of people
19   involved in business development who transferred
20   that information to 3M.
21      Q  An I'm not talking about during the
22   purchase.  I'm talking about when Augustine was
23   sending letters regarding the affect on airflow
24   that the Bair Hugger has or increasing particles
25   over the surgical site, that wasn't something

Page 161

1    that was new to you in 2012?
2       MR. GORDON:  Object to the form of the
3    question, misstates and mischaracterizes the
4    timeline.
5       A  So it wasn't new to me, but I did not see
6    most of those letters.
7       Q  Do you remember informing Gary Hansen in
8    2012 with respect to the Scott Augustine issue,
9    and you said, "The following point I want to
10   emphasize is that Scott did not just have a
11   recent epiphany concerning forced-air warming and
12   particulates.  Clinicians had expressed concerns
13   about this very issue even while Scott was at
14   Augustine Medical"?
15      A  Yes, that sounds like something I wrote.
16      Q  So it wasn't something new to you
17   regarding particulates over the surgical site
18   when you -- when Scott Augustine started sending
19   letters to 3M?
20      MR. GORDON:  Object to the form of the
21   question.
22      A  Well -- I'm sorry, could you restate it?
23      Q  You have known since 1994 there was an
24   issue with particulates over the surgical site
25   caused by the Bair Hugger?

41 (Pages 158 to 161)

Page 162

1     A  Well, I've known that customers had
2  perceptions about whether that was appropriate or
3  not.
4     Q  Okay.  And with respect to the issue of
5  determining whether or not the Bair Hugger
6  increases particles over the surgical site, no
7  testing was done by 3M except for Hall and Zink
8  until 2013, correct?
9     A  Regarding particles or regarding bacteria
10  or infection?
11     Q  Particles or bacteria.
12     A  Well, two different things.
13     Q  Okay.
14     A  So are we talking about --
15     Q  Let's talk about particles.  Okay, let's
16  start this way:  3M never conducted any particle
17  tests with respect to the Bair Hugger in an
18  operating room until they commissioned this test
19  done by Sessler and Olmsted, correct?
20     A  That's correct.
21     Q  With respect to bacteria, the only test
22  done with bacteria by 3M or the company was Zink
23  and Hall?
24     A  Well, I mean, there were studies that
25  looked at infection rates.  Like Oguz, for

Page 163

1  example, looked like at the difference between
2  infectious particle-forming units or
3  colony-forming units in operating rooms with and
4  without forced-air warming.
5     Q  Okay.  So you have Oguz and that was in
6  2016, '17, '15?
7     A  It might have been.  I'm not sure about
8  the year.
9     Q  But internally or commissioned by 3M or
10  the company looking at bacteria, it was only Zink
11  and Hall, correct?
12     A  Well, I mean, I'd have to confirm in my
13  library, but that's probably correct.
14     Q  So from Zink, which was 2003 to the
15  present, no tests were done with respect to
16  bacteria counts over the surgical site that were
17  either done or commissioned by the company?
18     A  No, but there were studies done.  I mean,
19  Michael Avadon's study, for example.
20     Q  I'm saying commissioned or done by the
21  company.
22     A  Well, again, I'd have to confirm by
23  looking at my library, but I think that's right.
24     Q  Okay.  And with respect to the
25  Sessler-Olmsted study on particles, when you

Page 164

1  looked at the absolute number of particles,
2  there's always an increase when the Bair Hugger
3  was used on average, correct?
4     A  Yes.
5     Q  Okay.  And in fact, 3M personnel were
6  actually involved in that study and actually went
7  to the Netherlands to help conduct the study,
8  correct?
9     A  They were not involved in the study, they
10  went to observe.
11     Q  Were you one of the people that went to
12  observe?
13     A  Yes.
14     Q  Okay.  And just to be clear, no studies
15  were done by 3M prior to the Sessler-Olmsted
16  study with respect to the particles?
17     A  Not to my recollection.
18     Q  Now, you mentioned other studies, CFD was
19  done internally at 3M?
20     A  There was -- I'm trying to recall.  Well,
21  part of what year again are we talking about?
22     Q  Prior to the litigation.
23     A  So --
24     Q  2013?
25     A  -- '13.  I think there was some work done

Page 165

1  by Memarzadeh.  I'm not sure that we -- I don't
2  think we commissioned him to do it.
3     Q  But with respect to 3M or the company,
4  they did not -- was there any CFD performed
5  internally --
6     A  Before 2013, I don't believe so.
7     Q  Okay.  What about after 2013?
8     A  There may have been some done, but I'm
9  not entirely certain about that either.  At that
10  point there were external investigators that were
11  doing that work.
12     Q  What other studies were performed prior
13  to 2013 -- or strike that.
14     What other internal studies were done by
15  3M or the company with respect to bacteria at any
16  time?
17     A  Internal studies?
18     Q  Yeah.
19     A  None that I know of.
20     Q  What about with respect to particulates,
21  besides Sessler and Olmsted?  I'm just trying to
22  get a list of everything that was done internally
23  by 3M.
24     A  Well, with respect to particles, I don't
25  think there were any.

42 (Pages 162 to 165)

CONFIDENTIAL

Page 166

1      Q  By the way, just to clarify something
2   with respect to the Sessler-Olmsted study on
3   particles, 3M was involved in the editing of the
4   manuscript, correct?
5      **A  I think we got to see the manuscript.  I**
6   **don't believe I made any edits to that**
7   **manuscript.**
8      Q  What about Gary Hansen?
9      **A  He might have.**
10     Q  Changing gears a little bit.  We've been
11  talking about the risks of particle and bacteria
12  over the surgical site.  You would agree with me
13  that for certain operations, such as orthopedic
14  implants, the risk of increased particles is
15  greater than for maybe some other surgeries such
16  as colorectal?
17     **A  No, I wouldn't agree with that.**
18     Q  Okay.  In marketing the Bair Hugger 500
19  OR and beyond, for all the Bair Huggers that are
20  listed in the OR, 3M did not distinguish or
21  determine the type of benefit for different type
22  of surgeries that the Bair Hugger may be used in,
23  correct?
24     **A  3M didn't, no.**
25     Q  Okay.  And they did not commission a

Page 167

1   study with respect to, for example, the benefits
2   of forced-air warming for orthopedic implant
3   surgeries?
4      **A  No.**
5      Q  And in fact, with respect to hip and knee
6   implant surgeries, there's no scientific evidence
7   that forced-air warming -- intraoperative
8   forced-air warming has any benefit for those
9   surgeries?
10        MR. GORDON:  Object to the form of the
11  question; also outside of the scope of the
12  30(b)(6).
13        You can answer.
14     **A  So I'm aware of at least one study that I**
15  **can think of, and that was a study by Scott at --**
16  **and I've forgotten the institution where it was**
17  **conducted, a composite outcome of surgical site**
18  **infections plus post-operative infections was**
19  **reduced by intraoperative warming.**
20     Q  But that was for all surgeries, which
21  included orthopedic surgery.
22     **A  It included orthopedic surgery, yeah.**
23     Q  But other studies, such as Frisch, showed
24  that there's no benefit for maintaining
25  normothermia for orthopedic surgeries, correct?

Page 168

1      **A  The study by Frisch did show that.  But,**
2   **again, small study and the infection rates in**
3   **orthopedic implant surgeries are exceedingly low;**
4   **and therefore, to have appropriate power to**
5   **detect differences, the studies have to be**
6   **enormous.**
7      Q  Let me put this way:  When 3M marketed
8   and designed the Bair Hugger for intraoperative
9   warming, there were no studies conducted by 3M to
10  identify benefits, if any, for the different type
11  of surgeries that the Bair Hugger could be used
12  for?
13     **A  Well, the benefits to maintaining**
14  **normothermia are not exclusive to particular**
15  **kinds of surgery.  They're related to the**
16  **physiology of human beings under anesthesia.**
17     Q  Was there a study done with respect to
18  the benefits of using the forced -- the Bair
19  Hugger in orthopedic hip and knee implants prior
20  to using them in orthopedic surgeries?
21     **A  No.  I'm sure that forced-air warming was**
22  **used in lots of hip and knee implant surgeries**
23  **before any studies were done.**
24     Q  With respect to -- with respect to the
25  studies on forced-air warming and infection risk,

Page 169

1   3M relies on the Sessler study of 1996, Curt
2   Sessler study, correct?
3      **A  One of.**
4      Q  And that was a dirty surgery, correct?
5      **A  Yes.**
6      Q  Okay.  And based on that study, 3M
7   marketed the Bair Hugger, used that to support
8   the Bair Hugger to be used in all surgeries?
9      **A  Well, that wasn't the only surgical study**
10  **that showed benefit to intraoperative**
11  **normothermia.  There were several studies that**
12  **looked at things like bleeding, transfusion**
13  **rates, you know, a number of -- a number of**
14  **outcomes other than infections to demonstrate**
15  **that intraoperative normothermia was beneficial.**
16     Q  But my question is with respect to
17  orthopedic surgery and knee and hip surgeries.
18  There were no studies to evaluate the
19  risk-benefit analysis for orthopedic surgeries
20  such as hip and knee by 3M or the company?
21     **A  That's correct.**
22     Q  Okay.  You agree with me that a deep
23  joint infection is a serious complication of hip
24  and knee surgeries, correct?
25     **A  Very serious.**

CONFIDENTIAL

Page 170

1      Q   Okay.  And that risk would outweigh any
2   of the benefits provided by forced-air warming of
3   hip and knee patients during intraoperative
4   forced-air warming, correct?
5          MR. GORDON: Object to the form of the
6   question, incomplete hypothetical, lack of
7   foundation and outside the scope.
8      **A   So other than death, other than the**
9   **prevention of death, probably there aren't other**
10  **outcomes that are more important than a deep**
11  **joint infection.**
12     Q   Let me ask it this way, make it simple.
13  Assuming that the Bair Hugger device
14  significantly increases the risk of deep joint
15  infection, that assumption, you would agree that
16  that risk would outweigh any benefits for the use
17  of forced-air warming during hip and knee
18  surgeries?
19     **A   No.  The prevention of death would be**
20  **more important than the increased risk of**
21  **surgical site infection.**
22     Q   Are you saying that forced-air warming
23  prevents death?
24     **A   I'm just saying that if -- when you look**
25  **at the study by Scott, for example, 30-day**

Page 171

1   **all-cause mortality is reduced in patients, in**
2   **the group of patients assigned to intraoperative**
3   **warming and normothermia.**
4          **So I'm not saying that Bair Hugger**
5   **reduces death, but I am saying that normothermia,**
6   **intraoperative normothermia, which is reduced**
7   **with all-cause mortality, 30-day mortality.**
8      Q   And you're relying on the Scott study?
9      **A   Among -- yeah, yeah.**
10     Q   Scott study?
11     **A   Hmm?**
12     Q   That's what you're relying on, the Scott
13  study?
14     **A   Yes.  And I believe there are a couple by**
15  **P.J. Devereux in Canada as well that showed --**
16  **had similar outcomes.**
17     Q   With respect to -- with respect to the
18  change in the device between the 500 and the 500
19  OR, besides the filter and the temperature, were
20  there any other changes done?
21     **A   Well, the whole device is different.**
22     Q   Let me rephrase that.  I understand that
23  the shape of the device and everything, but with
24  the air flow coming out and the temperature and
25  the filter, were there any output changes of the

Page 172

1   device?
2      **A   I don't believe any substantial ones.**
3   **There may have been some airflow changes.**
4      Q   Do you know if the airflow changed
5   between the 500?
6      **A   I think it went from 28 to 33.  I was**
7   **just reading that in the manual here.**
8      Q   Okay.  So besides the physical -- I mean,
9   the real changes we look at between the devices
10  are going to be the filter, and the airflow and
11  the temperature output, correct?
12     **A   Yes.**
13     Q   Okay.  Whether the device is smaller or
14  bigger, that's irrelevant for the function of the
15  device?
16     **A   For those characteristics, yes.**
17     Q   I mean, the characteristics that matter
18  for warming are -- is the temperature coming out
19  of a nozzle and the airflow coming out of the
20  nozzle, correct?
21     **A   Yes.**
22     Q   And filtration deals with whether or not
23  what particles are coming out of the nozzle,
24  correct?
25     **A   Yes.**

Page 173

1      Q   Okay.  But we agree inside the hose there
2   are particles and bacteria?
3      **A   It's not sterile, that's correct.**
4      Q   Okay.  So whether or not it prevents
5   additional particles coming in through the bottom
6   of the machine or through the filter, there would
7   be bacteria or particles coming out of the hose
8   because the hose is usually contaminated with
9   bacteria and particles?
10         MR. GORDON: Object to the form of the
11  question.
12     **A   I'm sorry, would you restate that?**
13     Q   The filter is not going to prevent
14  particles and bacteria coming out of the end of
15  the hose because particles and bacteria are
16  inside the hose?
17         MR. GORDON: I'll object to the form of
18  the question.
19     **A   Again, it's not sterile; so yeah, I would**
20  **expect.**
21     Q   And 3M is aware that on many studies that
22  have done microbiological tests on the inside of
23  the hose, that there is usually bacteria that is
24  found inside the hose?
25     **A   Yes.**

44 (Pages 170 to 173)

CONFIDENTIAL

Page 174

1    Q  Okay.
2    A  But we're also aware that studies where a
3  blanket is put at the end of the hose are
4  generally sterile, have sterile conditions under
5  the blanket.
6    Q  Are you talking about Avadon?
7    A  Avadon is one, yeah.
8    Q  But not Oguz?  Oguz found --
9    A  Not Oguz.  That was a multi-site sampling
10  study.
11    Q  Okay.
12    A  And I think also Mike Reed and his
13  colleagues also found that doing essentially what
14  Michael Avadon did, that they were unable to
15  recover bacteria from beneath the blanket.
16    Q  On a published study?
17    A  No.
18    Q  Okay.  You're aware that the published
19  study came out of Stanford recently?
20    A  Yes.
21    Q  Okay.  That found bacteria coming out of
22  the blanket, correct?
23    A  Well, I think it was out at the end of
24  the nose nozzle, if I remember correctly.
25    Q  So between the 500 and the 500 OR, the

Page 175

1  change of temperature to 43 degrees celsius in
2  500 OR increased the airflow, correct?
3    A  By a small amount, yes.
4    Q  To 33.  And put a .2 micron filter?
5    A  Yes.
6    Q  Okay.  The 505 has a .2 micron filter?
7    A  Yes.
8    Q  Same temperature as the 500?
9    A  Yes.
10    Q  And the same airflow?
11    A  Well, the same upper limit temperature.
12    Q  Upper limit temperature?
13    A  Yep.
14    Q  And the same airflow?
15    A  I'm not entirely certain that it's
16  exactly the same, but it's roughly the same.
17    Q  Okay.  And then the 705, same
18  temperature?
19    A  750?
20    Q  750.  Same temperature?
21    A  Yes.
22    Q  43 degrees?
23    A  Yes.
24    Q  Increased airflow?
25    A  Substantially higher airflow.

Page 176

1    Q  What was the airflow?
2    A  I don't recall the exact number.  48 CFM,
3  I believe, but it could be even more.
4    Q  And the same filter?
5    A  The same filter material, yes.
6    Q  Okay.  And then the 775, I kind of
7  counted as a combination between the 505 and the
8  750, correct?
9    A  Well, I think it's -- it mainly has a fan
10  switch that lowers the fan speed.
11    Q  To the same, that would be for the 505
12  and then the high speed would be like the 750?
13    A  Yes.
14    Q  The same temperature, 43 degrees?
15    A  Same temperatures.
16    Q  And same filter?
17    A  And same filter.
18    Q  Okay.  And I understand there's some
19  other design changes, like the 750 had the
20  temperature sensor at the end of the hose as
21  compared to inside the machine, like the 505?
22    A  That's right.
23    Q  Okay.  And during the generations of the
24  500 OR to the present, it's 3M's testimony that
25  they never considered adding a warning regarding

Page 177

1  like airborne contamination?
2    A  Not to my recollection did we ever
3  consider that.
4    Q  Okay.  And with respect to studies, the
5  only epidemiology study conducted regarding
6  infection rates and Bair Hugger is the McGovern
7  study, correct?
8    A  I'm sorry, would you restate it?
9    Q  The only epidemiology study conducted
10  between -- any relationship between the Bair
11  Hugger and deep joint infections is the McGovern
12  study?
13      MR. GORDON:  I'll object to the form of
14  the question and assumes facts not in evidence.
15      How are you defining epidemiology study?
16      MR. ASSAAD:  As everyone else would
17  define it.
18      MR. GORDON:  Why did you exclude
19  Augustine then?
20    A  So I'm sorry, would you restate it once
21  more?
22  BY MR. ASSAAD:
23    Q  With respect to epidemiology studies
24  looking at Bair Hugger and deep joint infections,
25  what studies are out there?

45 (Pages 174 to 177)

CONFIDENTIAL

Page 178

1      **A  Well, I think Curtis is one, Scott is**
2  **one; not strictly limited to deep joint, but**
3  **orthopedic procedures.**
4      Q  Let me rephrase my question:  With
5  respect to an epidemiological study determining
6  if there was a correlation between forced-air
7  warming and deep joint infection rates, what
8  studies are out there?
9      **A  Well, I mean, I think I did an**
10 **epidemiological study that was internal that**
11 **looked at a number of Bair Hugger warming units**
12 **versus reported infection rates from the -- I**
13 **think it was AHRQ or CDC, I don't remember, one**
14 **of those, so that one was done.**
15     Q  McGovern?
16     **A  The McGovern.**
17     Q  Okay.  What else?
18     **A  I mean, I'm sorry, I am just not**
19 **recalling any epidemiological studies.**
20     Q  Now, would you agree with me that the
21 epidemiological study that you did was not
22 published?
23     **A  Oh, yeah, it was not published.**
24     Q  And it was not peer reviewed?
25     **A  No.**

Page 179

1      Q  Would you agree with me that the only
2  peer reviewed, epidemiological study that looked
3  at forced-air warming and periprosthetic joint
4  infections is the McGovern-Reed study?
5      MR. GORDON:  I object to the form of the
6  question.
7      And Gabe, you're an officer of the Court.
8  How can you ask that question?  You know that
9  Augustine has a peer reviewed, published
10 epidemiological study that does exactly what you
11 said.  I don't know why --
12     MR. ASSAAD:  Peer reviewed?
13     MR. GORDON:  Yes, peer reviewed,
14 published study.  And I do know why you want to
15 avoid mentioning it, but when you frame the
16 question that way.  I thought you were --
17     MR. ASSAAD:  Do you want him to step out
18 so you can make your objection?  But I don't like
19 you coaching the witness.
20     MR. GORDON:  I don't like you -- I mean,
21 you know, that that's not -- the McGovern is not
22 the only study.
23     MR. ASSAAD:  I'm asking for peer review.
24     MR. GORDON:  Yeah.  That's why I tried to
25 clarify, because I didn't know what you're

Page 180

1  talking about.
2      As you defined it, you know that
3  Augustine meets that criteria.  I understand why
4  you don't want to talk about it, but you can't
5  make believe that it doesn't exist.
6      MR. ASSAAD:  Are you representing that
7  the Augustine paper, I assume the one that you're
8  referring to is 2017 --
9      MR. GORDON:  That's right.
10     MR. ASSAAD:  -- is peer reviewed?
11     MR. GORDON:  It is peer reviewed,
12 published, and it is completely fraudulent.
13     MR. ASSAAD:  Well, that wasn't my
14 question.  You agree that it's peer reviewed?
15     MR. GORDON:  Absolutely.
16     MR. ASSAAD:  Okay.
17 BY MR. ASSAAD:
18     Q  Let me ask it this way:  Is 3M aware of
19 any epidemiological study that states that there
20 is no correlation between forced-air warming and
21 deep joint infections?
22     **A  I don't believe so.**
23     Q  Since the application -- withdraw the
24 question.
25     The McGovern study was published prior to

Page 181

1  the 775 being released into the market, correct?
2      **A  Yes, I think so.  Yes.**
3      Q  And I can't remember the year the 750 was
4  released into the market.  Was it 2012 or before
5  then?
6      **A  It was -- oh, it was before that.**
7      Q  Okay.
8      **A  Yeah.**
9      Q  So the 775.  So when the McGovern study
10 came out and prior to the marketing of the 775,
11 were there any discussions by 3M to warn about
12 the risk of the Bair Hugger device in orthopedic
13 surgeries?
14     **A  I don't believe so.**
15     Q  And Michael Reed is a paid consultant for
16 3M currently, correct?
17     **A  I don't believe so.**
18     Q  At any point?
19     **A  A paid consultant?**
20     Q  Yes.
21     **A  I don't think so.**
22     Q  Was he ever doing research on behalf or
23 receive any grants from 3M?
24     **A  Well, unintentionally, yes.  He was hired**
25 **by a group of researchers to help them continue a**

46 (Pages 178 to 181)

CONFIDENTIAL

Page 182

1  study, yes.  This was after the study was
2  commissioned.  I assume you're referring to the
3  Rio study, right?
4      Q   Yeah.
5      A   Yeah.
6      Q   And Michael Reed headed one of the issues
7  in the International Consensus of the Orthopedic
8  Surgeons meetings, right?
9      A   He what?
10     Q   He headed one of the issues, one of the
11 questions regarding forced-air warming in the
12 meeting of the International Consensus?
13     A   Yes.
14         MR. GORDON:  2018, right?  That's what
15 you're asking about?
16         MR. ASSAAD:  Yeah.
17 BY MR. ASSAAD:
18     Q   And 3M has had meetings with Michael Reed
19 regarding or Mr. Reed regarding his studies on
20 forced-air warming?
21     A   Not to my knowledge.
22     Q   You're not aware of any meetings back in,
23 like, 2012 or 2013?
24     A   Unaware of any.
25     Q   Okay.  You understand that Mr. Reed is

Page 183

1  one of the authors of the McGovern study?
2      A   Yes.
3      Q   Okay.  And you read his depo --
4  deposition in the multi-districtal litigation?
5      A   Not recently, but I did read it prior to
6  the first deposition.
7      Q   After the McGovern study came out and
8  prior to the 775, were there any discussions at
9  3M to conduct a study to determine whether or not
10 there is a correlation between forced-air warming
11 and deep joint infections?
12     A   Well, I think we had -- we had
13 discussions about the pragmatic issues regarding
14 the studies of that size.  We certainly had
15 discussions about the McGovern study.
16     Q   I'm aware of those.  I'm wondering --
17 there's a McGovern study that correlates or is in
18 association between forced-air warming and deep
19 joint infections.
20         Did 3M have any discussions regarding
21 performing a study to determine whether or not
22 that it's actually true or not?  Or even putting
23 a warning identifying what was in the study to
24 its customers?
25         MR. GORDON:  Object to the form of the

Page 184

1  question, compound.
2      A   So I think the McGovern study came out
3  before the acquisition by 3M, so that would have
4  been Arizant, I think?  What year was that study?
5      Q   2011.
6      A   Oh, right after.  I don't recall any -- I
7  don't recall any discussions about whether we
8  should do a study, because we thought that the
9  McGovern study had some substantial flaws.
10     Q   Well, as we've discussed before, every
11 study has limitations, correct?
12     A   Yes.
13     Q   Okay.  And you rely on Zink and Hall and
14 Teenier, which have significant limitations in
15 your marketing material to your consumers,
16 correct?
17     A   Well, again, I was talking about the
18 McGovern study that there were --
19     Q   I understand that.  But there's articles
20 that 3M relies upon to market their devices, and
21 those articles have limitations as well, correct?
22     A   Yes.
23     Q   Okay.  I don't know if you recall, but I
24 used the term "flaws" and you said "limitations"
25 but now you're using the term "flaws."  So are we

Page 185

1  going to use the term flaws or limitations?
2      A   Limitations is good.
3      Q   Limitation is a more correct response?
4      A   Yes.
5      Q   Okay.  So assuming that the McGovern has
6  limitations, but every study that 3M uses to
7  promote the Bair Hugger product has limitations
8  as well, correct?
9      A   I'm sure that you could find limitations
10 in every study, yes; but not every limitations
11 are equivalent.
12     Q   I understand that.  You would agree that
13 the Zink study has significant limitations?
14     A   I mean, it's quite old, yes.
15     Q   And it was eight patients?
16     A   Yes.
17     Q   Okay.  I mean, it's a very, very, very,
18 very, very, very weak study.  Do you agree?
19     A   Very small.
20     Q   A very weak study?
21     A   Okay, yeah.
22     Q   If you look at the McGovern study
23 compared to the Zink study, the McGovern study is
24 a much stronger study than the Zink study?
25     A   Well, it recruited more subjects.  I get

47 (Pages 182 to 185)

CONFIDENTIAL

Page 186

1  we could argue about whether it's stronger.
2      Q  And then you rely upon the Hall and
3  Teenier study in many of your marketing
4  materials, correct?
5      A  I don't think we rely on those materials
6  any longer for modern marketing materials.
7      Q  Okay.  But you have in the past?
8      A  Yeah.
9      Q  Up until recently, I think, until like
10 maybe 2015, 2016, I've seen it.
11     A  It's possible, but we don't any longer.
12     Q  Okay.  And that's a study that's not even
13 published, correct?
14     A  Which study?
15     Q  Hall and Teenier.
16     A  Right, it's a poster.
17     Q  It's a poster.
18     MR. ASSAAD:  Let's mark this as Exhibit
19 Number 7.
20     (Whereupon, Exhibit Number 7 was marked
21     for identification.)
22 BY MR. ASSAAD:
23     Q  In fact, I would like to point out about
24 this poster on the second page, the study which
25 3M has relied upon in numerous marketing

Page 187

1  materials and publications under "discussion"
2  states:  "The device may cause alteration of air
3  movements within the OR, and it is unknown if
4  this results in increased contamination of the
5  surgical field or operating instruments."
6      Do you see where it says that under
7  "discussion"?
8      A  Yeah, I do see this.
9      Q  Okay.  So this study that 3M relies
10 upon -- and I think if you even want to look at
11 Exhibit Number 6, it identifies these two
12 studies.  The device -- it states, "The device
13 may cause alteration of air movements within the
14 OR, and it is unknown if this result is increased
15 contamination of the surgical field or operating
16 instruments," correct?
17     A  I see that, yes.
18     Q  Okay.  So number one, the device may
19 cause alteration of air movements within the OR,
20 correct?
21     A  Right.  I mean, they acknowledge it may
22 cause.
23     Q  This is 1991, correct?
24     A  Yes.
25     Q  Okay.  And 3M has conducted no study --

Page 188

1  or the company has conducted no study to
2  determine whether the statement is accurate or
3  not, correct?
4      MR. GORDON:  Object to the form of the
5  question.
6      A  Well, again, there are numerous studies
7  of the use of Bair Hugger in the operating room
8  that look at microbial contamination in the
9  operating room.  Now, we may not have funded
10 those studies, but there are studies.
11     Q  Well, this study was commissioned by
12 Augustine, correct?
13     A  Yes.
14     Q  Okay.  And based on the knowledge back
15 then, the authors here said "the device may cause
16 alteration of air movement in the OR"?
17     A  May.
18     Q  Okay, "may."  Which means air movements
19 within the OR is caused by blowing air in the OR,
20 correct?
21     A  That's --
22     MR. GORDON:  Object to the form of the
23 question and also lack of foundation.
24     Q  I mean, you're not going to alter air
25 movement within the OR by the type of filter that

Page 189

1  you're using on the device, correct?
2      A  Well, no, that would be the air being
3  exhausted from the unit.
4      Q  So the effect, when it says "the device
5  may cause alteration of air movements within the
6  OR," that is as a result of the heated air being
7  blown out of the Bair Hugger device?
8      A  Well, I don't think it necessarily has to
9  be heated, but I think that's what they're
10 getting at is that the movement of air from the
11 device.
12     Q  Okay.  And "it is unknown if this results
13 in increased contamination of the surgical field
14 or operating instruments."  I read that
15 correctly?
16     A  Yes.
17     Q  So the study is saying that as of 1991,
18 according to the study commissioned by Augustine,
19 it is unknown if it's going to be an increased
20 contamination of the surgical field, correct?
21     MR. GORDON:  Object to the form of the
22 question.  Totally mischaracterizes.  That's what
23 the study was about.  They're setting up what the
24 study is about.  Go on to the next page where
25 they answer the question.

48 (Pages 186 to 189)

CONFIDENTIAL

Page 190

1      MR. ASSAAD:  I'm going to get there.  I'm
2  going to get there.
3  BY MR. ASSAAD:
4      Q  "It is unknown if this results in
5  increased contamination of the surgical field,"
6  correct?  That's what it says?
7      A  That's what it says.
8      Q  Okay.  "Or operating instruments,"
9  correct?
10     A  Yes.
11     Q  So you don't want to contaminate -- a
12  surgeon doesn't want to contaminate the surgical
13  field or the operating instruments, correct?
14     A  That's true.
15     Q  Okay.  If you want to go to the
16  conclusions, the last paragraph, it says:  "The
17  risks of this method of thermal maintenance --"
18  can we agree thermal maintenance is blowing hot
19  air, right?
20     A  Bair Hugger, yes.
21     Q  "The risk of this method of thermal
22  maintenance" -- "the risks of this method of
23  thermal maintenance," which means the risk of
24  using the Bair Hugger, correct?
25     A  Right, not just infection risk.

Page 191

1      Q  Is not completely known.  That's the
2  conclusion, right?
3      MR. GORDON:  Object to the form of the
4  question, incomplete --
5      A  This study of bacterial contamination in
6  six locations reveals that the Bair Hugger does
7  not increase the rate of contamination.
8      Q  So the six locations that they use in the
9  Hall and Teenier study did not increase bacterial
10  -- did not show increased bacterial levels on the
11  dishes, right?
12     A  That's correct.
13     Q  Okay.  And you agree with me that none of
14  the locations are on the surgical site, correct?
15  Diagram one.
16     A  Yeah, I was looking to see whether they
17  actually -- oh, okay.  Yeah.  It doesn't look
18  like they put any on the surgical site.
19     Q  And actually all of them, all the dishes
20  were on the floor?
21     A  Yes.
22     Q  Okay.  None of them were on instrument
23  tables, correct?
24     A  I don't know if five or six, were they --
25  they may have all been placed on the floor.  I

Page 192

1  don't know.
2      Q  Okay.  Well, I don't see -- I mean, you
3  have the anesthesia machine, you have the
4  anesthesia cart, you have the table.  You don't
5  see any of the dishes on the table, the OR table
6  or any other table in the room, correct?
7      A  Yeah, I was just looking to see what
8  their method section had to say about that.
9      Q  And, in fact, as we've discussed before,
10  we're talking about the risk of this method of
11  thermal maintenance, which is using hot air,
12  okay?  Hot air we discussed is going to bring the
13  contaminants up and mix with the air above it,
14  not below it, correct, where the air is coming
15  out of?
16     A  I'm sorry, would you restate it?
17     Q  As the hot air comes out of the Bair
18  Hugger --
19     A  Yes.
20     Q  -- the Bair Hugger is on the operating
21  room table.  These, I believe, are dental --
22  dental patients?
23     A  Yes.
24     Q  Okay.  So the Bair Hugger is on them,
25  correct?

Page 193

1      A  Yes.
2      Q  On their legs?
3      A  Mmm-hmm.
4      Q  Blowing hot air down, correct?  The hot
5  air is less dense than the cold air, correct?
6      A  Yes.
7      Q  So it's going to cause an upward flow,
8  correct?
9      A  Yes.
10     Q  Okay.  So putting the dishes --
11     A  Assuming that it's not counteracted by
12  the conventional ventilation in the operating
13  room.
14     Q  Okay.  So putting the Apgar dishes on the
15  ground really doesn't show you the effect of the
16  Bair Hugger on the surgical site or on the
17  instrument tables, correct?
18     A  That's fair.
19     Q  Okay.  So you would agree with me that
20  the Hall study does not answer the question of
21  whether or not the Bair Hugger increases bacteria
22  on the surgical site or the instruments that are
23  on an instrument table?
24     A  That's correct.
25     Q  Thank you.  Going back to Hall, it's the

STIREWALT & ASSOCIATES
MINNEAPOLIS, MN  1-800-553-1953  info@stirewalt.com

CONFIDENTIAL

Page 194

1  last paragraph, says: "The risks of this method
2  of thermal maintenance are not completely known."
3       When did 3M become aware of whether or
4  not thermal maintenance such as the Bair Hugger
5  was a risk or not a risk with respect to
6  contamination of the surgical site?
7       MR. GORDON: Object to the form of the
8  question.
9    Q  Well, as you said. I'll withdraw the
10  question.
11      Hall didn't answer the question of
12  whether or not the Bair Hugger increases bacteria
13  over the surgical site or on the instrument
14  tables as you stated previously, correct?
15    **A  Yes.**
16    Q  Okay. When was there conclusive evidence
17  that the Bair Hugger did not increase bacteria
18  over the surgical site or the operating -- or the
19  table in which the operating instruments were on?
20    **A  Well --**
21    Q  If it ever did.
22    **A  Well, I mean, the outcome of interest, of**
23  **course, is surgical site infection. And at least**
24  **in the case of Kurz' 1995 paper, it was a**
25  **reduction in surgical site infection in patients**

Page 195

1  **with the Bair Hugger who had higher temperatures,**
2  **higher core temperatures.**
3    Q  I'm not talking about outcomes. I'm
4  talking about --
5    **A  Right. But that's -- the particulate**
6  **measures are just surrogates for the actual**
7  **outcome of interest, which is a decrease in**
8  **surgical site infection.**
9    Q  Or increase?
10    **A  Or increase.**
11    Q  More particles, may mean more increase,
12  correct?
13    **A  Maybe. But what we really care about is**
14  **the reduction in surgical site infection.**
15    Q  Okay. Well, there is absolutely no
16  evidence that forced-air warming reduces the
17  incident of deep joint infections, correct?
18    **A  No. I think the Scott -- Scott's paper,**
19  **the orthopedic -- there is a group of orthopedic**
20  **patients in there that had a composite outcome**
21  **that was --**
22    Q  Scott refers to SSIs.
23    **A  I'm sorry?**
24    Q  Scott refers to SSIs.
25    **A  Yes, right.**

Page 196

1    Q  We don't know whether or not Scott was
2  deep joint -- superficial or deep joint, correct?
3    **A  We don't, yeah.**
4    Q  Okay. So the question I have is: There
5  is no evidence, conclusive evidence, randomized
6  control style -- study, observational,
7  retrospective, that forced-air warming reduces
8  the incident of deep joint infections, correct?
9    **A  To my knowledge, there hasn't been a**
10  **study large enough to show that, yeah.**
11    Q  So what we have, is what we do know,
12  according to orthopedic surgeons, particulates --
13  an increase in particulates about --
14  increases the risk of deep joint infections for
15  hip and knee implant surgeries?
16      MR. GORDON: Object to the form of the
17  question.
18    **A  That's what most of them believe.**
19    Q  That's well-settled in the orthopedic
20  science world, correct?
21      MR. GORDON: Same objection.
22    Q  And the study of De Ruge (phonetic)
23  supports that, correct?
24    **A  Yes.**
25    Q  So okay. So what we can look at, because

Page 197

1  you're right, doing a large enough study on deep
2  joint infections might be impossible to do,
3  correct?
4    **A  It might be.**
5    Q  Okay. So we can look at the second best
6  thing of whether or not the Bair Hugger increases
7  bacteria over the surgical site, correct?
8    **A  Well, not really. Because, again, that's**
9  **a surrogate for surgical site infection. We**
10  **don't know the relationship. While it's true**
11  **that many surgeons believe that an increase in**
12  **bacteria or particles over the surgical site can**
13  **increase infection risk, it's not settled**
14  **completely.**
15      **There is not a fixed relationship**
16  **between an increased measurement of particles or**
17  **bacteria at the surgical site and a subsequent**
18  **increase in surgical site infection.**
19    Q  Maybe I'll just ask it this way. Maybe
20  we can agree on something.
21      There is no study out there that -- there
22  is no study that a forced-air warming device does
23  not increase the bacterial load over the surgical
24  site?
25    **A  I'm sorry? State it one more time.**

50 (Pages 194 to 197)

CONFIDENTIAL

Page 198

1    Q  That forced-air warming does not increase
2  the bacterial load over the surgical site?
3    A  Well, I mean, there are studies that show
4  that it increases the particulate load.  That's
5  different than the --
6    Q  I'm saying the opposite here.  There is
7  no study that indicates that the Bair Hugger does
8  not increase the bacterial load over the surgical
9  site?
10    A  Okay.  Yeah, that's true.
11    Q  Okay.  There's no study that concludes
12  that the Bair Hugger does not increase the risk
13  of deep joint infection for hip and knee
14  implants?
15    A  I'm sorry?  Say it one more time.
16    Q  There's no study that concludes that the
17  Bair Hugger does not increase the risk for a deep
18  joint infection in hip and knee implants?
19    A  That does not increase it?
20    Q  Yeah.
21    A  I don't believe there is one.
22    Q  Okay.  3M has never eliminated the
23  possibility that Bair Hugger can cause airborne
24  contamination?
25    A  Well, I mean, the Bair Hugger system has

Page 199

1  filters and the blankets also form a portion of a
2  system that reduces particulates.  So, I mean,
3  I'm not exactly sure what you're asking me to
4  agree to.
5    Q  There is no study that 3M is aware of
6  that concludes that Bair Hugger does not cause
7  airborne contamination over the surgical site in
8  an operating room?
9    A  That eliminates Bair Hugger as a cause of
10  bacterial contamination?
11    Q  Yeah, or particulates.
12    A  Or particulates.
13    Q  Airborne contamination in general.
14    A  Well, again, I can't think of a study
15  that would directly speak to that.
16    Q  Okay.  In other words, if 3M wanted to
17  make a statement that the Bair Hugger does not
18  contaminate the sterile field, they would not
19  have any study to support that statement,
20  correct?
21    A  Well, they may not, but that's not the
22  critical outcome.  The critical outcome is the
23  development of a post-surgical site infection.
24  That's the outcome that we're interested in.
25    Q  I understand that.

Page 200

1    A  Particulates are merely a surrogate.
2    Q  Let's break it up then, okay?  3M cannot
3  scientifically state that the Bair Hugger does
4  not increase particles over the sterile field,
5  correct?
6    A  That it does not?
7    Q  Yeah.
8    A  Well, we have evidence that it does.
9    Q  Okay.  So they can't state that, correct?
10    A  Well, we wouldn't.
11    Q  Okay.  3M cannot state that the Bair
12  Hugger does not increase bacterial contamination
13  over the sterile field, correct?
14    A  I'm sorry, say it one more time?
15    Q  3M cannot state that the Bair Hugger does
16  not increase bacterial contamination over the
17  sterile field.
18    A  Well, again, I don't think we have
19  evidence to that.
20    Q  Okay.  What we do have evidence is that
21  it increases particles over the sterile field,
22  correct?
23    A  We do have a study that shows that.
24    Q  And we do have evidence --
25    A  Small amounts.

Page 201

1    Q  In an operating room a significant number
2  of particles are squamous, correct?
3    MR. GORDON:  Object to the form of the
4  question.
5    A  They can be, yes.
6    Q  Well, you're aware of the amount of
7  squamous that are generated during an operation
8  by the personnel in the patient in the operating
9  room, correct?
10    A  Yes.
11    Q  In the order of millions?
12    A  Yes.
13    Q  Okay.  And you're aware of studies or
14  literature that indicates that the majority of
15  particles generated in an operating room is from
16  the personnel in the operating room?
17    A  Yes.
18    Q  Okay.  And you agree that there is a
19  significant amount of the squamous that are
20  generated can carry bacteria?
21    A  Yes.
22    Q  Okay.  And according to 3M's own expert,
23  he estimated about 40 percent of the squamous in
24  the operating room carry bacteria?
25    MR. GORDON:  Object to the form of the

51 (Pages 198 to 201)

CONFIDENTIAL

Page 202

1    question, mischaracterizes the evidence,
2    misstates the evidence, lack of foundation and
3    also way beyond the scope of the 30(b)(6)
4    deposition.
5    **A  Is this Angalingous (phonetic)?**
6    Q  Wenzel.
7    **A  Oh, Wenzel.  So I'm sorry, would you**
8    **state it one more time?**
9    Q  Bacteria travel on squamous, correct?
10    **A  Among other things.**
11    Q  And everyone has bacteria on them,
12    correct?
13    **A  Yes.**
14    Q  Okay.  A lot of bacteria, to be quite
15    honest?
16    **A  Yes.**
17    Q  So much we don't even think about it?
18    **A  Correct.**
19    Q  And --
20    **A  Well, we don't know it.**
21    Q  -- and we can agree that a significant
22    number of the squamous that are in an operating
23    room contain bacteria?
24    **A  Yes.**
25    Q  Okay.  And some say up to 40 percent of

Page 203

1    the squamous carry bacteria?
2    **A  I'll assume that that's correct.**
3    Q  And 3M agrees to that?
4    MR. GORDON:  Object to the form of the
5    question and beyond the scope.
6    **A  I mean, if Professor Wenzel said that**
7    **that's the number, then that's probably correct,**
8    **but that doesn't have anything to do with Bair**
9    **Hugger.**
10    Q  And with respect to the environment of
11    use and designing, for example, the 775, this is
12    information that 3M is aware of, you know, that
13    there's squamous in the operating room, correct?
14    **A  Yeah, particles.**
15    Q  That squamous carry bacteria?
16    **A  Yeah.**
17    Q  Okay.  That physicians want to reduce
18    particles over the surgical site?
19    **A  Yes.**
20    Q  They want to reduce bacteria over the
21    surgical site?
22    **A  Yes.**
23    Q  Okay.  That 3M was aware that the Bair
24    Hugger increases particles over the surgical
25    site?

Page 204

1    **A  Yes.**
2    Q  Therefore increasing the bacteria load of
3    the surgical site?
4    **A  Well, again, particles are not bacteria.**
5    Q  I understand that.  But if a certain
6    percentage of particles carry bacteria, if you
7    increase the particles, logic would mean that you
8    would increase the bacteria?
9    MR. GORDON:  Object to the form of the
10    question.
11    **A  Well, I mean --**
12    Q  Statistics.
13    **A  Okay.**
14    Q  I mean, if you increase -- if you have a
15    million particles and 40 percent of them carry
16    bacteria, and you take that and you increase that
17    load of particles over the surgical site, some of
18    those particles will have bacteria on them,
19    right?
20    MR. GORDON:  Object to the form of the
21    question, incomplete hypothetical, lack of
22    foundation, and beyond the scope of this
23    deposition, 30(b)(6).
24    **A  I mean, that makes mathematical sense,**
25    **yes.**

Page 205

1    Q  And logical sense, correct?
2    MR. GORDON:  Same objections.
3    **A  Yes.**
4    Q  Okay.  And therefore -- withdraw that
5    question.
6    3M, with all of this knowledge, chose not
7    to warn physicians or hospitals regarding this
8    increased load -- or increase in bacteria over
9    the surgical site -- over the surgical site as a
10    result of the Bair Hugger, correct?
11    MR. GORDON:  Object to the form of the
12    question, assumes facts not in evidence,
13    incomplete hypothetical, and beyond the scope of
14    30(b)(6).
15    **A  So I'm not seeing the relationship**
16    **between the skin squamous and the Bair Hugger.**
17    **What does one have to do with the other?  I don't**
18    **understand that connection.**
19    Q  Forget about the skin squamous for now.
20    The mere fact that the Bair Hugger increases
21    particles over the surgical site you agree,
22    correct?
23    **A  It can, yes.**
24    Q  It does.  Not it can, it does.
25    **A  Okay.**

52 (Pages 202 to 205)

CONFIDENTIAL

Page 206

1    Q   In every study it showed that, correct?
2    A   Well, in the studies that we know of, the
3    particulate counts went up over the surgical
4    site.
5    Q   We only know what we know because of
6    science and a lot of this is through peer
7    reviewed studies, correct?
8    A   Yes.
9    Q   Are you aware of studies that Bair Hugger
10   does not increase particles over the surgical
11   site?
12   A   I am not.
13   Q   Okay.  So we know that increased
14   particles of surgical site, therefore, it is
15   going to increase the bacterial load over the
16   surgical site, agree?
17       MR. GORDON:  Object to the form of the
18   question.
19   A   It may increase the bacterial load over
20   the surgical site.  I don't know where those
21   bacteria end up landing.  Obviously there's a lot
22   of complex airflow that can sweep them away.
23   Q   As someone that's been in the medical
24   device community for 30 years, you would agree
25   that orthopedic surgeons -- that information

Page 207

1    would want to be known to orthopedic surgeons
2    that do hip and knee implant surgeries, correct?
3        MR. GORDON:  Object to the form of the
4    question, lack of foundation, outside the scope
5    of this deposition.
6    A   I suspect that some would want to know
7    that, yes.
8    Q   Okay.  And 3M was aware of that
9    information?
10       MR. GORDON:  Object to the form of the
11   question.
12   A   Well, in fact, this was published in a
13   top tier journal.
14   Q   I understand that.  But --
15   A   There's no attempt to hide it.
16   Q   Huh?
17   A   There was no attempt to hide it.
18   Q   3M chose not to put any warnings in their
19   manuals regarding the increase of particles as a
20   result of the Bair Hugger over the surgical site,
21   correct?
22   A   Because there is no evidence that it
23   increases the risk of surgical site infection.
24   Q   And there's no evidence that it doesn't
25   either?

Page 208

1    A   But there's no evidence that it does.
2    Q   Okay.  But there is evidence that 3M is
3    aware that many orthopedic surgeons are of the
4    opinion that increased particles over the
5    surgical site increases the risk of a deep joint
6    infection?
7        MR. GORDON:  Objection, asked and
8    answered several times.
9    A   Well, I think we know from the
10   International Consensus Committee that they do
11   believe that.
12   Q   Okay.  So the orthopedic surgeons know it
13   or believe it.  3M is aware of the increased
14   particles, but 3M chooses not to add a warning or
15   add any caution regarding orthopedic surgeries or
16   hip and knee implant surgeries in their manual,
17   correct?
18       MR. GORDON:  Object to the form of the
19   question.
20   A   Well, again, the International Consensus
21   Committee reviewed these papers and chose not to
22   restrict the use of forced-air warming in
23   orthopedic surgeries.  They know all of this
24   information.
25       So yes, it's true, many orthopedic

Page 209

1    surgeons believe that this could be a problem,
2    but they as a group decided, based on the
3    evidence that we're talking about, that it didn't
4    -- it didn't -- it wasn't enough of a reason to
5    restrict its use.
6    Q   The International Consensus didn't have
7    any internal documents that 3M had or all the
8    information that 3M had, correct?
9    A   Well, I think they have all of the
10   publicly available science that we have.
11   Q   They didn't have the Schlieren testing
12   that 3M had, correct?
13   A   Yeah, but that's qualitative.
14   Q   They didn't have the CFD studies that 3M
15   had?
16   A   Well, first of all, Schlieren doesn't
17   show particulates.
18   Q   I understand that, but it shows thermal
19   plumes.
20   A   They are all completely aware of that.
21   It's hard to find an orthopedic textbook that
22   doesn't have a Schlieren picture in it.
23   Q   My question is:  Let's talk about what
24   the International Consensus had.  They had
25   published studies, correct?

STIREWALT & ASSOCIATES
MINNEAPOLIS, MN  1-800-553-1953  info@stirewalt.com

CONFIDENTIAL

---

Page 210

1    A  Yes.
2    Q  They didn't have --
3    A  Plus the experience of their researchers.
4    Q  They didn't have the knowledge that 3M --
5    all the knowledge that 3M has, correct?
6         MR. GORDON:  Object to the form of the
7    question, lack of foundation, beyond the scope.
8    A  Well, what knowledge do you mean?
9    Q  Well, do you know whether or not any of
10   the voting members of the International Consensus
11   was aware of the fact that every single study
12   that looked at particulates over the surgical
13   site showed an increase over the surgical site of
14   particulates when the Bair Hugger was used?
15   A  Well, I'm not aware of whether they are
16   aware of that.  But again, they are experts whose
17   professional careers are dependent on being aware
18   of the literature.
19   Q  Let me ask you:  Does a corporation such
20   as 3M rely on consensus statements to formulate
21   warnings for their medical devices?
22   A  Among other things.
23   Q  Okay.  I mean, you're not sitting here
24   today, 3M, and saying we're only going to put
25   warning devices when an orthopedic surgeon or a

---

Page 211

1    consensus tells us to put a warning on our
2    labels, correct?
3    A  In fact, we put warnings on based on a
4    probability of an adverse outcome.
5    Q  There was nothing preventing 3M from
6    putting in the cautions or in the manual that the
7    Bair Hugger increases particulates over the
8    sterile field?
9    A  Well, there's nothing preventing it.  But
10   again, the people on the risk mitigation
11   committee obviously didn't perceive that risk as
12   being high enough to justify that label warning.
13   Q  But nothing prevented 3M from adding that
14   risk?
15   A  Well, I don't know.  Prevented us, you
16   mean legally prevented us?
17   Q  There's nothing false about that
18   statement?
19   A  Well, it may not be false, but it also
20   may not have -- it may not rise to the level of
21   probability to make it justifiable to put on
22   there.
23   Q  Well, when every single study shows
24   increased particles over the sterile field, the
25   probability is very high that the Bair Hugger is

---

Page 212

1    going to increase particles over the sterile
2    field?
3    A  That may be, but the probability that it
4    increases surgical site infection is not.
5    Q  That's fair.  But that would be something
6    for the surgeons to decide of whether or not they
7    want to use the Bair Hugger device for hip and
8    knee implant and not for 3M to decide, correct?
9         MR. GORDON:  Object to the form of the
10   question, lack of foundation, argumentative,
11   outside the scope of the 30(b)(6) deposition.
12   Q  Let me ask you this:  3M is aware of this
13   information.  Has 3M come out publicly in any
14   media, convention, conference, Dear Dr. Letter
15   that said, "Hey, surgeons, we want you to know
16   this.  We have conclusive evidence that the Bair
17   Hugger increases particles over the surgical
18   site"?
19   A  No, we have not.
20        MR. ASSAAD:  That's all I have.
21   Genevieve is going to be next.
22        MS. ZIMMERMAN:  We're going to take a
23   break.
24        MR. GORDON:  What do you mean Genevieve
25   is going to be next?

---

Page 213

1         MR. ASSAAD:  For the other topics.  I
2    only dealt with engineering and design.
3         THE VIDEOGRAPHER:  Should we go off the
4    record?
5         MR. ASSAAD:  Yes.
6         THE VIDEOGRAPHER:  Off the record.
7    (Whereupon, a break was taken from 3:53 p.m.
8    until 4:07 p.m., after which, the following
9         transpired.)
10        THE VIDEOGRAPHER:  We're on the record.
11        EXAMINATION
12   BY MS. ZIMMERMAN:
13   Q  All right.  Good afternoon, Mr. Van
14   Duren.
15   A  Hi.
16   Q  I'm Genevieve Zimmerman.  We've met once
17   or twice in this litigation and I know you've
18   been deposed before.  And I'm going to ask you
19   about some other topics about Exhibit 1 that was
20   in front of you.
21        To start with, number 9 asks about
22   "Defendants' internal tests conducted to
23   determine the benefits and efficacies of
24   preoperative warming."  Do you see that?
25   A  Yes.

---

54 (Pages 210 to 213)

CONFIDENTIAL

Page 214

1    Q  And that is something that you are
2  prepared to testify about today?
3    A  Yes.
4    Q  All right.  What internal tests did 3M or
5  Arizant or Augustine conduct to determine the
6  benefits and efficacy of preoperative warming?
7    A  So we did some testing in 2006, I
8  believe -- yeah, 2006, where we looked at the
9  effect of extremity directed warming.  So heating
10  the arms and legs and hands and feet as opposed
11  to heating the central part of the body to see
12  which one happened to be more effective at
13  prewarming.
14    Q  And so that would have been directing
15  warming to just one particular part of the body
16  at a time?
17    A  Yes, so heating only the central region
18  of the body or heating the extremities of the
19  body.
20    Q  Was that specific to forced-air warming
21  or other patient modalities?
22    A  So it was forced-air warming for the
23  central part and it was conductive warming for
24  the extremities.
25    Q  What kind of conductive warming?

Page 215

1    A  It was heated towels.
2    Q  Something like a cotton blanket that is
3  put in a little --
4    A  Yeah, a heated cotton blanket.  Exactly.
5    Q  And do you consider heated cotton
6  blankets conductive?
7    A  Yes.
8    Q  And that was 2006.  Who was involved in
9  that testing?
10    A  I was.
11    Q  Anyone else?
12    A  My assistant at the time, Tracy Pownell.
13    Q  And what were the results of your tests?
14    A  That there -- that there wasn't any
15  substantive difference due to the fact that the
16  warm cotton blankets didn't really have a lot of
17  energy.  They were warmed up in an oven, put on
18  the subjects that we looked at, core
19  temperatures, things like that.
20    Q  And so was the aim of the tests to figure
21  out if both were effective at preserving patient
22  normothermia?
23    A  The hypothesis was that the extremity one
24  would be more effective.  Initially we were going
25  to use forced-air warming for that, but the

Page 216

1  device that we had anticipated using was not FDA
2  approved at the time, so that's why we moved to
3  warm cotton blankets or towels.
4    Q  And that was -- 2006, that was during
5  your time at Arizant?
6    A  Yes.
7    Q  After Dr. Augustine left and before 3M
8  acquired the company?
9    A  Correct.
10    Q  All right.  What type of forced-air
11  warming was used in that study?
12    A  Bair Hugger.
13    Q  Okay.  The model 600 or?
14    A  It was -- it was a 750 with a full-body
15  blanket.
16    Q  And what about that configuration --
17    A  I beg your pardon, that's not right.  It
18  was a gown.  A gown with, whatever the 850, I
19  think, is the gown warming device.
20    Q  And so when you say "gown," you mean the
21  Bair Paws device?
22    A  Bair Paws.
23    Q  Was it called Bair Paws then already?
24    A  Yeah, I think it was called that.
25    Q  And when, by the way, did the Bair Paws

Page 217

1  come to be?
2    A  Oh, well, I think the first one was
3  still -- Dr. Augustine was still there, so
4  2003-ish.
5    Q  And I'm sorry, so this device wasn't
6  approved for this use by the FDA at the time?
7    A  Correct.  We never did get FDA approval
8  on that.
9    Q  And why was that?
10    A  We didn't pursue it.
11    Q  Did you submit an application and
12  withdraw it?
13    A  No.  We -- I don't think we -- we just
14  never pursued it.  We didn't think that there
15  would be much of a market for it.
16    Q  And by "it" you mean?
17    A  The extremity-directed warming.
18    Q  All right.  So it was the --
19    A  We already had a Bair Paws gown at the
20  time.  This was kind of superfluous and we didn't
21  think that people would buy it.
22    Q  All right.  That's sort of a cotton
23  blanket or towels that go on the extremities?
24    A  Yes.
25    Q  All right.

55 (Pages 214 to 217)

CONFIDENTIAL

Page 218

1    A  Well, that's what we used in place of.
2    Q  In place of?
3    A  Of the device that we didn't seek
4  approval on.
5    Q  So there -- and did you not seek approval
6  of the device because of the results of this
7  particular test that sort of --
8    A  Nope.  We just didn't because the Bair
9  Paws gown was doing well, we didn't think there
10  would be much market for this.
11    Q  All right.  And the Bair Paws gown was
12  invented anyway somewhere around when
13  Dr. Augustine was still involved with the
14  company?
15    A  Right about the same time, yes.
16    Q  Right around 2003?
17    A  Somewhere in that timeframe.
18    Q  And is that about when the company
19  changed name from Augustine to Arizant?
20    A  Very shortly thereafter.
21    Q  All right.  And was Dr. Augustine
22  involved in the design of the Bair Paws?
23    A  I don't -- I don't know.  I think that
24  was actually designed by -- well, I'd have to
25  look at the patent.  I don't know.

Page 219

1    Q  Okay.
2    A  There were a number of people involved in
3  the design of the Bair Paws gown.
4    Q  Is the Bair Paws gown approved by the FDA
5  for use in the operating room?
6    A  Yes.
7    Q  And when did that approval take place?
8    A  Well, whenever it was first
9  commercialized.
10    Q  Was that shortly after when it was
11  invented, around 2003?
12    A  Yes.
13    Q  Well, what other testing did you do or
14  were you involved in?  And by "you" I mean 3M, to
15  determine the benefits and efficacy of
16  pre-operative warming?
17    A  Internally?  Internal testing, is that
18  what you mean?
19    Q  Yes, sir.
20    A  That was about what the extent of what we
21  did internally; so, yeah.
22    Q  And is it fair to say that test was
23  limited, for the most part, for efficacy of the
24  warming product?
25    A  Yes.

Page 220

1    Q  Was there any focus in that test that you
2  did about safety of the product?
3    A  Only insofar as that it didn't heat
4  tissue to higher than 43 degrees.
5    Q  Fair to say it was not a thermal sort of
6  injury, sort of a concern?
7    A  No, we had no concerns about thermal
8  injury.
9    Q  Were there any other risks that you were
10  concerned about with respect to prewarming the
11  patient this way?
12    A  No.
13    Q  Have you come to learn of any other risks
14  associated with prewarming a patient?
15    A  No, we have not.
16    Q  So fair to say that prewarming a patient
17  is safe?
18    A  It is safe.
19    Q  It's effective?
20    A  It can be effective, yes.
21    Q  Agree that it's also inexpensive?
22    A  It's the same cost as intraoperative
23  warming, yes.
24    Q  And there are a number of different ways
25  that prewarming can be accomplished, correct?

Page 221

1    A  Yes.
2    Q  And that's true for intraoperative
3  warming as well, right?
4    A  Yes.
5    Q  Different products that can accomplish
6  the same goal?
7    A  Yes.
8    Q  And that's something that you have paid
9  attention to throughout your role both at
10  Augustine, then at Arizant, and also at 3M; fair?
11    A  Yes.
12    Q  There have been other alternatives to
13  achieving patient normothermia throughout your
14  duration of these companies?
15    A  They can work, yes.  They're not all as
16  -- they have different efficacies; but yes, the
17  goal is the same.
18    Q  And there are other products that also
19  achieve this goal as well; is that fair?
20    A  Yes.
21    Q  Prewarming is something that you have
22  been studying in your role at both Augustine,
23  Arizant and now at 3M, for 20 years; is that
24  fair?
25    A  Almost 30.

STIREWALT & ASSOCIATES
MINNEAPOLIS, MN  1-800-553-1953  info@stirewalt.com

CONFIDENTIAL

Page 222

1     Q  Almost 30.  All right.
2     And it's fair to say that you've kept
3 abreast of the litigation -- litigation, pardon
4 me -- the literature about prewarming?
5     A  Yes.
6     Q  That was one of the responsibilities that
7 you had at all three iterations at the company?
8     A  Yes, not only that but --
9     Q  One of your responsibilities?
10     A  Portion, yep.
11     Q  And you prepared some memos from time to
12 time about the efficacy of prewarming, right?
13     A  Yeah, reports and memos.  Yes.
14     Q  Would you agree that prewarming is also
15 not associated with any adverse events?
16     A  Well, I mean, what we always are
17 concerned about with any sort of warming is the
18 creation of a burn.  So we always worry about
19 that, and that's certainly a risk.  We don't want
20 to -- we would never -- we don't want to operate
21 the warming system at a temperature high enough
22 to cause a burn.  That's a big risk, so we are
23 concerned about that.
24     Q  And do you avoid that risk by setting the
25 maximum temperature of the machine at 43 degrees

Page 223

1 celsius?
2     A  Yes.
3     Q  Are you aware of any thermal burns to
4 patients caused by prewarming?
5     A  Not by prewarming.
6     Q  Are you aware of thermal burns to
7 patients caused by other prewarming?
8     A  Yes, by conductive warming.
9     Q  Tell me about that.
10     A  Some electric mattress devices can --
11 have caused burns in the past.
12     Q  In the prewarming context as well?
13     A  I'm pretty sure they were during
14 prewarming, yes.  And in veterinary applications
15 as well.
16     Q  And you keep abreast of also the
17 literature in the veterinary field as well?
18     A  Yes, we sell into that market as well.
19     Q  Quite a bit, I think.  Vets use quite a
20 bit of Bair Paws and Bair Hugger blankets?
21     A  We do.
22     Q  We love our animals here for sure in the
23 United States and take good care of them.
24     A  Yes.
25     Q  Would you agree that a significant

Page 224

1 advantage of prewarming is that it is done before
2 the surgical incision is made?
3     A  Well, it's true it's done before the
4 surgical incision.  I'm not sure that it's an
5 advantage.  I'm not sure what you mean by an
6 advantage, necessarily.
7     Q  And you're not sure if it is an
8 advantage?
9     A  Well, I don't know what you mean by that
10 being an advantage.
11     Q  Okay.  Would you agree that prewarming
12 has been shown to reduce post-operative surgical
13 wound infections?
14     A  At present I don't think that there are
15 any prewarming-only studies that show a reduction
16 in post-operative wound infections.
17     Q  When you studied prewarming, is your
18 literature focused on prewarming only or
19 prewarming in addition to intraoperative warming?
20     A  Both.
21     Q  Is some of the literature focused only on
22 prewarming?
23     A  Very little.
24     (Whereupon, Exhibit No. 8 was marked for
25     identification.)

Page 225

1     MS. ZIMMERMAN:  What number are we on?
2     THE REPORTER:  8.
3     MS. ZIMMERMAN:  And Corey, the cover page
4 is just our document service.  It has nothing to
5 do with you guys.
6 BY MS. ZIMMERMAN:
7     Q  Mr. Van Duren, do you recognize this
8 document?
9     A  Yes.
10     Q  What is it?
11     A  Oh, it's a report that I wrote back in
12 2005 about prewarming.
13     Q  And the Bates number at the bottom starts
14 with 3MBH_00834864; is that right?
15     A  Yes.
16     Q  And it looks like there's a clinical
17 research library notation at the top right-hand,
18 it says number 1553; is that right?
19     A  Yes.
20     Q  Is that your numbering system?
21     A  That's my numbering system for my
22 library.
23     Q  And is that something that you maintain
24 throughout the time that you have worked both at
25 Augustine, then Arizant and now at 3M?

STIREWALT & ASSOCIATES
MINNEAPOLIS, MN  1-800-553-1953  info@stirewalt.com

CONFIDENTIAL

Page 226

1     A  Yes.
2     Q  And that's part of the documents that
3  were produced after the last time that we sat
4  down for a deposition; is that right?
5     A  Same group, yes.
6     Q  Okay.
7        MR. GORDON:  This one wasn't though, was
8  it?
9        MS. ZIMMERMAN:  I don't know that this
10  specific one was, or it's in the collection of
11  documents.
12        MR. GORDON:  But I mean, it was produced
13  a long time ago.
14        MS. ZIMMERMAN:  It may have been.
15     A  This is a very low number, so I'm sure it
16  was produced a long time ago.  The library has
17  been copied at least once, maybe more than once.
18  BY MR. ZIMMERMAN:
19     Q  Fair to say that you haven't been asked
20  any questions about the memos that you wrote
21  about prewarming in any of the depositions that
22  you've had so far; is that right?
23     A  I don't believe so.
24     Q  And this, again, is a memo that you wrote
25  in January of 2005; is that correct?

Page 227

1     A  Yes.
2     Q  And you're talking specifically about
3  prewarming of patients for surgeries; is that
4  right?
5     A  Yes.
6     Q  On page 2 of 14, you've got a chart there
7  that sort of documents a growth of outpatient
8  procedures and hospitals; is that right?
9     A  Yes.
10     Q  And the basic notion is that there are
11  getting to be more and more surgeries,
12  particularly outpatient surgeries as the time has
13  gone forward; is that right?
14     A  That's correct.
15     Q  And you would expect that that growth is
16  going to continue, fair?
17     A  Yes.
18     Q  For the most part, it's been your
19  experience and your understanding that doctors
20  like to get their patients in and out of the
21  hospital as quickly as safely as possible, fair?
22     A  And through surgery as fast as possible.
23     Q  Right.
24     A  Yes.
25     Q  And throughout the course of this 14-page

Page 228

1  memo, you go through with some precision sort of
2  how a body absorbs heat, how to measure body
3  temperature, the physiology of thermal
4  regulation.  Fair to say that you pay pretty
5  close attention to the work that you do and you
6  try to be careful about that, right?
7     A  Yes.
8     Q  And that's been your practice throughout
9  the time that you worked, whether with
10  Dr. Augustine at Augustine Medical, for Arizant,
11  and continuing to this day at 3M; fair?
12     A  My approach has been similar at every
13  place that I've worked.
14     Q  You've always taken pride in what you do,
15  right?
16     A  I try to, yes.
17     Q  And by the way, who asked you to prepare
18  this document?
19     A  I don't think anybody asked me to do
20  this.  This was -- I think this was conceived as
21  a -- maybe a white paper or something like that
22  for customers at the time.
23     Q  All right.  So you think that at some
24  point that -- it's sort of an intended audience
25  was likely to be a customer of the company?

Page 229

1     A  I think so.  I think that was the point
2  at the time.  I'm not sure that we ever published
3  it --
4     Q  Sure.
5     A  -- but that was what the intent was.
6     Q  And part of that was because you,
7  Augustine, Arizant and 3M, were selling
8  prewarming products; is that fair?
9     A  Yes.
10     Q  And so from time to time you would get
11  customer questions about whether or not the
12  product that you were selling had any evidence
13  supporting its clinical use; is that fair?
14     A  Well, and also more how it worked.
15     Q  Sure.  And both of those things would be
16  questions that you would get from time to time?
17     A  Yes.
18     Q  At the beginning or the top of page 7 of
19  14, you have included at figure 2 the three
20  phases of anesthetic-induced hypothermia.  Do you
21  see that?
22     A  Yes.
23     Q  And basically you're plotting on a graph
24  or whoever -- you didn't create this graph, I
25  assume?

58 (Pages 226 to 229)

CONFIDENTIAL

Page 230

1    **A  No, this came from Andrea Kurz and Dan**
2  **Sessler.**
3    Q  Okay.  So this is Kurz and Sessler work.
4  And their chart, anyway, shows that there is
5  three different phases of anesthetic-induced
6  hypothermia; is that right?
7    **A  Yes.  This is a graph that shows core**
8  **body temperature in response to anesthesia in**
9  **nude, anesthetized men.**
10   Q  Okay.  Pretty specific subset?
11   **A  Yes.**
12   Q  Was it specific to any particular type of
13  surgical procedure?
14   **A  There was no surgical procedure involved.**
15  **These were just --**
16   Q  Volunteers?
17   **A  -- volunteers who volunteered to be**
18  **anesthetized.**
19   Q  Okay.  That's an interesting hobby.  I
20  guess we're all grateful that they do that but...
21     So fair to say that Dr. Sessler in his
22  chart here sort of documents that over the course
23  of the first, is it six hours of anesthetic,
24  basically time under anesthesia, the patient will
25  lose somewhere between zero, and it looks like

Page 231

1  about three-and-a-half degrees celsius?
2    **A  Something like that, yes.**
3    Q  All right.  And would you agree that
4  according to Dr. Sessler's chart, that at least
5  for the first hour the expected heat loss for
6  sort of phase one is just shy of one-and-a-half
7  degrees celsius; is that about fair?
8    **A  So I just want to get -- not to be too**
9  **technical, but it's not heat loss.**
10   Q  Okay.
11   **A  So that's the really critical thing about**
12  **prewarming.  It has almost nothing to do with**
13  **heat loss.**
14     **What happens in -- after the induction of**
15  **anesthesia is that the heat in the body mixes.**
16  **So the heat that is in the central part of the**
17  **body moves to the external areas, and the cold**
18  **blood that is in the external areas moves to the**
19  **central part, so there's a mixing.  That's what**
20  **causes this initial decrease.  It has nothing to**
21  **do with heat loss.**
22   Q  All right.  But at least for this chart,
23  is this specific to patients that have been
24  prewarmed or is this just a chart about
25  volunteers that --

Page 232

1    **A  No.**
2    Q  -- have agreed to be anesthetized?
3    **A  Right.  These are unprewarmed, nude male**
4  **volunteers.**
5    Q  So those folks that are not prewarmed,
6  according to this chart anyway, drop their core
7  temperature somewhere around one-and-a-half
8  degree celsius inside that first hour; is that
9  about right?
10   **A  That's correct.**
11   Q  And then through, it looks like, about
12  the two-hour mark it's a little over
13  two-and-a-half degrees celsius change in core
14  temperature; is that fair?
15   **A  Yes.**
16   Q  And then it goes down yet a little bit
17  more during phase three, which occurs between,
18  say, two-and-a-half hours of elapsed time and six
19  hours; is that fair?
20   **A  That's fair.  Yeah, that's correct.**
21   Q  Now, with the charts on the next page, 8
22  of 14, both of those are actually cited to be
23  from Sessler and -- is it Moayeri?
24   **A  Mmm-hmm.**
25   Q  The one on page 7 doesn't actually have

Page 233

1  the same cite, but it comes from the same place?
2    **A  Yes.**
3    Q  Okay.
4    **A  Yeah.  I think this is probably -- this**
5  **is a draft, so I would have gone back and put in**
6  **the citation for that chart.**
7      **The chart is unusual because the data**
8  **comes from one paper and the graph comes from**
9  **another one.**
10   Q  And you have a number of citations you
11  can see in the last couple of pages of your memo,
12  it looks like 74 different citations?
13   **A  Mmm-hmm.**
14   Q  Obviously sort of trying to show where
15  you got this information from and the support for
16  that?
17   **A  Right.**
18   Q  What, by the way, Mr. Van Duren, tells
19  you that this is a draft of this document?
20   **A  Well, I mean, just the format.  It's not**
21  **in any sort of Arizant or 3M-brochure style.**
22   Q  Okay.
23   **A  This is a draft as I would have typed it.**
24   Q  Okay.  And presumably then the sort of
25  results of the memo that you put together would

**59 (Pages 230 to 233)**

CONFIDENTIAL

Page 234

1  be something that you would discuss with the
2  folks at Augustine or Arizant, and that's where
3  you were at the time, right?
4      A  Yes.
5      Q  So at the sort of bottom part of page 10,
6  if you can flip over to the next page, you've got
7  a paragraph that's titled "summary"; is that
8  fair?
9      A  Yes.
10     Q  And you, again, you say that "the
11 maintenance of normothermia during anesthesia and
12 surgery improves clinical outcomes."  But you
13 sort of note that only a fraction of surgical
14 patients receive perioperative warming, so before
15 surgery warming, right?
16     **A  Perioperative means that any time during**
17 **the surgical procedure, before, during or after.**
18     Q  And that's how you meant in that
19 particular --
20     **A  Mmm-hmm.**
21     Q  And it includes, for sure, intraoperative
22 as well?
23     A  Yes.
24     Q  Okay.  But only a fraction of surgical
25 patients are actually warmed at some point; is

Page 235

1  that fair?
2      **A  Right.**
3      Q  And this was in 2005, I think; is that
4  right?
5      **A  All right.  Yes.**
6      Q  About -- let's see, halfway down the
7  paragraph you say, "A commonly cited reason for
8  failing to provide warming is that it interferes
9  with the preoperative workflow once the patient
10 is actually in the operating room."  Do you see
11 that?
12     **A  Yes.**
13     Q  And it says, "One solution to this
14 problem is prewarm the patient prior to arrival
15 in the operating room"; is that right?
16     A  Yes.
17     Q  So basically make sure that they're warm
18 before they get to the operating room and then
19 there's not going to be any sort of interference
20 for the staff inside the OR; is that fair?
21     **A  Yeah, that's the theory.  Yes.**
22     Q  And you go on to say, "The goal of
23 prewarming is to raise the mean body temperature
24 to its maximum tolerable level as rapidly as
25 possible without provoking a compensatory,

Page 236

1  thermal, regulatory response."  That's sweating,
2  right?
3      A  Yes.
4      Q  And then you say that "current research
5  suggests that 30 minutes of prewarming with
6  existing convective warming blankets provides
7  protection against hypothermia for approximately
8  one hour in most cases"; is that right?
9      A  Yes.
10     Q  And what that means is that if you warm a
11 patient for 30 minutes, there's not going to be
12 hypothermia for at least the first hour; is that
13 fair?
14     **A  In selected patients.**
15     Q  Does it say "selected" in your summary
16 here?
17     A  Well, it says again --
18     Q  It says in most cases, to be fair?
19     **A  Most cases.**
20     Q  All right.  And then you say "the
21 barriers to prewarming are --" you note two --
22 "one, the additional time spent in the
23 preinduction area"; is that right?
24     A  Yes.
25     Q  And then "two, the autonomic responses

Page 237

1  that resist additional heat in the body"?
2      A  Yes.
3      Q  Some people just don't get warm as
4  easily?
5      **A  Well, the human body resists being made**
6  **warmer than its setpoint.**
7      Q  Needs to be?
8      **A  Yeah.**
9      Q  Okay.  And then you say at the conclusion
10 of the sort of summary paragraph:  "Future
11 research should focus on methods to minimize the
12 amount of time required to prewarm patients
13 requiring anesthesia by exploiting high intensity
14 focal warming on areas of the bodies that are
15 insensitive to the rate of temperature change."
16     And that's sort of a lot in that
17 sentence.  Is that sort of like warming up the
18 extremities that you were talking about?
19     **A  Well, it turns out the extremities are**
20 **extremely sensitive to the rate of temperature**
21 **change.  So that's kind of one thing that we**
22 **learned in the --**
23     Q  Study in 2006?
24     **A  -- the study that I was discussing, yeah,**
25 **after this.**

60 (Pages 234 to 237)

CONFIDENTIAL

Page 238

1    Q  I remember, you know, I was a
2  cross-country skier in high school and college
3  and they'd say if you got hot, take off your hat
4  or gloves and it would cool down your whole body
5  pretty quickly, right?
6    **A  That's probably true.  Yeah.**
7    Q  Is that what you saw in the study in
8  2006?
9    **A  We saw that the patients who got the**
10 **extremity directed warming developed thermal --**
11 **thermal comfort much more rapidly than the**
12 **patients who got central warming.**
13   Q  And did it ultimately impact their mean
14 core temperature?
15   **A  No, it didn't.**
16   Q  They just felt more comfortable?
17   **A  They felt more comfortable, but it didn't**
18 **have any effect on their mean core temperature.**
19   Q  Have you done any research on warming
20 patients that way after surgery?  For example,
21 warming their hands or warming their feet.  Does
22 that make a difference with shivering, for
23 example?
24   **A  No, I have not.**
25   Q  Okay.  And then so the next page you have

Page 239

1  prepared a chart and it is called:  "Table One,
2  Pros and Cons of Convective Prewarming."  Is this
3  a chart that you drafted?
4    **A  Yes.**
5    Q  And again, you tried to be detailed and
6  careful as you prepared this?
7    **A  Yes.**
8    Q  And the top it says, "The following table
9  lists several pros and cons related to the use of
10 convective prewarming," right?
11   **A  Mmm-hmm.**
12   Q  And "convective" means with forced-air
13 warming, for example?
14   **A  Yes.**
15   Q  All right.  So the pros on the left-hand
16 side, warming somebody with convective technology
17 before the surgery, prewarming, is inexpensive,
18 correct?
19   **A  Yes.**
20   Q  You also found that it's safe, right?
21   **A  Yes.**
22   Q  You found that it can be used when
23 intraoperative warming is contraindicated.  And
24 the two examples that you provide are aorta cross
25 clamp and orthopedic cases, right?

Page 240

1    **A  Yes.**
2    Q  You note next, "It permits unrestricted
3  intraoperative patient access"?
4    **A  Correct.**
5    Q  So easy for the team to access the part
6  of the patient that they need to get to during
7  the surgery; is that right?
8    **A  That's right.  Well, it doesn't prevent**
9  **intraoperative access.  So once you've prewarmed**
10 **the patient, you have intraoperative access to**
11 **the patient.**
12   Q  And that's because you don't need to warm
13 them intraoperatively, correct?
14   **A  Well, in some cases you don't.  But in**
15 **many cases you can prewarm patients and use heat,**
16 **preservation methods to prevent them from getting**
17 **cold again.**
18   Q  So sometimes healthcare providers decide
19 to both prewarm and warm intraoperatively; is
20 that right?
21   **A  Yes.**
22   Q  But the research in this memo also
23 suggests that prewarming alone for a half an hour
24 can be effective at eliminating hypothermia for
25 at least an hour in most cases; is that fair?

Page 241

1    **A  Yes.  Again, in some patients, and as**
2  **long as the prewarming occurs right up until the**
3  **point of induction.**
4    Q  All right.
5    **A  So there are restrictions.  It's not**
6  **unlimited.**
7    Q  Sure.  But if that happens, if the
8  prewarming has been done correctly, that would
9  permit unrestricted intraoperative patient
10 access, as you note as a pro in this column,
11 right?
12   **A  Yes.**
13   Q  Okay.  The next one you list is that:
14 "The use of convective or forced-air warming in
15 the prewarming setting does not contaminate the
16 sterile field"; is that fair?
17   **A  Yes.**
18   Q  Because it's not used in the operation
19 room, right?
20   **A  That's right.**
21   Q  Next, you say that "the use of forced-air
22 warming in the prewarming context does not
23 interfere with OR equipment," correct?
24   **A  Yes.  So at the time in 2005, whenever**
25 **this was --**

61 (Pages 238 to 241)

CONFIDENTIAL

Page 242

1    Q  Yeah.
2    A  -- or prior.
3    Q  2005.
4    A  The control circuitry in all forced-air
5    warming systems switched the electric heater in
6    the blower unit all as a complete load, one
7    complete load, usually about a thousand watts.
8    And when it did that, it caused the lights in the
9    operating room to flicker so surgeons hated that.
10   So if you don't use forced-air warming in the
11   operating room, you don't have that problem.  So
12   that's what it's referring to.
13   Q  Okay.  And the Bair Hugger, if it's a
14   thousand watts, it's a pretty powerful -- it
15   requires a large amount of energy inside the
16   operating room, right?
17   A  It does.  And it's not just Bair Hugger,
18   it's all of the forced-air warming devices.
19   Q  Sure.  Oh, and I didn't mean to make that
20   specific.  Because this chart is intended to be
21   summarizing the pros and cons of using convective
22   prewarming as compared to convective
23   intraoperative warming, fair?
24   A  Well, I'm not sure it's a comparison,
25   it's just the pros and cons of doing it.

Page 243

1    Q  Okay.  The next one on your pros list, it
2    has: "Convective prewarming through a forced-air
3    warmer is generally well tolerated and
4    comfortable"; is that right?
5    A  Yes.
6    Q  Patients sort of like it while they're
7    waiting to get ready for surgery?
8    A  They can generally tolerate it if it
9    doesn't last too long.
10   Q  By the way, were there other convective
11   prewarming products on the market besides the
12   Bair Paws at this time?
13   A  There were products that could be used to
14   convectively prewarm, yes.
15   Q  Do you remember which ones?
16   A  Well, any of the ones that had full-body
17   blankets.
18   Q  Okay.  And were they generally used, do
19   you know?
20   A  No.  Prewarming is really not something
21   that is widely practiced anywhere well, in the
22   world, frankly.  It wasn't then and it's not much
23   now.
24   Q  Is it fair to say that sometimes people
25   get set in their ways, the way they're trained to

Page 244

1    do things?
2    A  No, it's more because it interferes with
3    the work flow is in the operating room.  So any
4    -- any disruption of getting patients into an
5    operating room is something that is to be avoided
6    at all costs.
7        An operating room in the United States
8    costs about a dollar a second.  The PACU cost
9    about a dollar a minute.  Preoperative is even
10   less than that, I don't recall what it is.  But
11   if you can spend the money in the preoperative
12   area and in the post-op -- the PACU, it's better
13   than doing it in the operating room.  But the
14   problem is that prewarming patients in the
15   pre-operative area completely halts their entry
16   into an operating room.  And so the operating
17   room is sitting there with no patient sitting in
18   it, so that's very, very expensive.  So -- and so
19   that's one major reason why it's not widely
20   practiced.
21   Q  Okay, but one of the issues there are
22   proper scheduling of the operating room, right?
23   A  Which is a virtual impossibility.  And
24   people have spent entire careers working on
25   schemes to schedule operating rooms.  I mean,

Page 245

1    there's a whole academic literature on operating
2    room scheduling and queue theory, and all kinds
3    of points on distributions.  It's very
4    complicated stuff, believe it or not.  And nobody
5    has really figured out a very good way to handle
6    it.  Because the first time there's a delay in an
7    operating room, it throws all the scheduling off.
8        And so yeah, I mean, people understand
9    the consequences, but trying to schedule it
10   appropriately is very, very difficult.
11   Q  And yet, despite the difficulty, it's
12   something that the people that research those
13   sorts of issues, they continue to do the research
14   and make suggestions about how they might do it
15   better; is that fair?
16   A  They do.
17   Q  All right.  The next point that you make
18   in your pros and cons chart is that "preoperative
19   warming with convective therapy is effective
20   during at least the first post-induction hours";
21   is that right?
22   A  Yes.
23   Q  And that's what we just talked about.
24   The end of your summary was if you prewarm
25   somebody effectively for 30 minutes, it's going

62 (Pages 242 to 245)

CONFIDENTIAL

Page 246

1  to prevent intraoperative hypothermia, sort of
2  post-induction for the first hour; is that right?
3  **A  It can in selected patients as long as**
4  **the prewarming occurs right up to the point of**
5  **induction.**
6  Q  Well, it may be selected cases, but the
7  way you summarized it on the previous page was
8  "most cases"; is that fair?
9  **A  It's fair; but again, this is a draft.**
10  Q  Sure.  The next pro that you list is that
11  it "Reduces the incidents of surgical site
12  infection to use convective prewarming therapy."
13  Do you see that?
14  **A  Yes.**
15  Q  And that's accurate or was at least when
16  you wrote it?
17  **A  It was based on the idea that**
18  **intraoperative normothermia reduces the risk of**
19  **surgical site infection in many kinds of**
20  **surgeries.**
21  Q  So this particular pro is based
22  essentially on Sessler and Kurz's work?
23  **A  And others that looked at surgical site**
24  **infections during normothermic surgeries, yes.**
25  Q  All right.  So anyways, this particular

Page 247

1  pro is related to -- at least the theory, and we
2  can debate it, but I won't right now, about
3  normothermia providing a benefit of avoiding
4  surgical site infection; is that right?
5  **A  Yes.**
6  Q  So then we move on from there to the next
7  pro.  You also note that it "reduces the
8  potential for nosocomial transition of pathogens
9  by eliminating the need of intraoperative
10  warming."  That's what happens if you use
11  forced-air warming in a prewarming setting,
12  right?
13  **A  It's what many of our customers had been**
14  **complaining about, yes.**
15  Q  And that's sort of some of what we've
16  been talking about today and the other times that
17  we've done your deposition?
18  **A  Absolutely.**
19  **(Reporter interruption.)**
20  Q  And then, of course, Mr. Van Duren, you
21  know, this is a topic that we've talked about
22  from time to time, both with you and with other
23  witnesses for 3M, but the notion of this pro is
24  that by not having intraoperative warming with a
25  forced-air warming unit, that there is less of a

Page 248

1  chance that pathogens are going to get into that
2  surgical site during an operation, right?
3  **A  Well, again, this was -- this was put in**
4  **there for customers who had that perception that**
5  **that's -- that was a problem.  So this is a way**
6  **that they could get around that.**
7  Q  Right.  This particular pro sort of
8  eliminates concerns that people may have, fair?
9  **A  By the customers, yes.**
10  Q  All right.  And certainly that's
11  something that you had heard about from time to
12  time throughout the course of the time that
13  you've worked both for Augustine, Arizant and 3M,
14  fair?
15  **A  Especially by 2005, yes.**
16  Q  Right.  The next pro that you list is
17  that:  "Preoperative warming blanket may be used
18  in surgery and the PACU."
19  So that means that forced-air
20  warming, convective prewarming blanket, they can
21  take it right into the operating room with them,
22  right?
23  **A  That's right.**
24  Q  And perhaps that means that it may
25  shorten the time that the surgical team needs to

Page 249

1  drape and otherwise get the patient ready for
2  surgery; is that right?
3  **A  Well, more importantly it just reduces**
4  **the cost associated with intraoperative warming**
5  **and post-operative warming.  You don't have to**
6  **use three different devices, you can use one**
7  **device.**
8  Q  All right.  Sort of brings the cost down
9  and eliminates extra disposables; is that right?
10  **A  Yes.**
11  Q  Okay.  And then the last pro that you
12  have on this chart is:  "Insensate patients can
13  control degree of heating."
14  Basically because they're still awake
15  when they're prewarmed, they can say if they want
16  more or less warmth"; is that right?
17  **A  It's true.  It turns out that's not**
18  **correct though.**
19  Q  Really?
20  **A  Yes.  It turns out that -- yeah, when I**
21  **put that there, that's what I believed.  But it**
22  **turns out that patients, in fact, all human**
23  **beings, when they can they adjust their external**
24  **temperature environment so they're thermal**
25  **neutral.  That they don't -- that they don't**

**63 (Pages 246 to 249)**

CONFIDENTIAL

---

Page 250

1    absorb any excess heat.
2         And so while, you know, this was
3    something that Dr. Augustine thought was great
4    with the Bair Paws that you could control the
5    temperature of the prewarming, but it turns out
6    that it doesn't work because the minute that you
7    let someone control the temperature to which
8    they're exposed, they turn it down so that they
9    don't absorb any heat.
10   Q   They don't want to be hot?
11   A   They don't want to, yeah.
12   Q   Okay.
13   A   So that is incorrect.
14   Q   All right.  And you didn't say that is
15   incorrect for any of the other pros that we went
16   through on this list?
17   A   Well, the -- I mean, they're not -- it's
18   not that they're incorrect.  But I mean, for
19   example, "it does not contaminate the sterile
20   field" was put there to appeal to the customers
21   who have been complaining about the fact that
22   they were worried at this point, because I think
23   Dr. Augustine had already started his "Blowing
24   Air is Risky" campaign by 2005, I'm pretty sure.
25   And you know, we had people call us and

---

Page 251

1    complaining about, you know, what do we do?
2    Q   Well, certainly you were told, even when
3    you started in 1994, that there were already
4    concerns by various clinicians about the
5    potential risk of airborne contamination causing
6    wound infections, right?
7    A   It was a very, a very small number of
8    complaints -- or not even complaints, but
9    questions at the time; but in 2005, it was quite
10   a bit more.
11   Q   But to the extent that it may have been
12   characterized, perhaps, in this litigation or in
13   some other place that there was a newfound
14   concern once Dr. Augustine left the company, that
15   would be incorrect, fair?
16   A   I'm sorry, I misunderstood.  Can you say
17   that again?
18   Q   Sure.  So when you started at the company
19   in 1994, you were already told that there were
20   customers calling in with either questions or
21   complaints about the potential risk of wound
22   infection coming from airborne contamination
23   associated with the Bair Hugger?
24       MR. GORDON:  Object to the form of the
25   question, compound.

---

Page 252

1    A   So there was some questions about it,
2    yes, in 1994.
3    Q   And that was -- those questions were made
4    clear to you when you started at the company in
5    1994, fair?
6    A   Well, soon after.
7    Q   Okay.  And that those questions were,
8    that clinicians had concerns about particulates
9    as causes of wound infection, right?
10   A   Yes.
11   Q   And they were deemed to be significant
12   enough that as a result of those conversations,
13   you, Mr. Van Duren, submitted invention
14   disclosures for dual-heating devices in December
15   of '94 and in May of 2002, that specifically
16   addressed the advantage of using RF heating as an
17   air-free alternative to warming patients in a
18   sterile environment.  Do you remember that?
19   A   Yes.
20   Q   The disclosures were then resubmitted in
21   the 3M patent system in 2011, fair?
22   A   I guess.  Not by me, but it sounds right.
23   Q   Somebody submitted them anyways?
24   A   Yes.
25   Q   And that would be consistent with your --

---

Page 253

1    sort of your recollection, right?
2    A   Yes.
3    Q   And you were emailing Mr. Hansen about
4    that in 2012.  Is that generally consistent with
5    your recollection?
6    A   Yes.
7    Q   So to the extent that you were including
8    in the list of pros of convective prewarming,
9    this sort of potential -- that it reduces the
10   potential for nosocomial transmission of
11   pathogens by eliminating the need of
12   intraoperative warming, to the extent that that
13   was done to appease ongoing complaints that you
14   and the company had received, those weren't brand
15   new complaints based on Augustine, those --
16   perhaps they grew, but it was the same complaint
17   that you had been advised about starting even in
18   1994; is that fair?
19       MR. GORDON:  Object to the form of the
20   question.
21   A   Again, it was a concern by some
22   customers, and by 2005 was probably more than
23   just a concern.  I mean, there was -- it was a
24   campaign on at that time to draw attention to it
25   by Dr. Augustine.  So...

---

64 (Pages 250 to 253)

CONFIDENTIAL

Page 254

1   Q   Which campaign are you referring to?
2   A   I think it was called the "Blowing Air is
3   Risky" campaign.
4   Q   Do you know or recall as you sit here
5   when that started?
6   A   I -- well, let's see, he left in 2003, so
7   maybe around 2000 -- maybe 2007, somewhere around
8   there.  So this is -- this precedes that, but
9   again, there were, you know, there were
10   questions, concerns.
11   Q   And is it fair to say that that was sort
12   of an ongoing question -- questions and concerns
13   you received on an ongoing basis from when you
14   started in '94, at least through the time of this
15   memo in 2005?
16   A   Ongoing?  Yes.
17   Q   You list a couple of cons on the right
18   side of your chart, the table one.  It says that
19   "convective prewarming" -- obviously with a Bair
20   Paws-type device -- "interferes with current
21   workflow practices"?
22   A   Yes.
23   Q   Does that sort of have to do with the OR
24   scheduling issue that we were just talking about?
25   A   Yes.

Page 255

1   Q   You also said a con is that "the current
2   therapy adds at least 30 minutes of pre-surgical
3   time."  Is that because it takes 30 minutes to
4   prewarm a patient?
5   A   It did then, yes.
6   Q   Does it take less time now?
7   A   No.  To do properly, it still takes about
8   30 minutes.
9   Q   Is there some research out there that
10   says that prewarming for as little as ten minutes
11   is also effective?
12   A   Yes.
13   Q   Okay.  An additional con that you have on
14   your chart is that "convective prewarming
15   interferes with the preoperative access to the
16   patient."
17   A   Yes.  If you prewarm with a full-body
18   blanket, for example, you may have a difficult
19   time placing ECG electrodes or IVs, across, that
20   type of thing.  Those are generally things that
21   are done preoperatively.
22   Q   All right.  And I assume that the nursing
23   and other medical care team manage to sort of
24   navigate their way around that to some extent?
25   A   They try.

Page 256

1   Q   Okay.  Another con it says that
2   "prewarming with convective therapy adds minor
3   costs to short-duration surgery."  Do you see
4   that?
5   A   Yes.
6   Q   Does that mean because it's adding
7   essentially another disposable?
8   A   Yes, that's right.  There was -- there
9   was a view then and still exists that
10   short-duration surgeries don't need any sort of
11   temperature maintenance, which is not true, but
12   adding any additional costs in particular to an
13   outpatient surgical procedure is something to be
14   avoided.
15   Q   All right.  Is it fair to say that the
16   costs associated with these short-duration
17   surgeries, blankets are less than $20.00 a piece;
18   is that about right?
19   A   They're less than $5.00 a piece.
20   Q   All right.  So that's the minor cost that
21   you're talking about?
22   A   Yes.
23   Q   And then the last con of convective
24   prewarming therapy is that "it is ineffective
25   that the patient begins to sweat"; is that right?

Page 257

1   A   Yes.
2   Q   And so when you say "short-duration
3   surgery," by the way, is that less than an hour,
4   less than two, less than three?
5   A   Well, back in 2005, that was considered a
6   surgery that was less than an hour.
7   Q   Okay.  Has the definition changed?
8   A   A lot of surgeries nowadays can be around
9   a half an hour of anesthesia time.
10   Q   So it can be even shorter?
11   A   It could be very short.  And that's a
12   goal.
13   Q   Right.  And by the way, I apologize, I
14   sometimes talk too fast and sometimes I think I
15   know where you're going, and I'm so happy to be
16   back to depositions in person, I'll do my best to
17   not run you over with my questions.
18   And so this is a memo that you drafted,
19   and do you recall who you discussed this memo
20   with in 2005?
21   A   Probably Gary Hansen, my boss.
22   Q   Anyone else that you can remember
23   discussing it with?
24   A   I don't remember discussing it with
25   anyone else at the time, but Gary Hansen would

65 (Pages 254 to 257)

CONFIDENTIAL

Page 258

1  have been a person that I discussed it with.
2      Q  So you would have discussed it with Gary
3  Hansen in 2005.  Have you discussed it with
4  anybody else since?
5      A  I think it was -- I think it was largely
6  used in another paper, but I don't remember what
7  the -- I don't remember -- it may have been an
8  invention disclosure.
9      Q  Okay.
10      A  I don't recall, but I don't think I
11  discussed it with anybody else.
12      Q  All right.  I assume you discussed it
13  with the lawyers at some point, but I'm not
14  asking about that.
15          Generally when you did a memo like this,
16  is this something that would get sort of filed
17  away in your office or circulated someplace that
18  people could find it?
19      A  Both.
20      Q  Where would somebody access that
21  particular memo?
22      A  Well, this is in my library.
23      Q  Yep.
24      A  My library is all online.  So all of the
25  scientific affairs managers, clinical support

Page 259

1  specialists, they all have access to my library.
2  And medical writers, they all have access to my
3  library.
4      Q  And was that true in 2005 as well?
5      A  No, not then, but now they all have
6  access to it.
7      Q  Who would have had access to this in
8  2005?
9      A  Probably no one.  Not electronically
10  anyway.
11      Q  Okay.  Would there be -- I mean, you said
12  that you discussed it with Gary Hansen at the
13  time.  Would there have been somebody else that
14  sort of you routinely checked in with in terms of
15  these white papers that you were drafting?
16      A  No.  Gary Hansen was my boss, so I
17  discussed it with him.
18      Q  And obviously, I guess -- I would guess
19  that it's something that took a fair bit of time
20  and attention on your part.  74 citations, that's
21  a pretty thorough piece of research?
22      A  Yeah, I'm sure it took a few days.
23      Q  That was your goal anyways?
24      A  Yep.
25

Page 260

1      (Whereupon, Exhibit 9 was marked for
2  identification.)
3  BY MS. ZIMMERMAN:
4      Q  I've handed you what's been marked as
5  Exhibit 9.  Do you recognize that, Mr. Van Duren?
6      A  Yeah, I recognize the format.  Let me
7  just take a quick peak at what this is.
8      Q  Sure thing.
9          MR. GORDON:  I assume the highlighting
10  was yours?
11          MS. ZIMMERMAN:  Mine and I'm happy to --
12          MR. GORDON:  No, I just was --
13          MS. ZIMMERMAN:  Yep, and not
14  inadvertently given to you.
15  BY MS. ZIMMERMAN:
16      Q  Does the front page of Exhibit 9 say that
17  this is a protocol?  It looks like the protocol
18  revision date is September 6 of 2007, and the
19  author is you, Mr. Van Duren?
20      A  Yes.
21      Q  And it looks like the title, there's an
22  Arizant sort of logo at the top, and the title of
23  the protocol is:  "The effect of prewarming by a
24  Bair Paws gown on redistribution hypothermia in
25  patients undergoing total joint replacement or

Page 261

1  colorectal surgery"; is that right?
2      A  Yes.
3      Q  And it looks like you were potentially
4  working with an investigator at Forest Hills
5  Hospital in New York; is that right?
6      A  Yes.
7      Q  And again, this was about prewarming in
8  both total joint replacement and in colorectal
9  surgery; is that right?
10      A  Yeah, that's what the title says.  Yes.
11      Q  All right.  Now, this document is a
12  little bit longer than the one that we just went
13  through.  This one is 19 pages instead of 14.
14  But it's got a cover page on it, and sort of as
15  you flip through it, does much of it look sort of
16  familiar to you?
17      A  Well, this is largely a derive from that
18  original document, yes.
19      Q  So probably Exhibit Number 8 is sort of
20  the predecessor to Exhibit Number 9?
21      A  Yes.
22      Q  So -- or one of the predecessors, there
23  may have been more than one; is that fair?
24      A  Yes.
25      Q  And again, you're talking about

66 (Pages 258 to 261)

CONFIDENTIAL

Page 262

1  prewarming of patients, both in colorectal and
2  total joint replacement surgery, right?
3      A  Yes.
4      Q  Turning to page 3 of 19, sort of in the
5  middle, and I highlighted it sort of hoping that
6  you can see where I'm going to.  It says, "When
7  performed correctly, prewarming alone is capable
8  of preventing significant surgical hypothermia
9  for up to three hours in suitable individuals."
10  Do you see that?
11      A  I do.
12      Q  And that is, again, part of the protocol
13  that you drafted?
14      A  Yes, it is.
15      Q  Turning to the next page, 4 of 19, again
16  you sort of have a graph here, showing the growth
17  of outpatient procedures in hospitals.  Does this
18  also come from Sessler, if you recall?
19      A  I don't know.  I don't know where that
20  graph derived.  I'm not really -- I don't think
21  it came from Sessler.  It actually looks like
22  something that I put together.
23      Q  Okay.
24      A  I may have gotten this -- I suspect I got
25  this data from the CDC.  The CDC maintains a

Page 263

1  database with this sort of data, so I probably
2  got it from there.
3      Q  And again, this is documenting that there
4  is, at least a point, a demonstration of an
5  increased number of both total surgeries, but
6  also especially outpatient procedures between
7  1981 and 2004 on this chart, right?
8      A  And a decrease of inpatient, yes.
9      Q  And incidentally, Mr. Van Duren, I sort
10  of asked you before that hospitals try to get
11  patients out just as quickly as they can, if
12  that's possible, right?  As quickly as they
13  safely can?
14      A  Yes.
15      Q  And you also said that surgeons also try
16  to conclude surgeries as quickly as they safely
17  can, correct?
18      A  Right, because the complication rates are
19  much lower the faster they can get patients in
20  and out of the operating room.
21      Q  All right.  And would you agree that one
22  of the complications that surgeons are trying to
23  avoid by having a shorter duration surgery is
24  potential nosocomial acquisition of bacteria
25  resulting in infection?

Page 264

1      A  Yes.
2      Q  The shorter amount of time that
3  somebody's wound is open, the better for the
4  patient, fair?
5      A  Well, everything else being equal.  I
6  mean, you can be fast and so sloppy and still
7  have problems.
8      Q  Yeah.
9      A  But in general, the -- in general, faster
10  surgeons have fewer complication rates.
11      Q  All right.  And one of the complication
12  rates that we're talking about is potential
13  infection, fair?
14      A  Yes.
15      Q  And that's another reason that hospitals
16  and the healthcare providers within the hospitals
17  like to get the patients out of the hospital
18  quickly, right?
19      A  Right.  They're less exposed to other
20  people who have infectious diseases.
21      Q  All right.  Now, you go on through part
22  of this memo again talking about sort of how
23  anesthesia works and how patients absorb heat.
24  We have the same chart on page 8 of 19 that talks
25  about the three phases of anesthetic-induced

Page 265

1  hyperthermia?
2      A  Um-hmm.
3      Q  Is that again from Dr. Sessler's work?
4      A  Yes.
5      Q  Okay.  Moving on then to page 9 of 19,
6  you start to talk about prewarming in the middle
7  of the page; is that right?
8      A  Yes.
9      Q  And then you have some charts here.
10  Figure 3 and figure 4 talk about "core
11  temperature decrease during preinduction warming
12  with several types of warming units."  So this is
13  new to this memo, at least as compared to Exhibit
14  8; is that fair?
15      A  No, it's in that one.
16      Q  I think we might be looking at different
17  charts.
18      A  You said --
19      Q  On 9 of 19?
20      A  -- page 9 of 19.
21      Q  Okay.  Yeah, I guess we are looking at
22  the same one, and that's in the 2005 memo as
23  well?
24      A  Yep, that was included.
25      Q  And it includes comparisons, it says,

CONFIDENTIAL

Page 266

1  "Bair on the low, medium and high"; is that
2  right?
3      A  Yeah, the point of this graph or this
4  chart is that the higher the heat transfer rate
5  from an external warming system, the lower the
6  core temperature becomes.  That's a compensatory
7  change and it can be used to detect how
8  efficacious a prewarming system is.
9      Q  All right.  And when you're measuring
10  this, on figure 3, this is talking about, again,
11  prewarming, right?  And it shows -- is this a
12  surgery that lasts up to about 35 minutes or is
13  that how long the prewarming takes place?
14      A  I believe, again, this is an older study
15  in 1990.  I think this was done in volunteers --
16      Q  Okay.
17      A  -- who were anesthestized.  Or maybe they
18  not anesthetized -- no, they weren't
19  anesthestized.  This is done in volunteers and
20  they measured core temperature while they
21  prewarmed them.
22      Q  And the four ways -- pardon me, the six
23  ways that they're being warmed on the chart, they
24  show three of them are Bair, I assume it's a Bair
25  Hugger if it's 1990?

Page 267

1      A  Yeah.
2      Q  And they're tracking both low, medium and
3  high settings there, right?
4      A  Yes.
5      Q  And then there's infrared lamps, that's
6  one of the ways that you can prewarm a patient?
7      A  Yeah.
8      Q  At least in 1990?
9      A  Well, that was one that was tested.  Yes.
10      Q  Okay.  And then there's something they
11  call "thermal sealing"; is that right?
12      A  Yes.
13      Q  And they list water blanket as well,
14  right?  Fair?
15      A  Yes.
16      Q  And none of them listed here are just
17  warm cotton blankets.  Do you know why?
18      A  Because those are not generally
19  considered active warming.  All of these are
20  active.  These actively transfer heat.
21          Warm cotton blankets, they begin warm but
22  they cool off very fast and they don't transfer a
23  lot of heat.  These are continuously transferring
24  heat.
25      Q  So you would say that warmed cotton

Page 268

1  blankets are passive-conductive warming blankets?
2      A  Yes.
3      Q  Okay.  Moving on to figure 4, you talk
4  about, again sort of, a graph, I guess.  Again,
5  this is from Sessler?
6      A  Yes.
7      Q  The comparison of core temperatures in
8  both pre and unwarmed volunteers before and
9  during general anesthesia.  So this is -- they're
10  being anesthestized but they don't have an actual
11  surgery; is that right?
12      A  Yeah, but they were anesthestized.
13      Q  Okay.  And if they are prewarmed, it
14  looks like at least for the first 60 minutes they
15  stay above 36 degrees celsius in their core
16  temperature; is that right?
17      A  Yes, this group of subjects did.  And
18  again, these are --
19      Q  Nonsurgical patients?
20      A  Not only that, but they're medical school
21  students so they're fit, young men.
22      Q  Okay.  That's sort of similar with the
23  Zink study.  Those were volunteers, not actual
24  surgical patients?
25      A  Correct.

Page 269

1      Q  And that's a distinction that you think
2  merits some remarks?
3      A  Well, only that when I'm talking about
4  prewarming selected patients that these don't
5  really represent typical surgical patients in the
6  real world.
7      Q  Okay.
8      A  But the physiology is correct.
9      Q  And you draw some conclusions based on
10  sort of what test was done even on these,
11  perhaps, better than average patients about how
12  and whether this particular therapy can be
13  delivered to patients more broadly, correct?
14      A  Yes.  Well, the point of this graph
15  really is that in the patients who were warmed
16  preinduction, the core temperature decreases
17  during the warming, which is -- which is not what
18  most people think happen.  Most people think that
19  core temperature goes up when patients are warm,
20  but it's not true.  Their core temperature goes
21  down.  The fastest way to decrease core
22  temperature is to cool people.
23      Q  Right.  Moving to page 12 of 19 of
24  your -- what is this called, a protocol?
25          MR. GORDON:  I'm sorry, what page?

68 (Pages 266 to 269)

CONFIDENTIAL

Page 270

1        MS. ZIMMERMAN:  The bottom says 12 of 19.
2   BY MS. ZIMMERMAN:
3        Q  Again, this is a summary, and then you
4   include, again, the chart that you drafted, which
5   is listed as table one.  Do you see that?
6        A  Mmm-hmm.
7        Q  So again, the summary in sort of the
8   middle it says -- let's see, "Most of the
9   hypothermia observed within the first hour
10  following induction of anesthesia is a result of
11  primary adiabatic redistribution of heat within
12  the body and is not amenable to any form of
13  externally applied heat.  The improvement of
14  surgical instruments and technique has led to a
15  steady decline in operative time that has
16  rendered intraoperative warming during the first
17  hour after anesthetic induction a relatively
18  ineffective therapy"; is that right?
19       A  Yes.
20       Q  And that sentence goes on, it says,
21  "Since redistribution tends to increase the
22  peripheral cutaneous temperature and reduce the
23  temperature difference between the skin and the
24  warming surface."  Did I read that correctly?
25       A  That's correct.

Page 271

1        Q  And so as you were preparing -- I keep
2   wanting to call it a protocol.  It is a protocol.
3        A  It is a protocol.
4        Q  Good.  You would agree and wrote down
5   here that essentially intraoperative warming
6   during the first hour is largely ineffective,
7   fair?
8        MR. GORDON:  Object to the form of the
9   question.
10       A  I'm --
11       MR. GORDON:  It misstates -- you didn't
12  read it correctly, Genevieve.
13       MS. ZIMMERMAN:  I read the middle part of
14  it.
15       So let me start again so I can clear my
16  foundation objection.
17       MR. GORDON:  You actually changed a word.
18       MS. ZIMMERMAN:  Okay.  I don't want to
19  trick your witness and I would like to have a
20  clear record.
21       MR. GORDON:  I know, that's why I'm
22  saying this.
23   BY MS. ZIMMERMAN:
24       Q  In your protocol it says, "The steady
25  decline in operative time that has rendered

Page 272

1   intraoperative warming during the first hour
2   after anesthetic induction a relatively
3   ineffective therapy," right?
4        A  Well, I mean, that's not the way the
5   sentence reads.
6        Q  The sentence -- there's some sort of
7   before and there's some sort of after.
8        A  Yeah, okay.  I just want to make sure.
9        Q  Fair enough.
10       A  Okay.  Yes.  What you read is correct.
11       Q  And those are your words, right?
12       A  Yes.
13       Q  And you go on and say, "One solution to
14  the problem is to prewarm a patient prior to
15  arrival in the operating room."  Do you see that
16  sentence?  I highlighted the first part of it so
17  hopefully you could find it quicker.
18       A  Yep.
19       Q  And then, again, you prepare and include
20  the chart or the table that lists "advantages and
21  disadvantages related to the use of convective
22  prewarming," fair?
23       A  Yes.
24       Q  And why don't you compare table one in
25  Exhibit Number 9 with table one in Exhibit Number

Page 273

1   8?  They seem to be identical.
2        A  The advantages seem to be identical.
3        Q  All right.
4        A  And the word "con" was changed to
5   "disadvantages."
6        Q  Okay.  Yeah, advantages and disadvantages
7   used to be pros and cons; is that right?
8        A  Yes.
9        Q  All right.
10       A  Okay.  Yeah, the internal part of the
11  tables are the same.
12       Q  And just to be clear, Mr. Van Duren, pros
13  and cons, advantages and disadvantages, this is
14  all part of a system you might call risk-benefit
15  analysis, fair?
16       A  Well, no, not really.  Risk-benefit or
17  benefit-risk analysis is an analysis that --
18  well, in the best of cases can provide a number
19  that indicates, you know, a level of benefit that
20  exceeds risk.  This is more the sorts of things
21  that customers might experience when using the
22  device.
23       Q  So in an ideal risk-benefit analysis we'd
24  have numbers so we can sort of quantify?
25       A  That would be the ideal setting, yes.

69 (Pages 270 to 273)

CONFIDENTIAL

Page 274

1    Q  All right.  And sometimes we have to
2  operate in less than ideal settings; is that
3  fair?
4    A  Yes.
5    Q  That's certainly been your experience
6  throughout your tenure working on forced-air
7  warming; is that right?
8    **A  Well, up until recently most benefit-risk**
9  **analyses were done on a narrative approach, not a**
10  **numerical one.**
11    Q  All right.  And so as you were preparing
12  this protocol for Forest Hill Hospital as part of
13  your work with Arizant, again, you listed the
14  advantages and disadvantages of using convective
15  prewarming therapy such as the Bair Paws, fair?
16    A  Yes.
17    Q  And that's identical to the memo, or this
18  chart anyways is identical to the memo that you
19  prepared in 2005, right?
20    A  Yes.
21    Q  And so at no point during 2005 and 2007
22  had you, at least eliminated in your mind in
23  terms of a potential advantage, the idea that
24  prewarming convective therapy reduces the
25  potential for nosocomial transmission of

Page 276

1  question.
2    **A  Well, I think if you go back and look at**
3  **our complaint logs, you'll probably find logs of**
4  **customers who called in with questions like that,**
5  **and I'm certain that I answered questions like**
6  **that at the time.**
7    Q  Absolutely.  And you had been doing so
8  for decades; is that fair?
9    A  Well --
10    Q  By 2007?
11    **A  Yes, a little more than a decade.**
12    Q  And then sort of the new portion of this
13  protocol includes pages -- starting at page 13 of
14  19, you've got "risks and benefits of the
15  potential therapy."  Do you see that?
16    **A  Mmm-hmm.**
17    Q  You talk about the dosage, the compliant
18  statement, the study population.  You're
19  designing a protocol; is that fair?
20    A  Yes.
21    Q  And you sent this out for the hospital in
22  New York to consider; is that fair?
23    **A  Well, I may have.  I don't recall doing**
24  **it, but it's certainly very likely.**
25

Page 275

1  pathogens by eliminating the need for
2  intraoperative warming, fair?
3    **A  I'm sorry, that I hadn't eliminated that**
4  **item?**
5    Q  Correct, sir.
6    **A  I had not eliminated it.**
7    Q  All right.  That would continue be to a
8  question that you would get from time to time
9  from various orthopedic surgeons and other
10  healthcare professionals in the field, true?
11    **A  Well, I don't know if that's true, but**
12  **the document resided in my library until I worked**
13  **on this protocol.**
14    Q  All right.  And in any event, there had
15  been no sort of testing or other sort of work
16  that you had done internally at 3M that would
17  eliminate that as a potential concern; is that
18  fair?
19    **A  By -- no, not by 2007.**
20    Q  And you were, or 3M, I should say Arizant
21  at the time, was at that time contacted
22  periodically, regularly, with questions about the
23  potential nosocomial transmission of pathogens by
24  forced-air warming intraoperatively, fair?
25    MR. GORDON:  Object to the form of the

Page 277

1    (Whereupon, Exhibit No. 10 was marked for
2        identification.)
3  BY MS. ZIMMERMAN:
4    Q  I'm showing you what's been marked as
5  Exhibit 10.  Do you recognize that?
6    A  Yes.
7    Q  And it's an email from you to a Miss
8  Cindy Quint dated November 1st of 2007; is that
9  right?
10    A  Yes.
11    Q  And it says that "the attachment is the
12  Bair Paws prewarming trial protocol draft B"; is
13  that right?
14    A  Yes.
15    Q  And in your email you say, it says, "Hi,
16  Cindy.  Here is a draft protocol that I'm
17  shopping around.  Let me know if this interests
18  you.  Thanks, Al."
19        So you provided this outside of 3M; is
20  that fair?
21    **A  Well, in 2007, it would have been**
22  **Arizant, right?**
23    Q  Yes.  I appreciate the clarification.
24        Fair to say, Mr. Van Duren, that there's
25  nothing trade-secreted in this document?

70 (Pages 274 to 277)

CONFIDENTIAL

Page 278

1    **A  I'm sure this was reviewed by a number of**
2    **people before I sent that out, yes.**
3        Q  Sure.  And so there's no trade secret
4    inside of the document at Exhibit 9; is that
5    fair?
6        **A  Not that I've seen.**
7        Q  All right.  Who is Cindy Quint, by the
8    way?
9        **A  Well, let's see, so she's apparently an**
10   **employee at the hospital in U of M, I don't know.**
11       Q  When you say "U of M"?
12       **A  I'm just looking at her email address,**
13   **UofMHospital.org.**
14       Q  And I hate to guess at this sort of
15   thing, but on the bottom of the second page of
16   Exhibit 10, it looks like it says, "forwarded by
17   Cindy Quint," and then it says "/Underwood
18   Memorial Hospital."  Do you see that?
19       **A  Oh, yes, I see that.**
20       Q  Does that sort of ring a bell?  Maybe
21   that's the "UM," Underwood Memorial?
22       **A  Yeah, probably that's it.  Yeah, honestly**
23   **I don't remember this.**
24       Q  It was a minute ago.
25       **A  But it is something that I clearly sent.**

Page 280

1        We talked about the sort of testing that
2    you did in 2006, and that had to do with sort of
3    the effect of Bair Paws and sort of
4    extremity-directing warming.  What other safety
5    evaluation was done with respect to the Bair
6    Paws?
7        MR. GORDON:  Object to the extent that
8    this it is beyond the scope of 30(b)(6).
9        **A  Well, again, this is a medical product**
10   **that has a rigid risk management process applied**
11   **to it before it's released and before the FDA**
12   **clears it.**
13       **So again, I don't know precisely what is**
14   **included in the risk management process, but it's**
15   **a systematic approach to identifying and reducing**
16   **all of the risks that are identified in the**
17   **product.  All I know at this point is that when I**
18   **say "fully released," that means that the FDA has**
19   **--**
20       Q  Cleared it.
21       **A  -- cleared the device.**
22       Q  So it's cleared for marketing.  And
23   that's not a decision about safety, fair?
24       MR. GORDON:  Objection, calls for a legal
25   conclusion.

Page 279

1        Q  It was a minute ago.
2        And I'll represent to you -- I believe
3    they were produced sequentially, but I believe
4    that it is Exhibit 9 was attached to Exhibit 10.
5        So anyways, you were shopping this
6    protocol around.  Do you know if you sent it to
7    anyone besides Ms. Quint?
8        **A  I don't know.**
9        Q  It's not fair that lawyers come back and
10   ask you questions from so long ago, I know.
11       **A  But I mean, I really, honestly don't**
12   **recall.  I didn't recall this document until you**
13   **showed it to me.**
14       Q  Absolutely, makes total sense.
15       Turning to page 14 of 19, back on Exhibit
16   19 -- 9.  Letter H says "assessment of safety."
17   I highlighted it in yellow hoping to make it sort
18   of easier to find.
19       **A  I'm sorry, what page again?**
20       Q  14 of 19, I'm sorry, sir.  Do you see
21   that highlighted part?
22       **A  Yes.**
23       Q  It says that "Bair Paws warming system is
24   a fully-released medical product that has
25   undergone important safety evaluation."

Page 281

1        Q  If you know.
2        **A  So the FDA looks at safety and efficacy**
3    **of product before they clear them.  But in this**
4    **case, it's a 510k, so this would have largely**
5    **been cleared on the basis of it being**
6    **substantially equivalent to a predicate device.**
7        Q  Right.  And that's what the 510k process
8    sort of evaluates, right?
9        **A  Yes, but it does look at safety and**
10   **efficacy.**
11       Q  And so to the extent that Mr. Gordon
12   objected that this is beyond sort of the scope of
13   the 30(b)6, topic number nine does say:
14   "Defendants' internal tests conducted to
15   determine the benefit/efficacy of preoperative
16   warming."
17       So to the extent that letter H on Exhibit
18   9 is talking about the extensive safety
19   evaluation, I'm asking you, what has the
20   Defendant, Arizant or Augustine, done to ensure
21   that it's done an extensive safety evaluation?
22   Is it limited to the tests that we talked about
23   before that you did in 2006?
24       **A  Oh, no, this is completely unrelated to**
25   **that.  This would be part of a product**

STIREWALT & ASSOCIATES
MINNEAPOLIS, MN  1-800-553-1953  info@stirewalt.com

CONFIDENTIAL

Page 282

1  development process. So there would be a very
2  systematic approach to identifying risks,
3  mitigating them to the lowest possible level that
4  can be done.
5       And I mean, we have extensive paperwork
6  on risk mitigation for all of our products, so I
7  am sure those have been made available to you.
8       Q  What were the risks associated with the
9  Bair Paws?
10      MR. GORDON: In any context or just
11  prewarming?
12      MS. ZIMMERMAN: That's all that Bair Paws
13  is used for, right?
14      MR. GORDON: No.
15      A  No, Bair Paws can be used
16  intraoperatively as well.
17  BY MS. ZIMMERMAN:
18      Q  Okay. What are the risks associated with
19  the use of Bair Paws in a prewarming setting?
20      A  Well, I'm not sure that I know
21  exhaustively. But the thing that concerns us
22  most off the top of -- right off the bat is the
23  temperature, burns. That's a big one.
24      Q  Okay.
25      A  The Bair Paws gown has attachment --

Page 283

1       Q  Ties?
2       A  -- ties on it. So we want to make sure
3  that people don't get choked with those when you,
4  you know, they're in bed and they're not aware. We
5  don't want them to get tangled up with that.
6       I mean, there are a number of risks
7  associated with a device that get evaluated,
8  assessed, and mitigated.
9       Q  So the risks associated with Bair Paws
10 used preoperatively for prewarming of patients
11 that you can recall as you sit here right now are
12 potentially thermal injury, including burns and
13 choking from the ties. Are there any others?
14      A  Yeah, we did an extensive amount of
15 dermal sensitivity testing on the material to
16 make sure that it didn't cause any sort of
17 allergic reactions, so that's one.
18      I mean, again, there's a whole -- it's a
19 big process conducted by a large group of people;
20 and you know, it includes engineers, scientists,
21 clinicians. That's how that's done. It's not
22 just one person.
23      Q  I sort of figured that. And I apologize
24 for, you know, for not being sure, but as one of
25 the lawyers representing the Plaintiffs here, we

Page 284

1  have to ask you, as the company sitting here
2  today, what are the internal tests that were done
3  by Augustine, by Arizant, by 3M to determine the
4  benefits or efficacy of preoperative warming?
5       And as you talk about the risks, it seems
6  that the three that were identified with sort of
7  Bair Paws used preoperatively are: Potential
8  thermal-related burns, that sort of thing;
9  choking, if someone is not fully conscious or
10 otherwise able, may be at risk from the ties on
11 the actual robe; or perhaps they have an allergic
12 sort of skin reaction to the material.
13      Were there other risks that were
14 identified?
15      A  Tripping. I remember tripping was one of
16 the hazards. I mean, again, I'm sure there are
17 others. I know these are extensive documents,
18 but right now those are the only ones that I can
19 recall.
20      Q  All right. And you were prepared to
21 testify about what the internal tests were as you
22 came here today, fair?
23      A  Correct. You mean, the ones that I
24 already testified to?
25      Q  Yes, absolutely.

Page 285

1       A  And point of fact, this protocol was
2  never executed; I'm not really sure why. It was
3  sent to an account to evaluate. They elected not
4  to conduct it, and that's as far as I recall.
5       Q  And that's happened with respect to lots
6  of studies that you've actually proposed
7  concerning various forced-air Bair Hugger
8  products; is that right?
9       MR. GORDON: Object to the form of the
10 question.
11      A  Well, I don't know if it's a lot. But
12 part of my job is, you know, being director of
13 clinical affairs was to develop protocols and
14 find people who would -- who wanted to conduct
15 them, because they would answer questions that we
16 had an interest in.
17      Q  All right. Do you know if the reason
18 that this particular protocol did not turn into a
19 full-blown study was because Arizant didn't want
20 to proceed or because the hospital didn't want to
21 proceed or some other reason?
22      A  I don't know the reason.
23      Q  You don't recall as you sit here today?
24      A  I don't.
25      Q  Ad so it says the investigators

STIREWALT & ASSOCIATES
MINNEAPOLIS, MN  1-800-553-1953  info@stirewalt.com

CONFIDENTIAL

Page 286

1    institution is Forest Hills Hospital in Forest
2    Hills, New York.  It seems that that's maybe
3    different than the email address that we had for
4    Ms. Quint.  Are those two different hospitals, if
5    you know?
6         In the last email to you it appears as
7    Exhibit 10?
8       A  Yes, I see that was forwarded by Cindy
9    Quint.
10      Q  And she says, "This weekend I fly to
11   Missouri to defend my paper."  I don't know if
12   that helps at all in sort of understanding where
13   this Underwood Memorial Hospital is, but it seems
14   likely that it's not the same as Forest Hills
15   Hospital; is that right?
16      A  It probably isn't.
17      Q  Is it fair to assume that you probably
18   shopped this protocol around to more than one
19   hospital?
20      A  More than likely.
21      Q  Do you recall that specifically?
22      A  No, I don't.
23      Q  Fair enough.
24         Turning back to page 12 of 19 in Exhibit
25   9, the chart of advantages and disadvantages of

Page 287

1    convective prewarming.
2         You note again that it's inexpensive and
3    safe to do prewarming with convective therapy
4    like the Bair Paws.
5         And the third advantage in your chart is
6    that it can be used when intraoperative warming
7    is contraindicated.  And the two examples that
8    you provide in your chart are aortic cross clap
9    and orthopedic cases; is that right?
10      A  Yes.
11      Q  You'd agree that the Bair Hugger has a
12   warning on it that use of the Bair Hugger is
13   contraindicated for use in aortic cross-clamp
14   surgeries?
15      A  Yes.
16      Q  You agree that there is no
17   contraindication on the Bair Hugger with respect
18   to use of the Bair Hugger intraoperatively for
19   orthopedic cases?
20      A  I would agree.  However, in 2007,
21   whenever this was done, yeah.
22      Q  Yes.
23      A  In 2007, there were orthopedic surgeons
24   who would not allow Bair Hugger to be used in
25   orthopedic cases.  So in a sense, they were

Page 288

1    contraindicated by the surgeons in these
2    hospitals.
3       Q  So certainly by both 2005 when you first
4    drafted this, and then again in 2007, you knew
5    that various orthopedic surgeons and perhaps
6    entire hospitals or practices believed that the
7    Bair Hugger was contraindicated for use in
8    orthopedic surgery, fair?
9       A  That there were surgeons who would not
10   allow it to be used, yes.
11      Q  All right.  But that was not a
12   contraindication that Arizant ever placed on
13   either the machine itself or any of the
14   instructions for use; is that fair?
15      A  That's correct.
16      Q  You'd agree that communicating clearly
17   any contraindications for products is a
18   responsibility of a product manufacturer?
19      A  Yes.
20      Q  The only way one of your customers can
21   use your product safely and correctly is if you
22   provide them adequate instructions for use; is
23   that fair?
24      A  That's correct, and we would do that.
25      Q  Right.  And that's what your customers

Page 289

1    expect of you, fair?
2       A  Yes.
3       Q  But, of course, this information that it
4    may be contraindicated was not communicated by
5    Arizant at the time; is that fair?
6       A  Well, I think it's poor choice on my
7    part.  Contraindicated in the sense that a
8    physician would not allow the device to be used
9    because of concerns about contamination.
10      Q  Well, contraindication has a specific
11   meaning in the medical device industry, fair?
12      A  It does.
13      Q  There's a difference between a
14   contraindication and a warning and a precaution,
15   fair?
16      A  Well, yes, that's true.
17      Q  It's fair to say that each of those has a
18   specific meaning for folks like you that work in
19   the medical device industry?
20      A  Yeah.
21      Q  And fair to say that orthopedic surgeons,
22   anesthesiologists, other healthcare providers
23   understand those words to have a specific meaning
24   as well, fair?
25      A  They do.

73 (Pages 286 to 289)

CONFIDENTIAL

Page 290

1  Q  Just like "intended use"?
2  A  Yes.  And in the sense that a surgeon
3  would prohibit the use of a device, then it is
4  contraindicated by that particular surgeon.
5  Q  But in your chart here, table one, you
6  note "aorta cross clamp," which is a
7  contraindication that was actually placed on a
8  machine and in the instructions for use both by
9  Augustine and by Arizant, fair?
10  MR. GORDON:  Object to the form of the
11  question, argumentative.
12  A  Yes.  And again, you know, this is a
13  careless use of wording here on my part.
14  Q  Okay.  Well, but the contraindication
15  anyways -- and that, by the way, remains the case
16  right now while 3M markets the device; is that
17  right?
18  A  The aortic cross clamp?
19  Q  Correct.
20  A  Yes.
21  Q  And to this date there are still no
22  warning, either warning or precaution or
23  contraindication with respect to using the Bair
24  Hugger intraoperatively for orthopedic cases,
25  fair?

Page 291

1  A  That's correct.
2  Q  And that's despite the fact that you know
3  that orthopedic surgeons, some of them think it's
4  contraindicated altogether, right?
5  A  Some of them do.
6  Q  And that particular Exhibit 9, by the
7  way, you shared that, I assume, with Mr. Hansen
8  as well?
9  A  I would have at least told him that I was
10  sending it out for consideration by people who
11  might want to conduct it.
12  Q  Right.  And when you're getting ready to
13  send out a protocol, particularly for review by
14  potential partners, hospitals, that sort of thing
15  for work on essentially a clinical trial -- not
16  quite a clinical trial, I know that's different,
17  but for work on a project like this research --
18  A  Well, this would have been a clinical
19  trial.
20  Q  It would have been a clinical trial,
21  okay.
22  A  Mmm-hmm.
23  Q  When you send out a proposed clinical
24  trial protocol to a hospital, it's certainly your
25  practice to be as precise and thorough in your

Page 292

1  research and your drafting of the proposal as
2  possible, right?
3  A  I try to be, yes.
4  Q  All right.
5  A  I just want to note, it does say, "I'm
6  sending a draft protocol."  So this was in no way
7  intended to be a final product.  This was --
8  Q  It is seeking input from potential
9  collaborators?
10  A  Not only that, but, you know, they may
11  have modified a protocol.
12  Q  Fair enough.  But at least from your
13  perspective as you sent it out, it was a final
14  proposal worthy of consideration, fair?
15  A  Yes.  It's worthy of consideration, yes.
16  Q  And that was what you were requesting, in
17  fact, from the folks you sent it to?
18  A  Yes.
19  Q  Since the time of the sort of the test
20  that you talked about doing in 2006, about sort
21  of the effect or sort of efficacy of warming sort
22  of the core of the body as compared to the
23  extremities of the body, have you -- and by "you"
24  I mean Arizant and 3M, conducted any other
25  testing internally to determine the benefits or

Page 293

1  efficacy of preoperative warming?
2  A  No.
3  Q  So that was the only one?
4  A  That was the only one.
5  Q  All right.  It's fair to say that you're
6  a proponent of prewarming?
7  A  I am.
8  Q  And you have been for a long time?
9  A  Yes.
10  Q  You think it's a good thing for patients?
11  A  I do.
12  Q  And you've said from time to time that
13  you think that that's sort of the future of
14  patient temperature management, fair?
15  A  I probably have said that, yes.  Yeah,
16  wouldn't surprise me to find that written in an
17  email.
18  Q  In your experience, by the way, do most
19  healthcare facilities sort of pick a brand?  So
20  if they're using the Bair Paws to warm somebody,
21  prewarming, they're sort of more likely to sit
22  with the Bair Hugger intraoperatively and so on?
23  They don't switch back and forth, for example,
24  either the Stryker product or VitaHEAT or some
25  other product intraoperatively?

74 (Pages 290 to 293)

CONFIDENTIAL

Page 294

1     A  Well, again, I'm not in sales.  My
2  observation is that most healthcare facilities
3  are on contracts, and these contracts generally
4  last for two years or three years.  So once they
5  pick a product, they stick with it for two or
6  three years, and then at the end of that period,
7  they renegotiate contracts with companies like 3M
8  or Stryker or Mallinckrodt, you know, or
9  Medtronic, whoever, for the best price that they
10  can negotiate.
11     Q  What's the Medtronic product, by the way?
12     A  Well, they make a number of implantable
13  pacemakers.
14     Q  I was thinking you meant patient warming.
15     A  Maybe that's not -- that may not have
16  been a good example.  But for companies that make
17  products that are used all over healthcare
18  systems, they're all on contract.
19     Q  Okay.
20     A  And so once they make a decision, it's
21  difficult for them to change unless there's some
22  breach of contract or something like that.
23     Q  And you'd agree you've seen emails and
24  received emails over a number of years where
25  perhaps because the orthopedic surgeons became

Page 295

1  concerned about the potential risk associated
2  with Bair Hugger intraoperatively, that sales
3  representatives were worried that they would lose
4  the whole hospital for Bair Hugger products; is
5  that fair?
6     A  I've seen a couple emails like that.
7     Q  All right.
8       (Whereupon, Exhibit No. 11 was marked
9         for identification.)
10  BY MS. ZIMMERMAN:
11     Q  Mr. Van Duren, do you recognize -- we
12  just handed you Exhibit Number 11.  Do you
13  recognize that?  You've probably written a lot of
14  PowerPoints over the years.
15     A  Yes, I think this is a PowerPoint that I
16  put together.
17     Q  And that was one of the things that you
18  did sort of regularly, both -- maybe even at
19  Augustine, but certainly at Arizant and 3M?
20     A  Yes.
21     Q  And this one has to do with "human
22  thermal regulation principles and practices"?
23     A  Yes.
24     Q  And it looks like it's printed with sort
25  of the presenter's notes at the bottom.  Is that

Page 296

1  consistent with your experience?
2     A  Well, that's the way this is printed,
3  yes.
4     Q  So in PowerPoint you can do that, you can
5  sort of see your internal notes when you're
6  giving a presentation if you want?
7     A  Yes.
8     Q  And then your bio is on page 2 of the
9  PowerPoint, just in case you had some sort of
10  question about whose it was.
11     A  No, this looks like mine.
12     Q  All right.  And is this a recent
13  PowerPoint that you put together, do you know?
14     A  Well, it's since 2011, because it's a 3M
15  PowerPoint, so we were acquired by 3M in 2010.
16     Q  Late 2010.
17     A  So it has to be at least 2011.
18     Q  Okay.
19     A  I don't know what date it was.
20     Q  And I would ask you to move forward to
21  page 7 of your PowerPoint, which is 7 at the
22  bottom of both the slide and then right about the
23  Bates range.
24       And the slide says "Intraoperative
25  Warming, How Effective?"  Do you see that?

Page 297

1     A  Yes.
2     Q  And again, it looks like your notes here
3  are talking about -- at least talking about the
4  slide says, "Here is another example of the
5  difficulty of warming adult patients
6  intraoperatively."
7       You'd agree that it is difficult to warm
8  patients intraoperatively; is that right?
9     A  Yes.
10     Q  And in fact, prewarming is the most
11  effective way to warm patients?
12     A  Well, the combination is probably the
13  most effective, but --
14     Q  But if you're going to pick one or the
15  other, prewarming is more effective than
16  intraoperative warming, fair?
17     A  If you can do it.
18     Q  But if you have to pick between one or
19  the other, prewarming is more effective than
20  intraoperative warming, correct?
21     A  Well, both are challenging for different
22  reasons.
23     Q  Sure.
24     A  But from a thermal-dynamic perspective,
25  prewarming is more effective.  But you can't

75  (Pages 294 to 297)

CONFIDENTIAL

Page 298

1　discount the pragmatic reasons that it's very
2　difficult for customers to prewarm. Regardless
3　of how effective it is, customers find it
4　extremely difficult from a pragmatic perspective
5　to do it, even if it is very effective.
6　　Q  All right.
7　　A  And so both are really important.
8　　Q  All right.  And that's sort of part of
9　what you tried to demonstrate with your chart
10　about both advantages and disadvantages, right,
11　of convective prewarming of a patient?
12　　　MR. GORDON:  Object to the form of the
13　question.
14　　A  Well, no, that chart really was more the
15　disadvantages and advantages of just prewarming.
16　　Q  Right.
17　　A  Not related to intraoperative warming.
18　　Q  Okay.  And then I'd ask you to move
19　forward to page 11 of your presentation.  Do you
20　see at the top it says:  "How long must patients
21　be prewarmed?"
22　　A  Yes.
23　　Q  And I tried to print this in color so we
24　could all read it.  I apologize for the small
25　font, this is how it was produced to us.

Page 299

1　　　But fair to say that you're citing to a
2　trial conducted by Just and colleagues?
3　　A  Wait a minute.  I'm looking at the wrong
4　one.  I thought it was Horn.
5　　Q  I'm sorry.  It looks like at bottom of
6　page 11 and --
7　　A  Horn.  This is a study by Horn.
8　　Q  Are we looking at the same document?
9　　　MR. GORDON:  I think so.
10　　A  The study was conducted by --
11　　Q  Oh, wow, you can read that?
12　　A  I'm referring to used --
13　　Q  In your presenter's comments?
14　　A  Now, I understand.
15　　Q  And I'm sorry.  And I'm sorry to the
16　court reporter.
17　　　In your presenter's comments, you say
18　"Although the trial conducted by --" is it "Just
19　and colleagues" --
20　　A  Yes.
21　　Q  -- "showed 90 minutes of prewarming was
22　able to minimize the effect of redistribution,
23　that practically delayed every surgery and that
24　made it sort of impossible," right?
25　　A  Yes.

Page 300

1　　Q  "And for that reason, several studies
2　have been conducted to determine the minimum
3　length of time that provides effective
4　prewarming."
5　　　And then you go on to actually say, "This
6　study by Horn and colleagues compares
7　post-induction core temperatures in groups of
8　patients who have been prewarmed for zero, 10, 20
9　and 30 minutes."  Do you see that?
10　　A  Yes.
11　　Q  And as you note in your presenter
12　comments and in the chart, there's essentially no
13　difference in core temperature between patients
14　who were prewarmed even for as few as ten
15　minutes, right?
16　　A  That's correct.
17　　Q  They all do better than the patients that
18　weren't prewarmed at all, fair?
19　　A  Yes.
20　　Q  And the prewarming is largely successful
21　in preventing intraoperative hypothermia, fair?
22　　A  Right.  As I recall, these patients were
23　also intraoperatively warmed as well.
24　　Q  They were?
25　　A  Yes.

Page 301

1　　Q  Does that say that in your chart?
2　　A  It doesn't say that in the chart.
3　　Q  Okay.  Moving on to page 14 of your
4　PowerPoint.  The top says:  "The 3M Bair Hugger
5　normothermia system."  And here you say, "30
6　years of temperature management experience with
7　the 3M Bair Hugger temperature management system,
8　empowering healthcare professionals to advance
9　quality of care, optimize quality utilization,
10　streamline workflow, implement evidence-based
11　protocols and strengthen patient satisfaction."
12　Did I read that correctly?
13　　A  Yes.
14　　Q  You're presenting this to potential
15　customers; is that fair?  If you recall?
16　　A  I'm sorry?
17　　Q  If you recall?
18　　A  Well, first of all, I don't recall -- I'm
19　wondering if someone took my presentation and
20　added this.  This doesn't look like something
21　that I would write.
22　　Q  Okay.
23　　A  But go ahead and ask your question.  I
24　mean, I'm not sure that I wrote this.  I'm
25　virtually certain I did not write this.

76 (Pages 298 to 301)

CONFIDENTIAL

Page 302

1      Q   And I would like to say that I am reading
2  this correctly, but the copyright in the bottom
3  left of the actual PowerPoint slide, I don't know
4  if you can see it, it says, "C3M" and then
5  "2022"?
6      A   Yes, probably because it was printed out.
7      Q   And that was my question.
8      A   And PowerPoint updates the slide
9  copyright every time you print it.
10     Q   You might imagine that presents
11 difficulty for lawyers that are trying to date
12 things.
13     A   I hate it.
14     MR. GORDON:   A recent production?
15     MS. ZIMMERMAN:   I presume so, yeah.  I
16 assume it was some time in the last four months,
17 right?
18     MR. GORDON:   That's what's kind of
19 throwing me too.  Because obviously that he
20 wouldn't have done this.
21     MS. ZIMMERMAN:   It's obvious to you, it's
22 not obvious to me.
23     A   It's obvious to me that this is something
24 that I wouldn't have produced.
25     This starting at the page 13 -- or sorry,

Page 303

1  ending at page 13.  That clearly isn't my work.
2  This is somebody else's.
3  BY MS. ZIMMERMAN:
4      Q   So starting at 14 is someone else's work?
5      A   Yeah, but I can still answer questions
6  about it.
7      Q   At any rate, whoever has added these
8  slides on now says on slide 14, that "more than
9  300 million patients in the world have benefited
10 from Bair Hugger therapy, the industry's first
11 forced-air warming system."  Do you see that?
12     A   Yes.
13     Q   Do you think that that's fair and
14 accurate?
15     A   Yes.  I mean, I think that's correct,
16 around 300 million patients at the time.  I
17 recall there was a company announcement that 300
18 million patients had been warmed at some point
19 during my --
20     Q   Sort of like the McDonald's sign about
21 burgers served?
22     A   Yeah, like that.
23     Q   Yeah.  And then it goes on to say, "more
24 than 170 studies document Bair Hugger forced-air
25 warmings clinical benefits efficacy and safety."

Page 304

1  Do you see that?
2      A   I see that.
3      Q   Do you think that's a fair statement?
4      A   Well, I think that might be a stretch;
5  but again, there are probably that many studies
6  that report on clinical benefits of using Bair
7  Hugger for a variety of -- in a variety of
8  clinical trials.
9      Q   Fair to say that probably there's 170
10 studies where at least Bair Hugger was one of the
11 things that was in the study, whether in an
12 operating room or a PACU or something like that?
13 Does that seem fair?
14     A   Probably a lot more if you included that
15 sort of casual mention, but...
16     Q   And 3M prepares and provides, even on the
17 Internet today, a compendium of literature
18 supporting Bair Hugger; is that fair?
19     A   Yes.
20     Q   By the way, did you talk to Mr. -- or
21 Dr. -- I'm sorry -- Issa about his deposition?
22     A   Well, only that he was giving one.
23     Q   And we went through sort of the
24 compendium with him.  Have you reviewed his
25 deposition at all?

Page 305

1      A   No, I have not seen his deposition.
2      Q   And then this slide says that "nine of
3  the top ten hospitals in the United States use
4  Bair Hugger temperature management."  Is that
5  fair and accurate?
6      A   Again, this is a marketing thing.  It's
7  probably true.  I mean, I can't imagine that we
8  would lie about something like that.  But I mean,
9  I can't unequivocally state that it's true.  And
10 maybe it was true when it was written, I don't
11 know.
12     Q   Sure.
13     A   I just don't know.
14     Q   And you would agree, Mr. Van Duren, that
15 even marketing pieces should be fair and
16 accurate?
17     A   Yes.
18     Q   I was going to ask you about the cost of
19 the blanket, but I think we already covered that.
20     By the way, do you know if any of these
21 slides -- is this your work or someone else's
22 work, sort of after that page 14, if you even
23 know?
24     It looks like there's -- one says "A
25 temperature management partner," one says

STIREWALT & ASSOCIATES
MINNEAPOLIS, MN  1-800-553-1953  info@stirewalt.com

CONFIDENTIAL

Page 306

1  "potential costs of a hypothermic patient"?
2  **A  So the way that I can tell my slides is**
3  **that I always use Gill Sans as my presentation**
4  **font.  And if it's not Gill Sans, it's not me.**
5  Q  It's not you.  All right.
6  **A  I would never use Helvetia, which is what**
7  **this is.**
8  Q  I appreciate that sort of dedication to
9  font selection.
10  **A  I hate Helvetia, so it sticks out like a**
11  **sore thumb.**
12  Q  There are some awful ones.  I hate
13  Courier.  And I want to like Garamond, but I
14  can't.
15  Do you know if the rest of this is sort
16  of in your font that would suggest that this is
17  your work?
18  **A  This is not my work.**
19  Q  Okay.
20  MS. ZIMMERMAN:  So I'll represent to you,
21  Corey, that he is the custodian on the document
22  that was produced to us.
23  **A  I'm sure in my library.  It has my**
24  **library stamp on it, but this was -- the last --**
25  **I mean, I'd be happy to answer questions about**

Page 307

1  **it, if you want to ask.**
2  Q  I don't think I have a ton more, maybe
3  just one more.  The last two slides at 26 and 27,
4  it talks about ERAS.  Are you familiar with ERAS?
5  **A  Yes.**
6  Q  Enhanced Recovery After Surgery; is that
7  right?
8  **A  Yes.**
9  Q  And it is -- it looks, it is really hard
10  to read, but at the bottom of slide number 37 --
11  27, it's citing to ERAS, it looks like 2008?
12  **A  Yes, I wrote a paper on ERAS.**
13  Q  All right.  And you know that in 2018, in
14  the initial draft of the ERAS sort of best
15  practices recommendation, they suggested not
16  using forced-air warming anymore, fair?
17  **A  So ERAS is a group of surgical**
18  **specialties, and I think they're up to about, I**
19  **don't know, 16 of them now, something like that;**
20  **so orthopedics, cardiac, gynecological, breasts,**
21  **neuro.  And each one of those surgical**
22  **specialties writes its own ERAS protocol.  So**
23  **there's no such thing as an ERAS protocol; there**
24  **are numerous ERAS protocols.**
25  **And so whenever I present on ERAS, I have**

Page 308

1  **a comprehensive chart that shows which surgical**
2  **specialty recommends the use of warming.  So, for**
3  **example, bariatric surgery, they don't recommend**
4  **any warming at all.**
5  Q  Okay.  Is that because it's a dirty
6  surgery or what?
7  **A  No, it's because obese people don't get**
8  **cold in surgery, so obesity is protected from**
9  **hypothermia.**
10  **But then, you know, almost all of the**
11  **other specialties -- I think there's one other**
12  **specialty that doesn't recommend it.  But all of**
13  **the other ERAS surgical specialities, the vast**
14  **majority of them recommend warming and forced-air**
15  **warming.**
16  Q  In previous depositions you've testified
17  that the benefit of the Bair Hugger is warming a
18  patient, fair?
19  **A  That's a benefit, yes.**
20  Q  And we can debate whether or not there
21  are benefits that flow from warming, but the
22  thing that the Bair Hugger does is warm a
23  patient, right?
24  **A  Yes.**
25  Q  There aren't any -- there are no other

Page 309

1  potential benefits that the Bair Hugger provides
2  in, for example, the operating room?
3  **A  Well, I guess we normally think of**
4  **normothermia as a condition that leads to certain**
5  **benefits:  Reduction in certain risks of cardiac**
6  **events, surgical site infection, bleeding, length**
7  **of stay.  On a number of outcomes, those are the**
8  **things that are -- that we think of as the**
9  **benefits.**
10  Q  The outcomes are different than the
11  actual benefit or the therapy provided by the
12  device; is that fair?
13  **A  Well, the condition -- the condition**
14  **provided by Bair Hugger is normothermia, at least**
15  **that's what we attempt to do.**
16  Q  Well, but the service or the function of
17  the Bair Hugger is simply warming a patient,
18  right?  And that may or may not be effective in
19  achieving normothermia?
20  **A  Well, correct.  But, for example, in**
21  **prewarming, prewarming does not change the core**
22  **temperature of a patient, so it's very difficult**
23  **to consider that warming.  Yes, it does increase**
24  **the mean body temperature, but it doesn't**
25  **increase the core temperature.**

78 (Pages 306 to 309)

CONFIDENTIAL

Page 310

1    Q  The core temperature?  Right.
2        A  So I guess that's the distinction that I
3    want to make.
4        Q  It's not something -- it doesn't provide,
5    for example, nutrition to a patient?
6        A  No.
7        Q  And the only thing that the Bair Hugger
8    does, and we can debate about whether it's
9    important or not clinically, but the only thing
10   that the Bair Hugger does is warm a patient?
11       A  Yes.
12       Q  So if obese patients don't get cold, is
13   there a warning or a precaution on the Bair
14   Hugger at all saying you don't need to use this
15   with obese patients?
16       A  No.
17       Q  Why is that?
18       A  Well, it's not contraindicated.  It's
19   just not indicated, because it's not necessary.
20       Q  So it's providing no benefit to those
21   patients?
22       A  For obese patients.  And again, we always
23   recommend, regardless, that patients have their
24   core temperature monitored throughout a
25   procedure.  So if they have absolutely normal

Page 311

1    core temperature intraoperatively, there would be
2    no reason to warm them.
3        Q  All right.
4        A  And that's pretty typical of an obese
5    patient.
6        Q  But also if the patient isn't going to
7    become cold because they are obese, there's also
8    no benefit to using the Bair Hugger, fair?
9        A  Yes, I would agree with that.
10       Q  Do you know, by the way, who -- you don't
11   know, this isn't your font of the ERAS compliant
12   normothermia protocol?
13       A  I don't know who did this.
14       Q  All right.  And it looks like there's
15   sort of a small version of maybe an internal
16   memo.  And it's got a 3M Bair Hugger logo on the
17   right-hand side of the slide 27.
18          It looks like it says:  "An
19   evidence-based warming protocol compliant with
20   ERAS society guidelines recommendations for
21   perioperative normothermia"?
22       A  Yes, I wrote that.
23       Q  You wrote that memo?
24       A  Yes.
25       Q  Okay.

Page 312

1        A  It's a white paper.
2        Q  And do you recall when you wrote it?
3    Sometime after ERAS came out in 2018, I assume?
4        A  Again, ERAS has been -- ERAS has been
5    around for quite some time.  I don't remember
6    when I wrote this paper, but it would have been
7    -- I wrote it when I was at 3M, so it would have
8    to have been after 2010.  I'm pretty sure I wrote
9    it -- oh, I wrote it when Lisa Pfeifer was my
10   boss, so whenever that was.
11       Q  Okay.  And it looks like the footnote
12   that's dropped -- and it seems like it's quoting
13   your paper, it says, "An evidence-based warming
14   protocol complaint with ERAS society
15   recommendation for perioperative normothermia
16   version nine, 3M technical document, 3M" -- does
17   it say -- "public identification 3M 20 --" 18 or
18   19?  I can't tell.
19       A  I can't read it.
20       Q  And I feel I can get the driver's license
21   renewed if that all was accurate.
22          Do you know if you had more than one memo
23   that you wrote about ERAS protocols?
24       A  Well, the reason that there are more than
25   -- the reason there is more than one version has

Page 313

1    to do with the fact that the surgical specialties
2    within ERAS kept updating their own protocols.
3    So I updated this every time that I got a new
4    surgical specialty update for the ERAS protocol.
5        Q  Okay.
6        A  And, again, there is no such thing as a
7    single ERAS protocol.  There are numerous ERAS
8    protocols all built around surgical specialties.
9        Q  And do you recall if the last ERAS
10   protocol with respect to orthopedic surgery
11   recommended against warming patients with
12   convective therapy intraoperatively?
13       A  No, I believe it recommended for.  The
14   only ones that I recall for sure were bariatric
15   and cardiac.
16       Q  Is it possible that there may have been
17   more than one version of the last ERAS with
18   respect to orthopedic surgery?
19       A  It's possible.  I haven't updated this --
20   I mean, I haven't been in this group since 2018,
21   so I don't know who is updating it now.
22       Q  Okay.  And you don't know if anybody is
23   updating it right now?
24       A  I don't know.
25          MS. ZIMMERMAN:  Why don't we take a short

STIREWALT & ASSOCIATES
MINNEAPOLIS, MN  1-800-553-1953  info@stirewalt.com

CONFIDENTIAL

Page 314

1  break and figure out how much time we have left
2  and where we go from here.
3          THE VIDEOGRAPHER:  We're off the record.
4  (Whereupon, a break was taken from 5:59 p.m.
5          until 6:06 p.m.)
6          THE VIDEOGRAPHER:  We're on the record.
7  BY MS. ZIMMERMAN:
8      Q  All right.  We took a short break.  Are
9  you ready to continue, Mr. Van Duren?
10     A  Yes.
11     Q  And I appreciate your patience today.
12 We're trying to be as efficient as we can; and as
13 you know, the issues are complicated and the
14 documents are sort of voluminous.
15         You've talked a little bit today about
16 sort of a risk mitigation team.  Who is on the
17 risk mitigation team?
18     A  There are a number of people that are on
19 those teams.  They generally have some engineers;
20 marketing people can be on them, clinicians.
21 It's usually people in the product development
22 group that are assigned to that team.  They have
23 training that allows them to identify and grade
24 different risks.
25     Q  Does the risk mitigation team typically

Page 315

1  include lawyers, do you know?
2      A  Well, I don't think typically, no.
3      Q  Has it, in your experience?
4      A  Very rarely.
5      Q  With respect to either the Bair Hugger --
6  well, with respect to the Bair Hugger, has it
7  included lawyers?
8      A  I don't recall -- I don't recall an
9  attorney ever being present during a Bair Hugger
10 risk management meeting.
11     Q  All right.  And were you part of the risk
12 management team for Bair Hugger?
13     A  I've been on a couple of them.
14     Q  During what times?
15     A  At Augustine Medical.  Not at 3M.
16     Q  Okay.  At Arizant at all?
17     A  Not on Bair Hugger.  On the temperature
18 monitoring system I was, but not on Bair Hugger.
19     Q  All right.  And was it the practice when
20 you were at Augustine that the risk management or
21 mitigation team would document its activities?
22     A  Oh, yes, very much so.
23     Q  Do you know if those have been produced
24 in this litigation?
25     A  I don't know.

Page 316

1      Q  All right.  And have you reviewed any
2  risk mitigation team memos?
3      A  No, none.
4      Q  So to the extent today that you've
5  testified that sort of a risk mitigation team
6  would have considered something, that sort of --
7  it's your expectation that should have happened,
8  but as you sit here today, you don't have any
9  evidence or memos that it did happen; is that
10 fair?
11     A  That's right.  But it's my experience
12 that just given the way that the product
13 development process works and our quality
14 management system, that's part of it.  There's
15 just no way that you can develop a product
16 without having a risk analysis team, a risk
17 mitigation.
18     Q  And in any event, as you sit here today,
19 you can't speak to the substance of whatever
20 discussions or decisions may have or may not have
21 been made by the risk mitigation team?
22     A  No.  No, I can't.
23     Q  Okay.
24         MR. GORDON:  Specifically about
25 infections?  Or anything to do -- I mean, because

Page 317

1  he's talked about a whole bunch of dermal risks.
2          MS. ZIMMERMAN:  Sure.  It's not a secret.
3  What I don't want to have happen is that we're
4  going to go to trial in Missouri in September and
5  all of a sudden we're going to have memos or sort
6  of a recollection of events that says, "Oh,
7  that's right.  We talked about that explicitly in
8  this meeting and we assured ourselves this wasn't
9  a risk in the following ways."
10         Q  Because my chance to ask you that
11 question is today, and as you sit here today, 3M
12 is unaware of what those discussion meetings
13 would be, fair?
14     A  I'm completely unaware.
15     Q  Okay.
16     A  Only that they did occur.
17     Q  All right.
18         MR. GORDON:  But we did produce the risk
19 mitigation files.
20         MS. ZIMMERMAN:  And Mr. Van Duren -- in
21 preparation for today?
22         MR. GORDON:  Yeah.
23         MS. ZIMMERMAN:  The witness seems sort of
24 surprised by that.
25         MR. GORDON:  I know we inundated him with

80 (Pages 314 to 317)

CONFIDENTIAL

Page 318

1  stuff.
2       THE WITNESS:  Maybe I've forgotten the
3  risk mitigation.  I'm sorry, I just do not recall
4  the risk mitigation files, but okay.
5       MR. GORDON:  Ted actually -- if you think
6  of what Ted was working with you on.
7       THE WITNESS:  Okay.  It was quite a bit
8  in the last two days.
9       MR. GORDON:  Those were part of the risk
10  --
11       MS. ZIMMERMAN:  Corey, I would ask that
12  to the extent that those have been provided to
13  the witness and he was prepared to answer them
14  before he got here today but is not prepared to
15  answer right now, perhaps he re-review those
16  tonight and we'll reconvene that limited portion
17  in the morning.  We're going to be here anyways,
18  but it is part of the topic that we're supposed
19  to be talking about.
20       MR. GORDON:  No, I understand.
21       MS. ZIMMERMAN:  Okay.  I'm not trying to
22  be a jerk.
23       MR. GORDON:  He has talked about risk
24  mitigation.  But if you -- so rather -- instead
25  of just broadly what risk mitigation, if you want

Page 319

1  to ask him specific questions.
2       MS. ZIMMERMAN:  Well, my question is sort
3  of specifically what was done; and I think the
4  answer is "not sure."
5       MR. GORDON:  Well, it depends on what
6  product, what time period, what risk.  I mean,
7  all risks?  I mean, risks --
8       MS. ZIMMERMAN:  The witness has just said
9  that he doesn't remember looking at the risk
10  mitigation memos, so I'm going to take him at his
11  word at that.  If you guys have prepared and
12  produced something to him, and he was prepared to
13  do it today, I would ask that he be re-prepared
14  to talk about that briefly tomorrow.
15       You also said that -- and one of the
16  notices was the Failure Mode Effects Analysis
17  conducted regarding the Bair Hugger warming
18  system.
19       And Corey, you had sort of said that he
20  wasn't prepared to talk about that, but we can
21  ask a question.
22       MR. GORDON:  Yeah, we don't understand
23  it, but you can ask questions and to the extent
24  that he knows, that's fine.
25       MS. ZIMMERMAN:  Sure.

Page 320

1  BY MS. ZIMMERMAN:
2       Q  Well, Mr. Van Duren, do you know what a
3  FMEA or a Failure Mode Effects Analysis is?
4       **A  Yes.**
5       Q  And do you know if they were conducted
6  regarding the Bair Hugger warming system?
7       **A  I believe FMEA was conducted.**
8       Q  Do you know by whom?
9       **A  Again, a large group of people that are
10  involved with sort of risk identification
11  mitigation.**
12       Q  And would that be done prior to,
13  essentially, during the design phase of a
14  product?
15       **A  Well, it certainly would be done around
16  the time, closer to the end of the product
17  development than the beginning.**
18       Q  Is it done again as in the event of or as
19  complaints or other problems arise with a
20  product, for example?
21       **A  So it's actually done continuously in a
22  way.  After the project is kicked off, risk
23  mitigation begins.**
24       Q  All right.
25       **A  And it is continuously updated.**

Page 321

1       Q  And the idea behind a Failure-Mode
2  Effects Analysis is to identify potential failure
3  modes, fair?
4       **A  Yes.**
5       Q  To identify the effect of that failure;
6  is that right?
7       **A  That's right.**
8       Q  To identify the cause of the failure?
9       **A  Yes.**
10       Q  To prioritize the risk?
11       **A  Yes.**
12       Q  And then also to make a recommendation
13  with respect to corrective action and status; is
14  that right?
15       **A  Yes.**
16       Q  And, you know or you believe that that
17  was done with respect to the Bair Hugger machines
18  at various times?
19       **A  Oh, yes, that's been done numerous times.**
20       Q  You'd expect certainly in sort of the
21  design phase or late in the design phase for each
22  of the different models in the Bair Hugger?
23       **A  Yes.**
24       Q  Do you know if in doing a Failure-Mode
25  Effects Analysis on the Model 500 to be used in

81 (Pages 318 to 321)

CONFIDENTIAL

Page 322

1  the operating room the potential for airborne
2  contamination of the operating room was
3  considered?
4      A  I don't know if that was done.  I would
5  have to consult that document.
6      Q  All right.  Would you expect that it
7  should have been done if it was not?
8      A  I just don't know.  It may have been, I
9  don't know.
10     Q  Right.  Given that there was a warning on
11  the Model 200 about the potential risk of
12  airborne contamination, would it make sense that
13  the potential risk of airborne contamination
14  should likewise have been considered with respect
15  to the Model 500 OR?
16     A  In the event that the label warning was
17  removed, there almost certainly will be a risk
18  mitigation activity associated with it, because
19  you wouldn't -- no one would remove a labeling
20  warning without an evaluation like that.
21     Q  And whether you know if it actually
22  happened or not, you would agree that it should
23  have happened --
24     A  Yes.
25     Q  -- fair?

Page 323

1          I'm going to switch gears to number 27 --
2  well, actually 26 on Exhibit 1.  That's "Claims,
3  notices of claims, lawsuits or other notices of
4  claims of operative site infection alleged to
5  have been caused by the Bair Hugger warming
6  system."
7          Is that something that Augustine tracked?
8          MR. GORDON:  Just for the record, that's
9  one that he's not -- he wasn't prepared on, but
10  again, to the extent that he can answer.
11         MS. ZIMMERMAN:  Right.
12     A  Sorry, say it again?
13  BY MS. ZIMMERMAN:
14     Q  Were these sort of claims or notices of
15  claims or lawsuits, is that something that was
16  tracked by Augustine Medical while you were
17  working there?
18     A  Well, there was a -- complaints were
19  tracked, yes.  Yes, there was a complaint
20  tracking system.
21     Q  All right.  And did that continue then
22  when you were at Arizant?
23     A  Yes, that's a requirement of a quality
24  system for medical products.
25     Q  And that continues to be a requirement at

Page 324

1  3M?
2      A  Yes.
3      Q  And to your knowledge, that's been
4  provided to counsel and produced to us?
5      A  As far as I know.  There's a whole
6  department associated with that activity.
7      Q  All right.  And you're not in that
8  department?
9      A  No.
10     Q  Probably thankfully.
11         Moving on to, hopefully sort of briefly,
12  number 27 that is, "Other patient warming systems
13  including, but not limited to, passive warming,
14  convective warming and conductive warming."
15         Mr. Van Duren, you would agree that there
16  are a number of different ways to warm patients;
17  is that fair?
18     A  Yes.
19     Q  And a number of the different options
20  available to healthcare providers are safe.
21  Would you agree with that?
22     A  Well, I would agree that they have
23  different levels of safety and efficacy.  They're
24  not the same.  They're not equivalent.
25     Q  Sure.  Would you agree that there are a

Page 325

1  number, though, of alternatives that are safe,
2  for example?
3          MR. GORDON:  Object to the form of the
4  question.
5      A  Well, again, the safety of some devices
6  is not equivalent to the safety of forced-air
7  warming.  Forced-air warming happens to be
8  extraordinarily safe; conductive warming, less
9  so.
10     Q  Would you agree that cotton blankets are
11  safer than forced-air warming?
12     A  Yes, but not very effective.
13     Q  All right.  And then so the next
14  question:  There are additional products or
15  alternatives available that are effective besides
16  just forced-air warming, fair?
17     A  Yes.
18     Q  There are alternative products that are
19  easy for healthcare providers to use; is that
20  right?
21     A  Easier than forced-air warming?
22     Q  Yes.
23     A  Hard for me to imagine another product
24  easier to use than forced-air warming.
25     Q  Okay.  You agree that there's clinical

STIREWALT & ASSOCIATES
MINNEAPOLIS, MN  1-800-553-1953  info@stirewalt.com

CONFIDENTIAL

Page 326

1   evidence supporting the use of alternative
2   patient warming modalities besides just Bair
3   Hugger, fair?
4       **A   Yes.  But again, not equivalent.**
5       Q   You'd agree that there are other
6   alternatives for patient warming that are
7   cost-effective?
8       **A   Meaning that the purchase and operating**
9   **price is essentially the same as forced-air**
10  **warming or lower?**
11      Q   Sure.
12      **A   Yes.**
13      Q   And some of those alternative forced-air
14  warming products include the Stryker Mistral,
15  right?
16      **A   I don't know that it's less.  I don't**
17  **know that it's more cost-effective.**
18      Q   And I apologize if my question was sort
19  of suggesting one was more cost-effective.  I'm
20  going to go through a list, hopefully quickly,
21  of --
22      **A   Oh, okay.**
23      Q   -- other alternative warming therapies
24  out there.
25          The Stryker Mistral is one alternative

Page 327

1   available?
2       **A   Yes.**
3       Q   It has a HEPA filter on it, which is
4   different than the Bair Hugger, fair?
5       **A   I believe the most modern warming system**
6   **has a HEPA filter, yes.**
7       Q   Okay.  Smiths Medical makes a product
8   called the Snuggle Warm or EQUATOR; is that
9   right?
10      **A   Yes.**
11      Q   That could be used for patient warming as
12  well?
13      **A   Yes.**
14      Q   That's a forced-air warming product?
15      **A   Yes.**
16      Q   Covidien makes a product called the
17  WarmTouch System?
18      **A   Yes.**
19      Q   Alternative to the forced-air warming
20  that is made by 3M, right?
21      **A   Yes.**
22      Q   Cincinnati Sub-Zero makes the FilteredFlo
23  and Warm Air; is that right?
24      **A   Yes.**
25      Q   There's a company called Care Essentials

Page 328

1   that makes a product called the Cocoon; is that
2   right?
3       **A   I think it is Care Essentials, yes.**
4       Q   Okay.  And then there's one more
5   forced-air warming product made by BS MedTech
6   called Calima or Calima, maybe?  Calima, I bet, I
7   like climate; if you're aware?
8       **A   Maybe.  I'm not sure I heard of that one.**
9       Q   And then there is the passive-conductive
10  option, which is a heated cotton blanket, fair?
11      **A   Yes.**
12      Q   And you would agree that those are safe?
13      **A   Safe but not very effective.**
14      Q   All right.  They're easy to use?
15      **A   Yes.**
16      Q   They don't make any noise?
17      **A   Well, you have to get them out of an**
18  **oven.**
19      Q   Fair enough.  Easy to maintain?
20      **A   No, not particularly.**
21      Q   All right.  Are they comparatively
22  speaking actually less expensive than the Bair
23  Hugger?
24      **A   Well, I think we've done cost-utility**
25  **analyses of warm cotton blankets and they**

Page 329

1   **actually cost quite a bit.  Usually about the**
2   **same or more.**
3       Q   All right.  And then with respect to
4   conductive patient warming technologies, there
5   are products made by, and I'm going to -- are you
6   aware of a product by Kimberly-Clark called the
7   K-C System M1000?
8       **A   I'm not familiar with that one.**
9       Q   Are you aware of the Cincinnati Sub-Zero
10  which makes something called the Surface Temp?
11      **A   Yes.**
12      Q   Inditherm, I think is the name of the
13  company and the product.  You're familiar with
14  that?
15      **A   Yes.**
16      Q   Is it Molnlycke?
17      **A   Molnlycke.**
18      Q   Molnlycke makes a Barrier EasyWarm?
19      **A   Yes, I'm familiar with that.**
20      Q   VitaHEAT Medical, you're familiar with
21  the VitaHEAT product?
22      **A   Yes, but I think they are out of**
23  **business.**
24      Q   Are they out of business?  Okay.
25          Obviously you're familiar with the

83 (Pages 326 to 329)

CONFIDENTIAL

Page 330

1    Augustine, who makes the HotDog?
2        A  Yes.
3        Q  A company called MedLine makes something
4    called the PerfecTemp?
5        A  Yes.
6        Q  And Pintler Medical makes a product
7    called Pintler; is that right?
8        A  Yes, but I believe that's a fluid warm
9    air.
10       Q  Okay.  And in any event, there are a
11   number of potential options for a healthcare
12   provider trying to decide, if they choose to
13   warm, there are options available to the
14   healthcare provider and how to warm the patient?
15       A  Yes.
16       Q  With respect to -- and I'm going to jump
17   ahead actually to number 31, which is the due
18   diligence that was conducted on Arizant before
19   purchasing the company.
20          You were prepared to talk about that
21   today, Mr. Van Duren?
22       A  Yes.
23       Q  And the company did, 3M did, in fact,
24   conduct due diligence on Arizant prior to
25   purchasing the company for $810 million; is that

Page 331

1    right?
2        A  Yes.
3        Q  You want to sort of kick the tires before
4    you make a purchase like that?
5        A  Yes.
6        Q  Are you aware of what kind of due
7    diligence was conducted?
8        A  Well, there was a business development
9    team that I think coordinated efforts from a
10   number of departments in the company:  Legal,
11   regulatory, engineering, sales and marketing,
12   people like that.  There were, you know, there
13   were obviously legal evaluations related to the
14   allegations made by Scott Augustine.
15       Q  And that's really sort of where I was
16   getting, Mr. Van Duren, and I don't mean to jump
17   over you.
18       A  No, that's all right.
19       Q  But certainly the allegations or the sort
20   of concern about particulates as potential causes
21   of surgical site infection and particularly deep
22   joint infection, that was something that was
23   known to you or you were informed of in 1994 when
24   you started --
25       A  Yes.

Page 332

1        Q  -- with Augustine?
2           And that was certainly -- that issue was
3    something that was absolutely communicated to 3M
4    when it did the due diligence of Arizant, fair?
5        A  Absolutely.
6        Q  Not a secret to 3M at all?
7        A  No.
8        Q  And throughout the due diligence process,
9    would you agree that 3M did a thorough
10   investigation of those potential allegations?
11       A  Yes.
12       Q  Do you know, as part of that due
13   diligence, whether 3M commissioned any studies?
14       A  I don't think any studies were
15   commissioned at that time.
16       Q  As you sit here today --
17       A  Maybe because of the confidentiality
18   issues.
19       Q  All right.  And I'm sorry, what do you
20   mean with respect to confidentiality issues?
21       A  The potential purchase of another company
22   is a -- because of stock issues and things like
23   that, it's done under strict confidence.  And so
24   those kinds of activities would not have been
25   pursued before the acquisition of a company.

Page 333

1        Q  So it would not have been pursued by
2    Arizant?
3        A  Well, they might have been pursued by
4    Arizant, they would not have been pursued by 3M.
5    I thought you were asking about the due diligence
6    conducted by 3M.
7        Q  Well, right.  And what I would like to
8    understand is what did 3M do to assure itself and
9    ultimately the shareholders that there was no
10   risk or what that risk was with respect to the
11   clinicians' concerns about potential for
12   infection, particularly in orthopedic surgery?
13       A  It was thoroughly reviewed by a team of
14   attorneys at 3M.
15       Q  And so when you say "thoroughly
16   reviewed," provide for me, if you would, a list
17   of what was considered.
18       A  Well, certainly the allegations from
19   Scott Augustine and letters that he had written,
20   letters from his attorneys, those kinds of
21   communications to both the management of Arizant
22   but also to customers.  So all of that
23   information was made available to 3M for review.
24       Q  Fair to say that the 3M lawyers would
25   have reviewed, for example, the complaints

84 (Pages 330 to 333)

CONFIDENTIAL

Page 334

1  database?
2      A  Oh, yes.
3      Q  Fair to say that the 3M lawyers or
4  whoever was doing the due diligence would have
5  reviewed your memos about the Bair Paws and
6  prewarming?
7      A  It's -- that level of detail I don't
8  know.  It's possible, but I kind of doubt it.
9      Q  You certainly would have made that
10 available to them?
11     A  Oh, yeah, it's all available.  Yes, of
12 course.
13     Q  What else do you know --
14         (Phone alarm.)
15         MR. GORDON:  The time is out, but if you
16 have one or two quick follow-ups.
17     Q  I just want a list of what the due
18 diligence required.
19     A  Well, I mean, the companies' structure;
20 you know, the way in which the company was
21 managed from the senior management on down; the
22 sales and marketing figures; projections of
23 sales, products; clinical activities that were
24 underway or proposed.  All of the important
25 aspects concerning the company that would have a

Page 335

1  material effect on its value.
2      Q  All right.  Let me see if I can ask, sort
3  of, I hope three sort of real succinct questions.
4  Fair to say that all the sort of -- or the
5  general nature, anyways, of the allegations that
6  Bair Hugger may interfere with airflow and be
7  contaminated and sort of through those mechanisms
8  contribute to deep joint infection, that was
9  known to 3M when they purchased Arizant, fair?
10     A  Yes, in more than just a general sense.
11     Q  All right.  In a specific sense?
12     A  Yes.
13     Q  Fair to say that Augustine, who he was,
14 all of the stuff that happened in 2003 with
15 respect to Medicare fraud, his criminal trial,
16 the outcome of all of that, all of that was known
17 to 3M when they did the due diligence as well,
18 fair?
19     A  Yes.
20     Q  And 3M continues to this day to rely on
21 the Augustine-funded Kurz and Sessler studies,
22 correct?
23     A  Well, Augustine Medical, not
24 Dr. Augustine personally.
25     Q  Okay.  But still relies on the Augustine

Page 336

1  Medical funded study from Kurz and Sessler,
2  right?
3      A  Well, when you say relied on it, we cite
4  it in our references, yes.
5      Q  And promote it regularly as one of the
6  reasons that Bair Hugger is safe, effective and a
7  good idea?
8      A  Yes.
9      Q  And at least as you sit here today, as
10 the corporate representative for 3M, you're
11 confident that any and all questions that 3M had
12 during the due diligence phase were answered to
13 3M's satisfaction in that process, fair?
14     A  Yes.
15         MR. GORDON:  I just want to make sure
16 that nobody on the line has any questions?  Is
17 anybody still --
18         MS. ZIMMERMAN:  Wake up.
19         MR. KRONAWITTER:  No.
20         MS. DAVIS:  No.
21         MR. MCCAIG:  No.
22         MR. GORDON:  I actually have about three
23 questions.
24         MS. ZIMMERMAN:  Do you want me to move?
25         MR. GORDON:  You know what?  No.  Let's

Page 337

1  not move.
2      Al, do me this favor.  If you could
3  ignore the fact that I'm talking to your left and
4  answer to the camera.  Is that okay?  It's a
5  little bit --
6      MR. ASSAAD:  Pretend he's the camera.
7      EXAMINATION
8  BY MR. GORDON:
9      Q  Yes.  If you can pull out Exhibit 8, I
10 just want to ask you a couple of questions about
11 that.
12     A  Exhibit A?
13     Q  Exhibit 8.
14     A  Oh, 8.  I thought they were numbered.
15     Q  If you turn to page 11 of 14.
16     A  11 of 14?  Yes.
17     Q  And this is the chart that you were asked
18 questions about both in -- the same chart
19 essentially that appears in Exhibit 8 and Exhibit
20 9, correct?
21     A  Yes.
22     Q  Okay.  And Exhibit 8 was 2005, and
23 Exhibit 9 was -- you used that chart in 2007,
24 right?
25     A  Yes, that's correct.

85 (Pages 334 to 337)

CONFIDENTIAL

Page 338

1    Q  And my first question is:  In 2005, when
2  you wrote -- when you drafted this memo, was it
3  your belief that intraoperative warming was
4  contraindicated in orthopedic cases?
5       MS. ZIMMERMAN:  Object to form.
6    **A  No, I did not believe it was**
7  **contraindicated.**
8    Q  Did you believe that in 2007 when you
9  used this same chart in this memo in Exhibit 9?
10   **A  No, it was not contraindicated.**
11   Q  Has 3M, Arizant or Augustine Medical ever
12  believed that intraoperative warming was
13  contraindicated in orthopedic cases?
14      MS. ZIMMERMAN:  Object to form.
15   **A  No, they did not.**
16   Q  Why did you phrase it this way?
17   **A  Careless wording.  Because a few**
18  **orthopedic surgeons at this time had prohibited**
19  **the use of Bair Hugger in the operating room**
20  **while they were preparing patients for orthopedic**
21  **surgery.  So in that sense it was contraindicated**
22  **by an individual surgeon.**
23   Q  Okay.  And in the same chart that you
24  used the phrase "does not contaminate the sterile
25  field" -- "does not contaminate sterile field,"

Page 340

1  it sounded like I was going to continue.
2       When you wrote this in 2005, was it your
3  belief that the intraoperative warming with the
4  Bair Hugger increased the potential for
5  nosocomial transmission of pathogens?
6       MS. ZIMMERMAN:  Object to form.
7    **A  No, but many physicians did.  Many**
8  **surgeons did.**
9    Q  Okay.  Did you believe that -- strike
10  that.
11      Did you believe that when you wrote it in
12  2007?
13   **A  No.**
14   Q  Okay.  Does 3M believe that the use of
15  the Bair Hugger warming system for intraoperative
16  warming increases the risk of nosocomial
17  transmission of pathogens?
18      MS. ZIMMERMAN:  Object to form.
19   **A  No.**
20   Q  And you -- in your 2009 -- excuse me.
21  Exhibit 9, your 2007 version of the memo, same
22  page where that chart is, but in the summary
23  text, you referred to intraoperative warming as
24  "relatively ineffective therapy."  Do you
25  remember that?

Page 339

1  when you wrote this in 2005, was it your belief
2  that intraoperative warming with the Bair Hugger
3  contaminated the sterile field?
4       MS. ZIMMERMAN:  Object to form.
5    **A  No.**
6    Q  Was it your belief when you wrote that in
7  the memo in 2007, Exhibit 9?
8    **A  No.**
9    Q  Is it your belief today?
10   **A  No.**
11   Q  Is it 3M's belief that use of the Bair
12  Hugger contaminates the sterile field?
13      MS. ZIMMERMAN:  Object to form.
14   **A  No.**
15   Q  Okay.  Going back to Exhibit 8, in the
16  chart you said under "Pros:  Reduces the
17  potential for nosocomial transmission of
18  pathogens by the need for intraoperative
19  warming."  Do you see that?
20   **A  Yes.**
21   Q  When you wrote that, was it your belief
22  that the use of the Bair Hugger had created a
23  potential for nosocomial transmission for
24  pathogens?
25      Let me state that question again because

Page 341

1    **A  Yes.**
2    Q  What did you mean by "relatively
3  ineffective"?
4    **A  That in the initial part of warming after**
5  **the induction of anesthesia, it's very difficult**
6  **to transfer enough heat to raise the patient's**
7  **temperature.**
8    Q  And so when you said relatively
9  ineffective, relative to what?
10   **A  Well, relative to prewarming.**
11   Q  Okay.  So is it your view, your view
12  personally, that prewarming is all you need to
13  prevent hypothermia or maintain normothermia for
14  surgery?
15      MS. ZIMMERMAN:  Object to form.
16   **A  In some select cases that can work, but**
17  **that's very unusual for a number of reasons,**
18  **mainly for pragmatic ones, but in most cases both**
19  **are required to maintain normothermia.**
20   Q  And is it 3M's position that prewarming
21  is adequate to prevent hypothermia and that
22  intraoperative warming is unnecessary?
23   **A  No.**
24   Q  Would you ever personally have general
25  anesthetic surgery without intraoperative

86 (Pages 338 to 341)

CONFIDENTIAL

Page 342

1   warming?
2        MS. ZIMMERMAN:  Object to form.  3M is
3   not going to have surgery.
4        **A   No, and I've had intraoperative warming**
5   **while I've had surgery.**
6        Q   And even though you're a strong advocate
7   of prewarming, you still had intraoperative
8   warming?
9        **A   I had both.**
10       Q   Okay.
11       MR. GORDON:  Nothing further.  Thanks.
12       MS. ZIMMERMAN:  Do people on the phone
13   have questions?  Otherwise I have a couple of
14   follow-ups.
15       I assume nobody has questions.  Are they
16   shaking their head?  Are they even awake?
17   Bueller?
18       MS. DAVIS:  No questions.
19            EXAMINATION
20   BY MS. ZIMMERMAN:
21       Q   Mr. Van Duren, with respect to a series
22   of questions now that Mr. Gordon respectfully
23   asked you about these charts that you've prepared
24   in the 2005 and 2007 memos, you'd agree that the
25   answers that you're giving to Mr. Gordon would

Page 343

1   change the plain meaning of the chart in each of
2   those memos, fair?
3        MR. GORDON:  Object to form.
4        **A   Well, not the contraindicated.  Like I**
5   **mentioned, in that case it was contraindicated by**
6   **the surgeon, so that's not -- that is the plain**
7   **meaning of that word.**
8        Q   All right.  But "does not contaminate the
9   sterile field."  That's pretty plain in its
10   language, fair?
11       **A   It's fair.  But again, this is a draft**
12   **and I'm capturing my thoughts here, so it's not**
13   **fully worked.  But it addresses the concern that**
14   **many surgeons had at the time, and still do,**
15   **about forced-air warming contaminating the**
16   **sterile field.**
17       Q   Mr. Van Duren, is it fair to say that
18   both of these charts in 2005 and 2007 do not
19   provide good factual testimony for your current
20   employer?
21       MR. GORDON:  Object to the form of the
22   question.
23       **A   I'm not sure exactly what you mean by**
24   **that.**
25       Q   So to the extent that in 2005 and 2007,

Page 344

1   you wrote and were careful in drafting a protocol
2   and sending it out to hospitals for
3   consideration, that you wrote potential pros and
4   cons or advantages and disadvantages to the use
5   of prewarming convective therapy.  To the extent
6   that you called it potentially contraindicated in
7   orthopedic surgery, that's not a good fact for 3M
8   today, correct?  Assuming that's true, that's not
9   a good fact for 3M, right?
10       **A   Well, it's a reflection of the fact that**
11   **there are surgeons who are concerned about that**
12   **issue.**
13       Q   Right.  And it certainly confirms that
14   you and 3M were aware of those issues in 2005 and
15   2007, fair?
16       **A   Yes, which we admit, fully admit.  Yes.**
17       Q   All right.  And similarly to the extent
18   that your memos in 2005 and 2007 say that
19   "convective prewarming reduces the potential for
20   nosocomial transmission of pathogens by
21   eliminating the need for intraoperative warming,"
22   to the extent that that's true and the plain
23   meaning carries, that's not a good fact for 3M in
24   facing these lawsuits; is that fair?
25       MR. GORDON:  Same objection.

Page 345

1        **A   Well, it needs an explanation.  And**
2   **again, in both cases, if you look at emails that**
3   **went with these, these are drafts, they're not**
4   **fully completed.**
5        **So the thought there was that we are**
6   **addressing concerns that our customers have**
7   **regarding the use of this device in an operating**
8   **room, and they're concerned that it might**
9   **contaminate the sterile field.**
10       Q   Right.  And those were concerns that
11   continue to be brought up to you as you worked at
12   all three of these different companies; is that
13   fair?
14       **A   Yes.**
15       Q   And in looking at these memos, obviously
16   any of us looking at an email that is almost -- a
17   memo that is almost 20 years old or 15 years old,
18   we have the benefit of hindsight; is that right?
19       **A   We do.**
20       Q   All right.  And we also now, you were
21   trying to prepare a thorough and complete and
22   accurate work product at the time, right?
23       **A   I was.**
24       Q   Right.  And now we're viewing these
25   through the lens of potentially 6,000 or more

CONFIDENTIAL

Page 346

1   lawsuits, fair?
2        MR. GORDON:  Object to the form.
3     **A  I suppose, yes.**
4        Q  All right.  And at any rate, we've gone
5   through with your testimony today that there is
6   not a specific internal test that 3M has done
7   that eliminates the Bair Hugger as a potential
8   contributor to deep joint infection when used in
9   the operating room; is that fair?
10    **A  An internal test?  No.**
11       Q  Yes.
12    **A  No, we have not done an internal test.**
13       MS. ZIMMERMAN:  That's all I've got.
14       THE VIDEOGRAPHER:  We're off the record.
15
16       (Whereupon, the deposition
17       concluded at 6:43 p.m.)
18
19
20
21
22
23
24
25

Page 348

1        S I G N A T U R E   P A G E
2        I, ALBERT VAN DUREN, the deponent, hereby
3   certify that I have read the foregoing
4   transcript, consisting of 346 pages, and that
5   said transcript is a true and correct, full and
6   complete transcription of my deposition, except
7   per the attached corrections, if any.
8   PAGE  LINE   CHANGE/REASON FOR CHANGE
9   ____  ____  _____
10  ____  ____  _____
11  ____  ____  _____
12  ____  ____  _____
13  ____  ____  _____
14  ____  ____  _____
15  ____  ____  _____
16  ____  ____  _____
17  ____  ____  _____
18  ____  ____  _____
19  ____  ____  _____
20  ____        _____
21  Date         Signature of Witness
22       WITNESS MY HAND AND SEAL this_____
        day of _____, 2022.
23
24       (ACL)       _____
25

Page 347

1        CERTIFICATE
2        I, Amy C. Lundgren, RPR, hereby certify
3   that I am qualified as a verbatim shorthand
4   reporter; that I took in stenographic shorthand
5   the testimony of ALBERT VAN DUREN, at the time
6   and place aforesaid; and that the foregoing
7   transcript consisting of 346 pages is a true and
8   correct, full and complete transcription of said
9   shorthand notes, to the best of my ability.
10       Dated at Baxter, Minnesota, this 22nd of
11  April, 2022.
12
13
14
15       AMY C. LUNDGREN
16       Notary Public
17
18
19
20
21
22
23
24
25

STIREWALT & ASSOCIATES
MINNEAPOLIS, MN  1-800-553-1953  info@stirewalt.com

**A**

**a.m** 59:23
**abandoned** 7:5
**abdominal** 29:6
**ability** 50:9,19
  118:5 121:17
  347:9
**able** 7:2 69:17
  71:21 120:22
  121:22 284:10
  299:22
**Abraham** 39:25
  121:10,21
**abreast** 222:3
  223:16
**absolute** 127:19
  132:15 151:1
  164:1
**absolutely** 129:6
  180:15 195:15
  247:18 276:7
  279:14 284:25
  310:25 332:3,5
**absorb** 250:1,9
  264:23
**absorbed** 44:15
  44:16,18,22
  51:4 52:18,24
  53:4
**absorbs** 228:2
**academic** 245:1
**acceptable**
  69:19,21
**access** 121:5,10
  121:12,14,15
  121:15,17,23
  121:25 122:16
  240:3,5,9,10
  241:10 255:15
  255:19 258:20
  259:1,2,6,7
**accomplish**
  221:5
**accomplished**
  220:25
**account** 54:18

54:25 76:1
  285:3
**accumulation**
  73:11
**accurate** 21:5,16
  25:3,25 26:3
  94:16 188:2
  246:15 303:14
  305:5,16
  312:21 345:22
**achieve** 221:19
**achieving**
  221:13 309:19
**acknowledge**
  187:21
**ACL** 348:23
**acquired** 28:19
  216:8 296:15
**acquisition**
  22:12 184:3
  263:24 332:25
**action** 321:13
**active** 267:19,20
**actively** 267:20
**activities** 27:5,7
  36:20,23 37:1
  37:7,15,17,18
  39:24 41:5,13
  41:25 42:1
  315:21 332:24
  334:23
**activity** 37:22
  41:2 96:20
  322:18 324:6
**actual** 11:16
  43:16 140:23
  151:12 153:14
  195:6 268:10
  268:23 284:11
  302:3 309:11
**Ad** 285:25
**ADAM** 3:13
**add** 54:11
  157:12 208:14
  208:15
**added** 69:24
  70:2 111:13

113:10 157:22
  301:20 303:7
**adding** 55:12
  156:18 157:17
  160:3 176:25
  211:13 256:6
  256:12
**addition** 224:19
**additional** 6:20
  53:13 54:11
  55:3,13 173:5
  236:22 237:1
  255:13 256:12
  325:14
**address** 83:10
  134:18 136:19
  139:2 278:12
  286:3
**addressed**
  136:17 252:16
**addresses**
  343:13
**addressing**
  345:6
**adds** 255:2
  256:2
**adequate** 288:22
  341:21
**adequately**
  12:25
**adiabatic** 270:11
**adjust** 249:23
**admission** 144:2
**admit** 344:16,16
**adult** 297:5
**advance** 301:8
**advanced** 29:3
**advantage** 224:1
  224:5,6,8,10
  252:16 274:23
  287:5
**advantages**
  140:1 272:20
  273:2,6,13
  274:14 286:25
  298:10,15
  344:4

**adverse** 211:4
  222:15
**advised** 253:17
**advocate** 342:6
**aerosolize** 91:18
  91:25 103:4
  104:14 133:1,4
  133:13
**aerosolized**
  134:2
**affairs** 258:25
  285:13
**affect** 50:19
  51:24 52:3
  53:4 55:16
  57:19 58:18
  61:2,20 62:12
  71:20 123:18
  146:7 150:17
  160:23
**aforesaid** 347:6
**afternoon**
  213:13
**ago** 9:24 11:4
  58:7 122:11
  226:13,16
  278:24 279:1
  279:10
**agree** 17:11
  30:23 41:7
  44:10 68:1
  78:21 93:22
  95:24 100:6
  124:15,19
  129:5,17
  138:16 144:5,9
  144:10,16
  145:23 147:9
  147:14 150:23
  153:12 166:12
  166:17 169:22
  170:15 173:1
  178:20 179:1
  180:14 185:12
  185:18 190:18
  191:13 193:19
  197:20 199:4

201:18 202:21
  205:21 206:16
  206:24 220:21
  222:14 223:25
  224:11 231:3
  263:21 271:4
  287:11,16,20
  288:16 294:23
  297:7 305:14
  311:9 322:22
  324:15,21,22
  324:25 325:10
  325:25 326:5
  328:12 332:9
  342:24
**agreed** 6:17
  232:2
**agreement** 6:21
**agrees** 203:3
**ahead** 33:24
  301:23 330:17
**AHRQ** 178:13
**aim** 215:20
**air** 44:9,10,11
  44:16,20,23
  48:7,24 49:1
  51:17,21 52:10
  53:8 62:8 71:7
  83:22 84:17,20
  85:6,10,19,22
  86:15 87:1,9
  87:10,13,14
  90:25 91:7
  99:5 103:3,8
  104:13,14
  105:14 106:10
  107:17 110:11
  110:12,15,21
  111:22 113:5
  113:19,23,24
  113:25 114:3,4
  114:15,16,16
  115:19,21
  116:8,12,13
  120:13 123:20
  123:21,21,22
  123:24 126:3,3

Page 350

126:5,19
132:25 133:3
134:16 136:19
147:2,5 150:3
150:7,8,11,12
152:25 171:24
187:2,13,19
188:16,18,19
188:24 189:2,5
189:6,10
190:19 192:11
192:12,13,14
192:17 193:4,5
193:5 250:24
254:2 327:23
330:9
**air-conditioning**
55:13
**air-free** 252:17
**airborne** 17:13
18:1,12,19
19:8 20:3,13
20:20 21:7,18
24:9,15 36:6
36:19,24 37:9
38:9,17 39:10
41:11 42:3,14
42:16 73:24
74:10,14,23
75:6 76:7,14
76:24 82:13,20
83:24 84:7,23
85:2 89:4 91:2
91:8,11 93:16
95:19 97:24
98:5,23 99:4
103:16,23
104:4 109:24
112:3,5 131:14
134:15,17,22
134:23 135:6
136:13,17
137:3,10,22
138:17,24
139:5,7 140:10
140:21 141:4,9
141:17 142:5

143:18 156:3
156:13,19
157:13,18,22
177:1 198:23
199:7,13 251:5
251:22 322:1
322:12,13
**Aircast** 31:13,16
**aircraft** 72:19
**airflow** 54:22,24
55:15,16,18,20
56:7 105:24
106:1 118:3
119:19 126:19
146:7 160:23
172:3,4,10,19
175:2,10,14,24
175:25 176:1
206:22 335:6
**airmen** 72:17,23
**al** 1:9,18 4:18,22
277:18 337:2
**alarm** 334:14
**Albert** 1:24 4:2
5:6,11 347:5
348:2
**alerting** 71:22
**all-cause** 171:1,7
**allegations**
331:14,19
332:10 333:18
335:5
**alleged** 323:4
**allergic** 283:17
284:11
**allow** 287:24
288:10 289:8
**allows** 101:15
314:23
**alter** 188:24
**alteration** 187:2
187:13,19
188:16 189:5
**alternative**
252:17 325:18
326:1,13,23,25
327:19

**alternatives**
221:12 325:1
325:15 326:6
**altogether** 291:4
**ambient** 87:2
**amenable**
270:12
**Amended** 4:6
5:13
**amount** 52:11
124:14 125:1
125:11 127:16
127:23 132:10
132:19 145:2,6
175:3 201:6,19
237:12 242:15
264:2 283:14
**amounts** 200:25
**Amy** 347:2,15
**analyses** 274:9
328:25
**analysis** 38:8
54:14 83:9,21
89:20 108:21
109:19,20,21
121:17 129:6
129:18 169:19
273:15,17,17
273:23 316:16
319:16 320:3
321:2,25
**analyzed** 90:9
**and/or** 7:3
**Andrea** 230:1
**anesthesia** 1:7
1:17 3:7,17
52:10 60:15,17
69:22 71:23,24
111:23 168:16
192:3,4 230:8
230:24 231:15
234:11 237:13
257:9 264:23
268:9 270:10
341:5
**anesthesiologist**
50:3 131:22

**anesthesiologi...**
289:22
**anesthestized**
71:19 72:24
73:3 266:17,19
268:10,12
**anesthetic**
230:23 270:17
272:2 341:25
**anesthetic-ind...**
229:20 230:5
264:25
**anesthetized**
230:9,18 232:2
266:18
**Anethesia** 4:25
**Angalingous**
202:5
**animals** 223:22
**announcement**
303:17
**answer** 9:9
12:25 41:23
59:1,13 61:23
61:25 62:10
76:10 128:11
167:13 189:25
193:20 194:11
285:15 303:5
306:25 318:13
318:15 319:4
323:10 337:4
**answered** 9:15
133:24 208:8
276:5 336:12
**answers** 342:25
**anticipated**
216:1
**anybody** 24:16
58:4 117:4
228:19 258:4
258:11 313:22
336:17
**anymore** 307:16
**anytime** 28:6
122:8
**anyway** 218:12

230:4 232:6
259:10
**anyways** 246:25
252:23 259:23
274:18 279:5
290:15 318:17
335:5
**aorta** 158:13
239:24 290:6
**aortic** 287:8,13
290:18
**Apgar** 193:14
**apologize** 257:13
283:23 298:24
326:18
**apparatus** 78:12
**apparently**
78:14 278:9
**appeal** 83:3
110:9 143:7
250:20
**appear** 40:17
113:25 154:16
**APPEARAN...**
2:1
**appearing** 60:20
**appears** 93:17
286:6 337:19
**appease** 253:13
**application** 52:9
180:23 217:11
**applications**
159:16 223:14
**applied** 89:6
95:20 270:13
280:10
**apply** 97:7
**appreciate**
277:23 306:8
314:11
**approach**
228:12 274:9
280:15 282:2
**appropriate**
162:2 168:4
**appropriately**
245:10

approval 217:7
218:4,5 219:7
approved 95:4
216:2 217:6
219:4
approximately
118:9 236:7
April 1:23 13:17
13:20 14:2,9
14:16 347:11
area 47:4 49:1
91:19 113:21
236:23 244:12
244:15
areas 231:17,18
237:14
argue 186:1
argument
138:20
argumentative
137:18 212:10
290:11
Arizant 2:19
16:13,16,19,21
17:1,14 18:4,9
20:18 22:23
24:12 25:2
36:4,17 37:7
38:7,15 39:7
40:25 41:9,14
41:14,25 42:8
43:8,21 46:20
49:3,13 50:3
58:16 66:8,11
66:14,17,18
69:2 75:12,16
117:4 158:16
184:4 214:5
216:5 218:19
221:10,23
225:25 228:10
229:7 233:21
234:2 248:13
260:22 274:13
275:20 277:22
281:20 284:3
285:19 288:12

289:5 290:9
292:24 295:19
315:16 323:22
330:18,24
332:4 333:2,4
333:21 335:9
338:11
arms 214:10
Arnold 83:18
arose 126:22
160:12
array 120:11
arrival 235:14
272:15
arrive 18:13
arrived 31:21
arriving 20:16
art 57:21
articles 27:9,12
28:1 184:19,21
ASHRE 56:4,5,5
62:5,7
asked 58:10,14
58:22,23
116:16 133:24
208:7 226:19
228:17,19
263:10 337:17
342:23
asking 39:22
58:18 61:9,11
124:19 179:23
182:15 199:3
258:14 281:19
333:5
asks 213:21
aspects 28:24
29:2 98:22
334:25
Assaad 2:6 5:8
5:17 7:25 8:10
20:7,9 37:14
39:18,21 40:1
59:16,25,25
60:23,25 77:4
77:7 88:7 97:3
99:10,16 101:3

101:6 102:20
103:1 107:10
107:15 112:17
130:23 131:5
139:13,15
155:20 156:1
177:16,22
179:12,17,23
180:6,10,13,16
180:17 182:16
182:17 186:18
186:22 190:1,3
212:20 213:1,5
337:6
ASSAD 4:2
asserting 17:7
assertion 17:24
assertions 16:8
16:12 17:5,9
17:12,16 18:6
18:10,25 19:2
21:17
assessed 283:8
assessment
141:19 279:16
assigned 171:2
314:22
assistance 54:3
assistant 215:12
associated 10:21
16:9 36:22
152:8 220:14
222:15 249:4
251:23 256:16
282:8,18 283:7
283:9 295:1
322:18 324:6
ASSOCIATES
1:8 3:17
association
183:18
assume 9:10
66:18,22 75:19
97:7 132:6
138:13 152:6
155:9 180:7
182:2 203:2

229:25 255:22
258:12 260:9
266:24 286:17
291:7 302:16
312:3 342:15
assumed 131:19
assumes 76:18
177:14 205:12
assuming 87:20
97:16 110:9
138:25 142:25
143:3 149:15
151:22 152:2,3
170:13 185:5
193:11 344:8
assumption
170:15
assumptions
61:4
assure 333:8
assured 317:8
attached 279:4
348:7
attachment
277:11 282:25
attempt 207:15
207:17 309:15
attempted 95:22
attended 154:23
attention 221:9
228:5 253:24
259:20
attorney 315:9
attorneys 12:4,5
15:13,17,20,23
16:3,5,23 18:5
333:14,20
audience 228:24
August 88:20
99:21
Augustine 15:20
16:6,8,23,25
17:7,20,21,25
18:5,13,20
19:8 20:2,13
20:19,25 21:3
21:6,18 25:2

26:22 31:21
33:7 34:20,21
35:4,22 36:1,5
36:7,12,17
37:8 38:7,15
38:21 39:6,7
40:25 41:14,25
42:8 43:8,21
46:20 49:3,14
50:2,7,8,17,24
51:19 52:2
53:2 62:23
63:24 64:6,11
66:11,19 68:9
69:2 75:8,12
78:5 80:15
83:13,13 86:19
88:21 121:25
131:21 158:16
160:12,22
161:8,14,18
177:19 179:9
180:3,7 188:12
189:18 214:5
216:7 217:3
218:13,19,21
221:10,22
225:25 228:10
234:2 248:13
250:3,23
251:14 253:15
253:25 281:20
284:3 290:9
295:19 315:15
315:20 323:7
331:14 332:1
333:19 335:13
335:23,24,25
338:11
Augustine's
18:5
Augustine-fun...
335:21
author 260:19
authors 183:1

Page 352

188:15
**autonomic**
236:25
**Avadon** 40:19
40:20 174:6,7
174:14
**Avadon's**
163:19
**available** 209:10
282:7 324:20
325:15 327:1
330:13 333:23
334:10,11
**Avenue** 2:12
**average** 86:25
87:13,14,20
164:3 269:11
**avoid** 95:18
109:24 179:15
222:24 263:23
**avoided** 244:5
256:14
**avoiding** 247:3
**awake** 118:11
249:14 342:16
**aware** 8:2 9:3,21
12:2,22 14:3
17:14,16 18:9
20:20 21:1
36:20 37:1,17
46:21 49:4
50:3,24 51:19
67:5 69:3 78:6
86:14 90:21
92:5,8 96:20
103:3 109:5
112:19,24
113:3,15,16,17
114:9,20,22
117:7 123:9,13
123:17,20,24
124:3,21,23
125:10,23,25
126:2,8,17
128:13,19
131:16 132:10
132:13,25

133:22 134:7,8
136:22 140:9
141:22,23,25
142:23,24
143:16,20
145:12,16,25
148:24 150:23
152:23 153:7
154:10 155:8,9
157:20 167:14
173:21 174:2
174:18 180:18
182:22 183:16
194:3 199:5
201:6,13
203:12,23
206:9 207:8
208:3,13
209:20 210:11
210:15,16,17
212:12 223:3,6
283:4 328:7
329:6,9 331:6
344:14
**awful** 306:12
**Aylward** 3:19

―――――
**B**
―――――
**B** 277:12
**bachelor's** 56:17
**back** 7:12 16:12
21:14 29:9
33:2 36:3 46:1
46:2 47:21
53:6,9 61:1
79:15 82:11
104:21 123:8
146:12 156:18
160:9 182:22
188:14 193:25
225:11 233:5
257:5,16 276:2
279:9,15
286:24 293:23
339:15
**bacteria** 39:13
49:10 84:4,23

85:5,9,12,18
85:21 91:1,12
91:18,25 92:6
92:10,13,17,20
92:24,25 93:1
93:9,13,15
103:4,9 104:11
104:14 111:9
112:22 113:6
114:19 115:23
124:1,4,9,15
125:1,11,18
126:6,7,15
127:22 128:2,6
132:11 133:1,5
133:6,9,13,14
133:23 134:1,3
134:8,9,12,23
144:24 162:9
162:11,21,22
163:10,16
165:15 166:11
173:2,7,9,14
173:15,23
174:15,21
193:21 194:12
194:17 196:13
197:7,12,17
201:20,24
202:9,11,14,23
203:1,15,20
204:2,4,6,8,16
204:18 205:8
206:21 263:24
**bacterial** 85:14
191:5,9,10
197:23 198:2,8
199:10 200:12
200:16 206:15
206:19
**bad** 150:18
**Bair** 4:9,14,16
4:19 16:10
17:10 21:23
22:8 23:8
25:14 31:7,9
32:15 34:19

35:21 37:8
38:8,17 41:11
42:2,22 44:8
45:3,11,25
46:4 50:8,25
52:4,5,13,17
54:11,24 55:7
57:19 58:19
59:5,9 61:21
62:2,11,18
72:11 81:10
82:15,22 83:22
84:4,13,16
89:5 92:6,13
92:23 93:14
95:19 99:20
102:15 110:7
110:20 111:14
112:18 113:3,5
113:12 115:1,9
117:8,14,17
118:13 119:3
119:13,20
120:4,7,19
122:21,25
126:2,14,25
127:2,4,9,11
127:16,17
129:18,24
132:16,19,22
134:16,25
140:7 144:4,6
145:25 146:5,6
146:13,17,21
147:2,4,10,19
148:6,7,7,10
148:14,17,18
149:11 150:9
150:17,24
151:20 152:23
153:1 154:4,10
155:3,15
156:13 159:4
159:12,17,23
160:4,24
161:25 162:5
162:17 164:2

166:18,19,22
168:8,11,18
169:7,8 170:13
171:4 177:6,10
177:24 178:11
181:12 185:7
188:7 189:7
190:20,24
191:6 192:17
192:20,24
193:16,21
194:4,12,17
195:1 197:6
198:7,12,17,23
198:25 199:6,9
199:17 200:3
200:11,15
203:8,23
205:10,16,20
206:9 207:20
210:14 211:7
211:25 212:7
212:16 216:12
216:21,22,23
216:25 217:19
218:8,11,22
219:3,4 223:20
223:20 242:13
242:17 243:12
250:4 251:23
254:19 260:24
266:1,24,24
274:15 277:12
279:23 280:3,5
282:9,12,15,19
282:25 283:9
284:7 285:7
287:4,11,12,17
287:18,24
288:7 290:23
293:20,22
295:2,4 301:4
301:7 303:10
303:24 304:6
304:10,18
305:4 308:17
308:22 309:1

309:14,17
310:7,10,13
311:8,16 315:5
315:6,9,12,17
315:18 319:17
320:6 321:17
321:22 323:5
326:2 327:4
328:22 334:5
335:6 336:6
338:19 339:2
339:11,22
340:4,15 346:7
**BALL** 2:9
**Ballard** 3:2
60:13
**bariatric** 308:3
313:14
**Barrier** 329:18
**barriers** 236:21
**based** 5:21 7:4
10:22 83:21
90:2 96:7
97:12 135:3
141:19,21,24
142:23 143:8
151:22 155:13
169:6 188:14
209:2 211:3
246:17,21
253:15 269:9
**basic** 56:7
227:10
**basically** 79:24
229:23 230:24
235:17 249:14
**basis** 76:16
82:24 142:3
143:1,4,9
254:13 281:5
**bat** 282:22
**Bates** 4:11,13,17
4:18,21 105:2
105:3 135:16
225:13 296:23
**Baxter** 347:10
**bed** 78:20 283:4

**beg** 216:17
**began** 17:19
19:4 98:17
**beginning** 31:7
229:18 320:17
**begins** 256:25
320:23
**behalf** 2:2,14,19
3:1,5,11,17
8:25 9:23 11:2
11:6 21:21
59:25 60:3,6,8
60:10,18
181:22
**beings** 118:6
119:17 127:2
168:16 249:23
**belief** 338:3
339:1,6,9,11
339:21 340:3
**believe** 5:18,19
8:13 9:24
11:23 14:3
20:17 23:19
30:19 34:20
35:1,3 42:10
54:4,5 60:5
61:5,8,19,25
70:4,8 71:4
74:17,24 77:12
77:16 80:10
86:19 89:11,11
101:2 102:6
105:24 114:13
117:6 122:15
125:21 133:16
135:14 137:12
144:24 145:5
145:11 156:5
157:24 160:5
165:6 166:6
171:14 172:2
176:3 180:5,22
181:14,17
192:21 196:18
197:11 198:21
208:11,13

209:1 214:8
226:23 245:4
266:14 279:2,3
313:13 320:7
321:16 327:5
330:8 338:6,8
340:9,11,14
**believed** 249:21
288:6 338:12
**bell** 278:20
**beneath** 174:15
**beneficial**
169:15
**benefit** 166:21
167:8,24
169:10 247:3
273:19 308:17
308:19 309:11
310:20 311:8
345:18
**benefit-risk**
273:17 274:8
**benefit/efficacy**
281:15
**benefited** 303:9
**benefits** 167:1
168:10,13,18
170:2,16
213:23 214:6
219:15 276:14
284:4 292:25
303:25 304:6
308:21 309:1,5
309:9
**Benham** 15:23
**best** 25:24 26:1
26:11 62:17
139:19 197:5
257:16 273:18
294:9 307:14
347:9
**bet** 328:6
**better** 48:10
75:13 81:8
153:13 244:12
245:15 264:3
269:11 300:17

**beyond** 166:19
202:3 203:5
204:22 205:13
210:7 280:8
281:12
**BIBLE** 3:17
**bibliographies**
15:16
**bibliography**
26:22
**big** 106:9 222:22
282:23 283:19
**bigger** 172:14
**bio** 296:8
**bioburn** 112:19
112:25 113:6
**biology** 56:12,13
56:17
**bit** 21:14 80:3
83:4 93:8
104:10 123:8
146:12 166:10
223:19,20
232:16 251:10
259:19 261:12
314:15 318:7
329:1 337:5
**blanket** 29:17,22
50:25 53:22
100:21,23
101:15,19,21
102:2,3,11
126:22 174:3,5
174:15,22
215:2,4 216:15
217:23 248:17
248:20 255:18
267:13 305:19
328:10
**blankets** 23:2
102:4,5,8
199:1 215:6,16
216:3 223:20
236:6 243:17
256:17 267:17
267:21 268:1,1
325:10 328:25

**bleeding** 169:12
309:6
**blood** 231:18
**blow** 92:6,10,13
93:1 103:9
150:3
**blower** 64:23
93:14 242:6
**blowing** 84:17
84:20 90:25
91:6 99:5
103:3,8 104:13
104:13 132:25
133:3 134:16
136:19 188:19
190:18 193:4
250:23 254:2
**blown** 189:7
**blows** 83:22
93:14 147:2,4
**bodies** 95:5
237:14
**body** 44:15,17
44:19,22 84:18
84:21 102:2,3
102:10 214:11
214:15,18,19
228:2,2 230:8
231:15,17
235:23 237:1,5
238:4 270:12
292:22,23
309:24
**boss** 257:21
259:16 312:10
**bottom** 100:10
135:18 173:5
225:13 234:5
270:1 278:15
295:25 296:22
299:5 302:2
307:10
**bought** 18:8
66:7,8 75:11
75:12,16
**Boulevard** 3:9
3:20

Page 354

**Box** 2:4
**brand** 64:20
  253:14 293:19
**Brandy** 3:19
**breach** 294:22
**break** 9:13,14
  19:19 44:6
  59:18 102:19
  102:20 112:13
  130:24 138:22
  155:20,22
  200:2 212:23
  213:7 314:1,4
  314:8
**breasts** 307:20
**Breer** 2:16 60:18
  60:18
**Brett** 2:3 60:5
**briefly** 6:5
  319:14 324:11
**bring** 19:19
  139:13,14
  192:12
**brings** 249:8
**broadly** 269:13
  318:25
**brought** 113:11
  345:11
**BS** 328:5
**Bueller** 342:17
**Building** 2:17
**built** 120:12
  313:8
**bunch** 317:1
**buoyancy** 55:20
  55:21
**buoyant** 113:18
**burgers** 303:21
**burn** 72:18
  73:13 222:18
  222:22
**burned** 72:20
**burns** 72:22
  73:8,10,10
  223:3,6,11
  282:23 283:12
  284:8

**business** 28:9,15
  28:16,17,19
  29:3,13 95:11
  128:23 158:17
  160:19 329:23
  329:24 331:8
**buy** 217:21

_____
          **C**
**C** 5:1 347:2,15
**C3M** 302:4
**calculation**
  39:13 53:25
  54:1 59:4 61:3
  62:10
**calculations**
  39:14 42:2
  53:7,12 54:15
  54:16,17,18
  55:16 56:7
  57:19 58:15
  61:1,16 109:20
**Calima** 328:6,6
  328:6
**call** 34:7 52:15
  115:3 250:25
  267:11 271:2
  273:14
**called** 114:6
  216:23,24
  239:1 254:2
  269:24 276:4
  327:8,16,25
  328:1,6 329:6
  329:10 330:3,4
  330:7 344:6
**calling** 251:20
**calls** 280:24
**camera** 337:4,6
**campaign**
  250:24 253:24
  254:1,3
**Campbell** 2:4
  60:4,4
**campus** 121:13
  121:15
**Canada** 171:15

**capability** 41:15
**capable** 262:7
**capturing**
  343:12
**card** 4:12 97:5
  101:5,11,12
**cardiac** 307:20
  309:5 313:15
**care** 18:9 29:4
  195:13 223:23
  255:23 301:9
  327:25 328:3
**careers** 210:17
  244:24
**careful** 228:6
  239:6 344:1
**careless** 290:13
  338:17
**carries** 344:23
**carry** 49:10
  114:19 115:23
  126:5,15 128:2
  128:6 201:20
  201:24 203:1
  203:15 204:6
  204:15
**carrying** 123:25
**cart** 192:4
**CARTMELL**
  3:8
**case** 1:7,16
  60:22 63:9
  84:25 147:15
  149:6 194:24
  281:4 290:15
  296:9 343:5
**cases** 236:8,18
  236:19 239:25
  240:14,15,25
  246:6,8 273:18
  287:9,19,25
  290:24 338:4
  338:13 341:16
  341:18 345:2
**cast** 77:18,20,21
**casual** 304:15
**categories** 26:21

**cause** 37:9 38:9
  73:24 74:9,23
  75:5 76:7,23
  85:15,16 91:1
  91:7,12,13
  92:1 93:15,16
  99:1 103:3,16
  132:11 134:17
  144:25 147:1
  187:2,13,19,22
  188:15 189:5
  193:7 198:23
  199:6,9 222:22
  283:16 321:8
**caused** 94:15
  143:17 149:10
  150:11,12,16
  161:25 188:19
  223:4,7,11
  242:8 323:5
**causes** 38:17
  41:11 42:3
  85:12,14
  231:20 252:9
  331:20
**causing** 131:14
  251:5
**caution** 208:15
**cautions** 25:23
  25:24 158:9
  211:6
**cavities** 29:6
**CDC** 178:13
  262:25,25
**celebrating** 14:1
**celsius** 23:6,9
  70:24 71:11,13
  71:15,18,18
  87:3,4,4,5,10
  175:1 223:1
  231:1,7 232:8
  232:13 268:15
**Center** 3:1 60:12
**Centerpoint** 3:1
  3:1 60:12,12
**central** 214:11
  214:17,23

  231:16,19
  238:12
**certain** 18:25
  19:3 64:6 65:2
  67:3 89:1
  116:10 138:19
  147:14 165:9
  166:13 175:15
  204:5 276:5
  301:25 309:4,5
**certainly** 7:11
  7:24 18:11
  19:5 51:20
  55:17 110:10
  141:13 143:20
  159:10 183:14
  222:19 248:10
  251:2 274:5
  276:24 288:3
  291:24 295:19
  320:15 321:20
  322:17 331:19
  332:2 333:18
  334:9 344:13
**CERTIFICATE**
  347:1
**certify** 347:2
  348:3
**CFD** 37:21,22
  38:3,8,11
  39:24 120:10
  121:11 123:7
  164:18 165:4
  209:14
**CFDs** 38:1
**CFM** 176:2
**challenging**
  297:21
**chance** 248:1
  317:10
**chances** 125:20
**change** 55:19
  70:3 171:18
  175:1 232:13
  237:15,21
  266:7 294:21
  309:21 343:1

348:8
CHANGE/RE...
 348:8
changed 52:11
 69:9,10 70:19
 89:15,18 172:4
 218:19 257:7
 271:17 273:4
changes 43:5
 64:13 148:10
 171:20,25
 172:3,9 176:19
changing 134:18
 134:19 157:12
 157:15 166:10
characteristics
 172:16,17
characterized
 251:12
CHARLES 3:18
Charmaine 2:22
 60:9
chart 227:6
 230:4,22 231:4
 231:22,24
 232:6 233:6,7
 239:1,3 242:20
 245:18 249:12
 254:18 255:14
 263:7 264:24
 266:4,23 270:4
 272:20 274:18
 286:25 287:5,8
 290:5 298:9,14
 300:12 301:1,2
 308:1 337:17
 337:18,23
 338:9,23
 339:16 340:22
 343:1
charts 232:21
 265:9,17
 342:23 343:18
checked 259:14
chemistry 56:11
 56:19,20
choice 289:6

choked 283:3
choking 283:13
 284:9
choose 330:12
chooses 208:14
chose 205:6
 207:18 208:21
Cincinnati
 327:22 329:9
Cindy 4:22
 277:8,16 278:7
 278:17 286:8
CIRCUIT 1:1
circuitry 41:21
 242:4
circulated
 258:17
citation 233:6
citations 233:10
 233:12 259:20
cite 233:1 336:3
cited 232:22
 235:7
citing 299:1
 307:11
City 1:9 3:4,9,17
 3:20 60:16
claims 323:2,3,4
 323:14,15
clamp 158:13
 239:25 290:6
 290:18
clap 287:8
clarification
 277:23
clarify 104:9
 105:4 166:1
 179:25
clear 35:18 61:3
 67:9 81:24
 103:2 116:18
 153:20 158:5
 164:14 252:4
 271:15,20
 273:12 281:3
clearance 77:14
 78:8

cleared 280:20
 280:21,22
 281:5
clearly 119:7
 122:16 278:25
 288:16 303:1
clears 280:12
Cleveland 42:11
 42:20,21
climate 328:7
clinic 42:12,20
 42:21
clinical 11:13
 15:15 27:8,9
 27:11 28:14
 31:4 37:20
 73:1,6 119:15
 225:16 229:13
 234:12 258:25
 285:13 291:15
 291:16,18,20
 291:23 303:25
 304:6,8 325:25
 334:23
clinically 310:9
clinician 71:22
clinicians 75:4
 76:2,6 86:6
 89:25 161:12
 251:4 252:8
 283:21 314:20
clinicians'
 333:11
close 47:13
 228:5
closer 320:16
coaching 179:19
cockpits 72:19
Cocoon 328:1
code 65:25
 66:10,14,15,16
 66:19,22 95:7
cold 81:14 82:3
 82:9 113:24
 114:3,16
 115:19 116:13
 123:21,21

193:5 231:17
 240:17 308:8
 310:12 311:7
collaborators
 292:9
colleagues
 174:13 299:2
 299:19 300:6
collection
 226:10
college 238:2
colony-forming
 163:3
color 298:23
colorectal 4:20
 166:16 261:1,8
 262:1
column 135:17
 241:10
combination
 176:7 297:12
combined 54:23
come 29:16
 212:13 217:1
 220:13 262:18
 279:9
comes 153:20
 158:20 192:17
 233:1,8,8
comfort 238:11
comfortable
 238:16,17
 243:4
coming 48:25
 76:16 87:9
 115:1 171:24
 172:18,19,23
 173:5,7,14
 174:21 192:14
 251:22
commenced 6:6
comments
 299:13,17
 300:12
commercial
 86:21
commercialized

219:9
commission
 166:25
commissioned
 17:22 19:7,7
 19:10 20:2,12
 20:25 21:3,6
 38:12,21 39:21
 39:24 40:21
 42:5,8,13,25
 43:9,20 44:1,5
 121:3 122:1
 162:18 163:9
 163:17,20
 165:2 182:2
 188:11 189:18
 332:13,15
committee
 208:10,21
 211:11
common 58:15
 80:23
commonly 235:7
communicated
 289:4 332:3
communicating
 288:16
communication
 7:15
communicatio...
 13:4 333:21
community
 143:23 144:19
 145:13,18
 148:25 153:23
 206:24
companies 36:5
 42:6 75:11,25
 221:14 294:7
 294:16 345:12
companies'
 334:19
company 2:19
 5:15 9:1 28:21
 34:25 35:5
 50:14,15 66:8
 66:11 69:3

Page 356

73:3 75:13
76:13 78:2
86:19 92:5
95:17 96:9
98:4 103:3
104:18 107:6
107:10 110:5
113:17 114:9
114:22,24
119:11 122:23
123:9,20 124:3
125:25 126:2
126:10 129:5
129:17 130:19
131:16 133:22
134:7 136:12
139:23 140:9
141:3,16
143:12,16
145:25 148:24
152:6,15 153:3
153:12 154:2
157:21 158:15
158:18,24
159:5,7,11
160:15 162:22
163:10,17,21
165:3,15
169:20 188:1
216:8 218:14
218:18 222:7
228:25 251:14
251:18 252:4
253:14 284:1
303:17 327:25
329:13 330:3
330:19,23,25
331:10 332:21
332:25 334:20
334:25
**company's**
140:3 141:16
**comparatively**
328:21
**compare** 272:24
**compared** 65:5
127:17 140:2

176:21 185:23
242:22 265:13
292:22
**compares** 106:1
300:6
**Comparing**
42:16,22
**comparison**
105:25 242:24
268:7
**comparisons**
265:25
**compendium**
304:17,24
**compensate**
55:14
**compensated**
54:12
**compensatory**
235:25 266:6
**competitors**
139:17,24
**complaining**
247:14 250:21
251:1
**complaint**
253:16 276:3
312:14 323:19
**complaints**
251:8,8,21
253:13,15
320:19 323:18
333:25
**complete** 242:6
242:7 345:21
347:8 348:6
**completed** 345:4
**completely**
22:20,24 87:15
138:19 180:12
191:1 194:2
197:14 209:20
244:15 281:24
317:14
**complex** 206:22
**compliant**
276:17 311:11

311:19
**complicated**
245:4 314:13
**complication**
169:23 263:18
264:10,11
**complications**
263:22
**components**
29:4
**composite**
167:17 195:20
**compound**
184:1 251:25
**comprehensive**
308:1
**computational**
123:2,7
**computer**
102:17
**con** 255:1,13
256:1,23 273:4
**conceivably**
103:9
**conceived**
228:20
**concept** 131:23
**Concepts** 28:21
**concern** 47:8
73:19,22 93:12
93:17 109:23
110:1 125:16
129:23 220:6
251:14 253:21
253:23 275:17
331:20 343:13
**concerned** 17:21
17:25 91:10,17
94:24 154:5
220:10 222:17
222:23 295:1
344:11 345:8
**concerning**
161:11 285:7
334:25
**concerns** 84:21
111:11 157:16

161:12 220:7
248:8 251:4
252:8 254:10
254:12 282:21
289:9 333:11
345:6,10
**conclude** 148:13
263:16
**concluded**
346:17
**concludes**
198:11,16
199:6
**conclusion**
191:2 237:9
280:25
**conclusions**
190:16 269:9
**conclusive**
194:16 196:5
212:16
**condition** 68:14
68:17 309:4,13
309:13
**conditions** 52:9
52:12 62:3
64:8 116:20
133:18 174:4
**conduct** 66:1,10
66:14,15,16,19
66:23 120:22
164:7 183:9
214:5 285:4,14
291:11 330:24
**conducted** 27:5
44:2 72:15,17
73:6,16 83:8
123:3 129:22
141:7,12
155:15 162:16
167:17 168:9
177:5,9 187:25
188:1 213:22
281:14 283:19
292:24 299:2
299:10,18
300:2 319:17

320:5,7 330:18
331:7 333:6
**conducting**
155:5
**conductive**
29:11,16,22
30:10,13
214:23,25
215:6 223:8
324:14 325:8
329:4
**cone** 34:7
**cone-shaped**
22:25
**conference**
212:14
**confidence**
332:23
**confident**
336:11
**CONFIDENT...**
1:21
**confidentiality**
332:17,20
**configuration**
216:16
**confirm** 36:21
36:23 37:2,8
163:12,22
**confirmed** 116:7
**confirms** 344:13
**confused** 13:23
**connect** 101:16
**connection**
205:18
**cons** 239:2,9
242:21,25
245:18 254:17
273:7,13 344:4
**conscious** 284:9
**consensus**
124:22 127:20
132:2 154:19
182:7,12
208:10,20
209:6,24
210:10,20

211:1
consequences
  245:9
consider 25:11
  152:19 177:3
  215:5 276:22
  309:23
consideration
  47:9 67:23
  68:4,12,20,21
  69:1 74:17
  291:10 292:14
  292:15 344:3
considerations
  46:24 65:2,22
  74:21
considered
  29:10 64:7,9
  64:21 74:12
  82:14,21 84:8
  84:9,12,24
  85:8 103:24
  176:25 257:5
  267:19 316:6
  322:3,14
  333:17
consist 64:24
consistent
  252:25 253:4
  296:1
consisting 347:7
  348:4
constant 148:9
construe 7:4
consult 322:5
consultant
  181:15,19
consultations
  153:7
consulted
  152:15 153:3
  154:2
consumers
  184:15
contacted
  275:21
contain 202:23

contained 25:19
  135:5
contaminants
  111:12,13,15
  113:10 192:13
contaminate
  40:17 91:19
  190:11,12
  199:18 241:15
  250:19 338:24
  338:25 343:8
  345:9
contaminated
  135:10 173:8
  335:7 339:3
contaminates
  110:23 111:4
  339:12
contaminating
  343:15
contamination
  4:16 16:9
  17:10,13 18:2
  18:12,19 19:9
  20:3,14,20
  21:7,19 24:9
  24:15 36:6,19
  36:25 37:9,23
  38:10,17 39:11
  41:12 42:3,14
  42:16 73:24
  74:10,14,23
  75:6 76:7,14
  76:24 82:13,20
  83:24 84:7,24
  85:2 89:5 91:2
  91:8,11 93:16
  95:19 97:24
  98:5,23 99:4
  103:16,23
  104:5 109:24
  112:3,5 131:14
  134:15,17,22
  134:23 135:7
  136:14,17
  137:3,10,23
  138:18,24

139:5,7 140:11
  140:21 141:4
  141:10,18
  142:5 143:18
  143:22 156:4
  156:19 157:13
  157:18,22
  177:1 187:4,15
  188:8 189:13
  189:20 190:5
  191:5,7 194:6
  198:24 199:7
  199:10,13
  200:12,16
  251:5,22 289:9
  322:2,12,13
contents 10:19
  10:24
context 223:12
  241:22 282:10
continue 8:6
  93:24 131:6
  181:25 227:16
  245:13 275:7
  314:9 323:21
  340:1 345:11
continued 10:23
continues
  323:25 335:20
continuing
  228:11
continuously
  267:23 320:21
  320:25
contract 294:18
  294:22
contracts 294:3
  294:3,7
contradictions
  25:12,13
contraindicated
  158:13 239:23
  287:7,13 288:1
  288:7 289:4,7
  290:4 291:4
  310:18 338:4,7
  338:10,13,21

343:4,5 344:6
contraindicati...
  287:17 288:12
  289:10,14
  290:7,14,23
contraindicati...
  25:15,16,19
  158:8,10
  288:17
contribute 335:8
contributor
  346:8
control 49:20
  148:8 196:6
  242:4 249:13
  250:4,7
controlled 55:12
  94:23 142:10
controversy
  86:16
convective 29:11
  236:6 239:2,10
  239:12,16
  241:14 242:21
  242:22 243:2
  243:10 245:19
  246:12 248:20
  253:8 254:19
  255:14 256:2
  256:23 272:21
  274:14,24
  287:1,3 298:11
  313:12 324:14
  344:5,19
convectively
  243:14
convention
  212:14
conventional
  55:8 118:3
  119:19 193:12
conventionally
  53:10 126:20
  127:7
conversation
  14:13,14
conversations

15:4 35:22
  36:1 252:12
cool 238:4
  267:22 269:22
cooling 34:3,4
  59:9
coordinated
  331:9
copied 138:5
  140:17 226:17
copy 11:19
  19:19
copying 139:4,6
copyright 80:15
  88:18 100:7
  302:2,9
core 52:11 195:2
  215:18 230:7
  232:6,13
  238:14,18
  265:10 266:6
  266:20 268:7
  268:15 269:16
  269:19,20,21
  292:22 300:7
  300:13 309:21
  309:25 310:1
  310:24 311:1
Corey 2:22 12:6
  59:16 60:9
  225:3 306:21
  318:11 319:19
corporate 1:25
  2:17 4:7 5:14
  5:25 8:21,24
  9:22 10:25
  11:10,10 12:13
  15:14 26:19
  336:10
corporation
  210:19
correct 8:22
  11:22 12:23
  13:24 16:13,16
  17:15 18:2,7
  18:10 19:9,13
  19:15,21,24

Page 358

20:4,7,14,17
21:9 23:10,11
23:22 24:3,7
24:20 25:3,6,9
25:12,20,22
26:4,6,10
27:16,21 29:20
29:23 30:17
31:10,14,23
32:1,2,3,10,11
32:13,14,17
33:15 34:22
36:14 37:4,19
38:22 39:4
40:3 41:12
42:4,23,24
43:5 44:8 45:9
46:4,5,12,18
46:23 47:1,5
47:22 49:1,14
49:18 50:5
51:2,22 52:19
52:25 55:3
56:9,15,24
57:16 59:4,10
61:5 62:25
63:1,4,12,16
63:21 64:2,5
64:15,25 65:9
66:4,5,8,12
67:17,24 69:8
70:20 72:1,24
72:25 74:5,6
74:10 75:22
77:15,19 78:13
80:1,2,18,24
81:12,22,25
82:10 83:14
84:14 85:6,17
86:20 87:5,6,7
87:11 89:10,14
90:6,22 91:2
92:18,21 93:10
93:16,23 94:3
94:7 95:8,14
96:2 98:19,23
100:8 102:5,6

102:10 104:1,2
104:11,22
105:10,18,19
106:17 108:1
108:13 109:25
110:13,14,16
111:16 113:1
113:23 114:1,4
114:5,7,16
115:14,15,17
115:18,21,23
117:9 118:9
119:9,23 121:4
121:6,12 122:2
122:10,14
123:11,15,22
126:7,25 130:7
130:17 132:16
132:20,21
133:10,15
134:25 135:7
135:13,22,24
136:3,6,9,20
136:21,24
137:11,16
138:8 139:6,14
141:5 143:14
143:19 145:3
146:8,23 147:2
148:8,10
149:17,25
150:1,3,21
151:5,17
154:20,23
156:4,7,14
157:1,6 158:2
158:6,8 159:24
162:8,19,20
163:11,13
164:3,8 166:4
166:23 167:25
169:2,4,21,24
170:4 172:11
172:20,24
173:3 174:22
175:2 176:8
177:7 181:1,16

184:11,16,21
185:3,8 186:4
186:13 187:16
187:20,23
188:3,12,20
189:1,20 190:6
190:9,13,24
191:12,14,23
192:6,14,25
193:4,5,8,17
193:24 194:14
195:12,17
196:2,8,20,23
197:3,7 199:20
200:5,9,13,22
201:2,9 202:9
202:12,18
203:2,7,13
205:1,10,22
206:1,7 207:2
207:21 208:17
209:8,12,25
210:5 211:2
212:8 216:9
217:7 220:25
226:25 227:14
232:10,20
239:18 240:4
240:13 241:23
249:18 263:17
268:25 269:8
269:13 270:25
272:10 275:5
284:23 288:15
288:24 290:19
291:1 297:20
300:16 303:15
309:20 335:22
337:20,25
344:8 347:8
348:5
**corrections**
  348:7
**corrective**
  321:13
**correctly** 82:16
  87:7,8 89:7

97:25 106:14
106:23 108:8
174:24 189:15
241:8 262:7
270:24 271:12
288:21 301:12
302:2
**correlates**
  183:17
**correlation**
  145:6,14
  146:16 153:11
  153:25 178:6
  180:20 183:10
**cost** 220:22
  244:8 249:4,8
  256:20 305:18
  329:1
**cost-effective**
  326:7,17,19
**cost-utility**
  328:24
**costs** 244:6,8
  256:3,12,16
  306:1
**cotton** 215:2,4,5
  215:16 216:3
  217:22 267:17
  267:21,25
  325:10 328:10
  328:25
**counsel** 13:5
  14:20 26:15,18
  27:1,13 324:4
**counted** 176:7
**counteracted**
  193:11
**country** 121:18
**counts** 146:4
  149:15 151:8
  151:11,23
  163:16 206:3
**COUNTY** 1:1
**couple** 9:24 28:7
  83:15 118:2
  138:12 139:8
  171:14 233:11

254:17 295:6
315:13 337:10
342:13
**Courier** 306:13
**course** 53:9
  73:15 95:9
  194:23 227:25
  230:22 247:20
  248:12 289:3
  334:12
**court** 1:1 5:3 7:1
  8:4 179:7
  299:16
**Court's** 5:22
**cover** 6:17 7:9
  89:5 95:20
  225:3 261:14
**covered** 5:19,23
  7:20 89:22
  117:8 305:19
**COVID** 85:25
  86:14,14
**Covidien** 327:16
**create** 33:8
  38:14 78:2
  229:24
**created** 62:24
  97:13 120:19
  339:22
**creating** 30:10
  30:13 117:18
**creation** 222:18
**Creek** 2:16
**criminal** 335:15
**criteria** 180:3
**critical** 199:22
  199:22 231:11
**CRNA** 3:18
**cross** 239:24
  287:8 290:6,18
**cross-clamp**
  287:13
**cross-country**
  238:2
**cuboid** 23:1
**current** 8:9
  22:11 236:4

254:20 255:1
343:19
**currently** 137:2
137:9,15,16,20
140:21 181:16
**Curt** 169:1
**Curtis** 42:12,18
42:19 149:13
149:17,20
151:6,10,18
178:1
**custodian**
306:21
**customer** 228:25
229:11
**customers** 19:1
19:3 26:8
54:10 66:3
158:1,1,4
162:1 183:24
228:22 247:13
248:4,9 250:20
251:20 253:22
273:21 276:4
288:20,25
298:2,3 301:15
333:22 345:6
**cutaneous**
270:22
**CV** 56:14

───────────
**D**
**D** 5:1
**D.O** 3:17
**dad** 35:3 83:13
**Dan** 230:1
**data** 90:17
119:15 151:6
154:7 233:7
262:25 263:1
**database** 263:1
334:1
**date** 14:5 16:24
17:3 19:16
20:15 40:4
80:12 88:19
97:6 100:7,12

100:18 101:24
101:25 260:18
290:21 296:19
302:11 348:21
**dated** 99:20
277:8 347:10
**dates** 16:15
**David** 15:22
**Davidson** 3:14
**Davis** 60:16,16
336:20 342:18
**day** 132:18
228:11 335:20
348:22
**days** 259:22
318:8
**De** 196:22
**deal** 8:7 39:10
106:9
**deals** 172:22
**dealt** 149:20
213:2
**Dear** 212:14
**death** 170:8,9,19
170:23 171:5
**debate** 247:2
308:20 310:8
**decade** 276:11
**decades** 276:8
**December** 4:15
6:10,15,18,19
100:16 252:14
**decide** 67:9
72:19 93:1
212:6,8 240:18
330:12
**decided** 209:2
**decides** 63:24
**decision** 28:9,10
28:11 64:11
72:21 280:23
294:20
**decisions** 316:20
**decline** 270:15
271:25
**decrease** 195:7
231:20 263:8

265:11 269:21
**decreases**
269:16
**dedication** 306:8
**deemed** 252:11
**deep** 132:11
145:7,15,20
149:12,22
151:4 153:5,11
153:22 169:22
170:10,14
177:11,24
178:2,7 180:21
183:11,18
195:17 196:2,2
196:8,14 197:1
198:13,17
208:5 331:21
335:8 346:8
**defend** 286:11
**Defendant** 2:19
281:20
**Defendants** 1:10
1:19 2:14 3:1,5
3:11,17 60:15
60:17
**Defendants'**
213:22 281:14
**defense** 5:19 6:2
**define** 177:17
**defined** 180:2
**defining** 177:15
**definition**
104:12 257:7
**degree** 23:6 56:9
56:23,25 71:11
71:15 87:5,10
232:8 249:13
**degrees** 23:6,9
70:24 71:13,18
71:18 72:10,13
72:13 73:4,5
87:4,4 175:1
175:22 176:14
220:4 222:25
231:1,7 232:13
268:15

**delay** 245:6
**delayed** 299:23
**delivered** 269:13
**demonstrate**
169:14 298:9
**demonstration**
263:4
**dense** 115:19
116:12 123:21
193:5
**dental** 192:21,22
**department**
324:6,8
**departments**
28:15 331:10
**departure** 28:8
**depended** 143:4
**dependent**
210:17
**depends** 67:18
319:5
**depo** 183:3
**deponent** 348:2
**deposed** 213:18
**deposition** 1:24
4:7 5:14 6:5
9:18 10:1,11
10:15,16,18,23
10:25 11:10
12:1,15,18
13:4,10,14
14:4,17 15:2,7
21:25 26:14
35:19,23 77:22
90:16 127:13
128:10 183:4,6
202:4 204:23
207:5 212:11
226:4 247:17
304:21,25
305:1 346:16
348:6
**depositions**
226:21 257:16
308:16
**DEREK** 3:6
**derive** 146:11

261:17
**derived** 262:20
**dermal** 283:15
317:1
**describes** 81:4
**description** 4:5
81:3
**design** 17:8
35:20 41:17
46:24 47:9
53:12 56:2,6,7
62:15,21 63:6
63:7,19,24,24
64:7,12,20,23
65:3,20,21
66:23 67:13,23
68:7,10,13
74:3,8 75:18
83:8,12 90:4,7
90:10,11 93:21
94:4,6,9,12,18
94:18,19 95:13
95:13,17,18
96:1,1,2,3,9,11
96:15,18,19
112:18 123:9
129:4 131:8
133:22 139:16
139:19 151:22
152:5 156:25
157:5 159:18
176:19 213:2
218:22 219:3
320:13 321:21
321:21
**designated** 5:24
8:20 12:13
**designed** 22:9
34:18 46:4,7,8
46:21 63:3
74:25 147:17
168:8 218:24
**designers** 93:4
**designing** 47:19
63:10,14,20
68:2,4 203:11
276:19

Page 360

**designs** 49:23
**desire** 143:21
**despite** 245:11
 291:2
**detail** 334:7
**detailed** 239:5
**detect** 168:5
 266:7
**determination**
 141:15
**determine** 36:18
 38:9 41:10
 42:2 43:10
 50:8,18 52:3
 53:3,7 63:19
 72:18 73:14
 76:23 79:16
 117:16 122:24
 126:13 129:7
 139:19 141:8
 149:9 153:4
 166:21 183:9
 183:21 188:2
 213:23 214:5
 219:15 281:15
 284:3 292:25
 300:2
**determined**
 73:10 89:20
 103:7 133:3
**determining**
 61:20 162:5
 178:5
**develop** 75:7
 107:23 285:13
 316:15
**developed** 22:11
 22:20 238:10
**developing**
 94:13
**development**
 30:9 124:10
 160:19 199:23
 282:1 314:21
 316:13 320:17
 331:8
**Devereux**

171:15
**device** 26:3
 30:11,14 31:13
 32:16 33:8
 34:3,4,7 46:11
 63:14,21 64:9
 64:12 65:4,23
 67:20,24 68:2
 68:5,8,22 74:8
 75:20,21 77:13
 77:18 78:3,10
 78:18 79:5
 81:6 82:19
 83:2,9 90:6,9
 90:12 91:18
 92:6,10 95:1
 100:21 110:8
 110:20 115:1
 119:13 120:4
 126:15 127:10
 129:19 131:10
 131:13 134:25
 135:5,12
 137:23 138:10
 138:17 139:1
 140:3 143:2
 152:9,17 160:4
 170:13 171:18
 171:21,23
 172:1,13,15
 181:12 187:2
 187:12,12,18
 188:15 189:1,4
 189:7,11
 197:22 206:24
 212:7 216:1,19
 216:21 217:5
 218:3,6 249:7
 254:20 273:22
 280:21 281:6
 283:7 289:8,11
 289:19 290:3
 290:16 309:12
 345:7
**devices** 34:5
 69:10 75:15
 77:17 78:7

83:7 86:17
 111:22 112:19
 115:4 131:17
 132:23 136:23
 140:2,7 143:17
 158:24 159:3
 159:23 160:2
 172:9 184:20
 210:21,25
 223:10 242:18
 249:6 252:14
 325:5
**diagram** 4:8
 78:18,25
 191:15
**difference** 22:22
 90:3 105:20
 133:17 149:14
 149:16,20,22
 151:9 163:1
 215:15 238:22
 270:23 289:13
 300:13
**differences**
 168:5
**different** 22:24
 55:25 61:7
 64:4 68:16
 70:2 81:8
 89:11 94:11
 105:14,22,23
 105:24,24
 144:17,24
 146:9 151:20
 162:12 166:21
 168:10 171:21
 198:5 220:24
 221:5,16 230:5
 233:12 249:6
 265:16 286:3,4
 291:16 297:21
 309:10 314:24
 321:22 324:16
 324:19,23
 327:4 345:12
**differently** 71:20
**differs** 66:14

**difficult** 40:15
 245:10 255:18
 294:21 297:7
 298:2,4 309:22
 341:5
**difficulty** 245:11
 297:5 302:11
**diligence** 330:18
 330:24 331:7
 332:4,8,13
 333:5 334:4,18
 335:17 336:12
**dimensions** 61:8
 62:6
**directed** 112:25
 113:7 214:9
 238:10
**directing** 214:14
**direction** 113:22
**directions**
 120:14
**directly** 140:18
 199:15
**director** 285:12
**dirty** 169:4
 308:5
**disadvantages**
 140:2 272:21
 273:5,6,13
 274:14 286:25
 298:10,15
 344:4
**disagree** 125:4,5
 125:8 145:17
**disciplines**
 152:13
**disclosure** 258:8
**disclosures**
 252:14,20
**discomfort**
 81:13 82:3
**discount** 298:1
**discover** 11:5
**discuss** 11:18
 157:4 234:1
**discussed** 6:5
 34:15 104:1

116:24 133:7
 154:13 156:2
 160:9 184:10
 192:9,12
 257:19 258:1,2
 258:3,11,12
 259:12,17
**discussing** 10:14
 11:9 12:3
 160:14 237:24
 257:23,24
**discussion** 10:19
 74:13 187:1,7
 317:12
**discussions** 12:4
 90:17 156:18
 157:9,14
 181:11 183:8
 183:13,15,20
 184:7 316:20
**disease** 128:20
 128:24 129:2
 154:9
**diseases** 264:20
**dishes** 191:11,19
 192:5 193:10
 193:14
**disposable** 256:7
**disposables**
 249:9
**dispute** 18:18
**disruption** 244:4
**distinction**
 269:1 310:2
**distinguish**
 92:24 140:7
 166:20
**distributions**
 245:3
**division** 1:9
 27:21
**doctors** 152:7,14
 155:1 227:19
**document** 77:11
 77:21,24 80:8
 80:10,17,21
 88:10 90:2

97:12,13 99:18
99:23,25 100:1
101:1 104:22
105:1,11 106:1
106:5 107:5,21
142:8 225:4,8
228:18 233:19
261:11,18
275:12 277:25
278:4 279:12
299:8 303:24
306:21 312:16
315:21 322:5
**documenting**
263:3
**documents** 15:6
15:9,11,11,12
15:14,15,15,19
15:21,22 16:2
16:5 26:13,17
26:20,20,20,21
26:24 27:2,4,7
27:12 28:3
90:16 209:7
226:2,11 227:7
230:22 284:17
314:14
**doing** 41:15
49:17 57:18
119:8 139:4,17
139:24 165:11
174:13 181:22
197:1 218:9
242:25 244:13
276:7,23
292:20 321:24
334:4
**dollar** 244:8,9
**dollars** 49:23
**donor** 154:20
**dosage** 276:17
**doubt** 79:21
334:8
**Doug** 34:20 35:3
83:13
**DOUGLAS** 1:13
**Dr** 15:20 16:8,23

17:7,21,25
21:18 26:22
35:22 36:1
50:7 60:13,19
62:22 64:6
78:5 83:13
86:19 121:10
128:4,5,8,14
128:19,22
131:21 152:16
212:14 216:7
217:3 218:13
218:21 228:10
230:21 231:4
250:3,23
251:14 253:25
265:3 304:21
335:24
**draft** 233:5,19
233:23 246:9
277:12,16
292:6 307:14
343:11
**drafted** 239:3
257:18 262:13
270:4 288:4
338:2
**drafting** 259:15
292:1 344:1
**drafts** 345:3
**drape** 117:9
249:1
**drapes** 115:9,11
**draw** 110:20
253:24 269:9
**drawn** 134:24
**draws** 113:5
**driver's** 312:20
**drop** 232:6
**dropped** 312:12
**dryer** 77:20,21
**drying** 78:12
**dual-heating**
252:14
**due** 89:4 91:4
215:15 330:17
330:24 331:6

332:4,8,12
333:5 334:4,17
335:17 336:12
**duration** 221:14
263:23
**Duren** 1:24 4:2
4:18,22 5:6,9
5:11 7:6,9,21
8:11 31:21
103:2 131:6
213:14 225:7
233:18 247:20
252:13 260:5
260:19 263:9
273:12 277:24
295:11 305:14
314:9 317:20
320:2 324:15
330:21 331:16
342:21 343:17
347:5 348:2
**dynamics** 57:8
123:3

---

**E**

**E** 5:1,1 88:9
348:1,1
**E.J** 4:8 77:10
**earlier** 17:17
19:25 45:20
140:16
**early** 11:7 12:20
12:21 13:15
14:6 17:18
19:2 22:3 36:6
93:19 104:19
104:19 114:12
129:24 156:6
**easier** 52:16
279:18 325:21
325:24
**easily** 237:4
**East** 1:16 3:6,12
60:22
**Easter** 14:1
**easy** 240:5
325:19 328:14

328:19
**EasyWarm**
329:18
**ECG** 255:19
**ECO** 142:10
**editing** 166:3
**edits** 166:6
**educate** 158:1
**effect** 4:19 45:13
45:25 53:3,7
117:17 118:3
119:16 120:1
128:1 147:1
148:19,23
189:4 193:15
214:9 238:18
260:23 280:3
292:21 299:22
321:5 335:1
**effective** 214:12
215:21,24
220:19,20
240:24 245:19
255:11 296:25
297:11,13,15
297:19,25
298:3,5 300:3
309:18 325:12
325:15 328:13
336:6
**effectively** 30:24
245:25
**effectiveness**
86:17
**effects** 4:25
42:15 122:21
122:24 319:16
320:3 321:2,25
**efficacies** 213:23
221:16
**efficacious** 266:8
**efficacy** 111:2
214:6 219:15
219:23 222:12
281:2,10 284:4
292:21 293:1
303:25 324:23

**efficient** 314:12
**efforts** 331:9
**eight** 185:15
**either** 16:22
21:20,21 56:2
91:13 97:8
121:3 163:17
165:9 207:25
251:20 288:13
290:22 293:24
315:5
**elaborate** 15:18
83:4
**elapsed** 232:18
**elected** 285:3
**electric** 223:10
242:5
**electrodes**
255:19
**electronically**
259:9
**element** 64:23
**elevated** 109:7
**eliminate** 96:18
275:17
**eliminated**
96:14 198:22
274:22 275:3,6
**eliminates** 199:9
248:8 249:9
346:7
**eliminating**
240:24 247:9
253:11 275:1
344:21
**else's** 303:2,4
305:21
**email** 4:22 14:12
58:9,23 277:7
277:15 278:12
286:3,6 293:17
345:16
**emailing** 253:3
**emails** 294:23,24
295:6 345:2
**Emison** 2:3,3
60:5,6

Page 362

emitted 52:4,14
  52:16
emphasize
  161:10
employable
  56:21
employee 278:10
employer 343:20
empowering
  301:8
energy 51:4,15
  51:15,22,22
  52:14 73:11
  113:19,21,21
  118:20,25
  119:1,3 122:24
  215:17 242:15
engineer 34:21
  34:24 57:16
  139:18
engineering
  11:13 15:10
  39:14 56:23
  57:1,21 96:4
  96:19,20 213:2
  331:11
engineers 57:23
  283:20 314:19
Enhanced 307:6
enormous 168:6
ensure 281:20
entire 48:20
  244:24 288:6
entirely 22:20
  67:3 165:9
  175:15
entry 244:15
environment
  44:12,14 45:9
  45:14 46:1
  47:10 48:18
  49:20 51:1,25
  52:5,25 53:5
  63:12,15 64:2
  64:14 65:22
  67:1,22 68:3
  68:11,15,17,20

68:23 73:24
  78:11,15 84:5
  92:7,14 93:2
  108:13 111:16
  116:9,11 117:8
  117:13 118:1
  119:8 123:1,11
  123:15,18
  132:24 203:10
  249:24 252:18
environments
  46:14,15
  116:10
epidemiological
  178:5,10,19,21
  179:2,10
  180:19
epidemiology
  177:5,9,15,23
epiphany 161:11
equal 264:5
EQUATOR
  327:8
equipment
  241:23
equivalent 78:9
  185:11 281:6
  324:24 325:6
  326:4
era 53:20
ERAS 307:4,4
  307:11,12,14
  307:17,22,23
  307:24,25
  308:13 311:11
  311:20 312:3,4
  312:4,14,23
  313:2,4,7,7,9
  313:17
Erickson 3:8
error 7:16
especially 35:19
  44:25 67:21
  75:21 132:7
  144:11 145:13
  248:15 263:6
Esq 2:6,9,12,16

3:3
essentially
  174:13 246:22
  256:7 271:5
  291:15 300:12
  320:13 326:9
  337:19
Essentials
  327:25 328:3
establish 73:7
established
  124:12,14
estimated 87:18
  201:23
estimates 87:16
et 1:9,18
ether 51:5
ethics 95:7
evacuate 47:17
evaluate 152:8
  169:18 285:3
evaluated
  149:17 283:7
evaluates 281:8
evaluating 90:12
evaluation
  279:25 280:5
  281:19,21
  322:20
evaluations
  331:13
event 275:14
  316:18 320:18
  322:16 330:10
events 222:15
  309:6 317:6
EVER008350...
  4:18
everybody 60:23
evidence 76:18
  117:11,24
  119:11,25
  143:5 155:14
  167:6 177:14
  194:16 195:16
  196:5,5 200:8
  200:19,20,24

202:1,2 205:12
  207:22,24
  208:1,2 209:3
  212:16 229:12
  316:9 326:1
evidence-based
  301:10 311:19
  312:13
evident 115:13
exact 17:4 97:6
  147:21 176:2
exactly 55:5
  152:22 154:8
  175:16 179:10
  199:3 215:4
  343:23
EXAMINATI...
  4:2 5:7 213:11
  337:7 342:19
examiner 79:25
example 11:15
  26:23 29:6
  63:15 64:10
  67:6 69:2
  78:16 163:1,19
  167:1 170:25
  203:11 238:20
  238:23 239:13
  250:19 255:18
  293:23 294:16
  297:4 308:3
  309:2,20 310:5
  320:20 325:2
  333:25
examples 239:24
  287:7
exceedingly
  168:3
exceeds 273:20
exception 23:16
excess 53:3
  250:1
exchanges 62:8
exclude 177:18
excluded 41:20
exclusive 168:14
excuse 340:20

executed 285:2
exhaust 48:25
exhausted 52:4
  189:3
exhaustively
  282:21
Exhibit 4:5 5:12
  11:21 12:1
  77:2,3,4,5,8
  79:12,14 80:6
  88:4,5,8 96:8
  96:24 97:1,4
  99:14,17 100:4
  100:7 102:15
  103:21 104:21
  135:7,15,21
  186:18,20
  187:11 213:19
  224:24 260:1,5
  260:16 261:19
  261:20 265:13
  272:25,25
  277:1,5 278:4
  278:16 279:4,4
  279:15 281:17
  286:7,24 291:6
  295:8,12 323:2
  337:9,12,13,19
  337:19,22,23
  338:9 339:7,15
  340:21
exist 51:5 64:8
  116:22,23
  180:5
existed 50:18
  69:18 97:20
  108:16 111:20
  112:9
existence 17:9
  143:6,8
existing 83:7
  236:6
exists 51:6 109:3
  110:3 116:15
  119:12 256:9
exited 111:3
exiting 71:7

**expect** 173:20
227:15 289:1
321:20 322:6
**expectation**
316:7
**expected** 231:5
**expensive**
244:18 328:22
**experience**
210:3 227:19
273:21 274:5
293:18 296:1
301:6 315:3
316:11
**experiment**
151:23
**experimented**
115:4
**expert** 57:13,16
86:4 128:4,20
129:1 201:22
**experts** 153:22
154:3,14 155:7
155:11,13
159:11 210:16
**explained** 7:13
**explanation**
41:19 111:17
142:15 147:20
147:22,23
148:1,3 345:1
**explanations**
147:24
**explicitly** 317:7
**exploiting**
237:13
**exposed** 250:8
264:19
**expressed**
161:12
**extensive** 281:18
281:21 282:5
283:14 284:17
**extent** 7:7,22
219:20 251:11
253:7,12
255:24 280:7

281:11,17
316:4 318:12
319:23 323:10
343:25 344:5
344:17,22
**external** 141:25
165:10 231:17
231:18 249:23
266:5
**externally** 159:2
270:13
**extra** 249:9
**extraordinarily**
325:8
**extremely**
105:14 237:20
298:4
**extremities**
214:18,24
217:23 237:18
237:19 292:23
**extremity** 214:9
215:23 238:10
**extremity-dire...**
217:17
**extremity-dire...**
280:4

———

**F**

**facilities** 293:19
294:2
**facing** 344:24
**fact** 18:8 23:8
30:6 33:6
65:25 68:10
83:22 91:11
96:7 114:14,24
116:6 117:7
125:14 137:4
139:2 143:10
164:5 167:5
186:23 192:9
205:20 207:12
210:11 211:3
215:15 249:22
250:21 285:1
291:2 292:17

297:10 313:1
330:23 337:3
344:7,9,10,23
**factor** 74:7
152:19
**factors** 62:8
63:11,19 68:16
74:3 153:14
**facts** 76:18
177:14 205:12
**factual** 343:19
**failing** 235:8
**failure** 319:16
320:3 321:2,5
321:8
**Failure-Mode**
321:1,24
**fair** 9:10 14:10
14:11 21:4
34:9 38:18
48:21 61:4
62:19,22 71:12
98:2 193:18
212:5 219:22
220:5,16
221:10,19,24
222:2 226:19
227:16,21
228:4,11 229:8
229:13 230:21
231:7 232:14
232:19,20
234:8 235:1,20
236:13,18
240:25 241:16
242:23 243:24
245:15 246:8,9
248:8,14
251:15 252:5
252:21 253:18
254:11 256:15
259:19 261:23
264:4,13
265:14 267:14
271:7 272:9,22
273:15 274:3
274:15 275:2

275:18,24
276:8,19,22
277:20,24
278:5 279:9
280:23 284:22
286:17,23
288:8,14,23
289:1,5,11,15
289:17,21,24
290:9,25
292:12,14
293:5,14 295:5
297:16 299:1
300:18,21
301:15 303:13
304:3,9,13,18
305:5,15
307:16 308:18
309:12 311:8
316:10 317:13
321:3 322:25
324:17 325:16
326:3 327:4
328:10,19
332:4 333:24
334:3 335:4,9
335:13,18
336:13 343:2
343:10,11,17
344:15,24
345:13 346:1,9
**fall** 7:8
**false** 211:17,19
**familiar** 39:23
77:10 80:8,17
99:25 104:22
138:7 261:16
307:4 329:8,13
329:19,20,25
**fan** 176:9,10
**far** 8:1 37:6 41:8
226:22 285:4
324:5
**Farrar** 2:9,9
60:7,7
**fast** 227:22
257:14 264:6

267:22
**faster** 263:19
264:9
**fastest** 269:21
**fault** 129:12
**favor** 337:2
**fawfacts.com**
122:7
**FDA** 31:19 67:9
67:12,15,21
77:14 78:7
81:2 94:23,25
95:1,4,7,10
216:1 217:6,7
219:4 280:11
280:18 281:2
**feel** 12:25 79:8
312:20
**feet** 214:10
238:21
**felt** 238:16,17
**fewer** 264:10
**field** 43:11 46:22
47:16 48:1,3,8
48:11,12,17,19
50:11,21
131:18,23,24
132:5,20
139:18 150:16
153:13,23
156:14 160:8
187:5,15
189:13,20
190:5,13
199:18 200:4
200:13,17,21
211:8,24 212:2
223:17 241:16
250:20 275:10
338:25,25
339:3,12 343:9
343:16 345:9
**fields** 49:6
**figure** 53:12
215:20 229:19
265:10,10
266:10 268:3

314:1
**figured** 245:5
283:23
**figures** 334:22
**filed** 40:7,11,13
77:9 258:16
**files** 317:19
318:4
**filter** 43:5 69:24
69:25 70:2,3,5
70:9,11,14,17
70:20 105:6,8
105:14,16,23
106:10,12,16
106:17,21
107:4,17 108:6
108:23 109:12
109:23 111:12
111:22 112:10
113:9,10 130:2
130:7 134:18
134:19 135:13
135:16,17,22
136:2,5,8,12
136:16,18,18
149:19,21
151:24 152:25
171:19,25
172:10 173:6
173:13 175:4,6
176:4,5,16,17
188:25 327:3,6
**filtered** 48:24
110:11,13,16
110:21,25
**FilteredFlo**
327:22
**filters** 41:18
42:17,17
105:23 111:25
149:17 199:1
**filtration** 106:12
106:21 108:5
108:11,16
109:2,10,15
110:3,6,19
111:1,19,21

112:2,4 130:3
149:15 151:7
172:22
**final** 292:7,13
**find** 59:19 96:4
106:3 137:5
185:9 209:21
258:18 272:17
276:3 279:18
285:14 293:16
298:3
**fine** 319:24
**first** 8:16 9:21
10:16 11:23
12:12 14:3
17:12,14 31:9
32:15 35:10
46:11 68:8
80:21,24 83:2
86:21 129:14
139:9 143:6
183:6 209:16
217:2 219:8
230:23 231:5
232:8 236:12
245:6,20 246:2
268:14 270:9
270:16 271:6
272:1,16 288:3
301:18 303:10
338:1
**fit** 268:21
**fits** 81:3
**five** 191:24
**five-minute**
130:23
**fixed** 197:15
**flaws** 17:8 184:9
184:24,25
185:1
**flicker** 242:9
**flip** 234:6 261:15
**floor** 191:20,25
**flow** 53:21 59:6
62:8 106:13
171:24 193:7
244:3 308:21

**fluid** 57:8,8,9
123:2 330:8
**fluids** 29:5
**fly** 286:10
**FMEA** 320:3,7
**focal** 237:14
**focus** 220:1
237:11
**focused** 224:18
224:21
**folks** 232:5
234:2 289:18
292:17
**follow** 95:5
137:8
**follow-up** 17:8
**follow-ups**
334:16 342:14
**following** 102:24
131:2 137:14
155:23 161:9
213:8 239:8
270:10 317:9
**font** 298:25
306:4,9,16
311:11
**footnote** 312:11
**force** 114:3
**forced** 168:18
**forced-air** 18:22
27:16 41:17
43:3,4,10,17
53:12 63:25
64:12 68:8
75:21 78:3
83:7 136:23
139:1 149:25
154:25 158:17
158:21,24
159:3 161:11
163:4 167:2,7
167:8 168:21
168:25 170:2,4
170:17,22
178:6 179:3
180:20 182:11
182:20 183:10

183:18 195:16
196:7 197:22
198:1 208:22
214:20,22
215:25 216:10
239:12 241:14
241:21 242:4
242:10,18
243:2 247:11
247:25 248:19
274:6 275:24
285:7 303:11
303:24 307:16
308:14 325:6,7
325:11,16,21
325:24 326:9
326:13 327:14
327:19 328:5
343:15
**foregoing** 347:6
348:3
**Forest** 261:4
274:12 286:1,1
286:14
**forget** 94:25
205:19
**forgot** 12:6
**forgotten** 167:16
318:2
**form** 10:8 16:17
18:15 43:12,22
47:6 49:11
51:3 64:16
68:24 76:17
83:25 86:2
103:5 107:20
113:19 117:9
117:13,25,25
124:6,18 126:4
128:7 130:8
135:1 137:17
144:7,14,21
147:12 149:3
153:16 155:17
161:2,20
167:10 170:5
173:10,17

177:13 179:5
183:25 188:4
188:22 189:21
191:3 194:7
196:16 199:1
201:3,25 203:4
204:9,20
205:11 206:17
207:3,10
208:18 210:6
212:9 251:24
253:19 270:12
271:8 275:25
285:9 290:10
298:12 325:3
338:5,14 339:4
339:13 340:6
340:18 341:15
342:2 343:3,21
346:2
**format** 154:8
233:20 260:6
**formation** 33:7
120:4
**forms** 115:20
**formulate**
210:20
**forth** 7:12
293:23
**forward** 227:13
296:20 298:19
**forwarded**
278:16 286:8
**found** 173:24
174:8,13,21
239:20,22
**foundation**
18:16 47:7
86:3 128:10
135:2 139:9
140:12 144:15
144:22 145:10
149:4 170:7
188:23 202:2
204:22 207:4
210:7 212:10
271:16

four 6:8 7:9
   82:12 118:20
   119:4,21
   266:22 302:16
fraction 234:13
   234:24
frame 179:15
frankly 243:22
fraud 335:15
fraudulent
   180:12
free 7:24
Frevert 2:14
   60:19
Frisch 167:23
   168:1
front 5:15
   213:20 260:16
FULBRIGHT
   2:21
full 100:22
   102:10 347:8
   348:5
full-blown
   285:19
full-body 216:14
   243:16 255:17
fully 280:18
   284:9 343:13
   344:16 345:4
fully-released
   279:24
fun 79:9
function 172:14
   309:16
functions 50:4
funded 188:9
   336:1
further 342:11
future 237:10
   293:13

———————
       G
G 5:1 348:1,1
Gabe 100:24
   179:7
Gabriel 2:6

59:25
gain 121:23
garage 35:8,11
   35:14
garages 35:13
Garamond
   306:13
GARRETT 3:5
Gary 161:7
   166:8 257:21
   257:25 258:2
   259:12,16
gases 47:17
gears 166:10
   323:1
genealogy 31:6
   62:18
general 52:14
   61:24 62:11
   64:7 67:12
   69:3 86:7,9,13
   199:13 264:9,9
   268:9 335:5,10
   341:24
generally 126:8
   174:4 243:3,8
   243:18 253:4
   255:20 258:15
   267:18 294:3
   314:19
generated 118:6
   119:16 120:1
   122:24 123:10
   123:14 126:14
   201:7,15,20
generates 118:8
   118:13
generating
   126:3
generation
   122:21 130:11
   134:21 151:19
generations
   176:23
Genevieve 2:12
   60:2 212:21,24
   213:16 271:12

getting 29:10
   71:22 123:4
   189:10 227:11
   240:16 244:4
   291:12 331:16
Gill 306:3,4
give 100:20
   102:16
given 11:19,21
   26:25 83:2
   140:6 260:14
   316:12 322:10
giving 11:25
   45:1,7 98:4
   296:6 304:22
   342:25
gloves 238:4
go 8:19 21:14
   38:13 40:12
   47:19 50:14
   51:11 59:3,19
   62:15,17,21
   74:3,7 80:14
   80:20 86:18
   93:24,25 106:5
   114:1 115:21
   139:10 147:8
   189:24 190:15
   213:3 217:23
   228:1 235:22
   264:21 272:13
   276:2 300:5
   301:23 314:2
   317:4 326:20
goal 96:3 221:6
   221:17,19
   235:22 257:12
   259:23
goals 131:9
goes 106:10,19
   113:20 114:3
   114:16 115:20
   232:16 269:19
   269:20 270:20
   303:23
going 5:18,19
   8:19 9:3 10:19

11:6 12:13
   21:14 33:2
   34:7 36:3
   38:13,14 40:18
   41:22 46:2
   50:14 51:24
   59:19 61:1
   62:17 64:8,25
   65:23 69:4
   75:17 78:17
   79:7,10,15
   82:11 92:24
   104:21 109:19
   110:20 113:5
   115:17 116:12
   123:10,13,17
   126:4,5 144:5
   145:9 172:10
   173:13 185:1
   188:24 189:19
   190:1,2 192:12
   193:7,25
   206:15 210:24
   212:1,21,22,25
   213:18 215:24
   227:16 235:19
   236:11 245:25
   248:1 257:15
   262:6 297:14
   305:18 311:6
   317:4,5 318:17
   319:10 323:1
   326:20 329:5
   330:16 339:15
   340:1 342:3
good 5:9 30:19
   80:2 95:11
   143:11 185:2
   213:13 223:23
   245:5 271:4
   293:10 294:16
   336:7 343:19
   344:7,9,23
Gordon 2:22 4:3
   6:4 7:25 10:8
   12:6 13:25
   16:17 18:15,21

20:5 35:17
   37:12 39:16,19
   39:22 43:12,22
   47:6 49:11
   59:13 60:9,9
   64:16 68:24
   76:17 77:3
   83:25 86:2,8
   99:9 100:24
   101:4 103:5
   107:9,11,14,20
   124:6,18 128:7
   128:25 130:8
   130:13 133:24
   135:1 137:17
   139:8 140:12
   140:22 144:7
   144:14,21
   145:9,22
   147:12 149:3
   153:16 155:17
   161:2,20
   167:10 170:5
   173:10,17
   177:13,18
   179:5,13,20,24
   180:9,11,15
   182:14 183:25
   188:4,22
   189:21 191:3
   194:7 196:16
   196:21 201:3
   201:25 203:4
   204:9,20 205:2
   205:11 206:17
   207:3,10 208:7
   208:18 210:6
   212:9,24 226:7
   226:12 251:24
   253:19 260:9
   260:12 269:25
   271:8,11,17,21
   275:25 280:7
   280:24 281:11
   282:10,14
   285:9 290:10
   298:12 299:9

Page 366

302:14,18
316:24 317:18
317:22,25
318:5,9,20,23
319:5,22 323:8
325:3 334:15
336:15,22,25
337:8 342:11
342:22,25
343:3,21
344:25 346:2
**gotten** 262:24
**gown** 4:19
216:18,18,19
216:20 217:19
218:9,11 219:3
219:4 260:24
282:25
**grade** 106:12
314:23
**Grand** 3:9,20
**grants** 181:23
**graph** 229:23,24
230:7 233:8
262:16,20
266:3 268:4
269:14
**grateful** 230:20
**great** 250:3
**greater** 166:15
**Gregory** 3:2
60:13
**grew** 253:16
**ground** 113:1,7
193:15
**group** 171:2
181:25 195:19
209:2 226:5
268:17 283:19
307:17 313:20
314:22 320:9
**groups** 300:7
**growth** 227:7,15
262:16
**guess** 7:17 60:23
67:18 75:14
81:5 83:8

124:19 230:20
252:22 259:18
259:18 265:21
268:4 278:14
309:3 310:2
**guessing** 90:2
**guidelines**
311:20 312:14
**guys** 225:5
319:11
**gynecological**
307:20

—————
**H**
—————
**H** 279:16 281:17
**half** 56:25
240:23 257:9
**halfway** 235:6
**Hall** 19:21 20:1
20:5,6,7,11
21:8 36:13
38:22 39:1,19
40:14 42:9
43:8,19 162:7
162:23 163:11
184:13 186:2
186:15 191:9
193:20,25
194:11
**halts** 244:15
**HAND** 348:22
**handed** 260:4
295:12
**handle** 245:5
**hands** 214:10
238:21
**Hansen** 161:7
166:8 253:3
257:21,25
258:3 259:12
291:16 291:7
**happen** 134:3
269:18 316:9
317:3
**happened**
214:12 285:5
316:7 322:22

322:23 335:14
**happens** 231:14
241:7 247:10
325:7
**happy** 257:15
260:11 306:25
**hard** 43:25
209:21 307:9
325:23
**harm** 91:13 92:1
**Harris** 2:22
60:10
**Hartman** 12:8,9
12:9
**hat** 238:3
**hate** 278:14
302:13 306:10
306:12
**hated** 242:9
**hazards** 284:16
**head** 43:24
342:16
**headed** 182:6,10
**healthcare** 2:20
16:21 75:16
240:18 264:16
275:10 289:22
293:19 294:2
294:17 301:8
324:20 325:19
330:11,14
**heard** 248:11
328:8
**heat** 29:7,11,12
39:14 44:8,18
44:20,22 45:2
45:8,14 50:24
51:3,3,13,22
52:3,15,16,23
53:3 54:11,20
55:1,4,13 57:4
59:8 61:2,21
62:12 87:2
113:15,17,19
113:20 122:21
123:10,13,17
126:3 130:11

220:3 228:2
231:5,9,13,15
231:16,21
237:1 240:15
250:1,9 264:23
266:4 267:20
267:23,24
270:11,13
341:6
**heated** 44:9,10
44:11 51:17,21
52:10 53:8
113:19 189:6,9
215:1,4,5
328:10
**heater** 242:5
**heating** 53:25
64:23 214:9,11
214:17,18
249:13 252:16
**help** 152:7 164:7
181:25
**helps** 286:12
**Helvetia** 306:6
306:10
**HEPA** 42:17,17
106:16 149:15
149:21,21
151:7,24 327:3
327:6
**Herkimer** 2:10
**HERRING** 3:18
**Hey** 155:1
212:15
**Hi** 213:15
277:15
**HICKS** 2:15
**hide** 207:15,17
**high** 23:6,9,14
24:10 44:24
69:17 71:14
87:5 103:19
113:21 176:12
211:12,25
222:21 237:13
238:2 266:1
267:3

**higher** 23:17,25
71:20 99:1
125:19 175:25
195:1,2 220:4
266:4
**highlighted**
262:5 272:16
279:17,21
**highlighting**
260:9
**Hill** 274:12
**Hills** 261:4
286:1,2,14
**hindsight**
345:18
**hip** 167:5 168:19
168:22 169:17
169:20,23
170:3,17
196:15 198:13
198:18 207:2
208:16 212:7
**hire** 34:24
**hired** 128:5
181:24
**history** 62:18
**Hmm** 171:11
**hobby** 230:19
**hold** 57:12,15
**honest** 202:15
**honestly** 278:22
279:11
**hope** 335:3
**hopefully** 272:17
324:11 326:20
**hoping** 262:5
279:17
**Horn** 3:19 299:4
299:7,7 300:6
**hose** 4:12 97:5
101:5,11,12
173:1,7,8,15
173:16,23,24
174:3 176:20
**hospital** 3:12
60:22 227:21
261:5 264:17

274:12 276:21
278:10,18
285:20 286:1
286:13,15,19
291:24 295:4
**hospitals** 58:17
143:16 205:7
227:8 262:17
263:10 264:15
264:16 286:4
288:2,6 291:14
305:3 344:2
**hot** 71:23 72:4
114:4,15,16
115:21 116:8
116:12 123:20
123:22,24
126:3,3,5
136:19 147:2,5
150:3,7,8,11
150:12 152:25
190:18 192:11
192:12,17
193:4,4 238:3
250:10
**HotDog** 330:1
**hour** 62:9 231:5
232:8 236:8,12
240:23,25
246:2 257:3,6
257:9 270:9,17
271:6 272:1
**hours** 13:12
14:16,19,22,22
230:23 232:18
232:19 245:20
262:9
**Houston** 2:8,10
**Huber** 3:23
**Hugger** 4:10,14
4:16 16:10
17:10 21:24
22:8 23:8
25:14 31:7,9
32:16 34:19
35:21 37:8
38:8,17 41:11

42:3,22 44:8
45:3,11,25
46:4 50:9,25
52:4,5,13,17
54:11,24 55:7
57:19 58:19
59:5,9 61:21
62:2,19 72:11
81:10 82:15,22
83:22 84:4,13
84:16 89:5
92:6,13,23
93:14 95:19
99:20 102:15
110:7,20
111:14 112:19
113:4,5,12
115:1,9 117:8
117:14,18
118:13 119:4
119:13,20
120:4,7,19
122:21,25
126:3,14,25
127:2,4,9,11
127:17,18
129:18,24
132:16,19,22
134:16,25
140:7 144:4,6
146:1,5,7,13
146:17,21
147:2,4,10,19
148:6,7,8,10
148:14,17,18
149:11 150:9
150:17,24
151:20 152:24
153:2 154:4,11
155:4,15
156:13 159:4
159:12,18,23
160:4,24
161:25 162:5
162:17 164:2
166:18,22
168:8,11,19

169:7,8 170:13
171:4 177:6,11
177:24 178:11
181:12 185:7
188:7 189:7
190:20,24
191:6 192:18
192:20,24
193:16,21
194:4,12,17
195:1 197:6
198:7,12,17,23
198:25 199:6,9
199:17 200:3
200:12,15
203:9,24
205:10,16,20
206:9 207:20
210:14 211:7
211:25 212:7
212:17 216:12
223:20 242:13
242:17 251:23
266:25 285:7
287:11,12,17
287:18,24
288:7 290:24
293:22 295:2,4
301:4,7 303:10
303:24 304:7
304:10,18
305:4 308:17
308:22 309:1
309:14,17
310:7,10,14
311:8,16 315:5
315:6,9,12,17
315:18 319:17
320:6 321:17
321:22 323:5
326:3 327:4
328:23 335:6
336:6 338:19
339:2,12,22
340:4,15 346:7
**Hugger's** 62:12
**Huggers** 166:19

**Huh** 207:16
**human** 53:4
118:6,8,20
119:4,16,23
121:7 127:1
168:16 237:5
249:22 295:21
**humans** 126:23
126:24
**hunt** 106:2
**HVAC** 53:13
54:12,22 55:8
55:24 57:13,21
58:19 59:10
61:2,21 62:1
62:12 108:16
110:13,25
111:20 130:3
**hyperthermia**
72:5,6,7 265:1
**hypothermia**
4:20 80:24
81:12,25
229:20 230:6
236:7,12
240:24 246:1
260:24 262:8
270:9 300:21
308:9 341:13
341:21
**hypothermic**
306:1
**hypothesis**
215:23
**hypothetical**
147:13 170:6
204:21 205:13

---

**I**

**ICOS** 124:24
**idea** 78:2,5 79:6
83:1 100:20
143:11 246:17
274:23 321:1
336:7
**ideal** 273:23,25
274:2

**ideas** 17:12
**identical** 106:13
134:6 273:1,2
274:17,18
**identification**
77:6 79:13
88:6 97:2
99:15 186:21
224:25 260:2
277:2 295:9
312:17 320:10
**identified** 62:23
63:2 83:10
91:4,6 92:9,12
93:4,18 104:17
104:18 280:16
284:6,14
**identifies** 187:11
**identify** 5:18
6:16 63:7 93:8
93:23 94:2
95:12 131:9
168:10 314:23
321:2,5,8
**identifying** 6:20
183:23 280:15
282:2
**ignore** 337:3
**II** 72:17 73:9,12
**imagine** 302:10
305:7 325:23
**immediately**
12:16
**impact** 238:13
**implant** 167:2,6
168:3,22
196:15 207:2
208:16 212:8
**implantable**
294:12
**implants** 166:14
168:19 198:14
198:18
**implement**
301:10
**important** 26:6
106:19 108:4

Page 368

170:10,20
279:25 298:7
310:9 334:24
**importantly**
249:3
**impossibility**
244:23
**impossible** 197:2
299:24
**improve** 66:2
**improvement**
270:13
**improves** 234:12
**inaccuracies**
24:23
**inaccurate** 25:9
26:9
**inadequate**
107:18
**inadvertently**
260:14
**incident** 195:17
196:8
**incidentally**
263:9
**incidents** 246:11
**incision** 224:2,4
**include** 6:22
28:24,25 90:12
270:4 272:19
315:1 326:14
**included** 6:8
11:14 94:19
101:18,19
167:21,22
229:19 265:24
280:14 304:14
315:7
**includes** 152:13
157:5 234:21
265:25 276:13
283:20
**including** 36:4
92:2 253:7
283:12 324:13
**incomplete** 84:1
147:13 170:6

191:4 204:21
205:13
**Incorporated**
28:22
**incorrect** 24:23
105:11,12
120:5 136:12
250:13,15,18
251:15
**increase** 4:16
124:4,5,16
127:16 129:8
129:20,24
130:6 131:17
132:4,15,19
143:24,25
144:3,12,13
146:13,22
147:5,21
148:16 149:1,9
150:6,7,11,15
151:3 155:2
164:2 191:7,9
194:17 195:9
195:10,11
196:13 197:11
197:13,18,23
198:1,8,12,17
198:19 200:4
200:12,16
204:7,8,14,16
205:8 206:10
206:15,19
207:19 210:13
212:1 270:21
309:23,25
**increased** 104:2
146:4 166:14
170:20 175:2
175:24 187:4
187:14 189:13
189:19 190:5
191:10 197:16
205:8 206:13
208:4,13
211:24 263:5
340:4

**increases** 43:11
112:20 145:19
146:1 149:2,11
150:24 151:3
152:17 153:2
154:4,11
155:15 162:6
170:14 193:21
194:12 196:14
197:6 198:4
200:21 203:24
205:20 207:23
208:5 211:7
212:4,17
340:16
**increasing**
145:18 148:14
156:13 160:24
204:2
**INDEPENDE...**
1:2 3:1
**independent**
40:23
**independently**
21:2 44:2
**INDEX** 4:1
**Indian** 2:16
**indicate** 155:2
**indicated** 7:6
310:19
**indicates** 198:7
201:14 273:19
**Inditherm**
329:12
**individual**
338:22
**individuals**
262:9
**induction**
231:14 241:3
246:5 270:10
270:17 272:2
341:5
**industry** 67:20
289:11,19
**industry's**
303:10

**ineffective**
256:24 270:18
271:6 272:3
340:24 341:3,9
**inexpensive**
220:21 239:17
287:2
**infected** 82:14
82:21 84:2,3,5
84:13,22,25
89:7,12,15,21
90:25 91:7,21
91:24 92:1,11
92:15,16 93:9
95:21 103:8
104:10 133:4
133:13 134:2
134:17 135:11
136:20
**infection** 42:16
124:5,11,17
125:1,20
132:11 143:25
144:6,13,20
145:7,20 149:2
149:12 150:18
151:4,14,16
153:11,22
154:15 162:10
162:25 168:2
168:25 169:23
170:11,15,21
177:6 178:7,12
190:25 194:23
194:25 195:8
195:14 197:9
197:13,18
198:13,18
199:23 207:23
208:6 212:4
246:12,19
247:4 251:22
252:9 263:25
264:13 309:6
323:4 331:21
331:22 333:12
335:8 346:8

**infections** 85:13
85:14,15,16
144:25 145:15
149:22 153:5
153:25 167:18
167:18 169:14
177:11,24
179:4 180:21
183:11,19
195:17 196:8
196:14 197:2
224:13,16
246:24 251:6
316:25
**infectious**
128:20,24
129:2 154:9
163:2 264:20
**inform** 72:21
155:12
**information**
31:4 58:18
80:1 152:21
155:4 157:17
160:20 203:12
206:25 207:9
208:24 209:8
212:13 233:15
289:3 333:23
**informed** 152:17
160:7,11,13
331:23
**informing** 161:7
**infrared** 267:5
**infuse** 29:5
**initial** 33:6
231:20 307:14
341:4
**initially** 10:17
215:24
**injury** 72:3
97:23 98:5,23
98:25 99:2
103:23,25
220:6,8 283:12
**inoperative** 22:9
**inpatient** 263:8

**input** 292:8
**insensate** 69:16
  72:1 103:19
  249:12
**insensitive**
  237:15
**insert** 101:8
**inside** 173:1,16
  173:22,24
  176:21 232:8
  235:20 242:15
  278:4
**insofar** 220:3
**institution**
  167:16 286:1
**institutions**
  58:17
**instructions**
  8:20 96:5
  101:17,18
  158:5 288:14
  288:22 290:8
**instrument**
  191:22 193:17
  193:23 194:13
**instruments**
  187:5,16
  189:14 190:8
  190:13 193:22
  194:19 270:14
**intake** 113:4
**intelligently**
  59:20
**intended** 6:16
  65:7,9,11,16
  65:18 66:4,12
  66:13,24 67:6
  67:7,8,14,20
  69:11 74:18
  78:19 80:22
  81:1,6,7
  132:23 228:24
  242:20 290:1
  292:7
**intensity** 237:13
**intent** 229:5
**interest** 57:23

194:22 195:7
  285:16
**interested**
  199:24
**interesting**
  230:19
**interests** 277:17
**interfere** 241:23
  335:6
**interference**
  235:19
**interferes** 235:8
  244:2 254:20
  255:15
**internal** 37:13
  37:15,17 38:3
  38:4 41:9,10
  41:21,24 42:1
  43:9 45:24
  123:3 126:13
  126:17 127:3,5
  141:21 165:14
  165:17 178:10
  209:7 213:22
  214:4 219:17
  273:10 281:14
  284:2,21 296:5
  311:15 346:6
  346:10,12
**internally** 38:6,7
  38:16 39:17,18
  41:16 43:20
  44:6 45:15
  95:11 116:3
  117:20,21,22
  117:23 120:15
  120:18 121:1
  122:23 126:11
  159:2 163:9
  164:19 165:5
  165:22 219:17
  219:21 275:16
  292:25
**International**
  124:21 127:20
  132:2 154:19
  182:7,12

208:10,20
  209:6,24
  210:10
**Internet** 34:12
  304:17
**interruption**
  247:19
**intraoperative**
  167:7,19 168:8
  169:10,15
  170:3 171:2,6
  220:22 221:2
  224:19 234:21
  239:23 240:3,9
  240:10 241:9
  242:23 246:1
  246:18 247:9
  247:24 249:4
  253:12 270:16
  271:5 272:1
  275:2 287:6
  296:24 297:16
  297:20 298:17
  300:21 338:3
  338:12 339:2
  339:18 340:3
  340:15,23
  341:22,25
  342:4,7 344:21
**intraoperatively**
  240:13,19
  275:24 282:16
  287:18 290:24
  293:22,25
  295:2 297:6,8
  300:23 311:1
  313:12
**introduced**
  88:17 110:24
**introduction**
  4:24 80:22,25
  86:22 98:14
**inundated**
  317:25
**invented** 218:12
  219:11
**inventing** 30:10

30:13
**invention**
  252:13 258:8
**inventions** 35:12
  35:15
**inventor** 79:24
**investigate**
  17:23 50:23
**investigated**
  52:12
**investigation**
  332:10
**investigations**
  52:7
**investigator**
  261:4
**investigators**
  165:10 285:25
**investment**
  28:17,18
**involve** 7:18
**involved** 29:19
  94:13 154:22
  160:19 164:6,9
  166:3 215:8
  218:13,22
  219:2,14
  230:14 320:10
**involving** 21:16
**irrelevant**
  172:14
**Issa** 7:20 304:21
**issue** 18:12,18
  19:8 20:3,13
  21:1,22 36:5,7
  38:16 100:12
  100:18 101:24
  130:20 132:14
  136:18 150:21
  154:25 160:7
  160:11,12
  161:8,13,24
  162:4 254:24
  332:2 344:12
**issued** 77:9
**issues** 6:1 18:1
  36:18 63:20

153:9 182:6,10
  183:13 244:21
  245:13 314:13
  332:18,20,22
  344:14
**item** 275:4
**iterations** 222:7
**IVs** 255:19

─────────
        **J**
─────────
**J** 88:9
**JACKSON** 1:1
**James** 2:7
**January** 226:25
**JASON** 3:17
**JENNIFER** 3:6
**jerk** 318:22
**job** 285:12
**Joe** 60:14
**John** 39:25
**joined** 36:12
  160:14
**joint** 4:20
  132:11 145:7
  145:15,20
  149:12,22
  151:4 153:5,11
  153:22 154:14
  169:23 170:11
  170:14 177:11
  177:24 178:2,7
  179:3 180:21
  183:11,19
  195:17 196:2,2
  196:8,14 197:2
  198:13,18
  208:5 260:25
  261:8 262:2
  331:22 335:8
  346:8
**JONAH** 3:5
**Joseph** 3:19
**Joshua** 3:3
  60:11
**journal** 207:13
**July** 4:8 6:7 77:9
**jump** 330:16

Page 370

331:16
**justifiable**
211:21
**justification**
41:19 143:5
**justify** 211:12

**K**

**K** 2:22
**K-C** 329:7
**Kansas** 1:8 2:17
3:4,9,15,17,20
60:16
**KATHERINE**
1:4
**KCI** 28:19,20
29:3
**keep** 47:4 51:10
51:14 159:22
223:16 271:1
**keeps** 139:23
**KEPLINGER**
2:15
**kept** 222:2 313:2
**key** 63:11
**kick** 331:3
**kicked** 320:22
**Kimberly-Clark**
329:6
**kind** 21:13
35:10 62:9
94:17 120:22
176:6 214:25
217:20 237:21
302:18 331:6
334:8
**kinds** 41:15
168:15 245:2
246:19 332:24
333:20
**Kinetic** 28:21
**knee** 167:5
168:19,22
169:17,20,24
170:3,17
196:15 198:13
198:18 207:2

208:16 212:8
**knew** 116:8
288:4
**know** 7:8 9:7
10:4,6 11:3
15:24 19:2,4
25:2 29:15
30:2,4,8 32:6
33:20 36:6,9
37:6 40:8
50:22 53:15,16
59:1 66:11
73:17,25 75:3
75:19 76:15
78:1,4 79:4
83:17 86:5,9
86:14 87:22
88:1,15,17,21
89:1,18 90:1
92:8 93:22
95:16 96:17
97:6,11,13
98:10,11,12
99:13 107:22
108:25 110:22
111:21 118:17
118:17 121:19
121:22 134:5
137:4 138:10
138:11 140:19
140:20 142:8
142:19 143:13
146:3,12
147:21,25
148:22 150:10
150:15 151:25
152:1,21,24
153:1 154:7,12
154:16 155:4
157:4 159:11
159:14,15,18
165:19 169:13
172:4 179:8,11
179:14,21,25
180:2 184:23
191:24 192:1
196:1,11

197:10 202:20
203:12 206:2,5
206:5,13,20
207:6 208:9,12
208:23 210:9
211:15 212:15
213:17 218:23
218:25 224:9
226:9 238:1
243:19 247:21
250:2,25 251:1
254:4,9 257:15
262:19,19
267:17 271:21
273:19 275:11
277:17 278:10
279:6,8,10
280:13,17
281:1 282:20
283:4,20,24
284:17 285:11
285:12,17,22
286:5,11
290:12 291:2
291:16 292:10
294:8 296:13
296:19 302:3
305:11,13,20
305:23 306:15
307:13,19
308:10 311:10
311:11,13
312:22 313:21
313:22,24
314:13 315:1
315:23,25
317:25 320:2,5
320:8 321:16
321:24 322:4,8
322:9,21 324:5
326:16,17
331:12 332:12
334:8,13,20
336:25
**knowledge** 7:10
7:23 22:14
25:25 26:1

29:18 30:15
36:3 76:25
121:9 123:6
129:21 130:21
137:19 157:4,8
160:17 182:21
188:14 196:9
205:6 210:4,5
210:8 324:3
**knowledgeable**
128:22 153:14
153:24 158:22
158:23 159:1,5
159:8
**known** 18:13,20
47:21 49:13,15
161:23 162:1
191:1 194:2
207:1 331:23
335:9,16
**knows** 86:10
159:12 319:24
**Kronawitter**
3:19 60:14,14
336:19
**Kurz** 230:1,3
335:21 336:1
**Kurz'** 194:24
**Kurz's** 246:22
**Kyle** 2:9 60:7

**L**

**L** 2:4
**label** 157:1,6,12
157:15,18,23
157:25 158:12
211:12 322:16
**labeling** 96:6
142:9,13
322:19
**labels** 211:2
**lack** 17:8 18:16
47:7 86:3
128:10 135:2
139:9 140:12
144:15,22
145:9 149:4

170:6 188:23
202:2 204:21
207:4 210:7
212:10
**laminar** 53:22
53:23 59:6
106:13 118:3
119:18
**laminar-airflow**
53:11
**laminar-flow**
59:4
**lamps** 267:5
**landing** 206:21
**Langdon** 2:3
60:5
**language** 90:3
135:3 343:10
**large** 27:17
133:17 196:10
197:1 242:15
283:19 320:9
**largely** 258:5
261:17 271:6
281:4 300:20
**lasted** 29:25
**lasts** 266:12
**late** 27:5 45:21
296:16 321:21
**law** 51:11,12
57:3
**laws** 146:20,25
**lawsuit** 40:6,11
40:13
**lawsuits** 40:9
323:3,15
344:24 346:1
**lawyers** 258:13
279:9 283:25
302:11 315:1,7
333:24 334:3
**layman's** 108:10
**leads** 309:4
**learn** 75:20
220:13
**learned** 10:16,17
237:22

leave 6:2
led 270:14
left 16:12,25
  17:4 27:20
  216:7 251:14
  254:6 302:3
  314:1 337:3
left-hand 135:17
  239:15
legal 26:20
  280:24 331:10
  331:13
legally 211:16
legs 193:2
  214:10
length 300:3
  309:6
lens 345:25
let's 8:6 13:23
  40:10,10 44:3
  44:6 46:2
  48:15 51:15
  52:15 59:17
  67:11 86:25
  88:4,18 102:20
  123:8 130:23
  138:13 146:12
  155:20 162:15
  162:15 186:18
  200:2 209:23
  235:6 254:6
  270:8 278:9
  336:25
letter 6:15,20
  212:14 279:16
  281:17
letters 7:1 15:13
  15:17 16:15,22
  16:25 18:4
  21:15,17,18,21
  160:13,23
  161:6,19
  333:19,20
level 106:21
  108:5,11,16
  109:15 110:3,6
  130:3 211:20

235:24 273:19
  282:3 334:7
levels 43:16
  109:3 111:19
  111:22 191:10
  324:23
Lexington 2:5
Libary 4:18
library 10:19,24
  27:3 53:17
  163:13,23
  225:17,22
  226:16 258:22
  258:24 259:1,3
  275:12 306:23
  306:24
license 312:20
lie 305:8
life 27:15 66:2
lights 54:19
  242:8
likelihood
  124:17
likewise 6:13
  322:14
limit 73:8
  175:11,12
Limitation
  185:3
limitations
  184:11,14,21
  184:24 185:1,2
  185:6,7,9,10
  185:13
limited 71:15
  178:2 219:23
  281:22 318:16
  324:13
line 100:11
  336:16 348:8
lines 7:3
Lisa 312:9
list 6:11,13,22
  11:20 38:14,14
  81:24 165:22
  241:13 243:1
  246:10 248:16

250:16 253:8
  254:17 267:13
  326:20 333:16
  334:17
listed 8:2 34:5
  79:17,20
  166:20 267:16
  270:5 274:13
lists 239:9
  272:20
literature
  159:23 201:14
  210:18 222:4
  223:17 224:18
  224:21 245:1
  304:17
litigation 128:15
  164:22 183:4
  213:17 222:3,3
  251:12 315:24
little 21:14 40:15
  83:4 93:7
  104:10 118:10
  118:15 123:8
  146:12 166:10
  215:3 224:23
  232:12,16
  255:10 261:12
  276:11 314:15
  337:5
LLC 2:3,15 3:1
  3:2,19
LLP 2:9,21 3:8
load 53:13,25
  54:11 55:4,24
  59:9 197:23
  198:2,4,8
  204:2,17 205:8
  206:15,19
  242:6,7
loads 54:20
lobbying 7:18
location 66:12
  79:11,16
  103:12
locations 191:6
  191:8,14

logic 83:3 110:9
  204:7
logical 143:4
  205:1
logo 260:22
  311:16
logs 276:3,3
long 75:15
  226:13,16
  241:2 243:9
  246:3 266:13
  279:10 293:8
  298:20
longer 73:16
  141:15 158:17
  186:6,11
  261:12
look 19:8 20:3
  20:13,19,24
  21:6 26:24
  34:11 45:13
  55:15,23 61:6
  63:11,18 64:1
  86:25 89:2
  90:5 100:6
  135:7,15
  139:16 170:24
  172:9 185:22
  187:10 188:8
  191:17 196:25
  197:5 218:25
  261:15 276:2
  281:9 301:20
  345:2
looked 30:17
  31:3 43:15
  54:22 55:18,23
  55:25 127:1,6
  130:19 132:14
  137:24 140:16
  144:3 162:25
  163:1 164:1
  169:12 178:11
  179:2 210:12
  214:8 215:18
  246:23
looking 37:22

52:8 79:16
  97:12 127:14
  140:13 163:10
  163:23 177:24
  191:16 192:7
  265:16,21
  278:12 299:3,8
  319:9 345:15
  345:16
looks 78:18,19
  88:19 101:8,17
  108:15 110:2
  225:15 230:25
  232:11 233:12
  260:17,21
  261:3 262:21
  268:14 278:16
  281:2 295:24
  296:11 297:2
  299:5 305:24
  307:9,11
  311:14,18
  312:11
lose 230:25
  295:3
loss 231:5,9,13
  231:21
lot 35:12 140:5
  202:14 206:6
  206:21 215:16
  237:16 257:8
  267:23 285:11
  295:13 304:14
lots 168:22
  285:5
love 223:22
low 87:3 168:3
  226:15 266:1
  267:2
lower 72:21
  111:2,19
  113:21 123:22
  130:16 151:8
  151:24 263:19
  266:5 326:10
lowered 69:15
lowers 176:10

Page 372

**lowest** 282:3
**Lucy** 60:16
**Luke's** 1:16 3:6
3:12 60:22
**Lundgren** 347:2
347:15

---

**M**

**M** 278:10,11
**M.D** 2:14 3:2,5
**M1000** 329:7
**machine** 111:24
150:9 173:6
176:21 192:3
222:25 288:13
290:8
**machines**
321:17
**main** 2:4 47:3
73:25 74:2
134:9 149:19
159:22
**maintain** 108:15
109:2 110:2,6
225:23 328:19
341:13,19
**maintaining**
109:14 110:19
131:23 167:24
168:13
**maintains**
262:25
**maintenance**
190:17,18,22
190:23 192:11
194:2,4 234:11
256:11
**major** 47:8
244:19
**majority** 201:14
308:14
**making** 72:4
**male** 232:3
**Mallinckrodt**
294:8
**manage** 255:23
**managed** 94:23

334:21
**management**
28:25 29:8
52:8 133:3,16
133:20 142:7
142:12 280:10
280:14 293:14
301:6,7 305:4
305:25 315:10
315:12,20
316:14 333:21
334:21
**managers**
258:25
**manifold** 113:4
**manual** 4:9,11
4:14 22:13
24:2 25:19
26:9 34:16,17
56:2,6 80:7
88:13,18 99:20
102:16 129:4
135:21 137:25
140:14,17,24
141:10 172:7
208:16 211:6
**manuals** 21:24
24:20,22,24
25:1,11,13,25
26:4,19 34:14
207:19
**manufacturer**
95:2 138:4
288:18
**manufacturers**
136:23 137:1
137:21
**manufacturing**
98:11,16,17
**manuscript**
166:4,5,7
**Marc** 3:8
**March** 77:9
**mark** 88:4
186:18 232:12
**marked** 77:1,5,8
79:12,14 80:6

88:5,8 96:24
96:24 97:1
99:14,17
186:20 224:24
260:1,4 277:1
277:4 295:8
**market** 34:12
126:12 181:1,4
184:20 217:15
218:10 223:18
243:11
**marketed** 31:10
129:9 143:16
168:7 169:7
**marketing** 141:8
142:1 166:18
181:10 184:15
186:3,6,25
280:22 305:6
305:15 314:20
331:11 334:22
**markets** 290:16
**masks** 86:13
**mass** 29:7 54:22
54:23
**master's** 56:14
**material** 140:6
176:5 184:15
283:15 284:12
335:1
**materials** 10:2
186:4,5,6
187:1
**mathematical**
204:24
**matter** 16:4 51:4
51:6 172:17
**matters** 17:22
**mattress** 223:10
**mature** 28:16
**maximum**
222:25 235:24
**McCaig** 3:3
60:11,11
336:21
**McDONALD**
2:6

**McDonald's**
303:20
**McGovern**
177:6,11
178:15,16
179:21 180:25
181:9 183:1,7
183:15,17
184:2,9,18
185:5,22,23
**McGovern-Re...**
179:4
**McGrevey** 3:13
3:14 60:21,21
**MDL** 127:13
**mean** 17:8 18:22
20:5,23 25:1
30:22 37:3
39:19 40:17,19
42:13 47:3,18
49:16 51:3,6,8
55:10 58:7
67:3 75:10
78:23 96:8
99:12 114:15
116:11,14
117:19 121:20
121:23 123:3,6
131:19,21
144:23 146:24
148:5 159:10
160:6,18
162:24 163:12
163:18 172:8
172:17 178:9
178:18 179:20
185:14,17
187:21 188:24
192:2 194:22
195:11 198:3
198:25 199:2
203:6 204:7,11
204:14,24
210:8,23
211:16 212:24
216:20 217:16
219:14,18

222:16 224:5,9
226:12 233:20
235:23 238:13
238:18 242:19
244:25 245:8
250:17,18
253:23 256:6
259:11 264:6
272:4 279:11
282:5 283:6,18
284:16,23
292:24 301:24
303:15 305:7,8
306:25 309:24
313:20 316:25
319:6,7 331:16
332:20 334:19
341:2 343:23
**meaning** 67:16
67:21 289:11
289:18,23
326:8 343:1,7
344:23
**means** 92:17
146:6 188:18
190:23 234:16
236:10 239:12
248:19,24
280:18
**meant** 28:4
61:24,25 81:19
234:18 294:14
**measure** 151:10
151:18 228:2
**measured**
120:13 151:12
266:20
**measurement**
87:21 197:16
**measurements**
73:13 121:12
**measures** 195:6
**measuring** 266:9
**mechanical** 57:1
57:23 101:15
**mechanically**
105:22

mechanics 57:9
mechanism
130:6,10,11,15
134:1,5 136:17
136:19 147:21
148:1 152:24
mechanisms
335:7
media 130:2
212:14
medical 3:1
17:20 20:19,25
21:3,6 25:2
26:2 31:13
36:7,13,17
41:14 42:9
50:17,24 52:2
53:2 60:12
63:14,21 64:11
65:4 67:19,23
68:2,5,21 74:8
75:9 80:16
95:1 143:23
145:12,17
148:25 152:6
152:14 153:23
161:14 206:23
210:21 228:10
255:23 259:2
268:20 279:24
280:9 289:11
289:19 315:15
323:16,24
327:7 329:20
330:6 335:23
336:1 338:11
Medicare
335:15
medium 87:4
266:1 267:2
MedLine 330:3
MedTech 328:5
Medtronic
294:9,11
meet 66:10
meeting 182:12
315:10 317:8

meetings 154:23
155:8,12 182:8
182:18,22
317:12
meets 180:3
MELINDA 3:6
Memarzadeh
165:1
member 154:18
members 210:10
memo 226:24
228:1 233:11
233:25 240:22
254:15 257:18
257:19 258:15
258:21 264:22
265:13,22
274:17,18
311:16,23
312:22 338:2,9
339:7 340:21
345:17
Memorial
278:18,21
286:13
memory 27:6
memos 222:11
222:13 226:20
316:2,9 317:5
319:10 334:5
342:24 343:2
344:18 345:15
men 230:9
268:21
mention 304:15
mentioned 6:9
14:15 19:6,10
58:21 105:5
139:3 150:20
164:18 343:5
mentioning
24:13 179:15
mere 205:20
merely 55:3
200:1
merits 269:2
MESHBESH...

2:11
mess 35:17
met 213:16
method 190:17
190:21,22
192:8,10 194:1
methods 237:11
240:16
Michael 40:19
163:19 174:14
181:15 182:6
182:18
microbial 4:16
188:8
microbiological
173:22
microbiology
86:4
micron 70:5,8,8
70:11,13,16,20
105:6,7,16
106:12,16
135:12,17,22
136:12 175:4,6
microorganisms
86:10 111:9
middle 262:5
265:6 270:8
271:13
Mike 174:12
million 18:9
204:15 303:9
303:16,18
330:25
millions 49:22
49:22 201:11
mind 112:12
274:22
mine 260:11
296:11
minimal 132:10
minimize 94:15
125:11 143:22
145:2 237:11
299:22
minimum 300:2
Minneapolis

2:13,23
Minnesota
42:12 57:2
347:10
minor 56:11,12
56:19,20 256:2
256:20
minute 244:9
250:6 278:24
279:1 299:3
minutes 236:5
236:11 245:25
255:2,3,8,10
266:12 268:14
299:21 300:9
300:15
mischaracteri...
107:21 128:8
161:3 189:22
202:1
misheard 107:14
mislead 26:8,11
missed 30:12
mission 66:2
Missouri 1:1
286:11 317:4
misstates 10:9
161:3 202:2
271:11
Mistral 42:22
137:22,23
138:8,14,25
139:10 140:10
151:20 326:14
326:25
misunderstan...
7:19
misunderstood
251:16
mitigate 93:5
95:22 96:5
mitigated 91:6
96:12,22 283:8
mitigating 96:21
282:3
mitigation 83:11
89:20 90:1

91:4,5 94:14
94:17,22 95:3
103:7 141:12
142:18,20
152:4,12
154:17 211:10
282:6 314:16
314:17,25
315:21 316:2,5
316:17,21
317:19 318:3,4
318:24,25
319:10 320:11
320:23 322:18
mix 192:13
mixes 231:15
mixing 231:19
Mmm-hmm
45:5 52:20
59:11 75:23
82:10 193:3
232:24 233:13
234:20 239:11
270:6 276:16
291:22
MN 2:13,23
MO 2:5 3:4,9,20
Moayeri 232:23
modalities
214:21 326:2
Mode 319:16
320:3
model 4:9,11
22:4,4,4,8,11
22:13,15,17
23:16,19 24:5
54:21 61:4
63:15 64:14,18
64:18 65:7,12
65:14 69:3,6,9
70:10,13,16,19
70:23 71:1,3
71:13 74:15,18
74:24 75:4,8
75:14 76:6,14
77:15 78:16
80:7 81:23

Page 374

82:6,19 87:9
88:2,3,9,13,15
89:3,9 90:18
91:22 97:7
98:6,9 100:22
101:19 102:1
102:14 103:13
103:15 104:2
105:5,6,12,13
105:13 106:11
106:20 107:1,2
107:17 108:4
108:11 129:7
129:11,14
135:20,21
216:13 321:25
322:11,15
**models** 22:3
23:9,15 31:8
44:25 123:7
321:22
**modern** 186:6
327:5
**modes** 321:3
**modified** 64:19
292:11
**Molnlycke**
329:16,17,18
**momentum**
126:21
**Monday** 14:2
**money** 244:11
**monitored**
310:24
**monitoring**
315:18
**Mont** 152:17
**month** 17:4
**months** 302:16
**morning** 5:9
318:17
**mortality** 171:1
171:7,7
**motion** 6:24
**move** 85:5,9
247:6 296:20
298:18 336:24

337:1
**moved** 216:2
**movement**
188:16,25
189:10
**movements**
187:3,13,19
188:18 189:5
**moves** 231:17,18
**Moving** 265:5
268:3 269:23
301:3 324:11
**multi-district**
128:14
**multi-districtal**
183:4
**multi-site** 174:9
**multiple** 104:25

_____
**N**

**N** 5:1 348:1
**name** 5:10 12:7
33:23 83:20
218:19 329:12
**names** 20:8
**narrative** 274:9
**narrow** 7:2
**nature** 26:23
335:5
**navigate** 255:24
**near** 126:23
**necessarily**
189:8 224:6
**necessary**
141:15 310:19
**need** 41:23
63:18 135:8
240:6,12 247:9
253:11 256:10
275:1 310:14
339:18 341:12
344:21
**needed** 72:10,12
80:1 141:10,18
142:6
**needs** 66:11 73:3
237:7 248:25

345:1
**negotiate** 294:10
**neither** 64:19
**Netherlands**
164:7
**neuro** 307:21
**neutral** 249:25
**never** 74:18,25
99:12 106:22
107:2,19 108:6
108:23 117:3
117:12,16,19
117:20 130:19
149:8 154:2
162:16 176:25
198:22 217:7
217:14 222:20
285:2 306:6
**new** 18:6 28:14
33:19 34:6
49:25 64:20
75:21 114:15
160:14 161:1,5
161:16 253:15
261:5 265:13
276:12,22
286:2 313:3
**newfound**
251:13
**nine** 281:13
305:2 312:16
**noise** 328:16
**non** 42:17
**non-OR** 117:8
**nonsurgical**
102:9,10
268:19
**Nope** 218:8
**normal** 310:25
**normally** 309:3
**normothermia**
167:25 168:14
169:11,15
171:3,5,6
215:22 221:13
234:11 246:18
247:3 301:5

309:4,14,19
311:12,21
312:15 341:13
341:19
**normothermic**
246:24
**NORRIS** 2:15
**NORTON** 2:21
**nose** 174:24
**nosocomial**
247:8 253:10
263:24 274:25
275:23 339:17
339:23 340:5
340:16 344:20
**Notary** 347:16
**notation** 225:17
**note** 106:20
108:4 234:13
236:21 240:2
241:10 247:7
287:2 290:6
292:5 300:11
**notes** 59:3,19
154:16 295:25
296:5 297:2
347:9
**notice** 4:6 5:13
8:11,13,14,17
10:10 12:1
24:22
**notices** 319:16
323:3,3,14
**notification** 10:3
11:15,19
**notion** 227:10
247:23
**November** 277:8
**nowadays** 49:18
257:8
**nozzle** 69:15
70:22 71:5,7
72:22 87:10
101:16 172:19
172:20,23
174:24
**nude** 230:9

232:3
**number** 5:22
15:10,13,19
17:9 22:3,18
22:19 26:21
27:2 33:20,22
35:20 47:19
62:7 79:14
82:12 87:23
88:4,8 96:8,25
97:4 100:4,18
105:2,3 135:16
164:1 169:13
169:13 176:2
178:11 186:19
186:20 187:11
187:18 201:1
202:22 203:7
213:21 219:2
220:24 225:1
225:13,18
226:15 233:10
251:7 261:19
261:20 263:5
272:25,25
273:18 278:1
281:13 283:6
294:12,24
295:12 307:10
309:7 314:18
323:1 324:12
324:16,19
325:1 330:11
330:17 331:10
341:17
**numbered** 33:24
100:25 337:14
**numbering**
88:21 225:20
225:21
**numbers** 8:2
127:19 132:15
151:1 273:24
**numerical**
274:10
**numerous** 9:4
72:16 186:25

188:6 307:24
313:7 321:19
**nursing** 255:22
**nutrition** 310:5

**O**

**O** 5:1
**O'Haver** 1:4
60:15,17
**obese** 308:7
310:12,15,22
311:4,7
**obesity** 308:8
**object** 7:16 10:8
16:17 18:15
43:12,22 47:6
49:11 64:16
68:24 76:17
83:25 86:2
103:5 107:20
124:6,18 128:7
130:8 133:24
135:1 137:17
140:12 144:7
144:14,21
145:9 147:12
149:3 153:16
155:17 161:2
161:20 167:10
170:5 173:10
173:17 177:13
179:5 183:25
188:4,22
189:21 191:3
194:7 196:16
201:3,25 203:4
204:9,20
205:11 206:17
207:3,10
208:18 210:6
212:9 251:24
253:19 271:8
275:25 280:7
285:9 290:10
298:12 325:3
338:5,14 339:4
339:13 340:6

340:18 341:15
342:2 343:3,21
346:2
**objected** 6:7
281:12
**objection** 6:3
18:21 86:8
130:13 139:14
140:22 179:18
196:21 208:7
271:16 280:24
344:25
**objections** 6:11
8:3,7 128:25
139:8 145:22
205:2
**objects** 54:18
**observation**
294:2
**observational**
196:6
**observe** 164:10
164:12
**observed** 270:9
**obsoleted** 75:15
**obstructions**
55:1
**obtain** 16:1
**obvious** 302:21
302:22,23
**obviously**
206:21 211:11
233:14 254:19
259:18 302:19
329:25 331:13
345:15
**occur** 84:9
117:12 124:17
133:14 317:16
**occurred** 41:5
73:14 89:21
142:19
**occurs** 73:18
81:14 82:3
109:15 232:17
241:2 246:4
**office** 258:17

**officer** 179:7
**Oguz** 162:25
163:5 174:8,8
174:9
**oh** 13:21 20:17
59:7 79:10
80:15 88:20
100:19 101:24
109:11 159:10
159:14 178:23
181:6 184:6
191:17 202:7
217:2 225:11
242:19 278:19
281:24 299:11
312:9 315:22
317:6 321:19
326:22 334:2
334:11 337:14
**okay** 8:19 9:16
9:21 10:20
11:8,25 12:10
12:17,22 13:3
13:16,19 14:9
14:12,15 15:4
17:5 18:4,8
19:18 21:4,23
22:14,22 23:13
24:2,5,12,18
24:18 25:1,5,8
25:24 26:2,13
26:17,24 27:15
27:25 29:2,15
29:19 30:8,16
30:19 31:1,12
31:20,23,25
32:3,7,9,15,21
32:24 33:2,6
33:11,25 34:2
34:4,8,14,18
35:5,7 36:3,12
36:16,16 37:3
37:6,18 38:13
38:20,24 39:1
40:10,10,13
43:3,7 44:4,18
44:21,21 45:1

45:13,22 46:3
46:14,20 47:21
48:15 49:3,13
49:22,25 50:2
50:7,16 51:11
51:21,24 52:2
52:17,23 53:2
54:1,5,8 55:5
55:15,18,22
56:23 57:6,18
58:3,25 59:2
59:12 61:13
62:3,21 63:2,6
63:10,14,23
64:4 65:2,7,11
65:20,25 66:22
67:1 68:1,7,19
69:9 70:22
71:9,16 72:2,8
72:23 73:1,1
74:12 75:10,24
75:25 76:13
77:18 78:1,6
78:15,24 79:1
79:22 80:20
81:16,23 82:11
82:24 83:12,17
83:21 84:3,10
85:5,9,12,18
85:24 86:12,23
87:16,19,22,25
88:23,25 90:15
90:21,24 91:10
91:22,24 92:4
92:16,20 93:12
93:18,21 94:1
94:21 95:16,24
96:13,23 97:18
98:9,16,20,25
99:4,8 100:3
101:4,9,23
102:1,4,15
103:24 104:7,9
104:13,18,21
106:8,16,25
107:6,8,14,24
108:3,19 109:5

109:11,19
110:5,11,18
111:11 112:2
112:10,24
113:15 114:12
114:22,24
115:25 116:6
116:11,17,19
116:23 117:2,5
117:7,11 118:8
118:25 119:7
119:25 120:15
120:25 121:5
122:4 123:24
124:3 125:7,10
125:23 127:9
127:12,20
128:2 129:3,13
129:16,23
130:19,22
131:8 132:1,7
132:9,13,18,22
134:7,14,21
135:5,12,20,25
136:2,11,16,22
137:14,21
138:7,15,16
139:21 140:1,9
140:15,20,25
141:2,16,24
142:22,25
144:10 145:12
145:17,25
146:16,20
147:8 148:3,4
148:9,24 149:7
149:19 150:3,5
150:13,23
152:4,25 153:9
155:12,20
156:6,11,16
157:3,25
158:15,20
159:21 160:1
162:4,13,15
163:5,24 164:5
164:14 165:7

Page 376

| | | | | |
|---|---|---|---|---|
| 166:18,25 | 268:13,22 | 89:15,22 90:25 | 107:3,19 108:7 | **operations** |
| 169:6,22 170:1 | 269:7 271:18 | 91:7,20,24,25 | 108:12,17,24 | 49:17 166:13 |
| 172:8,13 173:1 | 272:8,10 273:6 | 92:10,15,16,25 | 109:3,16 110:4 | **operative** |
| 173:4 174:1,11 | 273:10 282:18 | 93:1,9 95:20 | 110:7,12,15 | 270:15 271:25 |
| 174:18,21 | 282:24 290:14 | 103:8 104:10 | 111:5,8,13,23 | 323:4 |
| 175:6,17 176:6 | 291:21 294:19 | 133:4,6 134:2 | 112:5,9,20,21 | **opine** 144:11 |
| 176:18,23 | 296:18 298:18 | 134:16 135:10 | 112:25 116:22 | **opinion** 143:24 |
| 177:4 178:17 | 301:3,22 | 135:11 136:20 | 117:25 118:4 | 144:24 145:14 |
| 180:16 181:7 | 306:19 308:5 | 264:3 | 119:14,17 | 145:16 148:25 |
| 182:25 183:3 | 311:25 312:11 | **operate** 64:9,19 | 120:2,3,7,13 | 208:4 |
| 184:13,23 | 313:5,22 | 222:20 274:2 | 120:20,21 | **opinions** 144:18 |
| 185:5,17,21 | 315:16 316:23 | **operating** 4:16 | 121:1,5,7,11 | **opportunities** |
| 186:7,12 187:9 | 317:15 318:4,7 | 16:9 17:13 | 121:16,18,23 | 28:13 |
| 187:18,25 | 318:21 325:25 | 18:2,19 20:14 | 122:1,13,16,22 | **opposed** 214:10 |
| 188:14,18 | 326:22 327:7 | 21:7,19 24:6 | 122:25 123:14 | **opposite** 36:24 |
| 189:12 190:8 | 328:4 329:24 | 24:14 32:1,10 | 126:18,20 | 37:2 198:6 |
| 190:15 191:13 | 330:10 335:25 | 32:12,16,25 | 127:8 129:15 | **opposition** 6:23 |
| 191:17,22 | 337:4,22 | 37:9 38:10,18 | 129:19 130:4 | **optimize** 301:9 |
| 192:2,12,24 | 338:23 339:15 | 39:11 42:4 | 131:12 132:24 | **option** 328:10 |
| 193:10,14,19 | 340:9,14 | 43:16 45:14 | 134:8,10,13 | **options** 324:19 |
| 194:16 195:15 | 341:11 342:10 | 46:1,5,9,12,16 | 140:17 143:18 | 330:11,13 |
| 196:4,25 197:5 | **old** 185:14 | 47:9,20,24 | 143:21 146:8 | **order** 6:24,25 |
| 198:10,11,22 | 345:17,17 | 48:4,19,20,22 | 147:16 148:19 | 38:25 40:16 |
| 199:16 200:2,9 | **older** 266:14 | 49:8,17,23 | 162:18 163:3 | 201:11 |
| 200:11,20 | **Olmsted** 43:15 | 50:4,10,19 | 187:5,15 188:7 | **ordinary** 67:16 |
| 201:13,18,22 | 162:19 165:21 | 51:2,16,18 | 188:9 189:14 | **original** 34:18 |
| 202:14,25 | **omitted** 6:13 | 52:5 53:5,8,9 | 190:8,13 | 35:20 261:18 |
| 203:17,23 | **once** 142:10 | 53:14 54:13,15 | 192:20 193:12 | **originally** 46:6 |
| 204:13 205:4 | 177:20 213:16 | 54:23 55:2,8 | 194:18,19 | **originated** 83:1 |
| 205:25 206:13 | 226:17,17 | 55:22,23 56:2 | 199:8 201:1,8 | **ORs** 61:7,16 |
| 207:8 208:2,12 | 235:9 240:9 | 56:6 59:6,10 | 201:15,16,24 | **ORTHOPAE...** |
| 210:23 216:13 | 251:14 294:4 | 61:10 63:25 | 202:22 203:13 | 2:14 3:11 |
| 219:1 224:11 | 294:20 | 64:1,13,15,20 | 219:5 235:10 | **Orthopaedics** |
| 226:6 230:3,10 | **one-and-a-half** | 64:25 65:5,17 | 235:15,18 | 60:19 |
| 230:19 231:10 | 231:6 232:7 | 65:19 67:7 | 242:9,11,16 | **orthopedic** |
| 233:3,22,24 | **ones** 16:5 22:2 | 68:3,9,11 69:5 | 244:3,5,7,13 | 124:22 127:21 |
| 234:24 237:9 | 22:23 27:3 | 69:7,11,13 | 244:16,16,22 | 132:2,7,9 |
| 238:25 241:13 | 38:5 40:18 | 73:23 74:16,19 | 244:25 245:1,7 | 144:11,18 |
| 242:13 243:1 | 44:1 172:2 | 74:22 75:1,5 | 248:21 263:20 | 145:1,5,7,13 |
| 243:18 244:21 | 243:15,16 | 76:4,8,15 | 272:15 304:12 | 145:18,20 |
| 249:11 250:12 | 284:18,23 | 78:13,22 86:11 | 309:2 322:1,2 | 149:12 151:4 |
| 252:7 255:13 | 306:12 313:14 | 97:15 98:7 | 326:8 338:19 | 152:16,19 |
| 256:1 257:7 | 341:18 | 99:5 102:12 | 345:7 346:9 | 153:4,6,8 |
| 258:9 259:11 | **ongoing** 253:13 | 103:10,11,14 | **operation** 4:9 | 154:8,19 |
| 262:23 265:5 | 254:12,13,16 | 103:17 104:8 | 79:11 80:7 | 166:13 167:2 |
| 265:21 266:16 | **online** 258:24 | 104:15 105:18 | 87:15 201:7 | 167:21,22,25 |
| 267:10 268:3 | **open** 89:6,12,13 | 106:4,14,23 | 241:18 248:2 | 168:3,19,20 |

169:17,19
178:3 181:12
182:7 195:19
195:19 196:12
196:19 206:25
207:1 208:3,12
208:15,23,25
209:21 210:25
239:25 275:9
287:9,19,23,25
288:5,8 289:21
290:24 291:3
294:25 313:10
313:18 333:12
338:4,13,18,20
344:7
**orthopedics** 3:2
60:13 307:20
**outcome** 151:12
167:17 194:22
195:7,20
199:22,22,24
211:4 335:16
**outcomes**
169:14 170:10
171:16 195:3
234:12 309:7
309:10
**outline** 21:13
**outpatient** 227:7
227:12 256:13
262:17 263:6
**output** 23:4
72:12 73:4
171:25 172:11
**outside** 8:7
38:12 42:6,8
47:7 49:18
78:12,21 119:8
128:9 139:11
167:11 170:7
207:4 212:11
277:19
**outweigh** 170:1
170:16
**oven** 215:17
328:18

**over-generated**
150:9
**overall** 94:18
159:17
**Overland** 2:17
3:15
**overly** 129:10
**overpower** 55:7
55:9
**overturn** 143:5
**overwhelmed**
62:2

**P**

**P** 5:1,11 348:1
**P.A** 3:13
**P.C** 1:9,18 3:17
**P.J** 171:15
**p.m** 102:23,23
131:2,2 155:22
155:23 213:7,8
314:4,5 346:17
**P.O** 2:4
**pacemakers**
294:13
**package** 101:8
101:13
**PACU** 33:4,8,12
46:7 62:25
63:16,18,20,21
64:5,15 65:5,8
65:10,12 69:20
78:20 85:3
91:14 102:8
244:8,12
248:18 304:12
**page** 4:2,5 80:14
86:18 89:2
100:7 104:24
104:25,25
135:15 186:24
189:24 225:3
227:6 229:18
232:21,25
234:5,6 238:25
246:7 260:16
261:14 262:4

262:15 264:24
265:5,7,20
269:23,25
276:13 278:15
279:15,19
286:24 296:8
296:21 298:19
299:6 301:3
302:25 303:1
305:22 337:15
340:22 348:8
**pages** 1:22
233:11 261:13
276:13 347:7
348:4
**paid** 181:15,19
221:8
**pan** 31:17
**pandemic** 85:25
**paper** 100:11
180:7 194:24
195:18 228:21
233:8 258:6
286:11 307:12
312:1,6,13
**papers** 10:21
11:14 27:8,9
27:11 28:1
38:2 40:17
41:2 208:21
259:15
**paperwork**
282:5
**paragraph**
80:24 108:14
109:2,17 110:1
190:16 194:1
234:7 235:7
237:10
**pardon** 216:17
222:3 266:22
**Park** 2:12,17
3:15
**Parkway** 2:16
**part** 30:12 63:10
65:3,20,21
66:1 68:7,10

90:4,7 93:21
94:4,17,19
101:13,14,15
139:16 156:25
164:21 214:11
214:15,23
219:23 226:2
227:18 229:6
231:16,19
234:5 240:5
259:20 262:12
264:21 271:13
272:16 273:10
273:14 274:12
279:21 281:25
285:12 289:7
290:13 298:8
315:11 316:14
318:9,18
332:12 341:4
**particle** 146:3
151:8,10,19
162:16 166:11
**particle-formi...**
163:2
**particles** 41:20
48:3,7,10,16
48:21 123:25
126:5 127:15
127:16,24
128:2,5 129:8
129:20,25
130:16 144:4
144:12,19
145:2,6,14,19
146:1,13,17,22
147:5,11,18
148:14,20
149:10 150:21
150:24 151:3
152:18 153:2
153:10,21,25
154:4,11 155:3
155:15 160:8
160:24 162:6,9
162:11,15
163:25 164:1

164:16 165:24
166:3,14
172:23 173:2,5
173:7,9,14,15
195:11 197:12
197:16 200:4
200:21 201:2
201:15 203:14
203:18,24
204:4,6,7,15
204:17,18
205:21 206:10
206:14 207:19
208:4,14
211:24 212:1
212:17
**particular** 22:13
68:22 168:14
214:15 218:7
230:12 234:19
246:21,25
248:7 256:12
258:21 269:12
285:18 290:4
291:6
**particularly**
227:12 291:13
328:20 331:21
333:12
**particulate** 39:8
43:16 149:14
151:23 195:5
198:4 206:3
**particulates**
37:23,24 39:9
39:13 43:11
45:24 46:22
47:15,25 49:5
49:10 50:5,10
50:20 130:6
131:18 132:4
132:15,20
143:22,24
149:1 150:6,7
150:16 156:14
157:16 161:12
161:17,24

Page 378

165:20 196:12
196:13 199:2
199:11,12
200:1 209:17
210:12,14
211:7 252:8
331:20
**parties** 7:2
**partner** 305:25
**partners** 291:14
**parts** 100:1
**Parvizi** 152:16
**passed** 156:11
**passive** 324:13
**passive-condu...**
268:1 328:9
**patent** 4:8 77:9
79:2,15,17,20
79:24 80:1
100:17 101:25
218:25 252:21
**patents** 80:2
**pathogens** 247:8
248:1 253:11
275:1,23
339:18,24
340:5,17
344:20
**patience** 314:11
**patient** 4:10
28:1,2 29:12
52:18,18,24
54:19 74:4
78:19 84:3,25
87:1,14,15,17
89:24 91:13,19
92:2,14 113:13
126:23,24
127:2 132:25
134:11,24
201:8 214:21
215:21 220:11
220:14,16
221:13 230:24
235:9,14
236:11 240:3,6
240:10,11

241:9 244:17
249:1 255:4,16
256:25 264:4
267:6 272:14
293:14 294:14
298:11 301:11
306:1 308:18
308:23 309:17
309:22 310:5
310:10 311:5,6
324:12 326:2,6
327:11 329:4
330:14
**patient's** 92:21
92:25 133:10
133:15,23
134:4 341:6
**patient-warmi...**
27:21 28:8,15
128:23
**patients** 4:20
30:24 33:10
52:8,10 62:23
62:24,25 68:14
69:16,20,21
71:19 73:3
78:3 81:14,20
82:3,14,21
84:2,12 103:20
118:7 150:17
170:3 171:1,2
185:15 192:22
194:25 195:20
223:4,7 227:3
227:20 231:23
234:14,25
236:14 237:12
238:9,12,20
240:15 241:1
243:6 244:4,14
246:3 249:12
249:22 252:17
260:25 262:1
263:11,19
264:17,23
268:19,24
269:4,5,11,13

269:15,19
283:10 293:10
297:5,8,11
298:20 300:8
300:13,17,22
303:9,16,18
310:12,15,21
310:22,23
313:11 324:16
338:20
**Patricia** 2:4
**Paul** 2:16 60:18
**Paws** 4:19
216:21,22,23
216:25 217:19
218:9,11,22
219:3,4 223:20
243:12 250:4
260:24 274:15
277:12 279:23
280:3,6 282:9
282:12,15,19
282:25 283:9
284:7 287:4
293:20 334:5
**Paws-type**
254:20
**pay** 228:4
**PC** 3:3 35:10
60:19
**peak** 260:7
**peer** 178:24
179:2,9,12,13
179:23 180:10
180:11,14
206:6
**PENDERGR...**
3:6
**pending** 9:14
**people** 15:22
26:11 30:16
54:19 73:13
86:14 91:13
92:1 111:8,14
122:18 127:6
134:10 160:18
164:11 211:10

217:21 219:2
237:3 243:24
244:24 245:8
245:12 248:8
250:25 258:18
264:20 269:18
269:18,22
278:2 283:3,19
285:14 291:10
308:7 314:18
314:20,21
320:9 331:12
342:12
**perceive** 211:11
**percent** 44:11,14
44:22 100:11
128:5 138:23
201:23 202:25
204:15
**percentage**
27:17 204:6
**perception**
248:4
**perceptions**
162:2
**PerfecTemp**
330:4
**perform** 38:8
43:8 120:16,18
122:23
**performance**
31:4
**performed** 42:1
54:1 126:10
127:14 149:8
165:4,12 262:7
**performing**
183:21
**period** 81:20
156:16 294:6
319:6
**periodically**
275:22
**perioperative**
234:14,16
311:21 312:15
**peripheral**

270:22
**periprosthetic**
154:14 179:3
**permit** 241:9
**permits** 240:2
**permitted**
103:13
**person** 2:4,6,12
2:22,22 58:9
61:9 67:19
159:4,8 257:16
258:1 283:22
**personally**
335:24 341:12
341:24
**personnel** 15:14
16:21 111:7
112:21 113:11
122:13 152:7
164:5 201:8,16
**perspective**
292:13 297:24
298:4
**Pfeifer** 312:9
**phase** 231:6
232:17 320:13
321:21,21
336:12
**phased** 98:9
**phases** 64:7
229:20 230:5
264:25
**phone** 334:14
342:12
**phonetic** 196:22
202:5
**photography**
45:17 115:2,8
115:14 116:2,7
116:21,24
117:2 119:9
**phrase** 338:16
338:24
**physical** 172:8
**physician** 122:5
289:8
**physicians**

154:13 203:17
205:7 340:7
**physics** 146:20
146:25 147:9
**physiology** 56:9
56:14,25
168:16 228:3
269:8
**pick** 293:19
294:5 297:14
297:18
**picked** 56:1
**picture** 209:22
**piece** 256:17,19
259:21
**pieces** 305:15
**pilots** 72:18
**Pintler** 330:6,7
**place** 2:7 3:4
143:6 218:1,2
219:7 228:13
233:1 251:13
266:13 347:6
**placed** 120:12
120:12 191:25
288:12 290:7
**placing** 255:19
**plain** 343:1,6,9
344:22
**Plaintiff** 1:5,14
6:16,16,19,25
**Plaintiffs** 2:2
6:18 60:1,3,6,8
283:25
**plan** 28:5 29:16
**platinum** 154:18
**Plaza** 2:21
**please** 5:10 9:7
15:18
**plotting** 229:23
**plume** 117:17
120:4
**plumes** 114:7,10
114:17,19,25
115:5,6,13,16
115:20 116:1
116:15,23

117:9,13,18,24
118:5 119:7,12
119:16 120:1,2
120:6,17,19
122:22 126:4
126:14,22
127:7 130:12
209:19
**plus** 167:18
210:3
**point** 8:1,8
24:13 75:14
82:12 106:9
109:1 110:2
118:19 130:16
136:11 160:7
161:9 165:10
181:18 186:23
228:24 229:1
234:25 241:3
245:17 246:4
250:22 258:13
263:4 266:3
269:14 274:21
280:17 285:1
303:18
**points** 245:3
**POLSINELLI**
3:3
**poly-sci** 56:22
**poor** 289:6
**population** 48:6
276:18
**porous** 106:21
108:6,23
**portion** 199:1
222:10 276:12
318:16
**position** 6:3 8:5
141:17 144:17
341:20
**possession** 7:10
**possibility** 82:13
82:20 84:7,23
89:4 92:9
93:13 95:18
134:15,22

135:6 136:13
140:19 141:4,9
142:5 198:23
**possible** 45:21
47:5,13 73:12
91:11 96:10
105:15 110:23
148:1 186:11
227:21,22
235:25 263:12
282:3 292:2
313:16,19
334:8
**post-induction**
245:20 246:2
300:7
**post-op** 244:12
**post-operative**
80:23 81:12,20
81:25 167:18
224:12,16
249:5
**post-surgical**
124:11 199:23
**poster** 4:15
19:23 186:16
186:17,24
**potential** 83:23
90:5,13 92:9
93:5,23 94:2,7
131:9 137:2
247:8 251:5,21
253:9,10
263:24 264:12
274:23,25
275:17,23
276:15 284:7
291:14 292:8
295:1 301:14
306:1 309:1
321:2 322:1,11
322:13 330:11
331:20 332:10
332:21 333:11
339:17,23
340:4 344:3,19
346:7

**potentially**
261:3 283:12
344:6 345:25
**power** 118:22,23
118:25 119:1
119:23 168:4
**powerful** 242:14
**PowerPoint**
295:15 296:4,9
296:13,15,21
301:4 302:3,8
**PowerPoints**
295:14
**Pownell** 215:12
**practically**
299:23
**practice** 95:12
228:8 291:25
315:19
**practiced**
243:21 244:20
**practices** 254:21
288:6 295:22
307:15
**practicing** 122:5
**pragmatic**
183:13 298:1,4
341:18
**pre** 268:8
**pre-operative**
219:16 244:15
**pre-surgical**
255:2
**precaution**
289:14 290:22
310:13
**precedes** 254:8
**precise** 19:16
291:25
**precisely** 11:3
15:24 19:4
23:25 27:3
30:4 36:9
40:16 66:16
110:22 118:17
142:8 280:13
**precision** 228:1

**predecessor**
261:20
**predecessors**
261:22
**predicate** 31:12
31:18 77:13,16
78:9 281:6
**preferred** 79:11
**preinduction**
236:23 265:11
269:16
**premarked** 5:12
**premise** 64:22
**preoperative**
213:24 214:6
235:9 244:9,11
245:18 248:17
255:15 281:15
284:4 293:1
**preoperatively**
255:21 283:10
284:7
**preparation**
13:3 14:17
15:1,7 21:24
26:14 35:18
77:22 90:15
317:21
**prepare** 7:6 9:25
11:17 12:15,18
35:22 228:17
272:19 345:21
**prepared** 7:14
7:22 12:25
214:2 222:11
239:1,6 274:19
284:20 318:13
318:14 319:11
319:12,20
323:9 330:20
342:23
**prepares** 304:16
**preparing** 10:11
13:9,13 14:23
271:1 274:11
338:20
**present** 3:23

Page 380

156:12,17,21
156:22 163:15
176:24 224:14
307:25 315:9
**presentation**
4:15 45:2
296:6 298:19
301:19 306:3
**presented** 28:13
149:24 152:22
154:7
**presenter**
300:11
**presenter's**
295:25 299:13
299:17
**presenting**
301:14
**presents** 302:10
**preservation**
240:16
**preserving**
215:21
**presumably**
233:24
**presume** 302:15
**Pretend** 337:6
**pretty** 223:13
228:4 230:10
238:5 242:14
250:24 259:21
311:4 312:8
343:9
**prevent** 72:2,22
112:3,4 173:13
240:8,16 246:1
341:13,21
**prevented**
211:13,15,16
**preventing**
211:5,9 262:8
300:21
**prevention**
170:9,19
**prevents** 170:23
173:4
**previous** 89:13

105:10 246:7
308:16
**previously** 90:22
194:14
**prewarm** 235:14
237:12 240:15
240:19 243:14
245:24 255:4
255:17 267:6
272:14 298:2
**prewarmed**
231:24 232:5
240:9 249:15
266:21 268:13
298:21 300:8
300:14,18
**prewarming**
4:18,19 214:13
220:10,14,16
220:25 221:21
222:4,12,14
223:4,5,7,12
223:14 224:1
224:11,17,18
224:19,22
225:12 226:21
227:3 229:8
231:12 235:23
236:5,21 239:2
239:10,17
240:23 241:2,8
241:15,22
242:22 243:2
243:11,20
244:14 246:4
246:12 247:11
248:20 250:5
253:8 254:19
255:10,14
256:2,24
260:23 261:7
262:1,7 265:6
266:8,11,13
269:4 272:22
274:15,24
277:12 282:11
282:19 283:10

287:1,3 293:6
293:21 297:10
297:15,19,25
298:11,15
299:21 300:4
300:20 309:21
309:21 334:6
341:10,12,20
342:7 344:5,19
**prewarming-o...**
224:15
**price** 294:9
326:9
**pride** 228:14
**primarily** 29:8
33:3 52:7 75:1
**primary** 270:11
**principles**
295:22
**print** 298:23
302:9
**printed** 100:10
295:24 296:2
302:6
**prior** 11:25
20:15,16 40:14
40:15 122:20
141:7,25
164:15,22
165:12 168:19
180:25 181:10
183:5,8 235:14
242:2 272:14
320:12 330:24
**prioritize** 321:10
**pro** 241:10
246:10,21
247:1,7,23
248:7,16
249:11
**probability**
211:4,21,25
212:3
**probable** 147:20
148:3,4
**probably** 13:11
14:8 19:17

30:6 39:23
49:24 83:3
85:24 88:18
98:15 103:12
125:14 128:23
136:1 139:3
158:23,25
159:15,20
163:13 170:9
203:7 233:4
238:6 253:22
257:21 259:9
261:19 263:1
276:3 278:22
286:16,17
293:15 295:13
297:12 302:6
304:5,9,14
305:7 324:10
**problem** 17:23
19:1 29:7
62:23 63:2,3,7
63:8 80:23
93:23,23 94:2
94:6,7,7 96:2
209:1 235:14
242:11 244:14
248:5 272:14
**problems** 36:22
264:7 320:19
**procedure**
230:13,14
234:17 256:13
310:25
**procedures**
178:3 227:8
262:17 263:6
**proceed** 285:20
285:21
**process** 62:16,22
63:6,19 65:3
65:20 67:23
68:10,13 74:3
75:18 83:11
90:5,8,8,12
91:5 93:21
94:4,12,13,14

94:18,20,23
95:3 96:3
112:18 123:9
129:5 131:8
139:16 141:12
142:12,18,20
152:5,5,13
154:17 156:25
157:5 280:10
280:14 281:7
282:1 283:19
316:13 332:8
336:13
**produce** 6:12
317:18
**produced** 26:22
119:3 226:3,12
226:16 279:3
298:25 302:24
306:22 315:23
319:12 324:4
**produces** 44:8,9
151:7
**producing**
118:20,24
**product** 30:6,20
31:3 62:24
63:10 66:1,20
67:10 86:22
94:13,15 95:12
97:19 142:11
158:2 185:7
219:24 220:2
229:12 279:24
280:9,17 281:3
281:25 288:18
288:21 292:7
293:24,25
294:5,11
314:21 316:12
316:15 319:6
320:14,16,20
325:23 327:7
327:14,16
328:1,5 329:6
329:13,21
330:6 345:22

production 79:5
302:14
products 66:3
66:23 95:8
126:11 221:5
221:18 229:8
243:11,13
282:6 285:8
288:17 294:17
295:4 323:24
325:14,18
326:14 329:5
334:23
professional
210:17
professionals
275:10 301:8
Professor 39:25
159:14 203:6
program 133:3
prohibit 290:3
prohibited 76:3
338:18
project 291:17
320:22
projections
334:22
promote 185:7
336:5
promoted 66:19
prompted 40:8
promulgating
95:5
proper 244:22
properly 255:7
property 51:6
121:13
proponent 293:6
proposal 292:1
292:14
proposed 143:9
285:6 291:23
334:24
pros 239:2,9,15
242:21,25
243:1 245:18
250:15 253:8

273:7,12
339:16 344:3
protected 308:8
protection 236:7
protective 6:24
6:24
protocol 260:17
260:17,23
262:12 269:24
271:2,2,3,24
274:12 275:13
276:13,19
277:12,16
279:6 285:1,18
286:18 291:13
291:24 292:6
292:11 307:22
307:23 311:12
311:19 312:14
313:4,7,10
344:1
protocols 285:13
301:11 307:24
312:23 313:2,8
provide 66:3
94:10 95:7
158:5 235:8
239:24 273:18
287:8 288:22
310:4 333:16
343:19
provided 6:11
11:16 26:15,17
27:13 62:4,6,7
77:14 170:2
277:19 309:11
309:14 318:12
324:4
provider 330:12
330:14
providers
240:18 264:16
289:22 324:20
325:19
provides 236:6
300:3 304:16
309:1

providing 247:3
310:20
provoking
235:25
public 86:7,10
312:17 347:16
publications
187:1
publicly 209:10
212:13
published 80:10
174:16,18
178:22,23
179:9,14
180:12,25
186:13 207:12
209:25 229:2
pull 102:17
138:22 337:9
purchase 160:22
326:8 331:4
332:21
purchased 28:22
335:9
purchasing
330:19,25
purpose 25:10
33:7,9 47:3
108:15 110:19
112:2 157:25
purposes 47:24
48:16 49:4
112:4 113:9
138:12,20
158:3
pursue 217:10
pursued 217:14
332:25 333:1,3
333:4
pushing 113:24
put 35:1,2 61:15
90:18 154:12
168:7 174:3
175:4 191:18
207:18 210:24
211:1,3,21
215:3,17 233:5

233:25 248:3
249:21 250:20
262:22 295:16
296:13
putting 126:11
129:18 183:22
193:10,14
211:6

_____

**Q**

qualified 347:3
qualitative
120:24 145:23
150:20 209:13
quality 66:3
301:9,9 316:13
323:23
quantify 273:24
quantitative
120:24 124:13
149:5,8 150:21
question 9:6,9
9:10 10:9
16:18 18:16
20:10 33:13
41:22 43:7,13
43:23 47:7
50:13 54:9
58:14,22,24
61:9,11,20,23
61:25 62:11
64:17 68:25
73:21 76:10,18
76:20,21 84:1
86:3 97:11
98:21 100:4
102:18 103:6
107:21 109:22
112:11 116:17
119:25 124:7
128:8 130:9
135:2 137:18
144:8,15,22,25
147:13 149:4
149:21,24
150:19 152:10
153:17,19

155:18 159:7
160:10 161:3
161:21 167:11
169:16 170:6
173:11,18
177:14 178:4
179:6,8,16
180:14,24
184:1 188:5,23
189:22,25
191:4 193:20
194:8,10,11
196:4,17 201:4
202:1 203:5
204:10,21
205:5,12
206:18 207:4
207:11 208:19
209:23 210:7
212:10 251:25
253:20 254:12
271:9 275:8
276:1 285:10
290:11 296:10
298:13 301:23
302:7 317:11
319:2,21 325:4
325:14 326:18
338:1 339:25
343:22
questioning 7:3
questions 7:7
9:4,14 13:1
54:10 138:13
182:11 226:20
229:11,16
251:9,20 252:1
252:3,7 254:10
254:12 257:17
275:22 276:4,5
279:10 285:15
303:5 306:25
319:1,23 335:3
336:11,16,23
337:10,18
342:13,15,18
342:22

Page 382

queue 245:2
quick 29:10
  112:13 260:7
  334:16
quicker 272:17
quickly 227:21
  238:5 263:11
  263:12,16
  264:18 326:20
Quint 4:23
  277:8 278:7,17
  279:7 286:4,9
quite 44:24 79:2
  185:14 202:14
  223:19,19
  251:9 291:16
  312:5 318:7
  329:1
quoting 312:12

**R**

R 5:1 348:1
raise 106:6
  130:15,16
  160:6 235:23
  341:6
raised 36:7,10
randomized
  196:5
Randy 15:23
  83:18
range 119:6
  296:23
rapidly 235:24
  238:11
rarely 315:4
rate 119:1,3
  191:7 237:15
  237:20 266:4
  303:7 346:4
rates 42:17 62:8
  150:18 151:14
  151:16 162:25
  168:2 169:13
  177:6 178:7,12
  263:18 264:10
  264:12

RBC 2:21
re-prepared
  319:13
re-review
  318:15
reach 23:20
reaction 284:12
reactions 283:17
read 38:2,4 79:2
  82:16 87:7,8
  89:7 97:24
  106:14,23
  108:7 128:17
  183:3,5 189:14
  270:24 271:12
  271:13 272:10
  298:24 299:11
  301:12 307:10
  312:19 348:3
reading 79:8
  172:7 302:1
reads 272:5
ready 131:6
  243:7 249:1
  291:12 314:9
real 29:10 89:20
  172:9 269:6
  335:3
really 67:11
  139:11 193:15
  195:13 197:8
  215:16 231:11
  243:20 245:5
  249:19 262:20
  269:5,15
  273:16 279:11
  285:2 298:7,14
  307:9 331:15
reason 24:17
  49:19 68:19
  73:25 74:2
  76:9 90:24
  91:3 102:13
  103:15,18
  106:25 107:12
  109:5,14
  110:23 111:18

112:6,7 130:1
143:7 209:4
235:7 244:19
264:15 285:17
285:21,22
300:1 311:2
312:24,25
reasonable
  61:22
reasoning 142:3
reasons 71:17
  74:15,21 98:3
  107:2 133:12
  133:14 297:22
  298:1 336:6
  341:17
recall 19:25
  20:23 22:10,19
  24:12,25 36:16
  41:1,2,2,4 45:1
  45:7 58:8
  66:16 140:13
  142:2 156:20
  156:24 157:14
  157:19 164:20
  176:2 184:6,7
  184:23 244:10
  254:4 257:19
  258:10 262:18
  276:23 279:12
  279:12 283:11
  284:19 285:4
  285:23 286:21
  300:22 301:15
  301:17,18
  303:17 312:2
  313:9,14 315:8
  315:8 318:3
recalling 178:19
receive 181:23
  234:14
received 253:14
  254:13 294:24
receiving 11:25
recess 59:22
  102:22 112:15
  131:1

recognize
  133:25 225:7
  260:5,6 277:5
  295:11,13
recognized
  129:1 133:17
recollection 21:9
  21:10,11
  164:17 177:2
  253:1,5 317:6
recommend
  308:3,12,14
  310:23
recommendati...
  125:6,9 307:15
  312:15 321:12
recommendati...
  311:20
recommended
  313:11,13
recommends
  127:21 308:2
reconvene
  318:16
record 5:3,10,17
  59:21,24
  102:21,25
  112:14,16
  130:25 131:4
  155:21,25
  213:4,6,10
  271:20 314:3,6
  323:8 346:14
recover 174:15
recovering
  124:8
Recovery 307:6
recruited 185:25
rectangular 23:1
recycled 100:11
redistribution
  4:20 260:24
  270:11,21
  299:22
reduce 48:6,10
  48:16 49:5
  50:5,10,20

73:3 124:25
126:6 127:22
127:23 147:17
148:20 203:17
203:20 224:12
270:22
reduced 71:17
  72:10,13
  106:21 108:5
  108:11 167:19
  171:1,6
reduces 48:21
  149:15 171:5
  195:16 196:7
  199:2 246:11
  246:18 247:7
  249:3 253:9
  274:24 339:16
  344:19
reducing 125:1
  148:19 280:15
reduction 48:9
  194:25 195:14
  224:15 309:5
Reed 174:12
  181:15 182:6
  182:18,19,25
referenced 6:25
references 336:4
referred 340:23
referring 9:18
  37:19 75:25
  100:21 127:4
  148:12 180:8
  182:2 242:12
  254:1 299:12
refers 195:22,24
reflection
  344:10
refresh 27:6
regarding 13:6
  15:1 21:17,18
  21:22 31:4
  42:14,15 45:2
  59:4 95:19
  116:8 135:6
  141:3,17

153:24 156:13
156:18 157:5
157:12,17,22
159:23 160:23
161:17 162:9,9
176:25 177:5
182:11,19,19
183:13,20
205:7 207:19
208:15 319:17
320:6 345:7
**regardless** 95:6
113:21 298:2
310:23
**region** 214:17
**regularly** 275:22
295:18 336:5
**regulation** 228:4
295:22
**regulatory** 15:12
25:6 26:20
81:9 236:1
331:11
**reintroduce**
111:15
**reiterated** 6:10
**related** 7:23
10:2 15:16
16:7 17:9 27:4
30:6 40:9 41:5
45:24,25 82:9
148:16 168:15
239:9 247:1
272:21 298:17
331:13
**relationship**
30:3 124:8,10
177:10 197:10
197:15 205:15
**relative** 341:9,10
**relatively** 97:17
270:17 272:2
340:24 341:2,8
**relayed** 61:9
**released** 44:12
44:13,23 45:8
50:25 51:16,17

52:24 123:10
123:14 142:11
181:1,4 280:11
280:18
**relied** 186:25
336:3
**relies** 152:6
169:1 184:20
187:9 335:25
**rely** 158:4
184:13 186:2,5
210:20 335:20
**relying** 171:8,12
**remains** 290:15
**remarks** 269:2
**remember** 15:24
17:3 19:16
22:18 23:25
24:16 27:3
33:21 40:16,18
43:25 61:12
161:7 174:24
178:13 181:3
238:1 243:15
252:18 257:22
257:24 258:6,7
278:23 284:15
312:5 319:9
340:25
**removal** 142:22
143:1,4
**remove** 46:21
47:15,25 48:3
48:7 49:1
322:19
**removed** 138:5
141:3,14 142:9
142:16,17
156:3 322:17
**rendered** 270:16
271:25
**renegotiate**
294:7
**renewed** 312:21
**rep** 62:5,7
**repeat** 18:17
50:12 76:19

117:15 128:12
**rephrase** 44:21
150:19 153:18
171:22 178:4
**replacement**
4:20 260:25
261:8 262:2
**report** 58:8
225:11 304:6
**reported** 178:12
**reporter** 5:3
225:2 247:19
299:16 347:4
**reports** 222:13
**represent** 19:18
40:12 269:5
279:2 306:20
**representative**
1:25 4:7 5:14
5:25 8:22,25
9:23 10:25
12:14 336:10
**representatives**
295:3
**represented** 7:1
**representing**
180:6 283:25
**reps** 108:1,3
140:6
**request** 9:14
**requested** 6:15
**requesting**
292:16
**required** 237:12
334:18 341:19
**requirement**
323:23,25
**requires** 242:15
**requiring** 95:10
237:13
**research** 17:23
28:14 30:9
155:8,10
181:22 225:17
236:4 237:11
238:19 240:22
245:12,13

255:9 259:21
291:17 292:1
**researchers**
181:25 210:3
**resided** 275:12
**resist** 237:1
**resists** 237:5
**resolve** 38:16
**respect** 6:6
10:24 30:10
41:24 45:3
51:21 59:17
61:19 65:4
73:19,22 98:4
109:25 120:3
127:4 129:3
132:22 134:14
144:19 149:7
150:18 153:9
159:1 161:8
162:4,17,21
163:15,24
164:16 165:3
165:15,20,24
166:2 167:1,5
168:17,24,24
169:16 171:17
171:17 177:4
177:23 178:5
194:5 203:10
220:10 280:5
285:5 287:17
290:23 313:10
313:18 315:5,6
321:13,17
322:14 329:3
330:16 332:20
333:10 335:15
342:21
**respectfully**
342:22
**respond** 69:17
71:21
**responded** 6:18
6:19
**response** 15:21
16:22 52:13

58:8,9,15
157:15 185:3
230:8 236:1
**responses** 21:22
236:25
**responsibilities**
222:6,9
**responsibility**
288:18
**responsible**
160:17
**rest** 52:23
306:15
**restate** 41:22
153:18 161:22
173:12 177:8
177:20 192:16
**restrict** 208:22
209:5
**restrictions**
241:5
**resubmitted**
252:20
**result** 18:22 40:6
72:16 73:10
84:20 97:24
98:6,25 99:5
103:23,25
112:20 117:14
141:14 142:18
144:2,4,6
147:4 148:18
150:6,8 187:14
189:6 205:10
207:20 252:12
270:10
**resulting** 263:25
**results** 37:25
58:4 187:4
189:12 190:4
215:13 218:6
233:25
**retained** 128:19
**retiring** 28:5
**retrospective**
196:7
**reveals** 191:6

Page 384

reverse 126:21
reversed 119:18
review 15:6,9,25
  21:23 22:12
  25:10 26:25
  27:12 28:3
  34:16,17 77:21
  90:16 179:23
  291:13 333:23
reviewed 10:2
  15:10,11,12,12
  15:13,19 21:15
  24:20 25:1,5
  26:13 27:2
  34:14 178:24
  179:2,9,12,13
  180:10,11,14
  206:7 208:21
  278:1 304:24
  316:1 333:13
  333:16,25
  334:5
revision 260:18
rewarm 33:9
  62:25
rewarming
  62:24
RF 252:16
right 19:20
  20:23 24:8,9
  25:16 32:8
  35:9 51:23
  73:9 88:2,20
  88:20 89:14
  100:14 106:3
  108:8 131:25
  133:8 140:25
  151:12,21
  163:23 176:22
  180:9 182:3,8
  182:14 184:6
  186:16 187:21
  190:19,25
  191:2,11 195:5
  195:25 197:1
  204:19 213:13
  214:4 216:10

216:17 217:18
217:22,25
218:11,15,16
218:21 221:3
222:1,12
225:14,18
226:4,22 227:4
227:8,13,23
228:6,15,23
230:6 231:3,22
232:3,9 233:17
234:3,15 235:2
235:4,5,15
236:2,8,20,23
238:5 239:10
239:15,20,25
240:7,8,20
241:2,4,11,19
241:20 242:16
243:4 244:22
245:17,21
246:2,4,25
247:2,4,12
248:2,7,10,16
248:21,22,23
249:2,8,9,16
250:14 251:6
252:9,22 253:1
254:17 255:22
256:8,15,18,20
256:25 257:13
258:12 261:1,5
261:9,11 262:2
263:7,12,18,21
264:11,18,19
264:21 265:7
266:2,9,11
267:3,11,14
268:11,16
269:23 270:18
272:3,11 273:3
273:7,9 274:1
274:7,11,19
275:7,14 277:9
277:13,22
278:7 281:7,8
282:13,22

283:11 284:18
284:20 285:8
285:17 286:15
287:9 288:11
288:25 290:16
290:17 291:4
291:12 292:2,4
293:5 295:7
296:12,22
297:8 298:6,8
298:10,16
299:24 300:15
300:22 302:17
306:5 307:7,13
308:23 309:18
310:1 311:3,14
313:23 314:8
315:11,19
316:1,11 317:7
317:17 318:15
320:24 321:6,7
321:14 322:6
322:10 323:11
323:21 324:7
325:13,20
326:15 327:9
327:20,23
328:2,14,21
329:3 330:7
331:1,18
332:19 333:7
335:2,11 336:2
337:24 343:8
344:9,13,17
345:10,18,20
345:22,24
346:4
right-hand
  225:17 311:17
rigid 280:10
ring 278:20
Rio 182:3
rise 113:25
  114:4 123:22
  126:4 211:20
rises 113:15,18
  113:20,23

114:16 123:25
risk 83:8,11,21
  89:19,20,23,24
  89:25 90:1
  91:4,5,6,15
  92:9,13 93:5
  93:18 94:13,17
  94:22 95:3
  96:10,14,19
  103:7 104:16
  104:19 124:5
  124:25 131:13
  133:2,16,20
  134:19 141:12
  141:19 142:7
  142:12,18,20
  143:9,25 144:5
  144:13,19
  145:7,20 149:2
  149:11 151:3
  152:4,12,19
  153:5,14,21,22
  154:17 159:18
  166:14 168:25
  170:1,14,16,20
  181:12 190:21
  190:23,25
  192:10 194:5,5
  196:14 197:13
  198:12,17
  207:23 208:5
  211:10,11,14
  222:19,22,24
  246:18 251:5
  251:21 273:20
  280:10,14
  282:6 284:10
  295:1 314:16
  314:17,25
  315:10,11,20
  316:2,5,16,16
  316:21 317:9
  317:18 318:3,4
  318:9,23,25
  319:6,9 320:10
  320:22 321:10
  322:11,13,17

333:10,10
340:16
risk-benefit
  169:19 273:14
  273:16,23
risks 83:10 90:5
  90:9,13 94:15
  95:12 131:9,13
  152:8 166:11
  190:17,22
  194:1 220:9,13
  276:14 280:16
  282:2,8,18
  283:6,9 284:5
  284:13 309:5
  314:24 317:1
  319:7,7
Risky 250:24
  254:3
RN 3:6,6,6
robe 284:11
Rockhill 2:14
  3:11 60:19
role 58:16 221:9
  221:22
roles 159:22
Ron 3:23
room 4:16 16:9
  17:13 18:2,19
  20:14 21:7,19
  24:6,14 32:1
  32:10,13,16,25
  37:10 38:10,18
  39:11 42:4
  43:16 45:14
  46:1,5,9,12,16
  47:9,20,25
  48:4,19,20,22
  49:8,23 50:4
  50:10,20 51:2
  51:16,18 52:6
  53:5,9 54:13
  54:15,23 55:2
  55:11,22,23
  56:2,6 59:6,10
  61:10 63:25
  64:13,15,20,25

65:5,17,19
67:7 68:3,9,11
69:5,7,11,13
73:23 74:16,19
74:22 75:1,5
76:4,8,15
78:13,19,22
86:11 97:15
98:7 99:6
102:12 103:10
103:11,14,17
104:8,15
105:18 106:4
106:23 107:3
107:19 108:7
108:13,17,24
109:4,16 110:4
110:7,12,15,24
110:25 111:3,5
111:8,13,23
112:5,9,20,21
116:22 117:25
118:4 119:14
119:17 120:2,3
120:7,13,20,21
121:1,11,16,23
122:1,13,22,25
123:14 126:18
126:20 127:8
129:15,19
130:4 131:13
132:24 134:8
134:10,13
143:18,21
146:8 147:16
148:19 162:18
188:7,9 192:6
192:21 193:13
199:8 201:1,9
201:15,16,24
202:23 203:13
219:5 235:10
235:15,18
241:19 242:9
242:11,16
244:3,5,7,13
244:16,17,22

245:2,7 248:21
263:20 272:15
304:12 309:2
322:1,2 338:19
345:8 346:9
room's 64:1
rooms 49:17
53:10,14,15 55:8
56:8 106:14
112:25 121:5,7
121:18 122:17
163:3 244:25
ROSE 2:21
roughly 14:16
17:3 23:1
156:6 175:16
route 114:2
routinely 259:14
RPR 347:2
Ruge 196:22
ruling 5:22
run 257:17
───────────
             S
S 5:1 348:1
safe 66:4,23 67:1
68:22 69:6
95:7 220:17,18
239:20 287:3
324:20 325:1,8
328:12,13
336:6
safely 227:21
263:13,16
288:21
safer 325:11
safety 66:1,20
220:2 279:16
279:25 280:4
280:23 281:2,9
281:18,21
303:25 324:23
325:5,6
sales 4:14 15:11
30:5 62:4,6
99:20 102:16
107:25 108:3

140:6,6 294:1
295:2 331:11
334:22,23
salesperson
61:14 62:1
sampling 174:9
Sans 306:3,4
sat 226:3
satisfaction
301:11 336:13
saw 8:16 10:10
11:23 119:7
135:9 238:7,9
saying 92:23
93:3 147:25
157:9 163:20
170:22,24
171:4,5 189:17
198:6 210:24
271:22 310:14
says 82:13 84:6
84:9 87:1,12
87:12,20 89:4
89:12 91:20
97:14 100:10
103:21 106:11
106:19 108:20
135:16 158:12
187:6 189:4
190:6,7,16
194:1 225:18
235:13 236:17
236:18 239:8
254:18 255:10
256:1 261:10
262:6 265:25
270:1,8,20
271:24 277:11
277:15 278:16
278:17 279:16
279:23 285:25
286:10 296:24
297:4 298:20
301:4 302:4
303:8 305:2,24
305:25 311:18
312:13 317:6

scale 118:19
scanned 100:1
schedule 244:25
245:9
scheduling
244:22 245:2,7
254:24
schemes 244:25
Schlieren 45:16
114:25 115:2,4
115:8 116:1,6
116:21,24
117:2 119:8
120:16,23
122:20 209:11
209:16,22
school 57:1
238:2 268:20
science 49:25
114:15 116:7
133:21 144:18
147:9 196:20
206:6 209:10
scientific 73:2
109:21 143:1
143:10 155:13
167:6 258:25
scientifically
200:3
scientists 153:13
283:20
scope 7:8 8:7
47:7 128:9
139:11 167:11
170:7 202:3
203:5 204:22
205:13 207:4
210:7 212:11
280:8 281:12
Scott 16:6,25
34:20,21 83:13
161:8,10,13,18
167:15 170:25
171:8,10,12
178:1 195:18
195:22,24
196:1 331:14

333:19
Scott's 195:18
SEAL 348:22
sealing 267:11
Sean 3:14 60:21
second 4:6 5:13
51:12 59:3
82:2 100:6
102:16 186:24
197:5 244:8
278:15
Secondly 139:9
secret 278:3
317:2 332:6
section 192:8
see 5:15 79:10
80:12 88:18
98:20 99:21
100:12,24
105:8,9 106:6
106:6 115:4,25
116:1 135:19
139:17 140:23
141:1 161:5
166:5 187:6,8
187:17 191:16
192:2,5,7
213:24 214:11
229:21 233:11
235:6,10
246:13 254:6
256:3 262:6,10
270:5,8 272:15
276:15 278:9
278:18,19
279:20 286:8
296:5,25
298:20 300:9
302:4 303:11
304:1,2 335:2
339:19
seeing 205:15
seek 218:3,5
seeking 292:8
seen 8:11,13,14
35:25 37:25
77:12,24 88:9

Page 386

97:4,5 99:23
115:16 142:7
186:10 278:6
294:23 295:6
305:1
**select** 341:16
**selected** 236:14
236:15 246:3,6
269:4
**selecting** 130:2
**selection** 306:9
**sell** 26:2 30:7
75:7 223:18
**selling** 229:7,12
**send** 291:13,23
**sending** 160:12
160:23 161:18
291:10 292:6
344:2
**senior** 334:21
**sense** 52:15 58:3
204:24 205:1
279:14 287:25
289:7 290:2
322:12 335:10
335:11 338:21
**sensitive** 237:20
**sensitivity**
283:15
**sensor** 176:20
**sent** 16:22 58:9
58:23 276:21
278:2,25 279:6
285:3 292:13
292:17
**sentence** 237:17
270:20 272:5,6
272:16
**separate** 90:8
**separately** 90:9
**September**
260:18 317:4
**sequentially**
100:25 279:3
**series** 24:14
31:10 33:3,25
34:19 64:24,24

73:20 97:8,14
97:22,22 98:4
102:4,8 103:22
342:21
**serious** 169:23
169:25
**served** 303:21
**service** 4:11
88:13 135:21
225:4 309:16
**services** 1:17 3:7
89:6
**Sessler** 43:15
159:15 162:19
165:21 169:1,2
230:2,3,21
232:23 246:22
262:18,21
268:5 335:21
336:1
**Sessler's** 231:4
265:3
**Sessler-Olmsted**
43:18 163:25
164:15 166:2
**set** 23:9 61:3
72:15 243:25
**setpoint** 23:14
23:15,23 237:6
**setting** 24:11
72:9,11 119:17
189:23 222:24
241:15 247:11
273:25 282:19
**settings** 87:2
267:3 274:2
**settled** 197:13
**Settles** 120:8
**shaking** 342:16
**shape** 22:25
23:1 171:23
**share** 58:4
**shared** 291:7
**shareholders**
333:9
**shedding** 112:21
**Shirozu** 120:9

120:10
**shivering** 81:17
82:7 238:22
**shopped** 286:18
**shopping** 277:17
279:5
**short** 59:22
102:22 112:15
257:11 313:25
314:8
**short-duration**
256:3,10,16
257:2
**shorten** 248:25
**shorter** 257:10
263:23 264:2
**shorthand** 347:3
347:4,9
**shortly** 218:20
219:10
**show** 30:23 73:2
77:1 88:3
96:23 118:2
119:15 120:17
120:18 168:1
191:10 193:15
196:10 198:3
209:17 224:15
233:14 266:24
**showed** 114:25
126:19 127:15
167:23 169:10
171:15 206:1
210:13 279:13
299:21
**showing** 154:4
262:16 277:4
**shown** 224:12
**shows** 120:6
132:14 200:23
209:18 211:23
230:4,7 266:11
308:1
**shy** 231:6
**side** 239:16
254:18 311:17
**sign** 303:20

**Signature**
348:21
**significant** 28:18
81:13 82:2
184:14 185:13
201:1,19
202:21 223:25
252:11 262:8
**significantly**
170:14
**similar** 7:17
89:3 109:2
110:3 171:16
228:12 268:22
**similarly** 344:17
**simple** 51:11,14
170:12
**simplified** 54:21
**simplify** 93:7
104:10
**simply** 309:17
**single** 127:14
132:14 144:3
210:11 211:23
313:7
**sir** 219:19 275:5
279:20
**sit** 254:4 283:11
285:23 293:21
316:8,18
317:11 332:16
336:9
**site** 47:4 65:9,11
65:18 66:13
124:4,9,16
125:2,12,19,20
126:7,16
127:15,23,24
129:8,20,25
130:7 144:12
145:3,19 146:2
146:4,14,18,23
147:6,11,18
148:15,21
149:1,2,10
150:8,25
151:19 152:18

153:3,10,21
154:5,12 155:3
155:16 160:25
161:17,24
162:6 163:16
166:12 167:17
170:21 191:14
191:18 193:16
193:22 194:6
194:13,18,23
194:25 195:8
195:14 197:7,9
197:12,17,18
197:24 198:2,9
199:7,23
203:18,21,25
204:3,17 205:9
205:9,21 206:4
206:11,14,16
206:20 207:20
207:23 208:5
210:13,13
212:4,18
246:11,19,23
247:4 248:2
309:6 323:4
331:21
**sitting** 118:11
141:22 142:14
143:12 210:23
244:17,17
284:1
**situation** 95:16
**six** 191:6,8,24
230:23 232:18
266:22
**Sixth** 2:23
**size** 41:20 55:23
56:1,7 119:12
183:14
**sizes** 55:25 61:6
105:23
**skier** 238:2
**skilled** 57:20
**skin** 73:8 92:21
92:25 93:2
111:9 133:10

133:15,23
134:4 205:16
205:19 270:23
284:12
**slide** 296:22,24
297:4 302:3,8
303:8 305:2
307:10 311:17
**slides** 303:8
305:21 306:2
307:3
**sloppy** 264:6
**small** 168:2
175:3 185:19
200:25 251:7
298:24 311:15
**smaller** 22:24
172:13
**Smiths** 327:7
**Snuggle** 327:8
**society** 311:20
312:14
**soldiers** 73:7
**solution** 61:24
63:3,7 95:13
96:1,2,4,9
235:13 272:13
**solve** 55:6 94:7
**somebody**
239:16 245:25
252:23 258:20
259:13 293:20
303:2
**somebody's**
264:3
**someplace**
258:17
**somewhat** 28:17
**soon** 28:6 252:6
**sophisticated**
80:3
**sore** 306:11
**sorry** 12:6 13:21
18:17 22:19
25:17,18 33:21
41:4 47:23
50:12 56:13

59:15 69:13,14
76:19 77:4
83:20 85:20
97:10 100:3
107:9 109:13
117:15 128:12
153:18 160:10
161:22 173:12
177:8,20
178:18 192:16
195:23 197:25
198:15 200:14
202:7 217:5
251:16 269:25
275:3 279:19
279:20 299:5
299:15,15
301:16 302:25
304:21 318:3
323:12 332:19
**sort** 217:22
218:7 220:5,6
222:17 227:7
228:1,24
230:22 231:6
233:14,21,24
234:5,13
235:19 237:10
237:16,17
243:6 246:1
247:15 248:7
249:8 253:1,9
254:11,23
255:23 256:10
258:16 259:14
260:22 261:14
261:15,19
262:4,5,16
263:1,9 264:22
268:4,22
269:10 270:7
272:6,7 273:24
275:15,15
276:12 278:14
278:20 279:17
280:1,2,3
281:8,12

283:16,23
284:6,8,12
286:12 291:14
292:19,20,21
292:21 293:13
293:19,21
295:18,24
296:5,9 298:8
299:24 303:20
304:15,23
305:22 306:8
306:15 307:14
311:15 314:14
314:16 316:5,6
317:5,23 319:2
319:19 320:10
321:20 323:14
324:11 326:18
331:3,15,19
335:2,3,4,7
**sorts** 245:13
273:20
**sounded** 340:1
**sounds** 19:20
161:15 252:22
**source** 90:17
91:1,12 93:9
93:13,15 130:5
**sources** 55:1
134:9,12
**South** 2:23
**Southdale**
121:21
**speak** 14:25
199:15 316:19
**speaking** 8:25
81:9 125:18
328:22
**specialists** 2:14
3:12 154:9
259:1
**specialities**
308:13
**specialties**
307:18,22
308:11 313:1,8
**specialty** 308:2

308:12 313:4
**specific** 35:19
61:23 67:8,15
67:20 81:2
214:20 226:10
230:10,12
231:23 242:20
289:10,18,23
319:1 335:11
346:6
**specifically** 6:8
6:25 7:14,22
10:4 20:24
97:21 227:2
252:15 286:21
316:24 319:3
**specifications**
11:13 41:18
**speed** 176:10,12
**SPENCE** 2:11
**spend** 13:9
244:11
**spent** 14:15,19
27:15 49:23
236:22 244:24
**spread** 84:4
**squamous**
112:22 201:2,7
201:19,23
202:9,22 203:1
203:13,15
205:16,19
**SSIs** 195:22,24
**St** 1:16 2:7 3:6
3:12,15 60:21
**staff** 134:11
235:20
**stamp** 306:24
**standard** 53:11
**standards** 95:4
**standing** 118:11
118:21 126:23
**standpoint**
133:21,22
**Stanford** 174:19
**start** 40:10 46:2
162:16 213:21

265:6 271:15
**started** 35:5
86:19 161:18
250:23 251:3
251:18 252:4
254:5,14
331:24
**starting** 253:17
276:13 302:25
303:4
**starts** 225:13
**state** 5:10 25:18
89:15 197:25
200:3,9,11,15
202:8 305:9
339:25
**stated** 112:7
127:12 194:14
**statement** 5:20
105:11 107:17
108:20,22
124:19 127:25
188:2 199:17
199:19 211:18
276:18 304:3
**statements**
24:23 25:9
26:4,9 124:25
127:21 210:20
**states** 61:16 66:1
93:8 97:21
105:6 127:22
180:19 187:2
187:12 223:23
244:7 305:3
**stating** 24:16
**Statistically**
125:18
**Statistics** 204:12
**status** 321:13
**stay** 268:15
309:7
**steady** 270:15
271:24
**stenographic**
347:4
**step** 179:17

Page 388

**step-by-step**
93:25
**sterile** 43:11
46:22 47:5,10
47:13,14,16,25
48:3,8,11,12
48:17,19 49:5
50:11,20
131:18,22,23
132:5,20
150:16 156:14
160:8 173:3,19
174:4,4 199:18
200:4,13,17,21
211:8,24 212:1
241:16 250:19
252:18 338:24
338:25 339:3
339:12 343:9
343:16 345:9
**stick** 294:5
**sticks** 306:10
**stock** 332:22
**stopped** 98:17
**streamline**
301:10
**Street** 2:4,10,23
**strengthen**
301:11
**stretch** 304:4
**strict** 332:23
**strictly** 94:22
142:10 178:2
**strike** 69:5 74:13
76:1 150:14
165:13 340:9
**strong** 155:13
342:6
**stronger** 185:24
186:1
**structure** 15:14
15:15 26:19
334:19
**Stryker** 137:22
138:7,13
140:10 293:24
294:8 326:14

326:25
**students** 268:21
**studied** 224:17
**studies** 17:23
19:6,7,11 20:2
20:11,12,18,24
21:1,5 30:22
30:23 36:14
38:20 41:16,24
42:5,7 43:15
44:1,3,5 45:17
45:24 72:8,14
72:16 73:2,2,6
107:16,22
109:20 117:16
118:2 120:17
120:18,23
122:1,18,23
123:3,4 126:11
126:13,17,18
126:19 127:6
141:7,11,22,25
146:3 147:14
148:5,12 154:3
155:1,14
156:12 159:2
159:19 162:24
163:18 164:14
164:18 165:12
165:14,17
167:23 168:5,9
168:23,25
169:11,18
173:21 174:2
177:4,23,25
178:8,19
182:19 183:14
187:12 188:6
188:10,10
198:3 201:13
206:2,7,9
209:14,25
224:15 285:6
300:1 303:24
304:5,10
332:13,14
335:21

**study** 19:12 21:1
21:8,8 40:23
42:9,10,18,19
43:18,19,19
120:3,5,10,24
121:11,21
122:20 127:3,3
127:5,14
129:21 132:14
144:3 149:9,13
149:20,25
163:19,25
164:6,7,9,16
166:2 167:1,14
167:15 168:1,2
168:17 169:1,2
169:6,9 170:25
171:8,10,13
174:10,16,19
177:5,7,9,12
177:15 178:5
178:10,21
179:2,4,10,14
179:22 180:19
180:25 181:9
182:1,1,3
183:1,7,9,15
183:17,21,23
184:2,4,8,9,11
184:18 185:6
185:10,13,18
185:20,22,23
185:23,24,24
186:3,12,14,24
187:9,25 188:1
188:11 189:17
189:18,23,24
191:5,9 193:20
196:6,10,22
197:1,21,22
198:7,11,16
199:5,14,19
200:23 206:1
210:11 211:23
216:11 237:23
237:24 238:7
266:14 268:23

276:18 285:19
299:7,10 300:6
304:11 336:1
**studying** 221:22
**stuff** 31:8 43:20
47:17 51:13
245:4 318:1
335:14
**style** 196:6
233:21
**Sub-Zero**
327:22 329:9
**subject** 6:21
16:4 41:6
**subjects** 185:25
215:18 268:17
**submission**
31:19
**submit** 217:11
**submitted**
252:13,23
**subpoint** 71:14
**subsequent**
124:10 197:17
**subset** 230:10
**substance**
316:19
**substantial**
172:2 184:9
**substantially**
78:9 175:25
281:6
**substantive**
215:15
**successful**
300:20
**succinct** 335:3
**suction** 113:12
**sudden** 317:5
**suggest** 135:4
149:14 151:7
306:16
**suggested**
157:21 160:3
307:15
**suggesting** 85:8
326:19

**suggestions**
245:14
**suggests** 236:5
240:23
**suitable** 69:12
262:9
**Suite** 2:7,17,23
3:4,9,15,20
**summarized**
246:7
**summarizing**
242:21
**summary** 234:7
236:15 237:10
245:24 270:3,7
340:22
**superficial** 196:2
**superfluous**
217:20
**supplied** 142:12
**support** 72:9
78:7 107:16
108:21 169:7
199:19 233:15
258:25
**supporting**
229:13 304:18
326:1
**supports** 196:23
**suppose** 346:3
**supposed** 32:9
105:17 318:18
**suppress** 118:5
126:21
**suppressed**
119:18
**suppression**
120:6 127:6
**sure** 13:25 25:3
25:8 34:11
38:4,19 40:9
45:19 58:8
62:20 72:14
81:3 102:20
112:8 115:3
127:10 135:24
138:23 144:23

152:12 163:7
165:1 168:21
185:9 199:3
223:13,22
224:4,5,7
226:15 229:2,4
229:15 234:21
235:17 241:7
242:19,24
246:10 250:24
251:18 259:22
260:8 272:8
278:1,3 282:7
282:20 283:2
283:16,24
284:16 285:2
297:23 301:24
305:12 306:23
312:8 313:14
317:2 319:4,25
324:25 326:11
328:8 336:15
343:23
**surface** 270:24
329:10
**surfaces** 95:20
**surgeon** 190:12
210:25 290:2,4
338:22 343:6
**surgeons** 124:15
124:22 125:10
125:14,16,21
126:6 127:21
131:17,25
132:1,2,7,9
143:17,21
144:10,11
145:1,5,18
152:7,16 153:4
153:8,12 154:8
154:19 182:8
196:12 197:11
206:25 207:1
208:3,12 209:1
212:6,15 242:9
263:15,22
264:10 275:9

**surgeons'**
145:13
**surgeries** 151:4
152:20 153:6
166:15,22
167:3,6,9,20
167:25 168:3
168:11,20,22
169:8,17,19,24
170:18 181:13
196:15 207:2
208:15,16,23
227:3,11,12
246:20,24
256:10,17
257:8 263:5,16
287:14
**surgery** 4:21
81:14,21 82:4
82:9 145:8,21
149:12 167:21
167:22 168:15
169:4,17
227:22 234:12
234:15 238:20
239:17 240:7
243:7 248:18
249:2 256:3
257:3,6 261:1
261:9 262:2
263:23 266:12
268:11 288:8
299:23 307:6
308:3,6,8
313:10,18
333:12 338:21
341:14,25
342:3,5 344:7
**surgical** 47:4
100:22 102:3,5
102:11 115:11
117:9 124:4,9

124:16 125:2
125:12,19,20
126:7,15
127:15,22,24
129:8,20,25
130:7,17
144:12 145:3
145:19 146:1,4
146:14,18,22
147:6,11,18
148:15,21
149:1,2,10
150:8,25
151:19 152:18
153:2,10,21
154:5,11 155:3
155:16 160:25
161:17,24
162:6 163:16
166:12 167:17
169:9 170:21
187:5,15
189:13,20
190:5,12
191:14,18
193:16,22
194:6,13,18,23
194:25 195:8
195:14 197:7,9
197:12,17,18
197:23 198:2,8
199:7 203:18
204:3,17 205:9
205:9,21 206:3
206:10,14,16
206:20 207:20
207:23 208:5
210:12,13
212:4,17 224:2
224:4,12
230:13,14
234:13,17,24
246:11,19,23
247:4 248:2,25
256:13 262:8
268:24 269:5

270:14 307:17
307:21 308:1
308:13 309:6
313:1,4,8
331:21
**surprise** 137:5,7
138:1,2 140:14
293:16
**surprised**
317:24
**surrogate** 197:9
200:1
**surrogates** 195:6
**surrounding**
87:1,13,15,17
**suspect** 91:15
154:1 207:6
262:24
**suspicions** 36:21
**sustained** 8:4
**swear** 5:3
**sweat** 256:25
**sweating** 236:1
**sweep** 206:22
**Sweetland** 4:8
77:10,18 78:12
79:4,15
**Sweetwater**
31:16
**switch** 176:10
293:23 323:1
**switched** 242:5
**sworn** 5:5
**system** 4:10
16:10 17:10
35:21 53:14
54:12,22 55:4
58:19 59:10
61:2,21 62:1
62:12,19 81:11
88:14,21 89:22
93:4 108:17
110:13,25
111:14,20
122:25 126:25
130:3 135:16
142:10 146:8

147:17 148:20
198:25 199:2
222:21 225:20
225:21 252:21
266:5,8 273:14
279:23 301:5,7
303:11 315:18
316:14 319:18
320:6 323:6,20
323:24 327:5
327:17 329:7
340:15
**systematic**
280:15 282:2
**systems** 54:24
55:8 57:13
106:13 111:1
149:18 242:5
294:18 324:12

---

**T**

**T** 348:1
**table** 51:2,16,18
87:12 105:25
106:3 120:13
130:17 192:4,5
192:5,6,21
193:23 194:19
239:1,8 254:18
270:5 272:20
272:24,25
290:5
**tables** 191:23
193:17 194:14
273:11
**take** 9:13 44:3,5
54:18,25 59:17
65:21 68:19
75:20 76:1
102:19,20
112:12 121:11
130:23 138:20
144:17 155:20
204:16 212:22
219:7 223:23
238:3 248:21
255:6 260:7

Page 390

313:25 319:10
**taken** 59:22
67:22 68:4,12
102:22 131:1
155:22 213:7
228:14 314:4
**takes** 132:10
255:3,7 266:13
**talk** 44:6 59:20
71:25 95:1
162:15 180:4
209:23 257:14
265:6,10 268:3
276:17 284:5
304:20 319:14
319:20 330:20
**talked** 245:23
247:21 280:1
281:22 292:20
314:15 317:1,7
318:23
**talking** 16:11
17:6 18:1
21:11 37:12
38:6 39:8,16
40:24 45:23
67:12 71:5,6
86:12 94:11
109:9 119:20
120:15 150:5
159:17 160:21
160:22 162:14
164:21 166:11
174:6 180:1
184:17 192:10
195:3,4 209:3
227:2 237:18
247:16 254:24
256:21 261:25
264:12,22
266:10 269:3
281:18 297:3,3
318:19 337:3
**talks** 80:22
100:17 264:24
307:4
**tangled** 283:5

**taught** 107:25
**team** 83:8,12
133:17,21
160:18 240:5
248:25 255:23
314:16,17,22
314:25 315:12
315:21 316:2,5
316:16,21
331:9 333:13
**teams** 314:19
**technical** 51:9
67:8 81:2
129:10 231:9
312:16
**technically**
114:1
**technique**
270:14
**technologies**
329:4
**technology** 29:4
239:16
**Ted** 12:6,9 318:5
318:6
**Teenier** 19:21
20:1,6,8 21:8
36:14 184:14
186:3,15 191:9
**tell** 155:1 223:9
306:2 312:18
**tells** 211:1
233:18
**Temp** 329:10
**temperature**
23:4,10,15,23
24:10 28:25
29:8 52:8,11
53:8 55:11
69:15 70:23
71:6,6,10,14
71:17,20 72:9
72:11,12,15,16
72:21 73:4
74:1,5 86:25
87:2,3,13 99:1
103:19 104:1,2

109:7 171:19
171:24 172:11
172:18 175:1,8
175:11,12,18
175:20 176:14
176:20 222:21
222:25 228:3
230:8 232:7,14
235:23 237:15
237:20 238:14
238:18 249:24
250:5,7 256:11
265:11 266:6
266:20 268:16
269:16,19,20
269:22 270:22
270:23 282:23
293:14 300:13
301:6,7 305:4
305:25 309:22
309:24,25
310:1,24 311:1
315:17 341:7
**temperatures**
23:14,17,18,20
69:18 75:2
176:15 195:1,2
215:19 268:7
300:7
**ten** 14:21,22,22
255:10 300:14
305:3
**tends** 270:21
**Tenier** 20:12
**tenure** 274:6
**term** 9:17 31:6
67:9,14,15
81:2 184:24,25
185:1
**terminated** 30:2
30:5 98:12,13
**termination**
142:4
**terms** 108:10
259:14 274:23
**terrible** 30:5
**test** 43:9 162:18

162:21 218:7
219:22 220:1
269:10 292:19
346:6,10,12
**tested** 117:12
267:9
**testified** 41:8
284:24 308:16
316:5
**testify** 11:6
214:2 284:21
**testifying** 9:22
11:2
**testimony** 10:9
128:9,14,17
176:24 343:19
346:5 347:5
**testing** 37:19,20
41:9,10 54:14
58:12 108:25
122:12 129:6
162:7 209:11
214:7 215:9
219:13,17
275:15 280:1
283:15 292:25
**tests** 41:24 42:1
43:9 72:8 73:9
73:15 76:22
108:21 114:25
115:3 142:23
162:17 163:15
173:22 213:22
214:4 215:13
215:20 281:14
281:22 284:2
284:21
**text** 340:23
**textbook** 209:21
**Thank** 6:4 7:25
59:16 193:25
**thankfully**
324:10
**Thanks** 277:18
342:11
**theory** 235:21
245:2 247:1

**therapeutic**
159:16
**therapies** 326:23
**therapy** 29:5
245:19 246:12
255:2 256:2,24
269:12 270:18
272:3 274:15
274:24 276:15
287:3 303:10
309:11 313:12
340:24 344:5
**thereabouts**
70:25
**thermal** 72:3
97:23 98:5,22
98:25 99:2
103:22,25
114:6,9,17,19
114:25 115:13
115:16,20
116:1,15,23
117:9,12,17,18
117:24 118:5
119:7,12,16
120:6,17,19
122:22 126:4
126:22 127:7
130:12 190:17
190:18,21,23
192:11 194:2,4
209:18 220:5,7
223:3,6 228:3
236:1 238:10
238:11 249:24
267:11 283:12
295:22
**thermal-dyna...**
297:24
**thermal-hydr...**
126:18
**thermal-related**
284:8
**thermodynam...**
51:12,12 57:6
**Thermoregula...**
4:24

STIREWALT & ASSOCIATES
MINNEAPOLIS, MN  1-800-553-1953  info@stirewalt.com

they'd 238:3
thing 15:16 62:9
  63:23 129:11
  148:10 197:6
  231:11 237:21
  255:20 260:8
  278:15 282:21
  284:8 291:14
  293:10 305:6
  307:23 308:22
  310:7,9 313:6
things 11:12
  26:23 47:19
  80:20 81:15,18
  94:12 142:9
  146:9 162:12
  169:12 202:10
  210:22 215:19
  229:15 244:1
  255:20 273:20
  295:17 302:12
  304:11 309:8
  332:22
think 13:11
  16:20 17:3,4
  19:20 31:2
  32:20 35:12
  38:11 39:4
  40:4,19 41:7
  42:21 44:13,24
  45:17,20 47:8
  48:2 49:15
  53:6 54:21
  57:22 62:16
  77:17 86:21
  89:13 96:21
  98:19 99:10
  101:17 103:11
  105:25 111:17
  112:6 124:14
  125:16,21
  127:25 133:2
  135:9,25 136:1
  138:23 149:5
  149:13 158:11
  158:19 159:14
  160:16,18

163:23 164:25
165:2,25 166:5
167:15 172:6
174:12,23
176:9 178:1,9
178:13 181:2
181:21 183:12
184:2,4 186:5
186:9 187:10
189:8,9 195:18
199:14 200:18
202:17 208:9
209:9 216:19
216:24 217:2
217:13,14,21
218:9,23
223:19 224:14
228:19,20,23
229:1,1 233:4
235:3 250:22
254:2 257:14
258:5,5,10
262:20 265:16
266:15 269:1
269:18,18
276:2 289:6
291:3 293:10
293:13 295:15
299:9 303:13
303:15 304:3,4
305:19 307:2
307:18 308:11
309:3,8 315:2
318:5 319:3
328:3,24
329:12,22
331:9 332:14
thinking 294:14
third 82:6
  135:17 287:5
third-party
  34:25
THOMAS 3:6
thorough 259:21
  291:25 332:9
  345:21
thoroughly

333:13,15
thought 10:18
  143:11 179:16
  184:8 250:3
  299:4 333:5
  337:14 345:5
thoughts 343:12
thousand 242:7
  242:14
three 81:18
  118:19 119:4
  119:21 120:14
  222:7 229:19
  230:5 232:17
  249:6 257:4
  262:9 264:25
  266:24 284:6
  294:4,6 335:3
  336:22 345:12
three-and-a-h...
  231:1
threshold 73:8
  73:18
thresholds 72:18
  149:6,8
throwing 302:19
throws 245:7
thumb 306:11
tier 207:13
ties 283:1,2,13
  284:10
time 8:8,16
  10:12 11:23
  13:9 17:12,14
  17:20 20:21
  29:19 31:2
  35:25 57:22
  58:7,16 70:4
  79:3 80:13
  83:7,12 92:4,5
  96:11,16,17,17
  97:10 98:15,18
  122:6 137:25
  143:15 156:11
  156:16 165:16
  197:25 198:15
  200:14 202:8

214:16 215:12
216:2,5 217:6
217:20 218:15
222:11,12
225:24 226:3
226:13,16
227:12 228:9
228:22 229:2
229:10,10,16
229:16 230:24
232:18 234:3
234:16 236:22
237:12 241:24
243:12 245:6
247:22,22
248:11,12,12
248:25 251:9
253:24 254:14
255:3,6,19
257:9,25
259:13,19
264:2 270:15
271:25 275:8,8
275:21,21
276:6 289:5
292:19 293:8
293:12,12
300:3 302:9,16
303:16 312:5
313:3 314:1
319:6 320:16
332:15 334:15
338:18 343:14
345:22 347:5
timeframe
  218:17
timeline 12:11
  161:4
times 97:17
  118:20 119:4
  119:21 208:8
  247:16 315:14
  321:18,19
Timothy 3:14
tires 331:3
tissue 73:11
  220:4

title 260:21,22
  261:10
titled 5:13 99:18
  234:7
today 5:19,24
  9:4 11:11,18
  12:3,23 37:6
  141:22,25
  142:14 143:12
  156:23 157:3
  210:24 214:2
  247:16 284:2
  284:22 285:23
  304:17 314:11
  314:15 316:4,8
  316:18 317:11
  317:11,21
  318:14 319:13
  330:21 332:16
  336:9 339:9
  344:8 346:5
today's 10:15
  13:3,10,13
  14:4,17 15:7
  21:24 26:14
  35:19,23 77:22
  90:15
told 12:12,14,17
  108:3 154:3
  251:2,19 291:9
tolerable 235:24
tolerance 23:12
  23:22
tolerate 243:8
tolerated 243:3
tomorrow
  319:14
ton 307:2
tonight 318:16
top 43:24 207:13
  225:17 229:18
  239:8 260:22
  282:22 298:20
  301:4 305:3
topic 10:18
  35:19 247:21
  281:13 318:18

Page 392

**topics** 5:18,22
6:6,8,11,13,16
6:20 7:2,4,9
8:9,9 10:3,6,13
11:1,5,9,14,16
11:20 12:2,14
12:17,22 13:1
13:6 14:4 15:1
62:16 139:12
213:1,19
**total** 4:20
260:25 261:8
262:2 263:5
279:14
**Totally** 189:22
**towels** 215:1
216:3 217:23
**toxic** 47:18
**track** 139:23
**tracked** 323:7
323:16,19
**tracking** 267:2
323:20
**Tracy** 215:12
**trade** 278:3
**trade-secreted**
277:25
**trained** 243:25
**training** 4:14
15:11 99:20
102:16 314:23
**transcript** 347:7
348:4,5
**transcription**
347:8 348:6
**transfer** 29:7
39:14 51:13
57:4,8 266:4
267:20,22
341:6
**transferred**
160:19
**transferring**
267:23
**transfusion**
169:12
**transition** 247:8

**transmission**
86:10 253:10
274:25 275:23
339:17,23
340:5,17
344:20
**transmitting**
160:17
**transpired**
102:24 131:3
155:24 213:9
**travel** 85:18,21
202:9
**travels** 86:15
**treat** 80:23
81:17 82:7
**treated** 82:15,22
84:13,16,17
**tremors** 82:7
**trial** 277:12
291:15,16,19
291:20,24
299:2,18 317:4
335:15
**trials** 37:20
304:8
**Tricia** 60:4
**trick** 271:19
**tried** 95:17
179:24 239:5
298:9,23
**tripping** 284:15
284:15
**true** 36:19,24
116:14 131:20
132:6 135:4
145:11 154:1
183:22 190:14
197:10 198:10
208:25 221:2
224:3 238:6
249:17 256:11
259:4 269:20
275:10,11
289:16 305:7,9
305:10 344:8
344:22 347:7

348:5
**try** 40:18 47:4
47:10,15 94:6
95:13 96:3,18
104:9 110:2
228:6,16
255:25 263:10
263:15 292:3
**trying** 12:10
51:10,14 55:5
91:16 139:2
146:24 164:20
165:21 233:14
245:9 263:22
302:11 314:12
318:21 330:12
345:21
**Tuesday** 14:7
**turn** 104:24
146:6 250:8
285:18 337:15
**Turning** 262:4
262:15 279:15
286:24
**turns** 237:19
249:17,20,22
250:5
**twice** 213:17
**two** 11:4,4 19:6
20:1,8,11,12
21:5 38:20
42:7 81:15
94:11 98:22
133:18 146:9
162:12 187:11
236:21,25
239:24 257:4
286:4 287:7
294:4,5 307:3
318:8 334:16
**two-and-a-half**
232:13,18
**two-hour** 232:12
**TX** 2:8,10
**Tye** 1:13 60:22
**type** 15:16 27:7
74:9 83:2

105:14 109:21
109:24 166:21
166:21 168:10
188:25 216:10
230:12 255:20
**typed** 233:23
**types** 42:5
265:12
**typical** 269:5
311:4
**typically** 314:25
315:2

_____

**U**

**U** 278:10,11
348:1
**ultimately**
238:13 333:9
**UM** 278:21
**Um-hmm** 265:2
**unable** 174:14
**unacceptable**
108:12
**unaware** 141:11
150:13 151:2
182:24 317:12
317:14
**undergoing** 4:20
260:25
**undergone**
279:25
**underneath**
53:22
**understand** 6:1
8:5,22,24 9:6
9:19 16:24
31:6 64:22
66:7 74:2,20
75:17 80:5
90:11 92:12
95:6 108:19
109:9 124:13
128:13 133:20
146:24 171:22
176:18 180:3
182:25 184:19
185:12 199:25

204:5 205:18
207:14 209:18
245:8 289:23
299:14 318:20
319:22 333:8
**understanding**
5:21 10:6,14
11:1,8 31:9
35:7 59:2
71:16 227:19
286:12
**understands**
131:22 158:4
**understood** 9:10
69:16 85:25
86:5
**undertaken**
141:13
**underway**
334:24
**Underwood**
278:17,21
286:13
**unequivocally**
305:9
**unethical** 73:17
**unintentionally**
181:24
**unit** 41:17,21
53:13 63:25
70:5 108:18
189:3 242:6
247:25
**United** 61:16
223:23 244:7
305:3
**units** 69:19
97:15,23
103:22 105:7
106:4,11,20
108:5 109:8
150:1 163:2,3
178:11 265:12
**universally**
49:15
**University** 42:11
42:12 57:2

**unknown** 187:3
  187:14 189:12
  189:19 190:4
**unlimited** 241:6
**unnecessary**
  341:22
**unprewarmed**
  232:3
**unrelated**
  101:10,12
  281:24
**unrestricted**
  240:2 241:9
**unusual** 233:7
  341:17
**unwarmed**
  268:8
**UofMHospital...**
  278:13
**up-to-date**
  159:22
**update** 313:4
**updated** 313:3
  313:19 320:25
**updates** 302:8
**updating** 313:2
  313:21,23
**upper** 175:11,12
**upward** 193:7
**use** 9:17 23:2
  24:13 25:13
  46:14,15 48:9
  48:15 61:22
  63:12,15 64:2
  64:14 65:7,9
  65:11,16,18,22
  66:4,12,13,24
  67:2,6,7,7,8,10
  67:14,14,19,20
  67:22 68:3,12
  68:17,20,23
  69:11,20 75:12
  76:3,8,14
  78:11,15 80:22
  81:1,6,7,9,24
  82:2,6 87:3
  97:14,21,22

98:6 101:18
102:12 103:15
103:18,19,21
105:7 106:11
109:20 112:4
121:16 146:17
148:17 155:5
158:5 170:16
185:1 188:7
191:8 203:11
208:22 209:5
212:7 215:25
217:6 219:5
223:19 229:13
239:9 240:15
241:14,21
242:10 246:12
247:10 249:6,6
272:21 282:19
287:12,13,18
288:7,14,21,22
290:1,3,8,13
305:3 306:3,6
308:2 310:14
325:19,24
326:1 328:14
338:19 339:11
339:22 340:14
344:4 345:7
**uses** 67:9 185:6
**usually** 79:20
  118:10 173:8
  173:23 242:7
  314:21 329:1
**utilization** 119:2
  301:9

_____

**V**

**vague** 86:3
**value** 335:1
**Van** 1:24 4:2,18
  4:22 5:6,9,11
  7:6,9,21 8:11
  31:20 103:2
  131:6 213:13
  225:7 233:18
  247:20 252:13

260:5,19 263:9
273:12 277:24
295:11 305:14
314:9 317:20
320:2 324:15
330:21 331:16
342:21 343:17
347:5 348:2
**VANSANDT**
  3:6
**variant** 22:4
**variety** 152:13
  304:7,7
**various** 251:4
  275:9 285:7
  288:5 321:18
**vast** 308:13
**velocities** 120:13
**ventilated** 53:10
  53:11 126:20
  127:7
**ventilation**
  118:4 147:17
  148:20 193:12
**vents** 48:25,25
  113:1
**verbatim** 347:3
**version** 311:15
  312:16,25
  313:17 340:21
**versions** 106:4
  140:17
**versus** 150:20
  178:12
**veterinary**
  223:14,17
**Vets** 223:19
**Videographer**
  3:23 5:2 59:21
  59:24 102:21
  102:25 112:14
  112:16 130:25
  131:4 155:21
  155:25 213:3,6
  213:10 314:3,6
  346:14
**videos** 122:12,13

**Videotape** 5:13
**Videotaped** 1:24
  4:6
**view** 256:9
  341:11,11
**viewing** 345:24
**viral** 85:15,16
**virtual** 244:23
**virtually** 138:4
  301:25
**Viruses** 85:16,18
  85:21
**visualize** 115:5,6
**visualized**
  114:17 116:21
**VitaHEAT**
  29:20 30:15,17
  293:24 329:20
  329:21
**VOLUME** 1:22
**voluminous**
  314:14
**volunteer** 73:7
**volunteered**
  230:17
**volunteers**
  230:16,17
  231:25 232:4
  266:15,19
  268:8,23
**vote** 155:5
**voting** 210:10
**vs** 1:6,15

_____

**W**

**W** 3:4
**WAGSTAFF**
  3:8
**Wait** 299:3
**waiting** 243:7
**Wake** 336:18
**want** 7:11 9:13
  10:3 26:8 31:5
  48:9 67:11,18
  75:25 80:20
  81:7 82:12
  86:18 88:3

93:25 94:25
104:9 105:4,10
110:5,10,18
111:1,18
124:25 125:11
125:14 131:17
132:4 143:17
145:1 147:8
158:21 161:9
179:14,17
180:4 187:10
190:11,12,15
203:17,20
207:1,6 212:7
212:15 222:19
222:20 231:8
249:15 250:10
250:11 271:18
272:8 283:2,5
285:19,20
291:11 292:5
296:6 306:13
307:1 310:3
317:3 318:25
331:3 334:17
336:15,24
337:10
**wanted** 111:12
  116:18 121:10
  121:16 126:6
  199:16 285:14
**wanting** 271:2
**wants** 95:7
**War** 72:17 73:9
  73:12
**warm** 52:18
  84:17,20 91:7
  113:23,25
  215:16 216:3
  235:17 236:10
  237:3 240:12
  240:19 267:21
  267:21,21
  269:19 293:20
  297:7,11
  308:22 310:10
  311:2 324:16

327:8,23
328:25 330:8
330:13,14
**warmed** 30:24
52:13 118:6
215:17 234:25
266:23 267:25
269:15 300:23
303:18
**warmer** 4:16
31:13,16 77:19
237:6 243:3
**warming** 4:10
18:23 22:9
27:16 28:1,2
28:23,25 29:11
29:12,13,16
30:11,14 33:8
34:5 35:21
41:17,21 43:4
43:4,10,17
53:13 55:4
63:25 64:12
68:8 69:19
70:5 74:4
75:21 78:3
83:7 88:14
89:5,22 95:20
97:15,23
103:22 105:7
106:4,11 108:5
108:18 127:10
136:23 139:1
149:25 154:25
158:17,21,24
159:3 160:2
161:11 163:4
167:2,7,8,19
168:9,21,25
170:2,4,17,22
171:3 172:18
178:7,11 179:3
180:20 182:11
182:20 183:10
183:18 195:16
196:7 197:22
198:1 208:22

213:24 214:6,9
214:15,20,22
214:23,25
215:25 216:11
216:19 217:17
219:16,24
220:23 221:3
222:17,21
223:8 224:19
234:14,15
235:8 236:6
237:14,17
238:10,12,19
238:21,21
239:13,16,23
241:14,22
242:5,10,18,23
245:19 247:10
247:11,24,25
248:17,20
249:4,5 252:17
253:12 265:11
265:12 266:5
267:19 268:1
269:17 270:16
270:24 271:5
272:1 274:7
275:2,24
279:23 280:4
281:16 284:4
287:6 292:21
293:1 294:14
296:25 297:5
297:16,20
298:17 303:11
307:16 308:2,4
308:14,15,17
308:21 309:17
309:23 311:19
312:13 313:11
319:17 320:6
323:5 324:12
324:13,14,14
325:7,7,8,11
325:16,21,24
326:2,6,10,14
326:23 327:5

327:11,14,19
328:5 329:4
338:3,12 339:2
339:19 340:3
340:15,16,23
341:4,22 342:1
342:4,8 343:15
344:21
**warmings**
303:25
**warmth** 249:16
**WarmTouch**
327:17
**warn** 76:2,5,6
95:13 132:18
137:1,2,9,15
137:22 138:17
138:24 140:21
154:13 158:1
181:11 205:7
**warned** 75:3
76:13 84:22
133:18 136:13
**warning** 76:16
82:12,23,25
84:6,11 85:7
89:3,9,15,18
90:24 91:3
93:5,8 94:10
95:23,25 96:8
96:12,14,22
97:19 98:21,22
103:12 104:4
107:23,24
135:4,6 137:12
138:6 139:4
140:23 141:3,9
141:13,17
142:4,15,22
143:1,8 154:12
156:3,18
157:21 160:3
176:25 183:23
208:14 210:25
211:1,12
287:12 289:14
290:22,22

310:13 322:10
322:16,20
**warnings** 25:12
25:14,22 82:11
82:18 83:10,23
89:2 90:18,22
96:6 98:3
134:14 139:6
140:18 158:9
207:18 210:21
211:3
**warns** 102:13
140:10
**wasn't** 35:10
40:21 45:19
112:8 113:17
139:4 153:20
160:25 161:5
161:16 169:9
180:13 209:4
215:14 217:5
226:7 243:22
317:8 319:20
323:9
**waste** 45:2
**water** 267:13
**watts** 118:9,12
118:14 242:7
242:14
**way** 16:7 50:9
61:15 62:17
81:10 94:16
139:11,19,20
145:23 151:25
162:16 166:1
168:7 170:12
179:16 180:18
197:19 202:3
216:25 220:11
228:17 233:18
238:20 243:10
243:25 245:5
246:7 248:5
255:24 257:3
257:13 269:21
272:4 278:8
288:20 290:15

291:7 292:6
293:18 294:11
296:2 297:11
304:20 305:20
306:2 311:10
316:12,15
320:22 334:20
338:16
**ways** 220:24
243:25 266:22
266:23 267:6
317:9 324:16
**we'll** 10:5 24:19
40:12 59:3
87:3 94:25
129:4 318:16
**we're** 5:2 11:11
18:1 38:6,14
40:24 59:24
94:11 109:9
112:16 113:16
119:20 120:15
126:8 131:4
143:20 145:16
148:12 150:5
155:25 174:2
192:10 199:24
209:3 210:24
212:22 213:10
230:20 264:12
314:3,6,12
317:3,5 318:17
318:18 345:24
346:14
**we've** 34:15
116:24 160:14
166:10 184:10
192:9 213:16
247:15,17,21
328:24 346:4
**weak** 185:18,20
**wearing** 86:13
**website** 122:8
**Wednesday** 14:7
**week** 11:7 12:19
12:20,20,21
13:15,16,16

14:1,6,6 100:2
**weekend** 286:10
**weeks** 9:24
  10:15 11:4,4
**WELDER** 2:15
**well-settled**
  196:19
**went** 21:13 79:5
  81:20 96:21
  164:6,10,11
  172:6 206:3
  250:15 261:12
  304:23 345:3
**Wenzel** 128:4,5
  128:19,22
  202:6,7 203:6
**Wenzel's** 128:8
  128:14
**weren't** 7:16
  16:19 253:14
  266:18 300:18
**WESLEY** 2:14
**West** 3:15
**Westlund** 15:22
**whatsoever** 66:6
**white** 228:21
  259:15 312:1
**widely** 243:21
  244:19
**willing** 6:12
**withdraw** 15:5
  20:10 29:5
  33:13 64:10
  73:20 76:21
  97:11 98:21
  109:21 112:11
  180:23 194:9
  205:4 217:12
**withdrawn** 8:9
**witness** 4:2 5:4,5
  6:12 8:21
  60:10 107:13
  157:4 179:19
  271:19 317:23
  318:2,7,13
  319:8 348:21
  348:22

**witnesses** 247:23
**wondering**
  183:16 301:19
**Woods** 2:17
**word** 48:9 81:8
  81:8 138:21
  271:17 273:4
  319:11 343:7
**wording** 290:13
  338:17
**words** 96:13
  154:10 199:16
  272:11 289:23
**work** 38:11
  39:24 40:5,8
  164:25 165:11
  221:15 228:5
  230:3 244:3
  246:22 250:6
  265:3 274:13
  275:15 289:18
  291:15,17
  303:1,4 305:21
  305:22 306:17
  306:18 341:16
  345:22
**worked** 225:24
  228:9,13
  229:14 248:13
  275:12 343:13
  345:11
**workflow** 235:9
  254:21 301:10
**working** 17:19
  27:16 71:25
  87:24 244:24
  261:4 274:6
  318:6 323:17
**works** 67:19
  264:23 316:13
**world** 72:17
  73:9,12 116:12
  129:1 159:4,8
  196:20 243:22
  269:6 303:9
**WORLEY** 2:6
**worried** 250:22

295:3
**worry** 222:18
**worse** 110:10
  112:8
**worthy** 292:14
  292:15
**wouldn't** 111:15
  137:5,7 138:1
  138:2 139:5
  140:14 144:9
  166:17 200:10
  293:16 302:20
  302:24 322:19
**wound** 29:3 84:4
  84:5,22 85:1
  90:25 91:7,18
  91:20,21,24
  92:1,11,15,17
  92:17,25 93:2
  93:9 103:8
  104:11 133:4,7
  133:13 134:17
  136:20 224:13
  224:16 251:6
  251:21 252:9
  264:3
**wounds** 82:15
  82:21 84:2,13
  89:7,12,16,21
  95:21 134:3
  135:10,11
**wow** 299:11
**write** 301:21,25
**writers** 259:2
**writes** 307:22
**written** 15:20,21
  16:20,21 21:21
  135:23 293:16
  295:13 305:10
  333:19
**wrong** 99:18
  299:3
**wrote** 28:1,3
  99:19 161:15
  225:11 226:20
  226:24 246:16
  271:4 301:24

307:12 311:22
311:23 312:2,6
312:7,8,9,23
338:2 339:1,6
339:21 340:2
340:11 344:1,3

**X**

**Y**

**yeah** 11:4 12:21
20:22 22:19
25:16 28:5
30:25 33:21
39:2 40:9 41:3
45:16 48:13,14
53:19 56:5
58:5 62:20
101:25 111:6
135:9 148:2,16
156:22 158:19
159:6,9,20
165:18 167:22
171:9,9 173:19
174:7 178:23
179:24 181:8
182:4,5,16
185:21 186:8
187:8 191:16
191:17 192:7
196:3,10
198:10,20
199:11 200:7
203:14,16
209:13 214:8
215:4 216:24
219:21 222:13
232:20 233:4
235:21 237:8
237:24 238:6
242:1 245:8
249:20 250:11
259:22 260:6
261:10 264:8
265:21 266:3
267:1,7 268:12
272:8 273:6,10

278:22,22
283:14 287:21
289:20 293:15
302:15 303:5
303:22,23
317:22 319:22
334:11
**year** 27:23 29:25
32:5,6 36:8
53:15 88:15,17
88:22 138:11
163:8 164:21
181:3 184:4
**years** 28:7
122:11 206:24
221:23 294:4,4
294:6,24
295:14 301:6
345:17,17
**yellow** 279:17
**yep** 49:9 91:23
101:22 132:3
139:22 148:17
148:23 151:15
157:11 175:13
222:10 258:23
259:24 260:13
265:24 272:18
**yesterday** 8:15
8:16 10:7,10
11:22
**York** 261:5
276:22 286:2
**young** 268:21

**Z**

**zero** 230:25
300:8
**Zimmerman**
2:12 4:3,4
56:21 60:2,2
71:24 99:12
101:2 112:12
212:22 213:12
213:16 225:1,3
225:6 226:9,14
226:18 260:3

Page 396

260:11,13,15
270:1,2 271:13
271:18,23
277:3 282:12
282:17 295:10
302:15,21
303:3 306:20
313:25 314:7
317:2,20,23
318:11,21
319:2,8,25
320:1 323:11
323:13 336:18
336:24 338:5
338:14 339:4
339:13 340:6
340:18 341:15
342:2,12,20
346:13
**Zink** 19:12,15
19:25 20:5,11
21:8 36:13
38:21 39:3
40:14 42:9
43:7,19 162:7
162:22 163:10
163:14 184:13
185:13,23,24
268:23
**Zoom** 2:3,9,16
3:3,8,14,14,19
60:5,7,20

**0**

**0.2** 70:4 105:16
**02** 135:12,16,22

**1**

**1** 4:6 5:12,22
11:21 12:1
77:2 213:19
323:2
**1-348** 1:22
**1:05** 131:1
**1:42** 131:2
**10** 4:22 5:23
234:5 277:1,5

278:16 279:4
286:7 300:8
**10:40** 59:23
**100** 2:7 44:14
100:10 118:9
**10th** 13:17
**11** 4:24 295:8,12
298:19 299:6
337:15,16
**11/1/07** 4:22
**1100** 3:20
**110th** 3:15
**117** 2:10
**12** 1:9 269:23
270:1 286:24
**12/1/94** 100:12
100:18
**12:08** 102:23
**12:23** 102:23
**13** 164:25
276:13 302:25
303:1
**14** 1:23 227:6
229:19 232:22
261:13 279:15
279:20 301:3
303:4,8 305:22
337:15,16
**14-page** 227:25
**15** 163:6 345:17
**150** 118:12
**1553** 4:18
225:18
**15th** 13:20
**16** 307:19
**1616** 2:12
**16th** 6:10,15,20
**17** 163:6
**170** 303:24
304:9
**1770** 2:7
**17th** 6:18
**18** 104:25
312:17
**1816-CV-30710**
1:8
**186** 4:17

**19** 261:13 262:4
262:15 264:24
265:5,19,20
269:23 270:1
276:14 279:15
279:16,20
286:24 312:18
**1916-CV00825**
1:16
**1920s** 114:18
**1934** 77:9
**1938** 4:8 77:10
78:17 79:21
80:4
**1980s** 47:22
**1981** 263:7
**1984** 31:17
**1987** 19:5 31:22
36:11 86:20
97:17,20
**1988** 80:11,15
93:19
**1990** 266:15,25
267:8
**1990s** 27:5 47:22
104:19 114:12
114:14
**1991** 4:15 19:23
19:23 39:1
129:24 187:23
189:17
**1993** 19:15,19
39:3
**1994** 17:20
18:14,20 19:5
27:18 36:11,13
36:15 88:24
100:7,15,16
101:23,25
156:12 160:15
161:23 251:3
251:19 252:2,5
253:18 331:23
**1995** 99:21
194:24
**1996** 169:1
**1998** 53:18

**1st** 100:16 277:8

**2**

**2** 4:8 5:22 6:6,13
6:22 7:5 8:2
70:8,10,13,16
70:19 77:3,4,5
77:8 89:2
105:5,7 106:12
106:16 135:14
136:1,2,12
175:4,6 227:6
229:19 296:8
**2.0** 70:8
**2:22** 155:22
**2:37** 155:23
**20** 13:11 14:16
221:23 300:8
312:17 345:17
**20.00** 256:17
**200** 22:4 23:16
23:20 24:5,14
31:10,13 33:2
34:6,18 35:2
63:15 64:14,18
64:24 65:7
69:4,6,18,25
70:6,10,10,23
73:20,20,23,23
74:15,18,24
75:4,8,15 76:3
76:7,14,22
77:15 78:16
80:7 82:19
86:23 87:9
88:2 89:3,10
90:18 97:7,14
97:22,22 98:4
98:6,9,17 99:1
99:5 102:14
103:13,15,22
104:2 105:13
106:20 107:1,2
107:18 108:4
108:11,22
109:8,25
322:11

**200/250** 4:9
**2000** 16:12
254:7
**2000s** 27:6
**2002** 252:15
**2003** 17:2,4 36:2
163:14 218:16
219:11 254:6
335:14
**2003-ish** 217:4
**2004** 263:7
**2005** 36:2
225:12 226:25
235:3 241:24
242:3 248:15
250:24 251:9
253:22 254:15
257:5,20 258:3
259:4,8 265:22
274:19,21
288:3 337:22
338:1 339:1
340:2 342:24
343:18,25
344:14,18
**2006** 214:7,8
215:8 216:4
237:23 238:8
280:2 281:23
292:20
**2007** 254:7
260:18 274:21
275:19 276:10
277:8,21
287:20,23
288:4 337:23
338:8 339:7
340:12,21
342:24 343:18
343:25 344:15
344:18
**2008** 307:11
**2009** 340:20
**2010** 45:18
296:15,16
312:8
**2011** 45:17

184:5 252:21
296:14,17
**2012** 161:1,8
181:4 182:23
253:4
**2013** 40:12,14
40:15 41:3,5
162:8 164:24
165:6,7,13
182:23
**2015** 40:2 45:19
186:10
**2016** 163:6
186:10
**2017** 180:8
**2018** 27:24
182:14 307:13
312:3 313:20
**2021** 6:7
**2022** 1:23 302:5
347:11 348:22
**21** 5:23 6:6,13
6:22 7:5 8:3
**213** 4:3
**22-24** 99:21
**220** 2:4
**224** 4:18
**22nd** 347:10
**237** 101:3
**238** 101:3
**250** 22:4 23:16
24:5 31:23
33:3 64:18
65:8 69:4,6,18
69:25 70:6,13
71:1 73:20
74:25 75:4,8
75:15 76:3,7
76:15,23 80:7
81:11,23 82:6
82:19 89:10
90:18 105:13
106:20 107:1,2
107:18 108:4
108:12,22
109:8,25
**26** 5:23 6:7,14

6:22 7:5 8:3
307:3 323:2
**260** 4:21
**2600** 3:20
**27** 5:23 77:9
307:3,11
311:17 323:1
324:12
**277** 4:23
**28** 5:23 172:6
**28th** 6:7
**29** 5:23 7:16,17
7:22 8:5

_____
**3**
**3** 4:9 5:22 79:12
79:14 80:6
104:25 262:4
265:10 266:10
**3:53** 213:7
**30** 7:17 206:24
221:25 222:1
236:5,11
245:25 255:2,3
255:8 300:9
301:5
**30-day** 170:25
171:7
**30(b)(6)** 10:25
127:13 128:9
167:12 202:3
204:23 205:14
212:11 280:8
**30(b)06** 139:11
**30(b)6** 8:21
157:3 281:13
**300** 3:9 102:8
303:9,16,17
**31** 5:23 330:17
**3100** 2:23
**32** 2:17
**33** 87:3 172:6
175:4
**337** 4:3
**342** 4:4
**346** 347:7 348:4
**35** 266:12

**36** 268:15
**37** 307:10
**37.6** 87:4
**3M** 1:25 2:19
5:14 6:12 9:18
9:23 11:2,6
14:20 18:8,9
22:11,21,23
24:12 25:2
27:21 28:9,16
28:19 29:10
30:9 33:19
34:6 36:3,4,4
36:17 37:4,5,7
38:7,12,15
39:7,24 40:13
40:21,24 41:9
41:25 43:1,8
43:21 44:1
45:13 46:20
49:3,13 50:3
60:10 66:2,5
66:11,15,17
69:2 71:19
75:3,7,10,10
75:15 112:19
113:15 114:20
117:4,7 119:7
119:11,25
120:16 121:1,5
121:12,13,17
122:13 125:23
126:10 128:5
128:13,19,24
132:13,18,24
133:22 134:7
139:4,4,6
144:17 145:12
145:17 149:8
150:13,15,23
151:2 152:15
152:23 153:15
153:24 154:18
155:6,12
156:18 157:10
157:20 158:4,5
158:15,16

159:1 160:7,11
160:13,20
161:19 162:7
162:16,22
163:9 164:5,15
164:19 165:3
165:15,23
166:3,20,24
168:7,9 169:1
169:6,20
173:21 180:18
181:11,16,23
182:18 183:9
183:20 184:3
184:20 185:6
186:25 187:9
187:25 194:3
198:22 199:5
199:16 200:2
200:11,15
203:3,12,23
205:6 207:8,18
208:2,13,14
209:7,8,12,14
210:4,5,20,24
211:5,13 212:8
212:12,13
214:4 216:7
219:14 221:10
221:23 225:25
228:11 229:7
247:23 248:13
252:21 275:16
275:20 277:19
284:3 290:16
292:24 294:7
295:19 296:14
296:15 301:4,7
304:16 311:16
312:7,16,16,17
315:15 317:11
324:1 327:20
330:23 332:3,6
332:9,13 333:4
333:6,8,14,23
333:24 334:3
335:9,17,20

336:10,11
338:11 340:14
342:2 344:7,9
344:14,23
346:6
**3M's** 21:11
25:25 28:9
65:25 95:7
157:4 176:24
201:22 336:13
339:11 341:20
**3M-brochure**
233:21
**3M00035144**
4:17
**3M00035149**
4:17
**3MBH_00834...**
225:14
**3MBH00500237**
4:13
**3MBH00500238**
4:11,13
**3MBH00982867**
4:21
**3MBH00982885**
4:21
**3MBH01887029**
4:14
**3MBH01887207**
4:14
**3MBH02237657**
4:11
**3s** 104:25

_____
**4**
**4** 4:11 5:22 88:4
88:5,8 96:8
135:8,16,21
262:15 265:10
268:3
**4:07** 213:8
**40** 23:19,20
128:5 201:23
202:25 204:15
**43** 23:6,6,9,15
24:1 71:11,13

Page 398

71:15,18 72:13
73:4 87:10
175:1,22
176:14 220:4
222:25
**43.1** 87:5
**44** 23:24
**46** 23:21,24
70:24 71:17
72:10,13 73:4
**470** 3:15
**4740** 3:9
**48** 176:2
**48th** 3:4
**4th** 14:2

_____
**5**
**5** 4:2,7,8,12
77:10 86:18
96:25 97:1,4
99:9,11 100:4
100:7 103:21
**5.00** 256:19
**5:59** 314:4
**500** 4:11 22:4,5
32:3,5,7,9,15
32:22 33:13
46:8,15 50:18
65:12,14,16,19
66:6 67:6 68:8
69:4,6,13,19
70:5,7,16,19
71:3,9,13 88:3
88:9,9,9,13,15
90:19 91:22
92:5 97:8,8
98:14,17 102:4
105:5,6,7,13
105:15,15,17
105:20,21
106:2,2,11,11
126:12,12
129:12 132:23
135:5,12,20,21
136:18 141:2,3
141:8,18,19
142:1,6,16

143:2,15 156:2
156:17 166:18
171:18,18
172:5 174:25
174:25 175:2,8
176:24 321:25
322:15
**502** 32:20,24
34:17
**505** 22:5 32:19
32:23 33:14
69:12 126:12
129:3,7,11
136:3 137:10
138:14,16
139:2 141:2
175:6 176:7,11
176:21
**510k** 31:18 78:7
281:4,7
**55402** 2:23
**55416** 2:13
**560** 100:22
101:20 102:1
**5th** 14:9,16

_____
**6**
**6** 4:14 99:14,17
102:15 104:21
187:11 260:18
**6,000** 345:25
**6:06** 314:5
**6:43** 346:17
**60** 2:23 268:14
**600** 22:13 33:25
34:16 216:13
**64067** 2:5
**64108** 3:20
**64112** 3:4,9
**66210** 2:17 3:15
**6th** 14:9,16

_____
**7**
**7** 4:15 186:19,20
229:18 232:25
296:21,21
**7046** 105:3

**705** 175:17
**74** 233:12
259:20
**750** 2:17 22:5
33:14 126:13
136:6 137:10
175:19,20
176:8,12,19
181:3 216:14
**7675** 135:15,16
**77** 4:8
**77006** 2:8
**77008** 2:10
**775** 22:6,7,9,15
33:17 34:6
136:9 137:11
176:6 181:1,9
181:10 183:8
203:11
**78** 88:20
**79** 4:10
**7th** 13:22

_____
**8**
**8** 4:18 5:22 6:6
6:13,22 7:5 8:3
224:24 225:2
232:21 261:19
264:24 265:14
273:1 337:9,13
337:14,19,22
339:15
**80** 44:11,21
**800** 118:16
**810** 18:9 330:25
**850** 118:13
216:18
**87** 86:21
**88** 4:11
**8th** 13:21

_____
**9**
**9** 4:15,19 5:22
213:21 260:1,5
260:16 261:20
265:5,19,20
272:25 278:4

279:4,16
281:18 286:25
291:6 337:20
337:23 338:9
339:7 340:21
**90** 44:11,21
299:21
**900** 3:4,4
**90s** 53:6 54:6,7
156:7 160:9
**911** 2:4
**9225** 2:16
**9300** 3:15
**94** 252:15
254:14
**97** 4:13
**99** 4:14
**99.9** 138:23