**United States Courts**
Judicial Council of the Eighth Circuit
Thomas F. Eagleton United States Courthouse
111 South 10th Street - Suite 26.325
St. Louis, Missouri 63102-1116

Millie B. Adams
*Circuit Executive*

Voice (314) 244-2600
Fax (314) 244-2605
www.ca8.uscourts.gov

# EIGHTH CIRCUIT JUDICIAL COUNCIL

## ORDER

I hereby certify that the Eighth Circuit Judicial Council has approved a policy requiring all judges in the Eighth Circuit to update their conflicts lists as soon as possible. The court unit executives for each district and bankruptcy court must provide certification that all judges have complied with the policy to the Judicial Council no later than January 1, 2022, and on a quarterly basis thereafter.

Millie B. Adams
Circuit Executive

St. Louis, Missouri
November 8, 2021

Judicial Council Members
Chief District Judges
Chief Bankruptcy Judges
Court of Appeals Clerk
District Clerks of Court
Bankruptcy Clerks of Court

JCO 3207