CLOSED,CV,PROTO,REOPEN

# U.S. District Court
## U.S. District of Minnesota (DMN)
## CIVIL DOCKET FOR CASE #: 0:14-cv-04531-SRN-DTS

| | |
|---|---|
| HomeStar Property Solutions, LLC v. Safeguard Properties, LLC et al | Date Filed: 10/28/2014 |
| | Date Terminated: 05/28/2019 |
| Assigned to: Judge Susan Richard Nelson | Jury Demand: Plaintiff |
| Referred to: Magistrate Judge David T. Schultz | Nature of Suit: 190 Contract: Other |
| Demand: $1,700,000 | |
| Cause: 28:1332 Diversity-Contract Dispute | Jurisdiction: Diversity |

**Plaintiff**

**HomeStar Property Solutions, LLC**          represented by **Andrew D Parker**
Parker Daniels Kibort LLC
123 North 3rd Street
Suite 888
Minneapolis, MN 55401
612-355-4100
Fax: 612-355-4101
Email: parker@parkerdk.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anthony G Edwards**
Saint Paul City Attorney's Office
750 City Hall and Courthouse
15 West Kellogg Blvd
Saint Paul, MN 55102
651-266-8758
Email: anthony.edwards@ci.stpaul.mn.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher M Daniels**
Parker Daniels Kibort LLC
123 North Third Street

Suite 888
Minneapolis, MN 55401
612-355-4100
Fax: 612-355-4101
Email: daniels@parkerdk.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth S Wright**
Parker Daniels Kibort, LLC
123 3rd St N
Ste 888
Minneapolis, MN 55401
612-355-4100
Fax: 612-355-4101
Email: wright@parkerdk.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Russell M Spence , Jr**
Parker Daniels Kibort LLC
MINNESOTA (MN)
888 Colwell Building
123 North Third Street
Minneapolis, MN 55401
612-355-4100
Fax: 612-355-4101
Email: spence@spence.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Todd C Pearson**
Pearson Law Office
Carlson Center
601 Carlson Parkway Suite 1050
SUSPENDED 18-mc-107 JRT
Minnetonka, MN 55305
651-998-9742
Email: tcplaw@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert B Bauer**

Dougherty, Molenda, Solfest,
Hills & Bauer P.A.
14985 Glazier Avenue
Ste 525
Apple Valley, MN 55033
952-953-8847
Fax: 952-432-3780
Email: rbauer@dmshb.com
*TERMINATED: 05/02/2016*

**William M Topka**
Dougherty, Molenda, Solfest,
Hills & Bauer PA
14985 Glazier Avenue, Suite 525
Apple Valley, MN 55125
952-432-3136
Fax: 952-432-3780
Email:
will.topka@co.dakota.mn.us
*TERMINATED: 05/02/2016*

V.

**Defendant**

**Safeguard Properties, LLC**   represented by **Brian A Wood**
Lind Jensen Sullivan & Peterson, PA
901 Marquette Ave. S., Ste. 1300
Mpls, MN 55402
612-333-3637
Fax: 612-333-1030
Email:
brian.wood@lindjensen.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph J Santoro**
Gallagher Sharp
Sixth Floor. Bulkley Bldg.
1501 Euclid Avenue
Cleveland, OH 44115
216-522-1284
Email:

|  |  |
|---|---|
|  | jsantoro@gallaghersharp.com<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
|  | **Markus E Apelis**<br>Gallagher Sharp LLP<br>1215 Superior Avenue<br>7th Floor<br>Cleveland, OH 44114<br>216-522-1065<br>Fax: 216-241-1608<br>Email: mapelis@gallaghersharp.com<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
|  | **Lauren Allison D'Cruz**<br>Schaefer Halleen, LLC<br>412 South Fourth Street<br>Suite 1050<br>Minneapolis, MN 55415<br>612-294-2607<br>Fax: 612-294-2640<br>Email: ldcruz@schaeferhalleen.com<br>*TERMINATED: 09/28/2018* |

**Defendant**

| | | |
|---|---|---|
| **Bank of America, N.A.** | represented by | **Brian A Wood**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Joseph J Santoro**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| | | **Markus E Apelis**<br>(See above for address) |

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lauren Allison D'Cruz**
(See above for address)
*TERMINATED: 09/28/2018*

### Counter Claimant

**Safeguard Properties, LLC**   represented by   **Brian A Wood**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph J Santoro**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Markus E Apelis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lauren Allison D'Cruz**
(See above for address)
*TERMINATED: 09/28/2018*

V.

### Counter Defendant

**Express Lien, Inc.**   represented by   **Cortney G Sylvester**
*TERMINATED: 09/01/2016*                    Nilan Johnson Lewis PA
*doing business as*                         120 S 6th St Ste 400
zLien, Inc.                                 Mpls, MN 55402
*TERMINATED: 09/01/2016*                    612-305-7500
*doing business as*                         Fax: 612-305-7501
zLien                                       Email:
*TERMINATED: 09/01/2016*                    CSylvester@nilanjohnson.com
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

**David J Warden**

Nilan Johnson Lewis PA
250 Marquette Ave. S.
Suite 800
Minneapolis, MN 55401
612-305-7500
Fax: 612-305-7501
Email: dwarden@nilanjohnson.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

| | | |
|---|---|---|
| **HomeStar Property Solutions, LLC** | represented by | **Andrew D Parker** (See above for address) *LEAD ATTORNEY* |
| | | **Elizabeth S Wright** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **Todd C Pearson** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **Robert B Bauer** (See above for address) *TERMINATED: 05/02/2016* |
| | | **William M Topka** (See above for address) *TERMINATED: 05/02/2016* |

| Date Filed | # | Docket Text |
|---|---|---|
| 11/19/2021 | 291 | TEXT-ONLY ORDER: In November, 2021, after this matter was closed, Judge Schultz discovered that during the pendency of this matter, he owned stock in Bank of America, which comprised less than 1% of his aggregate retirement and investment portfolio. Judge Schultz decided no contested substantive matters in this case and issued no |

substantive orders. Ordered by Magistrate Judge David T. Schultz on 11/19/2021. (TJB) (Entered: 11/19/2021)