CLOSED,CV,PROTO

# U.S. District Court
# U.S. District of Minnesota (DMN)
# CIVIL DOCKET FOR CASE #: 0:18-cv-02928-JNE-DTS

Gysland v. Northern Tier Retail LLC
Assigned to: Judge Joan N. Ericksen
Referred to: Magistrate Judge David T. Schultz
Demand: $75,000
Cause: 29:621 Job Discrimination (Age)

Date Filed: 10/12/2018
Date Terminated: 07/08/2019
Jury Demand: Plaintiff
Nature of Suit: 442 Civil Rights: Jobs
Jurisdiction: Federal Question

**Plaintiff**

**Wayne Gysland**         represented by **Peter J Nickitas**
431 S 7th Street, Suite 2446
SUSPENDED 23-mc-6 PJS
Minneapolis, MN 55415
651-238-3445
Email: peterjnickitaslawllc@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Northern Tier Retail LLC**         represented by **Katherine Nyquist**
*doing business as*
Super America (assumed name)
Littler Mendelson
80 South 8th Street
Ste 1300
Minneapolis, MN 55402
612-313-7635
Email: Nyquist.Katherine@dorsey.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marko J Mrkonich**

Littler Mendelson, PC
80 S 8th St Ste 1300
Mpls, MN 55402-2136
612-630-1000
Fax: 651-305-0579
Email: mmrkonich@littler.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/19/2021 | 20 | TEXT-ONLY ORDER: In November, 2021, after this matter was closed, Judge Schultz discovered that during the pendency of this matter, he owned stock in Marathon Petroleum (parent company of Defendant), which comprised less than 1% of his aggregate retirement and investment portfolio. Judge Schultz decided no contested substantive matters in this case and issued no substantive orders. Ordered by Magistrate Judge David T. Schultz on 11/19/2021. (TJB) (Entered: 11/19/2021) |