Query    Reports    Utilities    Help

CLOSED,CV

# U.S. District Court
# U.S. District of Minnesota (DMN)
# CIVIL DOCKET FOR CASE #: 0:19-cv-00140-MJD-DTS

Areizaga v. Life Insurance Company of North America
Assigned to: Judge Michael J. Davis
Referred to: Magistrate Judge David T. Schultz
Cause: 29:1132 E.R.I.S.A.-Employee Benefits

Date Filed: 01/18/2019
Date Terminated: 08/08/2019
Jury Demand: None
Nature of Suit: 791 Labor: E.R.I.S.A.
Jurisdiction: Federal Question

### Plaintiff

**Jose Areizaga**　　　　　　　represented by **Chase Hedrick**
Fields Law Firm
9999 Wayzata Blvd.
Minnetonka, MN 55305
612-383-1860
Email: chase@fieldslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark Klotzbuecher**
Fields Law Firm
9999 Wayzata Blvd.
Minnetonka, MN 55305
612-206-3483
Email: mark@fieldslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen J Fields**
Fields Law Office, Ltd.
9999 Wayzata Blvd
Minnetonka, MN 55305
612-370-1511
Email: steve@fieldslaw.com
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **Life Insurance Company of North America** | represented by | **Alexander M Baggio**<br>Hinshaw & Culbertson LLP<br>250 Nicollet Mall, Suite 1150<br>Suite 1150<br>55401<br>Minneapolis, MN 55402<br>612-334-2631<br>Email: abaggio@hinshawlaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Daniel Keenan Ryan**<br>Hinshaw & Culbertson LLP<br>151 N. Franklin Street<br>Ste 2500<br>Chicago, IL 60606<br>312-704-3000<br>Email: dryan@hinshawlaw.com<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Margaret Ann Santos**<br>Hinshaw & Culbertson LLP<br>333 South Seventh Street<br>Suite 2000<br>Minneapolis, MN 55402<br>612-334-2540<br>Fax: 612-334-8888<br>Email: asantos@hinshawlaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|

| | | |
|---|---|---|
| 11/19/2021 | 19 | TEXT-ONLY ORDER: In November, 2021, after this matter was closed, Judge Schultz discovered that during the pendency of this matter, he owned stock in Cigna Corp (parent company of Defendant), which comprised less than 1% of his aggregate retirement and investment portfolio. Judge Schultz decided no contested substantive matters in this case and issued no substantive orders. Ordered by Magistrate Judge David T. Schultz on 11/19/2021. (TJB) (Entered: 11/19/2021) |