Query    Reports    Utilities    Help

CLOSED,CV,PROTO

# U.S. District Court
## U.S. District of Minnesota (DMN)
## CIVIL DOCKET FOR CASE #: 0:18-cv-01698-SRN-DTS

Pyatigorets v. Bank of America NA et al
Assigned to: Judge Susan Richard Nelson
Referred to: Magistrate Judge David T. Schultz
Cause: 15:1681 Fair Credit Reporting Act

Date Filed: 06/20/2018
Date Terminated: 06/11/2019
Jury Demand: Plaintiff
Nature of Suit: 480 Consumer
Credit
Jurisdiction: Federal Question

## Plaintiff

**Marilynn Pyatigorets**            represented by     **Katelyn Rae Cartier**
Consumer Justice Center P.A.
367 Commerce Court
Vadnais Heights, MN 55127
651-770-9707
Fax: 651-704-0907
Email: Katelyn@fieldslaw.com
*TERMINATED: 06/20/2019*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas J Lyons , Jr**
Consumer Justice Center P.A.
367 Commerce Court
Vadnais Heights, MN 55127
651-770-9707
Fax: 651-704-0907
Email:
tommy@consumerjusticecenter.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

## Defendant

**Bank of America, N.A.**    represented by  **Adam Gregory Chandler**
Taft Stettinius & Hollister LLP
80 South 8th Street
Ste 2200
Minneapolis, MN 55402
612-977-8400
Email: achandler@taftlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark G Schroeder**
Taft Stettinius & Hollister LLP
2200 IDS Center
80 South Eighth Street
Minneapolis, MN 55042
612-977-8400
Fax: 612-977-8650
Email: mschroeder@taftlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Richmond McPherson , III**
McGuireWoods LLP
201 North Tryon Street
Suite 3000
Charlotte, NC 28202
704-343-2038
Fax: 704-444-8783
Email:
rmcpherson@mcguirewoods.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Tonya L. Urps**
McGuireWoods LLP
201 North Tryon Street
Ste 30th Floor
Charlotte, NC 28202
704-373-8858
Email: turps@mcguirewoods.com
*LEAD ATTORNEY*

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Equifax Information**     represented by    **Christopher J Haugen**
**Services, LLC**
*TERMINATED: 05/24/2019*

Messerli & Kramer P.A.
100 South Fifth Street
1400 Fifth Street Towers
Minneapolis, MN 55402
612-672-3730
Fax: 612-672-3777
Email:
chaugen@messerlikramer.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Meryl W. Roper**
King & Spalding LLP
1180 Peachtree St. NE
Atlanta, GA 30309
404-572-2812
Email: mroper@kslaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Terri A Running**
Messerli & Kramer P.A.
100 South Fifth Street
Suite 1400
Minneapolis, MN 55402
612-672-3600
Email:
trunning@messerlikramer.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**TransUnion, LLC**     represented by    **Amy M Sieben**
*TERMINATED: 11/29/2018*

Fisher Bren & Sheridan LLP
920 Second Avenue South
Suite 975
Mpls, MN 55402

612-332-0100
Fax: 612-332-9951
Email: asieben@fisherbren.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bradley D Fisher**
Fisher Bren & Sheridan LLP
920 Second Avenue South
Suite 975
Minneapolis, MN 55402
612-332-0100
Fax: 612-332-9951
Email: bfisher@fisherbren.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Katherine E. Carlton Robinson**
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
317-363-2400
Email: kcrobinson@seyfarth.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Experian Information Solutions, Inc**    represented by **Jennifer Sun**
Jones Day
3161 Michelson Drive, Suite 800
Irvine, CA 92612
949-851-3939
Email: jennifersun@jonesday.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Patrick Cassidy**
Jones Day
90 South Seventh Street, Suite 4950
Minneapolis, MN 55402

612-217-8843
Email: patcass34@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/19/2021 | 71 | TEXT-ONLY ORDER: In November, 2021, after this matter was closed, Judge Schultz discovered that during the pendency of this matter, he owned stock in Bank of America, which comprised less than 1% of his aggregate retirement and investment portfolio. Judge Schultz decided no contested substantive matters in this case and issued no substantive orders. Ordered by Magistrate Judge David T. Schultz on 11/19/2021. (TJB) (Entered: 11/19/2021) |