# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE BAIR HUGGER FORCED AIR WARMING PRODUCTS LIABILITY LITIGATION | MDL No. 15-cv-2666 (JNE/DTS)<br><br>**ORDER** |

This matter is before the Court on the Parties' Joint Motions Regarding Continued Sealing, Dkt. No. 2298, under Minn. Local Rule 5.6(d)(2).

The Joint Motions address document(s) that are filed under temporary seal in connection with various motion hearings held before the undersigned. Because the documents contain sensitive business data and other information that should remain sealed;

**IT IS HEREBY ORDERED**:

1. The parties' Joint Motion Regarding Continued Sealing, Dkt. No. 2298, is **GRANTED IN PART AND DENIED IN PART**.

2. The Clerk is directed to keep **sealed** the following documents: Dkt. No(s). 2275, 2278, 2278-1, 2281-2.

3. The Clerk is directed to **unseal** the following documents: Dkt. No(s). 2281, 2281-1, 2290.

Dated: June 14, 2023

                                                      s/David T. Schultz
                                                      DAVID T. SCHULTZ
                                                      U.S. Magistrate Judge