## UNITED STATES DISTRICT COURT
### DISTRICT OF MINNESOTA

In re Bair Hugger Forced Air Warming
Devices Products Liability Litigation

MDL No. 15-2666 (JNE/DTS)

This Document Relates To:
ALL ACTIONS

**LOCAL RULE 7.1(F)**
**CERTIFICATE OF COMPLIANCE**

I, Genevieve M. Zimmerman, certify that Plaintiffs' Objections to the Magistrate

Judge on Plaintiffs Motion for Disqualification complies with the limits of Local Rule

7.1(f) and with the type-size limit of Local Rule 7.1(h).

I further certify that, in preparation of the above document, I used Microsoft Word

for Office 365 and that this word-processing program has been applied specifically to

include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above document contains 3,479 words.

Dated: June 27, 2023

Respectfully submitted,

MESHBESHER & SPENCE LTD.

/s/ Genevieve M. Zimmerman
Genevieve M. Zimmerman (MN #330292)
1616 Park Avenue South
Minneapolis, MN 55404
Phone: (612) 339-9121

*Co-Lead Counsel for Plaintiffs*