# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re Bair Hugger Forced Air Warming Devices Products Liability Litigation | MDL No. 15-2666 (JNE/DTS) |
| This Document Relates To:<br>ALL ACTIONS | **LOCAL RULE 7.1(F)**<br>**CERTIFICATE OF COMPLIANCE** |

I, Genevieve M. Zimmerman, certify that Plaintiffs' Objection to June 15, 2023 Order Regarding Sealing complies with the limits of Local Rule 7.1(f) and with the type-size limit of Local Rule 7.1(h).

I further certify that, in preparation of the above document, I used Microsoft Word for Office 365 and that this word-processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above document contains 2,307 words.

Dated: June 29, 2023                     Respectfully submitted,

MESHBESHER & SPENCE LTD.

/s/ Genevieve M. Zimmerman
Genevieve M. Zimmerman (MN #330292)
1616 Park Avenue South
Minneapolis, MN 55404
Phone: (612) 339-9121

*Co-Lead Counsel for Plaintiffs*