UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | MDL No. 15-2666 (JNE/DTS) ORDER |

This Document Relates to All Actions

The multidistrict litigation is before the Court on two motions: (1) Plaintiffs' Motion to Disqualify Judge Ericksen and Magistrate Judge Schultz, and (2) Plaintiffs' Motion for Reassignment of Plaintiffs' Motion to Disqualify Judge Ericksen and Magistrate Judge Schultz. On July 10, 2023, the Court filed a Memorandum under seal. For the reasons set forth in the Memorandum, the Court denies the motion to disqualify and the motion for reassignment insofar as they relate to the undersigned.

The Court will either unseal the Memorandum or file a redacted version of it. The parties shall submit proposed redactions, if any, to the Memorandum by July 17, 2023.

Based on the files, records, and proceedings herein, and for the reasons stated above, IT IS ORDERED THAT:

1. Plaintiffs' Motion to Disqualify Judge Ericksen and Magistrate Judge Schultz [Docket No. 2273] is DENIED insofar as it seeks the undersigned's disqualification.

2. Plaintiffs' Motion for Reassignment of Plaintiffs' Motion to Disqualify Judge Ericksen and Magistrate Judge Schultz [Docket No. 2285] is DENIED insofar as it seeks reassignment of Plaintiffs' motion to disqualify the undersigned.

Dated: July 10, 2023

s/Joan N. Ericksen
JOAN N. ERICKSEN
United States District Judge