**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | |
| This Document Relates to:<br>    ALL ACTIONS. | MDL No. 15-2666 (JNE/DTS) |

### Certificate of Compliance in Support of Defendants' Opposition to Plaintiffs' Objections to the Ruling of the Magistrate Judge on Plaintiffs' Motion for Disqualification

I, Benjamin W. Hulse, certify that Defendants' Opposition to Plaintiffs' Objections to the Ruling of the Magistrate Judge on Plaintiffs' Motion for Disqualification complies with the word-count limitation of Local Rule 72.2(c)(1) and with the type-size limitation of Local Rule 72.2(c)(2). I further certify that, in preparation of that opposition, I used Microsoft Office Word 365 version 2202, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count. I further certify that the above-referenced opposition contains 3,464 words.

|  |  |
|---|---|
| Date: July 11, 2023 | /s/ *Mary S. Young* |

**Norton Rose Fulbright US LLP**

Benjamin W. Hulse (MN #0390952)
Mary S. Young (MN #0392781)
60 South Sixth Street, Suite 3100
Minneapolis, MN 55402
T: (612) 321-2800
F: (612) 321-2288
ben.hulse@nortonrosefulbright.com
mary.young@nortonrosfulbright.com

*Co-Lead Counsel for Defendants 3M Company and Arizant Healthcare Inc.*