# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>ALL ACTIONS | MDL No. 15-2666 (JNE/DTS)<br><br>**RULE 7.1(F) CERTIFICATE OF COMPLIANCE REGARDING DEFENDANTS' OPPOSITION TO PLAINTIFFS' OBJECTION TO JUNE 15, 2023 ORDER REGARDING SEALING** |

I, Benjamin W. Hulse, certify that Defendants' Opposition to Plaintiffs' Objection to the June 15, 2023 Order Regarding Sealing ("Memorandum") complies with the limits of Local Rule 7.1(f) and with the type-size limit of Local Rule 7.1(h).

I further certify that, in preparation of the above document, I used Word for Microsoft 365, and this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the Memorandum contains 2,217 words.

Date: July 13, 2023

*/s/ Benjamin W. Hulse*
**NORTON ROSE FULBRIGHT US LLP**
Benjamin W. Hulse (MN #0390952)
Mary S. Young (MN #0392781)
60 South Sixth Street, Suite 3100
Minneapolis, MN 55402
T: (612) 321-2800
F: (612) 321-2288
ben.hulse@nortonrosefulbright.com
mary.young@nortonrosfulbright.com

*Co-Lead Counsel for Defendants*

2