## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | MDL No. 15-2666 (JNE/DTS) |
| This Document Relates to: ALL ACTIONS | |

### DECLARATION OF BENJAMIN HULSE IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' OBJECTION TO JUNE 15, 2023 ORDER REGARDING SEALING

Benjamin W. Hulse, being first duly sworn and declare, deposes and declares:

1. I am one of the attorneys of record for 3M Company and Arizant Healthcare Inc. (together, "Defendants") in this litigation and am thoroughly familiar with all of the files, records, and proceedings herein.

2. I am over the age of 18 and suffer from no mental or physical disabilities that would render me incompetent to testify in this matter. I have knowledge of the facts set forth herein, and if called to testify as a witness thereto, could do so competently under oath.

3. This declaration is being filed in support of Defendants' Opposition to Plaintiffs' Objection to the June 15, 2023 Order Regarding Sealing.

4. Attached as Defendant's **Exhibit 1** is a true and correct copy of an email dated April 25, 2023 from Dr. Scott Augustine to healthcare providers regarding the Bair Hugger litigation.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed in Minneapolis, Minnesota this 13th day of July, 2023.

*/s/ Benjamin W. Hulse*
Benjamin W. Hulse