UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | MDL No. 15-2666 (JNE/DTS) ORDER |

This Document Relates to All Actions

    Plaintiffs moved to disqualify the undersigned and Magistrate Judge Schultz. Plaintiffs also moved for reassignment of their motion to disqualify. The Court denied Plaintiffs' motions insofar as they relate to the undersigned for the reasons set forth in a sealed Memorandum dated July 10, 2023. The Court gave the parties an opportunity to submit proposed redactions to the Memorandum. The parties submitted none. Accordingly, the Court unseals the Memorandum.

    Based on the files, records, and proceedings herein, and for the reasons stated above, IT IS ORDERED THAT:

    1.    The Clerk of Court shall unseal the Memorandum [Docket No. 2304].

Dated: July 19, 2023

                                                                      s/Joan N. Ericksen
                                                                      JOAN N. ERICKSEN
                                                                      United States District Judge