UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | MDL No. 15-2666 (JNE/DTS) ORDER |

This Document Relates to All Actions

In an Order dated June 13, 2023, the Honorable David T. Schultz, United States Magistrate Judge, denied Plaintiffs' motion to disqualify him. Plaintiffs objected, and Defendants responded. The Court has reviewed the record. Based on that review, the Court affirms the June 13 Order because it is neither "clearly erroneous" nor "contrary to law." *See* 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a). Therefore, IT IS ORDERED THAT:

1. The June 13 Order [Docket No. 2300] is AFFIRMED.

Dated: August 8, 2023

s/Joan N. Ericksen
JOAN N. ERICKSEN
United States District Judge