# BEFORE THE UNITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

MDL No. 15-2666 Title - IN RE: Bair Hugger Forced Air Products Liability Litigation

## NOTICE OF APPEARANCE

(Appearances should only be entered in compliance with Rule 4.1(c).

**PARTIES REPRESENTED** (indicate plaintiff or defendant (i.e. Plaintiff Bob Jones)–If representation includes more than one party, attach a separate list.)

See attached

**SHORT CASE CAPTION(s)** (Include District and Civil Action No. (i.e. Jones v. Smith Corp., et al., D. Delaware, 1:14-586)–If party representation includes more than one case, attach a schedule of actions) NOTE: Include only actions in which you are entering an Appearance.

See attached

In compliance with Rule 4.1(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the United States Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

07/27/2023                    Elizabeth M. Guthrie, Esq.
Date                           Signature of Attorney or Designee

Name and Address of Designated Attorney: Elizabeth M. Guthrie, Esq.
10 Marshall St, Boston MA 02108
Swartz & Swartz P.C.

Telephone No.: 617-742-1900      Fax No.: 617-367-7193

Email Address: eguthrie@swartzlaw.com

Instructions:

1. From the JPML home page, download Notice of Appearance. Fill out form and save in .pdf format. (All documents filed with the Judicial Panel must be in PDF Format.) The Appearance Form is to be filed as the main PDF document. Any documents submitted with the Appearance Form are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Notices. Select the appropriate Notice of Appearance. Select Next.
4. Enter the three or four digit MDL number (ex. 875). Select Next.
5. Verify MDL number, if correct Select Next.
6. Choose the case(s) for which the Appearance is being filed. Select Next.
7. Select Party. Select next twice.
8. Upload the Appearance Form as the Main document and all other documents as attachments. Be sure to choose a category and description. Select the document to which the Appearance relates. (Note: Appearances filed in new litigations will be linked to the initial Motion for Transfer and Appearances filed in transferred litigations should be linked to the Conditional Transfer Order (CTO).
9. Select the next button and verify docket text. If correct continue to select next to complete the transaction.

JPML Form 18



## PARTIES REPRESENTED AND SHORT CASE CAPTIONS

- Eugene Colin, Plaintiff
    - Colin et al v. 3M Company et al, 0:17-cv-00200

- Estate of Stanley Kazogles and Joanna Kazogles, Plaintiffs
    - Kazogles et al v. 3M Company et al, 0:19-cv-00017

- Vincent Lambert, Plaintiff
    - Lambert et al v. 3M Company et al, 2:18-cv-00231

- Richard Riendeau and Cynthia Riendeau, Plaintiffs
    - Riendeau et al v. 3M Company et al, 0:17-cv-04253

- David St. Pierre and Kathy St. Pierre, Plaintiffs
    - St. Pierre et al v. 3M Company et al, 0:17-cv-00747