UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re Bair Hugger Forced Air Warming        MDL No. 15-2666 (JNE/DTS)
Devices Products Liability Litigation

---

I am an attorney licensed to practice law in the State of Texas.

Our firm was retained by Carolyn Sue Jobse as wrongful death beneficiary of Sharon Touchton, deceased and on behalf of the estate of Sharon Touchton, deceased.

After our investigation we notified the client on August 10, 2023, that we would not be able to bring a claim for personal injuries or death resulting from the use of the 3M Bair Hugger product. Ms. Jobse did not want to bring such a claim.

We no longer have an attorney-client relationship with Ms. Jobse, regarding the Bair Hugger claims.

This declaration made under the penalty of perjury.

HOUSSIERE, DURANT & HOUSSIERE, LLP by:

*[signature: Randal Kauffman]*
_____
Randal A. Kauffman

<u>August 10, 2023</u>
Date