UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION

MDL No. 15-2666 (JNE/DTS)
ORDER

This Document Relates to All Actions

The Court has determined that trial of additional cases is necessary to facilitate eventual resolution of this MDL. The Court orders that an additional 150 cases be identified for trial according to the following process.

**1.** ***Randomly generated cases.*** Using a random generator, the Court will identify 130 cases from the current active filed cases in the MDL. The Court will provide a list of the 130 cases to each side. The Court will also file the list of randomly generated cases on the ECF.

**2.** ***Selected cases.*** Within 10 days of receiving the list of randomly generated cases, each side must identify and exchange a list of 20 cases it has selected to be included in the 150 cases. Each side must provide to the Court its list of 20 cases.

**3.** ***Strikes.*** Within 10 days of the exchange of the lists of selected cases, each side must identify 10 cases to strike from the list of 130 randomly generated cases and provide to the other side and the Court its list of stricken cases.

**4.** ***Case substitution.*** If an identified, non-stricken case is dismissed for any reason prior to trial, the Court will replace that case with a randomly identified case from the MDL.

Dated: February 7, 2025

s/Joan N. Ericksen
JOAN N. ERICKSEN
United States District Judge