# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>Cases Listed in Exhibit A | MDL No. 15-2666 (JNE/DTS)<br><br>**DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRETRIAL ORDER NO. 14, FED. R. CIV. P. 41(B), OR FOR FAILURE TO PROSECUTE** |

Pursuant to Pretrial Order No. 14 and Federal Rule of Civil Procedure 41(b), Defendants 3M Company ("3M") and Arizant Healthcare Inc. ("Arizant") (collectively, "Defendants") respectfully move the Court to dismiss all of the actions without asterisks listed in **Exhibit A** in their entirety with prejudice, and, similarly, to dismiss the loss-of-consortium plaintiffs only, with prejudice, in the actions identified with asterisks listed in **Exhibit A** for failure to comply with Pretrial Order No. 14, and Fed. R. Civ. P. 41(b).

As set forth in the accompanying Memorandum of Law, there are three categories of cases where plaintiffs are noncompliant with PTO 14: (i) cases where plaintiffs have failed to serve a Plaintiff Fact Sheet ("PFS"); (ii) cases where the plaintiff (either the primary plaintiff, or loss-of-consortium plaintiff failed to sign and verify the information contained in the PFS; and (iii) cases where the plaintiff has not provided an executed medical authorization form. Dismissal of these cases with prejudice is therefore appropriate under PTO 14, ¶ 8, and Defendants respectfully request the Court to grant their motion

regarding the same. The above-referenced matters have failed to meet the requirements of this Court's Orders and the Federal Rules of Civil Procedure, and dismissal is appropriate.

Dated: February 26, 2025	Respectfully submitted,

<div style="margin-left:3em;">

<u>s/Benjamin W. Hulse</u>
Benjamin W. Hulse (MN #0390952)
Mary S. Young (MN #0392781)
Norton Rose Fulbright US LLP
60 South Sixth Street, Suite 3100
Minneapolis, MN 55402
Phone: (612) 321-2800
Email: ben.hulse@nortonrosefulbright.com
           mary.young@nortonrosfulbright.com

**Co-Lead Counsel for Defendants 3M Company and Arizant Healthcare Inc.**

</div>