UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

In re BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION

This Document Relates To:

*Adson*, 24-cv-02070
*Ashley*, 23-cv-00938
*Auxter*, 23-cv-03540
*Avery*, 23-cv-03338
*Balla*, 24-cv-01436
*Baxter*, 23-cv-03507
*Blagg*, 23-cv-03655
*Blakely*, 24-cv-00976
*Boling*, 24-cv-00980
*Buxton*, 23-cv-03518
*Cali*, 24-cv-01020
*Chamness*, 24-cv-00019
*Collins*, 24-cv-00036
*Cornn*, 24-cv-00885
*Cozzens*, 24-cv-01618
*Davis*, 24-cv-00729
*Dawson*, 24-cv-00871
*Day*, 24-cv-01631
*Dominguez*, 24-cv-00981
*Dudeck*, 24-cv-00977
*Durrough*, 23-cv-03649
*Esparza*, 23-cv-03778
*Finks*, 24-cv-00706
*Fivecoat*, 23-cv-03304
*Fox*, 23-cv-01959
*Garvin*, 23-cv-03405
*Garvin*, 24-cv-00890
*Gehron*, 23-cv-03243
*Gibson*, 23-cv-01867
*Godfrey*, 23-cv-03177
*Goods*, 23-cv-03196
*Griffey*, 23-cv-01929
*Gsell*, 24-cv-00869
*Halstead*, 24-cv-01027
*Hamilton*, 24-cv-00708
*Haney*, 24-cv-00814

MDL No. 15-2666 (JNE/DTS)

**NOTICE OF HEARING ON DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRETRIAL ORDER NO. 14, OR FOR FAILURE TO PROSECUTE: PRODUCT IDENTIFICATION**

*Harding*, 24-cv-00926
*Hartley*, 23-cv-03801
*Hernandez*, 24-cv-00701
*Hill*, 24-cv-00393
*Honea*, 23-cv-02162
*Houston*, 24-cv-00742
*Hoya*, 24-cv-00701
*Huckabey*, 23-cv-01592
*Huddleston*, 24-cv-00656
*Huston*, 23-cv-03677
*Jackson*, 24-cv-00782
*Jackson*, 24-cv-00985
*Jett*, 24-cv-00380
*Keeling*, 23-cv-03529
*Kemp*, 24-cv-00704
*Keys*, 24-cv-00712
*Kinsey*, 23-cv-01423
*Kippins*, 23-cv-03654
*Kushmaul*, 24-cv-00859
*Lanier*, 23-cv-03322
*Lenhart*, 24-cv-00291
*Lomas*, 24-cv-00672
*Long*, 24-cv-00878
*McCord*, 24-cv-00874
*McCraken*, 23-cv-02926
*McManaway*, 24-cv-00112
*Merritt*, 24-cv-00657
*Million*, 23-cv-01179
*Monroe*, 24-cv-00978
*Mosley*, 24-cv-00896
*Nguyen*, 24-cv-00330
*Nunez*, 24-cv-00852
*Panfili*, 23-cv-01188
*Paxson*, 24-cv-00101
*Phillips*, 24-cv-00931
*Pignotti*, 23-cv-00967
*Place*, 24-cv-00723
*Preston*, 23-cv-01007
*Prior*, 24-cv-00677
*Pruitt*, 24-cv-00849
*Ramis*, 24-cv-00733
*Redman*, 16-cv-02299
*Reed*, 24-cv-00979

*Riley*, 23-cv-00979
*Roudebush*, 24-cv-00060
*Salinas*, 23-cv-00974
*Schuchmann*, 24-cv-00730
*Sheets*, 23-cv-01114
*Shoemaker*, 24-cv-01037
*Silas*, 24-cv-00853
*Snowden*, 23-cv-01633
*Stanton*, 24-cv-00891
*Summerlott*, 23-cv-01221
*Suggs*, 24-cv-01032
*Sullivan*, 23-cv-00937
*Thompson*, 24-cv-00994
*Underwood*, 24-cv-00865
*Ventola*, 24-cv-00748
*Walker*, 24-cv-00698
*Weatherly*, 24-cv-01042
*White*, 24-cv-00870
*Williams*, 24-cv-00250
*Williams*, 24-cv-00737
*Williams*, 24-cv-00992
*Yacovone*, 24-cv-00705
*Yoder*, 24-cv-00402
*Zenko*, 24-cv-00744

PLEASE TAKE NOTICE that the undersigned will bring Defendants' Motion to Dismiss Cases for Failure to Comply with Pretrial Order No. 14, or for Failure to Prosecute: Product Identification for a hearing before the Honorable Judge Joan N. Ericksen, United States District Judge, in Courtroom 12W at the United States Courthouse, 300 South Fourth Street, Minneapolis, MN 55415, at a date and time to be determined.

This motion, based on the Memorandum in Support of Defendants' Motion to Dismiss Cases for Failure to Comply with Pretrial Order No. 14, or for Failure to Prosecute: Product Identification, the Declaration of Benjamin W. Hulse, and argument to be

presented at the hearing of this matter, seeks an Order of the Court dismissing the above-referenced cases.

Dated: March 3, 2025						Respectfully submitted,

								*s/ Benjamin W. Hulse*
								Benjamin W. Hulse (MN #0390952)
								Mary S. Young (MN #0392781)
								Norton Rose Fulbright US LLP
								60 South Sixth Street, Suite 3100
								Minneapolis, MN 55402
								Phone: (612) 321-2800
								Email: ben.hulse@nortonrosefulbright.com
								          mary.young@nortonrosfulbright.com

								**Co-Lead Counsel for Defendants 3M Company and Arizant Healthcare Inc.**