**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION**

**MDL No. 15-2666 (JNE/DTS)**

This document relates to the following cases:

0:17-cv-2164, Blyth v. 3M Company, et al
0:18-cv-03121, Boatright, v. 3M Company, et al
0:18-cv-03346, Burris, v. 3M Company, et al
0:16-cv-02371, Cato-Perry, v. 3M Company, et al
0:16-cv-01299, Chambers, v. 3M Company, et al
0:18-cv-00769, Cox, v. 3M Company, et al
0:18-cv-00009, Cozart, v. 3M Company, et al
0:16-cv-03629, Dew, v. 3M Company, et al
0:18-cv-01187, Dorris, v. 3M Company, et al
0:16-cv-02585, Elliott, v. 3M Company, et al
0:16-cv-04012, Best, v. 3M Company, et al
0:18-cv-03136, Brown, v. 3M Company, et al
0:16-cv-01314, Holznagel, v. 3M Company, et al
0:17-cv-02160, Hooper, v. 3M Company, et al
0:16-cv-01424, Hunter, v. 3M Company, et al
0:19-cv-00216, Johansson, v. 3M Company, et al
0:16-cv-04013, Keeth, v. 3M Company, et al
0:17-cv-01712, Kite, v. 3M Company, et al
0:18-cv-00772, Madak, v. 3M Company, et al
0:18-cv-01163, Manuel, v. 3M Company, et al
0:19-cv-01791, McCorstin, v. 3M Company, et al
0:16-cv-03168, McKenney, v. 3M Company, et al
0:16-cv-03906, Offord, v. 3M Company, et al
0:17-cv-03538, Olsen, v. 3M Company, et al
0:16-cv-03930, Piscoya, v. 3M Company, et al
0:17-cv-05578, Sequin, v. 3M Company, et al
0:18-cv-00770, Snyder, v. 3M Company, et al
0:16-cv-01294, Stanley, v. 3M Company, et al
0:19-cv-00048, Stong, v. 3M Company, et al
0:17-cv-01244, Thomas, et al, v. 3M Company, et al
0:18-cv-02885, Wallace, v. 3M Company, et al
0:17-cv-03643, Wongus, Sr., v. 3M Company, et al

# NOTICE OF APPEARANCE

The undersigned attorney hereby notifies the Court and counsel that Christopher L. Coffin, shall appear as counsel of record for the above listed Plaintiffs in this case.

Dated: April 16, 2025

*/s/ Christopher L. Coffin*
Christopher L. Coffin (La. Bar 27902)
**COFFIN LAW, LLC**
1311 Ave. Ponce de Leon, Suite 504
San Juan, Puerto Rico 00907
Tel: (787) 961-9988
Email: ccoffin@coffinlawllc.com

***Attorney for Plaintiffs***

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleasing has been served upon counsel of records via the court's electronic filing system, this 16th day of April 2025.

*/s/ Christopher L. Coffin*
Christopher L. Coffin