UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | MDL No. 15-2666 (JNE/DTS) ORDER |

This Document Relates to All Actions

Of the 150 cases identified in the Order [Docket No. 2729] dated April 16, 2025, two—Case Nos. 16-cv-209 and 17-cv-1736—were recently dismissed based on stipulations. According to the Order [Docket No. 2549] dated February 7, 2025, the two cases have been replaced with Case Nos. 18-cv-3382 and 23-cv-2439. An amended list of 150 cases is attached.

IT IS SO ORDERED.

Dated: April 28, 2025

s/Joan N. Ericksen
JOAN N. ERICKSEN
United States District Judge