**Exhibit A**

# Actions Subject to Order

| Case No. | Case No. | Case No. | Case No. | Case No. | Case No. | Case No. |
|---|---|---|---|---|---|---|
| 15-cv-4588 | 16-cv-2667 | 17-cv-0018 | 17-cv-1099 | 17-cv-2028 | 17-cv-2467 | 17-cv-3070 |
| 16-cv-0386 | 16-cv-2700 | 17-cv-0043 | 17-cv-1120 | 17-cv-2031 | 17-cv-2497 | 17-cv-3140 |
| 16-cv-0544 | 16-cv-2991 | 17-cv-0181 | 17-cv-1124 | 17-cv-2055 | 17-cv-2498 | 17-cv-3170 |
| 16-cv-0817 | 16-cv-3083 | 17-cv-0200 | 17-cv-1134 | 17-cv-2079 | 17-cv-2566 | 17-cv-3176 |
| 16-cv-0987 | 16-cv-3144 | 17-cv-0202 | 17-cv-1232 | 17-cv-2097 | 17-cv-2577 | 17-cv-3207 |
| 16-cv-1957 | 16-cv-3165 | 17-cv-0334 | 17-cv-1245 | 17-cv-2112 | 17-cv-2591 | 17-cv-3237 |
| 16-cv-1965 | 16-cv-3240 | 17-cv-0488 | 17-cv-1260 | 17-cv-2116 | 17-cv-2626 | 17-cv-3286 |
| 16-cv-2048 | 16-cv-3265 | 17-cv-0579 | 17-cv-1286 | 17-cv-2204 | 17-cv-2629 | 17-cv-3297 |
| 16-cv-2155 | 16-cv-3269 | 17-cv-0628 | 17-cv-1320 | 17-cv-2256 | 17-cv-2642 | 17-cv-3353 |
| 16-cv-2302 | 16-cv-3290 | 17-cv-0666 | 17-cv-1380 | 17-cv-2273 | 17-cv-2645 | 17-cv-3356 |
| 16-cv-2308 | 16-cv-3329 | 17-cv-0679 | 17-cv-1455 | 17-cv-2279 | 17-cv-2695 | 17-cv-3363 |
| 16-cv-2311 | 16-cv-3435 | 17-cv-0739 | 17-cv-1509 | 17-cv-2292 | 17-cv-2700 | 17-cv-3394 |
| 16-cv-2322 | 16-cv-3622 | 17-cv-0803 | 17-cv-1550 | 17-cv-2317 | 17-cv-2761 | 17-cv-3585 |
| 16-cv-2366 | 16-cv-3772 | 17-cv-0825 | 17-cv-1659 | 17-cv-2337 | 17-cv-2796 | 17-cv-3590 |
| 16-cv-2370 | 16-cv-4109 | 17-cv-0932 | 17-cv-1673 | 17-cv-2369 | 17-cv-2847 | 17-cv-3646 |
| 16-cv-2372 | 16-cv-4118 | 17-cv-0956 | 17-cv-1743 | 17-cv-2384 | 17-cv-2862 | 17-cv-3720 |
| 16-cv-2428 | 16-cv-4135 | 17-cv-0962 | 17-cv-1755 | 17-cv-2390 | 17-cv-2869 | 17-cv-3735 |
| 16-cv-2432 | 16-cv-4203 | 17-cv-0968 | 17-cv-1782 | 17-cv-2391 | 17-cv-2991 | 17-cv-3760 |
| 16-cv-2450 | 16-cv-4235 | 17-cv-0970 | 17-cv-1788 | 17-cv-2421 | 17-cv-2993 | 17-cv-3765 |
| 16-cv-2486 | 16-cv-4262 | 17-cv-1008 | 17-cv-1830 | 17-cv-2427 | 17-cv-3040 | 17-cv-3781 |
| 16-cv-2588 | 16-cv-4265 | 17-cv-1085 | 17-cv-2008 | 17-cv-2457 | 17-cv-3053 | 17-cv-3804 |
| 16-cv-2593 | 16-cv-4315 | 17-cv-1088 | 17-cv-2021 | 17-cv-2466 | 17-cv-3069 | 17-cv-3825 |

**Exhibit A**

# Actions Subject to Order

| Case No. | Case No. | Case No. | Case No. | Case No. | Case No. | Case No. |
|---|---|---|---|---|---|---|
| 17-cv-3828 | 17-cv-4389 | 17-cv-4999 | 18-cv-0423 | 18-cv-1569 | 18-cv-2050 | 18-cv-2819 |
| 17-cv-3859 | 17-cv-4422 | 17-cv-5016 | 18-cv-0431 | 18-cv-1635 | 18-cv-2105 | 18-cv-2999 |
| 17-cv-3870 | 17-cv-4437 | 17-cv-5021 | 18-cv-0445 | 18-cv-1644 | 18-cv-2116 | 18-cv-3293 |
| 17-cv-3880 | 17-cv-4466 | 17-cv-5050 | 18-cv-0492 | 18-cv-1665 | 18-cv-2155 | 19-cv-0085 |
| 17-cv-3882 | 17-cv-4551 | 17-cv-5098 | 18-cv-0534 | 18-cv-1693 | 18-cv-2206 | 19-cv-0152 |
| 17-cv-3889 | 17-cv-4552 | 17-cv-5142 | 18-cv-0701 | 18-cv-1696 | 18-cv-2211 | 19-cv-0354 |
| 17-cv-3914 | 17-cv-4562 | 17-cv-5270 | 18-cv-0804 | 18-cv-1711 | 18-cv-2306 | 19-cv-0356 |
| 17-cv-3927 | 17-cv-4628 | 17-cv-5278 | 18-cv-0806 | 18-cv-1714 | 18-cv-2323 | 19-cv-0692 |
| 17-cv-3933 | 17-cv-4631 | 17-cv-5282 | 18-cv-0815 | 18-cv-1765 | 18-cv-2366 | 19-cv-0729 |
| 17-cv-3994 | 17-cv-4653 | 17-cv-5317 | 18-cv-0849 | 18-cv-1784 | 18-cv-2380 | 19-cv-0867 |
| 17-cv-4009 | 17-cv-4662 | 17-cv-5363 | 18-cv-1016 | 18-cv-1830 | 18-cv-2387 | 19-cv-1118 |
| 17-cv-4053 | 17-cv-4681 | 17-cv-5381 | 18-cv-1031 | 18-cv-1861 | 18-cv-2426 | 19-cv-1383 |
| 17-cv-4089 | 17-cv-4696 | 17-cv-5498 | 18-cv-1190 | 18-cv-1869 | 18-cv-2477 | 23-cv-0398 |
| 17-cv-4101 | 17-cv-4770 | 17-cv-5547 | 18-cv-1293 | 18-cv-1875 | 18-cv-2481 | 23-cv-0926 |
| 17-cv-4159 | 17-cv-4795 | 17-cv-5567 | 18-cv-1421 | 18-cv-1886 | 18-cv-2486 | 23-cv-1331 |
| 17-cv-4160 | 17-cv-4804 | 18-cv-0023 | 18-cv-1437 | 18-cv-1931 | 18-cv-2489 | 23-cv-2442 |
| 17-cv-4226 | 17-cv-4832 | 18-cv-0049 | 18-cv-1535 | 18-cv-1953 | 18-cv-2538 | 23-cv-3236 |
| 17-cv-4263 | 17-cv-4877 | 18-cv-0056 | 18-cv-1537 | 18-cv-1954 | 18-cv-2601 | 23-cv-3257 |
| 17-cv-4303 | 17-cv-4897 | 18-cv-0078 | 18-cv-1545 | 18-cv-2010 | 18-cv-2665 | |
| 17-cv-4343 | 17-cv-4904 | 18-cv-0207 | 18-cv-1567 | 18-cv-2024 | 18-cv-2690 | |
| 17-cv-4381 | 17-cv-4978 | 18-cv-0318 | 18-cv-1568 | 18-cv-2028 | 18-cv-2784 | |