UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re: BAIR HUGGER FORCED AIR
WARMING DEVICES PRODUCTS
LIABILITY LITIGATION

MDL No. 15-2666 (JNE/DTS)

This Document Relates to:

18-cv-02437 (*Gentry v. 3M Co., et al.*)
18-cv-02944 (*Woloszyk v. 3M Co., et al.*)
19-cv-00016 (*Jackson v. 3M Co., et al.*)
22-cv-02091 (*Davis v. 3M Co., et al.*)
23-cv-00630 (*Corpolongo v. 3M Co., et al.*)
23-cv-00684 (*Jones v. 3M Co., et al.*)
23-cv-00895 (*Peck v. 3M Co., et al.*)
23-cv-00911 (*Beaudette v. 3M Co., et al.*)
23-cv-01315 (*Martino v. 3M Co., et al.*)
23-cv-01316 (*Phillips v. 3M Co., et al.*)
23-cv-01317 (*Moore v. 3M Co., et al.*)
23-cv-01320 (*Everett v. 3M Co., et al.*)
23-cv-01330 (*Conley v. 3M Co., et al.*)
23-cv-01333 (*Hawks v. 3M Co., et al.*)
23-cv-01339 (*English v. 3M Co., et al.*)
23-cv-01343 (*Jenkins v. 3M Co., et al.*)
23-cv-01350 (*Thorne v. 3M Co., et al.*)
23-cv-01351 (*Seaton v. 3M Co., et al.*)
23-cv-01354 (*Mitchell v. 3M Co., et al.*)
23-cv-01357 (*Oleksiw v. 3M Co., et al.*)
23-cv-01361 (*Boles v. 3M Co., et al.*)
23-cv-01383 (*Howell v. 3M Co., et al.*)
23-cv-01407 (*Ward v. 3M Co., et al.*)
23-cv-01408 (*Henegar v. 3M Co., et al.*)
23-cv-01411 (*Hardy, Jr. v. 3M Co., et al.*)
23-cv-01414 (*Reaves v. 3M Co., et al.*)
23-cv-01418 (*Sullivan v. 3M Co., et al.*)
23-cv-01448 (*Custer v. 3M Co., et al.*)
23-cv-01453 (*Marple v. 3M Co., et al.*)
23-cv-01467 (*Clark v. 3M Co., et al.*)
23-cv-01484 (*Hammer v. 3M Co., et al.*)
23-cv-01486 (*Gillespie v. 3M Co., et al.*)
23-cv-01488 (*Wilson v. 3M Co., et al.*)
23-cv-01489 (*McWilliams v. 3M Co., et al.*)
23-cv-01490 (*Bryant v. 3M Co., et al.*)

23-cv-01509 (*Johnson v. 3M Co., et al.*)
23-cv-01513 (*Leger v. 3M Co., et al.*)
23-cv-01523 (*Alello v. 3M Co., et al.*)
23-cv-01533 (*Baise v. 3M Co., et al.*)
23-cv-01534 (*Montgomery v. 3M Co., et al.*)
23-cv-01555 (*Glassner v. 3M Co., et al.*)
23-cv-01586 (*McKenzie v. 3M Co., et al.*)
23-cv-01589 (*Johnson v. 3M Co., et al.*)
23-cv-01590 (*Whitetree v. 3M Co., et al.*)
23-cv-01591 (*Flora v. 3M Co., et al.*)
23-cv-01616 (*Vansickle v. 3M Co., et al.*)
23-cv-01618 (*Glassmeyer v. 3M Co., et al.*)
23-cv-01621 (*Sluder v. 3M Co., et al.*)
23-cv-01622 (*Bryant v. 3M Co., et al.*)
23-cv-01623 (*Tillman v. 3M Co., et al.*)
23-cv-01634 (*Scott v. 3M Co., et al.*)
23-cv-01636 (*Fleming v. 3M Co., et al.*)
23-cv-01641 (*Davis v. 3M Co., et al.*)
23-cv-01667 (*Young v. 3M Co., et al.*)
23-cv-01668 (*Stankiewicz v. 3M Co., et al.*)
23-cv-01669 (*Brock v. 3M Co., et al.*)
23-cv-01670 (*Papakos v. 3M Co., et al.*)
23-cv-01671 (*Hayes v. 3M Co., et al.*)
23-cv-01672 (*Presscott-Lacourv. 3M Co., et al.*)
23-cv-01673 (*Clay v. 3M Co., et al.*)
23-cv-01685 (*Mullinax v. 3M Co., et al.*)
23-cv-01686 (*Carmack v. 3M Co., et al.*)
23-cv-01690 (*Wheeler v. 3M Co., et al.*)
23-cv-01693 (*Holt v. 3M Co., et al.*)
23-cv-01694 (*Hubbard v. 3M Co., et al.*)
23-cv-01695 (*Tischner v. 3M Co., et al.*)
23-cv-01698 (*Williams v. 3M Co., et al.*)
23-cv-01699 (*Walters v. 3M Co., et al.*)
23-cv-01708 (*Powell v. 3M Co., et al.*)
23-cv-01710 (*Muhammad v. 3M Co., et al.*)
23-cv-01711 (*Perkey v. 3M Co., et al.*)
23-cv-01720 (*Janes v. 3M Co., et al.*)
23-cv-01721 (*Reynolds v. 3M Co., et al.*)
23-cv-01722 (*Oates v. 3M Co., et al.*)
23-cv-01726 (*Washington v. 3M Co., et al.*)
23-cv-01747 (*Alsip v. 3M Co., et al.*)
23-cv-01748 (*Slone v. 3M Co., et al.*)
23-cv-01750 (*Farmer v. 3M Co., et al.*)

23-cv-01751 (*Medina v. 3M Co., et al.*)
23-cv-01752 (*Most, Jr. v. 3M Co., et al.*)
23-cv-01753 (*Brown v. 3M Co., et al.*)
23-cv-01755 (*Dolezal v. 3M Co., et al.*)
23-cv-01787 (*Glass v. 3M Co., et al.*)
23-cv-01794 (*Pettit v. 3M Co., et al.*)
23-cv-01804 (*Bates v. 3M Co., et al.*)
23-cv-01810 (*Love v. 3M Co., et al.*)
23-cv-01812 (*Carr v. 3M Co., et al.*)
23-cv-01829 (*Harris v. 3M Co., et al.*)
23-cv-01840 (*Pearson v. 3M Co., et al.*)
23-cv-01868 (*Quinn v. 3M Co., et al.*)
23-cv-01869 (*Wallace v. 3M Co., et al.*)
23-cv-01870 (*Thompson v. 3M Co., et al.*)
23-cv-01871 (*Ippolito v. 3M Co., et al.*)
23-cv-01873 (*Christopher v. 3M Co., et al.*)
23-cv-01880 (*Bouie v. 3M Co., et al.*)
23-cv-01890 (*Bruner v. 3M Co., et al.*)
23-cv-01903 (*Billingsley v. 3M Co., et al.*)
23-cv-01904 (*Bowie v. 3M Co., et al.*)
23-cv-01905 (*Gureski v. 3M Co., et al.*)
23-cv-01909 (*Hooter v. 3M Co., et al.*)
23-cv-01922 (*Williams v. 3M Co., et al.*)
23-cv-01923 (*Rutherford v. 3M Co., et al.*)
23-cv-01924 (*Pugh v. 3M Co., et al.*)
23-cv-01949 (*Blaylock v. 3M Co., et al.*)
23-cv-01951 (*Bruce v. 3M Co., et al.*)
23-cv-01957 (*Vero v. 3M Co., et al.*)
23-cv-01963 (*Smith v. 3M Co., et al.*)
23-cv-01974 (*Jacobs v. 3M Co., et al.*)
23-cv-02064 (*Alphonso v. 3M Co., et al.*)
23-cv-02085 (*Charleston v. 3M Co., et al.*)
23-cv-02090 (*Kampwerth v. 3M Co., et al.*)
23-cv-02098 (*Ivy v. 3M Co., et al.*)
23-cv-02100 (*Funari v. 3M Co., et al.*)
23-cv-02101 (*Fleschner v. 3M Co., et al.*)
23-cv-02144 (*Palacios v. 3M Co., et al.*)
23-cv-02147 (*Jones v. 3M Co., et al.*)
23-cv-02304 (*Best v. 3M Co., et al.*)
23-cv-02306 (*Bryant v. 3M Co., et al.*)
23-cv-02322 (*Davisson v. 3M Co., et al.*)
23-cv-02334 (*Ivey v. 3M Co., et al.*)
23-cv-02335 (*James v. 3M Co., et al.*)

23-cv-02340 (*Madplume v. 3M Co., et al.*)
23-cv-02342 (*Miller v. 3M Co., et al.*)
23-cv-02346 (*Olivo v. 3M Co., et al.*)
23-cv-02363 (*Smith v. 3M Co., et al.*)
23-cv-02398 (*Heuer v. 3M Co., et al.*)
23-cv-02442 (*Foster v. 3M Co., et al.*)
23-cv-02540 (*Andersen v. 3M Co., et al.*)
23-cv-02739 (*Greene v. 3M Co., et al.*)
23-cv-02996 (*Burbic v. 3M Co., et al.*)
23-cv-02997 (*Davis v. 3M Co., et al.*)
23-cv-03053 (*Griewe v. 3M Co., et al.*)
23-cv-03109 (*Clark v. 3M Co., et al.*)
23-cv-03218 (*Lawing v. 3M Co., et al.*)
23-cv-03251 (*Cole v. 3M Co., et al.*)
23-cv-03252 (*Branch v. 3M Co., et al.*)
23-cv-03298 (*Frampton v. 3M Co., et al.*)
23-cv-03335 (*Trout v. 3M Co., et al.*)
23-cv-03360 (*Bahr v. 3M Co., et al.*)
23-cv-03362 (*Polly v. 3M Co., et al.*)
23-cv-03391 (*Hampton v. 3M Co., et al.*)
23-cv-03531 (*Bornemann v. 3M Co., et al.*)
23-cv-03540 (*Auxter v. 3M Co., et al.*)
23-cv-03574 (*Darlin v. 3M Co., et al.*)
24-cv-00150 (*Durr v. 3M Co., et al.*)
24-cv-00972 (*Byron v. 3M Co., et al.*)
24-cv-01882 (*Raines v. 3M Co., et al.*)

### **DEFENDANTS' TWENTY-FIRST MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRETRIAL ORDER NO. 14**

Pursuant to the Court's Pretrial Order No. 14 ("PTO 14"), entered September 27, 2016, Defendants 3M Company and Arizant Healthcare Inc. (together, "3M") respectfully move the Court to dismiss the following 150 plaintiffs' cases for failure to comply with PTO 14:

| Case Number | Plaintiff | Firm Name |
| --- | --- | --- |
| 18-cv-02437-JNE-DTS | Gentry, Ronald | Wright McCall |
| 18-cv-02944-JNE-DTS | Woloszyk, Leroy | Wright McCall |

| | | |
|---|---|---|
| 19-cv-00016-JNE-DTS | Jackson, Freida | Capretz & Associates |
| 22-cv-02091-JNE-DTS | Davis, Dwayne | Langdon & Emison, LLC |
| 23-cv-00630-JNE-DTS | Corpolongo, Russell | Bernheim Kelley Battista, LLC |
| 23-cv-00684-JNE-DTS | Jones, Dorothy | Bernheim Kelley Battista, LLC |
| 23-cv-00895-JNE-DTS | Peck, Jerrlyn | Langdon & Emison, LLC |
| 23-cv-00911-JNE-DTS | Beaudette, Melanie | McDonald Worley |
| 23-cv-01315-JNE-DTS | Martino, Anthony | McDonald Worley |
| 23-cv-01316-JNE-DTS | Phillips, Shelia | McDonald Worley |
| 23-cv-01317-JNE-DTS | Moore, David | McDonald Worley |
| 23-cv-01320-JNE-DTS | Everett, Diana | McDonald Worley |
| 23-cv-01330-JNE-DTS | Conley, Eddie | McDonald Worley |
| 23-cv-01333-JNE-DTS | Hawks, Lisa | McDonald Worley |
| 23-cv-01339-JNE-DTS | English, Jerry K. | McDonald Worley |
| 23-cv-01343-JNE-DTS | Jenkins, Deborah | McDonald Worley |
| 23-cv-01350-JNE-DTS | Thorne, Amanda | McDonald Worley |
| 23-cv-01351-JNE-DTS | Seaton, Vickey | McDonald Worley |
| 23-cv-01354-JNE-DTS | Mitchell, William | McDonald Worley |
| 23-cv-01357-JNE-DTS | Oleksiw, Thomas | McDonald Worley |
| 23-cv-01361-JNE-DTS | Boles, Cindy | McDonald Worley |
| 23-cv-01383-JNE-DTS | Howell, Kerry | McDonald Worley |
| 23-cv-01407-JNE-DTS | Ward, Calvin | McDonald Worley |
| 23-cv-01408-JNE-DTS | Henegar, Kay | McDonald Worley |
| 23-cv-01411-JNE-DTS | Hardy, Jr., George | McDonald Worley |
| 23-cv-01414-JNE-DTS | Reaves, Elder | McDonald Worley |
| 23-cv-01418-JNE-DTS | Sullivan, Ronnie | McDonald Worley |
| 23-cv-01448-JNE-DTS | Custer, Matthew | McDonald Worley |
| 23-cv-01453-JNE-DTS | Marple, Carolyn | McDonald Worley |
| 23-cv-01467-JNE-DTS | Clark, Susan | McDonald Worley |
| 23-cv-01484-JNE-DTS | Hammer, Jerry | McDonald Worley |
| 23-cv-01486-JNE-DTS | Gillespie, Robert | McDonald Worley |

| | | |
|---|---|---|
| 23-cv-01488-JNE-DTS | Wilson, Trinell | McDonald Worley |
| 23-cv-01489-JNE-DTS | McWilliams, Morgan | McDonald Worley |
| 23-cv-01490-JNE-DTS | Bryant, Roger | McDonald Worley |
| 23-cv-01509-JNE-DTS | Johnson, Debra | McDonald Worley |
| 23-cv-01513-JNE-DTS | Leger, Cheryl | McDonald Worley |
| 23-cv-01523-JNE-DTS | Alello, Crystal | McDonald Worley |
| 23-cv-01533-JNE-DTS | Baise, Brenda | McDonald Worley |
| 23-cv-01534-JNE-DTS | Montgomery, Ricky | McDonald Worley |
| 23-cv-01555-JNE-DTS | Glassner, Rocky | McDonald Worley |
| 23-cv-01586-JNE-DTS | McKenzie, Susan | McDonald Worley |
| 23-cv-01589-JNE-DTS | Johnson, Robert K. | McDonald Worley |
| 23-cv-01590-JNE-DTS | Whitetree, Kathy | McDonald Worley |
| 23-cv-01591-JNE-DTS | Flora, Teresa | McDonald Worley |
| 23-cv-01616-JNE-DTS | Vansickle, Sandra | McDonald Worley |
| 23-cv-01618-JNE-DTS | Glassmeyer, Rhonda | McDonald Worley |
| 23-cv-01621-JNE-DTS | Sluder, Tony | McDonald Worley |
| 23-cv-01622-JNE-DTS | Bryant, Jason | McDonald Worley |
| 23-cv-01623-JNE-DTS | Tillman, Alexpierre | McDonald Worley |
| 23-cv-01634-JNE-DTS | Scott, Miller | McDonald Worley |
| 23-cv-01636-JNE-DTS | Fleming, Jerry | McDonald Worley |
| 23-cv-01641-JNE-DTS | Davis, Wanda | McDonald Worley |
| 23-cv-01667-JNE-DTS | Young, Beverly | McDonald Worley |
| 23-cv-01668-JNE-DTS | Stankiewicz, Felix | McDonald Worley |
| 23-cv-01669-JNE-DTS | Brock, Debra | McDonald Worley |
| 23-cv-01670-JNE-DTS | Papakos, John | McDonald Worley |
| 23-cv-01671-JNE-DTS | Hayes, Billy | McDonald Worley |
| 23-cv-01672-JNE-DTS | Presscott-Lacour, Shevonne | McDonald Worley |
| 23-cv-01673-JNE-DTS | Clay, Irene | McDonald Worley |
| 23-cv-01685-JNE-DTS | Mullinax, Patricia | McDonald Worley |

| | | |
|---|---|---|
| 23-cv-01686-JNE-DTS | Carmack, Tammy | McDonald Worley |
| 23-cv-01690-JNE-DTS | Wheeler, Jimmy | McDonald Worley |
| 23-cv-01693-JNE-DTS | Holt, Ouida | McDonald Worley |
| 23-cv-01694-JNE-DTS | Hubbard, Timothy | McDonald Worley |
| 23-cv-01695-JNE-DTS | Tischner, Mary A. | McDonald Worley |
| 23-cv-01698-JNE-DTS | Williams, Isaac J. | McDonald Worley |
| 23-cv-01699-JNE-DTS | Walters, Joseph | McDonald Worley |
| 23-cv-01708-JNE-DTS | Powell, Paul | McDonald Worley |
| 23-cv-01710-JNE-DTS | Muhammad, Lamaughn | McDonald Worley |
| 23-cv-01711-JNE-DTS | Perkey, Dan K. | McDonald Worley |
| 23-cv-01720-JNE-DTS | Janes, John | McDonald Worley |
| 23-cv-01721-JNE-DTS | Reynolds, Stacy | McDonald Worley |
| 23-cv-01722-JNE-DTS | Oates, David | McDonald Worley |
| 23-cv-01726-JNE-DTS | Washington, Wilma | McDonald Worley |
| 23-cv-01747-JNE-DTS | Alsip, Gary | McDonald Worley |
| 23-cv-01748-JNE-DTS | Slone, Billy J. | McDonald Worley |
| 23-cv-01750-JNE-DTS | Farmer, Dennis J. | McDonald Worley |
| 23-cv-01751-JNE-DTS | Medina, Cecelia | McDonald Worley |
| 23-cv-01752-JNE-DTS | Most Jr., Phillip E. | McDonald Worley |
| 23-cv-01753-JNE-DTS | Brown, Joann | McDonald Worley |
| 23-cv-01755-JNE-DTS | Dolezal, David | McDonald Worley |
| 23-cv-01787-JNE-DTS | Glass, Angeline | McDonald Worley |
| 23-cv-01794-JNE-DTS | Pettit, Phyllis | McDonald Worley |
| 23-cv-01804-JNE-DTS | Bates, Linda | McDonald Worley |
| 23-cv-01810-JNE-DTS | Love, Vivian | McDonald Worley |
| 23-cv-01812-JNE-DTS | Carr, Brenda | McDonald Worley |
| 23-cv-01829-JNE-DTS | Harris, Debra | McDonald Worley |
| 23-cv-01840-JNE-DTS | Pearson, Bruce | McDonald Worley |
| 23-cv-01868-JNE-DTS | Quinn, Robert | McDonald Worley |
| 23-cv-01869-JNE-DTS | Wallace, Juanita | McDonald Worley |

| | | |
|---|---|---|
| 23-cv-01870-JNE-DTS | Thompson, Bobby | McDonald Worley |
| 23-cv-01871-JNE-DTS | Ippolito, Emelia | McDonald Worley |
| 23-cv-01873-JNE-DTS | Christopher, Doyle | McDonald Worley |
| 23-cv-01880-JNE-DTS | Bouie, David | McDonald Worley |
| 23-cv-01890-JNE-DTS | Bruner, Cecelia | McDonald Worley |
| 23-cv-01903-JNE-DTS | Billingsley, Donald | McDonald Worley |
| 23-cv-01904-JNE-DTS | Bowie, Patricia | McDonald Worley |
| 23-cv-01905-JNE-DTS | Gureski, Susan | McDonald Worley |
| 23-cv-01909-JNE-DTS | Hooter, James | McDonald Worley |
| 23-cv-01922-JNE-DTS | Williams, Braxton | McDonald Worley |
| 23-cv-01923-JNE-DTS | Rutherford, Crystal | McDonald Worley |
| 23-cv-01924-JNE-DTS | Pugh, Camilla | McDonald Worley |
| 23-cv-01949-JNE-DTS | Blaylock, Sherry | Kaster, Lynch, Farrar & Ball |
| 23-cv-01951-JNE-DTS | Bruce, Lisa | Kaster, Lynch, Farrar & Ball |
| 23-cv-01957-JNE-DTS | Vero, Alberto | Kaster, Lynch, Farrar & Ball |
| 23-cv-01963-JNE-DTS | Smith, Valerie | Kaster, Lynch, Farrar & Ball |
| 23-cv-01974-JNE-DTS | Jacobs, Carl | Kaster, Lynch, Farrar & Ball |
| 23-cv-02064-JNE-DTS | Alphonso, Lisa A. | McDonald Worley |
| 23-cv-02085-JNE-DTS | Charleston, James | McDonald Worley |
| 23-cv-02090-JNE-DTS | Kampwerth, Katherine | McDonald Worley |
| 23-cv-02098-JNE-DTS | Ivy, Kathryn | McDonald Worley |
| 23-cv-02100-JNE-DTS | Funari, Laura | McDonald Worley |
| 23-cv-02101-JNE-DTS | Fleschner, William | McDonald Worley |
| 23-cv-02144-JNE-DTS | Palacios, Randal | McDonald Worley |
| 23-cv-02147-JNE-DTS | Jones, Lynn | McDonald Worley |
| 23-cv-02304-JNE-DTS | Best, Pamela | McDonald Worley |
| 23-cv-02306-JNE-DTS | Bryant, Glenda | McDonald Worley |
| 23-cv-02322-JNE-DTS | Davisson, Kenneth | McDonald Worley |
| 23-cv-02334-JNE-DTS | Ivey, Ronny | McDonald Worley |
| 23-cv-02335-JNE-DTS | James, Sylvester | McDonald Worley |

| | | |
|---|---|---|
| 23-cv-02340-JNE-DTS | Madplume, James | McDonald Worley |
| 23-cv-02342-JNE-DTS | Miller, Jason | McDonald Worley |
| 23-cv-02346-JNE-DTS | Olivo, Franco | McDonald Worley |
| 23-cv-02363-JNE-DTS | Smith, Diane L. | McDonald Worley |
| 23-cv-02398-JNE-DTS | Heuer, Elizabeth | McDonald Worley |
| 23-cv-02442-JNE-DTS | Foster, Linda | McDonald Worley |
| 23-cv-02540-JNE-DTS | Andersen, Nancy | McDonald Worley |
| 23-cv-02739-JNE-DTS | Greene, Joan | McDonald Worley |
| 23-cv-02996-JNE-DTS | Burbic, Benedict | McDonald Worley |
| 23-cv-02997-JNE-DTS | Davis, Jacquelyn | McDonald Worley |
| 23-cv-03053-JNE-DTS | Griewe, David P. | McDonald Worley |
| 23-cv-03109-JNE-DTS | Clark, John | McDonald Worley |
| 23-cv-03218-JNE-DTS | Lawing, Ronald | McDonald Worley |
| 23-cv-03251-JNE-DTS | Cole, James | McDonald Worley |
| 23-cv-03252-JNE-DTS | Branch, Texanna | McDonald Worley |
| 23-cv-03298-JNE-DTS | Frampton, Alan | McDonald Worley |
| 23-cv-03335-JNE-DTS | Trout, Timothy | McDonald Worley |
| 23-cv-03360-JNE-DTS | Bahr, Robert | McDonald Worley |
| 23-cv-03362-JNE-DTS | Polly, Linda | McDonald Worley |
| 23-cv-03391-JNE-DTS | Hampton, Herman | McDonald Worley |
| 23-cv-03531-JNE-DTS | Bornemann, David | McDonald Worley |
| 23-cv-03540-JNE-DTS | Auxter, John | McDonald Worley |
| 23-cv-03574-JNE-DTS | Darlin, Robin | McDonald Worley |
| 24-cv-00150-JNE-DTS | Durr, Daniel | McDonald Worley |
| 24-cv-00972-JNE-DTS | Byron, Milton | McDonald Worley |
| 24-cv-01882-JNE-DTS | Raines, Dennis | McDonald Worley |

As set forth in 3M's Memorandum of Law in Support of their Twenty-first Motion to Dismiss for Failure to Comply with PTO 14, in each of these cases plaintiff served a PFS with core deficiencies and failed to cure them or otherwise respond to 3M's deficiency

9

letters. 3M has placed the above cases on the agenda for two sequential Court status conferences. Dismissal of these cases with prejudice is therefore appropriate under PTO 14, ¶ 8, and 3M respectfully requests the Court grant its motion regarding same.

Dated: May 13, 2025                                Respectfully submitted,

<p style="margin-left: 50%"><u>s/Benjamin W. Hulse</u><br>
Benjamin W. Hulse (MN #0390952)<br>
Mary S. Young (MN #0392781)<br>
Norton Rose Fulbright US LLP<br>
60 South Sixth Street, Suite 3100<br>
Minneapolis, MN 55402<br>
Phone: (612) 321-2800<br>
Email: ben.hulse@nortonrosefulbright.com<br>
      mary.young@nortonrosfulbright.com</p>

**Co-Lead Counsel for Defendants**
***3M Company and Arizant Healthcare Inc.***