**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

In re: BAIR HUGGER FORCED AIR WARMING         MDL No. 15-2666 (JNE/DTS)
DEVICES PRODUCTS LIABILITY LITIGATION

This Document Relates to:
Case Nos.:
22-cv-03071 (*Hemphill, Harol v. 3M Co. et al*)
24-cv-00743 (*Cross, Jodine v. 3M Co. et al*)
24-cv-02961 (*Saffell, Roxann v. 3M Co. et al*)
24-cv-02962 (*Johnson, Brad W. v. 3M Co. et al*)
24-cv-02963 (*Steyer, Penny v. 3M Co. et al*)
24-cv-02993 (*Thomas, Pamela v. 3M Co. et al*)
24-cv-03004 (*Powers, Regina v. 3M Co. et al*)
24-cv-03013 (*Antwine, Paul v. 3M Co. et al*)
24-cv-03020 (*Netherton, Glen v. 3M Co. et al*)
24-cv-03022 (*Mires, Carla v. 3M Co. et al*)
24-cv-03024 (*Campbell, Jerry v. 3M Co. et al*)
24-cv-03059 (*Holmberg, Tanya v. 3M Co. et al*)
24-cv-03083 (*Rangel, Noel v. 3M Co. et al*)
24-cv-03084 (*Jones, Marilyn v. 3M Co. et al*)
24-cv-03116 (*Miller, Gladys v. 3M Co. et al*)
24-cv-03126 (*Ferguson-Hodges, Joanne v. 3M Co. et al*)
24-cv-03173 (*Williamson, Phillip v. 3M Co. et al*)
24-cv-03189 (*Braun, Bruce v. 3M Co. et al*)
24-cv-03203 (*Lancaster, Wesley v. 3M Co. et al*)
24-cv-03266 (*Payne, Cheryl v. 3M Co. et al*)
24-cv-03271 (*Durham, Harold v. 3M Co. et al*)
24-cv-03395 (*Fincher, Lucille v. 3M Co. et al*)
24-cv-03412 (*Cyr, Bernard Jr. v. 3M Co. et al*)
24-cv-03413 (*Casillas, Cynthia v. 3M Co. et al*)
24-cv-03437 (*Finnerup, Lawrence v. 3M Co. et al*)
24-cv-03439 (*Adams, Phyllis v. 3M Co. et al*)
24-cv-03445 (*Arvin, Stephanie v. 3M Co. et al*)
24-cv-03454 (*McSwiggen, Diane v. 3M Co. et al*)
24-cv-03459 (*Robinson, Loraine v. 3M Co. et al*)
24-cv-03460 (*De La Rosa, Tammy v. 3M Co. et al*)
24-cv-03502 (*Lee, Gail v. 3M Co. et al*)
24-cv-03535 (*Ginter, Christine v. 3M Co. et al*)
24-cv-03540 (*Rider, Terry v. 3M Co. et al*)
24-cv-03550 (*Rowell, Robert v. 3M Co. et al*)
24-cv-03552 (*Booker, Annie L. v. 3M Co. et al*)
24-cv-03560 (*Lewis, Scott v. 3M Co. et al*)

24-cv-03562 (*Hilderbrand, Linda v. 3M Co. et al*)
24-cv-03589 (*Neumeier, Deborah v. 3M Co. et al*)
24-cv-03609 (*Jobe, Catherine v. 3M Co. et al*)
24-cv-03613 (*Flohr, Michael v. 3M Co. et al*)
24-cv-03632 (*Sanderson, Larry v. 3M Co. et al*)
24-cv-03634 (*Brown, Michael v. 3M Co. et al*)
24-cv-03768 (*Butler, Saye v. 3M Co. et al*)
24-cv-03822 (*Strauss, Sheldon v. 3M Co. et al*)
24-cv-03824 (*Moody, Eric v. 3M Co. et al*)
24-cv-03855 (*Rakes, Anita v. 3M Co. et al*)
24-cv-03856 (*Dickens, Homer v. 3M Co. et al*)
24-cv-03897 (*Lesho, Jeri v. 3M Co. et al*)
24-cv-03954 (*Stokes, Jeffrey v. 3M Co. et al*)
24-cv-03957 (*Hoxie, Candace v. 3M Co. et al*)
24-cv-04044 (*Morris, Deborah v. 3M Co. et al*)
24-cv-04047 (*Daugherty, Robert v. 3M Co. et al*)
24-cv-04070 (*Holloway, Jimmy v. 3M Co. et al*)
24-cv-04071 (*Klimczyk, Denise v. 3M Co. et al*)
24-cv-04072 (*Black, Wanda v. 3M Co. et al*)
24-cv-04311 (*Baker, Larry v. 3M Co. et al*)
24-cv-04312 (*Campbell, Patty v. 3M Co. et al*)
24-cv-04313 (*Kulick, Linda v. 3M Co. et al*)
24-cv-04319 (*Rivera, George v. 3M Co. et al*)
24-cv-04323 (*Riley, Tammy M. v. 3M Co. et al*)
24-cv-04331 (*Myers, Michael v. 3M Co. et al*)
24-cv-04332 (*Reynolds, Thomas v. 3M Co. et al*)
24-cv-04333 (*Reed, Shelly v. 3M Co. et al*)
24-cv-04336 (*Hale, Nadine (Estate of) v. 3M Co. et al*)
24-cv-04409 (*Collier, Kim v. 3M Co. et al*)
24-cv-04411 (*Morris, Shannon v. 3M Co. et al*)
24-cv-04413 (*Sutton, Debra v. 3M Co. et al*)
24-cv-04414 (*Anguilm, Melody v. 3M Co. et al*)
24-cv-04415 (*Reiser, Charles v. 3M Co. et al*)
24-cv-04418 (*Murphy, Jessie R. v. 3M Co. et al*)
24-cv-04421 (*Rucker, Maurice v. 3M Co. et al*)
24-cv-04422 (*Garcia, Mary A. v. 3M Co. et al*)
24-cv-04423 (*McNutt, Carrie v. 3M Co. et al*)
24-cv-04425 (*Griffin, Helene v. 3M Co. et al*)
24-cv-04430 (*Conner, Mariel v. 3M Co. et al*)
24-cv-04497 (*Gartrell, Ronald v. 3M Co. et al*)
24-cv-04500 (*Remlinger, Deeann v. 3M Co. et al*)
24-cv-04502 (*Rawlins, Tammy v. 3M Co. et al*)

24-cv-04568 (*Cotner, Calvin v. 3M Co. et al*)
24-cv-04578 (*Harrison, Linda v. 3M Co. et al*)
24-cv-04583 (*Gardella, Marylou v. 3M Co. et al*)
24-cv-04585 (*Runge-King, Elizabeth v. 3M Co. et al*)
24-cv-04588 (*Belvin, Billie v. 3M Co. et al*)
24-cv-04589 (*Kear, Patricia D. v. 3M Co. et al*)
24-cv-04590 (*Thomas, Loretta v. 3M Co. et al*)
24-cv-04593 (*Creasy, Alan v. 3M Co. et al*)
24-cv-04598 (*Schuenke, Marolyn v. 3M Co. et al*)
24-cv-04599 (*McBride, David v. 3M Co. et al*)
24-cv-04600 (*Nelson, Shirley v. 3M Co. et al*)
24-cv-04601 (*Washington, Katherine v. 3M Co. et al*)
25-cv-00022 (*Martinez, Linda M. v. 3M Co. et al*)
25-cv-00023 (*Hodges, Steve v. 3M Co. et al*)
25-cv-00029 (*Dolhancey, William v. 3M Co. et al*)
25-cv-00030 (*Richmer, Michael v. 3M Co. et al*)
25-cv-00031 (*Humble, Carolyn v. 3M Co. et al*)
25-cv-00065 (*Kidd, Kathryn v. 3M Co. et al*)
25-cv-00067 (*Watts, David v. 3M Co. et al*)
25-cv-00095 (*Kramer, Denise v. 3M Co. et al*)
25-cv-00100 (*Correia, Lorna v. 3M Co. et al*)
25-cv-00110 (*Qualls, Benjamin F. v. 3M Co. et al*)
25-cv-00111 (*Huff, Cindy v. 3M Co. et al*)
25-cv-00112 (*Casias, Richard J. v. 3M Co. et al*)
25-cv-00114 (*Boring, Cary v. 3M Co. et al*)
25-cv-00116 (*Depalma, Fred v. 3M Co. et al*)
25-cv-00147 (*McBrayer, Jackie A. v. 3M Co. et al*)
25-cv-00150 (*Becker, Stan v. 3M Co. et al*)
25-cv-00151 (*Buttrum, Scott v. 3M Co. et al*)
25-cv-00154 (*Odell, Betty v. 3M Co. et al*)
25-cv-00195 (*Becerra, Angela R. v. 3M Co. et al*)
25-cv-00217 (*Haywood, Capria v. 3M Co. et al*)
25-cv-00232 (*Cochrane, Glen v. 3M Co. et al*)
25-cv-00235 (*Vermette, Shelly v. 3M Co. et al*)

# DEFENDANTS' TWENTY-SECOND MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRETRIAL ORDER NO. 14, FEDERAL RULE OF CIVIL PROCEDURE 41(B), OR FAILURE TO PROSECUTE

Pursuant to the Court's Pretrial Order No. 14 ("PTO 14"), entered September 27, 2016 (ECF No. 117), and to Rule 41(b) of the Federal Rules of Civil Procedure, Defendants 3M Company and Arizant Healthcare Inc. (together, "3M") respectfully move the Court to dismiss the following cases with prejudice:

| Case Number | Title | Date Case Filed | PFS Due Date | Listings | Firm Name |
|---|---|---|---|---|---|
| 22-cv-03071 | Hemphill, Harol v. 3M Co. et al | 12/12/2022 | 3/12/2023 | 5/21/2025 06/20/2025 | Langdon & Emison, LLC |
| 24-cv-00743 | Cross, Jodine v. 3M Co. et al | 3/3/2024 | 6/1/2024 | 5/21/2025 06/20/2025 | McDonald Worley, PC |
| 24-cv-02961 | Saffell, Roxann v. 3M Co. et al | 7/25/2024 | 10/23/2024 | 1/24/2025 05/21/2025 06/20/2025 | McDonald Worley, PC |
| 24-cv-02962 | Johnson, Brad W. v. 3M Co. et al | 7/25/2024 | 10/23/2024 | 1/24/2025 05/21/2025 06/20/2025 | McDonald Worley, PC |
| 24-cv-02963 | Steyer, Penny v. 3M Co. et al | 7/25/2024 | 10/23/2024 | 1/24/2025 05/21/2025 06/20/2025 | McDonald Worley, PC |
| 24-cv-02993 | Thomas, Pamela v. 3M Co. et al | 7/26/2024 | 10/24/2024 | 1/24/2025 05/21/2025 06/20/2025 | McDonald Worley, PC |
| 24-cv-03004 | Powers, Regina v. 3M Co. et al | 7/28/2024 | 10/26/2024 | 1/24/2025 05/21/2025 06/20/2025 | McDonald Worley, PC |
| 24-cv-03013 | Antwine, Paul v. 3M Co. et al | 7/29/2024 | 10/27/2024 | 1/24/2025 05/21/2025 06/20/2025 | Kaster, Lynch, Farrar & Ball |

| 24-cv-03020 | Netherton, Glen v. 3M Co. et al | 7/29/2024 | 10/27/2024 | 1/24/2025 05/21/2025 06/20/2025 | McDonald Worley, PC |
|---|---|---|---|---|---|
| 24-cv-03022 | Mires, Carla v. 3M Co. et al | 7/29/2024 | 10/27/2024 | 1/24/2025 05/21/2025 06/20/2025 | McDonald Worley, PC |
| 24-cv-03024 | Campbell, Jerry v. 3M Co. et al | 7/29/2024 | 10/27/2024 | 1/24/2025 05/21/2025 06/20/2025 | McDonald Worley, PC |
| 24-cv-03059 | Holmberg, Tanya v. 3M Co. et al | 7/31/2024 | 10/29/2024 | 1/24/2025 05/21/2025 06/20/2025 | McDonald Worley, PC |
| 24-cv-03083 | Rangel, Noel v. 3M Co. et al | 7/31/2024 | 10/29/2024 | 1/24/2025 05/21/2025 06/20/2025 | McDonald Worley, PC |
| 24-cv-03084 | Jones, Marilyn v. 3M Co. et al | 7/31/2024 | 10/29/2024 | 1/24/2025 05/21/2025 06/20/2025 | McDonald Worley, PC |
| 24-cv-03116 | Miller, Gladys v. 3M Co. et al | 8/1/2024 | 10/30/2024 | 1/24/2025 05/21/2025 06/20/2025 | McDonald Worley, PC |
| 24-cv-03126 | Ferguson-Hodges, Joanne v. 3M Co. et al | 8/1/2024 | 10/30/2024 | 1/24/2025 05/21/2025 06/20/2025 | McDonald Worley, PC |
| 24-cv-03173 | Williamson, Phillip v. 3M Co. et al | 8/8/2024 | 11/6/2024 | 1/24/2025 05/21/2025 06/20/2025 | McDonald Worley, PC |
| 24-cv-03189 | Braun, Bruce v. 3M Co. et al | 8/9/2024 | 11/7/2024 | 1/24/2025 05/21/2025 06/20/2025 | McDonald Worley, PC |
| 24-cv-03203 | Lancaster, Wesley v. 3M Co. et al | 8/12/2024 | 11/7/2024 | 1/24/2025 05/21/2025 06/20/2025 | McDonald Worley, PC |
| 24-cv-03266 | Payne, Cheryl v. 3M Co. et al | 8/14/2024 | 11/12/2024 | 1/24/2025 05/21/2025 06/20/2025 | McDonald Worley, PC |

| | | | | | |
|---|---|---|---|---|---|
| 24-cv-03271 | Durham, Harold v. 3M Co. et al | 8/14/2024 | 11/12/2024 | 1/24/2025<br>05/21/2025<br>06/20/2025 | McDonald Worley, PC |
| 24-cv-03395 | Fincher, Lucille v. 3M Co. et al | 8/23/2024 | 11/21/2024 | 1/24/2025<br>05/21/2025<br>06/20/2025 | McDonald Worley, PC |
| 24-cv-03412 | Cyr, Bernard Jr. v. 3M Co. et al | 8/26/2024 | 11/24/2024 | 1/24/2025<br>05/21/2025<br>06/20/2025 | McDonald Worley, PC |
| 24-cv-03413 | Casillas, Cynthia v. 3M Co. et al | 8/26/2024 | 11/24/2024 | 1/24/2025<br>05/21/2025<br>06/20/2025 | McDonald Worley, PC |
| 24-cv-03437 | Finnerup, Lawrence v. 3M Co. et al | 8/27/2024 | 11/25/2024 | 1/24/2025<br>05/21/2025<br>06/20/2025 | McDonald Worley, PC |
| 24-cv-03439 | Adams, Phyllis v. 3M Co. et al | 8/27/2024 | 11/25/2024 | 1/24/2025<br>05/21/2025<br>06/20/2025 | McDonald Worley, PC |
| 24-cv-03445 | Arvin, Stephanie v. 3M Co. et al | 8/27/2024 | 11/25/2024 | 1/24/2025<br>05/21/2025<br>06/20/2025 | McDonald Worley, PC |
| 24-cv-03454 | McSwiggen, Diane v. 3M Co. et al | 8/28/2024 | 11/26/2024 | 1/24/2025<br>05/21/2025<br>06/20/2025 | McDonald Worley, PC |
| 24-cv-03459 | Robinson, Loraine v. 3M Co. et al | 8/28/2024 | 11/26/2024 | 1/24/2025<br>05/21/2025<br>06/20/2025 | McDonald Worley, PC |
| 24-cv-03460 | De La Rosa, Tammy v. 3M Co. et al | 8/28/2024 | 11/26/2024 | 1/24/2025<br>05/21/2025<br>06/20/2025 | McDonald Worley, PC |
| 24-cv-03502 | Lee, Gail v. 3M Co. et al | 9/3/2024 | 12/2/2024 | 1/24/2025<br>05/21/2025<br>06/20/2025 | McDonald Worley, PC |
| 24-cv-03535 | Ginter, Christine v. 3M Co. et al | 9/4/2024 | 12/3/2024 | 1/24/2025<br>05/21/2025<br>06/20/2025 | McDonald Worley, PC |

| | | | | | |
|---|---|---|---|---|---|
| 24-cv-03540 | Rider, Terry v. 3M Co. et al | 9/5/2024 | 12/4/2024 | 1/24/2025<br>05/21/2025<br>06/20/2025 | McDonald Worley, PC |
| 24-cv-03550 | Rowell, Robert v. 3M Co. et al | 9/5/2024 | 12/4/2024 | 1/24/2025<br>05/21/2025<br>06/20/2025 | McDonald Worley, PC |
| 24-cv-03552 | Booker, Annie L. v. 3M Co. et al | 9/5/2024 | 12/4/2024 | 1/24/2025<br>05/21/2025<br>06/20/2025 | McDonald Worley, PC |
| 24-cv-03560 | Lewis, Scott v. 3M Co. et al | 9/6/2024 | 12/5/2024 | 1/24/2025<br>05/21/2025<br>06/20/2025 | McDonald Worley, PC |
| 24-cv-03562 | Hilderbrand, Linda v. 3M Co. et al | 9/6/2024 | 12/5/2024 | 1/24/2025<br>05/21/2025<br>06/20/2025 | McDonald Worley, PC |
| 24-cv-03589 | Neumeier, Deborah v. 3M Co. et al | 9/9/2024 | 12/8/2024 | 1/24/2025<br>05/21/2025<br>06/20/2025 | McDonald Worley, PC |
| 24-cv-03609 | Jobe, Catherine v. 3M Co. et al | 9/10/2024 | 12/9/2024 | 1/24/2025<br>05/21/2025<br>06/20/2025 | McDonald Worley, PC |
| 24-cv-03613 | Flohr, Michael v. 3M Co. et al | 9/10/2024 | 12/9/2024 | 1/24/2025<br>05/21/2025<br>06/20/2025 | McDonald Worley, PC |
| 24-cv-03632 | Sanderson, Larry v. 3M Co. et al | 9/12/2024 | 12/11/2024 | 1/24/2025<br>05/21/2025<br>06/20/2025 | McDonald Worley, PC |
| 24-cv-03634 | Brown, Michael v. 3M Co. et al | 9/12/2024 | 12/11/2024 | 1/24/2025<br>05/21/2025<br>06/20/2025 | McDonald Worley, PC |
| 24-cv-03768 | Butler, Saye v. 3M Co. et al | 9/30/2024 | 12/29/2024 | 1/24/2025<br>05/21/2025<br>06/20/2025 | Bernheim Kelley Battista, LLC |
| 24-cv-03822 | Strauss, Sheldon v. 3M Co. et al | 10/4/2024 | 1/2/2025 | 1/24/2025<br>05/21/2025<br>06/20/2025 | McDonald Worley, PC |

| | | | | | |
|---|---|---|---|---|---|
| 24-cv-03824 | Moody, Eric v. 3M Co. et al | 10/4/2024 | 1/2/2025 | 1/24/2025 05/21/2025 06/20/2025 | McDonald Worley, PC |
| 24-cv-03855 | Rakes, Anita v. 3M Co. et al | 10/8/2024 | 1/6/2025 | 1/24/2025 05/21/2025 06/20/2025 | McDonald Worley, PC |
| 24-cv-03856 | Dickens, Homer v. 3M Co. et al | 10/8/2024 | 1/6/2025 | 1/24/2025 05/21/2025 06/20/2025 | McDonald Worley, PC |
| 24-cv-03897 | Lesho, Jeri v. 3M Co. et al | 10/14/2024 | 1/12/2025 | 1/24/2025 05/21/2025 06/20/2025 | McDonald Worley, PC |
| 24-cv-03954 | Stokes, Jeffrey v. 3M Co. et al | 10/17/2024 | 1/15/2025 | 1/24/2025 05/21/2025 06/20/2025 | McDonald Worley, PC |
| 24-cv-03957 | Hoxie, Candace v. 3M Co. et al | 10/18/2024 | 1/16/2025 | 1/24/2025 05/21/2025 06/20/2025 | McDonald Worley, PC |
| 24-cv-04044 | Morris, Deborah v. 3M Co. et al | 10/29/2024 | 1/27/2025 | 1/24/2025 05/21/2025 06/20/2025 | McDonald Worley, PC |
| 24-cv-04047 | Daugherty, Robert v. 3M Co. et al | 10/29/2024 | 1/27/2025 | 5/21/2025 06/20/2025 | McDonald Worley, PC |
| 24-cv-04070 | Holloway, Jimmy v. 3M Co. et al | 10/30/2024 | 1/28/2025 | 5/21/2025 06/20/2025 | McDonald Worley, PC |
| 24-cv-04071 | Klimczyk, Denise v. 3M Co. et al | 10/30/2024 | 1/28/2025 | 5/21/2025 06/20/2025 | McDonald Worley, PC |
| 24-cv-04072 | Black, Wanda v. 3M Co. et al | 10/30/2024 | 1/28/2025 | 5/21/2025 06/20/2025 | McDonald Worley, PC |
| 24-cv-04311 | Baker, Larry v. 3M Co. et al | 12/1/2024 | 3/1/2025 | 5/21/2025 06/20/2025 | McDonald Worley, PC |

| 24-cv-04312 | Campbell, Patty v. 3M Co. et al | 12/1/2024 | 3/1/2025 | 5/21/2025 06/20/2025 | McDonald Worley, PC |
|---|---|---|---|---|---|
| 24-cv-04313 | Kulick, Linda v. 3M Co. et al | 12/1/2024 | 3/1/2025 | 5/21/2025 06/20/2025 | McDonald Worley, PC |
| 24-cv-04319 | Rivera, George v. 3M Co. et al | 12/1/2024 | 3/1/2025 | 5/21/2025 06/20/2025 | McDonald Worley, PC |
| 24-cv-04323 | Riley, Tammy M. v. 3M Co. et al | 12/1/2024 | 3/1/2025 | 5/21/2025 06/20/2025 | McDonald Worley, PC |
| 24-cv-04331 | Myers, Michael v. 3M Co. et al | 12/1/2024 | 3/1/2025 | 5/21/2025 06/20/2025 | McDonald Worley, PC |
| 24-cv-04332 | Reynolds, Thomas v. 3M Co. et al | 12/1/2024 | 3/1/2025 | 5/21/2025 06/20/2025 | McDonald Worley, PC |
| 24-cv-04333 | Reed, Shelly v. 3M Co. et al | 12/1/2024 | 3/1/2025 | 5/21/2025 06/20/2025 | McDonald Worley, PC |
| 24-cv-04336 | Hale, Nadine (Estate of) v. 3M Co. et al | 12/2/2024 | 3/2/2025 | 5/21/2025 06/20/2025 | Law Offices of Charles H. Johnson |
| 24-cv-04409 | Collier, Kim v. 3M Co. et al | 12/8/2024 | 3/8/2025 | 5/21/2025 06/20/2025 | McDonald Worley, PC |
| 24-cv-04411 | Morris, Shannon v. 3M Co. et al | 12/8/2024 | 3/8/2025 | 5/21/2025 06/20/2025 | McDonald Worley, PC |
| 24-cv-04413 | Sutton, Debra v. 3M Co. et al | 12/8/2024 | 3/8/2025 | 5/21/2025 06/20/2025 | McDonald Worley, PC |
| 24-cv-04414 | Anguilm, Melody v. 3M Co. et al | 12/8/2024 | 3/8/2025 | 5/21/2025 06/20/2025 | McDonald Worley, PC |
| 24-cv-04415 | Reiser, Charles v. 3M Co. et al | 12/8/2024 | 3/8/2025 | 5/21/2025 06/20/2025 | McDonald Worley, PC |

| | | | | | |
|---|---|---|---|---|---|
| 24-cv-04418 | Murphy, Jessie R. v. 3M Co. et al | 12/8/2024 | 3/8/2025 | 5/21/2025 06/20/2025 | McDonald Worley, PC |
| 24-cv-04421 | Rucker, Maurice v. 3M Co. et al | 12/8/2024 | 3/8/2025 | 5/21/2025 06/20/2025 | McDonald Worley, PC |
| 24-cv-04422 | Garcia, Mary A. v. 3M Co. et al | 12/8/2024 | 3/8/2025 | 5/21/2025 06/20/2025 | McDonald Worley, PC |
| 24-cv-04423 | McNutt, Carrie v. 3M Co. et al | 12/8/2024 | 3/8/2025 | 5/21/2025 06/20/2025 | McDonald Worley, PC |
| 24-cv-04425 | Griffin, Helene v. 3M Co. et al | 12/8/2024 | 3/8/2025 | 5/21/2025 06/20/2025 | McDonald Worley, PC |
| 24-cv-04430 | Conner, Mariel v. 3M Co. et al | 12/8/2024 | 3/8/2025 | 5/21/2025 06/20/2025 | McDonald Worley, PC |
| 24-cv-04497 | Gartrell, Ronald v. 3M Co. et al | 12/15/2024 | 3/15/2025 | 5/21/2025 06/20/2025 | McDonald Worley, PC |
| 24-cv-04500 | Remlinger, Deeann v. 3M Co. et al | 12/15/2024 | 3/15/2025 | 5/21/2025 06/20/2025 | McDonald Worley, PC |
| 24-cv-04502 | Rawlins, Tammy v. 3M Co. et al | 12/15/2024 | 3/15/2025 | 5/21/2025 06/20/2025 | McDonald Worley, PC |
| 24-cv-04568 | Cotner, Calvin v. 3M Co. et al | 12/20/2024 | 3/20/2025 | 5/21/2025 06/20/2025 | Rosen Injury Lawyers |
| 24-cv-04578 | Harrison, Linda v. 3M Co. et al | 12/21/2024 | 3/21/2025 | 5/21/2025 06/20/2025 | McDonald Worley, PC |
| 24-cv-04583 | Gardella, Marylou v. 3M Co. et al | 12/21/2024 | 3/21/2025 | 5/21/2025 06/20/2025 | McDonald Worley, PC |
| 24-cv-04585 | Runge-King, Elizabeth v. 3M Co. et al | 12/21/2024 | 3/21/2025 | 5/21/2025 06/20/2025 | McDonald Worley, PC |

| | | | | | |
|---|---|---|---|---|---|
| 24-cv-04588 | Belvin, Billie v. 3M Co. et al | 12/21/2024 | 3/21/2025 | 5/21/2025 06/20/2025 | McDonald Worley, PC |
| 24-cv-04589 | Kear, Patricia D. v. 3M Co. et al | 12/21/2024 | 3/21/2025 | 5/21/2025 06/20/2025 | McDonald Worley, PC |
| 24-cv-04590 | Thomas, Loretta v. 3M Co. et al | 12/21/2024 | 3/21/2025 | 5/21/2025 06/20/2025 | McDonald Worley, PC |
| 24-cv-04593 | Creasy, Alan v. 3M Co. et al | 12/21/2024 | 3/21/2025 | 5/21/2025 06/20/2025 | McDonald Worley, PC |
| 24-cv-04598 | Schuenke, Marolyn v. 3M Co. et al | 12/21/2024 | 3/21/2025 | 5/21/2025 06/20/2025 | McDonald Worley, PC |
| 24-cv-04599 | McBride, David v. 3M Co. et al | 12/21/2024 | 3/21/2025 | 5/21/2025 06/20/2025 | McDonald Worley, PC |
| 24-cv-04600 | Nelson, Shirley v. 3M Co. et al | 12/21/2024 | 3/21/2025 | 5/21/2025 06/20/2025 | McDonald Worley, PC |
| 24-cv-04601 | Washington, Katherine v. 3M Co. et al | 12/21/2024 | 3/21/2025 | 5/21/2025 06/20/2025 | McDonald Worley, PC |
| 25-cv-00022 | Martinez, Linda M. v. 3M Co. et al | 1/5/2025 | 4/5/2025 | 5/21/2025 06/20/2025 | McDonald Worley, PC |
| 25-cv-00023 | Hodges, Steve v. 3M Co. et al | 1/5/2025 | 4/5/2025 | 5/21/2025 06/20/2025 | McDonald Worley, PC |
| 25-cv-00029 | Dolhancey, William v. 3M Co. et al | 1/5/2025 | 4/5/2025 | 5/21/2025 06/20/2025 | McDonald Worley, PC |
| 25-cv-00030 | Richmer, Michael v. 3M Co. et al | 1/5/2025 | 4/5/2025 | 5/21/2025 06/20/2025 | McDonald Worley, PC |
| 25-cv-00031 | Humble, Carolyn v. 3M Co. et al | 1/5/2025 | 4/5/2025 | 5/21/2025 06/20/2025 | McDonald Worley, PC |

| | | | | | |
|---|---|---|---|---|---|
| 25-cv-00065 | Kidd, Kathryn v. 3M Co. et al | 1/8/2025 | 4/8/2025 | 5/21/2025 06/20/2025 | McDonald Worley, PC |
| 25-cv-00067 | Watts, David v. 3M Co. et al | 1/8/2025 | 4/8/2025 | 5/21/2025 06/20/2025 | McDonald Worley, PC |
| 25-cv-00095 | Kramer, Denise v. 3M Co. et al | 1/8/2025 | 4/8/2025 | 5/21/2025 06/20/2025 | Rosen Injury Lawyers |
| 25-cv-00100 | Correia, Lorna v. 3M Co. et al | 1/9/2025 | 4/9/2025 | 5/21/2025 06/20/2025 | McDonald Worley, PC |
| 25-cv-00110 | Qualls, Benjamin F. v. 3M Co. et al | 1/10/2025 | 4/10/2025 | 5/21/2025 06/20/2025 | McDonald Worley, PC |
| 25-cv-00111 | Huff, Cindy v. 3M Co. et al | 1/10/2025 | 4/10/2025 | 5/21/2025 06/20/2025 | McDonald Worley, PC |
| 25-cv-00112 | Casias, Richard J. v. 3M Co. et al | 1/10/2025 | 4/10/2025 | 5/21/2025 06/20/2025 | McDonald Worley, PC |
| 25-cv-00114 | Boring, Cary v. 3M Co. et al | 1/10/2025 | 4/10/2025 | 5/21/2025 06/20/2025 | McDonald Worley, PC |
| 25-cv-00116 | Depalma, Fred v. 3M Co. et al | 1/10/2025 | 4/10/2025 | 5/21/2025 06/20/2025 | McDonald Worley, PC |
| 25-cv-00147 | McBrayer, Jackie A. v. 3M Co. et al | 1/13/2025 | 4/13/2025 | 5/21/2025 06/20/2025 | McDonald Worley, PC |
| 25-cv-00150 | Becker, Stan v. 3M Co. et al | 1/13/2025 | 4/13/2025 | 5/21/2025 06/20/2025 | McDonald Worley, PC |
| 25-cv-00151 | Buttrum, Scott v. 3M Co. et al | 1/13/2025 | 4/13/2025 | 5/21/2025 06/20/2025 | McDonald Worley, PC |
| 25-cv-00154 | Odell, Betty v. 3M Co. et al | 1/13/2025 | 4/13/2025 | 5/21/2025 06/20/2025 | McDonald Worley, PC |

| 25-cv-00195 | Becerra, Angela R. v. 3M Co. et al | 1/16/2025 | 4/16/2025 | 5/21/2025 06/20/2025 | McDonald Worley, PC |
| 25-cv-00217 | Haywood, Capria v. 3M Co. et al | 1/19/2025 | 4/19/2025 | 5/21/2025 06/20/2025 | Rosen Injury Lawyers |
| 25-cv-00232 | Cochrane, Glen v. 3M Co. et al | 1/21/2025 | 4/21/2025 | 5/21/2025 06/20/2025 | McDonald Worley, PC |
| 25-cv-00235 | Vermette, Shelly v. 3M Co. et al | 1/21/2025 | 4/21/2025 | 5/21/2025 06/20/2025 | McDonald Worley, PC |

As set forth in Defendants' Memorandum of Law in Support of their Twenty-Second Motion to Dismiss for Failure to Comply with Pretrial Order No. 14, Federal Rule of Civil Procedure 41(b), or Failure to Prosecute, these plaintiffs have failed to serve a Plaintiff Fact Sheet ("PFS"). Defendants placed the above cases on the agenda for two sequential Court status conferences. Dismissal of these cases with prejudice is appropriate under PTO 14, ¶ 8, and under Rule 41(b) of the Federal Rules of Civil Procedure, and Defendants respectfully request the Court grant their motion dismissing these cases with prejudice.

Dated: July 10, 2025           Respectfully submitted,

*s/Benjamin W. Hulse*
Benjamin W. Hulse (MN #0390952)
Mary S. Young (MN #0392781)
Norton Rose Fulbright US LLP
60 South Sixth Street, Suite 3100
Minneapolis, MN 55402
Phone: (612) 321-2800

13

Email: ben.hulse@nortonrosefulbright.com
mary.young@nortonrosfulbright.com

***Co-Lead Counsel for Defendants***
***3M Company and Arizant Healthcare Inc.***