# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE BAIR HUGGER FORCED AIR WARMING PRODUCTS LIABILITY LITIGATION | MDL No. 15-md-2666 (JNE/DTS)<br><br>**ORDER** |

This Document Relates to Case Numbers:
    15cv4363, Kent
    16cv2501, Phillips
    16cv3283, Daniels
    16cv3315, Squires
    16cv3416, Schenkel
    17cv1153, Wills
    17cv1839, Romesburg
    17cv0216, Huberty
    17cv2210, Wyatt
    17cv3246, Williams
    17cv3249, Wright
    17cv3405, Tyler
    17cv3677, Fairbanks
    17cv4122, Abbott
    17cv423, Clement
    17cv4444, Ruiz
    17cv4558, Rios
    17cv5195, Blake
    18cv0666, Brown-Dring
    18cv0834, Collins
    18cv0877, Keithley
    18cv0916, Foltz
    18cv0992, Williams
    18cv1222, Ellis
    18cv1593, Williams
    18cv2358, Sommer
    18cv2823, Rudd
    18cv3039, Smith
    18cv3382, Brennan
    19cv1263, Wallace
    19cv1370, Hillmon
    22cv1056, Shoop
    22cv1404, Jackson
    22cv3095, Swanson

23cv1406, Stehm
23cv3028, Wise
24cv0293, Krapfl
24cv0517, Craft
24cv0560, Graham
24cv0787, Walker
24cv1262, Wood
24cv1315, Enos
24cv2196, Braggs
24cv2978, Elliott
24cv3322, Bernard

---

Pretrial Order No. 14 requires Plaintiffs to serve Plaintiff Fact Sheets, including a completed and signed medical authorization, "no later than 90 days after the filing of their complaint or short-form complaint, or completed transfer of their case to this MDL proceeding, whichever is later." MDL Dkt. No. 117 at 1–2. Because in many of the above-captioned cases years have passed since Plaintiffs served a Plaintiff Fact Sheet and signed medical authorization, updated medical authorizations are needed.

**IT IS HEREBY ORDERED**: Plaintiffs are required to serve Defendants an updated medical authorization by July 31, 2025.

Dated: July 16, 2025                                 *s/David T. Schultz*
                                                     DAVID T. SCHULTZ
                                                     U.S. Magistrate Judge