UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re: BAIR HUGGER FORCED AIR　　　　　　　　MDL No. 15-2666 (JNE/DTS)
WARMING DEVICES PRODUCTS　　　　　　　　　ORDER
LIABILITY LITIGATION

This Document Relates to:
See Attached Exhibit A

Asserting that the plaintiffs in many actions failed to comply with Pretrial Order No. 23 ("PTO 23") and Rules 25(a) and 41(b) of the Federal Rules of Civil Procedure, Defendants 3M Company and Arizant Healthcare, Inc., moved to dismiss the actions or the claims of the primary plaintiff. For the reasons set forth below, the Court grants in part and denies in part the motion.

**I.  Background**

"If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative." Fed. R. Civ. P. 25(a)(1). PTO 23, issued in January 2018, expands on the procedures for substitution. MDL ECF No. 1039. It instructs plaintiffs as to the filing and content of both the motion for substitution and a "suggestion of death." *Id.* It warns that noncompliance with these directives "will entitle Defendants to request a dismissal of plaintiff's action with prejudice in accordance with Fed. R. Civ. P. 25(a)." *Id.*

In relevant part, PTO 23 requires plaintiff's counsel to file a suggestion of death "[w]ithin ninety days of [its] entry . . . or the death of a plaintiff, whichever is later." *Id.* The suggestion of death must identify "the plaintiff and describe[] the time, date, and

1

circumstances of the plaintiff's death." *Id.* PTO 23 and Rule 25 require that a motion for substitution be filed within ninety days of the filing of the suggestion of death. A motion for substitution must (1) identify the proposed substitute, (2) explain why the proposed substitute is a proper party, and (3) explain why the death of the named plaintiff did not extinguish the claim under the applicable state laws.

Plaintiffs moved to eliminate the ninety-day deadline for filing the suggestion of death, arguing that compliance with PTO 23 is sometimes impossible when a plaintiff relocates or experiences health issues and fails to respond to counsel's communications. Pls.' Mot. to Amend, Sept. 19, 2018, MDL ECF No. 1517. The Court denied Plaintiffs' motion to amend PTO 23. Order, Dec. 4, 2018, MDL ECF No. 1614. The Court acknowledged, however, that it "excuses noncompliance with PTO 23 when compliance is impossible" or where a plaintiff provides "detailed diligent and good faith efforts to comply with the deadlines in PTO 23." *Id.* at 1-2.

In July 2019, the Court entered summary judgment in Defendants' favor. In August 2021, the United States Court of Appeals for the Eighth Circuit "reverse[d] the grant of summary judgment in favor of 3M." *In re Bair Hugger Forced Air Warming Devices Prods. Liab. Litig.*, 9 F.4th 768, 773 (8th Cir. 2021). The Eighth Circuit issued the mandate in November 2021. The parties subsequently "agree[d] that the substitution requirements set forth on PTO No. 23 will resume as of February 18, 2022. Specifically, within 90 days of a plaintiff's death or February 18, 2022, whichever is later, Plaintiffs shall file suggestions of death."

## II. Legal Standard

If a plaintiff fails to prosecute or comply with PTO 23, the Court may dismiss the case. Fed. R. Civ. P. 41(b). Such dismissal may be with prejudice "in cases of willful disobedience of a court order or where a litigant exhibits a pattern of intentional delay." *Hunt v. City of Minneapolis*, 203 F.3d 524, 527 (8th Cir. 2000). This does not require a "find[ing] that the [plaintiff] acted in bad faith, but requires 'only that he acted intentionally as opposed to accidentally or involuntarily.'" *Id.* (citation omitted). The Court excuses noncompliance where plaintiffs have demonstrated excusable neglect or impossibility to comply with PTO 23's deadline. Order 7, Oct. 26, 2018, MDL ECF No. 1566 ("Without evidence of a reasonable and good faith process for ascertaining whether or not a client is alive, the Court cannot find that either excusable neglect or impossibility justify noncompliance with PTO 23.").

## III. Discussion

### A. Failure to File Timely Motion to Substitute

Defendants moved to dismiss claims in many actions because the plaintiffs failed to file a timely motion to substitute. Defendants also moved to dismissal spousal claims in certain actions.

**Case No. 16-cv-3157**—Plaintiff Ronald Torres died in October 2022. A suggestion of death was filed in September 2023. No motion to substitute has been filed. As to the claims of Ronald Torres, the Court grants Defendants' motion. Defendants did not move to dismiss Plaintiff Carolyn Torres's claims.

3

**Case No. 16-cv-3179**—Plaintiff Martin Rygaard, Jr., died in January 2023. A suggestion of death was filed in May 2023. No motion to substitute has been filed. As to the claims of Martin Rygaard, Jr., the Court grants Defendants' motion. Defendants did not move to dismiss Plaintiff Carol Rygaard's claims.

**Case No. 16-cv-4298**—Plaintiff Lydgate died in July 2023. A suggestion of death was filed in November 2023. No motion to substitute has been filed. As to Case No. 16-cv-4298, the Court grants Defendants' motion.

**Case No. 17-cv-118**—Plaintiff Barbara Burris died in August 2022. A suggestion of death was filed in September 2023. No motion to substitute has been filed. As to the claims of Barbara Burris, the Court grants Defendants' motion. Defendants did not move to dismiss Plaintiff Robert Burris's claims.

**Case No. 17-cv-225**—Plaintiff Roger Gonzales died in March 2022. A suggestion of death was filed in March 2024. No motion to substitute has been filed. As to the claims of Roger Gonzales, the Court grants Defendants' motion. Defendants did not address the claims of the other plaintiffs.

**Case No. 17-cv-685**—Plaintiff Nelson died in June 2022. A suggestion of death was filed in September 2023. No motion to substitute has been filed. As to Case No. 17-cv-685, the Court grants Defendants' motion.

**Case No. 17-cv-1138**—Plaintiff Doris Puckett died in March 2023. A suggestion of death was filed in August 2024. No motion to substitute has been filed. As to the claims of Doris Puckett, the Court grants Defendants' motion.

Defendants moved to dismiss the claims of Plaintiff Terry Puckett because they "cannot stand independently" under Illinois law. As to the claims of Terry Puckett, the Court grants Defendants' motion. *See Ramirez v. City of Chicago*, 129 N.E.3d 612, 619–20 (Ill. App. Ct. 2019).

**Case No. 17-cv-1182**—Plaintiff Mathews died in October 2023. A suggestion of death was filed in March 2024. No motion to substitute has been filed. As to Case No. 17-cv-1182, the Court grants Defendants' motion.

**Case No. 17-cv-1446**—Plaintiff Mays-Gunkel died in April 2024. A suggestion of death was filed in July 2024. No motion to substitute has been filed. As to Case No. 17-cv-1446, the Court grants Defendants' motion.

**Case No. 17-cv-1484**—Plaintiff Lampkin died in November 2020. A suggestion of death was filed in May 2022. No motion to substitute has been filed. As to Case No. 17-cv-1484, the Court grants Defendants' motion.

**Case No. 17-cv-1624**—Plaintiff Dean Munson died in June 2023. A suggestion of death was filed in August 2024. No motion to substitute has been filed. As to the claims of Dean Munson, the Court grants Defendants' motion. Defendants did not move to dismiss Plaintiff Dawn Munson's claims.

**Case No. 17-cv-1967**—Plaintiff Loyer died in December 2020. A suggestion of death was filed in May 2022. No motion to substitute has been filed. As to Case No. 17-cv-1967, the Court grants Defendants' motion.

**Case No. 17-cv-2034**—A suggestion of Plaintiff Rathbun's death was filed in May 2022.  No motion to substitute has been filed.  As to Case No. 17-cv-2034, the Court grants Defendants' motion.

**Case No. 17-cv-2183**—Plaintiff Gaver died in March 2019.  A suggestion of death was filed in May 2022.  No motion to substitute has been filed.  As to Case No. 17-cv-2183, the Court grants Defendants' motion.

**Case No. 17-cv-2218**—Plaintiff Woods died in March 2019.  A suggestion of death was filed in February 2022.  No motion to substitute has been filed.  As to Case No. 17-cv-2218, the Court grants Defendants' motion.

**Case No. 17-cv-2219**—Plaintiff Young died in November 2019.  A suggestion of death was filed in February 2022.  No motion to substitute has been filed.  As to Case No. 17-cv-2219, the Court grants Defendants' motion.

**Case No. 17-cv-2280**—Plaintiff Joseph Bush died in June 2022.  A suggestion of death was filed in September 2023.  No motion to substitute has been filed.  As to the claims of Joseph Bush, the Court grants Defendants' motion.  Defendants did not move to dismiss the claims of Plaintiff Joyce Bush.

**Case No. 17-cv-2300**—Plaintiff Young died in October 2021.  A suggestion of death was filed in November 2022.  No motion to substitute has been filed.  As to Case No. 17-cv-2300, the Court grants Defendants' motion.

**Case No. 17-cv-2333**—Plaintiff Irene Hawley died in July 2023.  A suggestion of death was filed in March 2024.  No motion to substitute has been filed.  As to the claims of Irene Hawley, the Court grants Defendants' motion.

Defendants moved to dismiss the claims of Plaintiff Ronald Hawley because they "cannot stand independently" under Illinois law. As to the claims of Ronald Hawley, the Court grants Defendants' motion. *See Ramirez*, 129 N.E.3d at 619–20.

**Case No. 17-cv-2334**—Plaintiff Jeffers Dawley died in March 2024. A suggestion of death was filed in August 2024. No motion to substitute has been filed. As to the claims of Jeffers Dawley, the Court grants Defendants' motion.

Defendants moved to dismiss the claims of Plaintiff Cathy Dawley because they "cannot stand independently" under Connecticut law. As to the claims of Cathy Dawley, the Court grants Defendants' motion. *See Hopson v. St. Mary's Hosp.*, 408 A.2d 260, 264 (Conn. 1979).

**Case No. 17-cv-2417**—Plaintiff Kendall died in July 2022. A suggestion of death was filed in October 2022. No motion to substitute has been filed. As to Case No. 17-cv-2417, the Court grants Defendants' motion.

**Case No. 17-cv-2442**—Plaintiff Wright died in June 2023. A suggestion of death was filed in September 2023. No motion to substitute has been filed. As to Case No. 17-cv-2442, the Court grants Defendants' motion.

**Case No. 17-cv-2470**—Plaintiff Bell died in June 2024. A suggestion of death was filed in September 2024. No motion to substitute has been filed. As to Case No. 17-cv-2470, the Court grants Defendants' motion.

**Case No. 17-cv-2560**—A suggestion of Plaintiff Vicente Zuniga's death was filed in May 2022. No motion to substitute has been filed. As to the claims of Vicente

Zuniga, the Court grants Defendants' motion. Defendants did not move to dismiss the claims of Plaintiff Dominga Zuniga.

**Case No. 17-cv-2682**—Plaintiff Cheeseboro died in July 2021. A suggestion of death was filed in May 2022. No motion to substitute has been filed. As to Case No. 17-cv-2682, the Court grants Defendants' motion.

**Case No. 17-cv-2683**—Plaintiff Phillips died in October 2023. A suggestion of death was filed in August 2024. No motion to substitute has been filed. As to Case No. 17-cv-2683, the Court grants Defendants' motion.

**Case No. 17-cv-2786**—A suggestion of Plaintiff Robin Dodge's death was filed in September 2023. No motion to substitute has been filed. As to the claims of Robin Dodge, the Court grants Defendants' motion. Defendants did not move to dismiss the claims of Plaintiff Robert Dodge.

**Case No. 17-cv-2804**—Plaintiff Taylor died in July 2023. A suggestion of death was filed in November 2023. No motion to substitute has been filed. As to Case No. 17-cv-2804, the Court grants Defendants' motion.

**Case No. 17-cv-2855**—Plaintiff Joseph Shafranich died in March 2024. A suggestion of death was filed in August 2024. No motion to substitute has been filed. As to the claims of Joseph Shafranich, the Court grants Defendants' motion. Defendants did not move to dismiss the claims of Plaintiff Cathy Shafranich.

**Case No. 17-cv-3202**—Defendants moved to dismiss the claims of Plaintiff James Jefferson. In an Order dated August 5, 2024, the Court dismissed his claims. As to the

claims of James Jefferson, the Court denies Defendants' motion as moot. Defendants did not move to dismiss the claims of Plaintiff Betty Jefferson.

**Case No. 17-cv-3213**— Plaintiff Jenkins died in January 2024. A suggestion of death was filed in August 2024. No motion to substitute has been filed. As to Case No. 17-cv-3213, the Court grants Defendants' motion.

**Case No. 17-cv-3249**—Plaintiff Wright died in March 2024. A suggestion of death was filed in June 2024. No motion to substitute has been filed. As to Case No. 17-cv-3249, the Court grants Defendants' motion.

**Case No. 17-cv-3296**—Plaintiff Paul Montembeault died in June 2023. A suggestion of death was filed in September 2023. No motion to substitute has been filed. As to the claims of Paul Montembeault, the Court grants Defendants' motion.

Defendants moved to dismiss the claims of Plaintiff Rosalie Montembeault because they "cannot stand independently" under Connecticut law. As to the claims of Rosalie Montembeault, the Court grants Defendants' motion. *See Hopson*, 408 A.2d at 264.

**Case No. 17-cv-4395**—Plaintiff Franklin Butler died in December 2022. A suggestion of death was filed in September 2023. No motion to substitute has been filed. As to the claims of Franklin Butler, the Court grants Defendants' motion. Defendants did not move to dismiss the claims of Plaintiff Judy Butler.

**Case No. 17-cv-4442**—Plaintiff Joel Kornick died in March 2023. A suggestion of death was filed in August 2023. No motion to substitute has been filed. As to the claims of Joel Kornick, the Court grants Defendants' motion.

Defendants moved to dismiss the claims of Plaintiff Vicki Kornick because they "cannot stand independently" under Illinois law. As to the claims of Vicki Kornick, the Court grants Defendants' motion. *See Ramirez*, 129 N.E.3d at 619–20.

**Case No. 17-cv-4840**—Plaintiff Hood died in July 2022. A suggestion of death was filed in November 2023. No motion to substitute has been filed. As to Case No. 17-cv-4840, the Court grants Defendants' motion.

**Case No. 17-cv-4879**—Plaintiff Sanson died in 2023. A suggestion of death was filed in July 2024. No motion to substitute has been filed. As to Case No. 17-cv-4879, the Court grants Defendants' motion.

**Case No. 18-cv-425**—Plaintiff Rogers died in February 2020. A suggestion of death was filed in September 2023. No motion to substitute has been filed. As to Case No. 18-cv-425, the Court grants Defendants' motion.

**Case No. 18-cv-434**—Plaintiff Touchstone died in February 2021. A suggestion of death was filed in February 2022. No motion to substitute has been filed. As to Case No. 18-cv-434, the Court grants Defendants' motion.

**Case No. 18-cv-1217**—Plaintiff Margaret Goff died in June 2023. A suggestion of death was filed in August 2024. No motion to substitute has been filed. As to the claims of Margaret Goff, the Court grants Defendants' motion. Defendants did not move to dismiss the claims of Plaintiff Charles Goff.

**Case No. 18-cv-1461**—Plaintiff Dwyer died in June 2023. A suggestion of death was filed in August 2024. No motion to substitute has been filed. As to Case No. 18-cv-1461, the Court grants Defendants' motion.

**Case No. 18-cv-1962**—Plaintiff Decker died in 2021. A suggestion of death was filed in September 2023. No motion to substitute has been filed. As to Case No. 18-cv-1962, the Court grants Defendants' motion.

**Case No. 18-cv-2184**—Plaintiff Mial died in August 2023. A suggestion of death was filed in January 2024. No motion to substitute has been filed. As to Case No. 18-cv-2184, the Court grants Defendants' motion.

**Case No. 19-cv-205**—Plaintiff Nixon died in March 2023. A suggestion of death was filed in August 2024. No motion to substitute has been filed. As to Case No. 19-cv-205, the Court grants Defendants' motion.

**Case No. 19-cv-815**—Plaintiff Robert Titus died in December 2023. A suggestion of death was filed in March 2024. No motion to substitute has been filed. As to the claims of Robert Titus, the Court grants Defendants' motion.

Defendants moved to dismiss the claims of Plaintiff Nereyda Titus-Vargus because they "cannot stand independently" under Illinois law. As to the claims of Nereyda Titus-Vargus, the Court grants Defendants' motion. *See Ramirez*, 129 N.E.3d at 619–20.

**Case No. 19-cv-2020**—Plaintiff Kelly died in June 2019. A suggestion of death was filed in November 2023. No motion to substitute has been filed. As to Case No. 19-cv-2020, the Court grants Defendants' motion.

**Case No. 23-cv-1018**—Plaintiff Flint died in August 2024. A suggestion of death was filed in November 2024. No motion to substitute has been filed. As to Case No. 23-cv-1018, the Court grants Defendants' motion.

**Case No. 23-cv-1585**—Plaintiff Francis died in September 2023. A suggestion of death was filed in December 2023. No motion to substitute has been filed. As to Case No. 23-cv-1585, the Court grants Defendants' motion.

**Case No. 23-cv-1688**—Plaintiff Blair died in March 2024. A suggestion of death was filed in June 2024. No motion to substitute has been filed. As to Case No. 23-cv-1688, the Court grants Defendants' motion.

**Case No. 23-cv-1691**—Plaintiff Ball died in September 2023. A suggestion of death was filed in December 2023. No motion to substitute has been filed. As to Case No. 23-cv-1691, the Court grants Defendants' motion.

**Case No. 23-cv-2068**—Plaintiff Rodgers-Hayes died in March 2024. A suggestion of death was filed in June 2024. No motion to substitute has been filed. As to Case No. 23-cv-2068, the Court grants Defendants' motion.[1]

**Case No. 23-cv-2083**—Plaintiff Matteson died in March 2024. A suggestion of death was filed in June 2024. No motion to substitute has been filed. As to Case No. 23-cv-2083, the Court grants Defendants' motion.

**Case No. 23-cv-2102**—Plaintiff Ory died in March 2024. A suggestion of death was filed in May 2024. No motion to substitute has been filed. As to Case No. 23-cv-2102, the Court grants Defendants' motion.

---

[1] In Case No. 23-cv-2068, the Complaint names Wanda M. Rodgers-Hayes and Thomas Hayes as the plaintiffs. But the Complaint makes no allegations regarding Thomas Hayes, and it crosses out statements regarding a spousal claim.

**Case No. 23-cv-2336**—Plaintiff King died in March 2024.  A suggestion of death was filed in May 2024.  No motion to substitute has been filed.  As to Case No. 23-cv-2336, the Court grants Defendants' motion.

**Case No. 23-cv-2347**—Plaintiff Pleune died in October 2023.  A suggestion of death was filed in January 2024.  No motion to substitute has been filed.  As to Case No. 23-cv-2347, the Court grants Defendants' motion.

**Case No. 23-cv-3020**—Plaintiff Gary Teague died in July 2024.  A suggestion of death was filed in October 2024.  No motion to substitute has been filed.  As to the claims of Gary Teague, the Court grants Defendants' motion.

Defendants moved to dismiss the claims of Plaintiff Ruth Teague because they "cannot stand independently" under New York law.  As to the claims of Ruth Teague, the Court grants Defendants' motion.  *See Griffin v. Garratt-Callahan Co.*, 74 F.3d 36, 40 (2d Cir. 1996).

**Case No. 23-cv-3093**—Plaintiff Garner died in January 2024.  A suggestion of death was filed in April 2024.  No motion to substitute has been filed.  As to Case No. 23-cv-3093, the Court grants Defendants' motion.

**Case No. 24-cv-1179**—Plaintiff Smurphat died in September 2024.  A suggestion of death was filed in December 2024.  No motion to substitute has been filed.  As to Case No. 24-cv-1179, the Court grants Defendants' motion.

**Case No. 24-cv-1216**—Plaintiff Garlock died in July 2024.  A suggestion of death was filed in December 2024.  No motion to substitute has been filed.  As to Case No. 24-cv-1216, the Court grants Defendants' motion.

**Case No. 24-cv-2564**—Plaintiff Lemus died in July 2024. A suggestion of death was filed in October 2024. No motion to substitute has been filed. As to Case No. 24-cv-2564, the Court grants Defendants' motion.

**Case No. 24-cv-3268**—Plaintiff Fairchild died in August 2024. A suggestion of death was filed in November 2024. No motion to substitute has been filed. As to Case No. 24-cv-3268, the Court grants Defendants' motion.

B.     **Denial of Motions Related to Substitution**

After Magistrate Judge Schultz denied motions related to substitution in Case Nos. 17-cv-1386 and 23-cv-744, Defendants moved to dismiss the actions.

**Case No. 17-cv-1386**—In November 2021, Plaintiff Havens died. In February 2025, a motion to substitute was filed. Later that month, Magistrate Judge Schultz denied the motion:

> Sean Havens died on November 12, 2021, Dkt. No. 9 ¶ 2, making his Suggestion of Death due on May 19, 2022. His counsel did not file a Suggestion of Death before filing a Motion for Substitution. In fact, this case has no docket entries for 2021, 2022, 2023 or 2024. *See generally* Docket. Plaintiff's counsel has provided no justification for this failure to file a Suggestion of Death or the several years of delay.
>
> There's more. District of Minnesota Local Rule 7.1(a) requires the moving party to, "if possible, meet and confer with the opposing party in a good-faith effort to resolve the issues raised by the motion." Plaintiff's counsel did not file a meet-and-confer statement. *See* Dkt. No. 9. The Motion for Substitution also fails to describe why Plaintiff's claim has not been extinguished under the applicable state survivorship statute or applicable state common law. *See id.* In short, Plaintiff's counsel has failed to comply with PTO 23 and this District's Local Rules. The motion must be denied.

Apart from notices of appearance, no docket activity has since taken place. As to Case No. 17-cv-1386, the Court grants Defendants' motion.

**Case No. 23-cv-744**—Plaintiff Simmons died in September 2023. Several months later, a Motion for Extension of Time to File Suggestion of Death was filed. In June 2024, Magistrate Judge Schultz denied the motion:

> Plaintiff Simmons passed on September 18, 2023. PTO 23 requires Plaintiff's counsel to have filed a Suggestion of Death on or before December 16, 2023. MDL Dkt. No. 1039. Counsel did not file this motion concerning the Suggestion of Death until May 23, 2024, over eight months after Ms. Simmons' death. Dkt. No. 10. To justify the lengthy delay, counsel claims it was unaware of Ms. Simmons' death until March 1, 2024. *Id.* Moreover, counsel identifies numerous attempts to correspond with Ms. Simmons regarding the litigation to illustrate its good faith effort to confirm her status. *Id.*
>
> Aware of PTO 23's ninety-day filing requirement, counsel should have had a procedure in place to ensure Ms. Simmons remained living. Counsel sent letters and other communications to Ms. Simmons after her passing; however, these letters served only as passive updates and did not generate responses. As a result, counsel did not learn about Ms. Simmons' death for five months, at which point the ninety-day filing deadline had passed. To ensure compliance, Plaintiff's counsel could [have] made contact with Ms. Simmons every ninety days to confirm she remained alive. At a minimum, counsel should have apprised the Court of these issues after finding out about Ms. Simmons' death and requested an extension earlier. Because Plaintiff's counsel failed to timely file a Suggestion of Death, the motion to extend is denied.

No docket activity has since taken place. As to Case No. 23-cv-744, the Court grants Defendants' motion.

15

### IV. Conclusion

Based on the files, records, and proceedings herein, and for the reasons stated above, IT IS ORDERED THAT:

1. Defendants' Thirteenth Motion to Dismiss for Failure to Comply with Pretrial Order No. 23, Fed. R. Civ. P. 41(b), and 25(a), or for Failure to Prosecute [Docket No. 2718] is GRANTED IN PART and DENIED IN PART.

2. The Clerk of Court is directed to enter a copy of this Order in each action listed in Exhibit A.

3. Each action listed in Exhibit B is DISMISSED WITH PREJUDICE. In each action listed in Exhibit B, the Clerk of Court is directed to enter judgment.

4. In Case No. 16-cv-3157, the claims of Ronald Torres are DISMISSED WITH PREJUDICE.

5. In Case No. 16-cv-3179, the claims of Martin Rygaard, Jr., are DISMISSED WITH PREJUDICE.

6. In Case No. 17-cv-118, the claims of Barbara Burris are DISMISSED WITH PREJUDICE.

7. In Case No. 17-cv-225, the claims of Roger Gonzales are DISMISSED WITH PREJUDICE.

8. In Case No. 17-cv-1624, the claims of Dean Munson are DISMISSED WITH PREJUDICE.

9. In Case No. 17-cv-2280, the claims of Joseph Bush are DISMISSED WITH PREJUDICE.

10. In Case No. 17-cv-2560, the claims of Vicente Zuniga are DISMISSED WITH PREJUDICE.

11. In Case No. 17-cv-2786, the claims of Robin Dodge are DISMISSED WITH PREJUDICE.

12. In Case No. 17-cv-2855, the claims of Joseph Shafranich are DISMISSED WITH PREJUDICE.

13. In Case No. 17-cv-4395, the claims of Franklin Butler are DISMISSED WITH PREJUDICE.

14. In Case No. 18-cv-1217, the claims of Margaret Goff are DISMISSED WITH PREJUDICE.

Dated: July 30, 2025

s/Joan N. Ericksen<br>
JOAN N. ERICKSEN<br>
United States District Judge

**Exhibit A**

# Actions Subject to Order

| Case No. | Case No. | Case No. |
|---|---|---|
| 16-cv-3157 | 17-cv-2417 | 18-cv-1962 |
| 16-cv-3179 | 17-cv-2442 | 18-cv-2184 |
| 16-cv-4298 | 17-cv-2470 | 19-cv-205 |
| 17-cv-118 | 17-cv-2560 | 19-cv-815 |
| 17-cv-225 | 17-cv-2682 | 19-cv-2020 |
| 17-cv-685 | 17-cv-2683 | 23-cv-744 |
| 17-cv-1138 | 17-cv-2786 | 23-cv-1018 |
| 17-cv-1182 | 17-cv-2804 | 23-cv-1585 |
| 17-cv-1386 | 17-cv-2855 | 23-cv-1688 |
| 17-cv-1446 | 17-cv-3202 | 23-cv-1691 |
| 17-cv-1484 | 17-cv-3213 | 23-cv-2068 |
| 17-cv-1624 | 17-cv-3249 | 23-cv-2083 |
| 17-cv-1967 | 17-cv-3296 | 23-cv-2102 |
| 17-cv-2034 | 17-cv-4395 | 23-cv-2336 |
| 17-cv-2183 | 17-cv-4442 | 23-cv-2347 |
| 17-cv-2218 | 17-cv-4840 | 23-cv-3020 |
| 17-cv-2219 | 17-cv-4879 | 23-cv-3093 |
| 17-cv-2280 | 18-cv-425 | 24-cv-1179 |
| 17-cv-2300 | 18-cv-434 | 24-cv-1216 |
| 17-cv-2333 | 18-cv-1217 | 24-cv-2564 |
| 17-cv-2334 | 18-cv-1461 | 24-cv-3268 |

**Exhibit B**

# Dismissed Actions

| Case No. | Case No. | Case No. |
|---|---|---|
| 16-cv-4298 | 17-cv-2470 | 19-cv-2020 |
| 17-cv-685 | 17-cv-2682 | 23-cv-744 |
| 17-cv-1138 | 17-cv-2683 | 23-cv-1018 |
| 17-cv-1182 | 17-cv-2804 | 23-cv-1585 |
| 17-cv-1386 | 17-cv-3213 | 23-cv-1688 |
| 17-cv-1446 | 17-cv-3249 | 23-cv-1691 |
| 17-cv-1484 | 17-cv-3296 | 23-cv-2068 |
| 17-cv-1967 | 17-cv-4442 | 23-cv-2083 |
| 17-cv-2034 | 17-cv-4840 | 23-cv-2102 |
| 17-cv-2183 | 17-cv-4879 | 23-cv-2336 |
| 17-cv-2218 | 18-cv-425 | 23-cv-2347 |
| 17-cv-2219 | 18-cv-434 | 23-cv-3020 |
| 17-cv-2300 | 18-cv-1461 | 23-cv-3093 |
| 17-cv-2333 | 18-cv-1962 | 24-cv-1179 |
| 17-cv-2334 | 18-cv-2184 | 24-cv-1216 |
| 17-cv-2417 | 19-cv-205 | 24-cv-2564 |
| 17-cv-2442 | 19-cv-815 | 24-cv-3268 |