# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

In re: BAIR HUGGER FORCED AIR WARMING
DEVICES PRODUCTS LIABILITY LITIGATION

MDL No. 15-2666 (JNE/DTS)

**ORDER TO SHOW CAUSE**

This Order Relates to:

17-cv-01374  *(Lane, Charles)*
18-cv-02003  *(Garcia, Debra K. )*
19-cv-00692  *(Miller, Charles )*
19-cv-01140  *(Horrocks, Mabel)*
23-cv-03371  *(Mcguffey, James and Kathy )*
23-cv-03372  *(Dallman, Dale and Cassandra)*
23-cv-03373  *(Bradford, Jackie)*
23-cv-03374  *(Sievers, Jerilyn and Dwayne)*
23-cv-03375  *(Dowd, John and Eleonor)*
23-cv-03376  *(Martin, Leonard and Sandra)*
23-cv-03377  *(Anderson, Patricia)*
23-cv-03378  *(Cassady, Norman and Francine)*
23-cv-03379  *(Murphy, Tina)*
23-cv-03380  *(Root, Patricia and Robert)*
23-cv-03381  *(Curole, Susan)*
23-cv-03382  *(Katz, Ted)*
23-cv-03383  *(Zeciski, Stacie and Moore, Kenneth)*
24-cv-03702  *(Moore, David and Sheila)*
25-cv-00068  *(Cook, Robert)*
25-cv-00257  *(Hammond, Robert)*
25-cv-00260  *(Mohrle, Karen and John)*
25-cv-00267  *(Price, Jerry)*
25-cv-00268  *(Rivera, Virginia)*
25-cv-00271  *(Freedman, James)*
25-cv-00274  *(Woodruff, Thomas)*
25-cv-00298  *(Vicente, Sharlene)*
25-cv-00301  *(Lohrengel, Kimberly)*
25-cv-00304  *(Weldon, John H. Jr. and Sherron)*
25-cv-00317  *(Edwards, Alan)*
25-cv-00335  *(Delozier, Walt)*
25-cv-00340  *(Merrill, Sharon)*
25-cv-00349  *(Davis, Gerold)*
25-cv-00352  *(Knapp, Loretta)*
25-cv-00382  *(Griffin, Debbie)*
25-cv-00399  *(Childers, Janet)*
25-cv-00401  *(Dickens, Frank)*
25-cv-00403  *(Trogdon, John)*
25-cv-00407  *(Briggs, Phyllis)*
25-cv-00408  *(McCullough, Albert)*

25-cv-00426 *(Leland, John)*
25-cv-00427 *(Shelton, Nancy)*
25-cv-00428 *(Bolinger, Dale)*
25-cv-00459 *(Holmes, Brian)*
25-cv-00460 *(Greenya, Randy)*
25-cv-00462 *(Carey, Jan)*
25-cv-00490 *(Chaney, Eddie)*
25-cv-00504 *(Grassi, James)*
25-cv-00508 *(Osier, Douglas)*
25-cv-00509 *(Wood, Paul)*
25-cv-00510 *(Porter, Tammy)*
25-cv-00514 *(Rozek, Jacqueline)*
25-cv-00516 *(Howell, Dennis B. Jr.)*
25-cv-00518 *(Petty, Jack)*
25-cv-00519 *(Hummel, Robert)*
25-cv-00520 *(Baskett, Virgil)*
25-cv-00521 *(McCutcheon, Sandra)*
25-cv-00556 *(Roberts, Keelan)*
25-cv-00558 *(Miller, Jay)*
25-cv-00559 *(Dolan, James)*
25-cv-00607 *(Haskell, Charles)*
25-cv-00609 *(Ortiz, Ramon)*
25-cv-00610 *(Slater, David)*
25-cv-00611 *(Bartram, Mary)*
25-cv-00612 *(Kallenbach, Ralph)*
25-cv-00613 *(Hankins, Jill)*
25-cv-00615 *(Schmezer, George)*
25-cv-00616 *(Walkey, Cory)*
25-cv-00621 *(Patrick, Robin)*
25-cv-00622 *(Espinoza, Richard)*
25-cv-00635 *(Morris, Brian)*
25-cv-00685 *(McCallister, William)*
25-cv-00687 *(Garcia, Elfren)*
25-cv-00688 *(Husarik, Richard)*
25-cv-00695 *(Harris, Clarissa)*
25-cv-00696 *(Mower, Norene)*
25-cv-00709 *(Cramer, Christine)*
25-cv-00714 *(Graham, Henry)*
25-cv-00720 *(Cook, Marjorie R.)*
25-cv-00771 *(Leigh, Jodie)*
25-cv-00781 *(Hammers, Patrick)*
25-cv-00783 *(Stone, Debra)*
25-cv-00794 *(Johnston, Thomas)*
25-cv-00795 *(Hill, Gwendolyn)*
25-cv-00796 *(Stanko, Steve)*
25-cv-00797 *(Jones, Joseph)*
25-cv-00801 *(Schmidt, Marie)*
25-cv-00812 *(Ardigo, Helene)*

25-cv-00856  *(Proctor, Kathleen)*
25-cv-00861  *(Manigault, Jacquetta S.)*
25-cv-00863  *(Smith, Joseph)*
25-cv-00865  *(Hjornevik, Victoria)*
25-cv-00884  *(Brown, Dale)*
25-cv-00885  *(Leigh, Edythe)*
25-cv-00886  *(Parmley, Charles)*
25-cv-00887  *(Kaczmarek, Thomas)*
25-cv-00888  *(Long, Stacy)*
25-cv-00914  *(Dunlap, Robert Jr.)*
25-cv-00917  *(Pitts, Jamarcquers Jr.)*
25-cv-00918  *(Peters, Maria)*
25-cv-00919  *(Jordan, Paul)*
25-cv-00920  *(McCarrey, Cheryl)*
25-cv-00921  *(Herogian, Donald)*
25-cv-00922  *(Carrillo, Christina)*
25-cv-00923  *(Saborse, Ann R.)*
25-cv-00924  *(Banks, Francine)*
25-cv-00926  *(Drumheiser, Margaret)*
25-cv-00927  *(Short, Russell S.)*
25-cv-00929  *(Francis, William)*
25-cv-00987  *(Vincent, Willard)*
25-cv-00988  *(Hester, Teresa)*
25-cv-00989  *(Whited, Danny)*
25-cv-00990  *(Dukes, Linda)*
25-cv-00991  *(Dodd, Christopher Harold)*
25-cv-00993  *(Kraft, Jeff)*
25-cv-00994  *(Judas, Daniel)*
25-cv-01034  *(Perkins, Ronald)*
25-cv-01060  *(Garner, Benjamin)*
25-cv-01061  *(Hildreth, Tina)*
25-cv-01063  *(Norris, John)*
25-cv-01064  *(Grunwald, Leland)*
25-cv-01065  *(Veatch, Elmer)*
25-cv-01069  *(Kligerman, Barry)*
25-cv-01070  *(Horne, Angela)*
25-cv-01131  *(Lambert, Paul)*
25-cv-01132  *(Martin, Roxanne)*
25-cv-01133  *(Smith, Linda)*
25-cv-01135  *(Farrell, Kenneth)*
25-cv-01136  *(Paulos, Harry)*
25-cv-01138  *(Farmer, Richard)*
25-cv-01142  *(Flach, Bethanie)*
25-cv-01143  *(Stewart, John)*
25-cv-01160  *(Holloran, Timothy)*
25-cv-01161  *(Willis, Barbara)*
25-cv-01162  *(Thomas, Richard)*
25-cv-01163  *(Marsello, Michael)*

25-cv-01165 *(Bradshaw, Betty)*
25-cv-01166 *(Sadlowski, Jim)*
25-cv-01167 *(Uhl, Susan)*
25-cv-01168 *(Sapien, Margaret)*
25-cv-01169 *(Nelson, Scott)*
25-cv-01171 *(King, Linda)*
25-cv-01172 *(Broadus, Marcus)*
25-cv-01173 *(Campbell, Sherry)*
25-cv-01176 *(Skinner, Marilyn)*
25-cv-01177 *(Reichel, Carole)*
25-cv-01178 *(Perkins, Valerie)*
25-cv-01179 *(Herman, Ralph)*
25-cv-01180 *(Collins, Carrie)*
25-cv-01181 *(Cavin, Terry)*
25-cv-01183 *(Ereth, Diana)*
25-cv-01186 *(Valentine, Joseph)*
25-cv-01187 *(Copans, Christopher)*
25-cv-01204 *(Arnold, Garry)*
25-cv-01205 *(McDermott, Robert)*
25-cv-01206 *(Underwood, Lorraine)*
25-cv-01207 *(Cardillo, Richard)*
25-cv-01208 *(Imoto, Gordon)*
25-cv-01209 *(Hunsaker, Jeffrey)*
25-cv-01210 *(Haynes, Belinda)*
25-cv-01222 *(Isbister, Kathy)*
25-cv-01228 *(Davis, Tyrone)*
25-cv-01229 *(Rolen, Joann)*
25-cv-01230 *(Fritchel-Williams, Mary)*
25-cv-01231 *(Brenner, Douglass)*
25-cv-01232 *(Ealy, Ralph)*
25-cv-01233 *(Poirier, Martha)*
25-cv-01234 *(Bullock, Jennifer)*
25-cv-01236 *(Phillips, Loretta)*
25-cv-01237 *(Miller, Carolyn)*
25-cv-01239 *(Deavers, John)*
25-cv-01258 *(Kilby, Rodney Sr.)*
25-cv-01259 *(McGahey, Charles)*
25-cv-01260 *(Picciotti, Debra)*
25-cv-01261 *(Lang, Cheryl)*
25-cv-01262 *(Paleno, Gene)*
25-cv-01263 *(Falls, James)*
25-cv-01265 *(Kresel, Mark)*
25-cv-01266 *(Beelen, Michael)*
25-cv-01267 *(Ford, Lisa)*
25-cv-01268 *(Boyle, Carol)*
25-cv-01269 *(McCants, Thomas)*
25-cv-01270 *(Goodhile, Nathan)*
25-cv-01271 *(Norman, Roger Sr.)*

25-cv-01272 *(Cullum, Mark)*
25-cv-01273 *(Smith, Mandy)*
25-cv-01274 *(Atkins, Phillip)*
25-cv-01275 *(Estes, Michelle)*
25-cv-01276 *(Dempsey, Timothy)*
25-cv-01277 *(Suraci, Henry)*
25-cv-01278 *(Jones, Milton)*
25-cv-01279 *(Adams, Ronald)*
25-cv-01280 *(Chambers, Randolph)*
25-cv-01281 *(Cairns, Susan)*
25-cv-01282 *(Pucciarelli, Anthony)*
25-cv-01283 *(Stephens, Michael)*
25-cv-01332 *(Kappmeyer, Randal)*
25-cv-01333 *(Borden, Margaret)*
25-cv-01334 *(Hill, Timothy)*
25-cv-01335 *(White, Monica)*
25-cv-01336 *(Shepherd, Tamara)*
25-cv-01337 *(Brown, Howard)*
25-cv-01338 *(Flandro, Kristin)*
25-cv-01339 *(Schmitt, Mary)*
25-cv-01356 *(Jackson, Jada)*
25-cv-01360 *(Lamug, Abraham Sr.)*
25-cv-01365 *(Haynes, Elodies)*
25-cv-01366 *(Doggett, Paula)*
25-cv-01370 *(Campbell, Kimberly)*
25-cv-01371 *(Blumenthal, Daniel)*
25-cv-01386 *(Balthrop, Kelly and Earnest, Brace)*
25-cv-01388 *(O'Dwyer, Maurleen)*
25-cv-01389 *(Holderby, Robert)*
25-cv-01390 *(Evans, Phyllis)*
25-cv-01392 *(Brunell, Betty)*
25-cv-01393 *(Trice, Teresa)*
25-cv-01394 *(Jones, Yvonne)*
25-cv-01399 *(Harp, Angela)*
25-cv-01400 *(Clark, Sandra)*
25-cv-01402 *(Morgan, Tammy)*
25-cv-01403 *(Proffitt, John)*
25-cv-01405 *(Sullivan, Michelle)*
25-cv-01406 *(Goforth, Leah)*
25-cv-01407 *(Keith, Robert)*
25-cv-01408 *(Blazier, Sylvia)*
25-cv-01410 *(Kitchens, Dianna)*
25-cv-01411 *(Knott, Robert)*
25-cv-01412 *(Littrell, George)*
25-cv-01413 *(Sutton, Carla)*
25-cv-01414 *(Kilburn, Linda)*
25-cv-01415 *(Strickland, Brenda)*
25-cv-01416 *(Blanton, Dallas and Sharron)*

25-cv-01419 *(Wise, Brenda and Roy)*
25-cv-01420 *(Quarnberg, Gary)*
25-cv-01421 *(Sanders, Curtiss)*
25-cv-01422 *(Wilcox, Gary C.)*
25-cv-01423 *(Millican, Robert)*
25-cv-01425 *(Blackwell, Kathleen)*
25-cv-01425 *(Henderson, Corey)*
25-cv-01426 *(Davenport, Dayton)*
25-cv-01427 *(McCulley, Janet)*
25-cv-01428 *(Larson, Rebecca K.)*
25-cv-01431 *(Davis, Addie)*
25-cv-01432 *(Martens-Hopkins, Peggy)*
25-cv-01433 *(Mathis, Karin)*
25-cv-01434 *(Miles, Sonja)*
25-cv-01435 *(Koch, Dolly)*
25-cv-01436 *(Rangel, Peter)*
25-cv-01438 *(Bailey, Wilma and Charles)*
25-cv-01439 *(Stanley, Keith)*
25-cv-01440 *(Baker, Susan)*
25-cv-01441 *(Kosman, Lorinda)*
25-cv-01443 *(Vititoe, Tracy)*
25-cv-01444 *(Ivy, James)*
25-cv-01445 *(Turner, Wesley and JoAnn D.)*
25-cv-01446 *(Pearson, Stella E.)*
25-cv-01448 *(Wilbourn, Danny)*
25-cv-01450 *(Cobb, Brenda)*
25-cv-01451 *(Griffin, Gary)*
25-cv-01452 *(Tackett, Gary)*
25-cv-01453 *(Cross, Deborah and Scott)*
25-cv-01454 *(Peters, Nancy)*
25-cv-01455 *(Foos, Debra)*
25-cv-01456 *(Churchin, Elaine)*
25-cv-01458 *(Pittman, Jeannette)*
25-cv-01459 *(Barndt, Jeffrey S.)*
25-cv-01466 *(Scott, Gregory)*
25-cv-01467 *(Goodman, Dennis)*
25-cv-01468 *(Phelps, Gary)*
25-cv-01469 *(Rohlf, David)*
25-cv-01470 *(Barnwell, Sarah)*
25-cv-01471 *(Wagner, Joseph)*
25-cv-01472 *(Craig, James)*
25-cv-01473 *(Casey, Karen)*
25-cv-01474 *(Waters, Theodore)*
25-cv-01475 *(Mills, Melody)*
25-cv-01477 *(Trobaugh, Belinda)*
25-cv-01478 *(Laubacher, Laura)*
25-cv-01479 *(Welsh, Martha)*
25-cv-01480 *(Geyer, Andrew and Sondra)*

25-cv-01481 *(Nollen, Arlene and Jeff)*
25-cv-01482 *(Rose, Robin)*
25-cv-01483 *(Butterbaugh, Shelia)*
25-cv-01484 *(Davis, Sheila)*
25-cv-01485 *(Unthank, William)*
25-cv-01486 *(Pennington, Peggy L. and Lee, James)*
25-cv-01487 *(Bumpus, David)*
25-cv-01488 *(Taylor, Henry)*
25-cv-01489 *(Blair, Mina)*
25-cv-01490 *(DeWitt, Shawn and Meagan)*
25-cv-01491 *(Flemming, Charles)*
25-cv-01492 *(Carrick, Jacob Edwin)*
25-cv-01493 *(Pierce, Sonya)*
25-cv-01494 *(Rundle, Rhonda)*
25-cv-01495 *(Smith, Shannon)*
25-cv-01496 *(Simmons, Lisa)*
25-cv-01497 *(Arjona, Pablo and Coral)*
25-cv-01498 *(Carter, Loretta)*
25-cv-01499 *(Lawson, Patricia)*
25-cv-01500 *(Mendzer, Moses)*
25-cv-01501 *(Kalakis, Penelope and John)*
25-cv-01502 *(Frank, Marion)*
25-cv-01503 *(Clingerman, Mary)*
25-cv-01504 *(Bentley, Clifford)*
25-cv-01505 *(Wallis, Lori)*
25-cv-01506 *(McKenzie, James)*
25-cv-01507 *(Stone, Stacy)*
25-cv-01508 *(Kimia, Antonette)*
25-cv-01509 *(Cooke, Richard)*
25-cv-01511 *(Bennett, Peggy)*
25-cv-01512 *(Cherry, Kathryn)*
25-cv-01513 *(Bonds, Diane and Ray, Kenneth)*
25-cv-01515 *(Starner, James)*
25-cv-01516 *(Brandt, Stephanie)*
25-cv-01518 *(Cozad, Kevin and Doan, Tina)*
25-cv-01519 *(Ramey, Melissa and Dwayne J.)*
25-cv-01520 *(Patton, Cynthia)*
25-cv-01521 *(Lewis, Lassie)*
25-cv-01522 *(Storey, Richard)*
25-cv-01523 *(Lanham, Brenda J.)*
25-cv-01524 *(Lowe, Ron)*
25-cv-01525 *(Brewer, Robert)*
25-cv-01529 *(Floyd, John Sr.)*
25-cv-01530 *(Toscano, Richard)*
25-cv-01532 *(Haywood, Sue)*
25-cv-01533 *(Stoddard, Donna)*
25-cv-01534 *(Patterson, Christine)*
25-cv-01535 *(Reed-Oliver, Alicia)*

| | |
|---|---|
| 25-cv-01536 | *(Byers, Debra)* |
| 25-cv-01537 | *(Jenkins, Laura)* |
| 25-cv-01538 | *(Goldner, Edward)* |
| 25-cv-01539 | *(Harrison, Gloria and William Jeffery)* |
| 25-cv-01541 | *(Hammond, Ken)* |
| 25-cv-01542 | *(Potts, Chester)* |
| 25-cv-01545 | *(Byers, Leon)* |
| 25-cv-01548 | *(Evans, Charlene)* |
| 25-cv-01549 | *(Long, David)* |
| 25-cv-01550 | *(Waters, Randall)* |
| 25-cv-01551 | *(Romious, Barbara and William)* |
| 25-cv-01552 | *(Baker, Imogene and Earl)* |
| 25-cv-01553 | *(Zoch, Edward)* |
| 25-cv-01554 | *(Boucher, Scott)* |
| 25-cv-01555 | *(Wall, Jerry)* |
| 25-cv-01557 | *(Collins, Sharon)* |
| 25-cv-01558 | *(Roberts, Weldon)* |
| 25-cv-01560 | *(Steele, Janet)* |
| 25-cv-01561 | *(Ashmore, Deborah)* |
| 25-cv-01562 | *(Shore, Gary)* |
| 25-cv-01564 | *(Smith, Vicki)* |
| 25-cv-01565 | *(Robertson, Chris)* |
| 25-cv-01566 | *(Jeffers, Charles Jr.)* |

On July 16, 2025, the Court issued an order adopting a clear process for dismissing cases in which plaintiffs fail to timely serve a PFS under Pretrial Order No. 14. Dkt. No. 2906. Per this Order, Defendants are to circulate a list identifying cases in which plaintiffs have failed to serve a PFS, and if plaintiffs dispute the accuracy of Defendants' list, plaintiffs are to raise the issue at the status conference. After each status conference, the Court will enter an order to show cause directing the listed plaintiffs to either serve a PFS before the next status conference or appear and explain why their case should not be dismissed for failure to comply with PTO 14.

On July 23, 2025, Defendants circulated a list of cases in which plaintiffs failed to serve a PFS (List 1). At the July 24, 2025 status conference, no plaintiff disputed the accuracy of the list. Therefore, the three-hundred and fifty cases on List 1 not subject to any pending motions to dismiss or recommended dismissals must either serve a PFS

before the next regularly scheduled status conference (August 28, 2025) or appear and show good cause why their case should not be dismissed for failure to comply with PTO 14. Many cases on List 1 are subject to the Court's Report and Recommendation (Dkt. No. 2921) and are thus not included in this Order. In addition, those cases on List 1 subject to Defendants' Twenty-Second Motion to Dismiss (Dkt. No. 2883) have been taken under advisement and will be addressed in a separate order.

**IT IS HEREBY ORDERED**: The following plaintiffs must either serve a verified PFS before the next status conference (August 28, 2025) or appear and demonstrate good cause why their case should not be dismissed for failure to comply with PTO 14:

| Case Number | Title | Date Filed | Date Due | Firm Name |
|---|---|---|---|---|
| 17-cv-01374 | Lane v. 3M Co. et al. | 4/26/2017 | 7/25/2017 | Brown and Crouppen, P.C. |
| 18-cv-02003 | Garcia v. 3M Co. et al. | 7/29/2019 | 10/27/2019 | Hodges & Foty, LLP |
| 19-cv-00692 | Miller v. 3M Co. et al. | 3/14/2019 | 6/12/2019 | Davis & Crump, P.C. |
| 19-cv-01140 | Horrocks v. 3M Co. et al. | 4/29/2019 | 7/28/2019 | Davis & Crump, P.C. |
| 23-cv-03371 | Mcguffey, et al. v. 3M Co. et al. | 11/2/2023 | 1/31/2025 | Walston, PC |
| 23-cv-03372 | Dallman, et al. v. 3M Co. et al. | 11/2/2023 | 1/31/2025 | Walston, PC |
| 23-cv-03373 | Bradford v. 3M Co. et al. | 11/2/2023 | 1/31/2025 | Walston, PC |
| 23-cv-03374 | Sievers, et al. v. 3M Co. et al. | 11/2/2023 | 1/31/2025 | Walston, PC |
| 23-cv-03375 | Dowd, et al. v. 3M Co. et al. | 11/2/2023 | 1/31/2025 | Walston, PC |
| 23-cv-03376 | Martin, et al. v. 3M Co. et al. | 11/2/2023 | 1/31/2025 | Walston, PC |
| 23-cv-03377 | Anderson v. 3M Co. et al. | 11/2/2023 | 1/31/2025 | Walston, PC |

| 23-cv-03378 | Cassady, et al. v. 3M Co. et al. | 11/2/2023 | 1/31/2025 | Walston, PC |
|---|---|---|---|---|
| 23-cv-03379 | Murphy v. 3M Co. et al. | 11/2/2023 | 1/31/2025 | Walston, PC |
| 23-cv-03380 | Root, et al. v. 3M Co. et al. | 11/2/2023 | 1/31/2025 | Walston, PC |
| 23-cv-03381 | Curole v. 3M Co. et al. | 11/2/2023 | 1/31/2025 | Walston, PC |
| 23-cv-03382 | Katz v. 3M Co. et al. | 11/2/2023 | 1/31/2025 | Walston, PC |
| 23-cv-03383 | Zeciski, et al. v. 3M Co. et al. | 11/2/2023 | 1/31/2025 | Walston, PC |
| 0:24-cv-03702 | Moore, et al. v. 3M Co. et al. | 9/19/2024 | 12/18/2024 | Bernheim Kelley Battista, LLC |
| 25-cv-00068 | Cook v. 3M Co. et al. | 4/16/2025 | 7/15/2025 | Walston, PC |
| 25-cv-00257 | Hammond v. 3M Co. et al. | 1/22/2025 | 4/22/2025 | McDonald Worley |
| 25-cv-00260 | Mohrle, et al. v. 3M Co. et al. | 1/22/2025 | 4/22/2025 | McDonald Worley |
| 25-cv-00267 | Price v. 3M Co. et al. | 1/23/2025 | 4/23/2025 | McDonald Worley |
| 25-cv-00268 | Rivera v. 3M Co. et al. | 1/23/2025 | 4/23/2025 | McDonald Worley |
| 25-cv-00271 | Freedman v. 3M Co. et al. | 1/23/2025 | 4/23/2025 | McDonald Worley |
| 25-cv-00274 | Woodruff v. 3M Co. et al. | 1/23/2025 | 4/24/2025 | McDonald Worley |
| 25-cv-00298 | Vicente v. 3M Co. et al. | 1/27/2025 | 4/27/2025 | McDonald Worley |
| 25-cv-00301 | Lohrengel v. 3M Co. et al. | 1/27/2025 | 4/27/2025 | McDonald Worley |
| 25-cv-00304 | Weldon, et al. v. 3M Co. et al. | 1/27/2025 | 4/27/2025 | McDonald Worley |
| 25-cv-00317 | Edwards v. 3M Co. et al. | 1/27/2025 | 4/27/2025 | Rosen Injury Lawyers |
| 25-cv-00335 | Delozier v. 3M Co. et al. | 1/28/2025 | 4/28/2025 | McDonald Worley |
| 25-cv-00340 | Merrill v. 3M Co. et al. | 1/28/2025 | 4/28/2025 | McDonald Worley |
| 25-cv-00349 | Davis v. 3M Co. et al. | 1/30/2025 | 4/30/2025 | McDonald Worley |
| 25-cv-00352 | Knapp v. 3M Co. et al. | 1/30/2025 | 4/30/2025 | McDonald Worley |
| 25-cv-00382 | Griffin v. 3M Co. et al. | 1/31/2025 | 5/1/2025 | Rosen Injury Lawyers |
| 25-cv-00399 | Childers v. 3M Co. et al. | 2/3/2025 | 5/4/2025 | McDonald Worley |
| 25-cv-00401 | Dickens v. 3M Co. et al. | 2/3/2025 | 5/4/2025 | McDonald Worley |
| 25-cv-00403 | Trogdon v. 3M Co. et al. | 2/3/2025 | 5/4/2025 | McDonald Worley |

| 25-cv-00407 | Briggs v. 3M Co. et al. | 2/3/2025 | 5/4/2025 | McDonald Worley |
| 25-cv-00408 | McCullough v. 3M Co. et al. | 2/3/2025 | 5/4/2025 | McDonald Worley |
| 25-cv-00426 | Leland v. 3M Co. et al. | 2/4/2025 | 5/5/2025 | McDonald Worley |
| 25-cv-00427 | Shelton v. 3M Co. et al. | 2/4/2025 | 5/5/2025 | McDonald Worley |
| 25-cv-00428 | Bolinger v. 3M Co. et al. | 2/4/2025 | 5/5/2025 | McDonald Worley |
| 25-cv-00459 | Holmes v. 3M Co. et al. | 2/5/2025 | 5/6/2025 | McDonald Worley |
| 25-cv-00460 | Greenya v. 3M Co. et al. | 2/5/2025 | 5/6/2025 | McDonald Worley |
| 25-cv-00462 | Carey v. 3M Co. et al. | 2/5/2025 | 5/6/2025 | McDonald Worley |
| 25-cv-00490 | Chaney v. 3M Co. et al. | 2/7/2025 | 5/8/2025 | Rosen Injury Lawyers |
| 25-cv-00504 | Grassi v. 3M Co. et al. | 2/10/2025 | 5/11/2025 | McDonald Worley |
| 25-cv-00508 | Osier v. 3M Co. et al. | 2/10/2025 | 5/11/2025 | McDonald Worley |
| 25-cv-00509 | Wood v. 3M Co. et al. | 2/10/2025 | 5/11/2025 | McDonald Worley |
| 25-cv-00510 | Porter v. 3M Co. et al. | 2/10/2025 | 5/11/2025 | McDonald Worley |
| 25-cv-00514 | Rozek v. 3M Co. et al. | 2/10/2025 | 5/11/2025 | McDonald Worley |
| 25-cv-00516 | Howell v. 3M Co. et al. | 2/10/2025 | 5/11/2025 | McDonald Worley |
| 25-cv-00518 | Petty v. 3M Co. et al. | 2/10/2025 | 5/11/2025 | McDonald Worley |
| 25-cv-00519 | Hummel v. 3M Co. et al. | 2/10/2025 | 5/11/2025 | McDonald Worley |
| 25-cv-00520 | Baskett v. 3M Co. et al. | 2/10/2025 | 5/11/2025 | McDonald Worley |
| 25-cv-00521 | McCutcheon v. 3M Co. et al. | 2/10/2025 | 5/11/2025 | McDonald Worley |
| 25-cv-00556 | Roberts v. 3M Co. et al. | 2/13/2025 | 5/14/2025 | McDonald Worley |
| 25-cv-00558 | Miller v. 3M Co. et al. | 2/13/2025 | 5/14/2025 | McDonald Worley |
| 25-cv-00559 | Dolan v. 3M Co. et al. | 2/13/2025 | 5/14/2025 | McDonald Worley |
| 25-cv-00607 | Haskell v. 3M Co. et al. | 2/17/2025 | 5/18/2025 | McDonald Worley |
| 25-cv-00609 | Ortiz v. 3M Co. et al. | 2/17/2025 | 5/18/2025 | McDonald Worley |
| 25-cv-00610 | Slater v. 3M Co. et al. | 2/17/2025 | 5/18/2025 | McDonald Worley |
| 25-cv-00611 | Bartram v. 3M Co. et al. | 2/17/2025 | 5/18/2025 | McDonald Worley |
| 25-cv-00612 | Kallenbach v. 3M Co. et al. | 2/17/2025 | 5/18/2025 | McDonald Worley |
| 25-cv-00613 | Hankins v. 3M Co. et al. | 2/17/2025 | 5/18/2025 | McDonald Worley |
| 25-cv-00615 | Schmezer v. 3M Co. et al. | 2/17/2025 | 5/18/2025 | McDonald Worley |
| 25-cv-00616 | Walkey v. 3M Co. et al. | 2/17/2025 | 5/18/2025 | McDonald Worley |
| 25-cv-00621 | Patrick v. 3M Co. et al. | 2/17/2025 | 5/18/2025 | McDonald Worley |
| 25-cv-00622 | Espinoza v. 3M Co. et al. | 2/17/2025 | 5/18/2025 | McDonald Worley |
| 25-cv-00635 | Morris v. 3M Co. et al. | 2/18/2025 | 5/19/2025 | McDonald Worley |

| 25-cv-00685 | McCallister v. 3M Co. et al. | 2/24/2025 | 5/25/2025 | McDonald Worley |
| 25-cv-00687 | Garcia v. 3M Co. et al. | 2/24/2025 | 5/25/2025 | McDonald Worley |
| 25-cv-00688 | Husarik v. 3M Co. et al. | 2/24/2025 | 5/25/2025 | McDonald Worley |
| 25-cv-00695 | Harris v. 3M Co. et al. | 2/24/2025 | 5/25/2025 | McDonald Worley |
| 25-cv-00696 | Mower v. 3M Co. et al. | 2/24/2025 | 5/25/2025 | McDonald Worley |
| 25-cv-00709 | Cramer v. 3M Co. et al. | 2/24/2025 | 5/25/2025 | Rosen Injury Lawyers |
| 25-cv-00714 | Graham v. 3M Co. et al. | 2/25/2025 | 5/26/2025 | McDonald Worley |
| 25-cv-00720 | Cook v. 3M Co. et al. | 2/25/2025 | 5/26/2025 | McDonald Worley |
| 25-cv-00771 | Leigh v. 3M Co. et al. | 3/2/2025 | 5/31/2025 | Rosen Injury Lawyers |
| 25-cv-00781 | Hammers v. 3M Co. et al. | 3/3/2025 | 6/1/2025 | McDonald Worley |
| 25-cv-00783 | Stone v. 3M Co. et al. | 3/3/2025 | 6/1/2025 | McDonald Worley |
| 25-cv-00794 | Johnston v. 3M Co. et al. | 3/3/2025 | 6/1/2025 | McDonald Worley |
| 25-cv-00795 | Hill v. 3M Co. et al. | 3/3/2025 | 6/1/2025 | McDonald Worley |
| 25-cv-00796 | Stanko v. 3M Co. et al. | 3/3/2025 | 6/1/2025 | McDonald Worley |
| 25-cv-00797 | Jones v. 3M Co. et al. | 3/3/2025 | 6/1/2025 | McDonald Worley |
| 25-cv-00801 | Schmidt v. 3M Co. et al. | 3/4/2025 | 6/2/2025 | McDonald Worley |
| 25-cv-00812 | Ardigo v. 3M Co. et al. | 3/4/2025 | 6/2/2025 | Langdon & Emison, LLC |
| 25-cv-00856 | Proctor v. 3M Co. et al. | 3/7/2025 | 6/5/2025 | McDonald Worley |
| 25-cv-00861 | Manigault v. 3M Co. et al. | 3/7/2025 | 6/5/2025 | McDonald Worley |
| 25-cv-00863 | Smith v. 3M Co. et al. | 3/7/2025 | 6/5/2025 | McDonald Worley |
| 25-cv-00865 | Hjornevik v. 3M Co. et al. | 3/7/2025 | 6/5/2025 | McDonald Worley |
| 25-cv-00884 | Brown v. 3M Co. et al. | 3/11/2025 | 6/9/2025 | McDonald Worley |
| 25-cv-00885 | Leigh v. 3M Co. et al. | 3/11/2025 | 6/9/2025 | McDonald Worley |
| 25-cv-00886 | Parmley v. 3M Co. et al. | 3/11/2025 | 6/9/2025 | McDonald Worley |
| 25-cv-00887 | Kaczmarek v. 3M Co. et al. | 3/11/2025 | 6/9/2025 | McDonald Worley |
| 25-cv-00888 | Long v. 3M Co. et al. | 3/11/2025 | 6/9/2025 | McDonald Worley |
| 25-cv-00914 | Dunlap v. 3M Co. et al. | 3/13/2025 | 6/11/2025 | McDonald Worley |
| 25-cv-00917 | Pitts v. 3M Co. et al. | 3/13/2025 | 6/11/2025 | McDonald Worley |
| 25-cv-00918 | Peters v. 3M Co. et al. | 3/13/2025 | 6/11/2025 | McDonald Worley |
| 25-cv-00919 | Jordan v. 3M Co. et al. | 3/13/2025 | 6/11/2025 | McDonald Worley |

| 25-cv-00920 | McCarrey v. 3M Co. et al. | 3/13/2025 | 6/11/2025 | McDonald Worley |
| 25-cv-00921 | Herogian v. 3M Co. et al. | 3/13/2025 | 6/11/2025 | McDonald Worley |
| 25-cv-00922 | Carrillo v. 3M Co. et al. | 3/13/2025 | 6/11/2025 | McDonald Worley |
| 25-cv-00923 | Saborse v. 3M Co. et al. | 3/13/2025 | 6/11/2025 | McDonald Worley |
| 25-cv-00924 | Banks v. 3M Co. et al. | 3/13/2025 | 6/11/2025 | McDonald Worley |
| 25-cv-00926 | Drumheiser v. 3M Co. et al. | 3/13/2025 | 6/11/2025 | McDonald Worley |
| 25-cv-00927 | Short v. 3M Co. et al. | 3/13/2025 | 6/11/2025 | McDonald Worley |
| 25-cv-00929 | Francis v. 3M Co. et al. | 3/13/2025 | 6/11/2025 | McDonald Worley |
| 25-cv-00987 | Vincent v. 3M Co. et al. | 3/17/2025 | 6/15/2025 | McDonald Worley |
| 25-cv-00988 | Hester v. 3M Co. et al. | 3/17/2025 | 6/15/2025 | McDonald Worley |
| 25-cv-00989 | Whited v. 3M Co. et al. | 3/17/2025 | 6/15/2025 | McDonald Worley |
| 25-cv-00990 | Dukes v. 3M Co. et al. | 3/17/2025 | 6/15/2025 | McDonald Worley |
| 25-cv-00991 | Dodd v. 3M Co. et al. | 3/17/2025 | 6/15/2025 | McDonald Worley |
| 25-cv-00993 | Kraft v. 3M Co. et al. | 3/17/2025 | 6/15/2025 | McDonald Worley |
| 25-cv-00994 | Judas v. 3M Co. et al. | 3/17/2025 | 6/15/2025 | McDonald Worley |
| 25-cv-01034 | Perkins v. 3M Co. et al. | 3/20/2025 | 6/18/2025 | McDonald Worley |
| 25-cv-01060 | Garner v. 3M Co. et al. | 3/21/2025 | 6/19/2025 | McDonald Worley |
| 25-cv-01061 | Hildreth v. 3M Co. et al. | 3/21/2025 | 6/19/2025 | McDonald Worley |
| 25-cv-01063 | Norris v. 3M Co. et al. | 3/21/2025 | 6/19/2025 | McDonald Worley |
| 25-cv-01064 | Grunwald v. 3M Co. et al. | 3/21/2025 | 6/19/2025 | McDonald Worley |
| 25-cv-01065 | Veatch v. 3M Co. et al. | 3/21/2025 | 6/19/2025 | McDonald Worley |
| 25-cv-01069 | Kligerman v. 3M Co. et al. | 3/23/2025 | 6/21/2025 | Rosen Injury Lawyers |
| 25-cv-01070 | Horne v. 3M Co. et al. | 3/23/2025 | 6/21/2025 | Rosen Injury Lawyers |
| 25-cv-01131 | Lambert v. 3M Co. et al. | 3/27/2025 | 6/25/2025 | McDonald Worley |
| 25-cv-01132 | Martin v. 3M Co. et al. | 3/27/2025 | 6/25/2025 | McDonald Worley |
| 25-cv-01133 | Smith v. 3M Co. et al. | 3/27/2025 | 6/25/2025 | McDonald Worley |
| 25-cv-01135 | Farrell v. 3M Co. et al. | 3/27/2025 | 6/25/2025 | McDonald Worley |
| 25-cv-01136 | Paulos v. 3M Co. et al. | 3/27/2025 | 6/25/2025 | McDonald Worley |
| 25-cv-01138 | Farmer v. 3M Co. et al. | 3/27/2025 | 6/25/2025 | McDonald Worley |
| 25-cv-01142 | Flach v. 3M Co. et al. | 3/27/2025 | 6/25/2025 | McDonald Worley |
| 25-cv-01143 | Stewart v. 3M Co. et al. | 3/27/2025 | 6/25/2025 | McDonald Worley |
| 25-cv-01160 | Holloran v. 3M Co. et al. | 3/31/2025 | 6/29/2025 | McDonald Worley |
| 25-cv-01161 | Willis v. 3M Co. et al. | 3/31/2025 | 6/29/2025 | McDonald Worley |

| | | | | |
|---|---|---|---|---|
| 25-cv-01162 | Thomas v. 3M Co. et al. | 3/31/2025 | 6/29/2025 | McDonald Worley |
| 25-cv-01163 | Marsello v. 3M Co. et al. | 3/31/2025 | 6/29/2025 | McDonald Worley |
| 25-cv-01165 | Bradshaw v. 3M Co. et al. | 3/31/2025 | 6/29/2025 | McDonald Worley |
| 25-cv-01166 | Sadlowski v. 3M Co. et al. | 3/31/2025 | 6/29/2025 | McDonald Worley |
| 25-cv-01167 | Uhl v. 3M Co. et al. | 3/31/2025 | 6/29/2025 | McDonald Worley |
| 25-cv-01168 | Sapien v. 3M Co. et al. | 3/31/2025 | 6/29/2025 | McDonald Worley |
| 25-cv-01169 | Nelson v. 3M Co. et al. | 3/31/2025 | 6/29/2025 | McDonald Worley |
| 25-cv-01171 | King v. 3M Co. et al. | 3/31/2025 | 6/29/2025 | McDonald Worley |
| 25-cv-01172 | Broadus v. 3M Co. et al. | 3/31/2025 | 6/29/2025 | McDonald Worley |
| 25-cv-01173 | Campbell v. 3M Co. et al. | 3/31/2025 | 6/29/2025 | McDonald Worley |
| 25-cv-01176 | Skinner v. 3M Co. et al. | 4/1/2025 | 6/30/2025 | McDonald Worley |
| 25-cv-01177 | Reichel v. 3M Co. et al. | 4/1/2025 | 6/30/2025 | McDonald Worley |
| 25-cv-01178 | Perkins v. 3M Co. et al. | 4/1/2025 | 6/30/2025 | McDonald Worley |
| 25-cv-01179 | Herman v. 3M Co. et al. | 4/1/2025 | 6/30/2025 | McDonald Worley |
| 25-cv-01180 | Collins v. 3M Co. et al. | 4/1/2025 | 6/30/2025 | McDonald Worley |
| 25-cv-01181 | Cavin v. 3M Co. et al. | 4/1/2025 | 6/30/2025 | McDonald Worley |
| 25-cv-01183 | Ereth v. 3M Co. et al. | 4/1/2025 | 6/30/2025 | McDonald Worley |
| 25-cv-01186 | Valentine v. 3M Co. et al. | 4/1/2025 | 6/30/2025 | McDonald Worley |
| 25-cv-01187 | Copans v. 3M Co. et al. | 4/1/2025 | 6/30/2025 | McDonald Worley |
| 25-cv-01204 | Arnold v. 3M Co. et al. | 4/2/2025 | 7/1/2025 | McDonald Worley |
| 25-cv-01205 | McDermott v. 3M Co. et al. | 4/2/2025 | 7/1/2025 | McDonald Worley |
| 25-cv-01206 | Underwood v. 3M Co. et al. | 4/2/2025 | 7/1/2025 | McDonald Worley |
| 25-cv-01207 | Cardillo v. 3M Co. et al. | 4/2/2025 | 7/1/2025 | McDonald Worley |
| 25-cv-01208 | Imoto v. 3M Co. et al. | 4/2/2025 | 7/1/2025 | McDonald Worley |
| 25-cv-01209 | Hunsaker v. 3M Co. et al. | 4/2/2025 | 7/1/2025 | McDonald Worley |
| 25-cv-01210 | Haynes v. 3M Co. et al. | 4/2/2025 | 7/1/2025 | McDonald Worley |
| 25-cv-01222 | Isbister v. 3M Co. et al. | 4/2/2025 | 7/1/2025 | Rosen Injury Lawyers |
| 25-cv-01228 | Davis v. 3M Co. et al. | 4/3/2025 | 7/2/2025 | McDonald Worley |
| 25-cv-01229 | Rolen v. 3M Co. et al. | 4/3/2025 | 7/2/2025 | McDonald Worley |
| 25-cv-01230 | Fritchel-Williams v. 3M Co. et al. | 4/3/2025 | 7/2/2025 | McDonald Worley |

| 25-cv-01231 | Brenner v. 3M Co. et al. | 4/3/2025 | 7/2/2025 | McDonald Worley |
|---|---|---|---|---|
| 25-cv-01232 | Ealy v. 3M Co. et al. | 4/3/2025 | 7/2/2025 | McDonald Worley |
| 25-cv-01233 | Poirier v. 3M Co. et al. | 4/3/2025 | 7/2/2025 | McDonald Worley |
| 25-cv-01234 | Bullock v. 3M Co. et al. | 4/3/2025 | 7/2/2025 | McDonald Worley |
| 25-cv-01236 | Phillips v. 3M Co. et al. | 4/3/2025 | 7/2/2025 | McDonald Worley |
| 25-cv-01237 | Miller v. 3M Co. et al. | 4/3/2025 | 7/2/2025 | McDonald Worley |
| 25-cv-01239 | Deavers v. 3M Co. et al. | 4/3/2025 | 7/2/2025 | Rosen Injury Lawyers |
| 25-cv-01258 | Kilby v. 3M Co. et al. | 4/5/2025 | 7/4/2025 | McDonald Worley |
| 25-cv-01259 | McGahey v. 3M Co. et al. | 4/5/2025 | 7/4/2025 | McDonald Worley |
| 25-cv-01260 | Picciotti v. 3M Co. et al. | 4/5/2025 | 7/4/2025 | McDonald Worley |
| 25-cv-01261 | Lang v. 3M Co. et al. | 4/5/2025 | 7/4/2025 | McDonald Worley |
| 25-cv-01262 | Paleno v. 3M Co. et al. | 4/5/2025 | 7/4/2025 | McDonald Worley |
| 25-cv-01263 | Falls v. 3M Co. et al. | 4/5/2025 | 7/4/2025 | McDonald Worley |
| 25-cv-01265 | Kresel v. 3M Co. et al. | 4/5/2025 | 7/4/2025 | McDonald Worley |
| 25-cv-01266 | Beelen v. 3M Co. et al. | 4/5/2025 | 7/4/2025 | McDonald Worley |
| 25-cv-01267 | Ford v. 3M Co. et al. | 4/5/2025 | 7/4/2025 | McDonald Worley |
| 25-cv-01268 | Boyle v. 3M Co. et al. | 4/5/2025 | 7/4/2025 | McDonald Worley |
| 25-cv-01269 | McCants v. 3M Co. et al. | 4/5/2025 | 7/4/2025 | McDonald Worley |
| 25-cv-01270 | Goodhile v. 3M Co. et al. | 4/5/2025 | 7/4/2025 | McDonald Worley |
| 25-cv-01271 | Norman v. 3M Co. et al. | 4/5/2025 | 7/4/2025 | McDonald Worley |
| 25-cv-01272 | Cullum v. 3M Co. et al. | 4/5/2025 | 7/4/2025 | McDonald Worley |
| 25-cv-01273 | Smith v. 3M Co. et al. | 4/6/2025 | 7/5/2025 | McDonald Worley |
| 25-cv-01274 | Atkins v. 3M Co. et al. | 4/6/2025 | 7/5/2025 | McDonald Worley |
| 25-cv-01275 | Estes v. 3M Co. et al. | 4/6/2025 | 7/5/2025 | McDonald Worley |
| 25-cv-01276 | Dempsey v. 3M Co. et al. | 4/6/2025 | 7/5/2025 | McDonald Worley |
| 25-cv-01277 | Suraci v. 3M Co. et al. | 4/6/2025 | 7/5/2025 | McDonald Worley |
| 25-cv-01278 | Jones v. 3M Co. et al. | 4/6/2025 | 7/5/2025 | McDonald Worley |
| 25-cv-01279 | Adams v. 3M Co. et al. | 4/6/2025 | 7/5/2025 | McDonald Worley |
| 25-cv-01280 | Chambers v. 3M Co. et al. | 4/6/2025 | 7/5/2025 | McDonald Worley |
| 25-cv-01281 | Cairns v. 3M Co. et al. | 4/6/2025 | 7/5/2025 | McDonald Worley |
| 25-cv-01282 | Pucciarelli v. 3M Co. et al. | 4/6/2025 | 7/5/2025 | McDonald Worley |
| 25-cv-01283 | Stephens v. 3M Co. et al. | 4/6/2025 | 7/5/2025 | McDonald Worley |

| 25-cv-01332 | Kappmeyer v. 3M Co. et al. | 4/9/2025 | 7/8/2025 | McDonald Worley |
|---|---|---|---|---|
| 25-cv-01333 | Borden v. 3M Co. et al. | 4/9/2025 | 7/8/2025 | McDonald Worley |
| 25-cv-01334 | Hill v. 3M Co. et al. | 4/9/2025 | 7/8/2025 | McDonald Worley |
| 25-cv-01335 | White v. 3M Co. et. al. | 4/9/2025 | 7/8/2025 | McDonald Worley |
| 25-cv-01336 | Shepherd v. 3M Co. et al. | 4/9/2025 | 7/8/2025 | McDonald Worley |
| 25-cv-01337 | Brown v. 3M Co. et al. | 4/9/2025 | 7/8/2025 | McDonald Worley |
| 25-cv-01338 | Flandro v. 3M Co. et al. | 4/9/2025 | 7/8/2025 | McDonald Worley |
| 25-cv-01339 | Schmitt v. 3M Co. et al. | 4/9/2025 | 7/8/2025 | McDonald Worley |
| 25-cv-01356 | Jackson v. 3M Co. et al. | 4/10/2025 | 7/9/2025 | McDonald Worley |
| 25-cv-01360 | Lamug v. 3M Co. et al. | 4/10/2025 | 7/9/2025 | Rosen Injury Lawyers |
| 25-cv-01365 | Haynes v. 3M Co. et al. | 4/10/2025 | 7/9/2025 | Rosen Injury Lawyers |
| 25-cv-01366 | Doggett v. 3M Co. et al. | 4/10/2025 | 7/9/2025 | Rosen Injury Lawyers |
| 25-cv-01370 | Campbell v. 3M Co. et al. | 4/11/2025 | 7/10/2025 | Rosen Injury Lawyers |
| 25-cv-01371 | Blumenthal v. 3M Co. et al. | 4/11/2025 | 7/10/2025 | Rosen Injury Lawyers |
| 25-cv-01386 | Balthrop, et al. v. 3M Co. et al. | 4/14/2025 | 7/13/2025 | Walston, PC |
| 25-cv-01388 | O'Dwyer v. 3M Co. et al. | 4/14/2025 | 7/13/2025 | Walston, PC |
| 25-cv-01389 | Holderby v. 3M Co. et al. | 4/14/2025 | 7/13/2025 | Walston, PC |
| 25-cv-01390 | Evans v. 3M Co. et al. | 4/14/2025 | 7/13/2025 | Walston, PC |
| 25-cv-01392 | Brunell v. 3M Co. et al. | 4/14/2025 | 7/13/2025 | Walston, PC |
| 25-cv-01393 | Trice v. 3M Co. et al. | 4/14/2025 | 7/13/2025 | Walston, PC |
| 25-cv-01394 | Jones v. 3M Co. et al. | 4/14/2025 | 7/13/2025 | Walston, PC |
| 25-cv-01399 | Harp v. 3M Co. et al. | 4/14/2025 | 7/13/2025 | Walston, PC |
| 25-cv-01400 | Clark v. 3M Co. et al. | 4/14/2025 | 7/13/2025 | Walston, PC |
| 25-cv-01402 | Morgan v. 3M Co. et al. | 4/14/2025 | 7/13/2025 | Walston, PC |
| 25-cv-01403 | Proffitt v. 3M Co. et al. | 4/14/2025 | 7/13/2025 | Walston, PC |
| 25-cv-01405 | Sullivan v. 3M Co. et al. | 4/14/2025 | 7/13/2025 | Walston, PC |
| 25-cv-01406 | Goforth v. 3M Co. et al. | 4/15/2025 | 7/14/2025 | Walston, PC |
| 25-cv-01407 | Keith v. 3M Co. et al. | 4/14/2025 | 7/13/2025 | Walston, PC |
| 25-cv-01408 | Blazier v. 3M Co. et al. | 4/14/2025 | 7/13/2025 | Walston, PC |
| 25-cv-01410 | Kitchens v. 3M Co. et al. | 4/14/2025 | 7/13/2025 | Walston, PC |

| 25-cv-01411 | Knott v. 3M Co. et al. | 4/14/2025 | 7/13/2025 | Walston, PC |
|---|---|---|---|---|
| 25-cv-01412 | Littrell v. 3M Co. et al. | 4/15/2025 | 7/14/2025 | Walston, PC |
| 25-cv-01413 | Sutton v. 3M Co. et al. | 4/15/2025 | 7/14/2025 | Walston, PC |
| 25-cv-01414 | Kilburn v. 3M Co. et al. | 4/15/2025 | 7/14/2025 | Walston, PC |
| 25-cv-01415 | Strickland v. 3M Co. et al. | 4/15/2025 | 7/14/2025 | Walston, PC |
| 25-cv-01416 | Blanton, et al. v. 3M Co. et al. | 4/15/2025 | 7/14/2025 | Walston, PC |
| 25-cv-01419 | Wise, et al. v. 3M Co. et al. | 4/15/2025 | 7/14/2025 | Walston, PC |
| 25-cv-01420 | Quarnberg v. 3M Co. et al. | 4/15/2025 | 7/14/2025 | Walston, PC |
| 25-cv-01421 | Sanders v. 3M Co. et al. | 4/15/2025 | 7/14/2025 | Walston, PC |
| 25-cv-01422 | Wilcox v. 3M Co. et al. | 4/15/2025 | 7/14/2025 | Walston, PC |
| 25-cv-01423 | Millican v. 3M Co. et al. | 4/15/2025 | 7/14/2025 | Walston, PC |
| 25-cv-01425 | Blackwell v. 3M Co. et al. | 4/15/2025 | 7/14/2025 | Walston, PC |
| 25-cv-01425 | Henderson v. 3M Co. et al. | 4/15/2025 | 7/14/2025 | Walston, PC |
| 25-cv-01426 | Davenport v. 3M Co. et al. | 4/15/2025 | 7/14/2025 | Walston, PC |
| 25-cv-01427 | McCulley v. 3M Co. et al. | 4/15/2025 | 7/14/2025 | Walston, PC |
| 25-cv-01428 | Larson v. 3M Co. et al. | 4/15/2025 | 7/14/2025 | Walston, PC |
| 25-cv-01431 | Davis v. 3M Co. et al. | 4/15/2025 | 7/14/2025 | Walston, PC |
| 25-cv-01432 | Martens-Hopkins v. 3M Co. et al. | 4/15/2025 | 7/14/2025 | Walston, PC |
| 25-cv-01433 | Mathis v. 3M Co. et al. | 4/15/2025 | 7/14/2025 | Walston, PC |
| 25-cv-01434 | Miles v. 3M Co. et al. | 4/15/2025 | 7/14/2025 | Walston, PC |
| 25-cv-01435 | Koch v. 3M Co. et al. | 4/15/2025 | 7/14/2025 | Walston, PC |
| 25-cv-01436 | Rangel v. 3M Co. et al. | 4/15/2025 | 7/14/2025 | Walston, PC |
| 25-cv-01438 | Bailey, et al. v. 3M Co. et al. | 4/15/2025 | 7/14/2025 | Walston, PC |
| 25-cv-01439 | Stanley v. 3M Co. et al. | 4/15/2025 | 7/14/2025 | Walston, PC |
| 25-cv-01440 | Baker v. 3M Co. et al. | 4/15/2025 | 7/14/2025 | Walston, PC |
| 25-cv-01441 | Kosman v. 3M Co. et al. | 4/15/2025 | 7/14/2025 | Walston, PC |
| 25-cv-01443 | Vititoe v. 3M Co. et al. | 4/15/2025 | 7/14/2025 | Walston, PC |
| 25-cv-01444 | Ivy v. 3M Co. et al. | 4/15/2025 | 7/14/2025 | Walston, PC |

| 25-cv-01445 | Turner, et al. v. 3M Co. et al. | 4/15/2025 | 7/14/2025 | Walston, PC |
| 25-cv-01446 | Pearson v. 3M Co. et al. | 4/15/2025 | 7/14/2025 | Walston, PC |
| 25-cv-01448 | Wilbourn v. 3M Co. et al. | 4/15/2025 | 7/14/2025 | Walston, PC |
| 25-cv-01450 | Cobb v. 3M Co. et al. | 4/15/2025 | 7/14/2025 | Walston, PC |
| 25-cv-01451 | Griffin v. 3M Co. et al. | 4/15/2025 | 7/14/2025 | Walston, PC |
| 25-cv-01452 | Tackett v. 3M Co. et al. | 4/15/2025 | 7/14/2025 | Walston, PC |
| 25-cv-01453 | Cross, et al. v. 3M Co. et al. | 4/15/2025 | 7/14/2025 | Walston, PC |
| 25-cv-01454 | Peters v. 3M Co. et al. | 4/15/2025 | 7/14/2025 | Walston, PC |
| 25-cv-01455 | Foos v. 3M Co. et al. | 4/15/2025 | 7/14/2025 | Walston, PC |
| 25-cv-01456 | Churchin v. 3M Co. et al. | 4/15/2025 | 7/14/2025 | Walston, PC |
| 25-cv-01458 | Pittman v. 3M Co. et al. | 4/15/2025 | 7/14/2025 | Walston, PC |
| 25-cv-01459 | Barndt v. 3M Co. et al. | 4/15/2025 | 7/14/2025 | Walston, PC |
| 25-cv-01466 | Scott v. 3M Co. et al. | 4/15/2025 | 7/14/2025 | Walston, PC |
| 25-cv-01467 | Goodman v. 3M Co. et al. | 4/15/2025 | 7/14/2025 | Walston, PC |
| 25-cv-01468 | Phelps v. 3M Co. et al. | 4/15/2025 | 7/14/2025 | Walston, PC |
| 25-cv-01469 | Rohlf v. 3M Co. et al. | 4/15/2025 | 7/14/2025 | Walston, PC |
| 25-cv-01470 | Barnwell v. 3M Co. et al. | 4/15/2025 | 7/14/2025 | Walston, PC |
| 25-cv-01471 | Wagner v. 3M Co. et al. | 4/15/2025 | 7/14/2025 | Walston, PC |
| 25-cv-01472 | Craig v. 3M Co. et al. | 4/15/2025 | 7/14/2025 | Walston, PC |
| 25-cv-01473 | Casey v. 3M Co. et al. | 4/15/2025 | 7/14/2025 | Walston, PC |
| 25-cv-01474 | Waters v. 3M Co. et al. | 4/16/2025 | 7/15/2025 | Walston, PC |
| 25-cv-01475 | Mills v. 3M Co. et al. | 4/16/2025 | 7/15/2025 | Walston, PC |
| 25-cv-01477 | Trobaugh v. 3M Co. et al. | 4/16/2025 | 7/15/2025 | Walston, PC |
| 25-cv-01478 | Laubacher v. 3M Co. et al. | 4/16/2025 | 7/15/2025 | Walston, PC |
| 25-cv-01479 | Welsh v. 3M Co. et al. | 4/16/2025 | 7/15/2025 | Walston, PC |
| 25-cv-01480 | Geyer, et al. v. 3M Co. et al. | 4/16/2025 | 7/15/2025 | Walston, PC |
| 25-cv-01481 | Nollen, et al. v. 3M Co. et al. | 4/16/2025 | 7/15/2025 | Walston, PC |
| 25-cv-01482 | Rose v. 3M Co. et al. | 4/16/2025 | 7/15/2025 | Walston, PC |
| 25-cv-01483 | Butterbaugh v. 3M Co. et al. | 4/16/2025 | 7/15/2025 | Walston, PC |
| 25-cv-01484 | Davis v. 3M Co. et al. | 4/16/2025 | 7/15/2025 | Walston, PC |

| 25-cv-01485 | Unthank v. 3M Co. et al. | 4/16/2025 | 7/15/2025 | Walston, PC |
| 25-cv-01486 | Pennington, et al. v. 3M Co. et al. | 4/16/2025 | 7/15/2025 | Walston, PC |
| 25-cv-01487 | Bumpus v. 3M Co. et al. | 4/16/2025 | 7/15/2025 | Walston, PC |
| 25-cv-01488 | Taylor v. 3M Co. et al. | 4/16/2025 | 7/15/2025 | Walston, PC |
| 25-cv-01489 | Blair v. 3M Co. et al. | 4/16/2025 | 7/15/2025 | Walston, PC |
| 25-cv-01490 | DeWitt, et al. v. 3M Co. et al. | 4/16/2025 | 7/15/2025 | Walston, PC |
| 25-cv-01491 | Flemming v. 3M Co. et al. | 4/16/2025 | 7/15/2025 | Walston, PC |
| 25-cv-01492 | Carrick v. 3M Co. et al. | 4/16/2025 | 7/15/2025 | Walston, PC |
| 25-cv-01493 | Pierce v. 3M Co. et al. | 4/16/2025 | 7/15/2025 | Walston, PC |
| 25-cv-01494 | Rundle v. 3M Co. et al. | 4/16/2025 | 7/15/2025 | Walston, PC |
| 25-cv-01495 | Smith v. 3M Co. et al. | 4/16/2025 | 7/15/2025 | Walston, PC |
| 25-cv-01496 | Simmons v. 3M Co. et al. | 4/16/2025 | 7/15/2025 | Walston, PC |
| 25-cv-01497 | Arjona, et al. v. 3M Co. et al. | 4/16/2025 | 7/15/2025 | Walston, PC |
| 25-cv-01498 | Carter v. 3M Co. et al. | 4/16/2025 | 7/15/2025 | Walston, PC |
| 25-cv-01499 | Lawson v. 3M Co. et al. | 4/16/2025 | 7/15/2025 | Walston, PC |
| 25-cv-01500 | Mendzer v. 3M Co. et al. | 4/16/2025 | 7/15/2025 | Walston, PC |
| 25-cv-01501 | Kalakis, et al. v. 3M Co. et al. | 4/16/2025 | 7/15/2025 | Walston, PC |
| 25-cv-01502 | Frank v. 3M Co. et al. | 4/16/2025 | 7/15/2025 | Walston, PC |
| 25-cv-01503 | Clingerman v. 3M Co. et al. | 4/16/2025 | 7/15/2025 | Walston, PC |
| 25-cv-01504 | Bentley v. 3M Co. et al. | 4/16/2025 | 7/15/2025 | Walston, PC |
| 25-cv-01505 | Wallis v. 3M Co. et al. | 4/16/2025 | 7/15/2025 | Walston, PC |
| 25-cv-01506 | McKenzie v. 3M Co. et al. | 4/16/2025 | 7/15/2025 | Walston, PC |
| 25-cv-01507 | Stone v. 3M Co. et al. | 4/16/2025 | 7/15/2025 | Walston, PC |
| 25-cv-01508 | Kimia v. 3M Co. et al. | 4/16/2025 | 7/15/2025 | Walston, PC |
| 25-cv-01509 | Cooke v. 3M Co. et al. | 4/16/2025 | 7/15/2025 | Walston, PC |
| 25-cv-01511 | Bennett v. 3M Co. et al. | 4/16/2025 | 7/15/2025 | Walston, PC |
| 25-cv-01512 | Cherry v. 3M Co. et al. | 4/16/2025 | 7/15/2025 | Walston, PC |
| 25-cv-01513 | Bonds, et al. v. 3M Co. et al. | 4/16/2025 | 7/15/2025 | Walston, PC |
| 25-cv-01515 | Starner v. 3M Co. et al. | 4/16/2025 | 7/15/2025 | Walston, PC |
| 25-cv-01516 | Brandt v. 3M Co. et al. | 4/16/2025 | 7/15/2025 | Walston, PC |

| 25-cv-01518 | Cozad, et al. v. 3M Co. et al. | 4/16/2025 | 7/15/2025 | Walston, PC |
|---|---|---|---|---|
| 25-cv-01519 | Ramey v. 3M Co. et al. | 4/16/2025 | 7/15/2025 | Walston, PC |
| 25-cv-01520 | Patton v. 3M Co. et al. | 4/16/2025 | 7/15/2025 | Walston, PC |
| 25-cv-01521 | Lewis v. 3M Co. et al. | 4/16/2025 | 7/15/2025 | Walston, PC |
| 25-cv-01522 | Storey v. 3M Co. et al. | 4/16/2025 | 7/15/2025 | Walston, PC |
| 25-cv-01523 | Lanham v. 3M Co. et al. | 4/16/2025 | 7/15/2025 | Walston, PC |
| 25-cv-01524 | Lowe v. 3M Co. et al. | 4/16/2025 | 7/15/2025 | Walston, PC |
| 25-cv-01525 | Brewer v. 3M Co. et al. | 4/16/2025 | 7/15/2025 | Walston, PC |
| 25-cv-01529 | Floyd v. 3M Co. et al. | 4/16/2025 | 7/15/2025 | Rosen Injury Lawyers |
| 25-cv-01530 | Toscano v. 3M Co. et al. | 4/16/2025 | 7/15/2025 | Rosen Injury Lawyers |
| 25-cv-01532 | Haywood v. 3M Co. et al. | 4/16/2025 | 7/15/2025 | Rosen Injury Lawyers |
| 25-cv-01533 | Stoddard v. 3M Co. et al. | 4/16/2025 | 7/15/2025 | Rosen Injury Lawyers |
| 25-cv-01534 | Patterson v. 3M Co. et al. | 4/17/2025 | 7/16/2025 | Walston, PC |
| 25-cv-01535 | Reed-Oliver v. 3M Co. et al. | 4/17/2025 | 7/16/2025 | Walston, PC |
| 25-cv-01536 | Byers v. 3M Co. et al. | 4/17/2025 | 7/16/2025 | Walston, PC |
| 25-cv-01537 | Jenkins v. 3M Co. et al. | 4/17/2025 | 7/16/2025 | Walston, PC |
| 25-cv-01538 | Goldner v. 3M Co. et al. | 4/17/2025 | 7/16/2025 | Walston, PC |
| 25-cv-01539 | Harrison, et al. v. 3M Co. et al. | 4/17/2025 | 7/16/2025 | Walston, PC |
| 25-cv-01541 | Hammond v. 3M Co. et al. | 4/17/2025 | 7/16/2025 | Walston, PC |
| 25-cv-01542 | Potts v. 3M Co. et al. | 4/17/2025 | 7/16/2025 | Walston, PC |
| 25-cv-01545 | Byers v. 3M Co. et al. | 4/17/2025 | 7/16/2025 | Walston, PC |
| 25-cv-01548 | Evans v. 3M Co. et al. | 4/17/2025 | 7/16/2025 | Walston, PC |
| 25-cv-01549 | Long v. 3M Co. et al. | 4/17/2025 | 7/16/2025 | Walston, PC |
| 25-cv-01550 | Waters v. 3M Co. et al. | 4/17/2025 | 7/16/2025 | Walston, PC |
| 25-cv-01551 | Romious, et al. v. 3M Co. et al. | 4/17/2025 | 7/16/2025 | Walston, PC |
| 25-cv-01552 | Baker, et al. v. 3M Co. et al. | 4/17/2025 | 7/16/2025 | Walston, PC |
| 25-cv-01553 | Zoch v. 3M Co. et al. | 4/17/2025 | 7/16/2025 | Walston, PC |
| 25-cv-01554 | Boucher v. 3M Co. et al. | 4/17/2025 | 7/16/2025 | Walston, PC |

| 25-cv-01555 | Wall v. 3M Co. et al. | 4/17/2025 | 7/16/2025 | Walston, PC |
| 25-cv-01557 | Collins v. 3M Co. et al. | 4/17/2025 | 7/16/2025 | Walston, PC |
| 25-cv-01558 | Roberts v. 3M Co. et al. | 4/17/2025 | 7/16/2025 | Walston, PC |
| 25-cv-01560 | Steele v. 3M Co. et al. | 4/17/2025 | 7/16/2025 | Walston, PC |
| 25-cv-01561 | Ashmore v. 3M Co. et al. | 4/17/2025 | 7/16/2025 | Walston, PC |
| 25-cv-01562 | Shore v. 3M Co. et al. | 4/17/2025 | 7/16/2025 | Walston, PC |
| 25-cv-01564 | Smith v. 3M Co. et al. | 4/17/2025 | 7/16/2025 | Walston, PC |
| 25-cv-01565 | Robertson v. 3M Co. et al. | 4/17/2025 | 7/16/2025 | Walston, PC |
| 25-cv-01566 | Jeffers v. 3M Co. et al. | 4/17/2025 | 7/16/2025 | Walston, PC |

For any case in which the plaintiff fails to serve a verified PFS and fails to demonstrate good cause for noncompliance with PTO 14, the Court will recommend dismissal of the case with prejudice.

Dated: July 31, 2025                    __s/ David T. Schultz_____
                                        DAVID T. SCHULTZ
                                        U.S. Magistrate Judge