# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: Bair Hugger Forced Air Warming Products Liability Litigation<br><br>This Document Relates to the Following Cases:<br><br>*Culpepper*, 17-cv-2893<br>*Miles*, 17-cv-3223 | MDL No. 15-md-02666-JNE-DTS<br><br>**DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS** |

Pursuant to Federal Rule of Civil Procedure 12(c), Defendants 3M Company and Arizant Healthcare, Inc. (collectively, "3M") respectfully request that the Court enter judgment for 3M on the pleadings in two cases for failure to state claim upon which relief can be granted. The claims brought in each of these cases are time-barred under the applicable Alabama statutes of limitations. On the facts as pleaded, the claims of Plaintiffs Culpepper and Miles are time-barred as a matter of law and should be dismissed. The Court should enter judgment on the pleadings in favor of 3M and dismiss Plaintiffs' cases with prejudice.

This Motion is based on the accompanying memorandum and declaration in support of the motion, as well as all files, records, and prior proceedings.

Respectfully submitted,

Date: August 25, 2025

*s/John P. Mandler*
John P. Mandler (#0194438)
M. Joseph Winebrenner (#0387889)
FAEGRE DRINKER BIDDLE & REATH LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 766-7000
john.mandler@faegredrinker.com
joe.winebrenner@faegredrinker.com

Benjamin W. Hulse (MN #0390952)
Mary S. Young (MN #0392781)
NORTON ROSE FULBRIGHT US LLP
60 South Sixth Street, Suite 3100
Minneapolis, MN 55402
Phone: (612) 321-2800
ben.hulse@nortonrosefulbright.com
mary.young@nortonrosefulbright.com

**Counsel for Defendants 3M Company and Arizant Healthcare, Inc.**