UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re: BAIR HUGGER FORCED AIR                MDL No. 15-2666 (JNE/DTS)
WARMING DEVICES PRODUCTS                     ORDER
LIABILITY LITIGATION

This Document Relates to:

1.    Case No. 17-cv-01886 (Paris v. 3M Company et al)
2.    Case No. 17-cv-04101 (Gomez v. 3M Company et al)
3.    Case No. 17-cv-04116 (Collins v. 3M Company et al)
4.    Case No. 17-cv-04263 (Cunningham v. 3M Company et al)
5.    Case No. 17-cv-04313 (McNease v. 3M Company et al)
6.    Case No. 18-cv-02082 (English v. 3M Company et al)
7.    Case No. 18-cv-02437 (Gentry v. 3M Company et al)
8.    Case No. 18-cv-02780 (White v. 3M Company)
9.    Case No. 18-cv-02788 (Debose v. 3M Company et al)
10.   Case No. 18-cv-02938 (Albert, Jr. v. 3M Company et al)
11.   Case No. 18-cv-03011 (Jones v. 3M Company et al)
12.   Case No. 18-cv-03388 (Stewart et al v. 3M Company et al)
13.   Case No. 19-cv-00052 (Shookhoff et al v. 3M Company et al)
14.   Case No. 19-cv-00477 (Gordon v. 3M Company et al)
15.   Case No. 19-cv-00709 (Bowers v. 3M Company et al)
16.   Case No. 19-cv-01132 (Gainer v. 3M Company)
17.   Case No. 19-cv-01297 (Kary v. 3M Company et al)
18.   Case No. 20-cv-00513 (Day v. 3M Company et al)
19.   Case No. 22-cv-00037 (Gibson v. 3M Company et al)
20.   Case No. 22-cv-02107 (Crockett v. 3M Company et al)
21.   Case No. 22-cv-02160 (Hanson v. 3M Company et al)
22.   Case No. 22-cv-02231 (Jordan v. 3M Company et al)
23.   Case No. 22-cv-02259 (Hassan v. 3M Company et al)
24.   Case No. 23-cv-00960 (Jordan v. 3M Company et al)
25.   Case No. 23-cv-00972 (Pillar et al v. 3M Company et al)
26.   Case No. 23-cv-01020 (Palmer v. 3M Company et al)
27.   Case No. 23-cv-01091 (Reeves v. 3M Company et al)
28.   Case No. 23-cv-01187 (Atwood v. 3M Company et al)
29.   Case No. 23-cv-01188 (Panfili et al v. 3M Company et al)
30.   Case No. 23-cv-01342 (Hickman et al v. 3M Company et al)
31.   Case No. 23-cv-01410 (Manning v. 3M Company et al)
32.   Case No. 23-cv-01492 (Davis v. 3M Company et al)
33.   Case No. 23-cv-01537 (Wilson v. 3M Company et al)
34.   Case No. 23-cv-01538 (Moberley v. 3M Company et al)

| | |
|---|---|
| 35. | Case No. 23-cv-01620 (Freeman v. 3M Company et al) |
| 36. | Case No. 23-cv-01635 (Vanhoose v. 3M Company et al) |
| 37. | Case No. 23-cv-01687 (Pepple v. 3M Company et al) |
| 38. | Case No. 23-cv-01707 (Ballard v. 3M Company et al) |
| 39. | Case No. 23-cv-01712 (Waldron v. 3M Company et al) |
| 40. | Case No. 23-cv-01725 (Thomson v. 3M Company et al) |
| 41. | Case No. 23-cv-01828 (Scott v. 3M Company et al) |
| 42. | Case No. 23-cv-01847 (Perkins v. 3M Company et al) |
| 43. | Case No. 23-cv-01881 (Minor v. 3M Company et al) |
| 44. | Case No. 23-cv-01882 (McDowell v. 3M Company et al) |
| 45. | Case No. 23-cv-01910 (Godbolt v. 3M Company et al) |
| 46. | Case No. 23-cv-02065 (Behrend v. 3M Company et al) |
| 47. | Case No. 23-cv-02087 (Bagnas v. 3M Company et al) |
| 48. | Case No. 23-cv-02088 (Mays v. 3M Company et al) |
| 49. | Case No. 23-cv-02141 (Rawls v. 3M Company et al) |
| 50. | Case No. 23-cv-02145 (Nichols v. 3M Company et al) |
| 51. | Case No. 23-cv-02150 (Hardin v. 3M Company et al) |
| 52. | Case No. 23-cv-02360 (Salisbury v. 3M Company et al) |
| 53. | Case No. 23-cv-02590 (Aguilar et al v. 3M Company et al) |
| 54. | Case No. 23-cv-02662 (Skidmore v. 3M Company et al) |
| 55. | Case No. 23-cv-03004 (Monk et al v. 3M Company et al) |
| 56. | Case No. 23-cv-03037 (Bryant v. 3M Company et al) |
| 57. | Case No. 23-cv-03117 (Bemo v. 3M Company et al) |
| 58. | Case No. 23-cv-03132 (Stanworth et al v. 3M Company et al) |
| 59. | Case No. 23-cv-03175 (Redecker-Maercklein et al v. 3M Company et al) |
| 60. | Case No. 23-cv-03232 (Jordan v. 3M Company et al) |
| 61. | Case No. 23-cv-03387 (Porter et al v. 3M Company et al) |
| 62. | Case No. 23-cv-03417 (Kazee et al v. 3M Company et al) |
| 63. | Case No. 23-cv-03433 (Thomson et al v. 3M Company et al) |
| 64. | Case No. 23-cv-03447 (Sanderson et al v. 3M Company et al) |
| 65. | Case No. 23-cv-03451 (Tarver v. 3M Company et al) |
| 66. | Case No. 23-cv-03490 (Smith et al v. 3M Company et al) |
| 67. | Case No. 23-cv-03493 (Bryant et al v. 3M Company et al) |
| 68. | Case No. 23-cv-03495 (Tracy et al v. 3M Company et al) |
| 69. | Case No. 23-cv-03502 (Talmadge et al v. 3M Company et al) |
| 70. | Case No. 23-cv-03522 (Thomas et al v. 3M Company et al) |
| 71. | Case No. 23-cv-03581 (Chumbley et al v. 3M Company et al) |
| 72. | Case No. 23-cv-03645 (Reyna et al v. 3M Company et al) |
| 73. | Case No. 23-cv-03694 (Bystrack v. 3M Company et al) |
| 74. | Case No. 24-cv-00037 (Stopher et al v. 3M Company et al) |
| 75. | Case No. 24-cv-00064 (Stansberry v. 3M Company et al) |
| 76. | Case No. 24-cv-00147 (Rininger v. 3M Company et al) |
| 77. | Case No. 24-cv-00371 (Peterson et al v. 3M Company et al) |

78.    Case No. 24-cv-00375 (Bray v. 3M Company et al)
79.    Case No. 24-cv-00663 (Cormier v. 3M Company et al)
80.    Case No. 24-cv-00668 (Christie v. 3M Company et al)
81.    Case No. 24-cv-00703 (Rider v. 3M Company et al)
82.    Case No. 24-cv-00722 (Shipp v. 3M Company et al)
83.    Case No. 24-cv-00728 (Orallo v. 3M Company et al)
84.    Case No. 24-cv-00731 (Mion v. 3M Company et al)
85.    Case No. 24-cv-00743 (Coss v. 3M Company et al)
86.    Case No. 24-cv-00802 (Hurley v. 3M Company et al)
87.    Case No. 24-cv-00803 (Sills v. 3M Company et al)
88.    Case No. 24-cv-00805 (Keathley v. 3M Company et al)
89.    Case No. 24-cv-00807 (Tipton v. 3M Company et al)
90.    Case No. 24-cv-00810 (Hunt v. 3M Company et al)
91.    Case No. 24-cv-00811 (Graham v. 3M Company et al)
92.    Case No. 24-cv-00817 (Shadron v. 3M Company et al)
93.    Case No. 24-cv-00818 (Oneal v. 3M Company et al)
94.    Case No. 24-cv-00826 (Sneddon v. 3M Company et al)
95.    Case No. 24-cv-00832 (Ashworth v. 3M Company et al)
96.    Case No. 24-cv-00833 (Klutts v. 3M Company et al)
97.    Case No. 24-cv-00835 (Nichols v. 3M Company et al)
98.    Case No. 24-cv-00842 (Wissbroecker v. 3M Company et al)
99.    Case No. 24-cv-00843 (Ollom v. 3M Company et al)
100.    Case No. 24-cv-00845 (Harris v. 3M Company et al)
101.    Case No. 24-cv-00847 (Johnson v. 3M Company et al)
102.    Case No. 24-cv-00848 (Soileau v. 3M Company et al)
103.    Case No. 24-cv-00866 (Tsosie v. 3M Company et al)
104.    Case No. 24-cv-00872 (Wells v. 3M Company et al)
105.    Case No. 24-cv-00879 (Wells v. 3M Company et al)
106.    Case No. 24-cv-00880 (Pinedorrough v. 3M Company et al)
107.    Case No. 24-cv-00884 (Marzullo v. 3M Company et al)
108.    Case No. 24-cv-00893 (Hooper v. 3M Company et al)
109.    Case No. 24-cv-00897 (Monge v. 3M Company et al)
110.    Case No. 24-cv-00920 (Ewing v. 3M Company et al)
111.    Case No. 24-cv-00973 (Eger v. 3M Company et al)
112.    Case No. 24-cv-00983 (Jozefoski v. 3M Company et al)
113.    Case No. 24-cv-00984 (White v. 3M Company et al)
114.    Case No. 24-cv-00991 (Langa v. 3M Company et al)
115.    Case No. 24-cv-00999 (Willis v. 3M Company et al)
116.    Case No. 24-cv-01029 (Collins v. 3M Company et al)
117.    Case No. 24-cv-01044 (Shaffer v. 3M Company et al)
118.    Case No. 24-cv-01045 (White v. 3M Company et al)
119.    Case No. 24-cv-01052 (Vargas v. 3M Company et al)
120.    Case No. 24-cv-01055 (Knudson v. 3M Company et al)

121. Case No. 24-cv-01056 (Zehner v. 3M Company et al)
122. Case No. 24-cv-01149 (Koon v. 3M Company et al)
123. Case No. 24-cv-01150 (Mourey v. 3M Company et al)
124. Case No. 24-cv-01176 (Chapman v. 3M Company et al)
125. Case No. 24-cv-01177 (Gordon v. 3M Company et al)
126. Case No. 24-cv-01183 (Villalobos v. 3M Company et al)
127. Case No. 24-cv-01186 (Malone v. 3M Company et al)
128. Case No. 24-cv-01201 (Carter v. 3M Company et al)
129. Case No. 24-cv-01208 (Haw v. 3M Company et al)
130. Case No. 24-cv-01211 (Willie v. 3M Company et al)
131. Case No. 24-cv-01217 (Valenzuela v. 3M Company et al)
132. Case No. 24-cv-01219 (Lofton v. 3M Company et al)
133. Case No. 24-cv-01222 (Jackson v. 3M Company et al)
134. Case No. 24-cv-01226 (Bailey v. 3M Company et al)
135. Case No. 24-cv-01272 (Ferrando v. 3M Company et al)
136. Case No. 24-cv-01336 (Skerry v. 3M Company et al)
137. Case No. 24-cv-01565 (Laurenti v. 3M Company et al)
138. Case No. 24-cv-01649 (Jones v. 3M Company et al)
139. Case No. 24-cv-01703 (Chavez v. 3M Company et al)
140. Case No. 24-cv-01731 (Luecking et al v. 3M Company et al)
141. Case No. 24-cv-01750 (Braun v. 3M Company et al)
142. Case No. 24-cv-01753 (Andrejco v. 3M Company et al)
143. Case No. 24-cv-01765 (Cauthen v. 3M Company et al)
144. Case No. 24-cv-01767 (McGowan v. 3M Company et al)
145. Case No. 24-cv-01772 (Weder v. 3M Company et al)
146. Case No. 24-cv-01773 (Washell v. 3M Company et al)
147. Case No. 24-cv-01779 (Geist v. 3M Company et al)
148. Case No. 24-cv-01782 (Bates v. 3M Company et al)
149. Case No. 24-cv-01803 (Odom v. 3M Company et al)
150. Case No. 24-cv-01807 (Orth v. 3M Company et al)
151. Case No. 24-cv-01809 (Springer v. 3M Company et al)
152. Case No. 24-cv-01821 (Walker v. 3M Company et al)
153. Case No. 24-cv-01828 (Burris v. 3M Company et al)
154. Case No. 24-cv-01830 (Torriente v. 3M Company et al)
155. Case No. 24-cv-01832 (Stinson v. 3M Company et al)
156. Case No. 24-cv-01834 (Price v. 3M Company et al)
157. Case No. 24-cv-01837 (Morgan v. 3M Company et al)
158. Case No. 24-cv-01864 (Perry v. 3M Company et al)
159. Case No. 24-cv-01866 (Witham v. 3M Company et al)
160. Case No. 24-cv-01867 (Ayers v. 3M Company et al)
161. Case No. 24-cv-01869 (Drake v. 3M Company et al)
162. Case No. 24-cv-01872 (Clements-Jackson v. 3M Company et al)
163. Case No. 24-cv-01874 (Hicks v. 3M Company et al)

164. Case No. 24-cv-01883 (Whitehead v. 3M Company et al)
165. Case No. 24-cv-01911 (Ynfante v. 3M Company et al)
166. Case No. 24-cv-01912 (Hunter v. 3M Company et al)
167. Case No. 24-cv-01916 (Condos v. 3M Company et al)
168. Case No. 24-cv-01918 (Mohr v. 3M Company et al)
169. Case No. 24-cv-01925 (Fain-Shanks v. 3M Company et al)
170. Case No. 24-cv-01934 (Guidry v. 3M Company et al)
171. Case No. 24-cv-01937 (Lewis v. 3M Company et al)
172. Case No. 24-cv-01939 (Scipio v. 3M Company et al)
173. Case No. 24-cv-01964 (Rupp-Albright v. 3M Company et al)
174. Case No. 24-cv-01971 (King v. 3M Company et al)
175. Case No. 24-cv-01972 (Baker v. 3M Company et al)
176. Case No. 24-cv-01973 (Ludwick v. 3M Company et al)
177. Case No. 24-cv-01974 (Haney v. 3M Company et al)
178. Case No. 24-cv-01978 (Carruth v. 3M Company et al)
179. Case No. 24-cv-01991 (Bilden v. 3M Company et al)
180. Case No. 24-cv-01995 (Pollock v. 3M Company et al)
181. Case No. 24-cv-02009 (Tyon v. 3M Company et al)
182. Case No. 24-cv-02015 (Horton v. 3M Company et al)
183. Case No. 24-cv-02017 (Smith v. 3M Company et al)
184. Case No. 24-cv-02033 (Rogers v. 3M Company et al)
185. Case No. 24-cv-02036 (Sherrill v. 3M Company et al)
186. Case No. 24-cv-02041 (Thomas v. 3M Company et al)
187. Case No. 24-cv-02071 (Cash v. 3M Company et al)
188. Case No. 24-cv-02073 (Alter v. 3M Company et al)
189. Case No. 24-cv-02078 (Gollotte v. 3M Company et al)
190. Case No. 24-cv-02088 (Bowling v. 3M Company et al)
191. Case No. 24-cv-02091 (Gallego v. 3M Company et al)
192. Case No. 24-cv-02092 (Ferguson v. 3M Company et al)
193. Case No. 24-cv-02094 (Sarver v. 3M Company et al)
194. Case No. 24-cv-02095 (Green v. 3M Company et al)
195. Case No. 24-cv-02098 (Hill v. 3M Company et al)
196. Case No. 24-cv-02104 (White v. 3M Company et al)
197. Case No. 24-cv-02105 (Morgan v. 3M Company et al)
198. Case No. 24-cv-02106 (Baker v. 3M Company et al)
199. Case No. 24-cv-02107 (Millsap et al v. 3M Company et al)
200. Case No. 24-cv-02108 (Pickard v. 3M Company et al)
201. Case No. 24-cv-02117 (Tucker v. 3M Company et al)
202. Case No. 24-cv-02118 (Williams v. 3M Company et al)
203. Case No. 24-cv-02128 (Tindell v. 3M Company et al)
204. Case No. 24-cv-02131 (Payne v. 3M Company et al)
205. Case No. 24-cv-02132 (Brooks v. 3M Company et al)
206. Case No. 24-cv-02133 (Kirby v. 3M Company et al)

207. Case No. 24-cv-02135 (Garb v. 3M Company et al)
208. Case No. 24-cv-02138 (Strain v. 3M Company et al)
209. Case No. 24-cv-02140 (Collett v. 3M Company et al)
210. Case No. 24-cv-02142 (Hanks v. 3M Company et al)
211. Case No. 24-cv-02143 (Van Damme v. 3M Company et al)
212. Case No. 24-cv-02150 (Mercer v. 3M Company et al)
213. Case No. 24-cv-02152 (Risper v. 3M Company et al)
214. Case No. 24-cv-02153 (Gonzalez v. 3M Company et al)
215. Case No. 24-cv-02210 (Spangler v. 3M Company et al)
216. Case No. 24-cv-02211 (Carpenter v. 3M Company et al)
217. Case No. 24-cv-02212 (Kejbou v. 3M Company et al)
218. Case No. 24-cv-02238 (Gawrys v. 3M Company et al)
219. Case No. 24-cv-02301 (Farrell v. 3M Company et al)
220. Case No. 24-cv-02332 (Adams v. 3M Company et al)
221. Case No. 24-cv-02333 (Fontenot v. 3M Company et al)
222. Case No. 24-cv-02393 (Brownewell v. 3M Company et al)
223. Case No. 24-cv-02394 (Deanda v. 3M Company et al)
224. Case No. 24-cv-02395 (Dunaway v. 3M Company et al)
225. Case No. 24-cv-02399 (Watt v. 3M Company et al)
226. Case No. 24-cv-02412 (Lee v. 3M Company et al)
227. Case No. 24-cv-02414 (Parr v. 3M Company et al)
228. Case No. 24-cv-02433 (Russ v. 3M Company et al)
229. Case No. 24-cv-02435 (Barker v. 3M Company et al)
230. Case No. 24-cv-02523 (Heaton v. 3M Company et al)
231. Case No. 24-cv-02537 (Bourgeois v. 3M Company et al)
232. Case No. 24-cv-02544 (Williams v. 3M Company et al)
233. Case No. 24-cv-02545 (McComb v. 3M Company et al)
234. Case No. 24-cv-02572 (Guinn v. 3M Company et al)
235. Case No. 24-cv-02577 (Meece v. 3M Company et al)
236. Case No. 24-cv-02739 (Norris v. 3M Company et al)
237. Case No. 24-cv-02757 (Jones v. 3M Company et al)
238. Case No. 24-cv-02758 (Russell v. 3M Company et al)
239. Case No. 24-cv-02765 (Ferguson v. 3M Company et al)
240. Case No. 24-cv-02828 (Cummins v. 3M Company et al)
241. Case No. 24-cv-02852 (Hinman-Bickham v. 3M Company et al)
242. Case No. 24-cv-02858 (Johnson v. 3M Company et al)
243. Case No. 24-cv-02907 (Cox et al v. 3M Company et al)
244. Case No. 24-cv-02922 (Poehlmann et al v. 3M Company et al)
245. Case No. 24-cv-02926 (Sensel v. 3M Company et al)
246. Case No. 24-cv-02931 (Taylor v. 3M Company et al)
247. Case No. 24-cv-02961 (Saffell v. 3M Company et al)
248. Case No. 24-cv-02962 (Johnson v. 3M Company et al)
249. Case No. 24-cv-02963 (Steyer v. 3M Company et al)

250. Case No. 24-cv-02986 (Rogers v. 3M Company et al)
251. Case No. 24-cv-02993 (Thomas v. 3M Company et al)
252. Case No. 24-cv-03004 (Powers v. 3M Company et al)
253. Case No. 24-cv-03013 (Antwine v. 3M Company et al)
254. Case No. 24-cv-03020 (Netherton v. 3M Company et al)
255. Case No. 24-cv-03022 (Mires v. 3M Company et al)
256. Case No. 24-cv-03024 (Campbell v. 3M Company et al)
257. Case No. 24-cv-03058 (Zerwonka v. 3M Company et al)
258. Case No. 24-cv-03059 (Holmberg v. 3M Company et al)
259. Case No. 24-cv-03083 (Rangel v. 3M Company et al)
260. Case No. 24-cv-03084 (Jones v. 3M Company et al)
261. Case No. 24-cv-03111 (Brown v. 3M Company et al)
262. Case No. 24-cv-03116 (Miller v. 3M Company et al)
263. Case No. 24-cv-03126 (Ferguson-Hodges v. 3M Company et al)
264. Case No. 24-cv-03173 (Williamson v. 3M Company et al)
265. Case No. 24-cv-03189 (Braun v. 3M Company et al)
266. Case No. 24-cv-03203 (Lancaster v. 3M Company et al)
267. Case No. 24-cv-03210 (Kelsey v. 3M Company et al)
268. Case No. 24-cv-03227 (LaPaglia v. 3M Company et al)
269. Case No. 24-cv-03232 (Debord-Wright v. 3M Company et al)
270. Case No. 24-cv-03266 (Payne v. 3M Company et al)
271. Case No. 24-cv-03269 (Johnson v. 3M Company et al)
272. Case No. 24-cv-03271 (Durham v. 3M Company et al)
273. Case No. 24-cv-03299 (Christian et al v. 3M Company et al)
274. Case No. 24-cv-03330 (Walker v. 3M Company et al)
275. Case No. 24-cv-03346 (Quigley v. 3M Company et al)
276. Case No. 24-cv-03395 (Fincher v. 3M Company et al)
277. Case No. 24-cv-03404 (Rutigliano v. 3M Company et al)
278. Case No. 24-cv-03412 (Cyr v. 3M Company et al)
279. Case No. 24-cv-03413 (Casillas v. 3M Company et al)
280. Case No. 24-cv-03437 (Finnerup v. 3M Company et al)
281. Case No. 24-cv-03439 (Adams v. 3M Company et al)
282. Case No. 24-cv-03440 (Conroy v. 3M Company et al)
283. Case No. 24-cv-03443 (Lujan v. 3M Company et al)
284. Case No. 24-cv-03445 (Arvin v. 3M Company et al)
285. Case No. 24-cv-03454 (McSwiggen v. 3M Company et al)
286. Case No. 24-cv-03459 (Robinson v. 3M Company et al)
287. Case No. 24-cv-03460 (De La Rosa v. 3M Company et al)
288. Case No. 24-cv-03473 (Smith v. 3M Company et al)
289. Case No. 24-cv-03478 (Larson v. 3M Company et al)
290. Case No. 24-cv-03502 (Lee v. 3M Company et al)
291. Case No. 24-cv-03511 (Ford v. 3M Company et al)
292. Case No. 24-cv-03516 (Claeys v. 3M Company et al)

293.    Case No. 24-cv-03534 (Rogers v. 3M Company et al)
294.    Case No. 24-cv-03535 (Ginter v. 3M Company et al)
295.    Case No. 24-cv-03540 (Rider v. 3M Company et al)
296.    Case No. 24-cv-03550 (Rowell v. 3M Company et al)
297.    Case No. 24-cv-03552 (Booker v. 3M Company et al)
298.    Case No. 24-cv-03560 (Lewis v. 3M Company et al)
299.    Case No. 24-cv-03562 (Hilderbrand v. 3M Company et al)
300.    Case No. 24-cv-03568 (Wahlert v. 3M Company et al)
301.    Case No. 24-cv-03589 (Neumeier v. 3M Company et al)
302.    Case No. 24-cv-03604 (Pilcher v. 3M Company et al)
303.    Case No. 24-cv-03609 (Jobe v. 3M Company et al)
304.    Case No. 24-cv-03613 (Flohr v. 3M Company et al)
305.    Case No. 24-cv-03622 (Driggers v. 3M Company et al)
306.    Case No. 24-cv-03624 (Price v. 3M Company et al)
307.    Case No. 24-cv-03632 (Sanderson v. 3M Company et al)
308.    Case No. 24-cv-03634 (Brown v. 3M Company et al)
309.    Case No. 24-cv-03660 (Ball v. 3M Company et al)
310.    Case No. 24-cv-03666 (Newbauer v. 3M Company et al)
311.    Case No. 24-cv-03722 (Thompson v. 3M Company et al)
312.    Case No. 24-cv-03732 (Stille v. 3M Company et al)
313.    Case No. 24-cv-03822 (Strauss v. 3M Company et al)
314.    Case No. 24-cv-03824 (Moody v. 3M Company et al)
315.    Case No. 24-cv-03831 (Estate of Frances Weaver, The v. 3M Company et al)
316.    Case No. 24-cv-03836 (VanNice v. 3M Company et al)
317.    Case No. 24-cv-03842 (Vander Veer v. 3M Company et al)
318.    Case No. 24-cv-03853 (Blades, Jr. v. 3M Company et al)
319.    Case No. 24-cv-03855 (Rakes v. 3M Company et al)
320.    Case No. 24-cv-03856 (Dickens v. 3M Company et al)
321.    Case No. 24-cv-03897 (Lesho v. 3M Company et al)
322.    Case No. 24-cv-03954 (Stokes v. 3M Company et al)
323.    Case No. 24-cv-03957 (Hoxie v. 3M Company et al)
324.    Case No. 24-cv-03985 (Perkyruiter v. 3M Company et al)

In an Amended Order & Report and Recommendation dated July 24, 2025, the

Honorable David T. Schultz, United States Magistrate Judge, recommended that

Defendants' motion to dismiss be granted in part and denied in part.  The Report and

Recommendation recommends that "204 cases be dismissed with prejudice for failing to

serve a PFS within PTO 14's 90-day deadline"; that "15 cases be dismissed with

prejudice for failure to serve a timely, verified PFS"; that "24 loss-of-consortium plaintiffs be dismissed with prejudice for failure to serve a timely, verified PFS"; and that "three cases be dismissed with prejudice based on individual plaintiff's counsel's confirmation that they do not oppose dismissal." The plaintiffs in Case Nos. 18-cv-2437, 18-cv-2780, and 24-cv-3836 objected to the recommendation to dismiss their cases. In response, Defendants conceded that Case Nos. 18-cv-2437 and 24-cv-3836 should not be dismissed, asserted that the plaintiff's objections in Case No. 18-cv-2780 should be overruled, and argued that the Report and Recommendation should otherwise be adopted. Later, the plaintiff in Case No. 24-cv-1565 moved for leave to file late objections to the recommendation to dismiss his case. In response, Defendants conceded that the case should not be dismissed. Based on a de novo review of the record, the Court overrules the objections in Case No. 18-cv-2780 and accepts the recommended disposition [Docket No. 2921] except as modified below.[1] *See* Fed. R. Civ. P. 72(b).

**1.  Case No. 18-cv-2437**

Plaintiff Ronald Gentry objected to the recommendation to dismiss his case. He asserted that Defendants withdrew his case from their motion the day before Magistrate Judge Schultz heard it. Defendants conceded that Gentry's case should not be dismissed. The Court declines to adopt the recommendation to dismiss Case No. 18-cv-2437.

---

[1]    The list of cases to which this Order relates differs from the list that appears in the Amended Order & Report and Recommendation. The following cases have been removed: (1) cases that do not appear in Exhibit A to Defendants' motion (Docket No. 2577-1); (2) Case Nos. 18-cv-2944, 20-cv-25, 23-cv-1691, 23-cv-3020, and 24-cv-3768, which have been dismissed; and (3) Case No. 18-cv-2014, which was withdrawn from Defendants' motion (Docket No. 2610).

2.  **Case No. 18-cv-2780**

Plaintiff Deborah White objected to the recommendation to dismiss her case. The Report and Recommendation recommends that her case be dismissed because she failed to serve a verified PFS by April 4, 2025. Citing an Order dated May 28, 2025, which "restart[s] the PTO 14 process for core deficiencies," White maintained she "still has time remaining to cure [the] purported deficiencies." The May 28 Order states that it "does not moot Defendants' motion to dismiss cases where (i) Plaintiffs failed to serve a PFS; and (ii) Plaintiffs failed to sign and verify the information contained in the PFS" and that "Defendants' motion to dismiss at docket number 2574 remains under advisement[] as to those issues." The Court overrules White's objections and accepts the recommendation to dismiss Case No. 18-cv-2780.

3.  **Case No. 23-cv-3581**

The Report and Recommendation recommends that Case No. 23-cv-3581 be dismissed for failure to serve a timely, verified PFS. Although the plaintiffs did not object, the Court declines to adopt the recommendation to dismiss the case because Defendants withdrew it from their motion to dismiss. (Docket Nos. 2691 & 2703)

4.  **Case No. 24-cv-1565**

Plaintiff George Laurenti moved for leave to file late objections to the recommendation to dismiss his case. In response, Defendants acknowledged that "his case does not meet the R&R's stated criteria for inclusion in the recommendation for dismissal." The Court grants Laurenti's motion for leave to file late objections and declines to adopt the recommendation to dismiss Case No. 24-cv-1565.

5. **Case No. 24-cv-3836**

Plaintiff Jack VanNice objected to the recommendation to dismiss his case. Defendants withdrew his case from their motion at the hearing before Magistrate Judge Schultz. They conceded that VanNice's case should not be dismissed. The Court declines to adopt the recommendation to dismiss Case No. 24-cv-3836.

6. **Nonexistent Plaintiffs**

Defendants moved to dismiss "the loss-of-consortium plaintiff" in many actions. In eleven—Case Nos. 23-cv-1537, 23-cv-1725, 23-cv-1881, 23-cv-1882, 23-cv-2360, 23-cv-3451, 24-cv-64, 24-cv-147, 24-cv-703, 24-cv-826, and 24-cv-1045—there is no such plaintiff. Accordingly, the Court declines to adopt the recommendation to dismiss the loss-of-consortium plaintiff in the eleven cases.[2]

Based on the files, records, and proceedings herein, and for the reasons stated above, IT IS ORDERED THAT:

1.    Defendants' Motion to Dismiss for Failure to Comply with Pretrial Order No. 14, Fed. R. Civ. P. 41(b), or for Failure to Prosecute [Docket No. 2574] is GRANTED IN PART and DENIED IN PART.

2.    The Clerk of Court is directed to file a copy of this Order in the actions to which it relates.

3.    Plaintiff George Laurenti's Motion for Leave to File Objections to Magistrate Judge's Amended Order and Report and Recommendation [Docket No. 2972] is GRANTED. The objections are deemed filed at Docket No. 2972-1.

---

[2]    As stated in the Report and Recommendation, Defendants moved to dismiss a nonexistent plaintiff in still another case: "Defendants seek to dismiss a loss-of-consortium plaintiff in 23-cv-3232 (Jordan) who, as plaintiff[] points out, see Dkt. No. 2672 at 21, does not exist. Therefore, the Court recommends denying the motion to dismiss as to 23-cv-3232 (Jordan)."

4.      In Case No. 23-cv-1188 (Panfili et al v. 3M Company et al), the claims of Daniel Panfili are DISMISSED WITH PREJUDICE.

5.      In Case No. 23-cv-3004 (Monk et al v. 3M Company et al), the claims of Karen Monk are DISMISSED WITH PREJUDICE.

6.      In Case No. 23-cv-3132 (Stanworth et al v. 3M Company et al), the claims of Cherie Stanworth are DISMISSED WITH PREJUDICE.

7.      In Case No. 23-cv-3175 (Redecker-Maercklein et al v. 3M Company et al), the claims of Beth Maercklein are DISMISSED WITH PREJUDICE.

8.      In Case No. 23-cv-3417 (Kazee et al v. 3M Company et al), the claims of Roy Kazee are DISMISSED WITH PREJUDICE.

9.      In Case No. 23-cv-3447 (Sanderson et al v. 3M Company et al), the claims of Ellen Sanderson are DISMISSED WITH PREJUDICE.

10.     In Case No. 23-cv-3490 (Smith et al v. 3M Company et al), the claims of James Smith are DISMISSED WITH PREJUDICE.

11.     In Case No. 23-cv-3495 (Tracy et al v. 3M Company et al), the claims of Jeffrey Tracy are DISMISSED WITH PREJUDICE.

12.     In Case No. 23-cv-3502 (Talmadge et al v. 3M Company et al), the claims of Veronica Talmadge are DISMISSED WITH PREJUDICE.

13.     In Case No. 23-cv-3522 (Thomas et al v. 3M Company et al), the claims of Shanna Thomas are DISMISSED WITH PREJUDICE.

14.     In Case No. 23-cv-3645 (Reyna et al v. 3M Company et al), the claims of Mary Jane Reyna are DISMISSED WITH PREJUDICE.

15.     In Case No. 24-cv-37 (Stopher et al v. 3M Company et al), the claims of Rosemary Stopher are DISMISSED WITH PREJUDICE.

16.     The following actions are DISMISSED WITH PREJUDICE.  In each action, the Clerk of Court is directed to enter judgment.

    1)      Case No. 17-cv-04101 (Gomez v. 3M Company et al)
    2)      Case No. 17-cv-04116 (Collins v. 3M Company et al)
    3)      Case No. 17-cv-04263 (Cunningham v. 3M Company et al)
    4)      Case No. 18-cv-02082 (English v. 3M Company et al)
    5)      Case No. 18-cv-02780 (White v. 3M Company)
    6)      Case No. 18-cv-02938 (Albert, Jr. v. 3M Company et al)

7) Case No. 18-cv-03011 (Jones v. 3M Company et al)
8) Case No. 19-cv-00052 (Shookhoff et al v. 3M Company et al)
9) Case No. 19-cv-00477 (Gordon v. 3M Company et al)
10) Case No. 19-cv-00709 (Bowers v. 3M Company et al)
11) Case No. 20-cv-00513 (Day v. 3M Company et al)
12) Case No. 22-cv-00037 (Gibson v. 3M Company et al)
13) Case No. 22-cv-02107 (Crockett v. 3M Company et al)
14) Case No. 22-cv-02160 (Hanson v. 3M Company et al)
15) Case No. 22-cv-02231 (Jordan v. 3M Company et al)
16) Case No. 22-cv-02259 (Hassan v. 3M Company et al)
17) Case No. 23-cv-00960 (Jordan v. 3M Company et al)
18) Case No. 23-cv-00972 (Pillar et al v. 3M Company et al)
19) Case No. 23-cv-01020 (Palmer v. 3M Company et al)
20) Case No. 23-cv-01091 (Reeves v. 3M Company et al)
21) Case No. 23-cv-01410 (Manning v. 3M Company et al)
22) Case No. 23-cv-01492 (Davis v. 3M Company et al)
23) Case No. 23-cv-01635 (Vanhoose v. 3M Company et al)
24) Case No. 23-cv-01687 (Pepple v. 3M Company et al)
25) Case No. 23-cv-01828 (Scott v. 3M Company et al)
26) Case No. 23-cv-01910 (Godbolt v. 3M Company et al)
27) Case No. 23-cv-02065 (Behrend v. 3M Company et al)
28) Case No. 23-cv-02087 (Bagnas v. 3M Company et al)
29) Case No. 23-cv-02088 (Mays v. 3M Company et al)
30) Case No. 23-cv-02141 (Rawls v. 3M Company et al)
31) Case No. 23-cv-02150 (Hardin v. 3M Company et al)
32) Case No. 23-cv-02590 (Aguilar et al v. 3M Company et al)
33) Case No. 23-cv-02662 (Skidmore v. 3M Company et al)
34) Case No. 23-cv-03117 (Bemo v. 3M Company et al)
35) Case No. 23-cv-03493 (Bryant et al v. 3M Company et al)
36) Case No. 23-cv-03694 (Bystrack v. 3M Company et al)
37) Case No. 24-cv-00375 (Bray v. 3M Company et al)
38) Case No. 24-cv-00668 (Christie v. 3M Company et al)
39) Case No. 24-cv-00728 (Orallo v. 3M Company et al)
40) Case No. 24-cv-00731 (Mion v. 3M Company et al)
41) Case No. 24-cv-00743 (Coss v. 3M Company et al)
42) Case No. 24-cv-00802 (Hurley v. 3M Company et al)
43) Case No. 24-cv-00803 (Sills v. 3M Company et al)
44) Case No. 24-cv-00805 (Keathley v. 3M Company et al)
45) Case No. 24-cv-00811 (Graham v. 3M Company et al)
46) Case No. 24-cv-00817 (Shadron v. 3M Company et al)
47) Case No. 24-cv-00818 (Oneal v. 3M Company et al)
48) Case No. 24-cv-00833 (Klutts v. 3M Company et al)
49) Case No. 24-cv-00835 (Nichols v. 3M Company et al)

50) Case No. 24-cv-00842 (Wissbroecker v. 3M Company et al)
51) Case No. 24-cv-00843 (Ollom v. 3M Company et al)
52) Case No. 24-cv-00845 (Harris v. 3M Company et al)
53) Case No. 24-cv-00847 (Johnson v. 3M Company et al)
54) Case No. 24-cv-00848 (Soileau v. 3M Company et al)
55) Case No. 24-cv-00866 (Tsosie v. 3M Company et al)
56) Case No. 24-cv-00872 (Wells v. 3M Company et al)
57) Case No. 24-cv-00879 (Wells v. 3M Company et al)
58) Case No. 24-cv-00880 (Pinedorrough v. 3M Company et al)
59) Case No. 24-cv-00884 (Marzullo v. 3M Company et al)
60) Case No. 24-cv-00893 (Hooper v. 3M Company et al)
61) Case No. 24-cv-00897 (Monge v. 3M Company et al)
62) Case No. 24-cv-00920 (Ewing v. 3M Company et al)
63) Case No. 24-cv-00973 (Eger v. 3M Company et al)
64) Case No. 24-cv-00983 (Jozefoski v. 3M Company et al)
65) Case No. 24-cv-00984 (White v. 3M Company et al)
66) Case No. 24-cv-00999 (Willis v. 3M Company et al)
67) Case No. 24-cv-01029 (Collins v. 3M Company et al)
68) Case No. 24-cv-01044 (Shaffer v. 3M Company et al)
69) Case No. 24-cv-01052 (Vargas v. 3M Company et al)
70) Case No. 24-cv-01055 (Knudson v. 3M Company et al)
71) Case No. 24-cv-01149 (Koon v. 3M Company et al)
72) Case No. 24-cv-01150 (Mourey v. 3M Company et al)
73) Case No. 24-cv-01176 (Chapman v. 3M Company et al)
74) Case No. 24-cv-01177 (Gordon v. 3M Company et al)
75) Case No. 24-cv-01183 (Villalobos v. 3M Company et al)
76) Case No. 24-cv-01208 (Haw v. 3M Company et al)
77) Case No. 24-cv-01211 (Willie v. 3M Company et al)
78) Case No. 24-cv-01217 (Valenzuela v. 3M Company et al)
79) Case No. 24-cv-01222 (Jackson v. 3M Company et al)
80) Case No. 24-cv-01226 (Bailey v. 3M Company et al)
81) Case No. 24-cv-01272 (Ferrando v. 3M Company et al)
82) Case No. 24-cv-01336 (Skerry v. 3M Company et al)
83) Case No. 24-cv-01649 (Jones v. 3M Company et al)
84) Case No. 24-cv-01703 (Chavez v. 3M Company et al)
85) Case No. 24-cv-01731 (Luecking et al v. 3M Company et al)
86) Case No. 24-cv-01750 (Braun v. 3M Company et al)
87) Case No. 24-cv-01765 (Cauthen v. 3M Company et al)
88) Case No. 24-cv-01767 (McGowan v. 3M Company et al)
89) Case No. 24-cv-01772 (Weder v. 3M Company et al)
90) Case No. 24-cv-01779 (Geist v. 3M Company et al)
91) Case No. 24-cv-01807 (Orth v. 3M Company et al)
92) Case No. 24-cv-01809 (Springer v. 3M Company et al)

93) Case No. 24-cv-01821 (Walker v. 3M Company et al)
94) Case No. 24-cv-01828 (Burris v. 3M Company et al)
95) Case No. 24-cv-01830 (Torriente v. 3M Company et al)
96) Case No. 24-cv-01834 (Price v. 3M Company et al)
97) Case No. 24-cv-01864 (Perry v. 3M Company et al)
98) Case No. 24-cv-01866 (Witham v. 3M Company et al)
99) Case No. 24-cv-01867 (Ayers v. 3M Company et al)
100) Case No. 24-cv-01869 (Drake v. 3M Company et al)
101) Case No. 24-cv-01872 (Clements-Jackson v. 3M Company et al)
102) Case No. 24-cv-01874 (Hicks v. 3M Company et al)
103) Case No. 24-cv-01911 (Ynfante v. 3M Company et al)
104) Case No. 24-cv-01912 (Hunter v. 3M Company et al)
105) Case No. 24-cv-01916 (Condos v. 3M Company et al)
106) Case No. 24-cv-01918 (Mohr v. 3M Company et al)
107) Case No. 24-cv-01925 (Fain-Shanks v. 3M Company et al)
108) Case No. 24-cv-01934 (Guidry v. 3M Company et al)
109) Case No. 24-cv-01971 (King v. 3M Company et al)
110) Case No. 24-cv-01973 (Ludwick v. 3M Company et al)
111) Case No. 24-cv-01974 (Haney v. 3M Company et al)
112) Case No. 24-cv-01978 (Carruth v. 3M Company et al)
113) Case No. 24-cv-01995 (Pollock v. 3M Company et al)
114) Case No. 24-cv-02033 (Rogers v. 3M Company et al)
115) Case No. 24-cv-02036 (Sherrill v. 3M Company et al)
116) Case No. 24-cv-02041 (Thomas v. 3M Company et al)
117) Case No. 24-cv-02071 (Cash v. 3M Company et al)
118) Case No. 24-cv-02073 (Alter v. 3M Company et al)
119) Case No. 24-cv-02078 (Gollotte v. 3M Company et al)
120) Case No. 24-cv-02088 (Bowling v. 3M Company et al)
121) Case No. 24-cv-02091 (Gallego v. 3M Company et al)
122) Case No. 24-cv-02092 (Ferguson v. 3M Company et al)
123) Case No. 24-cv-02095 (Green v 3M Company et al)
124) Case No. 24-cv-02098 (Hill v. 3M Company et al)
125) Case No. 24-cv-02104 (White v. 3M Company et al)
126) Case No. 24-cv-02106 (Baker v. 3M Company et al)
127) Case No. 24-cv-02107 (Millsap et al v. 3M Company et al)
128) Case No. 24-cv-02108 (Pickard v. 3M Company et al)
129) Case No. 24-cv-02117 (Tucker v. 3M Company et al)
130) Case No. 24-cv-02118 (Williams v. 3M Company et al)
131) Case No. 24-cv-02128 (Tindell v. 3M Company et al)
132) Case No. 24-cv-02132 (Brooks v. 3M Company et al)
133) Case No. 24-cv-02135 (Garb v. 3M Company et al)
134) Case No. 24-cv-02138 (Strain v. 3M Company et al)
135) Case No. 24-cv-02140 (Collett v. 3M Company et al)

136)  Case No. 24-cv-02142 (Hanks v. 3M Company et al)
137)  Case No. 24-cv-02143 (Van Damme v. 3M Company et al)
138)  Case No. 24-cv-02150 (Mercer v. 3M Company et al)
139)  Case No. 24-cv-02210 (Spangler v. 3M Company et al)
140)  Case No. 24-cv-02212 (Kejbou v. 3M Company et al)
141)  Case No. 24-cv-02238 (Gawrys v. 3M Company et al)
142)  Case No. 24-cv-02301 (Farrell v. 3M Company et al)
143)  Case No. 24-cv-02393 (Brownewell v. 3M Company et al)
144)  Case No. 24-cv-02394 (Deanda v. 3M Company et al)
145)  Case No. 24-cv-02395 (Dunaway v. 3M Company et al)
146)  Case No. 24-cv-02399 (Watt v. 3M Company et al)
147)  Case No. 24-cv-02412 (Lee v. 3M Company et al)
148)  Case No. 24-cv-02433 (Russ v. 3M Company et al)
149)  Case No. 24-cv-02523 (Heaton v. 3M Company et al)
150)  Case No. 24-cv-02537 (Bourgeois v. 3M Company et al)
151)  Case No. 24-cv-02544 (Williams v. 3M Company et al)
152)  Case No. 24-cv-02545 (McComb v. 3M Company et al)
153)  Case No. 24-cv-02572 (Guinn v. 3M Company et al)
154)  Case No. 24-cv-02577 (Meece v. 3M Company et al)
155)  Case No. 24-cv-02739 (Norris v. 3M Company et al)
156)  Case No. 24-cv-02757 (Jones v. 3M Company et al)
157)  Case No. 24-cv-02852 (Hinman-Bickham v. 3M Company et al)
158)  Case No. 24-cv-02907 (Cox et al v. 3M Company et al)
159)  Case No. 24-cv-02922 (Poehlmann et al v. 3M Company et al)
160)  Case No. 24-cv-02926 (Sensel v. 3M Company et al)
161)  Case No. 24-cv-02931 (Taylor v. 3M Company et al)
162)  Case No. 24-cv-02961 (Saffell v. 3M Company et al)
163)  Case No. 24-cv-02962 (Johnson v. 3M Company et al)
164)  Case No. 24-cv-02963 (Steyer v. 3M Company et al)
165)  Case No. 24-cv-02993 (Thomas v. 3M Company et al)
166)  Case No. 24-cv-03004 (Powers v. 3M Company et al)
167)  Case No. 24-cv-03013 (Antwine v. 3M Company et al)
168)  Case No. 24-cv-03020 (Netherton v. 3M Company et al)
169)  Case No. 24-cv-03022 (Mires v. 3M Company et al)
170)  Case No. 24-cv-03024 (Campbell v. 3M Company et al)
171)  Case No. 24-cv-03058 (Zerwonka v. 3M Company et al)
172)  Case No. 24-cv-03059 (Holmberg v. 3M Company et al)
173)  Case No. 24-cv-03083 (Rangel v. 3M Company et al)
174)  Case No. 24-cv-03084 (Jones v. 3M Company et al)
175)  Case No. 24-cv-03116 (Miller v. 3M Company et al)
176)  Case No. 24-cv-03126 (Ferguson-Hodges v. 3M Company et al)
177)  Case No. 24-cv-03173 (Williamson v. 3M Company et al)
178)  Case No. 24-cv-03189 (Braun v. 3M Company et al)

179)   Case No. 24-cv-03203 (Lancaster v. 3M Company et al)
180)   Case No. 24-cv-03266 (Payne v. 3M Company et al)
181)   Case No. 24-cv-03271 (Durham v. 3M Company et al)
182)   Case No. 24-cv-03395 (Fincher v. 3M Company et al)
183)   Case No. 24-cv-03404 (Rutigliano v. 3M Company et al)
184)   Case No. 24-cv-03412 (Cyr v. 3M Company et al)
185)   Case No. 24-cv-03413 (Casillas v. 3M Company et al)
186)   Case No. 24-cv-03437 (Finnerup v. 3M Company et al)
187)   Case No. 24-cv-03439 (Adams v. 3M Company et al)
188)   Case No. 24-cv-03443 (Lujan v. 3M Company et al)
189)   Case No. 24-cv-03445 (Arvin v. 3M Company et al)
190)   Case No. 24-cv-03454 (McSwiggen v. 3M Company et al)
191)   Case No. 24-cv-03459 (Robinson v. 3M Company et al)
192)   Case No. 24-cv-03460 (De La Rosa v. 3M Company et al)
193)   Case No. 24-cv-03478 (Larson v. 3M Company et al)
194)   Case No. 24-cv-03502 (Lee v. 3M Company et al)
195)   Case No. 24-cv-03511 (Ford v. 3M Company et al)
196)   Case No. 24-cv-03535 (Ginter v. 3M Company et al)
197)   Case No. 24-cv-03540 (Rider v. 3M Company et al)
198)   Case No. 24-cv-03550 (Rowell v. 3M Company et al)
199)   Case No. 24-cv-03552 (Booker v. 3M Company et al)
200)   Case No. 24-cv-03560 (Lewis v. 3M Company et al)
201)   Case No. 24-cv-03562 (Hilderbrand v. 3M Company et al)
202)   Case No. 24-cv-03589 (Neumeier v. 3M Company et al)
203)   Case No. 24-cv-03609 (Jobe v. 3M Company et al)
204)   Case No. 24-cv-03613 (Flohr v. 3M Company et al)
205)   Case No. 24-cv-03622 (Driggers v. 3M Company et al)
206)   Case No. 24-cv-03632 (Sanderson v. 3M Company et al)
207)   Case No. 24-cv-03634 (Brown v. 3M Company et al)
208)   Case No. 24-cv-03822 (Strauss v. 3M Company et al)
209)   Case No. 24-cv-03824 (Moody v. 3M Company et al)
210)   Case No. 24-cv-03855 (Rakes v. 3M Company et al)
211)   Case No. 24-cv-03856 (Dickens v. 3M Company et al)
212)   Case No. 24-cv-03897 (Lesho v. 3M Company et al)
213)   Case No. 24-cv-03954 (Stokes v. 3M Company et al)
214)   Case No. 24-cv-03957 (Hoxie v. 3M Company et al)

Dated: October 14, 2025

s/Joan N. Ericksen
JOAN N. ERICKSEN
United States District Judge