October 20, 2025

VIA ECF

The Honorable David T. Schultz
Magistrate Judge, District of Minnesota
United States District Court
9E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

**NORTON ROSE FULBRIGHT**

Norton Rose Fulbright US LLP
60 South Sixth Street, Suite 3100
Minneapolis, Minnesota  55402
United States of America

**Ben Hulse**
**Partner**
Direct line +1 612 321 2272
ben.hulse@nortonrosefulbright.com

Tel +1 612 321 2800
Fax +1 612 321 2288
nortonrosefulbright.com

Re:   *In re Bair Hugger*, MDL No. 15-2666-JNE-DTS – Response to Oct. 15, 2025 McDonald Worley Letter (Dkt. No. 3127)

Dear Judge Schultz:

I am writing in response to the letter submitted by Matthew Yezierski of the McDonald Worley law firm on October 15, 2025 (Dkt. No. 3127) regarding the Court's July 31, 2025 Order to Show Cause (Dkt. No. 2932) and the September 10, 2025 Order (Dkt. No. 3035).

After assuring the Court in September that a set of Plaintiffs had "substantially completed" their PFSs "and need only the Verification and Authorization forms signed in order to serve the PFS[]s," (Dkt. No. 3027), counsel for McDonald Worley now concedes dismissal is appropriate for over twenty of these cases, and requests even more time to serve PFSs in eight cases.[1] (*Id*.) Plaintiffs do not dispute that they (i) failed to serve verified PFSs in these cases by the October 2 deadline, (ii) were notified on September 2 that the files purportedly containing PFSs for three of these Plaintiffs were not able to be opened, and (iii) never responded to the September 2 communication. Plaintiffs instead belatedly request an additional extension *after* the lapse of the extended October 2 deadline to serve the verified PFSs.

Under PTO 14, Plaintiffs had 90 days to serve a verified PFS after they filed their complaint. Only after those 90 days passed were they placed on List 1, which was

---

[1]   The eight cases are: *Sadlowski* (25-cv-01166); *Underwood* (25-cv-01206); *Woodruff* (25-cv-00274); *Whited* (25-cv-00989); *McCants* (25-cv-01269); *Freedman* (25-cv-00271); *Rozek* (25-cv-00514); *Walkey* (25-cv-00616). However, although not raised by Plaintiffs' counsel, upon further review, *Whited* (25-cv-00989) served a verified PFS on October 2 and should now be subject to the regular PTO 14 process..

Norton Rose Fulbright US LLP is a limited liability partnership registered under the laws of Texas.

Norton Rose Fulbright US LLP, Norton Rose Fulbright LLP, Norton Rose Fulbright Australia, Norton Rose Fulbright Canada LLP and Norton Rose Fulbright South Africa Inc are separate legal entities and all of them are members of Norton Rose Fulbright Verein, a Swiss verein. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients. Details of each entity, with certain regulatory information, are available at nortonrosefulbright.com.

The Honorable David T. Schultz
Page 2
October 20, 2025

NORTON ROSE FULBRIGHT

circulated nearly three months ago on July 23, 2025. Plaintiffs were then placed on an Order to Show Cause, with a deadline of August 28, 2025 to serve verified PFSs. Nearly a week after the August deadline passed, Plaintiffs filed a letter requesting an extension until October 2, 2025 to serve verified PFSs. (Dkt. No. 3027.) The Court warned Plaintiffs in its September 10, 2025 order granting this request, that "requests for extension will not be routinely granted." (Dkt. No. 3035.) After once again failing to meet their deadline to serve verified PFSs on October 2, Plaintiffs did not even request an extension until nearly two weeks later.

The Court should not entertain these repeated, after-the-fact requests for extensions. "Every time a PFS is filed late, that is a violation of a court order." (Dkt. No. 3035.) Further, every extension requires extensive work for Defendants to track new subsets of plaintiffs with new deadlines, monitor compliance, and update the Court. This also burdens the Court.

The Court should dismiss these cases because they have failed multiple times to submit a verified PFS by the Court-ordered deadline.

Very truly yours,

*/s/ Benjamin W. Hulse*

Benjamin W. Hulse
Co-lead Counsel for Defendants