**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION

MDL No. 15-2666 (JNE/DTS)

**ORDER TO SHOW CAUSE**

This Order Relates to:

19-cv-01630 (*Brown, John*)
25-cv-01596 (*Jewell, Michael*)
25-cv-01601 (*Collins, Sherry*)
25-cv-01620 (*Temple, Jason*)
25-cv-01625 (*Tanner, Kem*)
25-cv-01626 (*Trela, Robert*)
25-cv-01631 (*Slinger, Joseph*)
25-cv-01637 (*Vierra, Michael*)
25-cv-01639 (*Perkins, Linda*)
25-cv-01641 (*Dingman, Robert*)
25-cv-01645 (*Barrera, Patricia*)
25-cv-01652 (*Lininger, Jaydee*)
25-cv-01653 (*Sutterfield, Gerald*)
25-cv-01654 (*Fishel, Dean and Leona Pankrats*)
25-cv-01658 (*Fuller, Michael and Denice*)
25-cv-01661 (*Hallford, Pamela Jean*)
25-cv-01686 (*Calhoun, Marty*)
25-cv-01687 (*Batton, Voris*)
25-cv-01706 (*Coyne, James*)
25-cv-01707 (*Brown, Joseph*)
25-cv-01711 (*Kelly, Patrick*)
25-cv-01714 (*Burke, John*)
25-cv-01728 (*Amiotte, George*)
25-cv-01741 (*Palmer, Myron*)
25-cv-01757 (*Nelson, Ann*)
25-cv-01758 (*Huston, Cheryl*)
25-cv-01765 (*Baldwin, Rosemary*)
25-cv-01767 (*Stroud, William*)
25-cv-01768 (*Fletcher, Shelley*)
25-cv-01773 (*Dean, Michael and Jane Dean*)
25-cv-01790 (*Mallory, Deborah*)
25-cv-01791 (*Anderson, Roy*)
25-cv-01792 (*Snyder, Paul*)
25-cv-01794 (*King, Connie*)
25-cv-01795 (*Rivers (Winter), Valerie*)
25-cv-01802 (*Iervolino, Lucille*)
25-cv-01806 (*Ulrich, Tammy*)
25-cv-01809 (*Stout, Jesse*)

---

25-cv-01817 (*Maston, Cathy*)
25-cv-01821 (*Crafard, James*)
25-cv-01827 (*Black, Brenda*)
25-cv-01831 (*Bli, Lyn*)
25-cv-01833 (*Goodin, Rachel*)
25-cv-01836 (*Robbins, Thomas Jr.*)
25-cv-01842 (*Durbahn, David*)
25-cv-01865 (*Martino, Samuel*)
25-cv-01872 (*Schroeder, Deborah*)
25-cv-01875 (*Bishop, Sandra*)
25-cv-01877 (*Vallie, Corey*)
25-cv-01878 (*Atwood, Lesa*)
25-cv-01880 (*Figg, Brenda*)
25-cv-01889 (*Pope, Teresa*)
25-cv-01893 (*Wagner, Timothy*)
25-cv-01898 (*Schultz, Leo*)
25-cv-01901 (*Smith, Alice and Charles*)
25-cv-01903 (*Provost, Michael*)
25-cv-01905 (*Quick, Lynn*)
25-cv-01921 (*Wagner-Sala, Carolyn*)
25-cv-01922 (*Keuntjes, Mark*)
25-cv-01923 (*Cook, Kendall*)
25-cv-01924 (*Linney, Fawna*)
25-cv-01932 (*Green, Tiffany*)
25-cv-01955 (*Burk, Sharon and Earl*)
25-cv-01979 (*Lubarsky, Jennifer*)
25-cv-01998 (*Craft, James*)
25-cv-02019 (*Grannis, Marsha*)
25-cv-02023 (*Files, James and Effie Regina*)
25-cv-02051 (*Kesti, Ann*)
25-cv-02052 (*Welton, Teresa*)
25-cv-02092 (*Gordon, Stacey*)
25-cv-02194 (*Uszynski, Thomas*)
25-cv-02258 (*Inlow, David*)
25-cv-02259 (*McClain, Carlos*)
25-cv-02295 (*Silberman, John*)
25-cv-02351 (*Choate, Ronald*)
25-cv-02372 (*Rogers, James*)
25-cv-02374 (*Williams, Gary*)
25-cv-02416 (*Bacon, Rebecca*)
25-cv-02425 (*Weathers, Patricia*)
25-cv-02442 (*Kittel, Mary and Robert*)
25-cv-02460 (*Graham, Douglas*)
25-cv-02462 (*McGill, Thomas*)
25-cv-02479 (*Costa, Robin*)
25-cv-02480 (*Baca, Henry*)
25-cv-02481 (*Moore, Carlos*)

On July 16, 2025, the Court issued an order adopting a clear process for dismissing cases in which plaintiffs fail to timely serve a PFS under Pretrial Order No. 14. Dkt. No. 2906. Per this order, Defendants are to circulate a list identifying cases in which plaintiffs have failed to serve a PFS, and if plaintiffs dispute the accuracy of Defendants' list, plaintiffs are to raise the issue at the status conference. After each status conference, the Court will enter an order to show cause directing the listed plaintiffs to either serve a PFS before the next status conference or appear and explain why their case should not be dismissed for failure to comply with PTO 14.

## I. List 1 Cases Circulated on August 25, 2025.

On August 25, 2025, Defendants circulated a list of cases in which plaintiffs failed to serve a PFS (August List 1). At the August 28, 2025 status conference, the Court explained that it would delay its next order to show cause until the October 2, 2025 status conference, and would direct plaintiffs to serve verified PFSs by the November 2025 status conference or appear and show good cause as to why their case should not be dismissed for failure to comply with PTO 14. Dkt. No. 3035. Defendants received verified PFSs in many of these cases, however plaintiffs in 69 cases still have failed to submit a verified PFS. Therefore, 69 cases from the August List 1 must either serve a PFS before the November 3, 2025 hearing or appear and show good cause why their case should not be dismissed for failure to comply with PTO 14. Many cases on the August List 1 are already subject to one of the Court's Reports and Recommendations (Dkt. No. 2921, Dkt. No. 2951, Dkt. 3035), and are thus not included in this Order.

## II. List 1 Cases Circulated on September 26, 2025.

On September 26, 2025, Defendants circulated a list of cases in which plaintiffs failed to serve a PFS (September List 1). At the October 2, 2025 status conference, no plaintiff disputed the accuracy of the list. Therefore, 16 cases on the September List 1 must either serve a PFS before the next regularly scheduled status conference (November 3, 2025) or appear and show good cause why their case should not be dismissed for failure to comply with PTO 14. Many cases on the September List 1 are already subject to one of the Court's Reports and Recommendations (Dkt. No. 2921, Dkt. No. 2951, Dkt. 3035) or were on the August List 1.

Plaintiffs in the following cases—69 cases from the August List 1 and 16 cases from the September List 1—must either serve a verified PFS before the next status conference (November 3, 2025) or appear and demonstrate good cause why their case should not be dismissed for failure to comply with PTO 14:

| Case Number | Title[1] | Date Filed | Date Due | Firm Name |
|---|---|---|---|---|
| 19-cv-01630 | Brown v. 3M Co. et al. | 6/21/2019 | 9/19/2019 | Law Offices of Charles H Johnson |
| 25-cv-01596 | Jewell v. 3M Co. et al. | 4/21/2025 | 7/20/2025 | Rosen Injury Lawyers |
| 25-cv-01601 | Collins v. 3M Co. et al. | 4/22/2025 | 7/21/2025 | Rosen Injury Lawyers |
| 25-cv-01620 | Temple v. 3M Co. et al.** | 4/22/2025 | 7/21/2025 | McDonald Worley |
| 25-cv-01625 | Tanner v. 3M Co. et al. | 4/23/2025 | 7/22/2025 | McDonald Worley |
| 25-cv-01626 | Trela v. 3M Co. et al. | 4/23/2025 | 7/22/2025 | McDonald Worley |

[1] An "*" indicates a PFS was served but lacked a verification. A "**" indicates that a PFS was served, but the signature was not dated.

| | | | | |
|---|---|---|---|---|
| 25-cv-01631 | Slinger v. 3M Co. et al. | 4/23/2025 | 7/22/2025 | McDonald Worley |
| 25-cv-01637 | Vierra v. 3M Co. et al. | 4/23/2025 | 7/22/2025 | Walston, PC |
| 25-cv-01639 | Perkins v. 3M Co. et al. | 4/23/2025 | 7/22/2025 | Walston, PC |
| 25-cv-01641 | Dingman v. 3M Co. et al. | 4/23/2025 | 7/22/2025 | Walston, PC |
| 25-cv-01645 | Barrera, Patricia v. 3M Co. et al. | 4/23/2025 | 7/22/2025 | Walston, PC |
| 25-cv-01652 | Lininger v. 3M Co. et al. | 4/23/2025 | 7/22/2025 | Walston, PC |
| 25-cv-01653 | Sutterfield v. 3M Co. et al.* | 4/23/2025 | 7/22/2025 | Walston, PC |
| 25-cv-01654 | Fishel, et al. v. 3M Co. et al. | 4/23/2025 | 7/22/2025 | Walston, PC |
| 25-cv-01658 | Fuller, et al. v. 3M Co. et al. | 4/23/2025 | 7/22/2025 | Walston, PC |
| 25-cv-01661 | Hallford v. 3M Co. et al. | 4/23/2025 | 7/22/2025 | Walston, PC |
| 25-cv-01686 | Calhoun v. 3M Co. et al. | 4/23/2025 | 7/22/2025 | Walston, PC |
| 25-cv-01687 | Batton v. 3M Co. et al. | 4/23/2025 | 7/22/2025 | Walston, PC |
| 25-cv-01706 | Coyne v. 3M Co. et al. | 4/25/2025 | 7/24/2025 | McDonald Worley |
| 25-cv-01707 | Brown v. 3M Co. et al. | 4/25/2025 | 7/24/2025 | McDonald Worley |
| 25-cv-01711 | Kelly v. 3M Co. et al. | 4/25/2025 | 7/24/2025 | McDonald Worley |
| 25-cv-01714 | Burke v. 3M Co. et al. | 4/25/2025 | 7/24/2025 | McDonald Worley |
| 25-cv-01728 | Amiotte v. 3M Co. et al. | 4/25/2025 | 7/24/2025 | McDonald Worley |
| 25-cv-01741 | Palmer v. 3M Co. et al. | 4/27/2025 | 7/26/2025 | McDonald Worley |
| 25-cv-01757 | Nelson v. 3M Co. et al.* | 4/28/2025 | 7/27/2025 | Walston, PC |

| | | | | |
|---|---|---|---|---|
| 25-cv-01758 | Huston v. 3M Co. et al.* | 4/28/2025 | 7/27/2025 | Walston, PC |
| 25-cv-01765 | Baldwin v. 3M Co. et al. | 4/28/2025 | 7/27/2025 | Walston, PC |
| 25-cv-01767 | Stroud v. 3M Co. et al. | 4/28/2025 | 7/27/2025 | Walston, PC |
| 25-cv-01768 | Fletcher v. 3M Co. et al. | 4/28/2025 | 7/27/2025 | Walston, PC |
| 25-cv-01773 | Dean, et al. v. 3M Co. et al. | 4/28/2025 | 7/27/2025 | Walston, PC |
| 25-cv-01790 | Mallory, Deborah v. 3M Co. et al. | 4/29/2025 | 7/28/2025 | Walston, PC |
| 25-cv-01791 | Anderson v. 3M Co. et al. | 4/29/2025 | 7/28/2025 | Walston, PC |
| 25-cv-01792 | Snyder v. 3M Co. et al. | 4/29/2025 | 7/28/2025 | Walston, PC |
| 25-cv-01794 | King v. 3M Co. et al.* | 4/29/2025 | 7/28/2025 | Walston, PC |
| 25-cv-01795 | Rivers (Winter) v. 3M Co. et al. | 4/29/2025 | 7/28/2025 | Walston, PC |
| 25-cv-01802 | Iervolino v. 3M Co. et al. | 4/29/2025 | 7/28/2025 | Walston, PC |
| 25-cv-01806 | Ulrich, Tammy v. 3M Co. et al. | 4/29/2025 | 7/28/2025 | Walston, PC |
| 25-cv-01809 | Stout v. 3M Co. et al. | 4/29/2025 | 7/28/2025 | Walston, PC |
| 25-cv-01817 | Maston v. 3M Co. et al. | 4/29/2025 | 7/28/2025 | Walston, PC |
| 25-cv-01821 | Crafard v. 3M Co. et al. | 4/29/2025 | 7/28/2025 | Walston, PC |
| 25-cv-01827 | Black v. 3M Co. et al. | 4/29/2025 | 7/28/2025 | Walston, PC |
| 25-cv-01831 | Bli v. 3M Co. et al. | 4/29/2025 | 7/28/2025 | Walston, PC |
| 25-cv-01833 | Goodin v. 3M Co. et al. | 4/29/2025 | 7/28/2025 | Walston, PC |
| 25-cv-01836 | Robbins v. 3M Co. et al. | 4/29/2025 | 7/28/2025 | Walston, PC |

| | | | | |
|---|---|---|---|---|
| 25-cv-01842 | Durbahn v. 3M Co. et al. | 4/29/2025 | 7/28/2025 | Walston, PC |
| 25-cv-01865 | Martino v. 3M Co. et al. | 4/30/2025 | 7/29/2025 | Walston, PC |
| 25-cv-01872 | Schroeder v. 3M Co. et al. | 4/30/2025 | 7/29/2025 | Walston, PC |
| 25-cv-01875 | Bishop v. 3M Co. et al. | 4/30/2025 | 7/29/2025 | Walston, PC |
| 25-cv-01877 | Vallie v. 3M Co. et al. | 4/30/2025 | 7/29/2025 | Walston, PC |
| 25-cv-01878 | Atwood v. 3M Co. et al. | 4/30/2025 | 7/29/2025 | Walston, PC |
| 25-cv-01880 | Figg v. 3M Co. et al. | 4/30/2025 | 7/29/2025 | Walston, PC |
| 25-cv-01889 | Pope v. 3M Co. et al. | 4/30/2025 | 7/29/2025 | Walston, PC |
| 25-cv-01893 | Wagner v. 3M Co. et al. | 4/30/2025 | 7/29/2025 | Walston, PC |
| 25-cv-01898 | Schultz v. 3M Co. et al. | 4/30/2025 | 7/29/2025 | Walston, PC |
| 25-cv-01901 | Smith, et al. v. 3M Co. et al. | 4/30/2025 | 7/29/2025 | Walston, PC |
| 25-cv-01903 | Provost v. 3M Co. et al. | 4/30/2025 | 7/29/2025 | Walston, PC |
| 25-cv-01905 | Quick v. 3M Co. et al. | 4/30/2025 | 7/29/2025 | Walston, PC |
| 25-cv-01921 | Wagner-Sala v. 3M Co. et al. | 4/30/2025 | 7/29/2025 | Walston, PC |
| 25-cv-01922 | Keuntjes v. 3M Co. et al. | 4/30/2025 | 7/29/2025 | Walston, PC |
| 25-cv-01923 | Cook v. 3M Co. et al. | 4/30/2025 | 7/29/2025 | Walston, PC |
| 25-cv-01924 | Linney v. 3M Co. et al. | 4/30/2025 | 7/29/2025 | Walston, PC |
| 25-cv-01932 | Green v. 3M Co. et al.* | 4/30/2025 | 7/29/2025 | Walston, PC |
| 25-cv-01955 | Burk, et al. v. 3M Co. et al. | 5/2/2025 | 7/31/2025 | McDonald Worley |

| | | | | |
|---|---|---|---|---|
| 25-cv-01979 | Lubarsky v. 3M Co. et al. | 5/5/2025 | 8/3/2025 | Slater Slater Schulman LLP |
| 25-cv-01998 | Craft v. 3M Co. et al. | 5/5/2025 | 8/3/2025 | Walston, PC |
| 25-cv-02019 | Grannis v. 3M Co. et al. | 5/6/2025 | 8/4/2025 | McDonald Worley |
| 25-cv-02023 | Files, et al. v. 3M Co. et al. | 5/6/2025 | 8/4/2025 | McDonald Worley |
| 25-cv-02051 | Kesti v. 3M Co. et al. | 5/9/2025 | 8/7/2025 | Walston, PC |
| 25-cv-02052 | Welton v. 3M Co. et al. | 5/9/2025 | 8/7/2025 | Walston, PC |
| 25-cv-02092 | Gordon v. 3M Co. et al. | 5/14/2025 | 8/12/2025 | McDonald Worley |
| 25-cv-02194 | Uszynski v. 3M Co. et al. | 5/22/2025 | 8/20/2025 | McDonald Worley |
| 25-cv-02258 | Inlow v. 3M Co. et al. | 5/28/2025 | 8/26/2025 | Walston, PC |
| 25-cv-02259 | McClain v. 3M Co. et al. | 5/28/2025 | 8/26/2025 | Walston, PC |
| 25-cv-02295 | Silberman v. 3M Co. et al. | 6/2/2025 | 8/31/2025 | Kaster, Lynch, Farrar & Ball |
| 25-cv-02351 | Choate v. 3M Co. et al. | 6/5/2025 | 9/3/2025 | Walston, PC |
| 25-cv-02372 | Rogers v. 3M Co. et al. | 6/6/2025 | 9/4/2025 | Meshbesher & Spence |
| 25-cv-02374 | Williams v. 3M Co. et al. | 6/6/2025 | 9/4/2025 | Rosen Injury Lawyers |
| 25-cv-02416 | Bacon v. 3M Co. et al. | 6/10/2025 | 9/8/2025 | Kaster, Lynch, Farrar & Ball |
| 25-cv-02425 | Weathers v. 3M Co. et al. | 6/10/2025 | 9/8/2025 | Kaster, Lynch, Farrar & Ball |
| 25-cv-02442 | Kittel, et al. v. 3M Co. et al. | 6/11/2025 | 9/9/2025 | Meshbesher & Spence |
| 25-cv-02460 | Graham v. 3M Co. et al. | 6/12/2025 | 9/10/2025 | Kaster, Lynch, Farrar & Ball |
| 25-cv-02462 | McGill v. 3M Co. et al. | 6/12/2025 | 9/10/2025 | Kaster, Lynch, Farrar & Ball |

| | | | | |
|---|---|---|---|---|
| 25-cv-02479 | Costa v. 3M Co. et al. | 6/13/2025 | 9/11/2025 | McDonald Worley |
| 25-cv-02480 | Baca v. 3M Co. et al. | 6/13/2025 | 9/11/2025 | McDonald Worley |
| 25-cv-02481 | Moore v. 3M Co. et al. | 6/13/2025 | 9/11/2025 | McDonald Worley |

**IT IS HEREBY ORDERED:** The plaintiffs listed in the caption of this Order must either serve a verified PFS before the next status conference (November 3, 2025) or appear and demonstrate good cause why their case should not be dismissed for failure to comply with PTO 14.

Dated: October 24, 2025

s/ David T. Schultz
DAVID T. SCHULTZ
U.S. Magistrate Judge