**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE: Bair Hugger Forced Air Warming Products Liability Litigation | **No. 15-md-2666-JNE-DTS** |
| This Document Relates to the Following Cases: *Minor,* No. 17-cv-2033; *Taplin,* No. 17-cv-2848 | **District Judge Joan N. Ericksen**<br>**Magistrate Judge David T. Schultz** |

**<u>DECLARATION OF SETH SHARROCK WEBB IN SUPPORT OF PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANTS MOTION FOR JUDGEMENT ON THE PLEADINGS</u>**

I, Seth S. Webb, an attorney admitted to practice before this Court, hereby declare under penalty of perjury as follows:

1. I am an attorney in the firm Brown and Crouppen, P.C. and counsel for Plaintiff Roberta and Bennie Minor, and Janice Taplin in the above-captioned matter.

2. I make this Declaration in support of Plaintiff's Memorandum in Opposition to Defendants Motion for Judgement on the Pleading. The following facts are within my personal knowledge, and if called, I would testify as follows:

3. Attached hereto as Exhibit 1 is a true and correct copy of the Group 1 Scheduling Order filed in the matter of Monica Daniels Martin v. 3M Co. et al., No. 15-2666, Case No. 16-cv-3283, ECF No. 32, on July 23, 2025.

4. Attached hereto as Exhibit 2 is a true and correct copy of the Group 2 Scheduling Order filed in the matter of Timonthy Walsh v. 3M Co., et al., No. 15-2666, Case No. 18-cv-2783, ECF No. 13, on August 13, 2025

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Dated: November 21, 2025,

Respectfully submitted,

*/s/ Seth Sharrock Webb*

Seth Sharrock Webb
BROWN AND CROUPPEN, P.C.
4900 Daggett Avenue
St. Louis, MO 63110
Phone: (314) 561-6260
sethw@getbc.com

*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I, Seth Sharrock Webb, hereby certify that on November 21, 2025, I have electronically filed the foregoing Declaration in Support of Plaintiff's Memorandum in Opposition to Defendant' Motion for Judgement on the Pleadings with the Clerk of Court using the CM/ECF System, which will send notification to all counsel of record.

*/s/ Seth Sharrock Webb*

Seth Sharrock Webb