**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE: Bair Hugger Forced Air Warming Products Liability Litigation | **No. 15-md-2666-JNE-DTS** |
| This Document Relates to the Following Cases: | **District Judge Joan N. Ericksen** |
| *Betty French*, No. 18-cv-1218 | **Magistrate Judge David T. Schultz** |

**CERTIFICATE OF COMPLIANCE**

I, Seth Sharrock Webb, certify that Plaintiff's Memorandum in Opposition to Defendant' Motion for Judgment on the Pleadings complies with the requirements of Local Rule 7.1(f) and 7.1(h).

I certify that the Memorandum contains 3,022 words. I further certify that I relied on the word-count functionality of Microsoft® Office 365 and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations, in the preceding word count.

Dated: January 20, 2026,

Respectfully submitted,

*/s/ Seth S. Webb*
Seth S. Webb (51236)
BROWN AND CROUPPEN, P.C.
4900 Daggett Avenue
St. Louis, MO 63110
Phone: (314) 561-6260
sethw@getbc.com
*Attorney for Betty French*