UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re: BAIR HUGGER FORCED AIR            MDL No. 15-2666 (JNE/DTS)
WARMING DEVICES PRODUCTS                 ORDER
LIABILITY LITIGATION

This Document Relates to:

1.      Case No. 16-cv-00237 (Glowacki v. 3M Company)
2.      Case No. 16-cv-00386 (Norton v. 3M Company et al)
3.      Case No. 16-cv-00544 (Chaix v. 3M Company et al)
4.      Case No. 16-cv-00620 (Walters v. 3M Company)
5.      Case No. 16-cv-00817 (Robbins v. 3M Company et al)
6.      Case No. 16-cv-02308 (Conner v. 3M Company et al)
7.      Case No. 16-cv-02311 (Bizub v. 3M Company et al)
8.      Case No. 16-cv-02322 (Davis et al v. 3M Company et al)
9.      Case No. 16-cv-02366 (Currey v. 3M Company et al)
10.     Case No. 16-cv-02370 (Adair v. 3M Company et al)
11.     Case No. 16-cv-02372 (Higginson v. 3M Company et al)
12.     Case No. 16-cv-02428 (King v. 3M Company et al)
13.     Case No. 16-cv-02432 (Garner et al v. 3M Company et al)
14.     Case No. 16-cv-02441 (Atkinson v. 3M Company et al)
15.     Case No. 16-cv-02486 (Canup v. 3M Company et al)
16.     Case No. 16-cv-02588 (Mitchell v. 3M Company et al)
17.     Case No. 16-cv-02593 (Marriott v. 3M Company et al)
18.     Case No. 16-cv-02667 (Bishop et al v. 3M Company et al)
19.     Case No. 16-cv-02700 (Bellande et al v. 3M Company et al)
20.     Case No. 16-cv-03144 (Hillman v. 3M Company et al)
21.     Case No. 16-cv-03165 (Gallegos v. 3M Company et al)
22.     Case No. 16-cv-03240 (Cantu v. 3M Company et al)
23.     Case No. 16-cv-03269 (Carter v. 3M Company et al)
24.     Case No. 16-cv-03290 (Martin et al v. 3M Company et al)
25.     Case No. 16-cv-03329 (Gray v. 3M Company et al)
26.     Case No. 16-cv-04109 (Prevo v. 3M Company et al)
27.     Case No. 16-cv-04118 (Mabone v. 3M Company et al)
28.     Case No. 16-cv-04135 (Rodriguez v. 3M Company et al)
29.     Case No. 16-cv-04235 (Anderson v. 3M Company)
30.     Case No. 16-cv-04265 (Baxter v. 3M Company et al)
31.     Case No. 17-cv-00018 (Meeks v. 3M Company et al)
32.     Case No. 17-cv-00181 (Jones v. 3M Company et al)
33.     Case No. 17-cv-00202 (May v. 3M Company et al)
34.     Case No. 17-cv-00334 (Davis v. 3M Company et al)

35.    Case No. 17-cv-00488 (Warren et al v. 3M Company et al)
36.    Case No. 17-cv-00739 (Resendez v. 3M Company et al)
37.    Case No. 17-cv-01051 (Sanders et al v. 3M Company et al)
38.    Case No. 17-cv-01124 (Gumpher v. 3M Company et al)
39.    Case No. 17-cv-01245 (Schindele et al v. 3M Company et al)
40.    Case No. 17-cv-01455 (Marquart v. 3M Company et al)
41.    Case No. 17-cv-01509 (Hunderup v. 3M Company et al)
42.    Case No. 17-cv-01755 (Ohara v. 3M Company et al)
43.    Case No. 17-cv-01788 (Clingenpeel v. 3M Company et al)
44.    Case No. 17-cv-01830 (Onkotz v. 3M Company et al)
45.    Case No. 17-cv-02008 (Hudson v. 3M Company et al)
46.    Case No. 17-cv-02021 (Marks v. 3M Corporation et al)
47.    Case No. 17-cv-02028 (Bowman v. 3M Company et al)
48.    Case No. 17-cv-02031 (Johnson et al v. 3M Company et al)
49.    Case No. 17-cv-02112 (Austin v. 3M Company et al)
50.    Case No. 17-cv-02273 (Harper v. 3M Company et al)
51.    Case No. 17-cv-02292 (Porter v. 3M Company et al)
52.    Case No. 17-cv-02317 (Acosta v. 3M Company et al)
53.    Case No. 17-cv-02384 (Adkins v. 3M Company et al)
54.    Case No. 17-cv-02390 (Goodwill, Sr. et al v. 3M Company et al)
55.    Case No. 17-cv-02421 (Huckaby v. 3M Company et al)
56.    Case No. 17-cv-02466 (Kutach v. 3M Company et al)
57.    Case No. 17-cv-02467 (Ghrist v. 3M Company et al)
58.    Case No. 17-cv-02497 (Phillips v. 3M Company et al)
59.    Case No. 17-cv-02549 (Bennett v. 3M Company et al)
60.    Case No. 17-cv-02566 (Harris v. 3M Company et al)
61.    Case No. 17-cv-02591 (Martin v. 3M Company et al)
62.    Case No. 17-cv-02626 (Cook v. 3M Company et al)
63.    Case No. 17-cv-02629 (Davis v. 3M Company et al)
64.    Case No. 17-cv-02642 (Richey v. 3M Company et al)
65.    Case No. 17-cv-02645 (Bunte v. 3M Company et al)
66.    Case No. 17-cv-02695 (Bonilla v. 3M Company et al)
67.    Case No. 17-cv-02700 (McDonald v. 3M Company et al)
68.    Case No. 17-cv-02761 (Payne v. 3M Company et al)
69.    Case No. 17-cv-02796 (Morrison v. 3M Company et al)
70.    Case No. 17-cv-02847 (Parker v. 3M Company et al)
71.    Case No. 17-cv-02862 (Peoples v. 3M Company et al)
72.    Case No. 17-cv-02869 (Moore v. 3M Company et al)
73.    Case No. 17-cv-03040 (Chambers v. 3M Company et al)
74.    Case No. 17-cv-03053 (Mahoney v. 3M Company et al)
75.    Case No. 17-cv-03069 (Courtney v. 3M Company et al)
76.    Case No. 17-cv-03070 (Roberts v. 3M Company et al)
77.    Case No. 17-cv-03106 (Curtis v. 3M Company et al)

78.    Case No. 17-cv-03140 (Pinkerton v. 3M Company et al)
79.    Case No. 17-cv-03170 (Martin v. 3M Company et al)
80.    Case No. 17-cv-03207 (Barnett v. 3M Company et al)
81.    Case No. 17-cv-03286 (Petrosewicz v. 3M Company et al)
82.    Case No. 17-cv-03363 (Hulse v. 3M Company et al)
83.    Case No. 17-cv-03585 (McPherson v. 3M Company et al)
84.    Case No. 17-cv-03590 (Kuhn v. 3M Company et al)
85.    Case No. 17-cv-03646 (Benjamin v. 3M Company et al)
86.    Case No. 17-cv-03697 (Brenizer v. 3M Company et al)
87.    Case No. 17-cv-03720 (Geer v. 3M Company et al)
88.    Case No. 17-cv-03760 (Roberts v. 3M Company et al)
89.    Case No. 17-cv-03765 (Laundry et al v. 3M Company et al)
90.    Case No. 17-cv-03781 (Buttram v. 3M Company et al)
91.    Case No. 17-cv-03803 (Hawthorne v. 3M Company et al)
92.    Case No. 17-cv-03825 (Nicely v. 3M Company et al)
93.    Case No. 17-cv-03828 (Hughes v. 3M Company et al)
94.    Case No. 17-cv-03859 (Revenaugh v. 3M Company et al)
95.    Case No. 17-cv-03880 (Conklin v. 3M Company et al)
96.    Case No. 17-cv-03882 (Powers v. 3M Company et al)
97.    Case No. 17-cv-03927 (Feahr v. 3M Company et al)
98.    Case No. 17-cv-04009 (Rude v. 3M Company et al)
99.    Case No. 17-cv-04089 (Houtz v. 3M Company et al)
100.    Case No. 17-cv-04159 (Miller v. 3M Company et al)
101.    Case No. 17-cv-04160 (MacArthur v. 3M Company et al)
102.    Case No. 17-cv-04303 (Nunemaker v. 3M Company et al)
103.    Case No. 17-cv-04343 (Gonzales v. 3M Company et al)
104.    Case No. 17-cv-04381 (Gary v. 3M Company et al)
105.    Case No. 17-cv-04466 (Garcia v. 3M Company et al)
106.    Case No. 17-cv-04477 (Reinke v. 3M Company et al)
107.    Case No. 17-cv-04551 (Gutierrez et al v. 3M Company et al)
108.    Case No. 17-cv-04562 (Milquette v. 3M Company et al)
109.    Case No. 17-cv-04628 (Grace v. 3M Company et al)
110.    Case No. 17-cv-04631 (Lewis v. 3M Company et al)
111.    Case No. 17-cv-04653 (Pepke v. 3M Company et al)
112.    Case No. 17-cv-04662 (Garay v. 3M Company et al)
113.    Case No. 17-cv-04681 (McDowell v. 3M Company et al)
114.    Case No. 17-cv-04770 (Heilgendorf v. 3M Company et al)
115.    Case No. 17-cv-04795 (Rohm v. 3M Company et al)
116.    Case No. 17-cv-04804 (Moore v. 3M Company et al)
117.    Case No. 17-cv-04897 (Lawrence v. 3M Company et al)
118.    Case No. 17-cv-04904 (Luketich v. 3M Company et al)
119.    Case No. 17-cv-04978 (Haldeman v. 3M Company et al)
120.    Case No. 17-cv-04999 (Carpenter v. 3M Company et al)

121.  Case No. 17-cv-05016 (Buchi v. 3M Company et al)
122.  Case No. 17-cv-05021 (Fair v. 3M Company et al)
123.  Case No. 17-cv-05050 (Manter v. 3M Company et al)
124.  Case No. 17-cv-05381 (Bentson v. 3M Company et al)
125.  Case No. 17-cv-05547 (Scull v. 3M Company et al)
126.  Case No. 18-cv-00023 (Angell et al v. 3M Company et al)
127.  Case No. 18-cv-00056 (Cowan v. 3M Company et al)
128.  Case No. 18-cv-00078 (Gottfried v. 3M Company et al)
129.  Case No. 18-cv-00423 (Relyea v. 3M Company et al)
130.  Case No. 18-cv-00445 (Haskell v. 3M Company et al)
131.  Case No. 18-cv-00492 (Critchlow et al v. 3M Company et al)
132.  Case No. 18-cv-00534 (Rankin v. 3M Company et al)
133.  Case No. 18-cv-00804 (Maehle v. 3M Company et al)
134.  Case No. 18-cv-00806 (Martin v. 3M Company et al)
135.  Case No. 18-cv-00815 (Moody v. 3M Company et al)
136.  Case No. 18-cv-00849 (Crews v. 3M Company et al)
137.  Case No. 18-cv-01016 (Miller v. 3M Company et al)
138.  Case No. 18-cv-01031 (Rhock v. 3M Company et al)
139.  Case No. 18-cv-01190 (Mitchell v. 3M Company et al)
140.  Case No. 18-cv-01421 (Ross v. 3M Company et al)
141.  Case No. 18-cv-01568 (Liedtke v. 3M Company et al)
142.  Case No. 18-cv-01569 (Saddler v. 3M Company et al)
143.  Case No. 18-cv-01635 (Hansen v. 3M Company et al)
144.  Case No. 18-cv-01644 (Reinhart v. 3M Company et al)
145.  Case No. 18-cv-01693 (Elliott v. 3M Company et al)
146.  Case No. 18-cv-01711 (Funderburk v. 3M Company et al)
147.  Case No. 18-cv-01765 (Mueller v. 3M Company et al)
148.  Case No. 18-cv-01861 (Barnett v. 3M Company et al)
149.  Case No. 18-cv-01869 (Hagemeier v. 3M Company et al)
150.  Case No. 18-cv-01886 (Obaze v. 3M Company et al)
151.  Case No. 18-cv-01931 (Christensen v. 3M Company et al)
152.  Case No. 18-cv-01953 (Intemann v. 3M Company et al)
153.  Case No. 18-cv-01954 (Saucier v. 3M Company et al)
154.  Case No. 18-cv-02018 (Davis v. 3M Company et al)
155.  Case No. 18-cv-02028 (Carrow v. 3M Company et al)
156.  Case No. 18-cv-02050 (Murray v. 3M Company et al)
157.  Case No. 18-cv-02105 (Jones v. 3M Company et al)
158.  Case No. 18-cv-02155 (Jermeay v. 3M Company et al)
159.  Case No. 18-cv-02206 (Edwards et al v. 3M Company et al)
160.  Case No. 18-cv-02211 (Rhodes v. 3M Company et al)
161.  Case No. 18-cv-02306 (James v. 3M Company et al)
162.  Case No. 18-cv-02323 (Brown v. 3M Company et al)
163.  Case No. 18-cv-02366 (Hudson v. 3M Company et al)

164.  Case No. 18-cv-02380 (Foudray v. 3M Company et al)
165.  Case No. 18-cv-02387 (Montgomery v. 3M Company et al)
166.  Case No. 18-cv-02426 (House v. 3M Company et al)
167.  Case No. 18-cv-02477 (Annack v. 3M Company et al)
168.  Case No. 18-cv-02481 (Gardner v. 3M Company et al)
169.  Case No. 18-cv-02486 (Baccus v. 3M Company et al)
170.  Case No. 18-cv-02489 (Kahl v. 3M Company et al)
171.  Case No. 18-cv-02665 (Romero v. 3M Company et al)
172.  Case No. 18-cv-02690 (Heartley v. 3M Company et al)
173.  Case No. 18-cv-02785 (Artis v. 3M Company)
174.  Case No. 18-cv-02999 (Johnson v. 3M Company et al)
175.  Case No. 18-cv-03293 (Harrison et al v. 3M Company et al)
176.  Case No. 19-cv-00085 (Dinneen v. 3M Company et al)
177.  Case No. 19-cv-00152 (McDowell v. 3M Company et al)
178.  Case No. 19-cv-00354 (Moran et al v. 3M Company et al)
179.  Case No. 19-cv-00729 (Green v. 3M Company et al)
180.  Case No. 19-cv-01118 (Koenig v. 3M Company et al)
181.  Case No. 19-cv-01383 (Acheson v. 3M Company et al)
182.  Case No. 23-cv-00398 (Baker v. 3M Company et al)
183.  Case No. 23-cv-00926 (Breazeale v. 3M Company et al)
184.  Case No. 23-cv-01331 (Munson et al v. 3M Company et al)
185.  Case No. 23-cv-02442 (Foster v. 3M Company et al)
186.  Case No. 23-cv-03236 (Nance v. 3M Company et al)
187.  Case No. 23-cv-03257 (Folker v. 3M Company et al)

Asserting that the plaintiffs in many actions failed to comply with Pretrial Order

No. 23 ("PTO 23") and Rules 25(a) and 41(b) of the Federal Rules of Civil Procedure,

Defendants 3M Company and Arizant Healthcare, Inc., moved to dismiss the actions or

the claims of the lead plaintiff. For the reasons set forth below, the Court grants the

motion.[1]

---

[1]     Actions in Defendants' motion that were dismissed after the motion was filed are not listed above.

## I.    Background

"If a party dies and the claim is not extinguished, the court may order substitution of the proper party.  A motion for substitution may be made by any party or by the decedent's successor or representative."  Fed. R. Civ. P. 25(a)(1).  PTO 23, issued in January 2018, expands on the procedures for substitution.  MDL ECF No. 1039.  It instructs plaintiffs as to the filing and content of both the motion for substitution and a "suggestion of death."  *Id.*  It warns that noncompliance with these directives "will entitle Defendants to request a dismissal of plaintiff's action with prejudice in accordance with Fed. R. Civ. P. 25(a)."  *Id.*

In relevant part, PTO 23 requires plaintiff's counsel to file a suggestion of death "[w]ithin ninety days of [its] entry . . . or the death of a plaintiff, whichever is later."  *Id.*  The suggestion of death must identify "the plaintiff and describe[] the time, date, and circumstances of the plaintiff's death."  *Id.*  PTO 23 and Rule 25 require that a motion for substitution be filed within ninety days of the filing of the suggestion of death.  A motion for substitution must (1) identify the proposed substitute, (2) explain why the proposed substitute is a proper party, and (3) explain why the death of the named plaintiff did not extinguish the claim under the applicable state laws.

Plaintiffs moved to eliminate the ninety-day deadline for filing the suggestion of death, arguing that compliance with PTO 23 is sometimes impossible when a plaintiff relocates or experiences health issues and fails to respond to counsel's communications. Pls.' Mot. to Amend, Sept. 19, 2018, MDL ECF No. 1517.  The Court denied Plaintiffs' motion to amend PTO 23.  Order, Dec. 4, 2018, MDL ECF No. 1614.  The Court

6

acknowledged, however, that it "excuses noncompliance with PTO 23 when compliance is impossible" or where a plaintiff provides "detailed diligent and good faith efforts to comply with the deadlines in PTO 23." *Id.* at 1-2.

In July 2019, the Court entered summary judgment in Defendants' favor. In August 2021, the United States Court of Appeals for the Eighth Circuit "reverse[d] the grant of summary judgment in favor of 3M." *In re Bair Hugger Forced Air Warming Devices Prods. Liab. Litig.*, 9 F.4th 768, 773 (8th Cir. 2021). The Eighth Circuit issued the mandate in November 2021. The parties subsequently "agree[d] that the substitution requirements set forth on PTO No. 23 will resume as of February 18, 2022. Specifically, within 90 days of a plaintiff's death or February 18, 2022, whichever is later, Plaintiffs shall file suggestions of death."

## II.   Legal Standard

If a plaintiff fails to prosecute or comply with PTO 23, the Court may dismiss the case. Fed. R. Civ. P. 41(b). Such dismissal may be with prejudice "in cases of willful disobedience of a court order or where a litigant exhibits a pattern of intentional delay." *Hunt v. City of Minneapolis*, 203 F.3d 524, 527 (8th Cir. 2000). This does not require a "find[ing] that the [plaintiff] acted in bad faith, but requires 'only that he acted intentionally as opposed to accidentally or involuntarily.'" *Id.* (citation omitted). The Court excuses noncompliance where plaintiffs have demonstrated excusable neglect or impossibility to comply with PTO 23's deadline. Order 7, Oct. 26, 2018, MDL ECF No. 1566 ("Without evidence of a reasonable and good faith process for ascertaining whether

or not a client is alive, the Court cannot find that either excusable neglect or impossibility justify noncompliance with PTO 23.").

## III.    Discussion

Defendants asserted that the plaintiffs in many actions failed to file timely suggestions of death or motions to substitute.  Defendants moved to dismiss the actions or the claims of the lead plaintiff.  The plaintiffs in almost 100 actions jointly responded to Defendants' motion.  They raised arguments that the Court has previously rejected, they have not demonstrated a different conclusion is warranted, and they have not demonstrated good cause for their failure to comply with PTO 23.  *E.g.*, MDL ECF Nos. 2448, 2455.  Individual responses to Defendants' motion are addressed below.

### A.    Failure to File Timely Suggestion of Death

Defendants moved to dismiss many cases in which plaintiffs failed to file a timely suggestion of death.  In most, Defendants filed a suggestion of death and no motion to substitute has been filed.

**Case No. 16-cv-237**—Plaintiff Glowacki died in September 2024.  Defendants filed a suggestion of death in August 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 16-cv-386**—Plaintiff Norton died in January 2023.  Defendants filed a suggestion of death in July 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 16-cv-544**—Plaintiff Chaix died in October 2020. Defendants filed a suggestion of death in July 2025. No motion to substitute has been filed. The Court dismisses the action.

**Case No. 16-cv-817**—Plaintiff Robbins died in February 2024. Defendants filed a suggestion of death in July 2025. No motion to substitute has been filed. The Court dismisses the action.

**Case No. 16-cv-2308**—Plaintiff Conner died in September 2019. Defendants filed a suggestion of death in July 2025. No motion to substitute has been filed. The Court dismisses the action.

**Case No. 16-cv-2311**—Plaintiff Bizub died in May 2019. Defendants filed a suggestion of death in July 2025. No motion to substitute has been filed. The Court dismisses the action.

**Case No. 16-cv-2322**—Plaintiff Frank Davis died in May 2022. Defendants filed a suggestion of death in July 2025. No motion to substitute has been filed. The Court dismisses the claims of Frank Davis. Defendants did not move to dismiss the claims of Plaintiff Vanda Davis.

**Case No. 16-cv-2366**—Plaintiff Currey died in November 2021. Defendants filed a suggestion of death in July 2025. No motion to substitute has been filed. The Court dismisses the action.

**Case No. 16-cv-2370**—Plaintiff Adair died in July 2021. Defendants filed a suggestion of death in July 2025. No motion to substitute has been filed. The Court dismisses the action.

**Case No. 16-cv-2372**—Plaintiff Higginson died in June 2021. Defendants filed a suggestion of death in July 2025. No motion to substitute has been filed. The Court dismisses the action.

**Case No. 16-cv-2428**—Plaintiff King died in May 2022. Defendants filed a suggestion of death in July 2025. No motion to substitute has been filed. The Court dismisses the action.

**Case No. 16-cv-2432**—Plaintiff Stephen Garner died in August 2024. Defendants filed a suggestion of death in July 2025. No motion to substitute has been filed. The Court dismisses the claims of Stephen Garner. Defendants did not move to dismiss the claims of Plaintiff Luanne Garner.

**Case No. 16-cv-2441**—Plaintiff Jacqueline Atkinson died in July 2020. Defendants filed a suggestion of death in July 2025. No motion to substitute has been filed. The Court dismisses the claims of Jacqueline Atkinson. Defendants did not move to dismiss the claims of Plaintiff Charles Atkinson.[2]

**Case No. 16-cv-2486**—Plaintiff Canup died in April 2020. Defendants filed a suggestion of death in July 2025. No motion to substitute has been filed. The Court dismisses the action.

---

[2]    The complaint's caption identifies Jacqueline Atkinson as the plaintiff. The complaint's body indicates that her spouse, Charles Atkinson, claimed damages or loss of consortium. The Court directs the Clerk of Court to identify Charles Atkinson as a plaintiff in Case No. 16-cv-2441.

**Case No. 16-cv-2588**—Plaintiff Mitchell died in May 2019.  Defendants filed a suggestion of death in July 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 16-cv-2593**—Plaintiff James Marriott died in May 2019.  Defendants filed a suggestion of death in July 2025.  No motion to substitute has been filed.  The Court dismisses the claims of James Marriott.  Defendants did not move to dismiss the claims of Plaintiff Ruth Marriott.[3]

**Case No. 16-cv-2667**—Plaintiff Michael Bishop died in May 2024.  Defendants filed a suggestion of death in July 2025.  No motion to substitute has been filed.  The Court dismisses the claims of Michael Bishop.  Defendants did not move to dismiss the claims of Plaintiff Linda Bishop.

**Case No. 16-cv-2700**—Plaintiff Louis Bellande died in December 2017.  His attorney filed a suggestion of death in June 2018.  The Court dismissed Plaintiff Louis Bellande's claims in October 2018.  MDL ECF No. 1566.  Defendants moved to dismiss the claims of Plaintiff Bonnie Bellande because they "are derivative of and dependent on the lead plaintiff's claim."  The Court dismisses the claims of Bonnie Bellande.  *See Ramirez v. City of Chicago*, 129 N.E.3d 612, 619–20 (Ill. App. Ct. 2019).

---

[3]  The complaint's caption identifies James Marriott as the plaintiff.  The complaint's body indicates that his spouse, Ruth Marriott, claimed damages for loss of consortium.  The Court directs the Clerk of Court to identify Ruth Marriott as a plaintiff in Case No. 16-cv-2593.

**Case No. 16-cv-3144**—Plaintiff Hillman died in April 2022.  Defendants filed a suggestion of death in July 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 16-cv-3165**—Plaintiff Gallegos died in February 2022.  Defendants filed a suggestion of death in July 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 16-cv-3240**—Plaintiff Cantu died in January 2021.  Defendants filed a suggestion of death in July 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 16-cv-3269**—Plaintiff Carter died in June 2024.  Defendants filed a suggestion of death in July 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 16-cv-3290**—Plaintiff David Martin died in September 2021.  Defendants filed a suggestion of death in July 2025.  No motion to substitute has been filed.  The Court dismisses the claims of David Martin.  Defendants did not move to dismiss the claims of Plaintiff Darlene Martin.

**Case No. 16-cv-3329**—Plaintiff Gray died in July 2021.  Defendants filed a suggestion of death in July 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 16-cv-4109**—Plaintiff Prevo died in August 2022.  Defendants filed a suggestion of death in July 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 16-cv-4118**—Plaintiff Mabone died in May 2023.  Defendants filed a suggestion of death in July 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 16-cv-4135**—Plaintiff Rodriguez died in January 2020.  Defendants filed a suggestion of death in July 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 16-cv-4235**—Plaintiff Anderson died in September 2022.  Defendants filed a suggestion of death in July 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 16-cv-4265**—Plaintiff Baxter died in February 2020.  Defendants filed a suggestion of death in July 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 17-cv-18**—Plaintiff Meeks died in May 2023.  Defendants filed a suggestion of death in July 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 17-cv-181**—Plaintiff Jones died in March 2022.  Defendants filed a suggestion of death in July 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 17-cv-202**—Plaintiff May died in June 2021.  Defendants filed a suggestion of death in July 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 17-cv-334**—Plaintiff Davis died in July 2017. Defendants filed a suggestion of death in July 2025. No motion to substitute has been filed. The Court dismisses the action.

**Case No. 17-cv-488**—Plaintiff Barbara Warren died in October 2022. Defendants filed a suggestion of death in July 2025. No motion to substitute has been filed. The Court dismisses the claims of Barbara Warren. Defendants did not move to dismiss the claims of Plaintiff Carlos Warren.

**Case No. 17-cv-739**—Plaintiff Resendez died in December 2023. Defendants filed a suggestion of death in July 2025. No motion to substitute has been filed. The Court dismisses the action.

**Case No. 17-cv-1051**—Plaintiff Jon Sanders died in September 2024. Defendants filed a suggestion of death in August 2025. No motion to substitute has been filed. The Court dismisses the claims of Jon Sanders. Defendants did not move to dismiss the claims of Plaintiff Lynda Sanders.

**Case No. 17-cv-1124**—Plaintiff Marlene Gumpher died in January 2021. Defendants filed a suggestion of death in July 2025. No motion to substitute has been filed. The Court dismisses the claims of Marlene Gumpher. Defendants did not move to dismiss the claims of Plaintiff Ronald Gumpher.[4]

---

[4]    The complaint's caption identifies Marlene Gumpher as the plaintiff. The complaint's body indicates that her spouse, Ronald Gumpher, claimed damages for loss of consortium. The Court directs the Clerk of Court to identify Ronald Gumpher as a plaintiff in Case No. 17-cv-1124.

**Case No. 17-cv-1245**—Plaintiff Andrew Schindele died in April 2020.

Defendants filed a suggestion of death in July 2025. No motion to substitute has been

filed. The Court dismisses the claims of Andrew Schindele. Defendants did not move to

dismiss the claims of Plaintiff Carolyn Sue Schindele.

**Case No. 17-cv-1455**—Plaintiff Marquart died in June 2020. Defendants filed a

suggestion of death in July 2025. No motion to substitute has been filed. The Court

dismisses the action.

**Case No. 17-cv-1509**—Plaintiff Hunderup died in January 2024. Defendants filed

a suggestion of death in July 2025. No motion to substitute has been filed. The Court

dismisses the action.

**Case No. 17-cv-1755**—According to a suggestion of death that Defendants filed

in July 2025, Plaintiff Ohara died in December 2020. According to a suggestion of death

that Ohara's attorney filed in August 2025, Ohara died in January 2020.[5] No motion to

substitute has been filed.

In response to Defendants' motion, counsel for Ohara stated that he "only recently

learned the Plaintiff passed away" in December 2020. Ohara "contend[ed] the protracted

nature of this MDL litigation spanning more than three thousand . . . days and the

resulting loss of contact between plaintiff and counsel, constitutes excusable neglect that

is sufficient for this Court to grant a brief extension of time by which counsel for Plaintiff

can attempt to comply with PTO 23 and Fed. R. Civ. P. 25 or confirm there is no

---

[5]      In the Complaint, Plaintiff is identified as "Mitzi Ohara." In the Suggestion of
Death that Plaintiff's attorney filed, Plaintiff is identified as "Mitzi O'Hara."

opposition to Defendant's *Motion*."  No excusable neglect has been demonstrated to justify noncompliance with PTO 23.  The Court dismisses the action.

**Case No. 17-cv-1788**—Plaintiff Clingenpeel died in November 2019.  Defendants filed a suggestion of death in July 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 17-cv-1830**—Plaintiff Onkotz died in December 2023.  Defendants filed a suggestion of death in July 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 17-cv-2008**—Plaintiff Hudson died in July 2021.  Defendants filed a suggestion of death in July 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 17-cv-2021**—Plaintiff Marks died in June 2022.  Defendants filed a suggestion of death in July 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 17-cv-2028**—Plaintiff Bowman died in July 2020.  Defendants filed a suggestion of death in July 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 17-cv-2031**—Plaintiff Sherry Johnson died in January 2019.  Defendants filed a suggestion of death in July 2025.  No motion to substitute has been filed.  The Court dismisses the claims of Sherry Johnson.

Defendants moved to dismiss the claims of Plaintiff Joseph Johnson because they "are derivative of and dependent on the lead plaintiff's claim." The Court dismisses the claims of Joseph Johnson. *See Trivette v. Yount*, 735 S.E.2d 306, 313 (N.C. 2012).

**Case No. 17-cv-2112**—Plaintiff Austin died in February 2019. Defendants filed a suggestion of death in July 2025. No motion to substitute has been filed. The Court dismisses the action.

**Case No. 17-cv-2273**—Plaintiff Harper died in August 2022. Defendants filed a suggestion of death in July 2025. No motion to substitute has been filed. The Court dismisses the action.

**Case No. 17-cv-2292**—Plaintiff Porter died in April 2020. Defendants filed a suggestion of death in July 2025. No motion to substitute has been filed. The Court dismisses the action.

**Case No. 17-cv-2317**—Plaintiff Acosta died in November 2023. Defendants filed a suggestion of death in July 2025. No motion to substitute has been filed. The Court dismisses the action.

**Case No. 17-cv-2384**—Plaintiff Adkins died in December 2023. Defendants filed a suggestion of death in July 2025. No motion to substitute has been filed. The Court dismisses the action.

**Case No. 17-cv-2390**—Plaintiff Michael Goodwill Sr. died in March 2024. Defendants filed a suggestion of death in July 2025. No motion to substitute has been filed. The Court dismisses the claims of Michael Goodwill Sr. Defendants did not move to dismiss the claims of Plaintiff Margaret Goodwill.

**Case No. 17-cv-2421**—Plaintiff Huckaby died in March 2024.  Defendants filed a suggestion of death in July 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 17-cv-2466**—Plaintiff Kutach died in April 2024.  Defendants filed a suggestion of death in July 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 17-cv-2467**—Plaintiff Ghrist died in December 2021.  Defendants filed a suggestion of death in July 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 17-cv-2497**—Plaintiff Phillips died July 2019.  Defendants filed a suggestion of death in July 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 17-cv-2566**—Plaintiff Harris died in August 2020.  Defendants filed a suggestion of death in July 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 17-cv-2591**—Plaintiff Martin died in October 2020.  Defendants filed a suggestion of death in July 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 17-cv-2626**—Plaintiff Cook died in September 2022.  Defendants filed a suggestion of death in July 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 17-cv-2629**—Plaintiff Davis died in March 2018.  Defendants filed a suggestion of death in July 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 17-cv-2642**—Plaintiff Richey died in May 2021.  Defendants filed a suggestion of death in July 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 17-cv-2645**—Plaintiff Bunte died in November 2018.  Defendants filed a suggestion of death in July 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 17-cv-2695**—Plaintiff Bonilla died in February 2020.  Defendants filed a suggestion of death in July 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 17-cv-2700**—Plaintiff McDonald died in December 2018.  Defendants filed a suggestion of death in July 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 17-cv-2761**—Plaintiff Payne died in August 2023.  Defendants filed a suggestion of death in July 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 17-cv-2796**—Plaintiff Morrison died in June 2022.  Defendants filed a suggestion of death in July 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 17-cv-2847**—Plaintiff Parker died in March 2021.  Defendants filed a suggestion of death in July 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 17-cv-2862**—Plaintiff Peoples died in January 2022.  Defendants filed a suggestion of death in July 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 17-cv-2869**—Plaintiff Moore died in December 2017.  Defendants filed a suggestion of death in July 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 17-cv-3040**—Plaintiff Chambers died in April 2023.  Defendants filed a suggestion of death in July 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 17-cv-3053**—Plaintiff Mahoney died in October 2021.  Defendants filed a suggestion of death in July 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 17-cv-3069**—Plaintiff Courtney died in December 2020.  Defendants filed a suggestion of death in July 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 17-cv-3070**—Plaintiff Roberts died in December 2022.  Defendants filed a suggestion of death in July 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 17-cv-3106**—Plaintiff Curtis died in August 2024.  His attorney filed a suggestion of death in May 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 17-cv-3140**—Plaintiff Pinkerton died in September 2021.  Defendants filed a suggestion of death in July 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 17-cv-3170**—Plaintiff Martin died in May 2024.  Defendants filed a suggestion of death in July 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 17-cv-3207**—Plaintiff Barnett died in November 2022.  Defendants filed a suggestion of death in July 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 17-cv-3286**—Plaintiff Petrosewicz died in May 2022.  Defendants filed a suggestion of death in July 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 17-cv-3363**—Plaintiff Hulse died in August 2024.  Defendants filed a suggestion of death in July 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 17-cv-3585**—Plaintiff McPherson died in July 2019.  Defendants filed a suggestion of death in July 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 17-cv-3590**—Plaintiff Kuhn died in March 2020. Defendants filed a suggestion of death in July 2025. No motion to substitute has been filed. The Court dismisses the action.

**Case No. 17-cv-3646**—Plaintiff Benjamin died in October 2020. Defendants filed a suggestion of death in July 2025. No motion to substitute has been filed. The Court dismisses the action.

**Case No. 17-cv-3697**—Plaintiff Brenizer died in September 2024. Defendants filed a suggestion of death in August 2025. No motion to substitute has been filed. The Court dismisses the action.

**Case No. 17-cv-3720**—Plaintiff Geer died in October 2020. Defendants filed a suggestion of death in July 2025. No motion to substitute has been filed. The Court dismisses the action.

**Case No. 17-cv-3760**—Plaintiff Roberts died in June 2019. Defendants filed a suggestion of death in July 2025. No motion to substitute has been filed. The Court dismisses the action.

**Case No. 17-cv-3765**—Plaintiff Ralph Laundry died in November 2023. Defendants filed a suggestion of death in July 2025. No motion to substitute has been filed. The Court dismisses the claims of Ralph Laundry. Defendants did not move to dismiss the claims of Plaintiff Georgiana Laundry.

**Case No. 17-cv-3781**—Plaintiff Buttram died in March 2022. Defendants filed a suggestion of death in July 2025. No motion to substitute has been filed. The Court dismisses the action.

**Case No. 17-cv-3803**—Plaintiff Hawthorne died in September 2021.  Defendants filed a suggestion of death in July 2025.  Approximately three months later, a motion to substitute was filed. The Honorable David T. Schultz, United States Magistrate Judge, denied the motion in October 2025.  In December 2025, a renewed motion to substitute was filed.  Magistrate Judge Schultz denied the motion.

In response to Defendants' motion, Hawthorne raised arguments that the Court has previously rejected, she has not demonstrated a different conclusion is warranted, and she has not demonstrated good cause for her failure to comply with PTO 23.  *E.g.*, MDL ECF Nos. 2448, 2455.  As stated by Magistrate Judge Schultz, "counsel's general assertions are nowhere near enough to excuse his failure to file a suggestion of death for more than three years after Hawthorne's death."  The Court dismisses the action.

**Case No. 17-cv-3825**—Plaintiff Nicely died in January 2020.  Defendants filed a suggestion of death in July 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 17-cv-3828**—Plaintiff Hughes died in June 2021.  Defendants filed a suggestion of death in July 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 17-cv-3859**—Plaintiff Revenaugh died in August 2020.  Defendants filed a suggestion of death in July 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 17-cv-3880**—Plaintiff Conklin died in September 2021.  Defendants filed a suggestion of death in July 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 17-cv-3882**—Plaintiff Powers died in August 2020.  Defendants filed a suggestion of death in July 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 17-cv-3927**—Plaintiff Feahr died in April 2022.  Defendants filed a suggestion of death in July 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 17-cv-4009**—Plaintiff Rude died in May 2020.  Defendants filed a suggestion of death in July 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 17-cv-4089**—Plaintiff Houtz died in May 2018.  Defendants filed a suggestion of death in July 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 17-cv-4159**—Plaintiff Miller died in November 2018.  Defendants filed a suggestion of death in July 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 17-cv-4160**—Plaintiff MacArthur died in August 2024.  Defendants filed a suggestion of death in July 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 17-cv-4303**—Plaintiff Nunemaker died in March 2020. Defendants filed a suggestion of death in July 2025. No motion to substitute has been filed. The Court dismisses the action.

**Case No. 17-cv-4343**—Plaintiff Gonzales died in October 2021. Defendants filed a suggestion of death in July 2025. No motion to substitute has been filed. The Court dismisses the action.

**Case No. 17-cv-4381**—Plaintiff Gary died in November 2019. Defendants filed a suggestion of death in July 2025. No motion to substitute has been filed. The Court dismisses the action.

**Case No. 17-cv-4466**—Plaintiff Garcia died in January 2021. Defendants filed a suggestion of death in July 2025. Approximately three months later, a motion to substitute was filed. Magistrate Judge Schultz denied the motion in October 2025. In December 2025, a renewed motion to substitute was filed. Magistrate Judge Schultz denied the motion.

In response to Defendants' motion, Garcia raised arguments that the Court has previously rejected, he has not demonstrated a different conclusion is warranted, and he has not demonstrated good cause for his failure to comply with PTO 23. *E.g.*, MDL ECF Nos. 2448, 2455. As stated by Magistrate Judge Schultz, "counsel's general assertions are nowhere near enough to excuse his failure to file a suggestion of death for more than four years after Garcia's death." The Court dismisses the action.

25

**Case No. 17-cv-4477**—Plaintiff Reinke died in January 2022. Defendants filed a suggestion of death in August 2025. A few days later, Plaintiff's counsel filed a suggestion of death. No motion to substitute has been filed.

In response to Defendants' motion, counsel for Reinke stated that he "only recently learned the Plaintiff passed away" in January 2022. Reinke "contend[ed] the protracted nature of this MDL litigation spanning more than three thousand . . . days and the resulting loss of contact between plaintiff and counsel, constitutes excusable neglect that is sufficient for this Court to grant a brief extension of time by which counsel for Plaintiff can attempt to comply with PTO 23 and Fed. R. Civ. P. 25." No excusable neglect has been demonstrated to justify noncompliance with PTO 23. The Court dismisses the action.

**Case No. 17-cv-4551**—Plaintiff Darlene Kay Gutierrez died in January 2021. Defendants filed a suggestion of death in July 2025. No motion to substitute has been filed. The Court dismisses the claims of Darlene Kay Gutierrez.

Defendants moved to dismiss the claims of Plaintiff John Guttierrez because they "are derivative of and dependent on the lead plaintiff's claim." The Court dismisses the claims of John Guttierrez. *See Stengel v. Medtronic Inc.*, 306 F.R.D. 230, 233 (D. Ariz. 2015).

**Case No. 17-cv-4562**—Plaintiff Milquette died in April 2021. Defendants filed a suggestion of death in July 2025. No motion to substitute has been filed. The Court dismisses the action.

**Case No. 17-cv-4628**—Plaintiff Grace died in February 2024.  Defendants filed a suggestion of death in July 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 17-cv-4631**—Plaintiff Lewis died in September 2019.  Defendants filed a suggestion of death in July 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 17-cv-4653**—Plaintiff Pepke died in July 2020.  Defendants filed a suggestion of death in July 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 17-cv-4662**—Plaintiff Garay died in June 2019.  Defendants filed a suggestion of death in July 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 17-cv-4681**—Plaintiff McDowell died in November 2020.  Defendants filed a suggestion of death in July 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 17-cv-4770**—Plaintiff Heilgendorf died in October 2022.  Defendants filed a suggestion of death in July 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 17-cv-4795**—Plaintiff Rohm died in July 2023.  Defendants filed a suggestion of death in July 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 17-cv-4804**—Plaintiff Moore died in October 2023. Defendants filed a suggestion of death in July 2025. Moore's attorney filed a suggestion of death the next month. No motion to substitute has been filed.

In response to Defendants' motion, counsel for Moore stated that he "only recently learned the Plaintiff passed away" in October 2023. Moore "contend[ed] the protracted nature of this MDL litigation spanning more than three thousand . . . days and the resulting loss of contact between plaintiff and counsel, constitutes excusable neglect that is sufficient for this Court to grant a brief extension of time by which counsel for Plaintiff can attempt to comply with PTO 23 and Fed. R. Civ. P. 25." No excusable neglect has been demonstrated to justify noncompliance with PTO 23. The Court dismisses the action.

**Case No. 17-cv-4897**—Plaintiff Lawrence died in November 2021. Defendants filed a suggestion of death in July 2025. No motion to substitute has been filed. The Court dismisses the action.

**Case No. 17-cv-4904**—Plaintiff Luketich died in June 2021. Defendants filed a suggestion of death in July 2025. No motion to substitute has been filed. The Court dismisses the action.

**Case No. 17-cv-4978**—Plaintiff Haldeman died in May 2021. Defendants filed a suggestion of death in July 2025. No motion to substitute has been filed. The Court dismisses the action.

**Case No. 17-cv-4999**—Plaintiff Carpenter died in September 2022. Defendants filed a suggestion of death in July 2025. No motion to substitute has been filed. The Court dismisses the action.

**Case No. 17-cv-5016**—Plaintiff Buchi died in Mach 2019. Defendants filed a suggestion of death in July 2025. No motion to substitute has been filed. The Court dismisses the action.

**Case No. 17-cv-5021**—Plaintiff Fair died in October 2020. Defendants filed a suggestion of death in July 2025. No motion to substitute has been filed. The Court dismisses the action.

**Case No. 17-cv-5050**—Plaintiff Manter died in May 2022. Defendants filed a suggestion of death in July 2025. No motion to substitute has been filed. The Court dismisses the action.

**Case No. 17-cv-5381**—Plaintiff Bentson died in December 2019. Defendants filed a suggestion of death in July 2025. No motion to substitute has been filed. The Court dismisses the action.

**Case No. 17-cv-5547**—Plaintiff Scull died in November 2022. Defendants filed a suggestion of death in July 2025. No motion to substitute has been filed. The Court dismisses the action.

**Case No. 18-cv-23**—Plaintiff Gary Angell died in February 2020. Defendants filed a suggestion of death in July 2025. No motion to substitute has been filed. The Court dismisses the claims of Gary Angell. Defendants did not move to dismiss the claims of Plaintiff Gloria Angell.

**Case No. 18-cv-56**—Plaintiff Cowan died in January 2022.  Defendants filed a suggestion of death in July 2025.  Cowan's attorney filed a suggestion of death the next month.[6]  No motion to substitute has been filed.

In response to Defendants' motion, counsel for Cowan stated that he "only recently learned the Plaintiff passed away" in January 2022.  Cowan "contend[ed] the protracted nature of this MDL litigation spanning . . . more than three thousand . . . days and the resulting loss of contact between plaintiff and counsel, constitutes excusable neglect that is sufficient for this Court to grant a brief extension of time by which counsel for Plaintiff can attempt to comply with PTO 23 and Fed. R. Civ. P. 25."  No excusable neglect has been demonstrated to justify noncompliance with PTO 23.  The Court dismisses the action.

**Case No. 18-cv-78**—Plaintiff Gottfried died in June 2022.  Defendants filed a suggestion of death in July 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 18-cv-423**—Plaintiff Relyea died in December 2023.  Defendants filed a suggestion of death in July 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 18-cv-445**—Plaintiff Haskell died in June 2022.  Defendants filed a suggestion of death in July 2025.  No motion to substitute has been filed.  The Court dismisses the action.

---

[6]    The complaint identifies the plaintiff as "Deborah Cowan."  The suggestions of death identify the deceased as "Deborah Cowen."

**Case No. 18-cv-492**—Plaintiff Bill Critchlow died in April 2024.  Defendants filed a suggestion of death in July 2025.  No motion to substitute has been filed.  The Court dismisses the claims of Bill Critchlow.[7]

Defendants moved to dismiss the claims of Plaintiff Lynn Critchlow because they "are derivative of and dependent on the lead plaintiff's claim."  The Court dismisses the claims of Lynn Critchlow.  *See Stengel*, 306 F.R.D. at 233.

**Case No. 18-cv-534**—Plaintiff Rankin died in March 2022.  Defendants filed a suggestion of death in July 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 18-cv-804**—Plaintiff Maehle died in April 2023.  Defendants filed a suggestion of death in July 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 18-cv-806**—Plaintiff Martin died in January 2022.  Defendants filed a suggestion of death in July 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 18-cv-815**—Plaintiff Moody died in March 2024.  Defendants filed a suggestion of death in July 2025.  No motion to substitute has been filed.  The Court dismisses the action.

---

[7]    The complaint identifies one of the plaintiffs as "Bill Critchlow."  The suggestion of death identifies the deceased as "William Critchlow."

**Case No. 18-cv-849**—Plaintiff Crews died in July 2024.  Defendants filed a suggestion of death in July 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 18-cv-1016**—Plaintiff Miller died in October 2022.  Defendants filed a suggestion of death in July 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 18-cv-1031**—Plaintiff Rhock died in September 2020.  Defendants filed a suggestion of death in July 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 18-cv-1190**—Plaintiff Mitchell died in August 2023.  Defendants filed a suggestion of death in July 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 18-cv-1421**—Plaintiff Ross died in November 2019.  Defendants filed a suggestion of death in July 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 18-cv-1568**—Plaintiff Liedtke died in August 2020.  Defendants filed a suggestion of death in July 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 18-cv-1569**—Plaintiff Saddler died in January 2022.  Defendants filed a suggestion of death in July 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 18-cv-1635**—Plaintiff Hansen died in February 2020. Defendants filed a suggestion of death in July 2025. No motion to substitute has been filed. The Court dismisses the action.

**Case No. 18-cv-1644**—Plaintiff Reinhart died in July 2021. Defendants filed a suggestion of death in July 2025. No motion to substitute has been filed. The Court dismisses the action.

**Case No. 18-cv-1693**—Plaintiff Elliott died in November 2019. Defendants filed a suggestion of death in July 2025. No motion to substitute has been filed. The Court dismisses the action.

**Case No. 18-cv-1711**—Plaintiff Funderburk died in October 2023. Defendants filed a suggestion of death in July 2025. No motion to substitute has been filed. The Court dismisses the action.

**Case No. 18-cv-1765**—Plaintiff Mueller died in January 2021. Defendants filed a suggestion of death in July 2025. No motion to substitute has been filed. The Court dismisses the action.

**Case No. 18-cv-1861**—Plaintiff Barnett died in February 2020. Defendants filed a suggestion of death in July 2025. No motion to substitute has been filed. The Court dismisses the action.

**Case No. 18-cv-1869**—Plaintiff Hagemeier died in November 2020. Defendants filed a suggestion of death in July 2025. No motion to substitute has been filed. The Court dismisses the action.

**Case No. 18-cv-1886**—Plaintiff Obaze died in November 2019.  Defendants filed a suggestion of death in July 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 18-cv-1931**—Plaintiff Christensen died in June 2020.  Defendants filed a suggestion of death in July 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 18-cv-1953**—Plaintiff Intemann died in June 2024.  Defendants filed a suggestion of death in July 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 18-cv-1954**—Plaintiff Saucier died in January 2023.  Defendants filed a suggestion of death in July 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 18-cv-2018**—Plaintiff Davis died in July 2023.  Defendants filed a suggestion of death in July 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 18-cv-2028**—Plaintiff Carrow died in September 2021.  Defendants filed a suggestion of death in July 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 18-cv-2050**—Plaintiff Murray died in July 2019.  Defendants filed a suggestion of death in July 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 18-cv-2105**—Plaintiff Jones died in April 2022.  Defendants filed a suggestion of death in July 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 18-cv-2155**—Plaintiff Jermeay died in September 2023.  Defendants filed a suggestion of death in July 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 18-cv-2206**—Plaintiff Thomas Edwards died in November 2022.  Defendants filed a suggestion of death in July 2025.  No motion to substitute has been filed.  The Court dismisses the claims of Thomas Edwards.

Defendants moved to dismiss the claims of Plaintiff Sandy Edwards because they "are derivative of and dependent on the lead plaintiff's claim."  The Court dismisses the claims of Sandy Edwards.  *See Sisemore v. Neal*, 367 S.W.2d 417, 419 (Ark. 1963).

**Case No. 18-cv-2211**—Plaintiff Rhodes died in May 2021.  Defendants filed a suggestion of death in July 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 18-cv-2306**—Plaintiff James died in August 2023.  Defendants filed a suggestion of death in July 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 18-cv-2323**—Plaintiff Brown died in October 2021.  Defendants filed a suggestion of death in July 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 18-cv-2366**—Plaintiff Hudson died in May 2019.  Defendants filed a suggestion of death in July 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 18-cv-2380**—Plaintiff Foudray died in May 2019.  Defendants filed a suggestion of death in July 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 18-cv-2387**—Plaintiff Montgomery died in September 2019.  Defendants filed a suggestion of death in July 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 18-cv-2426**—Plaintiff House died in June 2022.  Defendants filed a suggestion of death in July 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 18-cv-2477**—Plaintiff Annack died in April 2021.  Defendants filed a suggestion of death in July 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 18-cv-2481**—Plaintiff Gardner died in January 2019.  Defendants filed a suggestion of death in July 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 18-cv-2486**—Plaintiff Baccus died in October 2023.  Defendants filed a suggestion of death in July 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 18-cv-2489**—Plaintiff Kahl died in October 2021. Defendants filed a suggestion of death in July 2025. No motion to substitute has been filed. The Court dismisses the action.

**Case No. 18-cv-2665**—Plaintiff Romero died in July 2023. Defendants filed a suggestion of death in July 2025. No motion to substitute has been filed. The Court dismisses the action.

**Case No. 18-cv-2690**—Plaintiff Heartley died in March 2023. Defendants filed a suggestion of death in July 2025. No motion to substitute has been filed. The Court dismisses the action.

**Case No. 18-cv-2785**—Plaintiff Artis died in August 2024. Defendants filed a suggestion of death in August 2025. No motion to substitute has been filed. The Court dismisses the action.

**Case No. 18-cv-2999**—Plaintiff Johnson died in April 2020. Defendants filed a suggestion of death in July 2025. No motion to substitute has been filed. The Court dismisses the action.

**Case No. 18-cv-3293**—Plaintiff Thurman Harrison died in August 2020. Defendants filed a suggestion of death in July 2025. No motion to substitute has been filed. The Court dismisses the claims of Thurman Harrison. Defendants did not move to dismiss the claims of Plaintiff Estelle Harrison.

**Case No. 19-cv-85**—Plaintiff Dinneen died in July 2021. Defendants filed a suggestion of death in July 2025. No motion to substitute has been filed. The Court dismisses the action.

**Case No. 19-cv-152**—Plaintiff McDowell died in November 2020.  Defendants filed a suggestion of death in July 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 19-cv-354**—Plaintiff Donald Moran died in October 2019.  Defendants filed a suggestion of death in July 2025.  No motion to substitute has been filed.

In response to Defendants' motion, counsel for Donald Moran stated that he "learned on or about July 20, 2023 that the Plaintiff, Donald Moran, passed away" in October 2019.  Donald Moran "contend[ed] the protracted nature of this MDL litigation and the resulting loss of contact between plaintiff and counsel, constitutes excusable neglect that is sufficient for this Court to grant a brief extension of time by which counsel for Plaintiff can attempt to comply with PTO 23 and Fed. R. Civ. P. 25."  No excusable neglect has been demonstrated to justify noncompliance with PTO 23.  The Court dismisses the claims of Donald Moran.

Defendants moved to dismiss the claims of Plaintiff Judyth Moran because they "are derivative of and dependent on the lead plaintiff's claim."  The Court dismisses the claims of Judyth Moran.  *See In re Engle Cases*, 767 F.3d 1082, 1120–21 & n.38 (11th Cir. 2014).

**Case No. 19-cv-729**—Plaintiff Green died in February 2021.  Defendants filed a suggestion of death in July 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 19-cv-1118**—Plaintiff Koenig died in June 2020.  Defendants filed a suggestion of death in July 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 19-cv-1383**—Plaintiff Thomas Acheson died in December 2022.  Defendants filed a suggestion of death in July 2025.  No motion to substitute has been filed.  The Court dismisses the claims of Thomas Acheson.  Defendants did not move to dismiss the claims of Plaintiff Sheila Acheson.[8]

**Case No. 23-cv-398**—Plaintiff Baker died in May 2023.  Defendants filed a suggestion of death in July 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 23-cv-926**—Plaintiff Breazeale died in February 2024.  Defendants filed a suggestion of death in July 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 23-cv-1331**—Plaintiff David Munson died in April 2024.  Defendants filed a suggestion of death in July 2025.  No motion to substitute has been filed.  The Court dismisses the claims of David Munson.  Defendants did not move to dismiss the claims of Plaintiff Luz Munson.

---

[8]    The complaint's caption identifies Thomas Acheson as the plaintiff.  The complaint's body indicates that his spouse, Sheila Acheson, claimed damages for loss of consortium.  The Court directs the Clerk of Court to identify Sheila Acheson as a plaintiff in Case No. 19-cv-1383.

**Case No. 23-cv-2442**—Plaintiff Foster died in May 2024. Defendants filed a suggestion of death in July 2025. No motion to substitute has been filed. The Court dismisses the action.

**Case No. 23-cv-3236**—Plaintiff Nance died in December 2023. Defendants filed a suggestion of death in July 2025. No motion to substitute has been filed. The Court dismisses the action.

**Case No. 23-cv-3257**—Plaintiff Folker died in June 2024. Defendants filed a suggestion of death in July 2025. No motion to substitute has been filed. The Court dismisses the action.

### B.    Failure to File Timely Motion to Substitute

Defendants moved to dismiss Case Nos. 16-cv-620 and 17-cv-2549 because no motions to substitute were filed after suggestions of death were filed by plaintiffs' counsel.

**Case No. 16-cv-620**—Plaintiff Walters died in April 2024. Her attorney filed a suggestion of death in March 2025. No motion to substitute has been filed. The Court dismisses the action.

**Case No. 17-cv-2549**—Plaintiff Bennett died in February 2025. His attorney filed a suggestion of death in April 2025. No motion to substitute has been filed. The Court dismisses the action.

## IV.    Conclusion

Based on the files, records, and proceedings herein, and for the reasons stated

above, IT IS ORDERED THAT:

1.    Defendants' Fifteenth Motion to Dismiss for Failure to Comply with
Pretrial Order No. 23, Fed. R. Civ. P. 41(b), and 25(a), or for Failure to
Prosecute [Docket No. 2953] is GRANTED.

2.    The Clerk of Court is directed to enter a copy of this Order in the 187
actions to which it relates.

3.    In Case No. 16-cv-2441, the Court directs the Clerk of Court to identify
Charles Atkinson as a plaintiff.

4.    In Case No. 16-cv-2593, the Court directs the Clerk of Court to identify
Ruth Marriott as a plaintiff.

5.    In Case No. 17-cv-1124, the Court directs the Clerk of Court to identify
Ronald Gumpher as a plaintiff.

6.    In Case No. 19-cv-1383, the Court directs the Clerk of Court to identify
Sheila Acheson as a plaintiff.

7.    In Case No. 16-cv-2322, the claims of Frank Davis are DISMISSED WITH
PREJUDICE.

8.    In Case No. 16-cv-2432, the claims of Stephen Garner are DISMISSED
WITH PREJUDICE.

9.    In Case No. 16-cv-2441, the claims of Jacqueline Atkinson are
DISMISSED WITH PREJUDICE.

10.    In Case No. 16-cv-2593, the claims of James Marriott are DISMISSED
WITH PREJUDICE.

11.    In Case No. 16-cv-2667, the claims of Michael Bishop are DISMISSED
WITH PREJUDICE.

12.    In Case No. 16-cv-3290, the claims of David Martin are DISMISSED
WITH PREJUDICE.

13.    In Case No. 17-cv-488, the claims of Barbara Warren are DISMISSED
WITH PREJUDICE.

14.    In Case No. 17-cv-1051, the claims of Jon Sanders are DISMISSED WITH PREJUDICE.

15.    In Case No. 17-cv-1124, the claims of Marlene Gumpher are DISMISSED WITH PREJUDICE.

16.    In Case No. 17-cv-1245, the claims of Andrew Schindele are DISMISSED WITH PREJUDICE.

17.    In Case No. 17-cv-2390, the claims of Michael Goodwill Sr. are DISMISSED WITH PREJUDICE.

18.    In Case No. 17-cv-3765, the claims of Ralph Laundry are DISMISSED WITH PREJUDICE.

19.    In Case No. 18-cv-23, the claims of Gary Angell are DISMISSED WITH PREJUDICE.

20.    In Case No. 18-cv-3293, the claims of Thurman Harrison are DISMISSED WITH PREJUDICE.

21.    In Case No. 19-cv-1383, the claims of Thomas Acheson are DISMISSED WITH PREJUDICE.

22.    In Case No. 23-cv-1331, the claims of David Munson are DISMISSED WITH PREJUDICE.

23.    Each action listed below is DISMISSED WITH PREJUDICE.  In each action, the Clerk of Court is directed to enter judgment.

    1)    Case No. 16-cv-00237 (Glowacki v. 3M Company)
    2)    Case No. 16-cv-00386 (Norton v. 3M Company et al)
    3)    Case No. 16-cv-00544 (Chaix v. 3M Company et al)
    4)    Case No. 16-cv-00620 (Walters v. 3M Company)
    5)    Case No. 16-cv-00817 (Robbins v. 3M Company et al)
    6)    Case No. 16-cv-02308 (Conner v. 3M Company et al)
    7)    Case No. 16-cv-02311 (Bizub v. 3M Company et al)
    8)    Case No. 16-cv-02366 (Currey v. 3M Company et al)
    9)    Case No. 16-cv-02370 (Adair v. 3M Company et al)
   10)    Case No. 16-cv-02372 (Higginson v. 3M Company et al)
   11)    Case No. 16-cv-02428 (King v. 3M Company et al)
   12)    Case No. 16-cv-02486 (Canup v. 3M Company et al)
   13)    Case No. 16-cv-02588 (Mitchell v. 3M Company et al)
   14)    Case No. 16-cv-02700 (Bellande et al v. 3M Company et al)
   15)    Case No. 16-cv-03144 (Hillman v. 3M Company et al)

16) Case No. 16-cv-03165 (Gallegos v. 3M Company et al)
17) Case No. 16-cv-03240 (Cantu v. 3M Company et al)
18) Case No. 16-cv-03269 (Carter v. 3M Company et al)
19) Case No. 16-cv-03329 (Gray v. 3M Company et al)
20) Case No. 16-cv-04109 (Prevo v. 3M Company et al)
21) Case No. 16-cv-04118 (Mabone v. 3M Company et al)
22) Case No. 16-cv-04135 (Rodriguez v. 3M Company et al)
23) Case No. 16-cv-04235 (Anderson v. 3M Company)
24) Case No. 16-cv-04265 (Baxter v. 3M Company et al)
25) Case No. 17-cv-00018 (Meeks v. 3M Company et al)
26) Case No. 17-cv-00181 (Jones v. 3M Company et al)
27) Case No. 17-cv-00202 (May v. 3M Company et al)
28) Case No. 17-cv-00334 (Davis v. 3M Company et al)
29) Case No. 17-cv-00739 (Resendez v. 3M Company et al)
30) Case No. 17-cv-01455 (Marquart v. 3M Company et al)
31) Case No. 17-cv-01509 (Hunderup v. 3M Company et al)
32) Case No. 17-cv-01755 (Ohara v. 3M Company et al)
33) Case No. 17-cv-01788 (Clingenpeel v. 3M Company et al)
34) Case No. 17-cv-01830 (Onkotz v. 3M Company et al)
35) Case No. 17-cv-02008 (Hudson v. 3M Company et al)
36) Case No. 17-cv-02021 (Marks v. 3M Corporation et al)
37) Case No. 17-cv-02028 (Bowman v. 3M Company et al)
38) Case No. 17-cv-02031 (Johnson et al v. 3M Company et al)
39) Case No. 17-cv-02112 (Austin v. 3M Company et al)
40) Case No. 17-cv-02273 (Harper v. 3M Company et al)
41) Case No. 17-cv-02292 (Porter v. 3M Company et al)
42) Case No. 17-cv-02317 (Acosta v. 3M Company et al)
43) Case No. 17-cv-02384 (Adkins v. 3M Company et al)
44) Case No. 17-cv-02421 (Huckaby v. 3M Company et al)
45) Case No. 17-cv-02466 (Kutach v. 3M Company et al)
46) Case No. 17-cv-02467 (Ghrist v. 3M Company et al)
47) Case No. 17-cv-02497 (Phillips v. 3M Company et al)
48) Case No. 17-cv-02549 (Bennett v. 3M Company et al)
49) Case No. 17-cv-02566 (Harris v. 3M Company et al)
50) Case No. 17-cv-02591 (Martin v. 3M Company et al)
51) Case No. 17-cv-02626 (Cook v. 3M Company et al)
52) Case No. 17-cv-02629 (Davis v. 3M Company et al)
53) Case No. 17-cv-02642 (Richey v. 3M Company et al)
54) Case No. 17-cv-02645 (Bunte v. 3M Company et al)
55) Case No. 17-cv-02695 (Bonilla v. 3M Company et al)
56) Case No. 17-cv-02700 (McDonald v. 3M Company et al)
57) Case No. 17-cv-02761 (Payne v. 3M Company et al)
58) Case No. 17-cv-02796 (Morrison v. 3M Company et al)

59)  Case No. 17-cv-02847 (Parker v. 3M Company et al)
60)  Case No. 17-cv-02862 (Peoples v. 3M Company et al)
61)  Case No. 17-cv-02869 (Moore v. 3M Company et al)
62)  Case No. 17-cv-03040 (Chambers v. 3M Company et al)
63)  Case No. 17-cv-03053 (Mahoney v. 3M Company et al)
64)  Case No. 17-cv-03069 (Courtney v. 3M Company et al)
65)  Case No. 17-cv-03070 (Roberts v. 3M Company et al)
66)  Case No. 17-cv-03106 (Curtis v. 3M Company et al)
67)  Case No. 17-cv-03140 (Pinkerton v. 3M Company et al)
68)  Case No. 17-cv-03170 (Martin v. 3M Company et al)
69)  Case No. 17-cv-03207 (Barnett v. 3M Company et al)
70)  Case No. 17-cv-03286 (Petrosewicz v. 3M Company et al)
71)  Case No. 17-cv-03363 (Hulse v. 3M Company et al)
72)  Case No. 17-cv-03585 (McPherson v. 3M Company et al)
73)  Case No. 17-cv-03590 (Kuhn v. 3M Company et al)
74)  Case No. 17-cv-03646 (Benjamin v. 3M Company et al)
75)  Case No. 17-cv-03697 (Brenizer v. 3M Company et al)
76)  Case No. 17-cv-03720 (Geer v. 3M Company et al)
77)  Case No. 17-cv-03760 (Roberts v. 3M Company et al)
78)  Case No. 17-cv-03781 (Buttram v. 3M Company et al)
79)  Case No. 17-cv-03803 (Hawthorne v. 3M Company et al)
80)  Case No. 17-cv-03825 (Nicely v. 3M Company et al)
81)  Case No. 17-cv-03828 (Hughes v. 3M Company et al)
82)  Case No. 17-cv-03859 (Revenaugh v. 3M Company et al)
83)  Case No. 17-cv-03880 (Conklin v. 3M Company et al)
84)  Case No. 17-cv-03882 (Powers v. 3M Company et al)
85)  Case No. 17-cv-03927 (Feahr v. 3M Company et al)
86)  Case No. 17-cv-04009 (Rude v. 3M Company et al)
87)  Case No. 17-cv-04089 (Houtz v. 3M Company et al)
88)  Case No. 17-cv-04159 (Miller v. 3M Company et al)
89)  Case No. 17-cv-04160 (MacArthur v. 3M Company et al)
90)  Case No. 17-cv-04303 (Nunemaker v. 3M Company et al)
91)  Case No. 17-cv-04343 (Gonzales v. 3M Company et al)
92)  Case No. 17-cv-04381 (Gary v. 3M Company et al)
93)  Case No. 17-cv-04466 (Garcia v. 3M Company et al)
94)  Case No. 17-cv-04477 (Reinke v. 3M Company et al)
95)  Case No. 17-cv-04551 (Gutierrez et al v. 3M Company et al)
96)  Case No. 17-cv-04562 (Milquette v. 3M Company et al)
97)  Case No. 17-cv-04628 (Grace v. 3M Company et al)
98)  Case No. 17-cv-04631 (Lewis v. 3M Company et al)
99)  Case No. 17-cv-04653 (Pepke v. 3M Company et al)
100)  Case No. 17-cv-04662 (Garay v. 3M Company et al)
101)  Case No. 17-cv-04681 (McDowell v. 3M Company et al)

102) Case No. 17-cv-04770 (Heilgendorf v. 3M Company et al)
103) Case No. 17-cv-04795 (Rohm v. 3M Company et al)
104) Case No. 17-cv-04804 (Moore v. 3M Company et al)
105) Case No. 17-cv-04897 (Lawrence v. 3M Company et al)
106) Case No. 17-cv-04904 (Luketich v. 3M Company et al)
107) Case No. 17-cv-04978 (Haldeman v. 3M Company et al)
108) Case No. 17-cv-04999 (Carpenter v. 3M Company et al)
109) Case No. 17-cv-05016 (Buchi v. 3M Company et al)
110) Case No. 17-cv-05021 (Fair v. 3M Company et al)
111) Case No. 17-cv-05050 (Manter v. 3M Company et al)
112) Case No. 17-cv-05381 (Bentson v. 3M Company et al)
113) Case No. 17-cv-05547 (Scull v. 3M Company et al)
114) Case No. 18-cv-00056 (Cowan v. 3M Company et al)
115) Case No. 18-cv-00078 (Gottfried v. 3M Company et al)
116) Case No. 18-cv-00423 (Relyea v. 3M Company et al)
117) Case No. 18-cv-00445 (Haskell v. 3M Company et al)
118) Case No. 18-cv-00492 (Critchlow et al v. 3M Company et al)
119) Case No. 18-cv-00534 (Rankin v. 3M Company et al)
120) Case No. 18-cv-00804 (Maehle v. 3M Company et al)
121) Case No. 18-cv-00806 (Martin v. 3M Company et al)
122) Case No. 18-cv-00815 (Moody v. 3M Company et al)
123) Case No. 18-cv-00849 (Crews v. 3M Company et al)
124) Case No. 18-cv-01016 (Miller v. 3M Company et al)
125) Case No. 18-cv-01031 (Rhock v. 3M Company et al)
126) Case No. 18-cv-01190 (Mitchell v. 3M Company et al)
127) Case No. 18-cv-01421 (Ross v. 3M Company et al)
128) Case No. 18-cv-01568 (Liedtke v. 3M Company et al)
129) Case No. 18-cv-01569 (Saddler v. 3M Company et al)
130) Case No. 18-cv-01635 (Hansen v. 3M Company et al)
131) Case No. 18-cv-01644 (Reinhart v. 3M Company et al)
132) Case No. 18-cv-01693 (Elliott v. 3M Company et al)
133) Case No. 18-cv-01711 (Funderburk v. 3M Company et al)
134) Case No. 18-cv-01765 (Mueller v. 3M Company et al)
135) Case No. 18-cv-01861 (Barnett v. 3M Company et al)
136) Case No. 18-cv-01869 (Hagemeier v. 3M Company et al)
137) Case No. 18-cv-01886 (Obaze v. 3M Company et al)
138) Case No. 18-cv-01931 (Christensen v. 3M Company et al)
139) Case No. 18-cv-01953 (Intemann v. 3M Company et al)
140) Case No. 18-cv-01954 (Saucier v. 3M Company et al)
141) Case No. 18-cv-02018 (Davis v. 3M Company et al)
142) Case No. 18-cv-02028 (Carrow v. 3M Company et al)
143) Case No. 18-cv-02050 (Murray v. 3M Company et al)
144) Case No. 18-cv-02105 (Jones v. 3M Company et al)

145)  Case No. 18-cv-02155 (Jermeay v. 3M Company et al)
146)  Case No. 18-cv-02206 (Edwards et al v. 3M Company et al)
147)  Case No. 18-cv-02211 (Rhodes v. 3M Company et al)
148)  Case No. 18-cv-02306 (James v. 3M Company et al)
149)  Case No. 18-cv-02323 (Brown v. 3M Company et al)
150)  Case No. 18-cv-02366 (Hudson v. 3M Company et al)
151)  Case No. 18-cv-02380 (Foudray v. 3M Company et al)
152)  Case No. 18-cv-02387 (Montgomery v. 3M Company et al)
153)  Case No. 18-cv-02426 (House v. 3M Company et al)
154)  Case No. 18-cv-02477 (Annack v. 3M Company et al)
155)  Case No. 18-cv-02481 (Gardner v. 3M Company et al)
156)  Case No. 18-cv-02486 (Baccus v. 3M Company et al)
157)  Case No. 18-cv-02489 (Kahl v. 3M Company et al)
158)  Case No. 18-cv-02665 (Romero v. 3M Company et al)
159)  Case No. 18-cv-02690 (Heartley v. 3M Company et al)
160)  Case No. 18-cv-02785 (Artis v. 3M Company)
161)  Case No. 18-cv-02999 (Johnson v. 3M Company et al)
162)  Case No. 19-cv-00085 (Dinneen v. 3M Company et al)
163)  Case No. 19-cv-00152 (McDowell v. 3M Company et al)
164)  Case No. 19-cv-00354 (Moran et al v. 3M Company et al)
165)  Case No. 19-cv-00729 (Green v. 3M Company et al)
166)  Case No. 19-cv-01118 (Koenig v. 3M Company et al)
167)  Case No. 23-cv-00398 (Baker v. 3M Company et al)
168)  Case No. 23-cv-00926 (Breazeale v. 3M Company et al)
169)  Case No. 23-cv-02442 (Foster v. 3M Company et al)
170)  Case No. 23-cv-03236 (Nance v. 3M Company et al)
171)  Case No. 23-cv-03257 (Folker v. 3M Company et al)

Dated: January 21, 2026

s/Joan N. Ericksen
JOAN N. ERICKSEN
United States District Judge