UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re: BAIR HUGGER FORCED AIR　　　　　　MDL No. 15-2666 (JNE/DTS)
WARMING DEVICES PRODUCTS　　　　　　　ORDER
LIABILITY LITIGATION

This Document Relates to:

1.  Case No. 19-cv-01630 (Brown v. 3M Company et al)
2.  Case No. 25-cv-01596 (Jewell v. 3M Company et al)
3.  Case No. 25-cv-01601 (Collins v. 3M Company et al)
4.  Case No. 25-cv-01637 (Vierra v. 3M Company et al)
5.  Case No. 25-cv-01639 (Perkins v. 3M Company et al)
6.  Case No. 25-cv-01641 (Dingman v. 3M Company et al)
7.  Case No. 25-cv-01652 (Lininger v. 3M Company et al)
8.  Case No. 25-cv-01654 (Fishel v. 3M Company et al)[1]
9.  Case No. 25-cv-01687 (Batton v. 3M Company et al)
10. Case No. 25-cv-01765 (Baldwin v. 3M Company et al)
11. Case No. 25-cv-01767 (Stroud v. 3M Company et al)
12. Case No. 25-cv-01773 (Dean v. 3M Company et al)[2]
13. Case No. 25-cv-01791 (Anderson v. 3M Company et al)
14. Case No. 25-cv-01802 (Iervolino v. 3M Company et al)
15. Case No. 25-cv-01806 (Ulrich v. 3M Company et al)
16. Case No. 25-cv-01809 (Stout v. 3M Company et al)
17. Case No. 25-cv-01821 (Crafard v. 3M Company et al)
18. Case No. 25-cv-01827 (Black v. 3M Company et al)
19. Case No. 25-cv-01831 (Bli v. 3M Company et al)
20. Case No. 25-cv-01833 (Goodin v. 3M Company et al)
21. Case No. 25-cv-01836 (Robbins v. 3M Company et al)
22. Case No. 25-cv-01865 (Martino v. 3M Company et al)
23. Case No. 25-cv-01872 (Schroeder v. 3M Company et al)
24. Case No. 25-cv-01877 (Vallie v. 3M Company et al)
25. Case No. 25-cv-01880 (Figg v. 3M Company et al)
26. Case No. 25-cv-01889 (Pope v. 3M Company et al)
27. Case No. 25-cv-01893 (Wagner v. 3M Company et al)

---

[1] The complaint's caption identifies Dean Fishel as the plaintiff. The complaint's body indicates his spouse, Leona Pankratz-Fishel, claimed damages for loss of consortium.

[2] The complaint's caption identifies Michael Dean as the plaintiff. The complaint's body indicates his spouse, Jane Dean, claimed damages for loss of consortium.

28. Case No. 25-cv-01898 (Schultz v. 3M Company et al)
29. Case No. 25-cv-01901 (Smith v. 3M Company et al)[3]
30. Case No. 25-cv-01903 (Provost v. 3M Company et al)
31. Case No. 25-cv-01905 (Quick v. 3M Company et al)
32. Case No. 25-cv-01922 (Keuntjes v. 3M Company et al)
33. Case No. 25-cv-01924 (Linney v. 3M Company et al)
34. Case No. 25-cv-01979 (Lubarsky v. 3M Company et al)
35. Case No. 25-cv-01998 (Craft v. 3M Company et al)
36. Case No. 25-cv-02259 (McClain v. 3M Company et al)
37. Case No. 25-cv-02351 (Choate v. 3M Company et al)
38. Case No. 25-cv-02374 (Williams v. 3M Company et al)
39. Case No. 25-cv-02416 (Bacon v. 3M Company et al)
40. Case No. 25-cv-02462 (McGill v. 3M Company et al)

In a Report and Recommendation dated December 12, 2025, the Honorable David T. Schultz, United States Magistrate Judge, recommended that the 40 actions listed above be dismissed with prejudice. No objection has been filed. The Court accepts the recommended disposition [Docket No. 3261] except as to Michael Dean in Case No. 25-cv-1773. A suggestion of his death was recently filed. He died before Case No. 25-cv-1773 was commenced. Accordingly, the Court dismisses his claims for lack of subject-matter jurisdiction. *See Harris v. US Bank Nat'l Ass'n*, No. 20-2005, 2021 WL 7542603, at *3 (6th Cir. Sept. 10, 2021); *LN Mgmt., LLC v. JPMorgan Chase Bank, N.A.*, 957 F.3d 943, 953 (9th Cir. 2020); *House v. Mitra QSR KNE LLC*, 796 F. App'x 783, 791 (4th Cir. 2019); *Hernandez v. Smith*, 793 F. App'x 261, 265–66 (5th Cir. 2019) (per curiam).

---

[3] The complaint's caption identifies Alice Smith as the plaintiff. The complaint's body indicates her spouse, Charles Smith, claimed damages for loss of consortium.

2

Based on the files, records, and proceedings herein, and for the reasons stated above, IT IS ORDERED THAT:

1. The Clerk of Court is directed to file a copy of this Order in the 40 actions listed in this Order's caption.

2. In Case No. 25-cv-1654, the Clerk of Court is directed to identify Leona Pankratz-Fishel as a plaintiff.

3. In Case No. 25-cv-1773, the Clerk of Court is directed to identify Jane Dean as a plaintiff.

4. In Case No. 25-cv-1901, the Clerk of Court is directed to identify Charles Smith as a plaintiff.

5. In Case No. 25-cv-1773, the claims of Michael Dean are DISMISSED WITHOUT PREJUDICE for lack of subject-matter jurisdiction. The claims of Jane Dean are DISMISSED WITH PREJUDICE. The Clerk of Court is directed to enter judgment.

6. The following actions are DISMISSED WITH PREJUDICE. In each action, the Clerk of Court is directed to enter judgment.

    1) Case No. 19-cv-01630 (Brown v. 3M Company et al)
    2) Case No. 25-cv-01596 (Jewell v. 3M Company et al)
    3) Case No. 25-cv-01601 (Collins v. 3M Company et al)
    4) Case No. 25-cv-01637 (Vierra v. 3M Company et al)
    5) Case No. 25-cv-01639 (Perkins v. 3M Company et al)
    6) Case No. 25-cv-01641 (Dingman v. 3M Company et al)
    7) Case No. 25-cv-01652 (Lininger v. 3M Company et al)
    8) Case No. 25-cv-01654 (Fishel et al v. 3M Company et al)
    9) Case No. 25-cv-01687 (Batton v. 3M Company et al)
    10) Case No. 25-cv-01765 (Baldwin v. 3M Company et al)
    11) Case No. 25-cv-01767 (Stroud v. 3M Company et al)
    12) Case No. 25-cv-01791 (Anderson v. 3M Company et al)
    13) Case No. 25-cv-01802 (Iervolino v. 3M Company et al)
    14) Case No. 25-cv-01806 (Ulrich v. 3M Company et al)
    15) Case No. 25-cv-01809 (Stout v. 3M Company et al)
    16) Case No. 25-cv-01821 (Crafard v. 3M Company et al)
    17) Case No. 25-cv-01827 (Black v. 3M Company et al)
    18) Case No. 25-cv-01831 (Bli v. 3M Company et al)
    19) Case No. 25-cv-01833 (Goodin v. 3M Company et al)
    20) Case No. 25-cv-01836 (Robbins v. 3M Company et al)

21) Case No. 25-cv-01865 (Martino v. 3M Company et al)
22) Case No. 25-cv-01872 (Schroeder v. 3M Company et al)
23) Case No. 25-cv-01877 (Vallie v. 3M Company et al)
24) Case No. 25-cv-01880 (Figg v. 3M Company et al)
25) Case No. 25-cv-01889 (Pope v. 3M Company et al)
26) Case No. 25-cv-01893 (Wagner v. 3M Company et al)
27) Case No. 25-cv-01898 (Schultz v. 3M Company et al)
28) Case No. 25-cv-01901 (Smith et al v. 3M Company et al)
29) Case No. 25-cv-01903 (Provost v. 3M Company et al)
30) Case No. 25-cv-01905 (Quick v. 3M Company et al)
31) Case No. 25-cv-01922 (Keuntjes v. 3M Company et al)
32) Case No. 25-cv-01924 (Linney v. 3M Company et al)
33) Case No. 25-cv-01979 (Lubarsky v. 3M Company et al)
34) Case No. 25-cv-01998 (Craft v. 3M Company et al)
35) Case No. 25-cv-02259 (McClain v. 3M Company et al)
36) Case No. 25-cv-02351 (Choate v. 3M Company et al)
37) Case No. 25-cv-02374 (Williams v. 3M Company et al)
38) Case No. 25-cv-02416 (Bacon v. 3M Company et al)
39) Case No. 25-cv-02462 (McGill v. 3M Company et al)

Dated: January 27, 2026

s/Joan N. Ericksen
JOAN N. ERICKSEN
United States District Judge