## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

In re: BAIR HUGGER FORCED AIR WARMING  
DEVICES PRODUCTS LIABILITY LITIGATION

MDL No. 15-2666 (JNE/DTS)

**ORDER**

This Order Relates to:

16-cv-0384 (Roth)  
16-cv-0545 (Andras)  
16-cv-0814 (Lasater)  
17-cv-4889 (Thornton)  
18-cv-2087 (Bellach)  
18-cv-3293 (Harrison)  
18-cv-3298 (Hasan)  
18-cv-3322 (Melancon)  
18-cv-3370 (Ruby)  
18-cv-3464 (Van Haitsma)  
18-cv-3508 (De Leon)  
19-cv-0020 (Holmes)  
19-cv-0771 (Fondren)  
20-cv-0738 (Jones)  
21-cv-0686 (Mazzara)  
22-cv-0038 (Downward)  
22-cv-2105 (Salas)  
22-cv-2170 (Black)  
23-cv-1134 (Blevins)  
23-cv-1964 (Gutierrez)  
23-cv-2467 (Boschetto)  
24-cv-1078 (Mead)  
24-cv-1169 (McDaniel)  
24-cv-1286 (Franklin)  
24-cv-1324 (Webb)  
24-cv-1356 (Warf)  
24-cv-1375 (Friday)  
24-cv-1401 (Home)  
24-cv-2085 (Bostian)  
24-cv-2898 (Barker)  
24-cv-2902 (Choate)  
24-cv-3339 (Howard)  
24-cv-3342 (Caldwell)  
24-cv-4107 (Bullock)  
24-cv-4134 (Burger)  
24-cv-4626 (Idleman)  
25-cv-0971 (Funk)  
25-cv-1318 (Fix)

25-cv-1419 (Wise)
25-cv-1436 (Rangel)
25-cv-1450 (Cobb)
25-cv-1470 (Barnwell)
25-cv-1488 (Taylor)
25-cv-1515 (Starner)
25-cv-1647 (Driessen)
25-cv-1756 (Schmerge)
25-cv-1824 (Crawford)
25-cv-1826 (Knox)
25-cv-2421 (Chambers)
25-cv-2444 (Bratcher)
25-cv-2463 (Pitts)
25-cv-2512 (Bult)
25-cv-2543 (Thomas)
25-cv-2544 (Thompson)
25-cv-2548 (Keeler)
25-cv-2571 (Salinas)

---

On December 8, 2025, the Court adopted a process for clearing the backlog of disputed core deficiencies in Plaintiff Fact Sheets (PFSs). Dkt. No. 3247. The Court directed Defendants to submit any PFSs with alleged core deficiencies for cases filed before July 1, 2025. *Id.* Defendants submitted more than 50 PFSs along with a chart identifying alleged deficiencies for each PFS. The Court reviewed the submitted PFSs and attaches a highlighted copy of Defendants' chart to this order. The highlighted chart reflects the Court's findings. A highlight means the answer in the identified section of that plaintiff's PFS is deficient. The absence of a highlight means the answer in the identified section of that plaintiff's PFS is sufficient.

Defendants also identified four cases—17-cv-4889 (Thornton), 18-cv-3370 (Ruby), 18-cv-3508 (De Leon), and 24-cv-1401 (Horne)—which it claims are missing executed authorizations or verifications. Because Defendants did not submit PFSs for those four cases, the Court is unable to rule on those alleged deficiencies at this time.

**IT IS HEREBY ORDERED:** On or before May 1, 2026, Plaintiffs shall serve an amended, verified PFS correcting the deficiencies identified in the chart attached to this Order.

Dated: March 2, 2026               _s/ David T. Schultz_____
                                   DAVID T. SCHULTZ
                                   United States Magistrate Judge