| Case Number | Title | Core Deficiencies | Firm Name |
|---|---|---|---|
| 16-cv-00814 | Lasater, Timothy et al. v. 3M Company | Sec. II: 1 – Missing response on other names or aliases used<br>Sec. III: 1 – Missing page number or Bates number, or express reference to excerpt, of specific document indicating Bair Hugger system use. | McSweeney/Langevin LLC |
| 16-cv-00384 | Roth, Naomi v. 3M Company et al | Sec. II: 9, 10<br>Sec. III: 1<br>Sec. IV: 3, 7, 8<br>Sec. V: 4<br>Sec. VI: 1<br>Sec. IX: 1 | Michael Hingle & Associates, LLC |
| 16-cv-00545 | Andras, Robert Paul v. 3M Company et al | Sec. II: 7<br>Sec. III: 1, 3<br>Sec. VI: 3<br>Missing Executed Authorization | Michael Hingle & Associates, LLC |
| 18-cv-02087 | Bellach, (Dimesa, Maria) v. 3M Company | Section I : 2<br>Section I : 4<br>Section II: 3<br>Section II: 10<br>Section IV - 7<br>Section VI - 3<br>Missing Authorization | Napoli Bern Ripka Shkolnik LLP |
| 18-cv-03293 | Harrison, Thurman et al. v. 3M Company et al. | Section III - 3<br>Section VI - 3<br>Section IX - 1<br>Section IX - 3<br>Section IX - 4 | The Miller Firm, LLC |
| 18-cv-03298 | Hasan, Julia v. 3M Company et al. | Sec. II: 6 - missing years<br>Sec II: 10 - missing addresses<br>Sec. VI: 3 - missing date of onset<br>Missing Verification<br>Missing Executed Authorization | Bernstein Liebhard LLP |
| 18-cv-03322 | Melancon, Nancy et al. v. 3M Company et al. | Sec. II: 5<br>Sec. II: 6<br>Sec. IV: 3<br>Sec. VI: 3<br>Missing Verification<br>Missing Executed Authorization | Nachawati Law Group |
| 18-cv-03464 | Van Haitsma, Timothy v. 3M Company et al. | Section II - 6 | Kirtland & Packard LLP |
| 19-cv-00020 | Holmes, Michael v. 3M Company et al. | Sec. III: 1 | Meshbesher & Spence |
| 19-cv-00771 | Fondren, David v. 3M Company et al. | Missing/Re-used and Improper Verification – Re-used signature from prior PFS. Also, signature is from a William Fondren, but in response to whether the PFS was filled out in a representation capacity, the answer was "N/A" (Sec. I.4), so the signature should be from David, not William, Fondren. | Nachawati Law Group |
| 20-cv-00738 | Jones, Doris v. 3M Company et al | Sec. III: 1 – Missing date of discovery | Meshbesher & Spence, Ltd. |
| 21-cv-00686 | Mazzara, Raymond v. 3M Company et al. | Sec. III: 1 | Meshbesher & Spence, Ltd. |
| 22-cv-00038 | Downward, Monty v. 3M Company et al | Sec. IV: 3<br>Sec. VI: 3 | Bernstein Liebhard LLP |
| 22-cv-02105 | Salas, Michelle v. 3M Company et al | Sec. II: 1, 6<br>Sec. III: 1<br>Sec. IV: 3<br>Sec. VI: 3 | McSweeney/Langevin LLC |
| 22-cv-02170 | Black, Lisa v. 3M Company et al | Sec. II: 1(b)<br>Sec. III: 1<br>Sec. IV: 3 (only ortho) | McSweeney/Langevin LLC |

| Case No. | Plaintiff | Deficiencies | Firm |
|---|---|---|---|
| 23-cv-01134 | Blevins, George and Carol v. 3M Company et al. | Sec. III: 1<br>Sec. IV: 3 (only orthos)<br>Sec. VII: 1, 2<br>Sec. IX: 1(c) | Meshbesher & Spence, Ltd. |
| 23-cv-01964 | Gutierrez, Gary and Tatiana v. 3M Company et al | Sec. I: 4<br>Sec. II: 16<br>Sec. III: 1<br>Sec. VI: 3 | Kaster, Lynch, Farrar & Ball |
| 23-cv-02467 | Boschetto, Dominic v. 3M Company et al | Sec. II: 1 (c)<br>Sec. VI: 1<br>Missing Verification<br>Missing Executed Authorization | Walston, PC |
| 24-cv-01078 | Mead, William and Penelope v. 3M Company et al. | Missing/Re-used and Improper verification. Every new PFS needs its own corresponding verification. Digital signature is only accepted if application providing metadata (such as DocuSign) is used. | Callender Bowlin, PLLC |
| 24-cv-01169 | McDaniel, Michael v. 3M Company et al. | Sec. IV.3 –Does not list any providers except one medical center (no specific provider name listed) as a general health provider; no surgeons or any other providers listed<br>Sec. IX.1(c) – Missing SSN<br>Missing/Re-used and Improper Verification – Every new PFS needs its own corresponding verification. Digital signature is only accepted if application providing metadata (such as DocuSign) is used. | Callender Bowlin, PLLC |
| 24-cv-01286 | Franklin, Casey and Peggy v. 3M Company et al. | Sec. IX: 1(c)<br>Missing/Re-Used and Improper Verifications - Signatures appear pasted. Also re-used from prior version of PFS. | Callender Bowlin, PLLC |
| 24-cv-01324 | Webb, Darby v. 3M Company et al. | IV.3 –Does not list any providers except one medical center (no specific provider name listed) as a general health provider; no surgeons or any other providers listed.<br>Missing/Re-used and Improper Verification – Every new PFS needs its own corresponding verification. Also, digital signature is only accepted if application providing metadata (such as DocuSign) is used. | Callender Bowlin, PLLC |
| 24-cv-01356 | Warf, Hilda and Lynn v. 3M Company et al. | Missing/Re-used Verification – Re-used verification from previous PFS. | Callender Bowlin, PLLC |
| 24-cv-01375 | Friday, Tony and Freda S. v. 3M Company et al. | Sec. IV.3 –Does not list any providers except one medical center (no specific provider name listed) as a general health provider; no surgeons or any other providers listed<br>Missing/Re-used and Improper Verification – Every new PFS needs its own corresponding verification. Also, digital signature is only accepted if application providing metadata (such as DocuSign) is used. | Callender Bowlin, PLLC |
| 24-cv-02085 | Bostian, Carol and Robert v. 3M Company et al. | Sec. I: 2(b) – Incorrect case no.<br>Sec. III: 3 – Plaintiff's counsel has provided generic response used verbatim in thousands of Plaintiff PFSs: "I had the discussion with my doctor at the time, and it was mentioned to me about the risks of having surgery."<br>Sec. VI: 1 – Plaintiff's counsel has provided generic response used verbatim in thousands of Plaintiff PFSs: "I was active prior to my injury, but now I am limited in everything that I do, with both normal everyday tasks and recreational activities."<br>Improper Verification – Re-used verification from prior submission. | Kaster, Lynch, Farrar & Ball |
| 24-cv-02898 | Barker, Carl and Mary v. 3M Company et al. | Sec. III.3 – Plaintiff's counsel has provided generic response used verbatim in thousands of Plaintiff PFSs: "I had the discussion with my doctor at the time, and it was mentioned to me about the risks of having surgery."<br>Sec. VI: 1 – Plaintiff's counsel has provided generic response used verbatim in thousands of Plaintiff PFSs: "I was active prior to my injury, but now I am limited in everything that I do, with both normal everyday tasks and recreational activities." | Kaster, Lynch, Farrar & Ball |
| 24-cv-02902 | Choate, Gwendolyn v. 3M Company et al. | Sec. II: 10 — Missing address and approximate dates of employment. Also, please clarify what "RTSI" means. Please explain if this information is not available after a reasonable search.<br>Sec. IV: 3 –Does not identify medical providers for 7 years prior to surgery. No provider clearly listed prior to date of surgery, including no information on any provider who may have advised on need for surgery. "Unknown" is not adequate date information. Please provide at least approximate dates sufficient to at least understand whether provider was seen prior to surgery, around time of surgery, and/or after surgery. If, even after reviewing medical records, there are no other providers for 7 years prior to surgery to present, please explain.<br>Sec. IV: 7 — Missing address and phone number and approximate dates. If, even after reviewing medical records, this information is not available, please explain.<br>Missing /Re-Used Verification | Kaster, Lynch, Farrar & Ball |

| | | | |
|---|---|---|---|
| 24-cv-03339 | Howard, David v. 3M Company et al. | Sec. III: 1—Plaintiff responded "Will Supplement" when asked when he first discovered information that a Bair Hugger system was used in the surgery at issue. | Kaster, Lynch, Farrar & Ball |
| 24-cv-03342 | Caldwell, Edward v. 3M Company et al. | Sec. III: 1 – Missing page number or Bates number, or express reference to excerpt, of specific medical record indicating BH use;<br>Sec. III: 1 - Missing date of discovery. | Kaster, Lynch, Farrar & Ball |
| 24-cv-04107 | Bullock, Kevin v. 3M Company et al | Sec. II: 1, 2, 3, 5, 6, 7, 9, 10, 11, 12<br>Sec. III: 1, 3<br>Sec. IV: 1, 3, 7, 8<br>Sec. V: 5, 6, 7<br>Sec. VI: 1, 3, 9<br>Sec. VII: 1, 2<br>Missing Verification (signed by attorney, not plaintiff)<br>Missing Executed Authorization | Law Offices of Charles H. Johnson |
| 24-cv-04134 | Burger, Tammy v. 3M Company et al. | Sec. II: 1—Plaintiff did not provide a social security number.<br>Sec. II: 7— did not provide both beginning and end date | Law Offices of Charles H. Johnson |
| 24-cv-04626 | Idleman, Gary Sr. v. 3M Company et al. | Sec. III: 1<br>Sec. V: 6<br>Sec. VIII: 2 | Rosen Injury Lawyers |
| 25-cv-00971 | Funk, Terri v. 3M Company et al. | Sec. III: 1 – Missing date of discovery.<br>Sec. III: 3 – Missing weight at time of surgery.<br>Missing/Re-used Verification - Re-used verification from prior PFS. | Kaster, Lynch, Farrar & Ball |
| 25-cv-01318 | Fix, John v. 3M Company et al. | Sec. IV: 3 – Plaintiff has not provided information for all treatment beginning 7 years prior to surgery to present. For example, Plaintiff provides no dates or information related to arthroplasty presumably preceding irrigation and debridement procedure. | Rosen Injury Lawyers |
| 25-cv-01419 | Wise, Brenda and Roy v. 3M Company et al. | Sec. VI: 1 – Plaintiff's counsel has provided generic response used verbatim in hundreds of Plaintiff PFSs: "Other than the infection mentioned above, I am still currently feeling pain in my [knee/hip]. I am taking pain medications to ease the pain." | Walston, PC |
| 25-cv-01436 | Rangel, Peter v. 3M Company et al. | Missing Verification—Missing verification from loss of consortium plaintiff | Walston, PC |
| 25-cv-01450 | Cobb, Brenda v. 3M Company et al. | Sec. VI: 1—Plaintiff's counsel has provided generic response used verbatim in hundreds of Plaintiff PFSs: "Other than the infection mentioned above, I am still currently feeling pain in my knee. I am taking pain medications to ease the pain." | Walston, PC |
| 25-cv-01470 | Barnwell, Sarah v. 3M Company et al. | Sec. VI: 1—Plaintiff's counsel has provided generic response used verbatim in hundreds of Plaintiff PFSs: "Other than the infection mentioned above, I am still currently feeling pain in my knee. I am taking pain medications to ease the pain." | Walston, PC |
| 25-cv-01488 | Taylor, Henry v. 3M Company et al. | Sec. VII: 1 – If making claim for lost wages must state approximate amount claimed lost; Must provide income for each year beginning in 2013 through present. | Walston, PC |
| 25-cv-01515 | Starner, James v. 3M Company et al. | Sec. II. 1(c) – Plaintiff does not provide complete SSN. | Walston, PC |
| 25-cv-01647 | Driessen, Klaus and Patricia v. 3M Company et al. | Sec. I: 2(b)<br>Sec. II: 10 – Missing address. Please explain if this information is not available through a reasonable search, including through records (such as tax records) or publicly available information.<br>Sec. III: 1 – Missing page number or Bates number, or express reference to excerpt, of specific page of document indicating Bair Hugger system use.<br>Sec. III: 3 – Plaintiff's counsel has provided generic response used verbatim in hundreds of Plaintiff PFSs: "I had the discussion | Walston, PC |
| 25-cv-01756 | Schmerge, Ronald Jr. v. 3M Company et al. | Sec. II: 1 (c) —Plaintiff did not provide complete social security number. | Walston, PC |
| 25-cv-01824 | Crawford, Patricia v. 3M Company et al. | Sec. III:3 – Missing month and day of surgery | Walston, PC |

| | | | |
|---|---|---|---|
| 25-cv-01826 | Knox, Leonard v. 3M Company et al. | Sec. III: 1— Missing page number or Bates number, or express reference to excerpt, of specific document indicating Bair Hugger system use.<br>Sec. III: 3—Plaintiff's counsel has provided generic response used verbatim in hundreds of Plaintiff PFSs: "I had the discussion with my doctor at the time, and it was mentioned to me about the risks of having surgery." This generic response does not state | Walston, PC |
| 25-cv-02421 | Chambers, Patricia v. 3M Company et al. | Sec. II: 14 – Plaintiff has responded "N/A" to this question which requires a substantive response (which may be "no" or "none" if applicable).<br>Sec. III: 1 – Missing information indicating Bair Hugger system use. Plaintiff must provide the information, simply stating that Plaintiff "possess knowledge" does not explain how Plaintiff knows that the Bair Hugger was used in their surgery.<br>Sec. VI: 1 – Plaintiff's counsel has provided generic response used verbatim in hundreds of Plaintiff PFSs: "Other than the infection mentioned above, I am still currently feeling pain in my [knee/hip]. I am taking pain medications to ease the pain." | Kaster, Lynch, Farrar & Ball |
| 25-cv-02444 | Bratcher, Rodney v. 3M Company et al. | Sec. II: 2 – Plaintiff has written "unknown" but should be able to locate their drivers' license number. Please explain if this information is not available after a reasonable search.<br>Sec. III: 3 – Missing height and weight;<br>Sec. III: 3 – Plaintiff's counsel has provided generic response used verbatim in hundreds of Plaintiff PFSs: "I had the discussion with my doctor at the time, and it was mentioned to me about the risks of having surgery."<br>Sec. VI: 1 – Plaintiff's counsel has provided generic response used verbatim in hundreds of Plaintiff PFSs: "Other than the infection mentioned above, I am still currently feeling pain in my [knee/hip]. I am taking pain medications to ease the pain." | Kaster, Lynch, Farrar & Ball |
| 25-cv-02463 | Pitts, Joseph Alvin v. 3M Company et al. | Sec. II: 1(b), (e), (f)<br>Sec. II: 1(c) – Incomplete SSN provided.<br>Sec. II: 2<br>Sec. II: 3 – Did not provide place of birth.<br>Sec. II: 5<br>Sec. II: 6 – Did not provide dates of residence<br>Sec. II: 9 through 16 – No response to any question.<br>Sec. III. 3 – Does not provide height at time of surgery and fails to respond to several subsections.<br>Sec. IV: 1, 3, 7, 8, 9, 10 – No response to any question.<br>Sec. V: 5, 6, 7 – No response to any question.<br>Sec. VI: 1 – Failed to respond to several subsections.<br>Sec. VI: 3<br>Sec. VII: 1, 2 – No response to either question.<br>Sec. VII: 2<br>Sec. IX: 1 - No response provided<br>Missing verification<br>Missing authorization | Kaster, Lynch, Farrar & Ball |
| 25-cv-02512 | Bult, Mitchell v. 3M Company et al. | Sec. II: 10 – Plaintiff has listed "Unknown" for Occupation/Job Title for a job he held 2009-2022. Plaintiff must provide this information or explain why they are unable to recall or find through a reasonable search of records what their job was that they held until a few years ago and had for over a decade.<br>Sec. III: 3 – Missing complete date of surgery; Missing reason for surgery; missing height and weight; missing information on medical diagnoses; missing information on infections; Plaintiff's counsel has provided generic response used verbatim in hundreds of Plaintiff PFSs: "I had the discussion with my doctor at the time, and it was mentioned to me about the risks of having surgery."<br>Sec. VI: 1 – Plaintiff's counsel has provided generic response used verbatim in hundreds of Plaintiff PFSs: "Other than the infection mentioned above, I am still currently feeling pain in my [knee/hip]. I am taking pain medications to ease the pain."<br>Sec. VI: 3 – Missing date of onset | Kaster, Lynch, Farrar & Ball and Meshbesher & Spence, Ltd. |
| 25-cv-02543 | Thomas, Kevin v. 3M Company et al. | Sec. III: 1 – Missing information indicating Bair Hugger system use. Plaintiff must provide the information, simply stating that Plaintiff "possess knowledge" does not explain how Plaintiff knows that the Bair Hugger was used in their surgery.<br>Sec. III.1 - Missing date of discovery. "Will supplement" is not an adequate response.<br>Sec. III: 3—Plaintiff did not provide reason for surgery.<br>Sec. III: 3-- Plaintiff's counsel has provided generic response used verbatim in hundreds of Plaintiff PFSs: "I had the discussion with my doctor at the time, and it was mentioned to me about the risks of having surgery."<br>Sec. VI: 1—Plaintiff's counsel has provided generic response used verbatim in hundreds of Plaintiff PFSs: "Other than the infection mentioned above, I am still currently feeling pain in my hip. I am taking pain medications to ease the pain." | Kaster, Lynch, Farrar & Ball |

| | | | |
|---|---|---|---|
| 25-cv-02544 | Thompson, Charles v. 3M Company et al. | Sec. III: 1—Missing date of discovery. "Will Supplement" is not an adequate response.<br>Sec. III: 3—Plaintiff did not provide height at time of surgery.<br>Sec. III: 3—Plaintiff's counsel has provided generic response used verbatim in hundreds of Plaintiff PFSs: "I had the discussion with my doctor at the time, and it was mentioned to me about the risks of having surgery."<br>Sec. VI: 1—Plaintiff's counsel has provided generic response used verbatim in hundreds of Plaintiff PFSs: "Other than the infection mentioned above, I am still currently feeling pain in my knee. I am taking pain medications to ease the pain." | Kaster, Lynch, Farrar & Ball |
| 25-cv-02548 | Keeler, Susan v. 3M Company et al. | Sec. II: 6—Plaintiff did not provide an address for their residence for the years 2016-2020 | Kaster, Lynch, Farrar & Ball |
| 25-cv-02571 | Salinas, Carlos v. 3M Company et al. | Sec. III: 1—Missing date of discovery. "Will Supplement" is not an adequate response.<br>Sec. III: 1—Missing page number or Bates number, or express reference to excerpt, of specific document indicating Bair Hugger system use. Plaintiff must provide the information, simply stating that Plaintiff "possess knowledge" does not explain how Plaintiff knows that the Bair Hugger was used in their surgery.<br>Sec. III: 3—Plaintiff did not provide height and weight at time of surgery.<br>Sec. III: 3—Plaintiff did not provide reason for surgery.<br>Sec. VI: 1—Plaintiff's counsel has provided generic response used verbatim in hundreds of Plaintiff PFSs: "Other than the infection mentioned above, I am still currently feeling pain in my knee. I am taking pain medications to ease the pain."<br>Sec. VII: 1—Plaintiff did not provide approximate total earned income for the years 2023-present.<br>Missing Verification—Not provided.<br>Missing Executed Authorization—Not provided. | Kaster, Lynch, Farrar & Ball |