UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re: BAIR HUGGER FORCED AIR   MDL No. 15-2666 (JNE/DTS)
WARMING DEVICES PRODUCTS   ORDER
LIABILITY LITIGATION

This Document Relates to:

1.  Case No. 25-cv-02537 (Casteel v. 3M Company et al)
2.  Case No. 25-cv-02540 (Earl v. 3M Company et al)
3.  Case No. 25-cv-02660 (Richardson v. 3M Company et al)
4.  Case No. 25-cv-02924 (Bearman v. 3M Company et al)

In a Report and Recommendation dated January 22, 2026, the Honorable David T. Schultz, United States Magistrate Judge, recommended that the four actions listed above be dismissed with prejudice.  No objection has been filed.  Based on a de novo review of the record, *see* Fed. R. Civ. P. 72(b), the Court accepts the recommended disposition [Docket No. 3322].

Based on the files, records, and proceedings herein, and for the reasons stated above, IT IS ORDERED THAT:

1.  The following actions are DISMISSED WITH PREJUDICE.  In each action, the Clerk of Court is directed to enter judgment.

  1)  Case No. 25-cv-02537 (Casteel v. 3M Company et al)
  2)  Case No. 25-cv-02540 (Earl v. 3M Company et al)
  3)  Case No. 25-cv-02660 (Richardson v. 3M Company et al)
  4)  Case No. 25-cv-02924 (Bearman v. 3M Company et al)

Dated: March 5, 2026

           s/Joan N. Ericksen
           JOAN N. ERICKSEN
           United States District Judge