UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re: BAIR HUGGER FORCED AIR                    MDL No. 15-2666 (JNE/DTS)
WARMING DEVICES PRODUCTS                         ORDER
LIABILITY LITIGATION

This Document Relates to:

1.      Case No. 25-cv-3538 (Estate of Hemphill v. 3M Company et al)
2.      Case No. 25-cv-3669 (Bright v. 3M Company et al)
3.      Case No. 25-cv-3670 (Combs v. 3M Company et al)
4.      Case No. 25-cv-3673 (Flanagan v. 3M Company et al)

In an Amended Report and Recommendation dated February 27, 2026, the

Honorable David T. Schultz, United States Magistrate Judge, recommended that the four

actions listed above be dismissed with prejudice.  No objection has been filed.  Based on

a de novo review of the record, *see* Fed. R. Civ. P. 72(b), the Court accepts the

recommended disposition [Docket No. 3349] except as modified with respect to Case No.

25-cv-3538.

In Case No. 25-cv-3538, the complaint identifies Linda Hemphill as the plaintiff.

Hemphill apparently died before the action's commencement.  An amended complaint,

which identifies her estate as the plaintiff but provides no information about the

representative of the estate, was filed the day after the action's commencement.  The

Court dismisses the action without prejudice.  *See Harris v. US Bank Nat'l Ass'n*, No. 20-

2005, 2021 WL 7542603, at *3 (6th Cir. Sept. 10, 2021); *LN Mgmt., LLC v. JPMorgan*

*Chase Bank, N.A.*, 957 F.3d 943, 953 (9th Cir. 2020); *House v. Mitra QSR KNE LLC*, 796

F. App'x 783, 791 (4th Cir. 2019); *Hernandez v. Smith*, 793 F. App'x 261, 265–66 (5th

Cir. 2019) (per curiam); *Est. of Baker v. NewRez, LLC*, No. 24-CV-02934, 2025 WL

1

1348933, at *2 (W.D. Tenn. May 8, 2025) ("Under Tennessee law, an estate by itself is not a proper party.").

Based on the files, records, and proceedings herein, and for the reasons stated above, IT IS ORDERED THAT:

1. Case No. 25-cv-3538 is DISMISSED WITHOUT PREJUDICE. The Clerk of Court is directed to enter judgment in Case No. 25-cv-3538.

2. Case No. 25-cv-3669, Case No. 25-cv-3670, and Case No. 25-cv-3673 are DISMISSED WITH PREJUDICE. In each action, the Clerk of Court is directed to enter judgment.

Dated: April 21, 2026

s/Joan N. Ericksen
JOAN N. ERICKSEN
United States District Judge