UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re: BAIR HUGGER FORCED AIR                    MDL No. 15-2666 (JNE/DTS)
WARMING DEVICES PRODUCTS                          ORDER
LIABILITY LITIGATION

This Document Relates to:

1.    Case No. 15-cv-03142 (Schackmann v. 3M Company et al)
2.    Case No. 15-cv-03899 (Hardison v. 3M Company et al)
3.    Case No. 15-cv-03992 (Bray v. 3M Company)
4.    Case No. 15-cv-04497 (Wainner v. 3M Company et al)
5.    Case No. 16-cv-00214 (Taylor v. 3M Company)
6.    Case No. 16-cv-00511 (Stone v. 3M Company et al)
7.    Case No. 16-cv-02005 (Siddens v. 3M Company)
8.    Case No. 16-cv-02123 (Trice v. 3M Company and Arizant Healthcare, Inc.)
9.    Case No. 16-cv-02205 (Soens v. 3M Company et al)
10.   Case No. 16-cv-02298 (Dandrea et al v. 3M Company et al)
11.   Case No. 16-cv-02353 (Helmick v. 3M Company)
12.   Case No. 16-cv-02596 (White v. 3M Company et al)
13.   Case No. 16-cv-02743 (DeSimone v. 3M Company et al)
14.   Case No. 16-cv-02901 (Helton et al v. 3M Company et al)
15.   Case No. 16-cv-03121 (Wingler v. 3M Company et al)
16.   Case No. 16-cv-03277 (Turk v. 3M Company et al)
17.   Case No. 16-cv-03471 (Winebrenner v. 3M Company)
18.   Case No. 16-cv-03493 (Dukes v. 3M Company et al)
19.   Case No. 16-cv-03708 (Goodson v. 3M Company et al)
20.   Case No. 16-cv-03822 (Stinson v. 3M Company et al)
21.   Case No. 16-cv-03923 (Moak v. 3M Company)
22.   Case No. 16-cv-03950 (Spiker v. 3M Company et al)
23.   Case No. 16-cv-04040 (Lukenbach v. 3M Company et al)
24.   Case No. 16-cv-04205 (Wilson v. 3M Company)
25.   Case No. 16-cv-04352 (Stephens v. 3M Company et al)
26.   Case No. 16-cv-04376 (Ford et al v. 3M Company et al)
27.   Case No. 17-cv-00093 (Roberts v. 3M Company et al)
28.   Case No. 17-cv-00225 (Narens et al v. 3M Company et al)
29.   Case No. 17-cv-00344 (Hord v. 3M Company et al)
30.   Case No. 17-cv-00981 (Thomas v. 3M Company et al)
31.   Case No. 17-cv-01006 (Shaft v. 3M Company et al)
32.   Case No. 17-cv-01057 (Snyder v. 3M Company et al)
33.   Case No. 17-cv-01244 (Thomas et al v. 3M Company et al)
34.   Case No. 17-cv-01252 (Young v. 3M Company)

35.    Case No. 17-cv-01296 (Rainez v. 3M Company)
36.    Case No. 17-cv-01337 (Foss v. 3M Company)
37.    Case No. 17-cv-01363 (Sines v. 3M Company et al)
38.    Case No. 17-cv-01616 (Carter v. 3M Company et al)
39.    Case No. 17-cv-01658 (Willis v. 3M Company)
40.    Case No. 17-cv-01933 (Harris v. 3M Company et al)
41.    Case No. 17-cv-02100 (Broyles v. 3M Company et al)
42.    Case No. 17-cv-02104 (Watson v. 3M Company et al)
43.    Case No. 17-cv-02165 (Cameron v. 3M Company)
44.    Case No. 17-cv-02233 (Stevenson v. 3M Company et al)
45.    Case No. 17-cv-02281 (Escobedo v. 3M Company et al)
46.    Case No. 17-cv-02424 (Jeffers v. 3M Company et al)
47.    Case No. 17-cv-02552 (Dubose v. 3M Company et al)
48.    Case No. 17-cv-02632 (Wills v. 3M Company et al)
49.    Case No. 17-cv-02643 (Shepherd v. 3M Company et al)
50.    Case No. 17-cv-02750 (Godfrey v. 3M Company et al)
51.    Case No. 17-cv-02836 (Norman v. 3M Company et al)
52.    Case No. 17-cv-02910 (Smith v. 3M Company et al)
53.    Case No. 17-cv-03009 (Christenson v. 3M Company et al)
54.    Case No. 17-cv-03036 (Smith v. 3M Company et al)
55.    Case No. 17-cv-03039 (Smithey v. 3M Company et al)
56.    Case No. 17-cv-03073 (Forsstrom et al v. 3M Company et al)
57.    Case No. 17-cv-03091 (Brooks v. 3M Company et al)
58.    Case No. 17-cv-03097 (Key v. 3M Company et al)
59.    Case No. 17-cv-03290 (Herbeck v. 3M Company et al)
60.    Case No. 17-cv-03348 (Bethea et al v. 3M Company et al)
61.    Case No. 17-cv-03468 (Wimbley v. 3M Company et al)
62.    Case No. 17-cv-03493 (Roberts v. 3M Company et al)
63.    Case No. 17-cv-03495 (Smith v. 3M Company et al)
64.    Case No. 17-cv-03546 (Wells v. 3M Company et al)
65.    Case No. 17-cv-03762 (Soltis v. 3M Company et al)
66.    Case No. 17-cv-03763 (Washington v. 3M Company et al)
67.    Case No. 17-cv-03887 (Kimbrow v. 3M Company et al)
68.    Case No. 17-cv-03934 (Straussner v. 3M Company et al)
69.    Case No. 17-cv-04073 (Thornton v. 3M Company et al)
70.    Case No. 17-cv-04152 (Vis et al v. 3M Company et al)
71.    Case No. 17-cv-04239 (Wegner v. 3M Company et al)
72.    Case No. 17-cv-04255 (Varner v. 3M Company et al)
73.    Case No. 17-cv-04371 (Davis et al v. 3M Company et al)
74.    Case No. 17-cv-04432 (Egdorf v. 3M Company)
75.    Case No. 17-cv-04470 (Ingram v. 3M Company et al)
76.    Case No. 17-cv-04645 (Suggs v. 3M Company et al)
77.    Case No. 17-cv-04706 (Owen v. 3M Company et al)

78.    Case No. 17-cv-04889 (Thornton v. 3M Company et al)
79.    Case No. 17-cv-04941 (Simmons v. 3M Company et al)
80.    Case No. 18-cv-00478 (Hall-Davis v. 3M Company et al)
81.    Case No. 18-cv-00516 (Wright v. 3M Company et al)
82.    Case No. 18-cv-00554 (Williams et al v. 3M Company et al)
83.    Case No. 18-cv-00600 (Trude v. 3M Company)
84.    Case No. 18-cv-01089 (Murphy v. 3M Company et al)
85.    Case No. 18-cv-01124 (Yost v. 3M Company)
86.    Case No. 18-cv-01137 (Chapman v. 3M Company)
87.    Case No. 18-cv-01363 (Williams v. 3M Company et al)
88.    Case No. 18-cv-01511 (Hunt v. 3M Company)
89.    Case No. 18-cv-01521 (Pennington v. 3M Company)
90.    Case No. 18-cv-01729 (Turner v. 3M Company et al)
91.    Case No. 18-cv-01771 (Royal v. 3M Company)
92.    Case No. 18-cv-01910 (Williams v. 3M Company et al)
93.    Case No. 18-cv-01938 (Porter v. 3M Company et al)
94.    Case No. 18-cv-01940 (Tresnan v. 3M Company et al)
95.    Case No. 18-cv-01976 (Wedding v. 3M Company et al)
96.    Case No. 18-cv-01983 (Womack v. 3M Company)
97.    Case No. 18-cv-02048 (White v. 3M Company et al)
98.    Case No. 18-cv-02097 (Rogers v. 3M Company et al)
99.    Case No. 18-cv-02265 (Wynegar v. 3M Company et al)
100.   Case No. 18-cv-02441 (Savage v. 3M Company et al)
101.   Case No. 18-cv-02585 (Ostrander v. 3M Company et al)
102.   Case No. 18-cv-02727 (Letcher v. 3M Company et al)
103.   Case No. 18-cv-02909 (Kueck v. 3M Company et al)
104.   Case No. 19-cv-00211 (Blackburn et al v. 3M Company et al)
105.   Case No. 19-cv-00830 (Hendricks et al v. 3M Company et al)
106.   Case No. 23-cv-01339 (English v. 3M Company et al)
107.   Case No. 23-cv-01362 (Buffington v. 3M Company et al)
108.   Case No. 23-cv-01634 (Scott v. 3M Company et al)
109.   Case No. 23-cv-01707 (Ballard v. 3M Company et al)
110.   Case No. 23-cv-01712 (Waldron v. 3M Company et al)
111.   Case No. 23-cv-01748 (Slone v. 3M Company et al)
112.   Case No. 23-cv-01810 (Love v. 3M Company et al)
113.   Case No. 23-cv-01884 (Rowe v. 3M Company et al)
114.   Case No. 23-cv-02428 (Peters v. 3M Company et al)
115.   Case No. 23-cv-03104 (Baskett, Sr. v. 3M Company et al)
116.   Case No. 23-cv-03361 (Henry et al v. 3M Company et al)
117.   Case No. 23-cv-03394 (Whoolery v. 3M Company et al)
118.   Case No. 23-cv-03573 (Lemerond v. 3M Company et al)
119.   Case No. 24-cv-00377 (Cole v. 3M Company et al)
120.   Case No. 24-cv-00814 (Haney v. 3M Company et al)

121.  Case No. 24-cv-01045 (White v. 3M Company et al)
122.  Case No. 24-cv-01155 (Green v. 3M Company et al)
123.  Case No. 24-cv-01710 (Peterson et al v. 3M Company et al)
124.  Case No. 24-cv-01915 (Gray v. 3M Company et al)
125.  Case No. 24-cv-02201 (Fort v. 3M Company et al)
126.  Case No. 24-cv-02505 (Hitch v. 3M Company et al)
127.  Case No. 24-cv-03175 (Carani v. 3M Company et al)
128.  Case No. 24-cv-03370 (Green, Sr. v. 3M Company et al)
129.  Case No. 24-cv-04626 (Idleman v. 3M Company et al)
130.  Case No. 25-cv-00201 (Orr et al v. 3M Company et al)

Asserting that the plaintiffs in many actions failed to comply with Pretrial Order No. 23 ("PTO 23") and Rules 25(a) and 41(b) of the Federal Rules of Civil Procedure, Defendants 3M Company and Arizant Healthcare, Inc., moved to dismiss the actions or the claims of the lead plaintiff.[1]  For the reasons set forth below, the Court grants in part and denies in part the motion.

## I.    Background

"If a party dies and the claim is not extinguished, the court may order substitution of the proper party.  A motion for substitution may be made by any party or by the decedent's successor or representative."  Fed. R. Civ. P. 25(a)(1).  PTO 23, issued in January 2018, expands on the procedures for substitution.  MDL ECF No. 1039.  It instructs plaintiffs as to the filing and content of both the motion for substitution and a "suggestion of death."  *Id.*  It warns that noncompliance with these directives "will entitle Defendants to request a dismissal of plaintiff's action with prejudice in accordance with Fed. R. Civ. P. 25(a)."  *Id.*

---

[1]    Defendants listed 142 actions in their motion.  Actions withdrawn by Defendants from their motion or dismissed after they filed their motion are not listed above.

In relevant part, PTO 23 requires plaintiff's counsel to file a suggestion of death "[w]ithin ninety days of [its] entry . . . or the death of a plaintiff, whichever is later." *Id.* The suggestion of death must identify "the plaintiff and describe[] the time, date, and circumstances of the plaintiff's death." *Id.* PTO 23 and Rule 25 require that a motion for substitution be filed within ninety days of the filing of the suggestion of death. A motion for substitution must (1) identify the proposed substitute, (2) explain why the proposed substitute is a proper party, and (3) explain why the death of the named plaintiff did not extinguish the claim under the applicable state laws.

Plaintiffs moved to eliminate the ninety-day deadline for filing the suggestion of death, arguing that compliance with PTO 23 is sometimes impossible when a plaintiff relocates or experiences health issues and fails to respond to counsel's communications. Pls.' Mot. to Amend, Sept. 19, 2018, MDL ECF No. 1517. The Court denied Plaintiffs' motion to amend PTO 23. Order, Dec. 4, 2018, MDL ECF No. 1614. The Court acknowledged, however, that it "excuses noncompliance with PTO 23 when compliance is impossible" or where a plaintiff provides "detailed diligent and good faith efforts to comply with the deadlines in PTO 23." *Id.* at 1-2.

In July 2019, the Court entered summary judgment in Defendants' favor. In August 2021, the United States Court of Appeals for the Eighth Circuit "reverse[d] the grant of summary judgment in favor of 3M." *In re Bair Hugger Forced Air Warming Devices Prods. Liab. Litig.*, 9 F.4th 768, 773 (8th Cir. 2021). The Eighth Circuit issued the mandate in November 2021. The parties subsequently "agree[d] that the substitution requirements set forth on PTO No. 23 will resume as of February 18, 2022. Specifically,

within 90 days of a plaintiff's death or February 18, 2022, whichever is later, Plaintiffs shall file suggestions of death."

## II.    Legal Standard

If a plaintiff fails to prosecute or comply with PTO 23, the Court may dismiss the case. Fed. R. Civ. P. 41(b). Such dismissal may be with prejudice "in cases of willful disobedience of a court order or where a litigant exhibits a pattern of intentional delay." *Hunt v. City of Minneapolis*, 203 F.3d 524, 527 (8th Cir. 2000). This does not require a "find[ing] that the [plaintiff] acted in bad faith, but requires 'only that he acted intentionally as opposed to accidentally or involuntarily.'" *Id.* (citation omitted). The Court excuses noncompliance where plaintiffs have demonstrated excusable neglect or impossibility to comply with PTO 23's deadline. Order 7, Oct. 26, 2018, MDL ECF No. 1566 ("Without evidence of a reasonable and good faith process for ascertaining whether or not a client is alive, the Court cannot find that either excusable neglect or impossibility justify noncompliance with PTO 23.").

## III.   Discussion

Defendants asserted that the plaintiffs in many actions failed to file timely suggestions of death or motions to substitute. Defendants moved to dismiss the actions or the claims of the lead plaintiff. The plaintiffs in 24 actions jointly responded to Defendants' motion. They raised arguments that the Court has previously rejected, they have not demonstrated a different conclusion is warranted, and they have not demonstrated good cause for their failure to comply with PTO 23. *E.g.*, MDL ECF Nos. 2448, 2455.

**Case No. 15-cv-3142**—Plaintiff Schackmann died in November 2024. Defendants filed a suggestion of death in October 2025. No motion to substitute has been filed. The Court dismisses the action.

**Case No. 15-cv-3899**—Plaintiff Hardison died in May 2025. Defendants filed a suggestion of death in October 2025. No motion to substitute has been filed. The Court dismisses the action.

**Case No. 15-cv-3992**—Plaintiff Bray died in October 2024. 3M filed a suggestion of death in October 2025. No motion to substitute has been filed. The Court dismisses the action.

**Case No. 15-cv-4497**—Plaintiff Wainner died in February 2022. Defendants filed a suggestion of death in October 2025. No motion to substitute has been filed. The Court dismisses the action.

**Case No. 16-cv-214**—Plaintiff Taylor died in August 2019. 3M filed a suggestion of death in October 2025. No motion to substitute has been filed. The Court dismisses the action.

**Case No. 16-cv-511**—Plaintiff Stone died in February 2023. Defendants filed a suggestion of death in October 2025. No motion to substitute has been filed. The Court dismisses the action.

**Case No. 16-cv-2005**—Plaintiff Siddens died in November 2018. 3M filed a suggestion of death in October 2025. No motion to substitute has been filed. The Court dismisses the action.

**Case No. 16-cv-2123**—Plaintiff Trice died in April 2019.  Defendants filed a suggestion of death in October 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 16-cv-2205**—Plaintiff Soens died in October 2023.  Defendants filed a suggestion of death in October 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 16-cv-2298**—Plaintiff Mario Dandrea died in February 2025.  His attorney filed a suggestion of death in May 2025.  No motion to substitute has been filed.  The Court dismisses the claims of Mario Dandrea.  Defendants did not move to dismiss the claims of Plaintiff Sarah Dandrea.

**Case No. 16-cv-2353**—Plaintiff Helmick died in May 2025.  Defendants filed a suggestion of death in October 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 16-cv-2596**—Plaintiff White died in November 2020.  Defendants filed a suggestion of death in October 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 16-cv-2743**—Plaintiff DeSimone died in March 2023.  Her attorney filed a suggestion of death in September 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 16-cv-2901**—Plaintiff William Helton died in April 2025.  Defendants filed a suggestion of death in October 2025.  No motion to substitute has been filed.  The

Court dismisses the claims of William Helton.  Defendants did not address the claims of Plaintiff Rita Helton.  The Court denies Defendants' motion to dismiss her claims.

**Case No. 16-cv-3121**—Plaintiff Wingler died in October 2022.  Defendants filed a suggestion of death in October 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 16-cv-3277**—Plaintiff Turk died in June 2023.  Defendants filed a suggestion of death in October 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 16-cv-3471**—Plaintiff Winebrenner died in July 2022.  3M filed a suggestion of death in October 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 16-cv-3493**—Plaintiff Dukes died in March 2025.  Defendants filed a suggestion of death in October 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 16-cv-3708**—Plaintiff Goodson died in April 2022.  Defendants filed a suggestion of death in October 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 16-cv-3822**—Plaintiff Stinson died in February 2023.  Defendants filed a suggestion of death in October 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 16-cv-3923**—Plaintiff Moak died in May 2024.  3M filed a suggestion of death in October 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 16-cv-3950**—Plaintiff Spiker died in September 2021.  Defendants filed a suggestion of death in October 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 16-cv-4040**—Plaintiff Lukenbach died in January 2025.  Defendants filed a suggestion of death in October 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 16-cv-4205**—Plaintiff Wilson died in April 2021.  3M filed a suggestion of death in October 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 16-cv-4352**—Plaintiff Stephens died in February 2022.  Defendants filed a suggestion of death in October 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 16-cv-4376**—Plaintiff Rhonda Ford died in November 2024.  Defendants filed a suggestion of death in October 2025.  No motion to substitute has been filed.  The Court dismisses the claims of Rhonda Ford.  Defendants did not move to dismiss the claims of Plaintiff Bobby Ford.

**Case No. 17-cv-93**—Plaintiff Roberts died in October 2024.  Defendants filed a suggestion of death in October 2025.  No motion to substitute has been filed.  The Court dismisses the action.

10

**Case No. 17-cv-225**—Plaintiff Patricia Williams died in December 2024.  Her attorney filed a suggestion of death in September 2025.  No motion to substitute has been filed.  The Court dismisses the claims of Patricia Williams.  Defendants did not move to dismiss the claims of Plaintiff Glenn Williams.

**Case No. 17-cv-344**—Plaintiff Hord died in June 2019.  Defendants filed a suggestion of death in October 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 17-cv-981**—Plaintiff Thomas died in February 2022.  Defendants filed a suggestion of death in October 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 17-cv-1006**—Plaintiff Shaft died in May 2025.  Defendants filed a suggestion of death in October 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 17-cv-1057**—Plaintiff Snyder died in August 2022.  Defendants filed a suggestion of death in October 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 17-cv-1244**—Plaintiff Leander Thomas died in May 2024.  Defendants filed a suggestion of death in October 2025.  No motion to substitute has been filed.  The Court dismisses the claims of Leander Thomas.

Defendants moved to dismiss the claims of Plaintiff Mikitra Thomas because they "are derivative of and dependent on the lead plaintiff's claim."  The Court dismisses her claims.  *See Ramirez v. City of Chicago*, 129 N.E.3d 612, 619–20 (Ill. App. Ct. 2019).

11

**Case No. 17-cv-1252**—Plaintiff Young died in October 2020.  3M filed a suggestion of death in October 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 17-cv-1296**—Plaintiff Rainez died in March 2025.  His attorney filed a suggestion of death in June 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 17-cv-1337**—Plaintiff Foss died in August 2022.  3M filed a suggestion of death in October 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 17-cv-1363**—Plaintiff Sines died in September 2019.  Her attorney filed a suggestion of death in February 2022.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 17-cv-1616**—Plaintiff Carter died in August 2021.  Defendants filed a suggestion of death in October 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 17-cv-1658**—Plaintiff Willis died in August 2022.  3M filed a suggestion of death in October 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 17-cv-1933**—Plaintiff Harris died in October 2023.  His attorney filed a suggestion of death in August 2024.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 17-cv-2100**—Plaintiff Broyles died in January 2025. Defendants filed a suggestion of death in October 2025. No motion to substitute has been filed. The Court dismisses the action.

**Case No. 17-cv-2104**—Plaintiff Watson died in March 2024. Defendants filed a suggestion of death in October 2025. No motion to substitute has been filed. The Court dismisses the action.

**Case No. 17-cv-2165**—Plaintiff Cameron died in March 2025. 3M filed a suggestion of death in October 2025. No motion to substitute has been filed. The Court dismisses the action.

**Case No. 17-cv-2233**—Plaintiff Stevenson died in March 2022. Defendants filed a suggestion of death in October 2025. No motion to substitute has been filed. The Court dismisses the action.

**Case No. 17-cv-2281**—Plaintiff Escobedo died in February 2025. Defendants filed a suggestion of death in October 2025. No motion to substitute has been filed. The Court dismisses the action.

**Case No. 17-cv-2424**—Plaintiff Jeffers died in November 2024. Defendants filed a suggestion of death in October 2025. No motion to substitute has been filed. The Court dismisses the action.

**Case No. 17-cv-2552**—Plaintiff Dubose died in June 2025. Defendants filed a suggestion of death in October 2025. No motion to substitute has been filed. The Court dismisses the action.

13

**Case No. 17-cv-2632**—Plaintiff Wills died in January 2020.  Defendants filed a suggestion of death in October 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 17-cv-2643**—Plaintiff Shepherd died in September 2023.  Defendants filed a suggestion of death in October 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 17-cv-2750**—No suggestion of death was filed in Case No. 17-cv-2750 when Defendants filed their motion.[2]  They did not address the spousal claims.  Insofar as Defendants moved to dismiss Case No. 17-cv-2750, the Court denies their motion.

**Case No. 17-cv-2836**—Plaintiff Norman died in November 2019.  Defendants filed a suggestion of death in October 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 17-cv-2910**—Plaintiff Smith died in January 2025.  Defendants filed a suggestion of death in October 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 17-cv-3009**—Plaintiff Christenson died in June 2025.  Defendants filed a suggestion of death in October 2025.  No motion to substitute has been filed.  The Court dismisses the action.

---

[2]    Under similar circumstances, Defendants withdrew their motion as to a separate action.

14

**Case No. 17-cv-3036**—Plaintiff Smith died in November 2024.  Defendants filed a suggestion of death in October 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 17-cv-3039**—Plaintiff Smithey died in October 2023.  Defendants filed a suggestion of death in October 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 17-cv-3073**—Plaintiff Billie Forsstrom died in October 2024.  Defendants filed a suggestion of death in October 2025.  No motion to substitute has been filed.  The Court dismisses the claims of Billie Forsstrom.  Defendants did not address the claims of Plaintiff Eric Forsstrom.  The Court denies Defendants' motion to dismiss his claims.

**Case No. 17-cv-3091**—Plaintiff Brooks died in February 2025.  Defendants filed a suggestion of death in October 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 17-cv-3097**—Plaintiff Key died in June 2025.  Her attorney filed a suggestion of death in September 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 17-cv-3290**—Plaintiff Herbeck died in March 2024.  Defendants filed a suggestion of death in October 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 17-cv-3348**—Plaintiff Bethea died in April 2025.  Her attorney filed a suggestion of death in September 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 17-cv-3468**—Plaintiff Wimbley died in November 2024.  Defendants filed a suggestion of death in October 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 17-cv-3493**—Plaintiff Roberts died in June 2025.  Defendants filed a suggestion of death in October 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 17-cv-3495**—Plaintiff Smith died in November 2022.  Defendants filed a suggestion of death in October 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 17-cv-3546**—Plaintiff Wells died in September 2021.  Defendants filed a suggestion of death in October 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 17-cv-3762**—Plaintiff Soltis died in June 2024.  Defendants filed a suggestion of death in October 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 17-cv-3763**—Plaintiff Washington died in September 2021.  Defendants filed a suggestion of death in October 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 17-cv-3887**—Plaintiff Kimbrow died in April 2019.  Defendants filed a suggestion of death in October 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 17-cv-3934**—Plaintiff Straussner died in May 2024.  Defendants filed a suggestion of death in October 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 17-cv-4073**—Plaintiff Thornton died in October 2021.  Defendants filed a suggestion of death in October 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 17-cv-4152**—Plaintiff Larry Vis died in October 2022.  His attorney filed a suggestion of death in June 2025.  No motion to substitute has been filed.  The Court dismisses the claims of Larry Vis.

Defendants moved to dismiss the claims of Plaintiff Donna Vis because they "are derivative of and dependent on the lead plaintiff's claim."  The Court dismisses her claims.  *See Ramirez*, 129 N.E.3d at 619–20.

**Case No. 17-cv-4239**—Plaintiff Wegner died in January 2024.  Defendants filed a suggestion of death in October 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 17-cv-4255**—Plaintiff Varner died in March 2019.  Defendants filed a suggestion of death in October 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 17-cv-4371**—Plaintiff José Davis died in February 2025. Defendants filed a suggestion of death in October 2025. No motion to substitute has been filed. The Court dismisses the claims of José Davis. Defendants did not address the claims of Plaintiff Angie Davis. The Court denies Defendants' motion to dismiss her claims.

**Case No. 17-cv-4432**—Plaintiff Egdorf died in January 2024. 3M filed a suggestion of death in October 2025. No motion to substitute has been filed. The Court dismisses the action.

**Case No. 17-cv-4470**—Plaintiff Ingram died in December 2020. Defendants filed a suggestion of death in October 2025. No motion to substitute has been filed. The Court dismisses the action.

**Case No. 17-cv-4645**—Plaintiff Suggs died in February 2023. Defendants filed a suggestion of death in October 2025. No motion to substitute has been filed. The Court dismisses the action.

**Case No. 17-cv-4706**—Plaintiff Owen died in November 2024. Defendants filed a suggestion of death in October 2025. No motion to substitute has been filed. The Court dismisses the action.

**Case No. 17-cv-4889**—Plaintiff Thornton died in April 2021. Defendants filed a suggestion of death in October 2025. No motion to substitute has been filed. The Court dismisses the action.

**Case No. 17-cv-4941**—Plaintiff Simmons died in January 2020. Defendants filed a suggestion of death in October 2025. No motion to substitute has been filed. The Court dismisses the action.

18

**Case No. 18-cv-478**—Plaintiff Hall-Davis died in October 2021.  Defendants filed a suggestion of death in October 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 18-cv-516**—Plaintiff Gerald Wright died in March 2024.  Defendants filed a suggestion of death in October 2025.  No motion to substitute has been filed.  The Court dismisses the claims of Gerald Wright.

Defendants moved to dismiss the claims of Plaintiff Octive Wright because they "are derivative of and dependent on the lead plaintiff's claim."  The Court dismisses her claims.  *See Lewis v. Dust Bowl Tulsa, LLC*, 377 P.3d 166, 170 n.2 (Okla. Civ. App. 2016).

**Case No. 18-cv-554**—Plaintiff Arta Williams died in June 2024.  Her attorney filed a suggestion of death in September 2025.  No motion to substitute has been filed.  The Court dismisses the claims of Arta Williams.  Defendants did not move to dismiss the claims of Plaintiff Jack Williams.

**Case No. 18-cv-600**—Plaintiff Trude died in April 2022.  3M filed a suggestion of death in October 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 18-cv-1089**—Plaintiff Murphy died in March 2025.  Defendants filed a suggestion of death in October 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 18-cv-1124**—Plaintiff Yost died in April 2023.  3M filed a suggestion of death in October 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 18-cv-1137**—Plaintiff Chapman died in March 2023.  3M filed a suggestion of death in October 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 18-cv-1363**—Plaintiff Williams died in January 2022.  Defendants filed a suggestion of death in October 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 18-cv-1511**—Plaintiff Hunt died in April 2025.  3M filed a suggestion of death in October 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 18-cv-1521**—Plaintiff Pennington died in October 2024.  3M filed a suggestion of death in October 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 18-cv-1729**—Plaintiff Turner died in April 2023.  Defendants filed a suggestion of death in October 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 18-cv-1771**—Plaintiff Royal died in August 2021.  Her attorney filed a suggestion of death in February 2022.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 18-cv-1910**—Plaintiff Williams died in July 2022. Defendants filed a suggestion of death in October 2025. No motion to substitute has been filed. The Court dismisses the action.

**Case No. 18-cv-1938**—Plaintiff Porter died in October 2024. Defendants filed a suggestion of death in October 2025. No motion to substitute has been filed. The Court dismisses the action.

**Case No. 18-cv-1940**—Plaintiff Tresnan died in July 2023. Defendants filed a suggestion of death in October 2025. No motion to substitute has been filed. The Court dismisses the action.

**Case No. 18-cv-1976**—Plaintiff Wedding died in November 2022. Defendants filed a suggestion of death in October 2025. No motion to substitute has been filed. The Court dismisses the action.

**Case No. 18-cv-1983**—Plaintiff Womack died in March 2023. 3M filed a suggestion of death in October 2025. No motion to substitute has been filed. The Court dismisses the action.

**Case No. 18-cv-2048**—Plaintiff White died in November 2024. Defendants filed a suggestion of death in October 2025. No motion to substitute has been filed. The Court dismisses the action.

**Case No. 18-cv-2097**—Plaintiff Rogers died in June 2025. Defendants filed a suggestion of death in October 2025. No motion to substitute has been filed. The Court dismisses the action.

**Case No. 18-cv-2265**—Plaintiff Wynegar died in January 2022.  Defendants filed a suggestion of death in October 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 18-cv-2441**—Plaintiff Savage died in July 2023.  Defendants filed a suggestion of death in October 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 18-cv-2585**—Plaintiff Ostrander died in February 2025.  Defendants filed a suggestion of death in October 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 18-cv-2727**—Plaintiff Letcher died in November 2024.  Defendants filed a suggestion of death in October 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 18-cv-2909**—Plaintiff Kueck died in January 2025.  Defendants filed a suggestion of death in October 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 19-cv-211**—Plaintiff Jean Blackburn died in May 2025.  Defendants filed a suggestion of death in October 2025.  No motion to substitute has been filed.  The Court dismisses the claims of Jean Blackburn.  Defendants did not move to dismiss the claims of Plaintiff Robert Blackburn.

**Case No. 19-cv-830**—Plaintiff Joseph Hendricks died in March 2025.  His attorney filed a suggestion of death in May 2025.  No motion to substitute has been filed.

The Court dismisses the claims of Joseph Hendricks.  Defendants did not move to dismiss the claims of Plaintiff Lillian Hendricks.

**Case No. 23-cv-1339**—Plaintiff English died in October 2024.  Defendants filed a suggestion of death in October 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 23-cv-1362**—Plaintiff Buffington died in February 2025.  Defendants filed a suggestion of death in October 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 23-cv-1634**—Plaintiff Scott died in March 2025.  Defendants filed a suggestion of death in October 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 23-cv-1707**—Plaintiff Ballard died in June 2023.  Defendants filed a suggestion of death in October 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 23-cv-1712**—Plaintiff Waldron died in July 2024.  Defendants filed a suggestion of death in October 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 23-cv-1748**—Plaintiff Slone died in May 2024.  His attorney filed a suggestion of death in August 2024.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 23-cv-1810**—Plaintiff Love died in January 2024. Defendants filed a suggestion of death in October 2025. No motion to substitute has been filed. The Court dismisses the action.

**Case No. 23-cv-1884**—Plaintiff Rowe died in February 2025. Defendants filed a suggestion of death in October 2025. No motion to substitute has been filed. The Court dismisses the action.

**Case No. 23-cv-2428**—Plaintiff Peters died in February 2025. Defendants filed a suggestion of death in October 2025. No motion to substitute has been filed. The Court dismisses the action.

**Case No. 23-cv-3104**—Plaintiff Baskett died in November 2024. Defendants filed a suggestion of death in October 2025. No motion to substitute has been filed. The Court dismisses the action.

**Case No. 23-cv-3361**—Plaintiff Nancy Henry died in January 2025. Defendants filed a suggestion of death in October 2025. No motion to substitute has been filed. The Court dismisses the claims of Nancy Henry.

Defendants moved to dismiss the claims of Plaintiff Greggory Henry because they "are derivative of and dependent on the lead plaintiff's claim." The Court dismisses his claims. *See Moss v. Pacquing*, 455 N.W.2d 339, 343 (Mich. Ct. App. 1990).

**Case No. 23-cv-3394**—Plaintiff Whoolery died in June 2025. Defendants filed a suggestion of death in October 2025. No motion to substitute has been filed. The Court dismisses the action.

24

**Case No. 23-cv-3573**—Plaintiff Lemerond died in February 2025. Defendants filed a suggestion of death in October 2025. No motion to substitute has been filed. The Court dismisses the action.

**Case No. 24-cv-377**—Plaintiff Cole died in May 2025. Defendants filed a suggestion of death in October 2025. No motion to substitute has been filed. The Court dismisses the action.

**Case No. 24-cv-814**—Plaintiff Haney died in May 2025. Defendants filed a suggestion of death in October 2025. No motion to substitute has been filed. The Court dismisses the action.

**Case No. 24-cv-1045**—Plaintiff White died in May 2025. Defendants filed a suggestion of death in October 2025. No motion to substitute has been filed. The Court dismisses the action.

**Case No. 24-cv-1155**—Plaintiff Green died in November 2024. Defendants filed a suggestion of death in October 2025. No motion to substitute has been filed. The Court dismisses the action.

**Case No. 24-cv-1710**—Plaintiff Harold Peterson died in April 2025. Defendants filed a suggestion of death in October 2025. No motion to substitute has been filed. The Court dismisses the claims of Harold Peterson. Defendants did not address the claims of Plaintiff Lindsey Peterson. The Court denies Defendants' motion to dismiss her claims.

**Case No. 24-cv-1915**—Plaintiff Gray died in December 2024. Defendants filed a suggestion of death in October 2025. No motion to substitute has been filed. The Court dismisses the action.

25

**Case No. 24-cv-2201**—Plaintiff Fort died in August 2024.  Defendants filed a suggestion of death in October 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 24-cv-2505**—Plaintiff Hitch died in June 2025.  Defendants filed a suggestion of death in October 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 24-cv-3175**—Plaintiff Carani died in March 2025.  Defendants filed a suggestion of death in October 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 24-cv-3370**—Plaintiff Green died in June 2025.  Defendants filed a suggestion of death in October 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 24-cv-4626**—Plaintiff Idleman died in March 2025.  Defendants filed a suggestion of death in October 2025.  No motion to substitute has been filed.  The Court dismisses the action.

**Case No. 25-cv-201**—Plaintiff Douglas Orr died in March 2025.  Defendants filed a suggestion of death in October 2025.  No motion to substitute has been filed.  The Court dismisses the claims of Douglas Orr.

Defendants moved to dismiss the claims of Plaintiff Marsha Orr because they "are derivative of and dependent on the lead plaintiff's claim."  The Court dismisses her claims.  *See Ramirez*, 129 N.E.3d at 619–20.

26

## IV.    Conclusion

Based on the files, records, and proceedings herein, and for the reasons stated above, IT IS ORDERED THAT:

1.    Defendants' Sixteenth Motion to Dismiss for Failure to Comply with Pretrial Order No. 23, Fed. R. Civ. P. 41(b) and 25(a), or for Failure to Prosecute [Docket No. 3120] is GRANTED IN PART and DENIED IN PART.

2.    The Clerk of Court is directed to enter a copy of this Order in the 130 actions to which it relates.

3.    In Case No. 16-cv-2298, the claims of Mario Dandrea are DISMISSED WITH PREJUDICE.

4.    In Case No. 16-cv-2901, the claims of William Helton are DISMISSED WITH PREJUDICE.

5.    In Case No. 16-cv-4376, the claims of Rhonda Ford are DISMISSED WITH PREJUDICE.

6.    In Case No. 17-cv-225, the claims of Patricia Williams are DISMISSED WITH PREJUDICE.

7.    In Case No. 17-cv-3073, the claims of Billie Forsstrom are DISMISSED WITH PREJUDICE.

8.    In Case No. 17-cv-4371, the claims of José Davis are DISMISSED WITH PREJUDICE.

9.    In Case No. 18-cv-554, the claims of Arta Williams are DISMISSED WITH PREJUDICE.

10.    In Case No. 19-cv-211, the claims of Jean Blackburn are DISMISSED WITH PREJUDICE.

11.    In Case No. 19-cv-830, the claims of Joseph Hendricks are DISMISSED WITH PREJUDICE.

12.    In Case No. 24-cv-1710, the claims of Harold Peterson are DISMISSED WITH PREJUDICE.

13.    Each action listed below is DISMISSED WITH PREJUDICE.  In each action, the Clerk of Court is directed to enter judgment.

1)    Case No. 15-cv-03142 (Schackmann v. 3M Company et al)
2)    Case No. 15-cv-03899 (Hardison v. 3M Company et al)
3)    Case No. 15-cv-03992 (Bray v. 3M Company)
4)    Case No. 15-cv-04497 (Wainner v. 3M Company et al)
5)    Case No. 16-cv-00214 (Taylor v. 3M Company)
6)    Case No. 16-cv-00511 (Stone v. 3M Company et al)
7)    Case No. 16-cv-02005 (Siddens v. 3M Company)
8)    Case No. 16-cv-02123 (Trice v. 3M Company and Arizant Healthcare, Inc.)
9)    Case No. 16-cv-02205 (Soens v. 3M Company et al)
10)    Case No. 16-cv-02353 (Helmick v. 3M Company)
11)    Case No. 16-cv-02596 (White v. 3M Company et al)
12)    Case No. 16-cv-02743 (DeSimone v. 3M Company et al)
13)    Case No. 16-cv-03121 (Wingler v. 3M Company et al)
14)    Case No. 16-cv-03277 (Turk v. 3M Company et al)
15)    Case No. 16-cv-03471 (Winebrenner v. 3M Company)
16)    Case No. 16-cv-03493 (Dukes v. 3M Company et al)
17)    Case No. 16-cv-03708 (Goodson v. 3M Company et al)
18)    Case No. 16-cv-03822 (Stinson v. 3M Company et al)
19)    Case No. 16-cv-03923 (Moak v. 3M Company)
20)    Case No. 16-cv-03950 (Spiker v. 3M Company et al)
21)    Case No. 16-cv-04040 (Lukenbach v. 3M Company et al)
22)    Case No. 16-cv-04205 (Wilson v. 3M Company)
23)    Case No. 16-cv-04352 (Stephens v. 3M Company et al)
24)    Case No. 17-cv-00093 (Roberts v. 3M Company et al)
25)    Case No. 17-cv-00344 (Hord v. 3M Company et al)
26)    Case No. 17-cv-00981 (Thomas v. 3M Company et al)
27)    Case No. 17-cv-01006 (Shaft v. 3M Company et al)
28)    Case No. 17-cv-01057 (Snyder v. 3M Company et al)
29)    Case No. 17-cv-01244 (Thomas et al v. 3M Company et al)
30)    Case No. 17-cv-01252 (Young v. 3M Company)
31)    Case No. 17-cv-01296 (Rainez v. 3M Company)
32)    Case No. 17-cv-01337 (Foss v. 3M Company)
33)    Case No. 17-cv-01363 (Sines v. 3M Company et al)
34)    Case No. 17-cv-01616 (Carter v. 3M Company et al)
35)    Case No. 17-cv-01658 (Willis v. 3M Company)
36)    Case No. 17-cv-01933 (Harris v. 3M Company et al)
37)    Case No. 17-cv-02100 (Broyles v. 3M Company et al)
38)    Case No. 17-cv-02104 (Watson v. 3M Company et al)
39)    Case No. 17-cv-02165 (Cameron v. 3M Company)

40) Case No. 17-cv-02233 (Stevenson v. 3M Company et al)
41) Case No. 17-cv-02281 (Escobedo v. 3M Company et al)
42) Case No. 17-cv-02424 (Jeffers v. 3M Company et al)
43) Case No. 17-cv-02552 (Dubose v. 3M Company et al)
44) Case No. 17-cv-02632 (Wills v. 3M Company et al)
45) Case No. 17-cv-02643 (Shepherd v. 3M Company et al)
46) Case No. 17-cv-02836 (Norman v. 3M Company et al)
47) Case No. 17-cv-02910 (Smith v. 3M Company et al)
48) Case No. 17-cv-03009 (Christenson v. 3M Company et al)
49) Case No. 17-cv-03036 (Smith v. 3M Company et al)
50) Case No. 17-cv-03039 (Smithey v. 3M Company et al)
51) Case No. 17-cv-03091 (Brooks v. 3M Company et al)
52) Case No. 17-cv-03097 (Key v. 3M Company et al)
53) Case No. 17-cv-03290 (Herbeck v. 3M Company et al)
54) Case No. 17-cv-03348 (Bethea et al v. 3M Company et al)
55) Case No. 17-cv-03468 (Wimbley v. 3M Company et al)
56) Case No. 17-cv-03493 (Roberts v. 3M Company et al)
57) Case No. 17-cv-03495 (Smith v. 3M Company et al)
58) Case No. 17-cv-03546 (Wells v. 3M Company et al)
59) Case No. 17-cv-03762 (Soltis v. 3M Company et al)
60) Case No. 17-cv-03763 (Washington v. 3M Company et al)
61) Case No. 17-cv-03887 (Kimbrow v. 3M Company et al)
62) Case No. 17-cv-03934 (Straussner v. 3M Company et al)
63) Case No. 17-cv-04073 (Thornton v. 3M Company et al)
64) Case No. 17-cv-04152 (Vis et al v. 3M Company et al)
65) Case No. 17-cv-04239 (Wegner v. 3M Company et al)
66) Case No. 17-cv-04255 (Varner v. 3M Company et al)
67) Case No. 17-cv-04432 (Egdorf v. 3M Company)
68) Case No. 17-cv-04470 (Ingram v. 3M Company et al)
69) Case No. 17-cv-04645 (Suggs v. 3M Company et al)
70) Case No. 17-cv-04706 (Owen v. 3M Company et al)
71) Case No. 17-cv-04889 (Thornton v. 3M Company et al)
72) Case No. 17-cv-04941 (Simmons v. 3M Company et al)
73) Case No. 18-cv-00478 (Hall-Davis v. 3M Company et al)
74) Case No. 18-cv-00516 (Wright v. 3M Company et al)
75) Case No. 18-cv-00600 (Trude v. 3M Company)
76) Case No. 18-cv-01089 (Murphy v. 3M Company et al)
77) Case No. 18-cv-01124 (Yost v. 3M Company)
78) Case No. 18-cv-01137 (Chapman v. 3M Company)
79) Case No. 18-cv-01363 (Williams v. 3M Company et al)
80) Case No. 18-cv-01511 (Hunt v. 3M Company)
81) Case No. 18-cv-01521 (Pennington v. 3M Company)
82) Case No. 18-cv-01729 (Turner v. 3M Company et al)

83)   Case No. 18-cv-01771 (Royal v. 3M Company)
84)   Case No. 18-cv-01910 (Williams v. 3M Company et al)
85)   Case No. 18-cv-01938 (Porter v. 3M Company et al)
86)   Case No. 18-cv-01940 (Tresnan v. 3M Company et al)
87)   Case No. 18-cv-01976 (Wedding v. 3M Company et al)
88)   Case No. 18-cv-01983 (Womack v. 3M Company)
89)   Case No. 18-cv-02048 (White v. 3M Company et al)
90)   Case No. 18-cv-02097 (Rogers v. 3M Company et al)
91)   Case No. 18-cv-02265 (Wynegar v. 3M Company et al)
92)   Case No. 18-cv-02441 (Savage v. 3M Company et al)
93)   Case No. 18-cv-02585 (Ostrander v. 3M Company et al)
94)   Case No. 18-cv-02727 (Letcher v. 3M Company et al)
95)   Case No. 18-cv-02909 (Kueck v. 3M Company et al)
96)   Case No. 23-cv-01339 (English v. 3M Company et al)
97)   Case No. 23-cv-01362 (Buffington v. 3M Company et al)
98)   Case No. 23-cv-01634 (Scott v. 3M Company et al)
99)   Case No. 23-cv-01707 (Ballard v. 3M Company et al)
100)  Case No. 23-cv-01712 (Waldron v. 3M Company et al)
101)  Case No. 23-cv-01748 (Slone v. 3M Company et al)
102)  Case No. 23-cv-01810 (Love v. 3M Company et al)
103)  Case No. 23-cv-01884 (Rowe v. 3M Company et al)
104)  Case No. 23-cv-02428 (Peters v. 3M Company et al)
105)  Case No. 23-cv-03104 (Baskett, Sr. v. 3M Company et al)
106)  Case No. 23-cv-03361 (Henry et al v. 3M Company et al)
107)  Case No. 23-cv-03394 (Whoolery v. 3M Company et al)
108)  Case No. 23-cv-03573 (Lemerond v. 3M Company et al)
109)  Case No. 24-cv-00377 (Cole v. 3M Company et al)
110)  Case No. 24-cv-00814 (Haney v. 3M Company et al)
111)  Case No. 24-cv-01045 (White v. 3M Company et al)
112)  Case No. 24-cv-01155 (Green v. 3M Company et al)
113)  Case No. 24-cv-01915 (Gray v. 3M Company et al)
114)  Case No. 24-cv-02201 (Fort v. 3M Company et al)
115)  Case No. 24-cv-02505 (Hitch v. 3M Company et al)
116)  Case No. 24-cv-03175 (Carani v. 3M Company et al)
117)  Case No. 24-cv-03370 (Green, Sr. v. 3M Company et al)
118)  Case No. 24-cv-04626 (Idleman v. 3M Company et al)
119)  Case No. 25-cv-00201 (Orr et al v. 3M Company et al)

Dated: April 21, 2026

s/Joan N. Ericksen
JOAN N. ERICKSEN
United States District Judge