# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In re BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | MDL No. 15-2666 (JNE/DTS) |

This Document Relates to:
  *Rygaard*, 16-cv-3179
  *Wireman*, 16-cv-3293
  *Gray*, 16-cv-3437
  *Wilder*, 16-cv-3948
  *Strickland*, 16-cv-4355
  *Meyers*, 17-cv-1411
  *D'Agostino*, 17-cv-1424
  *Parsons*, 17-cv-2980
  *Miller*, 17-cv-3048
  *Jefferson*, 17-cv-3202
  *Harris*, 17-cv-4078
  *Davis*, 17-cv-4371
  *Fort*, 17-cv-5282
  *Storer*, 18-cv-2094
  *Clack*, 25-cv-0899
  *Rayner*, 25-cv-1859
  *Cook*, 25-cv-1923
  *Garner*, 25-cv-4132

**DEFENDANTS' EIGHTEENTH MOTION TO DISMISS FOR FAILURE TO COMPLY WITH PRETRIAL ORDER NO. 23, FED. R. CIV. P. 41(B) AND 25(A), OR FOR FAILURE TO PROSECUTE**

Pursuant to Pretrial Order No. 23 and Federal Rules of Civil Procedure 25(a) and 41(b), Defendants 3M Company ("3M") and Arizant Healthcare Inc. ("Arizant") (collectively, "Defendants") respectfully move the Court to dismiss the following actions for failure to comply with Pretrial Order No. 23, and Fed. R. Civ. P. 25(a) and 41(b):

| Plaintiff Name | Case Number | Firm Name | Relief Requested |
|---|---|---|---|
| Rygaard, Martin | 16-cv-3179 | Houssiere, Durant & Houssiere, LLP | Dismissal of Entire Action With Prejudice |
| Wireman, Bonnie and Clayton | 16-cv-3293 | Moore Law Group, PLLC | Dismissal of Entire Action With Prejudice |
| Gray, Richard | 16-cv-3437 | *Pro Se* | Dismissal of Entire Action With Prejudice |
| Wilder, Carrie and Roger | 16-cv-3948 | Meshbesher & Spence | Dismissal of Entire Action With Prejudice |
| Strickland, Cecelia J. and Victor | 16-cv-4355 | McGlynn, Glisson and Mouton | Dismissal of Entire Action With Prejudice |
| Meyers, Sheryl and Jerry Engel | 17-cv-1411 | *Pro Se* | Dismissal of Entire Action With Prejudice |
| D'Agostino, Eugenia | 17-cv-1424 | *Pro Se* | Dismissal of Consortium Plaintiff With Prejudice |
| Parsons, Thomas and Paula | 17-cv-2980 | *Pro Se* | Dismissal of Entire Action With Prejudice |
| Miller, Susan and Brent | 17-cv-3048 | Lanier Law Firm | Dismissal of Entire Action With Prejudice |
| Jefferson, James E. and Betty | 17-cv-3202 | Coffin Law, LLC | Dismissal of Entire Action With Prejudice |
| Harris, Theresa | 17-cv-4078 | *Pro Se* | Dismissal of Entire Action With Prejudice |
| Davis, Jose and Angie | 17-cv-4371 | Andrews & Higgins | Dismissal of Entire Action With Prejudice |
| Fort, George | 17-cv-5282 | Brown & Crouppen | Dismissal of Entire Action With Prejudice |
| Storer, Shirley and Gary | 18-cv-2094 | Meshbesher & Spence | Dismissal of Entire Action With Prejudice |
| Clack, Kenneth | 25-cv-899 | Meshbesher & Spence | Dismissal of Entire Action With Prejudice |
| Rayner, Daniel | 25-cv-1859 | Walston, PC | Dismissal of Entire Action Without Prejudice |
| Cook, Kendall | 25-cv-1923 | Walston, PC | Dismissal of Entire Action Without Prejudice |
| Garner, Claudette | 25-cv-4132 | Slater Slater Schulman LLP | Dismissal of Entire Action Without Prejudice |

As set forth in the accompanying Memorandum, the above-referenced matters have failed to meet the requirements of this Court's order and the Federal Rules and dismissal is appropriate.

Defendants also respectfully move the Court for an Order directing that, within 90 days, all MDL Plaintiffs' counsel do the following:

1.  Conduct an inventory audit of all cases in which they represent plaintiffs in this MDL and determine the status of each plaintiff as either living, deceased, or unknown/unconfirmed;

2.  Submit a declaration under oath providing a list of all cases in this MDL in which they represent clients and the status of each plaintiff they represent; and

3.  Detail, in that declaration, the efforts used to contact plaintiffs and to ensure that each firm will comply with PTO 23 in the future.

Dated: April 30, 2026          Respectfully submitted,

*s/Benjamin W. Hulse*
Benjamin W. Hulse (MN #0390952)
Mary S. Young (MN #0392781)
Norton Rose Fulbright U.S. L.L.P.
60 South Sixth Street, Suite 3100
Minneapolis, MN 55402
Phone: (612) 321-2800
Email: ben.hulse@nortonrosefulbright.com
        mary.young@nortonrosefulbright.com

**Co-Lead Counsel for Defendants 3M Company and Arizant Healthcare Inc.**

3