UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re: BAIR HUGGER FORCED AIR          MDL No. 15-2666 (JNE/DTS)
WARMING DEVICES PRODUCTS               ORDER
LIABILITY LITIGATION

This Document Relates to:

1.      Case No. 25-cv-3995 (Boyer v. 3M Company et al)
2.      Case No. 25-cv-4006 (Burbank v. 3M Company et al)
3.      Case No. 25-cv-4007 (Cardwell v. 3M Company et al)
4.      Case No. 25-cv-4009 (Clark v. 3M Company et al)
5.      Case No. 25-cv-4177 (Hall Austin v. 3M Company et al)
6.      Case No. 25-cv-4258 (Kiele v. 3M Company et al)

In a Report and Recommendation dated April 20, 2026, the Honorable David T.

Schultz, United States Magistrate Judge, recommended that the six actions listed above

be dismissed with prejudice.  No objection has been filed.  Based on a de novo review of

the record, *see* Fed. R. Civ. P. 72(b), the Court accepts the recommended disposition

[Docket No. 3385].

Based on the files, records, and proceedings herein, and for the reasons stated

above, IT IS ORDERED THAT the following actions are DISMISSED WITH

PREJUDICE.  In each action, the Clerk of Court is directed to enter judgment.

1.      Case No. 25-cv-3995 (Boyer v. 3M Company et al)
2.      Case No. 25-cv-4006 (Burbank v. 3M Company et al)
3.      Case No. 25-cv-4007 (Cardwell v. 3M Company et al)
4.      Case No. 25-cv-4009 (Clark v. 3M Company et al)
5.      Case No. 25-cv-4177 (Hall Austin v. 3M Company et al)
6.      Case No. 25-cv-4258 (Kiele v. 3M Company et al)

Dated: May 7, 2026

s/Joan N. Ericksen
JOAN N. ERICKSEN
United States District Judge