**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

IN RE BAIR HUGGER FORCED AIR WARMING
DEVICES PRODUCTS LIABILITY LITIGATION

This Order Relates to:

26-cv-00109 (*Girouard*)
26-cv-01159 (*Bailey*)
26-cv-01162 (*Donelon*)
26-cv-01164 (*Fetzner*)
26-cv-01168 (*Hackerd*)
26-cv-01172 (*Hissong*)
26-cv-01181 (*Morris*)
26-cv-01196 (*Waters*)
26-cv-01358 (*Alvarez*)

MDL No. 15-2666 (JNE/DTS)

**ORDER TO SHOW CAUSE**

---

On July 16, 2025, the Court issued an Order adopting a clear process for dismissing cases in which plaintiffs fail to timely serve a PFS under Pretrial Order No. 14. Dkt. No. 2906. Per this Order, Defendants are to circulate a list identifying cases in which plaintiffs have failed to serve a PFS, and if plaintiffs dispute the accuracy of Defendants' list, plaintiffs are to raise the issue at the status conference. After each status conference, the Court will enter an order to show cause directing the listed plaintiffs to either serve a PFS before the next status conference or appear and explain why their case should not be dismissed for failure to comply with PTO 14.

On May 15, 2026, Defendants circulated a list of cases in which plaintiffs failed to serve a PFS (List 1). At the May 21, 2026 status conference, no plaintiff disputed the accuracy of List 1. Therefore, the cases that remain on List 1 not subject to any pending motions to dismiss or recommended dismissals must either serve a PFS before the next regularly scheduled status conference (June 18, 2026) or appear and show good cause why their case should not be dismissed for failure to comply with PTO 14. One case on

List 1 is subject to the Court's April Order to Show Cause (Dkt. No. 3384) and is thus not included in this Order.

**IT IS HEREBY ORDERED** that the following plaintiffs must either serve a verified PFS before the next status conference (June 18, 2026) or appear and demonstrate good cause why their case should not be dismissed for failure to comply with PTO 14:

| Case Number | Title | Date Filed | Due Date | Firm Name |
|---|---|---|---|---|
| 0:26-cv-00109-JNE-DTS | Girouard, Wesley | 1/8/2026 | 4/8/2026 | Kaster, Lynch, Farrar & Ball |
| 0:26-cv-01159-JNE-DTS | Bailey, Shiley Elizabeth | 2/6/2026 | 5/7/2026 | Kaster, Lynch, Farrar & Ball |
| 0:26-cv-01162-JNE-DTS | Donelon, Terrance J. | 2/6/2026 | 5/7/2026 | Kaster, Lynch, Farrar & Ball |
| 0:26-cv-01164-JNE-DTS | Fetzner, Tricia | 2/6/2026 | 5/7/2026 | Kaster, Lynch, Farrar & Ball |
| 0:26-cv-01168-JNE-DTS | Hackerd, Margaret | 2/6/2026 | 5/7/2026 | Kaster, Lynch, Farrar & Ball |
| 0:26-cv-01172-JNE-DTS | Hissong, Susan | 2/6/2026 | 5/7/2026 | Kaster, Lynch, Farrar & Ball |
| 0:26-cv-01181-JNE-DTS | Morris, Carol | 2/6/2026 | 5/7/2026 | Kaster, Lynch, Farrar & Ball |
| 0:26-cv-01196-JNE-DTS | Waters, Trela | 2/6/2026 | 5/7/2026 | Kaster, Lynch, Farrar & Ball |
| 0:26-cv-01358-JNE-DTS | Alvarez, Manuel | 2/11/2026 | 5/12/2026 | Kaster, Lynch, Farrar & Ball |

For any case in which the plaintiff fails to serve a properly verified PFS and fails to demonstrate good cause for noncompliance with PTO 14, the Court will recommend dismissal of the case with prejudice.

Dated: May 29, 2026                          s/ David T. Schultz_____
                                             DAVID T. SCHULTZ
                                             United States Magistrate Judge