# Meshbesher & Spence
## L A W Y E R S

1616 Park Avenue, Minneapolis, MN 55404 | P: 612-339-9121 | F: 612-339-9188 | meshbesher.com

Genevieve M. Zimmerman
Partner
*gzimmerman@meshbesher.com*

Paralegal:
O'Calla Joslyn
*ojoslyn@meshbesher.com*

June 9, 2026

***Via ECF/CM and Email***

Hon. Joan N. Ericksen
District Judge, District of Minnesota
United States District Courthouse
12W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. David T. Schultz
Magistrate Judge, District of Minnesota
United States District Courthouse
9W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Re:    ***In re: Bair Hugger Forced Air Warming Devices Products Liability Litigation***
***MDL No. 15-2666-JNE-DTS***

Dear Judge Ericksen and Magistrate Judge Schultz:

Plaintiffs write pursuant to PTO 4 (Doc. 27), PTO 8 (Doc. 46) and PTO 22 (Doc. 700) seeking leave of Court for Plaintiffs to bring a Motion to Amend the Master Long Form and Master Short Form Complaints. Mindful both of the Court's existing scheduling order set forth in PTO 4 and PTO 22 setting the date for amendment many years ago, but also of the guidance the Court provided in August 2025 that the Court want to be making decisions in this MDL based on the merits rather than barring the parties from bringing substantive motions based on strict adherence to deadlines set in prior scheduling orders. (See Doc. 2944, 8/7/25 Trans., 4:17-5:7) The Master Long Form Complaint and the Master Short Form Complaints were, as noted in PTO 8, intended to be "administrative devices" that facilitated efficient initiation of complaints. (Doc. 46 at ¶ 2) As the Court noted in 2016, PTO 8 expressly reserved for all Plaintiffs the ability to move to amend their complaints. As the Court is aware given various arguments and filings, a great deal of additional evidence both in the form of 30(b)(6) admissions from Defendant 3M as well as documents produced long after the March 31, 2017 general causation discovery deadline and peer reviewed publications that post-date the Master Long and Short Form Complaints, the administrative devices drafted and filed over ten years ago do not accurately reflect the factual

Minneapolis        Oakdale        St. Cloud        Rochester

CASE 0:15-md-02666-JNE-DTS Doc. 3455 Filed 06/09/26 Page 2 of 2

support for the claims asserted in this MDL. Given the breadth and depth of additional factual support for Plaintiffs' claims, and in light of the Court's recent Reports & Recommendations in a handful of cases brought by Plaintiffs exposed to the Bair Hugger in Alabama,[1] Idaho,[2] Michigan[3] and Virginia,[4] we believe it is in the interest of the parties and the litigation for Plaintiffs to be permitted to bring a Motion to Amend the Master Long and Short Form Complaints. Given the Court permitted Defendant 3M to file its Motion for Summary Judgment for Claims Related to Latency and Three Bacteria well past the time that MDL-wide dispositive motions were otherwise due to be filed under PTO 22, we seek the same type of permission from the Court here.

Please feel free to contact me with any questions. Thank you for your consideration.

Respectfully submitted,

Genevieve M. Zimmerman

GMZ/oj

cc:    All counsel of record (via ECF)

---

[1] Doc. 3447
[2] Doc. 3446
[3] Doc. 3448
[4] Doc. 3449