UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re: BAIR HUGGER FORCED AIR          MDL No. 15-2666 (JNE/DTS)
WARMING DEVICES PRODUCTS               ORDER
LIABILITY LITIGATION

This Document Relates to:

1.    Case No. 25-cv-3152 (*Cornelius Maciel v. 3M Company and Arizant Healthcare, Inc.*)

In a Report and Recommendation dated May 29, 2026, the Honorable David T. Schultz, United States Magistrate Judge, recommended that Case No. 25-cv-3152 be dismissed with prejudice.  No objection has been filed.  Based on a de novo review of the record, *see* Fed. R. Civ. P. 72(b), the Court accepts the recommended disposition [Docket No. 3435].  Therefore, IT IS ORDERED THAT Case No. 25-cv-3152 is DISMISSED WITH PREJUDICE.  In Case No. 25-cv-3152, the Clerk of Court is directed to enter judgment.

Dated: June 16, 2026

s/Joan N. Ericksen
JOAN N. ERICKSEN
United States District Judge