**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE: Bair Hugger Forced Air Warming Products Liability Litigation | **No. 15-md-2666-JNE-DTS** |
| This Document Relates to the Following Cases:<br><br>*French*, 18-cv-1218<br>*Bures*, 25-cv-1864<br>*Stahlnecker*, 25-cv-1869 | **District Judge Joan N. Ericksen**<br><br>**Magistrate Judge David T. Schultz** |

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1**

Plaintiffs' Objections to Report and Recommendation Regarding Defendants' Motion for Judgment on the Pleadings and Plaintiffs' Motions for Leave to Amend complies with the 3,500-word limit set forth in Local Rule 72.2(c)(1), as the Response contains 2,668 words. The undersigned utilized Microsoft Word, version 2607 to produce this Response and to calculate the word count. The Word Count tool included all text, including headings, footnotes, and quotations. This Memorandum also complies with type size limitation set forth in Local Rule 72.2(c)(2), as it utilizes font size 13.

Dated: August 12, 2026,

Respectfully submitted,

*/s/ Emma Sikora Paulus*

Emma Sikora Paulus (74362MO)
BROWN AND CROUPPEN, P.C.
4900 Daggett Avenue
St. Louis, MO 63110
Phone: (314) 561-6260
emmas@getbc.com
*Attorney for Plaintiff Betty French*

*/s/ Clifford Walston*
Cliff Walston
WALSTON, PC
4411 San Felipe St, Ste 600
Houston, TX 77027
Phone: (713) 300-860
cliff@walstonlegal.com

*Attorney for Plaintiffs Terrance Bures and Steven Stahlnecker*

**CERTIFICATE OF SERVICE**

I, Emma Sikora Paulus, hereby certify that on August 12, 2026, I electronically filed the foregoing Certificate of Compliance with the Clerk of Court using the CM/ECF System, which will send notification to all counsel of record.

*/s/ Emma Sikora Paulus*
Emma Sikora Paulus