**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

IN RE BAIR HUGGER FORCED AIR WARMING PRODUCTS LIABILITY LITIGATION

MDL No. 15-md-2666 (JNE/DTS)

This Document Relates to:
16-cv-0057 (Irby)
16-cv-1933 (Coburn)
16-cv-2630 (Clemons)
16-cv-2810 (Sullivan)
16-cv-2963 (Person)
17-cv-1313 (Damron)
17-cv-3317 (Gain)
17-cv-3660 (Guzman)
17-cv-4184 (Garcia)
17-cv-4972 (Brabec)
17-cv-5078 (Lane)
17-cv-5275 (Jackson)
17-cv-5460 (Helfand)
17-cv-5506 (Hernandez)
18-cv-0548 (Reid)
18-cv-3249 (Casey)
23-cv-2406 (Przebinda)
23-cv-3061 (Clark)
24-cv-0370 (Crane)
25-cv-1839 (Bock)
25-cv-1899 (Kraft)
25-cv-2490 (Beskin)
25-cv-2516 (Drake)
25-cv-2664 (Odom)
25-cv-3416 (Yonts), and
26-cv-3548 (Johnson)

**ORDER**

---

The Court selected 150 cases to be worked up for trial in three distinct groups. Dkt. No. 2866. Dismissals resulted in two previous rounds of refills, forming Groups 4 and 5. Dkt. Nos. 3048, 3224. Additional dismissals have resulted in the Court refilling the 150 with the above-captioned twenty-six cases, which shall be referred to as Group 6.

**IT IS HEREBY ORDERED:**

1. On or before September 7, 2026, Plaintiff's counsel for cases in Group 6 shall jointly meet and confer with Defendants regarding a proposed scheduling order.

2. Plaintiff's counsel shall appear at the September 9, 2026, status conference, prepared to discuss a scheduling order for Group 6 case.

Dated: August 24, 2026

s/ David T. Schultz
DAVID T. SCHULTZ
United States Magistrate Judge