UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION

MDL No. 15-2666 (JNE/DTS)
ORDER

This Document Relates to:

Case No. 26-cv-1164 (*Tricia Fetzner v. 3M Company and Arizant Healthcare, Inc.*)
Case No. 26-cv-1168 (*Margaret Hackerd v. 3M Company and Arizant Healthcare, Inc.*)
Case No. 26-cv-1196 (*Trela Waters v. 3M Company and Arizant Healthcare, Inc.*)
Case No. 26-cv-1358 (*Manuel Alvarez v. 3M Company and Arizant Healthcare, Inc.*)

In a Report and Recommendation dated August 13, 2026, the Honorable David T. Schultz, United States Magistrate Judge, recommended that the four actions listed above be dismissed with prejudice. No objection has been filed. Based on a de novo review of the record, *see* Fed. R. Civ. P. 72(b), the Court accepts the recommended disposition [Docket No. 3604]. Therefore, IT IS ORDERED THAT Case Nos. 26-cv-1164, 26-cv-1168, 26-cv-1196, and 26-cv-1358 are DISMISSED WITH PREJUDICE. In each action, the Clerk of Court is directed to enter judgment.

Dated: September 1, 2026

s/Joan N. Ericksen
JOAN N. ERICKSEN
United States District Judge