UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION

MDL No. 15-2666 (JNE/DTS)
ORDER

This Document Relates to:

Case No. 18-cv-2186 (*Medina Morrison v. 3M Company and Arizant Healthcare, Inc.*)
Case No. 18-cv-3297 (*Beverly Cromartie v. 3M Company and Arizant Healthcare, Inc.*)

In an Order & Report and Recommendation dated July 28, 2026, the Honorable David T. Schultz, United States Magistrate Judge, granted Plaintiffs' motions for leave to amend and recommended that Defendants' Motion for Judgment on the Pleadings be denied. No objection was filed. The Court accepts the recommended disposition [Docket No. 3549]. Accordingly, IT IS ORDERED THAT Defendants' Motion for Judgment on the Pleadings [Docket No. 3163] is DENIED.

IT IS SO ORDERED.

Dated: September 1, 2026

s/Joan N. Ericksen
JOAN N. ERICKSEN
United States District Judge