UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION

MDL No. 15-2666 (JNE/DTS)
ORDER

This Document Relates to:

1. Case No. 17-cv-2893 (*Elizabeth Culpepper and Gerald Culpepper v. 3M Company and Arizant Healthcare, Inc.*)
2. Case No. 17-cv-3223 (*Patricia Miles v. 3M Company and Arizant Healthcare, Inc.*)

In an Order & Report and Recommendation dated June 5, 2026, the Honorable David T. Schultz, United States Magistrate Judge, denied Plaintiffs' motions for leave to amend and recommended that Defendants' motion for judgment on the pleadings be granted. Plaintiffs objected, and Defendants responded. Based on a de novo review of the record, *see* Fed. R. Civ. P. 72(b); D. Minn. LR 72.2(a)(3)(B), (b), the Court overrules the objections, affirms the June 5 Order, and accepts the recommended disposition [Docket No. 3447]. Accordingly, IT IS ORDERED THAT:

1. The June 5 Order is Affirmed.

2. Defendants' Motion for Judgment on the Pleadings [Docket No. 2985] is GRANTED.

3. Case Nos. 17-cv-2893 and 17-cv-3223 are DISMISSED WITH PREJUDICE. In each case, the Clerk of Court is directed to enter judgment.

Dated: September 1, 2026

s/Joan N. Ericksen
JOAN N. ERICKSEN
United States District Judge