UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION

MDL No. 15-2666 (JNE/DTS)
ORDER

This Document Relates to:

Case No. 16-cv-00814 (Lasater v. 3M Company)
Case No. 18-cv-02087 (Dimesa v. 3M Company et al)
Case No. 18-cv-03293 (Harrison et al v. 3M Company et al)
Case No. 18-cv-03298 (Hasan v. 3M Company et al)
Case No. 18-cv-03322 (Melancon et al v. 3M Company et al)
Case No. 18-cv-03464 (Van Haitsma v. 3M Company et al)
Case No. 19-cv-00020 (Holmes v. 3M Company et al)
Case No. 19-cv-00771 (Fondren v. 3M Company et al)
Case No. 22-cv-00038 (Downward v. 3M Company et al)
Case No. 22-cv-02105 (Salas v. 3M Company et al)
Case No. 22-cv-02170 (Black v. 3M Company et al)
Case No. 23-cv-01964 (Gutierrez et al v. 3M Company et al)
Case No. 24-cv-01286 (Franklin et al v. 3M Company et al)
Case No. 24-cv-01375 (Friday et al v. 3M Company et al)
Case No. 24-cv-04107 (Bullock v. 3M Company et al)
Case No. 25-cv-02421 (Chambers v. 3M Company et al)

In a Report and Recommendation dated August 13, 2026, the Honorable David T. Schultz, United States Magistrate Judge, recommended that the 16 actions listed above be dismissed with prejudice. The plaintiffs in Case No. 18-cv-3322 and Case No. 19-cv-771 objected, and Defendants responded. Based on a de novo review of the record, *see* Fed. R. Civ. P. 72(b), the Court overrules the objections and accepts the recommended disposition [Docket No. 3601]. Therefore, IT IS ORDERED THAT each action listed below is DISMISSED WITH PREJUDICE. In each action, the Clerk of Court is directed to enter judgment.

1. Case No. 16-cv-00814 (Lasater v. 3M Company)

2. Case No. 18-cv-02087 (Dimesa v. 3M Company)
3. Case No. 18-cv-03293 (Harrison et al v. 3M Company et al)
4. Case No. 18-cv-03298 (Hasan v. 3M Company et al)
5. Case No. 18-cv-03322 (Melancon et al v. 3M Company et al)
6. Case No. 18-cv-03464 (Van Haitsma v. 3M Company et al)
7. Case No. 19-cv-00020 (Holmes v. 3M Company et al)
8. Case No. 19-cv-00771 (Fondren v. 3M Company et al)
9. Case No. 22-cv-00038 (Downward v. 3M Company et al)
10. Case No. 22-cv-02105 (Salas v. 3M Company et al)
11. Case No. 22-cv-02170 (Black v. 3M Company et al)
12. Case No. 23-cv-01964 (Gutierrez et al v. 3M Company et al)
13. Case No. 24-cv-01286 (Franklin et al v. 3M Company et al)
14. Case No. 24-cv-01375 (Friday et al v. 3M Company et al)
15. Case No. 24-cv-04107 (Bullock v. 3M Company et al)
16. Case No. 25-cv-02421 (Chambers v. 3M Company et al)

Dated: September 11, 2026

s/Joan N. Ericksen
JOAN N. ERICKSEN
United States District Judge