UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION

MDL No. 15-2666 (JNE/DTS)
ORDER

This Document Relates to:

Case No. 17-cv-2172 (*Karl Hugo v. 3M Company*)

In an Order & Report and Recommendation dated June 5, 2026, the Honorable David T. Schultz, United States Magistrate Judge, denied Karl Hugo's informal request for leave to amend, denied his request for discovery into whether a Bair Hugger device was used during his surgery in November 2012, and granted 3M Company's Motion for Judgment on the Pleadings. Hugo objected, and 3M responded. Based on a de novo review of the record, *see* Fed. R. Civ. P. 72(b); D. Minn. LR 72.2(a)(3)(B), (b), the Court overrules the objections, affirms the June 5 Order, and accepts the recommended disposition [Docket No. 3445]. The Court defers entry of judgment for 14 days.

Accordingly, IT IS ORDERED THAT:

1. The June 5 Order is Affirmed.

2. 3M's Motion for Judgment on the Pleadings [Docket No. 3066] is GRANTED.

3. Counts I-X, XIII, and XIV of Hugo's Complaint are DISMISSED WITH PREJUDICE. Counts XI and XII of Hugo's Complaint are DISMISSED WITHOUT PREJUDICE.

Dated: September 11, 2026

s/Joan N. Ericksen
JOAN N. ERICKSEN
United States District Judge