UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION

MDL No. 15-2666 (JNE/DTS)
ORDER

This Document Relates to:

1. Case No. 17-cv-2921 (*Patrick Carosone v. 3M Company and Arizant Healthcare, Inc.*)
2. Case No. 23-cv-2432 (*John Passante v. 3M Company and Arizant Healthcare, Inc.*)

In an Order & Report and Recommendation dated July 22, 2026, the Honorable David T. Schultz, United States Magistrate Judge, denied Patrick Carosone's Motion for Leave to Amend Complaint and recommended that Defendants' Motion for Judgment on the Pleadings be granted. Carosone objected, and Defendants responded. As to Carosone, the Court overrules his objections based on a de novo review of the record, affirms the July 22 Order, and accepts the recommended disposition [Docket No. 3537]. *See* Fed. R. Civ. P. 72(b); D. Minn. LR 72.2(a)(3)(B), (b). As to John Passante, the Court discerns no clear error in the recommendation to dismiss his action. *See Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Defendant's motion demonstrates his claims fail, he did not respond to the motion, and he did not object to the recommended disposition. Accordingly, IT IS ORDERED THAT:

1. The July 22 Order is Affirmed.
2. Defendants' Motion for Judgment on the Pleadings [Docket No. 3186] is GRANTED.

3. Case Nos. 17-cv-2921 and 23-cv-2432 are DISMISSED WITH PREJUDICE. In each case, the Clerk of Court is directed to enter judgment.

Dated: September 11, 2026

s/Joan N. Ericksen
JOAN N. ERICKSEN
United States District Judge