UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION

MDL No. 15-2666 (JNE/DTS)
ORDER

This Document Relates to:

1. Case No. 25-cv-1808 (*Brenda Brady v. 3M Company and Arizant Healthcare, Inc.*)
2. Case No. 25-cv-1919 (*Mary Best v. 3M Company and Arizant Healthcare, Inc.*)

In an Order & Report and Recommendation dated July 27, 2026, the Honorable David T. Schultz, United States Magistrate Judge, denied Plaintiffs' motions for leave to amend and recommended that Defendants' Motion for Judgment on the Pleadings be granted. Plaintiffs objected, and Defendants responded. Based on a de novo review of the record, *see* Fed. R. Civ. P. 72(b); D. Minn. LR 72.2(a)(3)(B), (b), the Court overrules the objections, affirms the July 27 Order, and accepts the recommended disposition [Docket No. 3543]. Accordingly, IT IS ORDERED THAT:

1. The July 27 Order is Affirmed.

2. Defendants' Motion for Judgment on the Pleadings [Docket No. 3262 in MDL No. 15-2666; Docket No. 8 in Case No. 25-cv-1808; Docket No. 11 in Case No. 25-cv-1919] is GRANTED.

3. Case Nos. 25-cv-1808 and 25-cv-1919 are DISMISSED WITH PREJUDICE. In each case, the Clerk of Court is directed to enter judgment.

Dated: September 11, 2026

s/Joan N. Ericksen
JOAN N. ERICKSEN
United States District Judge