UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION

MDL No. 15-2666 (JNE/DTS)
ORDER

This Document Relates to:

Case No. 16-cv-2386 (*Claudia Hall and Walter Hall v. 3M Company and Arizant Healthcare, Inc.*)
Case No. 19-cv-50 (*Louis New, Jr. v. 3M Company and Arizant Healthcare, Inc.*)

In an Order & Report and Recommendation dated July 28, 2026, the Honorable David T. Schultz, United States Magistrate Judge, denied Claudia Hall's informal request for leave to amend and recommended that Defendants' Motion for Judgment on the Pleadings be granted. No objection was filed. The Court accepts the recommended disposition [Docket No. 3547].[1] Accordingly, IT IS ORDERED THAT:

1. Defendants' Motion for Judgment on the Pleadings [Docket No. 3169] is GRANTED.

2. Case Nos. 16-cv-2386 and 19-cv-50 are DISMISSED WITH PREJUDICE. In each case, the Clerk of Court is directed to enter judgment.

Dated: September 11, 2026

s/Joan N. Ericksen
JOAN N. ERICKSEN
United States District Judge

---

[1] Defendants' motion demonstrates that Louis New, Jr.'s claims fail, and he did not respond to the motion.