UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION

MDL No. 15-2666 (JNE/DTS)
ORDER

This Document Relates to:

1. Case No. 18-cv-1218 (*Betty French v. 3M Company and Arizant Healthcare, Inc.*)
2. Case No. 25-cv-1864 (*Terrance Bures v. 3M Company and Arizant Healthcare, Inc.*)
3. Case No. 25-cv-1869 (*Steven Stahlnecker v. 3M Company and Arizant Healthcare, Inc.*)

In an Order & Report and Recommendation dated July 29, 2026, the Honorable David T. Schultz, United States Magistrate Judge, denied Betty French's Motion for Leave to Amend Complaint, denied Steven Stahlnecker's Motion for Leave to Amend Complaint, and recommended that Defendants' Motion for Judgment on the Pleadings be granted. Plaintiffs objected, and Defendants responded. Based on a de novo review of the record, the Court overrules the objections, affirms the July 29 Order, and accepts the recommended disposition [Docket No. 3556].[1] *See* Fed. R. Civ. P. 72(b); D. Minn. LR 72.2(a)(3)(B), (b). Accordingly, IT IS ORDERED THAT:

1. The July 29 Order is Affirmed.

2. Defendants' Motion for Judgment on the Pleadings [Docket No. 3274 in MDL No. 15-2666; Docket No. 9 in Case No. 18-cv-1218; Docket No. 8 in Case No. 25-cv-1864; Docket No. 8 in Case No. 25-cv-1869] is GRANTED.

[1] Defendants' motion demonstrates that Terrance Bures's claims fail, and he did not respond to the motion.

3. Case Nos. 18-cv-1218, 25-cv-1864, and 25-cv-1869 are DISMISSED WITH PREJUDICE. In each case, the Clerk of Court is directed to enter judgment.

Dated: September 11, 2026

s/Joan N. Ericksen
JOAN N. ERICKSEN
United States District Judge