UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION

MDL No. 15-2666 (JNE/DTS)
ORDER

This Document Relates to:

Case No. 17-cv-2634 (*Wanda Harris v. 3M Company and Arizant Healthcare, Inc.*)
Case No. 17-cv-4690 (*Thomas Wood v. 3M Company and Arizant Healthcare, Inc.*)
Case No. 25-cv-1497 (*Pablo Arjona v. 3M Company and Arizant Healthcare, Inc.*)

In an Order & Report and Recommendation dated August 4, 2026, the Honorable David T. Schultz, United States Magistrate Judge, denied Plaintiffs' motions for leave to amend and recommended that Defendants' Motion for Judgment on the Pleadings be granted. Plaintiffs objected, and Defendants responded. Based on a de novo review of the record, the Court overrules the objections, affirms the August 4 Order, and accepts the recommended disposition [Docket No. 3563]. *See* Fed. R. Civ. P. 72(b); D. Minn. LR 72.2(a)(3)(B), (b). Accordingly, IT IS ORDERED THAT:

1. The August 4 Order is Affirmed.

2. Defendants' Motion for Judgment on the Pleadings [Docket No. 3280 in MDL No. 15-2666; Docket No. 9 in Case No. 17-cv-2634; Docket No. 9 in Case No. 17-cv-4690; Docket No. 8 in Case No. 25-cv-1497] is GRANTED.

3. Case Nos. 17-cv-2634, 17-cv-4690, and 25-cv-1497 are DISMISSED WITH PREJUDICE. In each case, the Clerk of Court is directed to enter judgment.

Dated: September 11, 2026

s/Joan N. Ericksen
JOAN N. ERICKSEN
United States District Judge