UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION

MDL No. 15-2666 (JNE/DTS)
ORDER

This Document Relates to:

Case No. 17-cv-1115 (*Christoper R. Cook v. 3M Company and Arizant Healthcare, Inc.*)
Case No. 17-cv-4976 (*Raul Ramirez v. 3M Company and Arizant Healthcare, Inc.*)
Case No. 25-cv-1520 (*Cynthia Patton v. 3M Company and Arizant Healthcare, Inc.*)
Case No. 25-cv-1681 (*Charles Zirretta v. 3M Company and Arizant Healthcare, Inc.*)

In an Order & Report and Recommendation dated August 6, 2026, the Honorable David T. Schultz, United States Magistrate Judge, denied Plaintiffs' motions for leave to amend and recommended that Defendants' Motion for Judgment on the Pleadings be granted. Plaintiffs objected,[1] and Defendants responded. Based on a de novo review of the record, the Court overrules the objections, affirms the August 6 Order, and accepts the recommended disposition [Docket No. 3573]. *See* Fed. R. Civ. P. 72(b); D. Minn. LR 72.2(a)(3)(B), (b). Accordingly, IT IS ORDERED THAT:

1. The August 6 Order is Affirmed.
2. Defendants' Motion for Judgment on the Pleadings [Docket No. 3102] is GRANTED.

[1] The Court disregards the declaration attached to Plaintiffs' objections. *See Scobee v. USAA Cas. Ins. Co.*, 168 F.4th 507, 514 (8th Cir. 2026).

3. Case Nos. 17-cv-1115, 17-cv-4976, 25-cv-1520, and 25-cv-1681 are DISMISSED WITH PREJUDICE. In each case, the Clerk of Court is directed to enter judgment.

Dated: September 11, 2026

s/Joan N. Ericksen
JOAN N. ERICKSEN
United States District Judge