UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION

MDL No. 15-2666 (JNE/DTS)
ORDER

This Document Relates to:

Case No. 25-cv-1805 (*William McCracken v. 3M Company and Arizant Healthcare, Inc.*)
Case No. 25-cv-1902 (*David Dahl v. 3M Company and Arizant Healthcare, Inc.*)
Case No. 25-cv-1933 (*Marlin Lorenzen v. 3M Company and Arizant Healthcare, Inc.*)

In an Order & Report and Recommendation dated August 3, 2026, the Honorable David T. Schultz, United States Magistrate Judge, denied Plaintiffs' motions for leave to amend and recommended that Defendants' Motion for Judgment on the Pleadings be granted. Plaintiffs objected, and Defendants responded. Based on a de novo review of the record, the Court overrules the objections, affirms the August 3 Order, and accepts the recommended disposition [Docket No. 3562]. *See* Fed. R. Civ. P. 72(b); D. Minn. LR 72.2(a)(3)(B), (b). Accordingly, IT IS ORDERED THAT:

1. The August 3 Order is Affirmed.

2. Defendants' Motion for Judgment on the Pleadings [Docket No. 3268 in MDL No. 15-2666; Docket No. 8 in Case No. 25-cv-1805; Docket No. 8 in Case No. 25-cv-1902; Docket No. 8 in Case No. 25-cv-1933] is GRANTED.

3. Case Nos. 25-cv-1805, 25-cv-1902, and 25-cv-1933 are DISMISSED WITH PREJUDICE. In each case, the Clerk of Court is directed to enter judgment.

Dated: September 11, 2026

s/Joan N. Ericksen
JOAN N. ERICKSEN
United States District Judge