UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION

MDL No. 15-2666 (JNE/DTS)
ORDER

This Document Relates to:
All Actions

In a Report and Recommendation dated July 28, 2026, the Honorable David T. Schultz, United States Magistrate Judge, recommended that "the Court order briefing, on an expedited basis, on the question of whether a Lone Pine/Docket control order should be issued, to be taken under advisement on the papers." Plaintiffs objected, and Defendants responded. Based on a de novo review of the record, the Court overrules the objections and accepts the recommended disposition [Docket No. 3551]. *See* Fed. R. Civ. P. 72(b). The Court sets the following briefing schedule.

1. Defendants shall file a memorandum of law and a proposed order by October 2, 2026.

2. Plaintiffs shall file a response by October 16, 2026.

3. Defendants shall file a reply by October 23, 2026.

IT IS SO ORDERED.

Dated: September 11, 2026

s/Joan N. Ericksen
JOAN N. ERICKSEN
United States District Judge