**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION

MDL No. 15-2666 (JNE/DTS)

**ORDER TO SHOW CAUSE**

This Order Relates to:

26-cv-2538 (*Morgan, et al.*)

On July 16, 2025, the Court issued an Order adopting a clear process for dismissing cases in which plaintiffs fail to timely serve a PFS under Pretrial Order No. 14. Dkt. No. 2906. Per this Order, Defendants are to circulate a list identifying cases in which plaintiffs have failed to serve a PFS, and if plaintiffs dispute the accuracy of Defendants' list, plaintiffs are to raise the issue at the status conference. After each status conference, the Court will enter an order to show cause directing the listed plaintiffs to either serve a PFS before the next status conference or appear and explain why their case should not be dismissed for failure to comply with PTO 14.

On September 3, 2026, Defendants circulated a list of cases in which plaintiffs failed to serve a PFS (List 1). At the September 9, 2026, status conference, no plaintiff disputed the accuracy of List 1. Therefore, the case that remains on List 1 that is not subject to the Court's August Order to Show Cause (Dkt. No. 3603) must either serve a PFS before the next regularly scheduled status conference (October 13, 2026) or appear and show good cause why their case should not be dismissed for failure to comply with PTO 14.

**IT IS HEREBY ORDERED** that Mary K. and Timothy R. Morgan (26-cv-2538) must either serve a verified PFS before the next status conference (October 13, 2026) or appear and demonstrate good cause why their case should not be dismissed for failure to comply with PTO 14.

If plaintiffs fail to serve a properly verified PFS and fail to demonstrate good cause for noncompliance with PTO 14, the Court will recommend dismissal of the case without prejudice.

Dated: October 1, 2026

s/ David T. Schultz
DAVID T. SCHULTZ
United States Magistrate Judge