**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE: Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-md-02666-JNE-DTS |
| This Document Relates to the Following Cases:<br><br>*McGowan*, No. 18-cv-3360 | **DEFENDANT'S MOTION TO FOR SUMMARY JUDGMENT** |

Defendant 3M Company moves pursuant to Federal Rule of Civil Procedure 56 for summary judgment on all of Plaintiff's claims because there are no genuine disputes of material fact and 3M is entitled to judgment as a matter of law.

This Motion is based on the accompanying memorandum and declaration in support, as well as all files, records, and prior proceedings.

Respectfully submitted,

Date: October 6, 2026

*s/John P. Mandler*
John P. Mandler (MN #194438)
FAEGRE DRINKER BIDDLE & REATH LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 766-7000
john.mandler@faegredrinker.com

Jessica Benson Cox
FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian Street Ste 2500
Indianapolis, IN 46204
Phone: (317) 237-0300
jessica.cox@faegredrinker.com

Benjamin W. Hulse (MN #0390952)
Corey Lee Gordon (MN #0125726)
NORTON ROSE FULBRIGHT US LLP
60 South Sixth Street, Suite 3100
Minneapolis, MN 55402
Phone: (612) 321-2800
ben.hulse@nortonrosefulbright.com
corey.gordon@nortonrosefulbright.com

Bertina York
NORTON ROSE FULBRIGHT US LLP
111 W Houston Street Suite 1800
San Antonio, TX 78205
Phone: (210) 270-7146
bertina.york@nortonrosefulbright.com

Christine R.M. Kain (MN #387663)
NELSON MULLINS RILEY
& SCARBOROUGH LLP
1600 Utica Avenue Suite 600
Minneapolis, MN 55416
Phone: (612) 464-7559
christine.kain@nelsonmullins.com

***Counsel for Defendant 3M Company***