**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

In re: Bair Hugger Forced Air Warming Products Liability Litigation

MDL No. 15-md-02666-JNE-DTS

This Document Relates to All Actions

PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT

Plaintiffs, by and through Plaintiffs' Co-Lead Counsel, hereby move this Court, pursuant to Federal Rule of Civil Procedure 56 and D. Minn. L.R. 7.1, for an order granting Plaintiffs partial summary judgment and, pursuant to Federal Rule of Civil Procedure 56(g), entering an order establishing as facts not genuinely in dispute that, in each covered case, contaminants introduced into Plaintiff's open surgical wound as a direct and proximate result of use of the Bair Hugger during the subject surgery resulted in Plaintiff developing a periprosthetic joint infection. This Motion is directed only to cases in which 3M did not timely file an answer to the plaintiff's filed Short Form Complaint, and it reserves 3M's affirmative defenses for later adjudication.

This Motion is supported by the accompanying Memorandum in Support, the Declaration of Genevieve M. Zimmerman and the exhibits attached thereto, the proposed

Order submitted herewith, the files and records in this litigation, and any argument the Court may permit.

Dated: October 15, 2026

Respectfully submitted,

/s/ Genevieve M. Zimmerman
Genevieve M. Zimmerman (MN #330292)
MESHBESHER & SPENCE, LTD.
1616 Park Avenue South
Minneapolis, MN 55404
(612) 339-9121
gzimmerman@meshbesher.com

Plaintiffs' Co-Lead Counsel

/s/ Kyle W. Farrar
Kyle W. Farrar (MN #0397942)
FARRAR & BALL
1117 Herkimer
Houston, TX 77008
(713) 221-8300
kyle@fbtrial.com

Plaintiffs' Steering Committee