**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

IN RE BAIR HUGGER FORCED AIR WARMING PRODUCTS LIABILITY LITIGATION

MDL No. 15-md-2666 (JNE/DTS)

This Document Relates to Case Number:
25-cv-03304 (*Drake*)
25-cv-03311 (*Silavent*)
25-cv-04492 (*Luetters*)
26-cv-00477 *(Watson)*
26-cv-01172 *(Hissong)*
26-cv-01181 *(Morris)*

**REPORT AND RECOMMENDATION**

Before the Court is Defendants 3M Company and Arizant Healthcare Inc.'s Motion to Dismiss for Failure to Comply Pretrial Order No. 14, moving to dismiss the above-captioned cases. 3M withdrew the motion as to *Drake* (25-cv-03304), *Silavent* (25-cv-3311), *Watson* (26-cv-0477), and *Hissong* (26-cv-1172). No opposition was filed in the two remaining cases: *Luetters* (25-cv-4492) and *Morris* (26-cv-1181). Based on the files, records, and proceedings herein, the Court recommends that the following two cases be dismissed with prejudice:

| Case Number | Title | Firm Name |
|---|---|---|
| 25-cv-04492 | Luetters, Jeanine v. 3M Co. et al. | Kaster, Lynch, Farrar & Ball |
| 26-cv-01181 | Morris, Carol v. 3M Co. et al. | Kaster, Lynch, Farrar & Ball |

Dated: October 16, 2026

s/ David T. Schultz
DAVID T. SCHULTZ
United States Magistrate Judge