**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION

This Order Relates to:

*All Actions*

MDL No. 15-md-2666 (JNE/DTS)

**ORDER**

Plaintiffs move this Court for Leave to File a Supplemental Memorandum of Law in Opposition to Defendant's Omnibus motion, docketed at 2945. Dkt. No. 3806. Defendants 3M Company and Arizant Healthcare (3M) do not oppose this Motion for Leave, provided they are "permitted to submit a substantive written response" to the proposed supplemental memorandum and no further briefs are submitted on this issue by either party. Dkt. No. 3840.

Defendants' Motion for Summary Judgment (Omnibus) or, in the Alternative, for a Special Case Management Order was filed in August 2025. Dkt. No. 2945. Plaintiffs filed a response, Defendants filed a reply, and Plaintiffs filed a sur-reply, the latest of which was filed in October 2025. Dkt. Nos. 3017, 3081, 3101. One year later, Plaintiffs allege two new "purely legal developments" that rest on the existing record and require no discovery or amendment. Dkt. No. 3806, 3807. Given the time elapsed and the legal nature of the issues raised, the Court finds good cause to allow the supplemental briefing.

Defendants are permitted to file a substantive response to the supplementation in accordance with the below Order. Following that response, neither party may submit further briefing on this issue, though the Court retains the right to order any such briefing *sua sponte*.

**IT IS HEREBY ORDERED**:

1. Plaintiff's Motion for Leave to File a Supplemental Memorandum of Law in Opposition to Defendants' Omnibus Motion [Dkt. No. 3806] is **GRANTED**. The supplemental memorandum [Dkt. No. 3808-1] is deemed submitted.

2. Defendant's request to file a substantive written response to Plaintiffs' motion [Dkt. No. 3840] is **GRANTED**. This response is to be filed on or before November 10, 2026, and is limited to 3,500 words.

Dated: October 22, 2026

s/ David T. Schultz
DAVID T. SCHULTZ
United States Magistrate Judge