# EXHIBIT A

# Index Summarizing Relevant Details of Plaintiffs' Cases[1]

| Plaintiff | Case No.; Compl. Dkt. | Home State; State of Surgery | Venue | Date of Index Surgery/ Injury | Filing Date | Time Between Surgery /Injury and Filing |
|---|---|---|---|---|---|---|
| Alexander, William | No. 18-cv-2908 Dkt. 1 (Compl.) | Michigan (Dkt. 1 ¶¶ 2, 7) | E.D. Mich. (Dkt. 1 ¶ 5) | 12/19/2014 (Dkt. 1 ¶ 7) | 10/11/2018 | 3 years, 9 months, 22 days |
| Barrett, Ruth | No. 18-cv-2398 Dkt. 1 (Compl.) | Michigan (Dkt. 1 ¶¶ 2, 6) | D. Minn. (Dkt. 1 ¶ 4) | 11/21/2013 (Dkt. 1 ¶ 6) | 08/15/2018 | 4 years, 8 months, 25 days |
| Blanton, Glenn | No. 17-cv-2900 Dkt. 1 (Compl.) | Michigan (Dkt. 1 ¶¶ 2, 7) | E.D. Mich. (Dkt. 1 ¶ 5) | 01/15/2014 (Dkt. 1 ¶ 7) | 07/14/2017 | 3 years, 5 months, 29 days |
| Blevins, Roger | No. 18-cv-0104 Dkt. 1 (Compl.) | Michigan (Dkt. 1 ¶¶ 2, 7) | E.D. Mich. (Dkt. 1 ¶ 5) | 01/08/2015 (Dkt. 1 ¶ 7) | 01/15/2018 | 3 years, 7 days |
| Bowman, John | No. 17-cv-0004 Dkt. 1 (Compl.) | Michigan (Dkt. 1 ¶¶ 2, 7) | E.D. Mich. and D. Minn. (Dkt. 1 ¶ 5) | 12/20/2013 (Dkt. 1 ¶ 7) | 01/03/2017 | 3 years, 14 days |
| Britton, Charolett | No. 18-cv-1650 Dkt. 1 (Compl.) | Michigan (Dkt. 1 ¶¶ 2, 6) | W.D. Mich. (Dkt. 1 ¶ 4) | 08/12/2013 (Dkt. 1 ¶ 6) | 06/13/2018 | 4 years, 10 months, 1 day |
| Burnham, Charles | No. 25-cv-1916 Dkt. 1 (Compl.) | Michigan (Dkt. 1 ¶¶ 2, 7) | E.D. Mich. (Dkt. 1 ¶ 5) | 06/11/2019 (Dkt. 1 ¶ 7) | 04/30/2025 | 5 years, 10 months, 19 days |
| Cornwell, Thomas | No. 25-cv-1828 Dkt. 1 (Compl.) | Michigan (Dkt. 1 ¶¶ 2, 7) | W.D. Mich. (Dkt. 1 ¶ 5) | 06/12/2018 (Dkt. 1 ¶ 7) | 04/29/2025 | 6 years, 10 months, 17 days |
| Cotton, Kenneth | No. 25-cv-0134 Dkt. 1 (Compl.) | Michigan (Dkt. 1 ¶¶ 2, 7) | E.D. Mich. (Dkt. 1 ¶ 5) | 04/23/2019 (Dkt. 1 ¶ 7) | 01/11/2025 | 5 years, 8 months, 19 days |
| Daniel, Janet | No. 25-cv-1834 Dkt. 1 (Compl.) | Michigan (Dkt. 1 ¶¶ 2, 7) | E.D. Mich. (Dkt. 1 ¶ 5) | 11/06/2019 (Dkt. 1 ¶ 7) | 04/29/2025 | 5 years, 5 months, 23 days |

[1] All citations are to the operative complaint(s) filed on each Plaintiff's individual docket.

| Plaintiff | Case No.; Compl. Dkt. | Home State; State of Surgery | Venue | Date of Index Surgery/ Injury | Filing Date | Time Between Surgery /Injury and Filing |
|---|---|---|---|---|---|---|
| Draher, Judy | No. 18-cv-1277 Dkt. 1 (Compl.) | Michigan (Dkt. 1 ¶¶ 2, 6) | D. Minn. (Dkt. 1 ¶ 4) | 08/20/2012 (Dkt. 1 ¶ 6) | 05/08/2018 | 5 years, 8 months, 18 days |
| Farthing, Lavona | No. 18-cv-2586 Dkt. 1 (Compl.) | Michigan (Dkt. 1 ¶¶ 2, 6) | D. Minn. (Dkt. 1 ¶ 4) | 09/06/2013 (Dkt. 1 ¶ 6) | 09/05/2018 | 4 years, 11 months, 30 days |
| Ferrante, Theresa | No. 18-cv-1484 Dkt. 1 (Compl.) | Michigan (Dkt. 1 ¶¶ 2, 7) | E.D. Mich. (Dkt. 1 ¶ 5) | 02/03/2014 (Dkt. 1 ¶ 7) | 05/30/2018 | 4 years, 3 months, 27 days |
| Fountain, Janice | No. 16-cv-3301 Dkt. 1 (Compl.) | Michigan (Dkt. 1 ¶¶ 2, 7) | D. Minn. (Dkt. 1 ¶ 5) | 10/01/2012 (Dkt. 1 ¶ 7) | 09/29/2016 | 3 years, 11 months, 28 days |
| Funk, Brad Lee (Kate Brown) | No. 18-cv-3136 Dkt. 1 (Compl.) | Michigan (Dkt. 1 ¶¶ 2, 7) | E.D. Mich. (Dkt. 1 ¶ 5) | 07/21/2014 (Dkt. 1 ¶ 7) | 11/08/2018 | 4 years, 3 months, 18 days |
| Gerzanics, Gregory | No. 18-cv-1830 Dkt. 1 (Compl.) | Michigan (Dkt. 1 ¶¶ 2, 6) | E.D. Mich. (Dkt. 1 ¶ 4) | 09/17/2013 (Dkt. 1 ¶ 6) | 06/30/2018 | 4 years, 9 months, 13 days |
| Gilmore, Monroe | No. 18-cv-1502 Dkt. 1 (Compl.) | Michigan (Dkt. 1 ¶¶ 2, 7) | E.D. Mich. (Dkt. 1 ¶ 5) | 07/16/2012 (Dkt. 1 ¶ 7) | 05/31/2018 | 5 years, 10 months, 15 days |
| Glover, Cindy L. | No. 18-cv-1713 Dkt. 1 (Compl.) | Michigan (Dkt. 1 ¶¶ 2, 6) | D. Minn. (Dkt. 1 ¶ 4) | 08/04/2014 (Dkt. 1 ¶ 6) | 06/21/2018 | 3 years, 10 months, 17 days |
| Goudelock, Bryant | No. 25-cv-3674 Dkt. 1 (Compl.) | Michigan (Dkt. 1 ¶¶ 2, 7) | W.D. Mich. (Dkt. 1 ¶ 5) | 11/01/2021 (Dkt. 1 ¶ 7) | 09/15/2025 | 3 years, 10 months, 14 days |
| Grow, Phillip | No. 18-cv-1780 Dkt. 1 (Compl.) | Michigan (Dkt. 1 ¶¶ 2, 7) | W.D. Mich. (Dkt. 1 ¶ 5) | 08/05/2014 (Dkt. 1 ¶ 7) | 06/28/2018 | 3 years, 10 months, 23 days |
| Hall, Carol R. (Darryl Dortch) | No. 18-cv-2161 Dkt. 1 (Compl.) | Michigan (Dkt. 1 ¶¶ 2, 6) | D. Minn. (Dkt. 1 ¶ 4) | 02/25/2013 (Dkt. 1 ¶ 6) | 07/25/2018 | 5 years, 5 months |
| Hall, Margaret L. | No. 18-cv-2399 | Michigan (Dkt. 1 ¶¶ 2, 6) | D. Minn. (Dkt. 1 ¶ 4) | 06/24/2013 (Dkt. 1 ¶ 6) | 08/15/2018 | 5 years, 1 month, 22 days |

| Plaintiff | Case No.; Compl. Dkt. | Home State; State of Surgery | Venue | Date of Index Surgery/ Injury | Filing Date | Time Between Surgery /Injury and Filing |
|---|---|---|---|---|---|---|
| | Dkt. 1 (Compl.) | | | | | |
| Hardy, Alan | No. 17-cv-5261 Dkt. 1 (Compl.) | Michigan (Dkt. 1 ¶¶ 2, 6) | D. Minn. (Dkt. 1 ¶ 4) | 11/14/2014 (Dkt. 1 ¶ 6) | 11/29/2017 | 3 years, 15 days |
| Hascall, Gerald (Lori Hascall) | No. 19-cv-0698 Dkt. 1 (Compl.) | Michigan (Dkt. 1 ¶¶ 2, 7) | E.D. Mich. (Dkt. 1 ¶ 5) | 09/30/2013 (Dkt. 1 ¶ 7) | 03/14/2019 | 5 years, 5 months, 14 days |
| Hembree, Evelyn M. | No. 17-cv-03528 Dkt. 1 (Compl.) | Michigan (Dkt. 1 ¶¶ 2, 7) | E.D. Mich. (Dkt. 1 ¶ 5) | 09/08/2011 (Dkt. 1 ¶ 7) | 08/03/2017 | 5 years, 10 months, 26 days |
| Hill, William J. | No. 18-cv-2511 Dkt. 1 (Compl.) | Michigan (Dkt. 1 ¶¶ 2, 6) | D. Minn. (Dkt. 1 ¶ 4) | 04/18/2013 (Dkt. 1 ¶ 6) | 08/28/2018 | 5 years, 4 months, 10 days |
| Hiser, Harold (Leane C. Priest) | No. 18-cv-2289 Dkt. 1 (Compl.) | Michigan (Dkt. 1 ¶¶ 2, 6) | D. Minn. (Dkt. 1 ¶ 4) | 07/03/2013 (Dkt. 1 ¶ 6) | 08/06/2018 | 5 years, 1 month, 3 days |
| Hissong, Susan | No. 26-cv-01172 Dkt. 1 (Compl.) | Michigan (Dkt. 1 ¶¶ 2, 7) | E.D. Mich. (Dkt. 1 ¶ 5) | 07/01/2020 (Dkt. 1 ¶ 7) | 02/06/2026 | 5 years, 7 months, 5 days |
| Hoffmeyer, Ron | No. 17-cv-0966 Dkt. 1 (Compl.) | Michigan (Dkt. 1 ¶¶ 2, 7) | E.D. Mich. (Dkt. 1 ¶ 5) | 05/18/2012 (Dkt. 1 ¶ 7) | 03/30/2017 | 4 years, 10 months, 12 days |
| Hogan, Reida | No. 25-cv-1939 Dkt. 1 (Compl.) | Michigan (Dkt. 1 ¶¶ 2, 7) | E.D. Mich. (Dkt. 1 ¶ 5) | 02/22/2019 (Dkt. 1 ¶ 7) | 05/01/2025 | 6 years, 2 months, 9 days |
| Johnson, Ruth E. | No. 18-cv-2458 Dkt. 1 (Compl.) | Michigan (Dkt. 1 ¶¶ 2, 6) | D. Minn. (Dkt. 1 ¶ 4) | 07/15/2014 (Dkt. 1 ¶ 6) | 08/22/2018 | 4 years, 1 month, 7 days |
| Kirtley, Brenda | No. 17-cv-1276 Dkt. 1 (Compl.) | Michigan (Dkt. 1 ¶¶ 2, 7) | W.D. Mich. (Dkt. 1 ¶ 5) | 06/20/2012 (Dkt. 1 ¶ 7) | 04/20/2017 | 4 years, 10 months |
| Long, Jayne E. | No. 17-cv-1779 Dkt. 1 (Compl.) | Michigan (Dkt. 1 ¶¶ 2, 7) | E.D. Mich. (Dkt. 1 ¶ 5) | 06/12/2013 (Dkt. 1 ¶ 7) | 05/26/2017 | 3 years, 11 months, 14 days |

| **Plaintiff** | **Case No.; Compl. Dkt.** | **Home State; State of Surgery** | **Venue** | **Date of Index Surgery/ Injury** | **Filing Date** | **Time Between Surgery /Injury and Filing** |
|---|---|---|---|---|---|---|
| Loucks, William (Cynthia Loucks) | No. 18-cv-1974 Dkt. 1 (Compl.) | Michigan (Dkt. 1 ¶¶ 2, 6) | D. Minn. (Dkt. 1 ¶ 4) | 03/03/2014 (Dkt. 1 ¶ 6) | 07/13/2018 | 4 years, 4 months, 10 days |
| Luebke, Linda | No. 18-cv-2663 Dkt. 1 (Compl.) | Michigan (Dkt. 1 ¶¶ 2, 6) | D. Minn. (Dkt. 1 ¶ 4) | 12/10/2012 (Dkt. 1 ¶ 6) | 09/13/2018 | 5 years, 9 months, 3 days |
| Maison, Margaret | No. 18-cv-1666 Dkt. 1 (Compl.) | Michigan (Dkt. 1 ¶¶ 2, 7) | E.D. Mich. (Dkt. 1 ¶ 5) | 10/25/2013 (Dkt. 1 ¶ 7) | 06/15/2018 | 4 years, 7 months, 21 days |
| Martin-Miller, Margaret | No. 25-cv-1373 Dkt. 1 (Compl.) | Michigan (Dkt. 1 ¶¶ 2, 7) | E.D. Mich. (Dkt. 1 ¶ 5) | 12/14/2020 (Dkt. 1 ¶ 7) | 04/11/2025 | 4 years, 3 months, 28 days |
| McGuire, Michael | No. 18-cv-1611 Dkt. 1 (Compl.) | Michigan (Dkt. 1 ¶¶ 2, 6) | D. Minn. (Dkt. 1 ¶ 4) | 07/09/2013 (Dkt. 1 ¶ 6) | 06/08/2018 | 4 years, 10 months, 30 days |
| Montgomery, Joanne | No. 23-cv-3041 Dkt. 1 (Compl.) | Michigan (Dkt. 1 ¶¶ 2, 7) | D. Minn. (Dkt. 1 ¶ 5) | 11/14/2018 (Dkt. 1 ¶ 7) | 10/02/2023 | 4 years, 10 months, 18 days |
| Morneau, Debra | No. 18-cv-2409 Dkt. 1 (Compl.) | Michigan (Dkt. 1 ¶¶ 2, 6) | D. Minn. (Dkt. 1 ¶ 4) | 03/04/2014 (Dkt. 1 ¶ 6) | 08/16/2018 | 4 years, 5 months, 12 days |
| Myers, Marie | No. 25-cv-2013 Dkt. 1 (Compl.) | Michigan (Dkt. 1 ¶¶ 2, 7) | E.D. Mich. (Dkt. 1 ¶ 5) | 10/23/2019 (Dkt. 1 ¶ 7) | 05/06/2025 | 5 years, 6 months, 13 days |
| Phillips, Thomas Jr. | No. 25-cv-0774 Dkt. 1 (Compl.) | Michigan (Dkt. 1 ¶¶ 2, 7) | W.D. Mich. (Dkt. 1 ¶ 5) | 11/16/2021 (Dkt. 1 ¶ 7) | 03/02/2025 | 3 years, 3 months, 14 days |
| Relerford, Derrick | No. 17-cv-0599 Dkt. 1 (Compl.) (Dkt. 6 Am. Compl.) | Michigan (Dkt. 6 ¶¶ 2, 7) | E.D. Mich. (Dkt. 6 ¶ 5) | 01/25/2013 (Dkt. 6 ¶ 7) | 02/27/2017 | 4 years, 1 month, 2 days |
| Rodriguez, Carmen | No. 18-cv-1336 Dkt. 1 (Compl.) | Michigan (Dkt. 1 ¶¶ 2, 6) | E.D. Mich. (Dkt. 1 ¶ 4) | 05/04/2015 (Dkt. 1 ¶ 6) | 05/15/2018 | 3 years, 11 days |

| **Plaintiff** | **Case No.; Compl. Dkt.** | **Home State; State of Surgery** | **Venue** | **Date of Index Surgery/ Injury** | **Filing Date** | **Time Between Surgery /Injury and Filing** |
|---|---|---|---|---|---|---|
| Rumery, Dean | No. 16-cv-2686 Dkt. 1 (Compl.) | Michigan (Dkt. 1 ¶¶ 2, 7) | E.D. Mich. (Dkt. 1 ¶ 5) | 04/24/2012 (Dkt. 1 ¶ 7) | 08/09/2016 | 4 years, 3 months, 16 days |
| Smitherman, Jacqueline | No. 24-cv-2927 Dkt. 1 (Compl.) | Michigan (Dkt. 1 ¶¶ 2, 7) | 52nd District Court - Division 1 (Dkt. 1 ¶ 5) | 04/01/2021 (Dkt. 1 ¶ 7) | 07/24/2024 | 3 years, 3 months, 23 days |
| Stevens, Lance | No. 18-cv-1291 Dkt. 1 (Compl.) | Michigan (Dkt. 1 ¶¶ 2, 6) | D. Minn. (Dkt. 1 ¶ 4) | 01/07/2014 (Dkt. 1 ¶ 6) | 05/09/2018 | 4 years, 4 months, 2 days |
| Taylor, Laurie | No. 24-cv-2932 Dkt. 1 (Compl.) | Michigan (Dkt. 1 ¶¶ 2, 7) | Third Judicial Circuit Court of Michigan (Dkt. 1 ¶ 5) | 12/26/2019 (Dkt. 1 ¶ 7) | 07/24/2024 | 4 years, 6 months, 28 days |
| Wild, Edward | No. 18-cv-1852 Dkt. 1 (Compl.) | Michigan (Dkt. 1 ¶¶ 2, 6) | D. Minn. (Dkt. 1 ¶ 4) | 04/17/2014 (Dkt. 1 ¶ 6) | 07/02/2018 | 4 years, 2 months, 15 days |
| Wiley, David | No. 18-cv-2238 Dkt. 1 (Compl.) | Michigan (Dkt. 1 ¶¶ 2, 6) | D. Minn. (Dkt. 1 ¶ 4) | 12/20/2013 (Dkt. 1 ¶ 6) | 07/31/2018 | 4 years, 7 months, 11 days |
| Wolfe, Robert | No. 25-cv-1940 Dkt. 1 (Compl.) | Michigan (Dkt. 1 ¶¶ 2, 7) | W.D. Mich. (Dkt. 1 ¶ 5) | 06/28/2019 (Dkt. 1 ¶ 7) | 05/01/2025 | 5 years, 10 months, 3 days |
| Yens, Michael | No. 25-cv-1906 Dkt. 1 (Compl.) | Michigan (Dkt. 1 ¶¶ 2, 7) | E.D. Mich. (Dkt. 1 ¶ 5) | 08/13/2020 (Dkt. 1 ¶ 7) | 04/30/2025 | 4 years, 8 months, 17 days |