# EXHIBIT A

# Index Summarizing Relevant Details of Plaintiffs' Cases[1]

| Plaintiff | Case No.; Compl. Dkt. | Home State; State of Surgery | Venue | Date of Index Surgery | Date of Injury | Filing Date | Time Between Surgery and Filing | Time Between Injury and Filing |
|---|---|---|---|---|---|---|---|---|
| Adams, Thomas | No. 26-cv-1359 Dkt. 1 (Compl.) | Virginia (Dkt. 1 ¶¶ 2, 7) | E.D. Va. (Dkt. 1 ¶ 5) | 11/03/2020 (Dkt. 1 ¶ 7) | 06/03/2021 (Dkt. 1 ¶ 9) | 02/11/2026 | 5 years, 3 months, 8 days | 4 years, 8 months, 8 days |
| Arrington, Hugh | No. 17-cv-2459 Dkt. 1 (Compl.) | Virginia (Dkt. 1 ¶¶ 2, 7) | E.D. Va. (Dkt. 1 ¶ 5) | 09/12/2011 (Dkt. 1 ¶ 7) | 10/04/2012 (Dkt. 1 ¶ 9) | 07/03/2017 | 5 years, 9 months, 21 days | 4 years, 8 months, 29 days |
| Bailey, Wilma | No. 25-cv-1438 Dkt. 1 (Compl.) | Virginia (Dkt. 1 ¶¶ 2, 7) | W.D. Va. (Dkt. 1 ¶ 5) | 10/13/2015 (Dkt. 1 ¶ 7) | 11/08/2015 (Dkt. 1 ¶ 9) | 04/15/2025 | 9 years, 6 months, 2 days | 9 years, 5 months, 7 days |
| Barker, Alex | No. 23-cv-2948 Dkt. 1 (Compl.) | Virginia (Dkt. 1 ¶¶ 2, 7) | W.D. Va. (Dkt. 1 ¶ 5) | 10/15/2019 (Dkt. 1 ¶ 7) | 12/31/2019[2] (Dkt. 1 ¶ 9) | 09/25/2023 | 3 years, 11 months, 10 days | 3 years, 8 months, 25 days |
| Barnwell, Sarah | No. 25-cv-1470 Dkt. 1 (Compl.) | Virginia (Dkt. 1 ¶¶ 2, 7) | E.D. Va. (Dkt. 1 ¶ 5) | 01/05/2021 (Dkt. 1 ¶ 7) | 02/23/2021 (Dkt. 1 ¶ 9) | 04/15/2025 | 4 years, 3 months, 10 days | 4 years, 1 month, 23 days |
| Bermanski, Paul | No. 24-cv-1818 Dkt. 1 (Compl.) | Virginia (Dkt. 1 ¶¶ 2, 7) | Frederick Cnty. Cir. Ct. (Va.) (Dkt. 1 ¶ 5) | 05/29/2019 (Dkt. 1 ¶ 7) | 07/09/2019 (Dkt. 1 ¶ 9) | 05/16/2024 | 4 years, 11 months, 17 days | 4 years, 10 months, 7 days |
| Bowden, Melanie | No. 17-cv-5373 Dkt. 1 (Compl.) | Virginia (Dkt. 1 ¶¶ 2, 7) | D. Minn. (Dkt. 1 ¶ 5) | 10/02/2012 (Dkt. 1 ¶ 7) | 10/08/2012 (Dkt. 1 ¶ 9) | 12/06/2017 | 5 years, 2 months, 4 days | 5 years, 1 month, 28 days |
| Caldwell, Debra | No. 17-cv-2037 Dkt. 1 (Compl.) | Virginia (Dkt. 1 ¶¶ 2, 7) | W.D. Va. (Dkt. 1 ¶ 5) | 08/12/2011 (Dkt. 1 ¶ 7) | 10/01/2012 (Dkt. 1 ¶ 9) | 06/14/2017 | 5 years, 10 months, 2 days | 4 years, 8 months, 13 days |
| Caldwell Jr., Edward | No. 24-cv-3342 Dkt. 1 (Compl.) | Virginia (Dkt. 1 ¶¶ 2, 7) | 7th Jud. Cir. of Va. (Dkt. 1 ¶ 5) | 04/12/2021 (Dkt. 1 ¶ 7) | 09/16/2021 (Dkt. 1 ¶ 9) | 08/20/2024 | 3 years, 4 months, 8 days | 2 years, 11 months, 4 days |
| Chapman, Dewey | No. 18-cv-861 Dkt. 1 (Compl.) | Virginia (Dkt. 1 ¶¶ 2, 7) | W.D. Va. (Dkt. 1 ¶ 5) | 05/28/2013 (Dkt. 1 ¶ 7) | 06/25/2013 (Dkt. 1 ¶ 9) | 03/27/2018 | 4 years, 9 months, 27 days | 4 years, 9 months, 2 days |
| Clifford Sr., Charles | No. 25-cv-2422 Dkt. 1 (Compl.) | Virginia (Dkt. 1 ¶¶ 2, 7) | E.D. Va. (Dkt. 1 ¶ 5) | 02/01/2019 (Dkt. 1 ¶ 7) | 10/31/2019 (Dkt. 1 ¶ 9) | 06/10/2025 | 6 years, 4 months, 9 days | 5 years, 7 months, 10 days |
| Cochran, Loretta | No. 18-cv-1537 Dkt. 1 (Compl.) | Virginia (Dkt. 1 ¶¶ 2, 7) | E.D. Va. and D. Minn. (Dkt. 1 ¶ 5) | 06/09/2014 (Dkt. 1 ¶ 7) | 06/26/2014 (Dkt. 1 ¶ 9) | 06/04/2018 | 3 years, 11 months, 26 days | 3 years, 11 months, 9 days |

[1] All citations are to the operative complaint(s) filed on each Plaintiff's individual docket.
[2] Because Barker alleges the date of his revision surgery was December 2019, the last day of that month is used.

| Plaintiff | Case No.; Compl. Dkt. | Home State; State of Surgery | Venue | Date of Index Surgery | Date of Injury | Filing Date | Time Between Surgery and Filing | Time Between Injury and Filing |
|---|---|---|---|---|---|---|---|---|
| Davis, Phillip | No. 18-cv-1823 Dkt. 1 (Compl.) | Virginia (Dkt. 1 ¶¶ 2, 6) | D. Minn. (Dkt. 1 ¶ 4) | 07/30/2013( Dkt. 1 ¶ 6) | 10/16/2014 (Dkt. 1 ¶ 8) | 06/29/2018 | 4 years, 10 months, 30 days | 3 years, 8 months, 13 days |
| Edwards III, Sheffield | No. 17-cv-2125 Dkt. 1 (Compl.) | Virginia (Dkt. 1 ¶¶ 2, 7) | D. Minn. (Dkt. 1 ¶ 5) | 02/15/2013 (Dkt. 1 ¶ 7) | 01/30/2014 (Dkt. 1 ¶ 9) | 06/20/2017 | 4 years, 4 months, 5 days | 3 years, 4 months, 21 days |
| Farley, Henry | No. 17-cv-3081 Dkt. 1 (Compl.) | Virginia (Dkt. 1 ¶¶ 2, 6) | D. Minn. (Dkt. 1 ¶ 4) | 02/03/2014 (Dkt. 1 ¶ 6) | 04/29/2014 (Dkt. 1 ¶ 8) | 07/19/2017 | 3 years, 5 months, 16 days | 3 years, 2 months, 20 days |
| Fox, Ryland | No. 17-cv-351 Dkt. 1 (Compl.) | Virginia (Dkt. 1 ¶¶ 2, 7) | D. Minn. (Dkt. 1 ¶ 5) | 01/18/2013 (Dkt. 1 ¶ 7) | 02/02/2013 (Dkt. 1 ¶ 9) | 02/02/2017 | 4 years, 0 months, 15 days | 4 years, 0 months, 0 days |
| Gordon, James | No. 18-cv-955 Dkt. 1 (Compl.) | Virginia (Dkt. 1 ¶¶ 2, 7) | D. Minn. (Dkt. 1 ¶ 5) | 02/10/2013 (Dkt. 1 ¶ 7) | 02/26/2013 (Dkt. 1 ¶ 9) | 04/06/2018 | 5 years, 1 month, 27 days | 5 years, 1 month, 11 days |
| Gribben, Allan (Gribben, Helen) | No. 16-cv-2790 Dkt. 1 (Compl.) | Virginia (Dkt. 1 ¶¶ 2, 7) | E.D. Va. (Dkt. 1 ¶ 5) | 08/06/2013 (Dkt. 1 ¶ 7) | 07/25/2014 (Dkt. 1 ¶ 9) | 08/19/2016 | 3 years, 0 months, 13 days | 2 years, 0 months, 25 days |
| Griffin, Milton (Kuhns, Cynthi) | No. 24-cv-416 Dkt. 1 (Compl.) | Virginia (Dkt. 1 ¶¶ 2, 7) | Princess Anne Cnty. Dist. Ct. (Va.) (Dkt. 1 ¶ 5) | 08/20/2021 (Dkt. 1 ¶ 7) | 10/22/2021 (Dkt. 1 ¶ 9) | 02/09/2024 | 2 years, 5 months, 20 days | 2 years, 3 months, 18 days |
| Hardy, Shirley | No. 16-cv-3064 Dkt. 1 (Compl.) | Virginia (Dkt. 1 ¶¶ 2, 7) | E.D. Va. (Dkt. 1 ¶ 5) | 11/21/2008 (Dkt. 1 ¶ 7) | 04/24/2009 (Dkt. 1 ¶ 9) | 09/14/2016 | 7 years, 9 months, 24 days | 7 years, 4 months, 21 days |
| Harless, La Vonna | No. 17-cv-4459 Dkt. 1 (Compl.) | Virginia (Dkt. 1 ¶¶ 2, 7) | D. Minn. (Dkt. 1 ¶ 5) | 12/21/2012 (Dkt. 1 ¶ 7) | 08/04/2013 (Dkt. 1 ¶ 9) | 09/28/2017 | 4 years, 9 months, 7 days | 4 years, 1 month, 24 days |
| Hasan, Hope | No. 18-cv-1308 Dkt. 1 (Compl.) | Virginia (Dkt. 1 ¶¶ 2, 7) | D. Minn. (Dkt. 1 ¶ 5) | 01/17/2012 (Dkt. 1 ¶ 7) | 02/04/2012 (Dkt. 1 ¶ 9) | 05/11/2018 | 6 years, 3 months, 24 days | 6 years, 3 month, 7 days |
| Jacks, Jeffrey | No. 17-cv-3950 Dkt. 1 (Compl.) | Virginia (Dkt. 1 ¶¶ 2, 7) | E.D. Va. (Dkt. 1 ¶ 5) | 01/15/2013 (Dkt. 1 ¶ 7) | 05/29/2013 (Dkt. 1 ¶ 9) | 08/25/2017 | 4 years, 7 months, 10 days | 4 years, 2 months, 27 days |
| Johnson, Rodney | No. 26-cv-470 Dkt. 1 (Compl.) | Virginia (Dkt. 1 ¶¶ 2, 7) | E.D. Va. (Dkt. 1 ¶ 5) | 05/01/2023 (Dkt. 1 ¶ 7) | 12/01/2023 (Dkt. 1 ¶ 9) | 01/20/2026 | 2 years, 8 months, 19 days | 2 years, 1 month, 19 days |
| Jones, Travis | No. 16-cv-3623 Dkt. 1 (Compl.) | Virginia (Dkt. 1 ¶¶ 2, 7) | D. Minn. (Dkt. 1 ¶ 5) | 09/05/2012 (Dkt. 1 ¶ 7) | 11/28/2012 (Dkt. 1 ¶ 9) | 10/26/2016 | 4 years, 1 month, 21 days | 3 years, 10 months, 28 days |

| **Plaintiff** | **Case No.; Compl. Dkt.** | **Home State; State of Surgery** | **Venue** | **Date of Index Surgery** | **Date of Injury** | **Filing Date** | **Time Between Surgery and Filing** | **Time Between Injury and Filing** |
|---|---|---|---|---|---|---|---|---|
| Libron, Janith | No. 16-cv-2791 Dkt. 1 (Compl.) | Virginia (Dkt. 1 ¶¶ 2, 7) | E.D. Va. (Dkt. 1 ¶ 5) | 07/06/2011 (Dkt. 1 ¶ 7) | 07/15/2011 (Dkt. 1 ¶ 9) | 08/19/2016 | 5 years, 1 month, 13 days | 5 years, 1 month, 4 days |
| Lotz, Billie | No. 25-cv-4047 Dkt. 1 (Compl.) | Virginia (Dkt. 1 ¶¶ 2, 7) | W.D. Va. (Dkt. 1 ¶ 5) | 12/20/2022 (Dkt. 1 ¶ 7) | 01/25/2023 (Dkt. 1 ¶ 9) | 10/21/2025 | 2 years, 10 months, 1 day | 2 years, 8 months, 26 days |
| McKevitt, William | No. 16-cv-2663 Dkt. 1 (Compl.) | Virginia (Dkt. 1 ¶¶ 2, 7) | E.D. Va. (Dkt. 1 ¶ 5) | 03/27/2008 (Dkt. 1 ¶ 7) | 02/12/2009 (Dkt. 1 ¶ 9) | 08/08/2016 | 8 years, 4 months, 12 days | 7 years, 5 months, 27 days |
| McReynolds, Rebecca | No. 16-cv-3428 Dkt. 1 (Compl.) | Virginia (Dkt. 1 ¶¶ 2, 7) | E.D. Va. (Dkt. 1 ¶ 5) | 09/08/2011 (Dkt. 1 ¶ 7) | 05/18/2012 (Dkt. 1 ¶ 9) | 10/11/2016 | 5 years, 1 month, 3 days | 4 years, 4 months, 23 days |
| Monette, Michael | No. 25-cv-4179 Dkt. 1 (Compl.) | Virginia (Dkt. 1 ¶¶ 2, 7) | E.D. Va. (Dkt. 1 ¶ 5) | 02/12/2021 (Dkt. 1 ¶ 7) | 05/08/2022 (Dkt. 1 ¶ 9) | 11/03/2025 | 4 years, 8 months, 22 days | 3 years, 5 months, 26 days |
| Morris, Carol | No. 26-cv-1181 Dkt. 1 (Compl.) | Virginia (Dkt. 1 ¶¶ 2, 7) | W.D. Va. (Dkt. 1 ¶ 5) | 04/19/2019 (Dkt. 1 ¶ 7) | 04/21/2019 (Dkt. 1 ¶ 9) | 02/06/2026 | 6 years, 9 months, 18 days | 6 years, 9 months, 16 days |
| Nevill, James | No. 26-cv-1182 Dkt. 1 (Compl.) | Virginia (Dkt. 1 ¶¶ 2, 7) | E.D. Va. (Dkt. 1 ¶ 5) | 06/01/2020 (Dkt. 1 ¶ 7) | 07/28/2020 (Dkt. 1 ¶ 9) | 02/06/2026 | 5 years, 8 months, 5 days | 5 years, 6 months, 9 days |
| Perkins, Calvin | No. 19-cv-939 Dkt. 1 (Compl.) | Virginia (Dkt. 1 ¶¶ 2, 7) | W.D. Va. (Dkt. 1 ¶ 5) | 04/04/2013 (Dkt. 1 ¶ 7) | 02/18/2015 (Dkt. 1 ¶ 9) | 04/04/2019 | 6 years, 0 months, 0 days | 4 years, 1 month, 17 days |
| Person, Junior | No. 16-cv-2963 Dkt. 1 (Compl.) | Virginia (Dkt. 1 ¶¶ 2, 7) | E.D. Va. (Dkt. 1 ¶ 5) | 01/30/2013 (Dkt. 1 ¶ 7) | 07/07/2013 (Dkt. 1 ¶ 9) | 09/01/2016 | 3 years, 7 months, 2 days | 3 years, 1 month, 25 days |
| Petty, Beatrice | No. 16-cv-788 Dkt. 1 (Compl.) Dkt. 4 (Am. Compl.) | Virginia (Dkt. 4 ¶¶ 3, 12) | W.D. Va. (Dkt. 4 ¶ 11) | 06/24/2013 (Dkt. 4 ¶ 12) | 09/28/2013 (Dkt. 4 ¶ 13) | 11/25/2015 | 2 years, 5 months, 1 day | 2 years, 1 month, 28 days |
| Ralls, Janet | No. 17-cv-4362 Dkt. 1 (Compl.) | Virginia (Dkt. 1 ¶¶ 2, 7) | D. Minn. (Dkt. 1 ¶ 5) | 12/02/2013 (Dkt. 1 ¶ 7) | 12/19/2013 (Dkt. 1 ¶ 9) | 09/22/2017 | 3 years, 9 months, 20 days | 3 years, 9 months, 3 days |
| Reece, Kristine | No. 17-cv-609 Dkt. 1 (Compl.) | Virginia (Dkt. 1 ¶¶ 2, 7) | W.D. Va. (Dkt. 1 ¶ 5) | 01/24/2011 (Dkt. 1 ¶ 7) | 02/07/2011 (Dkt. 1 ¶ 9) | 02/27/2017 | 6 years, 1 month, 3 days | 6 years, 0 months, 20 days |

| Plaintiff | Case No.; Compl. Dkt. | Home State; State of Surgery | Venue | Date of Index Surgery | Date of Injury | Filing Date | Time Between Surgery and Filing | Time Between Injury and Filing |
|---|---|---|---|---|---|---|---|---|
| Russell, Arlene | No. 26-cv-1185 Dkt. 1 (Compl.) | Virginia (Dkt. 1 ¶¶ 2, 7) | W.D. Va. (Dkt. 1 ¶ 5) | 05/01/2020 (Dkt. 1 ¶ 7) | 07/11/2022 (Dkt. 1 ¶ 9) | 02/06/2026 | 5 years, 9 months, 5 days | 3 years, 6 months, 26 days |
| Sharkey, Steven | No. 25-cv-1346 Dkt. 1 (Compl.) | Virginia (Dkt. 1 ¶¶ 2, 7) | W.D. Va. (Dkt. 1 ¶ 5) | 01/24/2023 (Dkt. 1 ¶ 7) | 02/16/2023 (Dkt. 1 ¶ 9) | 04/10/2025 | 2 years, 2 months, 17 days | 2 years, 1 month, 25 days |
| Trivette, Diana | No. 26-cv-1194 Dkt. 1 (Compl.) | Virginia (Dkt. 1 ¶¶ 2, 7) | E.D. Va. (Dkt. 1 ¶ 5) | 07/23/2018 (Dkt. 1 ¶ 7) | 10/21/2019 (Dkt. 1 ¶ 9) | 02/06/2026 | 7 years, 6 months, 14 days | 6 years, 3 months, 16 days |
| Vine, Charles | No. 24-cv-4647 Dkt. 1 (Compl.) | Virginia (Dkt. 1 ¶¶ 2, 7) | E.D. Va. (Dkt. 1 ¶ 5) | 03/06/2018 (Dkt. 1 ¶ 7) | 05/17/2019 (Dkt. 1 ¶ 9) | 12/28/2024 | 6 years, 9 months, 22 days | 5 years, 7 months, 11 days |
| Walker, Edwina | No. 24-cv-1117 Dkt. 1 (Compl.) | Virginia (Dkt. 1 ¶¶ 2, 7) | Lunenburg Cnty. Dist. Ct. (Va.) (Dkt. 1 ¶ 5) | 07/01/2021 (Dkt. 1 ¶ 7) | 07/31/2021[3] (Dkt. 1 ¶ 9) | 04/01/2024 | 2 years, 9 months | 2 years, 8 months, 1 day |
| Whitt, David | No. 25-cv-1677 Dkt. 1 (Compl.) | Virginia (Dkt. 1 ¶¶ 2, 7) | W.D. Va. (Dkt. 1 ¶ 5) | 12/21/2016 (Dkt. 1 ¶ 7) | 12/21/2016 (Dkt. 1 ¶ 9) | 04/23/2025 | 8 years, 4 months, 2 days | 8 years, 4 months, 2 days |
| Winston, Lauren | No. 16-cv-4361 Dkt. 1 (Compl.) | Virginia (Dkt. 1 ¶¶ 2, 7) | District of Virginia (Dkt. 1 ¶ 5) | 06/18/2013 (Dkt. 1 ¶ 7) | 08/28/2013 (Dkt. 1 ¶ 9) | 12/27/2016 | 3 years, 6 months, 9 days | 3 years, 3 months, 29 days |

[3] Because E. Walker alleges the date of her revision surgery was July 2021, the last day of that month is used.