# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

IN RE: Bair Hugger Forced Air Warming Products Liability Litigation

MDL No. 15-md-02666-JNE-DTS

This Document Relates to the Following Cases:

*Adams*, No. 26-cv-1359
*Arrington*, No. 17-cv-2459
*Bailey*, No. 25-cv-1438
*Barker*, No. 23-cv-2948
*Barnwell*, No. 25-cv-1470
*Bermanski*, No. 24-cv-1818
*Bowden*, No. 17-cv-5373
*D. Caldwell*, No. 17-cv-2037
*E. Caldwell*, No. 24-cv-3342
*Chapman*, No. 18-cv-861
*Clifford*, No. 25-cv-2422
*Cochran*, No. 18-cv-1537
*Davis*, No. 18-cv-1823
*Edwards*, No. 17-cv-2125
*Farley*, No. 17-cv-3081
*Fox*, No. 17-cv-351
*Gordon*, No. 18-cv-955
*Gribben*, No. 16-cv-2790
*Griffin*, No. 24-cv-416
*Hardy*, No. 16-cv-3064
*Harless*, No. 17-cv-4459
*Hasan*, No. 18-cv-1308
*Jacks*, No. 17-cv-3950
*Johnson*, No. 26-cv-470
*Jones*, No. 16-cv-3623
*Libron*, No. 16-cv-2791
*Lotz*, No. 25-cv-4047
*McKevitt*, No. 16-cv-2663
*McReynolds*, No. 16-cv-3428
*Monette*, No. 25-cv-4179
*Morris*, No. 26-cv-1181
*Nevill*, No. 26-cv-1182

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

| | |
|---|---|
| *Perkins*, No. 19-cv-939 | ) |
| *Person*, No. 16-cv-2963 | ) |
| *Petty*, No. 16-cv-788 | ) |
| *Ralls*, No. 17-cv-4362 | ) |
| *Reece*, No. 17-cv-609 | ) |
| *Russell*, No. 26-cv-1185 | ) |
| *Sharkey*, No. 25-cv-1346 | ) |
| *Trivette*, No. 26-cv-1194 | ) |
| *Vine*, No. 24-cv-4647 | ) |
| *E. Walker*, No. 24-cv-1117 | ) |
| *Whitt*, No. 25-cv-1677 | ) |
| *Winston*, No. 16-cv-4361 | ) |

I, John P. Mandler, certify that the Memorandum of Law in Support of Defendants' Omnibus Motion for Judgment on the Pleadings complies with the requirements of Local Rule 7.1(f) and 7.1(h). I certify that the Memorandum contains 4,361 words. I further certify that I relied on the word-count functionality of Microsoft® Office 365 and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations, in the preceding word count.

Respectfully submitted,

Date: October 22, 2026

*s/John P. Mandler*

John P. Mandler (#0194438)
FAEGRE DRINKER BIDDLE & REATH LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 766-7000
john.mandler@faegredrinker.com

***Counsel for Defendants 3M Company and Arizant Healthcare Inc.***