UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

IN RE: BAIR HUGGER FORCED AIR WARMING PRODUCTS LIABILITY LITIGATION

MDL No. 15-md-02666 (JNE/DTS)

This Document Relates to:

*Tony McGowan v. 3M Company, et al.*
Case No. 18-cv-3360

**CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(f), the undersigned certifies that this memorandum complies with the type-volume limitation of Local Rule 7.1(f) and the type-size limitation of Local Rule 7.1(h). This memorandum was prepared in a proportional font (Times New Roman, 13-point) and contains 3,325 words, excluding the caption, signature blocks, and this certificate. In making this certification, the undersigned has relied on the word-count function of the word-processing software used to prepare this memorandum, Microsoft Word, which was applied to include all text, including headings, footnotes, and quotations.

Dated: October 27, 2026

/s/ Jeffrey D. DeCarlo
Jeffrey D. DeCarlo, FBN # 0056390
**BERNHEIM KELLEY, LLC**
ATTORNEYS FOR PLAINTIFF