**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

IN RE: Bair Hugger Forced Air Warming Products Liability Litigation

MDL No. 15-md-02666-JNE-DTS

---

This Document Relates to the Following Cases:

*Agee*, No. 25-cv-2536
*Allan*, No. 16-cv-3022
*Allen*, No. 23-cv-2422
*Ashmore*, No. 25-cv-1561
*Barker*, No. 25-cv-2700
*Barnes*, No. 17-cv-4120
*Batson*, No. 25-cv-1761
*Blair*, No. 17-cv-2014
*Boleware*, No. 17-cv-4411
*Boswell*, No. 17-cv-5255
*Bowen*, No. 17-cv-2475
*Brewer*, No. 25-cv-1525
*Buford*, No. 16-cv-1849
*P. Byrd*, No. 17-cv-0065
*Campbell*, No. 17-cv-0291
*Couturie*, No. 22-cv-0732
*Cozad*, No. 25-cv-1518
*Cunningham*, No. 16-cv-2519
*Deason*, No. 25-cv-3303
*Doty*, No. 16-cv-2726
*Drake*, No. 18-cv-3332
*Dunham*, No. 24-cv-1285
*Echols*, No. 17-cv-5435
*Farley*, No. 18-cv-2241
*Ferguson*, No. 25-cv-0978
*Florence*, No. 16-cv-1941
*George*, No. 16-cv-1956
*Gerald*, No. 17-cv-4191
*Gibbs*, No. 17-cv-2190
*Goodman*, No. 24-cv-2910
*Gunn*, No. 16-cv-1906

**[PROPOSED] ORDER GRANTING DEFENDANTS' OMNIBUS MOTION FOR JUDGMENT ON THE PLEADINGS**

*Haynes*, No. 25-cv-1365 )
*Helton*, No. 16-cv-2901 )
*Hickman*, No. 17-cv-3957 )
*Hollis*, No. 19-cv-1901 )
*Howard*, No. 17-cv-4167 )
*A. Jackson*, No. 16-cv-3343 )
*Lane*, No. 17-cv-0297 )
*Luster*, No. 25-cv-2618 )
*Moore*, No. 24-cv-2920 )
*Morris*, No. 25-cv-3274 )
*Narin*, No. 17-cv-1483 )
*Nelson*, No. 25-cv-2657 )
*Payne*, No. 17-cv-5427 )
*Phillips*, No. 16-cv-2406 )
*Posey*, No. 17-cv-1796 )
*Pruitt*, No. 25-cv-2053 )
*Schultz*, No. 17-cv-3203 )
*Shelton*, No. 18-cv-0789 )
*Stanley*, No. 25-cv-1439 )
*Starks*, No. 17-cv-2805 )
*Stovall*, No. 17-cv-4575 )
*Sturdivant*, No. 17-cv-3434 )
*Tittle*, No. 25-cv-0980 )
*Traylor*, No. 24-cv-2934 )
*Weatherspoon*, No. 17-cv-2803 )
*White*, No. 17-cv-2807 )
*Whittiker*, No. 23-cv-2942 )
*Wilson*, No. 24-cv-1405 )
)

This matter is before the Court pursuant to Defendants' Omnibus Motion for Judgment on the Pleadings.

Based upon the submissions of the parties and a review of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Defendants' Omnibus Motion for Judgment on the Pleadings is **GRANTED.** The following cases shall be dismissed *with prejudice*: *Agee*, No. 25-cv-2536;

*Allan*, No. 16-cv-3022; *Allen*, No. 23-cv-2422; *Ashmore*, No. 25-cv-1561; *Barker*, No. 25-cv-2700; *Barnes*, No. 17-cv-4120; *Batson*, No. 25-cv-1761; *Blair*, No. 17-cv-2014; *Boleware*, No. 17-cv-4411; *Boswell*, No. 17-cv-5255; *Bowen*, No. 17-cv-2475; *Brewer*, No. 25-cv-1525; *Buford*, No. 16-cv-1849; *P. Byrd*, No. 17-cv-0065; *Campbell*, No. 17-cv-0291; *Couturie*, No. 22-cv-0732; *Cozad*, No. 25-cv-1518; *Cunningham*, No. 16-cv-2519; *Deason*, No. 25-cv-3303; *Doty*, No. 16-cv-2726; *Drake*, No. 18-cv-3332; *Dunham*, No. 24-cv-1285; *Echols*, No. 17-cv-5435; *Farley*, No. 18-cv-2241; *Ferguson*, No. 25-cv-0978; *Florence*, No. 16-cv-1941; *George*, No. 16-cv-1956; *Gerald*, No. 17-cv-4191; *Gibbs*, No. 17-cv-2190; *Goodman*, No. 24-cv-2910; *Gunn*, No. 16-cv-1906; *Haynes*, No. 25-cv-1365; *Helton*, No. 16-cv-2901; *Hickman*, No. 17-cv-3957; *Hollis*, No. 19-cv-1901; *Howard*, No. 17-cv-4167; *A. Jackson*, No. 16-cv-3343; *Lane*, No. 17-cv-0297; *Luster*, No. 25-cv-2618; *Moore*, No. 24-cv-2920; *Morris*, No. 25-cv-3274; *Narin*, No. 17-cv-1483; *Nelson*, No. 25-cv-2657; *Payne*, No. 17-cv-5427; *Phillips*, No. 16-cv-2406; *Posey*, No. 17-cv-1796; *Pruitt*, No. 25-cv-2053; *Schultz*, No. 17-cv-3203; *Shelton*, No. 18-cv-0789; *Stanley*, No. 25-cv-1439; *Starks*, No. 17-cv-2805; *Stovall*, No. 17-cv-4575; *Sturdivant*, No. 17-cv-3434; *Tittle*, No. 25-cv-0980; *Traylor*, No. 24-cv-2934; *Weatherspoon*, No. 17-cv-2803; *White*, No. 17-cv-2807; *Whittiker*, No. 23-cv-2942; *Wilson*, No. 24-cv-1405.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: __________, 2026

BY THE COURT:

______________________________

The Honorable Joan N. Ericksen
U.S. District Court Judge District of Minnesota