UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION

MDL No. 15-2666 (JNE/DTS)
ORDER

This Document Relates to:

Case No. 25-cv-4492 (*Jeanine Luetters v. 3M Company and Arizant Healthcare, Inc.*)
Case No. 26-cv-1181 (*Carol Morris v. 3M Company and Arizant Healthcare, Inc.*)

In a Report and Recommendation dated October 16, 2026, the Honorable David T. Schultz, United States Magistrate Judge, recommended that the two actions listed above be dismissed with prejudice. No objection has been filed. Based on a de novo review of the record, *see* Fed. R. Civ. P. 72(b), the Court accepts the recommended disposition [Docket No. 3825]. Therefore, IT IS ORDERED THAT Case Nos. 25-cv-4492 and 26-cv-1181 are DISMISSED WITH PREJUDICE. In each action, the Clerk of Court is directed to enter judgment.

Dated: November 6, 2026

s/Joan N. Ericksen
JOAN N. ERICKSEN
United States District Judge