UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION

MDL No. 15-2666 (JNE/DTS)
ORDER

This Document Relates to:

1. Case No. 16-cv-00977 (Carver v. 3M Company et al)
2. Case No. 16-cv-01181 (Hardin et al v. 3M Company, et al)
3. Case No. 16-cv-02168 (Dumesic v. 3M Company et al)
4. Case No. 16-cv-02338 (Duval v. 3M Company et al)
5. Case No. 16-cv-02943 (Coleman v. 3M Company et al)
6. Case No. 16-cv-02957 (Zivanovich v. 3M Company)
7. Case No. 16-cv-02973 (Barnes v. 3M Company et al)
8. Case No. 16-cv-03167 (Hoodless v. 3M Company et al)
9. Case No. 16-cv-03333 (Grubbs et al v. 3M Company et al)
10. Case No. 16-cv-03385 (Ojielo v. 3M Company et al)
11. Case No. 16-cv-03705 (Lambdin v. 3M Company et al)
12. Case No. 16-cv-04296 (Duncan et al v. 3M Company)
13. Case No. 16-cv-04323 (Raymond et al v. 3M Company et al)
14. Case No. 17-cv-00057 (Keezer v. 3M Company)
15. Case No. 17-cv-00241 (Osbourn et al v. 3M Company et al)
16. Case No. 17-cv-00665 (Grazier v. 3M Company et al)
17. Case No. 17-cv-00960 (Fox v. 3M Company et al)
18. Case No. 17-cv-01131 (Shupperd v. 3M Company)
19. Case No. 17-cv-01230 (Barfield et al v. 3M Company et al)
20. Case No. 17-cv-01233 (Pinnix v. 3M Company et al)
21. Case No. 17-cv-01322 (Corne v. 3M Company et al)
22. Case No. 17-cv-01342 (Buczko v. 3M Company)
23. Case No. 17-cv-01371 (Lyon et al v. 3M Company et al)
24. Case No. 17-cv-01389 (Cooper et al v. 3M Company et al)
25. Case No. 17-cv-01409 (Kirvin v. 3M Company et al)
26. Case No. 17-cv-01483 (Narin v. 3M Company et al)
27. Case No. 17-cv-01519 (Burgess v. 3M Company)
28. Case No. 17-cv-01617 (Pilger v. 3M Company et al)
29. Case No. 17-cv-01924 (Boyd v. 3M Company et al)
30. Case No. 17-cv-02001 (Bogue et al v. 3M Company et al)
31. Case No. 17-cv-02003 (Mays et al v. 3M Company et al)
32. Case No. 17-cv-02009 (Bonham et al v. 3M Company et al)
33. Case No. 17-cv-02178 (Edwards v. 3M Company et al)
34. Case No. 17-cv-02179 (Franklin v. 3M Company et al)

35. Case No. 17-cv-02228 (Ricker v. 3M Company)
36. Case No. 17-cv-02433 (Christensen v. 3M Company et al)
37. Case No. 17-cv-02489 (Copley v. 3M Company et al)
38. Case No. 17-cv-02535 (Kurt et al v. 3M Company et al)
39. Case No. 17-cv-02540 (Scott et al v. 3M Company et al)
40. Case No. 17-cv-02603 (Frantz v. 3M Company et al)
41. Case No. 17-cv-02604 (Friedberg v. 3M Company et al)
42. Case No. 17-cv-02608 (Dunn v. 3M Company et al)
43. Case No. 17-cv-02831 (Turner et al v. 3M Company et al)
44. Case No. 17-cv-02851 (Prins v. 3M Company et al)
45. Case No. 17-cv-02969 (Middleton v. 3M Company et al)
46. Case No. 17-cv-03002 (Robinson v. 3M Company et al)
47. Case No. 17-cv-03072 (Galloway v. 3M Company et al)
48. Case No. 17-cv-03185 (Taylor v. 3M Company et al)
49. Case No. 17-cv-03191 (Hoskins v. 3M Company et al)
50. Case No. 17-cv-03205 (Emanuel v. 3M Company et al)
51. Case No. 17-cv-03232 (Ankney v. 3M Company et al)
52. Case No. 17-cv-03258 (Ramirez v. 3M Company et al)
53. Case No. 17-cv-03331 (Moses et al v. 3M Company et al)
54. Case No. 17-cv-03346 (Browning et al v. 3M Company et al)
55. Case No. 17-cv-03471 (Rigsby v. 3M Company et al)
56. Case No. 17-cv-03508 (Kearney v. 3M Company et al)
57. Case No. 17-cv-03540 (Crispin v. 3M Company et al)
58. Case No. 17-cv-03564 (Cicek v. 3M Company et al)
59. Case No. 17-cv-03648 (Caceres v. 3M Company et al)
60. Case No. 17-cv-03730 (Simpson v. 3M Company et al)
61. Case No. 17-cv-04014 (Haynes v. 3M Company et al)
62. Case No. 17-cv-04147 (Allen v. 3M Company et al)
63. Case No. 17-cv-04231 (Elbert v. 3M Company et al)
64. Case No. 17-cv-04310 (Parks v. 3M Company et al)
65. Case No. 17-cv-04413 (Kasson v. 3M Company et al)
66. Case No. 17-cv-04448 (Spa et al v. 3M Company et al)
67. Case No. 17-cv-04674 (Mullis et al v. 3M Company et al)
68. Case No. 17-cv-04721 (Campbell v. 3M Company et al)
69. Case No. 17-cv-04776 (Halloran v. 3M Company et al)
70. Case No. 17-cv-04778 (Brown v. 3M Company et al)
71. Case No. 17-cv-04952 (Munnerlyn v. 3M Company et al)
72. Case No. 17-cv-05338 (Searcy v. 3M Company et al)
73. Case No. 17-cv-05349 (Uhlig v. 3M Company et al)
74. Case No. 17-cv-05412 (Lewis v. 3M Company et al)
75. Case No. 18-cv-00274 (Malone v. 3M Company et al)
76. Case No. 18-cv-00602 (Lambright et al v. 3M Company et al)
77. Case No. 18-cv-00718 (Graham v. 3M Company et al)

78. Case No. 18-cv-01008 (Keeth v. 3M Company et al)
79. Case No. 18-cv-01108 (Thomas et al v. 3M Company et al)
80. Case No. 18-cv-01125 (Dixon et al v. 3M Company)
81. Case No. 18-cv-01215 (Harmon v. 3M Company et al)
82. Case No. 18-cv-01492 (Turner et al v. 3M Company et al)
83. Case No. 18-cv-01506 (Easton v. 3M Company)
84. Case No. 18-cv-01997 (Munno et al v. 3M Company et al)
85. Case No. 18-cv-02064 (Marshall v. 3M Company et al)
86. Case No. 18-cv-02179 (Yankovich v. 3M Company et al)
87. Case No. 18-cv-02479 (Arnevik v. 3M Company et al)
88. Case No. 18-cv-02550 (Compton v. 3M Company et al)
89. Case No. 18-cv-03073 (Shaw v. 3M Company et al)
90. Case No. 19-cv-00108 (Douglas v. 3M Company et al)
91. Case No. 19-cv-00232 (Paige et al v. 3M Company et al)
92. Case No. 19-cv-00691 (Ashfield v. 3M Company et al)
93. Case No. 20-cv-00731 (Vinson v. 3M Company et al)
94. Case No. 24-cv-00781 (Edwards v. 3M Company et al)
95. Case No. 24-cv-01355 (Scranton v. 3M Company et al)
96. Case No. 24-cv-01401 (Horne v. 3M Company et al)
97. Case No. 24-cv-02923 (Reynolds et al v. 3M Company et al)
98. Case No. 24-cv-03341 (Biby v. 3M Company et al)
99. Case No. 24-cv-04577 (DeSantis v. 3M Company et al)
100. Case No. 25-cv-00490 (Chaney v. 3M Company et al)
101. Case No. 25-cv-01507 (Stone v. 3M Company et al)
102. Case No. 25-cv-01538 (Goldner v. 3M Company et al)
103. Case No. 25-cv-02032 (Thorman v. 3M Company et al)
104. Case No. 25-cv-04254 (Atwell v. 3M Company et al)

Asserting that plaintiffs in many actions failed to comply with Pretrial Order No. 23 (“PTO 23”) and Rules 25(a) and 41(b) of the Federal Rules of Civil Procedure, Defendants 3M Company and Arizant Healthcare, Inc., moved to dismiss the actions or the claims of the lead plaintiff. For the reasons set forth below, the Court grants the motion.[1]

---

[1] Three cases listed in Defendants’ motion do not appear above. Case Nos. 17-cv-2033 and 23-cv-2355 have been dismissed. Defendants withdrew the motion as to Case No. 23-cv-1100.

## I. Background

"If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative." Fed. R. Civ. P. 25(a)(1). PTO 23, issued in January 2018, expands on the procedures for substitution. MDL ECF No. 1039. It instructs plaintiffs as to the filing and content of both the motion for substitution and a "suggestion of death." *Id.* It warns that noncompliance with these directives "will entitle Defendants to request a dismissal of plaintiff's action with prejudice in accordance with Fed. R. Civ. P. 25(a)." *Id.*

In relevant part, PTO 23 requires plaintiff's counsel to file a suggestion of death "[w]ithin ninety days of [its] entry . . . or the death of a plaintiff, whichever is later." *Id.* The suggestion of death must identify "the plaintiff and describe[] the time, date, and circumstances of the plaintiff's death." *Id.* PTO 23 and Rule 25 require that a motion for substitution be filed within ninety days of the filing of the suggestion of death. A motion for substitution must (1) identify the proposed substitute, (2) explain why the proposed substitute is a proper party, and (3) explain why the death of the named plaintiff did not extinguish the claim under the applicable state laws.

Plaintiffs moved to eliminate the ninety-day deadline for filing the suggestion of death, arguing that compliance with PTO 23 is sometimes impossible when a plaintiff relocates or experiences health issues and fails to respond to counsel's communications. Pls.' Mot. to Amend, Sept. 19, 2018, MDL ECF No. 1517. The Court denied Plaintiffs' motion to amend PTO 23. Order, Dec. 4, 2018, MDL ECF No. 1614. The Court

acknowledged, however, that it "excuses noncompliance with PTO 23 when compliance is impossible" or where a plaintiff provides "detailed diligent and good faith efforts to comply with the deadlines in PTO 23 and Rule 25." *Id.* at 1–2.

In July 2019, the Court entered summary judgment in Defendants' favor. In August 2021, the United States Court of Appeals for the Eighth Circuit "reverse[d] the grant of summary judgment in favor of 3M." *In re Bair Hugger Forced Air Warming Devices Prods. Liab. Litig.*, 9 F.4th 768, 773 (8th Cir. 2021). The Eighth Circuit issued the mandate in November 2021. The parties subsequently "agree[d] that the substitution requirements set forth on PTO No. 23 will resume as of February 18, 2022. Specifically, within 90 days of a plaintiff's death or February 18, 2022, whichever is later, Plaintiffs shall file suggestions of death."

## II. Legal Standard

If a plaintiff fails to prosecute or comply with PTO 23, the Court may dismiss the case. Fed. R. Civ. P. 41(b). Such dismissal may be with prejudice "in cases of willful disobedience of a court order or where a litigant exhibits a pattern of intentional delay." *Hunt v. City of Minneapolis*, 203 F.3d 524, 527 (8th Cir. 2000). This does not require a "find[ing] that the [plaintiff] acted in bad faith, but requires 'only that he acted intentionally as opposed to accidentally or involuntarily.'" *Id.* (citation omitted). The Court excuses noncompliance where plaintiffs have demonstrated excusable neglect or impossibility to comply with PTO 23's deadline. Order 7, Oct. 26, 2018, MDL ECF No. 1566 ("Without evidence of a reasonable and good faith process for ascertaining whether

or not a client is alive, the Court cannot find that either excusable neglect or impossibility justify noncompliance with PTO 23.").

## III. Discussion

**A.** In the following actions, Defendants asserted that "Plaintiffs' counsel failed to timely file a motion to substitute after filing a suggestion of death."

**Case No. 16-cv-1181**—Plaintiff Annie Hardin died in April 2024. A suggestion of death was filed in October 2025. No motion to substitute has been filed. The Court dismisses the claims of Annie Hardin. Defendants did not move to dismiss the claims of Plaintiff William Hardin.

**Case No. 16-cv-2338**—Plaintiff Karlene Duval died in December 2024. A suggestion of death was filed in March 2025. No motion to substitute has been filed. The Court dismisses Case No. 16-cv-2338.

**Case No. 16-cv-2957**—Plaintiff Eric Zivanovich died in June 2023. A suggestion of death was filed in September 2023. No motion to substitute has been filed. The Court dismisses Case No. 16-cv-2957.

**Case No. 16-cv-3167**—Plaintiff John Hoodless, Jr., died in August 2021. A suggestion of death was filed in February 2022. No motion to substitute has been filed. The Court dismisses Case No. 16-cv-3167.

**Case No. 16-cv-3385**—Plaintiff Tressie M. Ojielo died in December 2024. A suggestion of death was filed in August 2025. No motion to substitute has been filed. The Court dismisses Case No. 16-cv-3385.

**Case No. 16-cv-4296**—Plaintiff George Duncan died in November 2025. A suggestion of death was filed in February 2026. No motion to substitute has been filed. The Court dismisses the claims of George Duncan. Defendants did not move to dismiss the claims of Plaintiff Dora Duncan.

**Case No. 16-cv-4323**—Plaintiff George L. Raymond died in June 2025. A suggestion of death was filed in September 2025. No motion to substitute has been filed. The Court dismisses the claims of George Raymond. Defendants moved to dismiss the claims of Plaintiff Brenda S. Raymond because "loss of consortium claims are derivative of and dependent on the lead plaintiff's claim." The Court dismisses her claims. *See Trivette v. Yount*, 735 S.E.2d 306, 313 (N.C. 2012); *Durham ex rel. Est. of Wade v. U-Haul Int'l*, 745 N.E.2d 755, 764 (Ind. 2001).

**Case No. 17-cv-241**—Plaintiff Johnny Osbourn died in July 2025. A suggestion of death was filed in September 2025. No motion to substitute has been filed. The Court dismisses the claims of Johnny Osbourn. Defendants did not move to dismiss the claims of Plaintiff Doris Osbourn.

**Case No. 17-cv-1230**—Plaintiff Sue Barfield died in September 2025. A suggestion of death was filed in December 2025. No motion to substitute has been filed. The Court dismisses the claims of Sue Barfield. Defendants moved to dismiss the claims of Plaintiff Tony Barfield because "loss of consortium claims are derivative of and dependent on the lead plaintiff's claim." The Court dismisses his claims. *See Priester v. Turner*, 896 S.E.2d 710, 710–11 (Ga. Ct. App. 2023).

**Case No. 17-cv-1389**—Plaintiff James Cooper died in January 2025. A suggestion of death was filed in May 2025. No motion to substitute has been filed. The Court dismisses the claims of James Cooper. Defendants moved to dismiss the claims of Plaintiff Mozelle Cooper because "loss of consortium claims are derivative of and dependent on the lead plaintiff's claim." The Court dismisses her claims. *See id.*

**Case No. 17-cv-1519**—Plaintiff Avery Burgess died in December 2024. A suggestion of death was filed in February 2025. No motion to substitute has been filed. The Court dismisses Case No. 17-cv-1519.

**Case No. 17-cv-1617**—Plaintiff Catherine Pilger died in September 2025. A suggestion of death was filed in December 2025. No motion to substitute has been filed. The Court dismisses Case No. 17-cv-1617.

**Case No. 17-cv-2001**—Plaintiff Carolyn Bogue died in July 2025. A suggestion of death was filed in December 2025. No motion to substitute has been filed. The Court dismisses the claims of Carolyn Bogue. Defendants moved to dismiss the claims of Plaintiff Richard Bogue because "loss of consortium claims are derivative of and dependent on the lead plaintiff's claim." The Court dismisses his claims. *See Ramirez v. City of Chicago*, 129 N.E.3d 612, 619–20 (Ill. App. Ct. 2019).

**Case No. 17-cv-2003**—Plaintiff Garland Mays died in September 2025. A suggestion of death was filed in December 2025. No motion to substitute has been filed. The Court dismisses the claims of Garland Mays. Defendants did not move to dismiss the claims of Plaintiff Brenda Mays.

**Case No. 17-cv-2009**—Plaintiff Cindy Bonham died in August 2025. A suggestion of death was filed in November 2025. No motion to substitute has been filed. The Court dismisses the claims of Cindy Bonham. Defendants moved to dismiss the claims of Plaintiff Lari Bonham because "loss of consortium claims are derivative of and dependent on the lead plaintiff's claim." The Court dismisses the claims of Lari Bonham. *See Lewis v. Dust Bowl Tulsa, LLC*, 377 P.3d 166, 170 n.2 (Okla. Civ. App. 2016).

**Case No. 17-cv-2178**—Plaintiff Jacquelyn Edwards died in July 2025. A suggestion of death was filed in October 2025. No motion to substitute has been filed. The Court dismisses Case No. 17-cv-2178.

**Case No. 17-cv-2489**—Plaintiff Jerry Copley died in December 2024. A suggestion of death was filed in October 2025. No motion to substitute has been filed. The Court dismisses Case No. 17-cv-2489.

**Case No. 17-cv-2540**—Plaintiff Ralph Scott died in October 2025. A suggestion of death was filed in March 2026. No motion to substitute has been filed. The Court dismisses the claims of Ralph Scott. Defendants did not move to dismiss the claims of Plaintiff Deborah Scott.

**Case No. 17-cv-2603**—Plaintiff William Frantz died in December 2024. A suggestion of death was filed in October 2025. No motion to substitute has been filed. The Court dismisses Case No. 17-cv-2603.

**Case No. 17-cv-3002**—Plaintiff Gussie Robinson died in August 2025. A suggestion of death was filed in November 2025. No motion to substitute has been filed. The Court dismisses Case No. 17-cv-3002.

**Case No. 17-cv-3072**—Plaintiff Chester Galloway died in July 2025. A suggestion of death was filed in October 2025. No motion to substitute has been filed. The Court dismisses Case No. 17-cv-3072.

**Case No. 17-cv-3346**—Plaintiff Robert Browning died in May 2025. A suggestion of death was filed in June 2025. No motion to substitute has been filed. The Court dismisses the claims of Robert Browning. Defendants did not move to dismiss the claims of Plaintiff Dexter Browning.

**Case No. 17-cv-3648**—Plaintiff Manuel Caceres died in November 2025. A suggestion of death was filed in February 2026. No motion to substitute has been filed. The Court dismisses Case No. 17-cv-3648.

**Case No. 17-cv-4231**—Plaintiff Diane Elbert died in January 2026. A suggestion of death was filed in April 2026. No motion to substitute has been filed. The Court dismisses Case No. 17-cv-4231.

**Case No. 17-cv-4413**—Plaintiff Julie Kasson died in July 2025. A suggestion of death was filed in September 2025. No motion to substitute has been filed. The Court dismisses Case No. 17-cv-4413.

**Case No. 17-cv-4448**—Plaintiff Alfred Spa died in June 2025. A suggestion of death was filed in September 2025. No motion to substitute has been filed. The Court dismisses the claims of Alfred Spa. Defendants moved to dismiss the claims of Plaintiff Carole Spa because "loss of consortium claims are derivative of and dependent on the lead plaintiff's claim." The Court dismisses her claims. *See Ramirez*, 129 N.E.3d at 619–20.

**Case No. 17-cv-4952**—Plaintiff Barbara Munnerlyn died in October 2025. A suggestion of death was filed in January 2026. No motion to substitute has been filed. The Court dismisses Case No. 17-cv-4952.

**Case No. 18-cv-1108**—Plaintiff Denise Thomas died in May 2024. A suggestion of death was filed in July 2025. No motion to substitute has been filed. The Court dismisses the claims of Denise Thomas. Defendants moved to dismiss the claims of Plaintiff Kenneth Thomas because "loss of consortium claims are derivative of and dependent on the lead plaintiff's claim." The Court dismisses his claims. *See Hendrick v. Acad. I, LP*, 705 S.W.3d 585, 587 n.1 (Mo. Ct. App. 2024); Kan. Stat. Ann. § 23-2605; *McGuire v. Sifers*, 681 P.2d 1025, 1038 (Kan. 1984).

**Case No. 18-cv-1997**—Plaintiff Nancy Munno died in November 2025. A suggestion of death was filed in February 2026. No motion to substitute has been filed. The Court dismisses the claims of Nancy Munno. Defendants moved to dismiss the claims of Plaintiff Frank Munno because "loss of consortium claims are derivative of and dependent on the lead plaintiff's claim." The Court dismisses his claims. *See Griffin v. Garratt-Callahan Co.*, 74 F.3d 36, 40 (2d Cir. 1996).

**Case No. 18-cv-2064**—Plaintiff Richard Marshall died in August 2025. A suggestion of death was filed in November 2025. No motion to substitute has been filed. The Court dismisses Case No. 18-cv-2064.

**Case No. 18-cv-2550**—Plaintiff Dorothy Compton died in October 2025. A suggestion of death was filed in December 2025. No motion to substitute has been filed. The Court dismisses Case No. 18-cv-2550.

**Case No. 20-cv-731**—Plaintiff Randall Vinson died in December 2025. A suggestion of death was filed in March 2026. No motion to substitute has been filed. The Court dismisses Case No. 20-cv-731.

**Case No. 24-cv-1401**—Plaintiff Lillian Horne died in September 2025. A suggestion of death was filed in December 2025. No motion to substitute has been filed. The Court dismisses Case No. 24-cv-1401.

**Case No. 25-cv-490**—Plaintiff Eddie Chaney died in June 2025. A suggestion of death was filed in August 2025. No motion to substitute has been filed. The Court dismisses Case No. 25-cv-490.

**Case No. 25-cv-1507**—Plaintiff Stacy Stone died in October 2025. A suggestion of death was filed in January 2026. No motion to substitute has been filed. The Court dismisses Case No. 25-cv-1507.

**Case No. 25-cv-1538**—Plaintiff Edward Goldner died in October 2025. A suggestion of death was filed in January 2026. No motion to substitute has been filed. The Court dismisses Case No. 25-cv-1538.

**Case No. 25-cv-2032**—Plaintiff Brion Thorman died in July 2025. A suggestion of death was filed in September 2025. No motion to substitute has been filed. The Court dismisses Case No. 25-cv-2032.

**B.** In the following actions, Defendants asserted that the plaintiff's counsel failed to file a timely suggestion of death, that Defendants identified the plaintiff as deceased, and that Defendants filed a suggestion of death.

**Case No. 16-cv-977**—Plaintiff Virginia Carver died in April 2025. Defendants filed a suggestion of death in August 2026. No motion to substitute has been filed. The Court dismisses Case No. 16-cv-977.

**Case No. 16-cv-2168**—Plaintiff Keith Dumesic died in October 2025. Defendants filed a suggestion of death in August 2026. No motion to substitute has been filed. The Court dismisses Case No. 16-cv-2168.

**Case No. 16-cv-2943**—Plaintiff Diane Coleman died in December 2023. Defendants filed a suggestion of death in August 2026. No motion to substitute has been filed. The Court dismisses Case No. 16-cv-2943.

**Case No. 16-cv-2973**—Plaintiff Nora Barnes died in December 2025. Defendants filed a suggestion of death in August 2026. No motion to substitute has been filed. The Court dismisses Case No. 16-cv-2973.

**Case No. 16-cv-3333**—Plaintiff Pauletta Grubbs died in November 2025. Defendants filed a suggestion of death in August 2026. No motion to substitute has been filed. The Court dismisses the claims of Pauletta Grubbs. Defendants moved to dismiss the claims of Plaintiff Ray Grubbs because "loss of consortium claims are derivative of and dependent on the lead plaintiff's claim." The Court dismisses his claims. *See Durham*, 745 N.E.2d at 764.

**Case No. 16-cv-3705**—Plaintiff James Lambdin died in April 2026. Defendants filed a suggestion of death in August 2026. No motion to substitute has been filed. The Court dismisses Case No. 16-cv-3705.

**Case No. 17-cv-57**—Plaintiff Patricia Keezer died in May 2026. Defendants filed a suggestion of death in August 2026. No motion to substitute has been filed. The Court dismisses Case No. 17-cv-57.

**Case No. 17-cv-665**—Plaintiff Carolyn J. Grazier died in February 2026. Defendants filed a suggestion of death in August 2026. Her obituary, which is attached to the suggestion of death, states that her husband, Paul Grazier, died in August 2019.[2] No motion to substitute has been filed. The Court dismisses Case No. 17-cv-665.

**Case No. 17-cv-960**—Plaintiff Jondra Fox died in October 2025. Defendants filed a suggestion of death in August 2026. No motion to substitute has been filed. The Court dismisses Case No. 17-cv-960.

**Case No. 17-cv-1131**—Plaintiff Darrell Shupperd died in February 2026. Defendants filed a suggestion of death in August 2026. No motion to substitute has been filed. The Court dismisses Case No. 17-cv-1131.

**Case No. 17-cv-1233**—Plaintiff Roger Pinnix died in February 2020. Defendants filed a suggestion of death in August 2026. No motion to substitute has been filed. The Court dismisses Case No. 17-cv-1233.

**Case No. 17-cv-1322**—Plaintiff Mercedes Corne died in early May 2026. Defendants filed a suggestion of death in late August 2026. No motion to substitute has been filed. The Court dismisses Case No. 17-cv-1322.

---

[2] The complaint's caption identifies Carolyn J. Grazier as the plaintiff. The complaint's body indicates that Paul Grazier claimed damages for loss of consortium. The Court directs the Clerk of Court to identify him as a plaintiff in Case No. 17-cv-665.

**Case No. 17-cv-1342**—Plaintiff Steven Buczko died in early May 2026. Defendants filed a suggestion of death in late August 2026. No motion to substitute has been filed. The Court dismisses Case No. 17-cv-1342.

**Case No. 17-cv-1371**—Plaintiff Douglas Lyon died in September 2025. Defendants filed a suggestion of death in August 2026. No motion to substitute has been filed. The Court dismisses the claims of Douglas Lyon. Defendants moved to dismiss the claims of Plaintiff Linda Lyon because "loss of consortium claims are derivative of and dependent on the lead plaintiff's claim." The Court dismisses her claims. *See Ramirez*, 129 N.E.3d at 619–20.

**Case No. 17-cv-1409**—Plaintiff William Kirvin died in January 2026. Defendants filed a suggestion of death in August 2026. No motion to substitute has been filed. The Court dismisses Case No. 17-cv-1409.

**Case No. 17-cv-1483**—Plaintiff Levonia Narin died in November 2025. Defendants filed a suggestion of death in August 2026. No motion to substitute has been filed. The Court dismisses Case No. 17-cv-1483.

**Case No. 17-cv-1924**—Plaintiff Kenneth Boyd died in September 2025. Defendants filed a suggestion of death in August 2026. No motion to substitute has been filed. The Court dismisses Case No. 17-cv-1924.

**Case No. 17-cv-2179**—Plaintiff Gregory Franklin died in March 2026. Defendants filed a suggestion of death in August 2026. No motion to substitute has been filed. The Court dismisses Case No. 17-cv-2179.

**Case No. 17-cv-2228**—Plaintiff Dallas Ricker died in January 2026. Defendants filed a suggestion of death in August 2026. No motion to substitute has been filed. The Court dismisses Case No. 17-cv-2228.

**Case No. 17-cv-2433**—Plaintiff Elsbeth Christensen died in April 2023. Defendants filed a suggestion of death in August 2026. No motion to substitute has been filed. The Court dismisses Case No. 17-cv-2433.

**Case No. 17-cv-2535**—Plaintiff Andrew Kurt, Sr., died in September 2025. Defendants filed a suggestion of death in August 2026. No motion to substitute has been filed. The Court dismisses the claims of Andrew Kurt, Sr. Defendants did not move to dismiss the claims of Plaintiff Elaine Kurt.

**Case No. 17-cv-2604**—Plaintiff Leonard Friedberg died in December 2025. Defendants filed a suggestion of death in August 2026. No motion to substitute has been filed. The Court dismisses Case No. 17-cv-2604.

**Case No. 17-cv-2608**—Plaintiff Brenda J. Dunn died in November 2018. Defendants filed a suggestion of death in August 2026. No motion to substitute has been filed. The Court dismisses Case No. 17-cv-2608.

**Case No. 17-cv-2831**—Plaintiff Henry Turner died in September 2025. Defendants filed a suggestion of death in August 2026. No motion to substitute has been filed. The Court dismisses the claims of Henry Turner. Defendants moved to dismiss the claims of Plaintiff Andrea Turner because "loss of consortium claims are derivative of and dependent on the lead plaintiff's claim." The Court dismisses her claims. *See* Kan. Stat. Ann. § 23-2605; *McGuire*, 681 P.2d at 1038.

**Case No. 17-cv-2851**—Plaintiff Susan Prins died in November 2025. Defendants filed a suggestion of death in August 2026. No motion to substitute has been filed. The Court dismisses Case No. 17-cv-2851.

**Case No. 17-cv-2969**—Plaintiff Annette Middleton died in November 2025. Defendants filed a suggestion of death in August 2026. No motion to substitute has been filed. The Court dismisses Case No. 17-cv-2969.

**Case No. 17-cv-3185**—Plaintiff Russell Taylor died in October 2024. Defendants filed a suggestion of death in August 2026. No motion to substitute has been filed. The Court dismisses Case No. 17-cv-3185.

**Case No. 17-cv-3191**—Plaintiff Joseph H. Hoskins died in July 2020. Defendants filed a suggestion of death in August 2026. No motion to substitute has been filed. The Court dismisses Case No. 17-cv-3191.

**Case No. 17-cv-3205**—Plaintiff Sheliah Emanuel died in November 2025. Defendants filed a suggestion of death in August 2026. No motion to substitute has been filed. The Court dismisses Case No. 17-cv-3205.

**Case No. 17-cv-3232**—Plaintiff Gerald Ankney died in April 2023. Defendants filed a suggestion of death in August 2026. No motion to substitute has been filed. The Court dismisses Case No. 17-cv-3232.

**Case No. 17-cv-3258**—Plaintiff Sharon Ramirez died in May 2021. Defendants filed a suggestion of death in August 2026. No motion to substitute has been filed. The Court dismisses Case No. 17-cv-3258.

**Case No. 17-cv-3331**—Plaintiff Trellis Moses died in January 2026. Defendants filed a suggestion of death in August 2026. No motion to substitute has been filed. The Court dismisses the claims of Trellis Moses. Defendants did not move to dismiss the claims of Plaintiff Miranda Moses.

**Case No. 17-cv-3471**—Plaintiff Vanda Rigsby died in October 2025. Defendants filed a suggestion of death in August 2026. No motion to substitute has been filed. The Court dismisses Case No. 17-cv-3471.

**Case No. 17-cv-3508**—Plaintiff Robert E. Kearney died in February 2023. Defendants filed a suggestion of death in August 2026. No motion to substitute has been filed. The Court dismisses Case No. 17-cv-3508.

**Case No. 17-cv-3540**—Plaintiff Gregory Crispin died in February 2026. Defendants filed a suggestion of death in August 2026. No motion to substitute has been filed. The Court dismisses Case No. 17-cv-3540.

**Case No. 17-cv-3564**—Plaintiff Joann Cicek died in July 2023. Defendants filed a suggestion of death in August 2026. No motion to substitute has been filed. The Court dismisses Case No. 17-cv-3564.

**Case No. 17-cv-3730**—Plaintiff William Simpson died in April 2026. Defendants filed a suggestion of death in August 2026. No motion to substitute has been filed. The Court dismisses Case No. 17-cv-3730.

**Case No. 17-cv-4014**—Plaintiff Josephine Haynes died in February 2026. Defendants filed a suggestion of death in August 2026. No motion to substitute has been filed. The Court dismisses Case No. 17-cv-4014.

**Case No. 17-cv-4147**—Plaintiff Rodney Allen died in June 2025. Defendants filed a suggestion of death in August 2026. No motion to substitute has been filed. The Court dismisses Case No. 17-cv-4147.

**Case No. 17-cv-4310**—Plaintiff Barbara J. Parks died in April 2025. Defendants filed a suggestion of death in August 2026. No motion to substitute has been filed. The Court dismisses Case No. 17-cv-4310.

**Case No. 17-cv-4674**—Plaintiff Barbara Mullis died in April 2026. Defendants filed a suggestion of death in August 2026. No motion to substitute has been filed. The Court dismisses the claims of Barbara Mullis. Defendants moved to dismiss the claims of Plaintiff Ronald Mullis because "loss of consortium claims are derivative of and dependent on the lead plaintiff's claim." The Court dismisses his claims. *See Trivette*, 735 S.E.2d at 313.

**Case No. 17-cv-4721**—Plaintiff LeAnne Campbell died in January 2024. Defendants filed a suggestion of death in August 2026. No motion to substitute has been filed. The Court dismisses Case No. 17-cv-4721.

**Case No. 17-cv-4776**—Plaintiff Tracey Halloran died in September 2022. Defendants filed a suggestion of death in August 2026. No motion to substitute has been filed. The Court dismisses Case No. 17-cv-4776.

**Case No. 17-cv-4778**—Plaintiff Ina Brown died in December 2022. Defendants filed a suggestion of death in August 2026. No motion to substitute has been filed. The Court dismisses Case No. 17-cv-4778.

**Case No. 17-cv-5338**—Plaintiff Shelley Searcy died in February 2023. Defendants filed a suggestion of death in August 2026. No motion to substitute has been filed. The Court dismisses Case No. 17-cv-5338.

**Case No. 17-cv-5349**—Plaintiff Vonnie Uhlig died in November 2025. Defendants filed a suggestion of death in August 2026. No motion to substitute has been filed. The Court dismisses Case No. 17-cv-5349.

**Case No. 17-cv-5412**—Plaintiff Rose M. Lewis died in June 2022. Defendants filed a suggestion of death in August 2026. No motion to substitute has been filed. The Court dismisses Case No. 17-cv-5412.

**Case No. 18-cv-274**—Plaintiff Brenda Malone died in January 2026. Defendants filed a suggestion of death in August 2026. No motion to substitute has been filed. The Court dismisses Case No. 18-cv-274.

**Case No. 18-cv-602**—Plaintiff Ottis Lambright, Jr. died in October 2025. Defendants filed a suggestion of death in August 2026. No motion to substitute has been filed. The Court dismisses the claims of Ottis Lambright, Jr. Defendants did not move to dismiss the claims of Plaintiff Cynthia L. Lambright.

**Case No. 18-cv-718**—Plaintiff Vermelle Graham died in November 2025. Defendants filed a suggestion of death in August 2026. No motion to substitute has been filed. The Court dismisses Case No. 18-cv-718.

**Case No. 18-cv-1008**—Plaintiff Jack Keeth died in March 2026. Defendants filed a suggestion of death in August 2026. No motion to substitute has been filed. The Court dismisses Case No. 18-cv-1008.

**Case No. 18-cv-1125**—Plaintiff Harold Dixon died in February 2024. Defendants filed a suggestion of death in August 2026. No motion to substitute has been filed. The Court dismisses the claims of Harold Dixon. Defendants did not move to dismiss the claims of Plaintiff Julie Dixon.

**Case No. 18-cv-1215**—Plaintiff Cheri Harmon died in April 2026. Defendants filed a suggestion of death in August 2026. No motion to substitute has been filed. The Court dismisses Case No. 18-cv-1215.

**Case No. 18-cv-1492**—Plaintiff Kevin A. Turner died in March 2026. Defendants filed a suggestion of death in August 2026. No motion to substitute has been filed. The Court dismisses the claims of Kevin Turner. Defendants did not move to dismiss the claims of Plaintiff Heather Turner.

**Case No. 18-cv-1506**—Plaintiff Elizabeth Easton died in November 2025. Defendants filed a suggestion of death in August 2026. No motion to substitute has been filed. The Court dismisses Case No. 18-cv-1506.

**Case No. 18-cv-2179**—Plaintiff Brian Yankovich died in October 2020. Defendants filed a suggestion of death in August 2026. No motion to substitute has been filed. The Court dismisses Case No. 18-cv-2179.

**Case No. 18-cv-2479**—Plaintiff Raymond Arnevik died in January 2025. Defendants filed a suggestion of death in August 2026. No motion to substitute has been filed. The Court dismisses Case No. 18-cv-2479.

**Case No. 18-cv-3073**—Plaintiff James N. Shaw died in October 2025. Defendants filed a suggestion of death in August 2026. No motion to substitute has been filed. The Court dismisses Case No. 18-cv-3073.

**Case No. 19-cv-108**—Plaintiff Johnny Douglas died in February 2026. Defendants filed a suggestion of death in August 2026. No motion to substitute has been filed. The Court dismisses Case No. 19-cv-108.

**Case No. 19-cv-232**—Plaintiff Jewel Paige died in February 2023. Defendants filed a suggestion of death in October 2025. No motion to substitute has been filed. The Court dismisses the claims of Jewel Paige. Defendants did not move to dismiss the claims of Plaintiff Willie Paige.

**Case No. 19-cv-691**—Plaintiff Thomas Ashfield died in March 2026. Defendants filed a suggestion of death in August 2026. No motion to substitute has been filed. The Court dismisses Case No. 19-cv-691.

**Case No. 24-cv-781**—Plaintiff Larry Edwards died in October 2024. Defendants filed a suggestion of death in August 2026. No motion to substitute has been filed. The Court dismisses Case No. 24-cv-781.

**Case No. 24-cv-1355**—Plaintiff Glyn Scranton died in March 2026. Defendants filed a suggestion of death in August 2026. No motion to substitute has been filed. The Court dismisses Case No. 24-cv-1355.

**Case No. 24-cv-2923**—Plaintiff William Reynolds died in March 2022. Defendants filed a suggestion of death in October 2025. No motion to substitute has been filed. The Court dismisses the claims of William Reynolds. Defendants moved to

dismiss the claims of Plaintiff Linda Reynolds "loss of consortium claims are derivative of and dependent on the lead plaintiff's claim." The Court dismisses her claims. *See Priester*, 896 S.E.2d at 710–11.

**Case No. 24-cv-3341**—Plaintiff James Biby died in September 2025. Defendants filed a suggestion of death in August 2026. No motion to substitute has been filed. The Court dismisses Case No. 24-cv-3341.

**Case No. 24-cv-4577**—Plaintiff George DeSantis died in January 2026. Defendants filed a suggestion of death in August 2026. No motion to substitute has been filed. The Court dismisses Case No. 24-cv-4577.

**Case No. 25-cv-4254**—Plaintiff Archie Lee Atwell, Jr., died in May 2026. Defendants filed a suggestion of death in August 2026. No motion to substitute has been filed. The Court dismisses Case No. 25-cv-4254.

## IV. Conclusion

Based on the files, records, and proceedings herein, and for the reasons stated above, IT IS ORDERED THAT:

1. Defendants' Twentieth Motion to Dismiss for Failure to Comply with Pretrial Order No. 23, Fed. R. Civ. P. 41(b) and 25(a), or for Failure to Prosecute [Docket No. 3714] is GRANTED.

2. In Case No. 17-cv-665, the Clerk of Court is directed to identify Paul Grazier as a plaintiff.

3. In Case No. 16-cv-1181, the claims of Plaintiff Annie Hardin are DISMISSED WITH PREJUDICE.

4. In Case No. 16-cv-4296, the claims of George Duncan are DISMISSED WITH PREJUDICE.

5. In Case No. 17-cv-241, the claims of Johnny Osbourn are DISMISSED WITH PREJUDICE.

6. In Case No. 17-cv-2003, the claims of Garland Mays are DISMISSED WITH PREJUDICE.

7. In Case No. 17-cv-2535, the claims of Andrew Kurt, Sr., are DISMISSED WITH PREJUDICE.

8. In Case No. 17-cv-2540, the claims of Ralph Scott are DISMISSED WITH PREJUDICE.

9. In Case No. 17-cv-3331, the claims of Trellis Moses are DISMISSED WITH PREJUDICE.

10. In Case No. 17-cv-3346, the claims of Robert Browning are DISMISSED WITH PREJUDICE.

11. In Case No. 18-cv-602, the claims of Ottis Lambright, Jr., are DISMISSED WITH PREJUDICE.

12. In Case No. 18-cv-1125, the claims of Harold Dixon are DISMISSED WITH PREJUDICE.

13. In Case No. 18-cv-1492, the claims of Kevin Turner are DISMISSED WITH PREJUDICE.

14. In Case No. 19-cv-232, the claims of Jewel Paige are DISMISSED WITH PREJUDICE.

15. Each action listed below is DISMISSED WITH PREJUDICE. In each action, the Clerk of Court is directed to enter judgment.

1) Case No. 16-cv-00977 (Carver v. 3M Company et al)
2) Case No. 16-cv-02168 (Dumesic v. 3M Company et al)
3) Case No. 16-cv-02338 (Duval v. 3M Company et al)
4) Case No. 16-cv-02943 (Coleman v. 3M Company et al)
5) Case No. 16-cv-02957 (Zivanovich v. 3M Company)
6) Case No. 16-cv-02973 (Barnes v. 3M Company et al)
7) Case No. 16-cv-03167 (Hoodless v. 3M Company et al)
8) Case No. 16-cv-03333 (Grubbs et al v. 3M Company et al)
9) Case No. 16-cv-03385 (Ojielo v. 3M Company et al)
10) Case No. 16-cv-03705 (Lambdin v. 3M Company et al)
11) Case No. 16-cv-04323 (Raymond et al v. 3M Company et al)
12) Case No. 17-cv-00057 (Keezer v. 3M Company)

13) Case No. 17-cv-00665 (Grazier v. 3M Company et al)
14) Case No. 17-cv-00960 (Fox v. 3M Company et al)
15) Case No. 17-cv-01131 (Shupperd v. 3M Company)
16) Case No. 17-cv-01230 (Barfield et al v. 3M Company et al)
17) Case No. 17-cv-01233 (Pinnix v. 3M Company et al)
18) Case No. 17-cv-01322 (Corne v. 3M Company et al)
19) Case No. 17-cv-01342 (Buczko v. 3M Company)
20) Case No. 17-cv-01371 (Lyon et al v. 3M Company et al)
21) Case No. 17-cv-01389 (Cooper et al v. 3M Company et al)
22) Case No. 17-cv-01409 (Kirvin v. 3M Company et al)
23) Case No. 17-cv-01483 (Narin v. 3M Company et al)
24) Case No. 17-cv-01519 (Burgess v. 3M Company)
25) Case No. 17-cv-01617 (Pilger v. 3M Company et al)
26) Case No. 17-cv-01924 (Boyd v. 3M Company et al)
27) Case No. 17-cv-02001 (Bogue et al v. 3M Company et al)
28) Case No. 17-cv-02009 (Bonham et al v. 3M Company et al)
29) Case No. 17-cv-02178 (Edwards v. 3M Company et al)
30) Case No. 17-cv-02179 (Franklin v. 3M Company et al)
31) Case No. 17-cv-02228 (Ricker v. 3M Company)
32) Case No. 17-cv-02433 (Christensen v. 3M Company et al)
33) Case No. 17-cv-02489 (Copley v. 3M Company et al)
34) Case No. 17-cv-02603 (Frantz v. 3M Company et al)
35) Case No. 17-cv-02604 (Friedberg v. 3M Company et al)
36) Case No. 17-cv-02608 (Dunn v. 3M Company et al)
37) Case No. 17-cv-02831 (Turner et al v. 3M Company et al)
38) Case No. 17-cv-02851 (Prins v. 3M Company et al)
39) Case No. 17-cv-02969 (Middleton v. 3M Company et al)
40) Case No. 17-cv-03002 (Robinson v. 3M Company et al)
41) Case No. 17-cv-03072 (Galloway v. 3M Company et al)
42) Case No. 17-cv-03185 (Taylor v. 3M Company et al)
43) Case No. 17-cv-03191 (Hoskins v. 3M Company et al)
44) Case No. 17-cv-03205 (Emanuel v. 3M Company et al)
45) Case No. 17-cv-03232 (Ankney v. 3M Company et al)
46) Case No. 17-cv-03258 (Ramirez v. 3M Company et al)
47) Case No. 17-cv-03471 (Rigsby v. 3M Company et al)
48) Case No. 17-cv-03508 (Kearney v. 3M Company et al)
49) Case No. 17-cv-03540 (Crispin v. 3M Company et al)
50) Case No. 17-cv-03564 (Cicek v. 3M Company et al)
51) Case No. 17-cv-03648 (Caceres v. 3M Company et al)
52) Case No. 17-cv-03730 (Simpson v. 3M Company et al)
53) Case No. 17-cv-04014 (Haynes v. 3M Company et al)
54) Case No. 17-cv-04147 (Allen v. 3M Company et al)
55) Case No. 17-cv-04231 (Elbert v. 3M Company et al)

56) Case No. 17-cv-04310 (Parks v. 3M Company et al)
57) Case No. 17-cv-04413 (Kasson v. 3M Company et al)
58) Case No. 17-cv-04448 (Spa et al v. 3M Company et al)
59) Case No. 17-cv-04674 (Mullis et al v. 3M Company et al)
60) Case No. 17-cv-04721 (Campbell v. 3M Company et al)
61) Case No. 17-cv-04776 (Halloran v. 3M Company et al)
62) Case No. 17-cv-04778 (Brown v. 3M Company et al)
63) Case No. 17-cv-04952 (Munnerlyn v. 3M Company et al)
64) Case No. 17-cv-05338 (Searcy v. 3M Company et al)
65) Case No. 17-cv-05349 (Uhlig v. 3M Company et al)
66) Case No. 17-cv-05412 (Lewis v. 3M Company et al)
67) Case No. 18-cv-00274 (Malone v. 3M Company et al)
68) Case No. 18-cv-00718 (Graham v. 3M Company et al)
69) Case No. 18-cv-01008 (Keeth v. 3M Company et al)
70) Case No. 18-cv-01108 (Thomas et al v. 3M Company et al)
71) Case No. 18-cv-01215 (Harmon v. 3M Company et al)
72) Case No. 18-cv-01506 (Easton v. 3M Company)
73) Case No. 18-cv-01997 (Munno et al v. 3M Company et al)
74) Case No. 18-cv-02064 (Marshall v. 3M Company et al)
75) Case No. 18-cv-02179 (Yankovich v. 3M Company et al)
76) Case No. 18-cv-02479 (Arnevik v. 3M Company et al)
77) Case No. 18-cv-02550 (Compton v. 3M Company et al)
78) Case No. 18-cv-03073 (Shaw v. 3M Company et al)
79) Case No. 19-cv-00108 (Douglas v. 3M Company et al)
80) Case No. 19-cv-00691 (Ashfield v. 3M Company et al)
81) Case No. 20-cv-00731 (Vinson v. 3M Company et al)
82) Case No. 24-cv-00781 (Edwards v. 3M Company et al)
83) Case No. 24-cv-01355 (Scranton v. 3M Company et al)
84) Case No. 24-cv-01401 (Horne v. 3M Company et al)
85) Case No. 24-cv-02923 (Reynolds et al v. 3M Company et al)
86) Case No. 24-cv-03341 (Biby v. 3M Company et al)
87) Case No. 24-cv-04577 (DeSantis v. 3M Company et al)
88) Case No. 25-cv-00490 (Chaney v. 3M Company et al)
89) Case No. 25-cv-01507 (Stone v. 3M Company et al)
90) Case No. 25-cv-01538 (Goldner v. 3M Company et al)
91) Case No. 25-cv-02032 (Thorman v. 3M Company et al)
92) Case No. 25-cv-04254 (Atwell v. 3M Company et al)

Dated: November 9, 2026

s/Joan N. Ericksen
JOAN N. ERICKSEN
United States District Judge