**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE: Bair Hugger Forced Air Warming Products Liability Litigation | MDL No. 15-md-02666-JNE-DTS |
| This Document Relates to the Following Cases:<br>*All Actions* | **DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO ENFORCE THE COURT'S OCTOBER 22, 2026 ORDER [DKT 3904]** |

Plaintiffs sought the same relief—dismissal due to an alleged waiver for not filing separate answers to each short form complaint—in three separate filings (Plaintiffs Motion for Partial Summary Judgment [Dkt. 3814]; Plaintiffs' Supplemental Memorandum of Law in Opposition to Defendants' Omnibus Motion [Dkt. 3807]; and Plaintiffs' Oppositon to Defendants' Motion for Entry of a Docket Control Order [Dkt. 3812]). To avoid repetitive argument on the same issue—an overlap Plaintiffs created with their duplicative filings—Defendants, in one of their three response briefs, incorporated their response to the Motion for Partial Summary Judgment by reference to spare the Court the duplication, not to gain some advantage. Plaintiffs now perceive a word count violation. The Court is obviously well-equipped to decide the issue in any of the three sets of cross motions where it has been raised and consider whichever of the Parties' filings the Court finds most useful. Defendants are

happy to defer to the Court's preferences, lest any more words in a word count get spilled on the identical issue.

That said, no argument has been waived, and all are squarely before the Court in each of the three motions.

Respectfully submitted,

Date: November 11, 2026

*s/John P. Mandler*

John P. Mandler (MN #194438)
M. Joseph Winebrenner (MN #387889)
FAEGRE DRINKER BIDDLE & REATH LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 766-7000
john.mandler@faegredrinker.com
joe.winebrenner@faegredrinker.com

Benjamin W. Hulse (MN #0390952)
Mary S. Young (MN #0392781)
NORTON ROSE FULBRIGHT US LLP
60 South Sixth Street, Suite 3100
Minneapolis, MN 55402
Phone: (612) 321-2800
ben.hulse@nortonrosefulbright.com
mary.young@nortonrosefulbright.com

***Counsel for Defendants 3M Company and Arizant Healthcare Inc.***