# Exhibit TT

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **IN RE: COVIDIEN HERNIA MESH PRODUCTS LIABILITY LITIGATION NO. II,** | ) | **MDL No. 1:22-md-03029-PBS** |
| **This Document Relates To:** | ) | |
| **All Cases** | ) | |

**<u>MDL Order No. 2</u>**
**(Suspending Deadlines & Staying Responsive Pleadings)**
**June 27, 2022**

**SARIS, J.**

In the interests of judicial economy, all deadlines established prior to transfer of these actions are suspended, and all deadlines to file responsive pleadings are stayed in all coordinated actions before this Court in this multidistrict proceeding pending further order of this Court.

**So Ordered.**

/s/ Patti B. Saris
Hon. Patti B. Saris
United States District Judge