**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION

MDL No. 15-2666 (JNE/DTS)

**ORDER**

This Order Relates to:

17-cv-1808 (*Weiss*)

Defendants 3M Company and Arizant Healthcare Inc. move to strike the rebuttal report of Plaintiffs' expert, Dr. Yoav Golan, as unauthorized by the Scheduling Order, served without leave, prejudicial to their case, and not substantially justified or harmless. MDL Dkt. No. 3667; 17-cv-1808 Dkt. No. 21. Plaintiff argues that the so-called "rebuttal report" at issue was, in reality, a document prepared by expert Dr. Golan as a deposition aid and was never served as a report. 17-cv-1808 Dkt. No. 28 (Pl. Br.). Defendants do not allege otherwise and do not rebut the contention that this document is only included in the record as a deposition exhibit. Dkt. No. 22. As their briefing focuses only on striking a rebuttal report, and the Court finds no evidence of an impermissible rebuttal report in this case, the Motion is denied.

**IT IS HEREBY ORDERED** that

Defendant's Motion to Strike Unauthorized Rebuttal Reports of Yoav Golan [17-cv-1808 Dkt. No. 21] is **DENIED**.

Dated: November 13, 2026

s/ David T. Schultz
DAVID T. SCHULTZ
United States Magistrate Judge