UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION

MDL No. 15-2666 (JNE/DTS)
ORDER

This Document Relates to:
Actions Identified According to Docket No. 2549

These cases are before the Court on Plaintiffs' objections to an Order issued by the Honorable David T. Schultz, United States Magistrate Judge, the day before a deposition of an expert was scheduled to be taken. The Order states that the deposition will be taken in a particular case; that the deposition "may also be used, in accordance with the Rules of Civil Procedure, in any wave three case"; that "[t]he cross notices will not be quashed"; that the expert "will be subject to examination from one lawyer from plaintiffs' leadership group" and by another attorney; and that the expert "may not be noticed for further deposition in any of the wave three cases unless he discloses new or case-specific opinions." Plaintiffs objected, and Defendants responded. Because the Order is neither clearly erroneous nor contrary to law, the Court overrules Plaintiffs' objection [Docket No. 3545] and affirms the Order [Docket No. 3533]. *See* Fed. R. Civ. P. 72(a).

IT IS SO ORDERED.

Dated: November 12, 2026

s/Joan N. Ericksen
JOAN N. ERICKSEN
United States District Judge